TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
JEB OBLAK (State Bar No. 241384)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com,
mboroumand@townsend.com,
mmchung@townsend.com,
jboblak@townsend.com

Attorneys for Plaintiff
APPLE INC.

**ORIGINAL
FILED**

E-filing JUL – 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JL

CV 08     3251

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PSYSTAR CORPORATION,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT, INDUCED COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION**<br><br>**JURY TRIAL REQUESTED** |

Plaintiff Apple Inc. ("Apple") hereby alleges as follows:

## BACKGROUND ALLEGATIONS

1.     Apple is a California corporation with its headquarters and principal place of business at 1 Infinite Loop, Cupertino, California. Apple makes and sells well-known computer hardware, software and consumer products and services including the Macintosh® computer, the iPod® music player and the iPhone™. Founded in 1976, Apple has been consistently ranked as one of the most innovative companies in the world. Apple currently employs approximately 28,000 people worldwide, owns and operates over 200 retail stores, and sells its products online as well. In 2008, *Fortune Magazine* named Apple "America's Most Admired Company."

2.     A pioneer of the personal computer revolution, Apple launched its Macintosh line of computers in 1984.  Apple's Macintosh computers (or "Mac") introduced such novel innovations as the mouse, computer icons and the graphical user interface.  Apple's "perennially praised" Macintosh line of computers includes the Mac®, Mac Pro®, iMac®, Mac® mini, MacBook®, MacBook Pro and MacBook Air.  Since 2001, Apple has sold more than 29 million Macintosh computers.

3.     Apple's Macintosh computers are famous for their reliability, ease-of-use and innovative industrial design.  Apple's development teams have seamlessly integrated the hardware and software features of Macintosh computers such that the use of the computers is intuitive, efficient and pleasurable.  Moreover, the unified, integrated Mac system is simpler to service, update and maintain.  Indeed, for eight consecutive years *Consumer Reports* has ranked Apple's technical support for its customers best in the nation for both desktop and laptop computers, surpassing Dell, Hewlett-Packard, Sony, Toshiba, Gateway and Lenovo.

4.     In 2001, Apple launched the tenth generation of its operating system - Mac OS X.  Mac OS X revolutionized operating system architecture, adding extraordinary capabilities, speed and stability.  Apple's most recent version of Mac OS X, version 10.5, known as "Leopard®," has been described by reviewers as "visually stunning," "powerful, polished and carefully conceived," and "elegant."  Other reviewers have said the "grace of Leopard's interface elements makes productivity more pleasurable with a Mac," all the result "of years of hard, diligent work by the development teams at Apple."

5.     The Mac OS X user interface combines the use of color, transparency and animation together with the overall arrangement and set up of various icons in a unique and creative manner.  In addition, the Finder toolbar containing the famous Apple mark is combined with a distinctive three-dimensional applications bar (or "dock") on which various icons reside.  The distinctive nonfunctional combination of elements that makes up the Mac OS X user interface is well known to consumers and has become associated with Apple and Mac OS X Leopard.  This combination of elements shall be referred to hereafter as "Apple's Trade Dress."

6.     Mac OS X, including the Leopard® version, has been the subject of numerous articles in general circulation newspapers, magazines and online publications, as well as radio, television and

1   Internet broadcasts. The product has received significant acclaim and in recent years sales of Mac

2   computers have surged, growing at a faster pace than the personal computer market in general.

3        7.    Apple also manufactures and sells the Xserve® rack-mount server for use in businesses

4   needing to connect multiple computers to a single server. The Xserve uses Mac OS X Leopard Server

5   as its operating system software. Mac OS X Leopard Server has also been the subject of numerous

6   articles, publications and media coverage both on television and radio and on the Internet.

7        8.    The Apple brand, including its registered trademarks Apple® and Mac®, is one of the

8   most famous brands in the world. Since inception, Apple has continuously and extensively promoted,

9   offered and sold its Mac computers, and its related goods and services, in interstate commerce under

10  the various Apple and Mac trademarks. Since 1994, Apple has spent more than $3 billion to promote

11  its brand, including the Apple and Mac trademarks. Apple's brand, including its various marks and

12  distinctive trade dress, have become synonymous with high quality, innovative, elegant and user-

13  friendly consumer electronics products. Indeed, among many other accolades over the years, for each

14  of the past three years *Business Week Magazine* named Apple the "World's Most Innovative

15  Company." The Apple brand and trademarks consistently are ranked by independent research

16  organizations as being among the fifty most valuable brands on earth.

17       9.    As a result of Apple's continuous and extensive use and promotion, the consuming

18  public nationwide understands that Apple's various marks and distinctive trade dress identify Apple's

19  goods and services, and associates the marks with Apple exclusively. Because of the consistent

20  quality of Apple's goods and services marketed under and in association with Apple's trademarks and

21  distinctive trade dress, Apple has established considerable good will and reputation with respect to its

22  goods and services.

23       10.   Apple's use of its Apple and Mac marks has been exclusive and continuous since long

24  prior to the date of Defendant's first infringing acts described below. Furthermore, the Apple marks

25  and distinctive trade dress became famous among the general consuming public long before the date

26  of Defendant's first infringing use. The various Apple marks and distinctive trade dress are well

27  known and are among the most important assets of Apple.

28       11.   On information and belief, Defendant Psystar Corporation ("Psystar" or "Defendant") is

1  a corporation organized and existing under the laws of the State of Florida with its principal places of

2  business at 10475 NW 28th Street, Doral, Florida and/or 10645 SW 112 Street, Miami, Florida 33176.

3     12. In April, 2008, without authorization from Apple, and in violation of the terms of the

4  Software License Agreement governing the use of Mac OS X software and Apple's intellectual

5  property, Psystar began selling in commerce a computer named the OpenMac which apparently runs a

6  modified, unauthorized, version of the Leopard operating system.  Thereafter Psystar changed the

7  name of its product to Open Computer, but continued to sell it with the Leopard operating system,

8  without authorization from Apple.  Psystar sells its computers online and ships them throughout the

9  United States, including into the Northern District of California.  Psystar's Chief Executive Officer has

10  been quoted as saying that Psystar has sold "thousands" of these computers.  In addition, without

11  Apple's permission or consent, Psystar makes copies of, and offers to customers for download from its

12  website, www.psystar.com, "updates" to the Leopard software that are either direct copies of Apple-

13  generated updates and/or unauthorized modified versions of software updates from Apple.

14     13. In June, 2008, Psystar began selling in commerce rack-mount servers called the

15  OpenServ 1100 and OpenServ 2400.  Without authorization from Apple, and in violation of the terms

16  of the Software License Agreement governing the use of the Mac OS X Leopard Server software and

17  Apple's intellectual property, Psystar has offered for sale and, on information and belief, sold

18  OpenServ 1100 and OpenServ 2400 servers utilizing the Mac OS X Leopard Server software.

19     14. Online commentators have reported that Psystar's computer is "missing stuff like iLife,

20  Bluetooth, an IR receiver, DVD burning and the ability to update your computer," is "LOUD, Crazy

21  Loud," it "breaks the OS' automatic updates," and that "video was DOA right out of the box.  No

22  signal going to monitor.  Boot up is moot point as there is nothing to see."  Of Psystar itself reviewers

23  have written, "they have no quality control," "lousy tech support," and "All I want to do is return the

24  computer and get a refund."  Likewise, it has been reported that Psystar has repeatedly changed

25  locations, that its office could not be found, and that its first on-line payment processor terminated

26  Psystar's account.

27     15. As alleged more fully below, by misappropriating Apple's proprietary software and

28  intellectual property for its own use, Psystar's actions harm consumers by selling to them a poor

1    product that is advertised and promoted in a manner that falsely and unfairly implies an affiliation

2    with Apple. Psystar's actions also have caused, and are causing, harm to Apple and constitute a

3    misuse of Apple's intellectual property. To prevent this continued unfair and unlawful exploitation of

4    Apple's proprietary technology, and to avoid further consumer confusion and injury, Apple seeks an

5    injunction against further misappropriation and infringement of its intellectual property, an award of

6    actual damages, treble damages and its attorneys' fees and costs of suit.

7    **JURISDICTION AND VENUE**

8      16.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. sections 1331, 1332,

9    and 1338 because this action arises under the copyright and trademark laws of the United States, there

10    is complete diversity of citizenship between the parties, and the amount in controversy exceeds

11    $75,000.

12      17.    Venue is proper in this judicial district pursuant to 28 U.S.C. section 1391 because

13    Psystar has done business in this judicial district, has committed acts of copyright and trademark

14    infringement in this district, has breached a contract with a substantial impact in this district, has

15    engaged in unfair competition in this district, and continues to commit such acts in this district.

16    Because this is an Intellectual Property case, it is not subject to the intra-District venue provisions of

17    Northern District of California Local Rule 3-2(c).

18    **GENERAL ALLEGATIONS**

19      18.    Apple licenses the use of its Macintosh operating system ("Mac OS") software for use

20    only on Apple-labeled hardware. Indeed, an original version of the Mac OS is available only with the

21    purchase of a Macintosh computer. Upgrades to the Mac OS may be licensed separately, but the

22    terms of the license prohibit use of the Mac OS or its upgrades on non-Apple hardware.

23      19.    The Software License Agreement for Mac OS X Leopard (and Mac OS X Leopard

24    Server) ("License Agreement") provided with each version of Mac OS X Leopard and Mac OS X

25    Leopard Server are attached hereto as Exhibits 1 and 2, and are incorporated herein by reference. The

26    Mac OS X Leopard License Agreement specifies, in relevant part:

27          "1. **General**. The software (including Boot ROM Code)… accompanying
             this License whether preinstalled on Apple-labeled hardware, on disk, in

28              read only memory, or any other media or in any other form (collectively,

1  the "Apple Software") are licensed, not sold, to you by Apple Inc.
2  ("Apple") for use only under the terms of this License, and Apple reserves
   all rights not expressly granted to you....

3     2. **Permitted License Uses and Restrictions**.

4     A. <u>Single Use</u>. This license allows you to install, use and run one (1)
   copy of the Apple Software on a single Apple-labeled computer at a time.
5  You agree not to install, use, or run the Apple Software on any non-Apple-
   labeled computer or enable another to do so....

6

7                \* \* \* \*

   "5. **Termination**. This license is effective until terminated. Your rights
8  under this License will terminate automatically from Apple if you fail to
   comply with any term(s) of this License...."

9

10 The Mac OS X Leopard Server License Agreement includes the same terms.

11    20.   Psystar claims the "Open Computer is a PC that works just like a Mac with Apple's

12 latest operating system OS X 10.5 a.k.a. Leopard." Psystar claims its product "is ready to run out of

13 the box when you purchase it with Leopard included. If you buy Leopard with your Open Computer

14 we'll install it for free." Psystar also says "The Open Computer <u>can now be purchased with Leopard</u>

15 <u>included and pre-installed</u>," (emphasis in original) and that OpenServ computers also run "Mac OS X

16 Leopard Server."

17    21.   Apple has never authorized Psystar to install, use, or sell the Mac OS software on any

18 non-Apple-labeled hardware.

19                   **FIRST CLAIM FOR RELIEF**
                      **(Copyright Infringement)**
20              **(17 U.S.C. Sections 501 *et seq.*)**

21    22.   Plaintiff incorporates herein by reference each and every allegation in the preceding

22 paragraphs.

23    23.   Mac OS, Mac OS X, Mac OS X version 10.5, and Mac OS X Server all are original

24 works of authorship created by Apple constituting copyrightable subject matter (hereafter, "the

25 Copyrighted Works").

26    24.   Apple is the owner of, among others, United States copyright registrations TX4-669-

27 971 (Mac OS); TX5-401-457 (Mac OS X); TX6-849-489 (Mac OS X Leopard Version 10.5);

28 TX4-991-736 (Mac OS X Server); and TX6-849-684 (Mac OS X Server Version 10.5 Leopard). The

1  effective date of Apple's copyright registrations predates the commencement of infringement by

2  Psystar.

3      25.    Defendant has reproduced, distributed and/or displayed the Copyrighted Works in

4  violation of Apple's exclusive rights under the Copyright Act.  Apple has not licensed or otherwise

5  authorized Defendant's reproduction, distribution or display of the Copyrighted Works.

6      26.    Apple is informed and believes, and on that basis alleges, that Defendant's infringement

7  of Apple's copyrights in the Copyrighted Works is, and continues to be, intentional, willful and in

8  conscious disregard of Apple's rights.

9      27.    Apple is informed and believes, and on that basis alleges, that Defendant has realized

10  profit by virtue of its infringement of Apple's copyrights.

11      28.    Apple has sustained economic damage as a result of Defendant's infringement of

12  Apple's copyrights in an amount to be proven at trial.

13      29.    Apple is entitled to recover the actual damages it has suffered and/or any profits gained

14  by Defendant that are attributable to its acts of copyright infringement pursuant to 17 U.S.C. § 504(b).

15  Alternatively, Apple is entitled to the maximum statutory damages allowed under 17 U.S.C. § 504(c)

16  based on Defendant's willful acts of copyright infringement.  Apple will make its election at the

17  appropriate time before final judgment is rendered.

18      30.    Pursuant to 17 U.S.C. § 502, Apple is entitled to an injunction against Defendant's

19  continuing reproduction, distribution and display of Apple's copyrighted materials.

20      31.    Apple is further entitled to recover its full costs and reasonable attorneys' fees pursuant

21  to 17 U.S.C. § 505.

**SECOND CLAIM FOR RELIEF**
**(Contributory and Induced Copyright Infringement)**
**(17 U.S.C. § 501, *et seq.*)**

24      32.    Plaintiff incorporates herein by reference each and every allegation in the preceding

25  paragraphs.

26      33.    Defendant is aware that its actions as described above infringed and continue to

27  infringe Apple's copyrights and exclusive rights to reproduce, display and distribute Apple's

28  copyrighted materials.

34.     By offering for sale copies of Apple software to actual and potential purchasers for use on non-Apple-labeled computers, and by providing services to install Apple software to cause it to operate on non-Apple-labeled computers, Defendant has induced, caused or materially contributed to the infringing conduct of purchasers.

35.     Apple is informed and believes, and on that basis alleges, that Defendant's inducement of infringement of Apple's copyrights in the Copyrighted Works is, and continues to be, intentional, willful and in conscious disregard of Apple's rights.

36.     Apple is informed and believes, and on that basis alleges, that Defendant has realized profit by virtue of its inducement of infringement of Apple's copyrights.

37.     Apple has sustained economic damage as a result of Defendant's inducement of infringement of Apple's copyrights in an amount to be proven at trial.

38.     Apple is entitled to recover the actual damages it has suffered and/or any profits gained by Defendant that are attributable to its acts of copyright infringement pursuant to 17 U.S.C. § 504(b). Alternatively, Apple is entitled to the maximum statutory damages allowed under 17 U.S.C. § 504(c) based on Defendant's willful acts of copyright infringement.  Apple will make its election at the appropriate time before final judgment is rendered.

39.     Pursuant to 17 U.S.C. § 502, Apple is entitled to an injunction against Defendant's continuing reproduction, distribution and display of Apple's copyrighted materials.

40.     Apple is further entitled to recover its full costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

### THIRD CLAIM FOR RELIEF
### (Breach of Contract)

41.     Plaintiff incorporates herein by reference each and every allegation in the preceding paragraphs.

42.     Apple is informed and believes, and on that basis alleges, that Psystar has acquired Mac OS X version 10.5 software, that Psystar opened the box in which the software disk and license were packaged, opened the seal on the shrink-wrapped software disk, and thereafter installed the Leopard operating system and/or Leopard Server software on computers.  By so doing Psystar

1    accepted the terms and conditions of the applicable License Agreement.

2        43.    Psystar breached the License Agreement(s) by:

3        A.  Installing, using and running Mac OS X software on non-Apple-labeled computers;

4        B.  Enabling others to install, use or run Mac OS X software on non-Apple-labeled

5    computers;

6        C.  Selling and/or distributing Mac OS X software without requiring that the

7    transferees agree to the terms of the License Agreement;

8        D.  Selling and/or distributing Mac OS X software that has been modified; and

9        E.  Copying and installing a single copy of Mac OS X on more than a single computer

10   at a time.

11       44.    On information and belief, Apple alleges that Psystar has engaged in other and further

12   actions that violate the License Agreement.

13       45.    As a direct and proximate cause of Psystar's breach of the License Agreement Apple

14   has suffered economic injury and damages in an amount to be proven at trial in excess of $75,000.

15
16   **FOURTH CLAIM FOR RELIEF**<br>**(Inducing Breach of Contract)**

17       46.    Plaintiff incorporates herein by reference each and every allegation in the preceding

18   paragraphs.

19       47.    The owners and managers of Psystar have admitted in public statements their

20   knowledge of the existence of the License Agreement governing the use of Mac OS X software and of

21   its terms and conditions.

22       48.    Apple is informed and believes, and on that basis alleges, that notwithstanding its

23   knowledge of the existence and terms of the License Agreement, Psystar has advised, encouraged and

24   assisted others to breach the License Agreement by, among other things, encouraging those consumers

25   to acquire Mac OS X software and then assisting them to install, use and run it on non-Apple-labeled

26   computers.  In so doing Psystar has unlawfully induced breach of the License Agreement by others.

27       49.    As a direct and proximate result of Psystar's actions to induce others to breach the

28   License Agreement, Apple has suffered economic injury and damages in an amount to be proven at

1   trial in excess of $75,000.

## FIFTH CLAIM FOR RELIEF
### (Trademark Infringement)
### (15 U.S.C. § 1114)

4   50.   Plaintiff incorporates herein by reference each and every allegation in the preceding

5   paragraphs.

6   51.   Apple owns registered trademarks pertaining to the Mac computer, server and Leopard

7   software (the "Infringed Marks") including: Apple® (U.S. Reg. Nos. 1078312), the Apple Logo®

8   (U.S. Reg. Nos.1114431 and 2715578), Mac® (U.S. Reg. No. 1964391), the Mac Logo® (U.S. Reg.

9   No. 1931078), Mac OS (Reg. No. 2000282), Leopard® (Reg. No.3386175) and XServe® (U.S. Reg.

10  No. 2697680), copies of which are attached hereto as Exhibit 3.

11  52.   Apple never consented to Psystar's use of Apple's Infringed Marks.

12  53.   Prior to Psystar's first use of the Infringed Marks, Psystar was aware of Apple's

13  business and had either actual notice and knowledge, or constructive notice of Apple's ownership and

14  registrations of the Infringed Marks.

15  54.   Defendant's unauthorized use of Apple's trademarks is likely, if not certain, to deceive

16  or to cause confusion or mistake among consumers as to the origin, sponsorship or approval of the

17  software and computers and/or to cause confusion or mistake as to any affiliation, connection or

18  association between Apple and Psystar, in violation of 15 U.S.C. §§ 1114(a).

19  55.   Apple is informed and believes, and on that basis alleges that Psystar's infringement of

20  Apple's trademarks has been and continues to be intentional, willful and without regard to Apple's

21  trademark rights.

22  56.   Apple is informed and believes and on that basis alleges that Psystar has gained profits

23  by virtue of its infringement of Apple's trademarks.

24  57.   Apple also has sustained damages as a direct and proximate result of Psystar's

25  infringement of Apple's trademarks in an amount to be proven at trial.

26  58.   Apple will suffer and is suffering irreparable harm from Psystar's infringement of the

27  Apple trademarks insofar as Apple's invaluable good will is being eroded by Defendant's continuing

28  infringement. Apple has no adequate remedy at law to compensate it for the loss of business

1  reputation, customers, market position, confusion of potential customers and good will flowing from

2  Psystar's infringing activities.  Pursuant to 15 U.S.C. § 1116, Apple is entitled to an injunction against

3  Defendant's continuing infringement of Apple's trademarks.  Unless enjoined, Defendant will continue

4  its infringing conduct.

5       59.    Because Psystar's actions have been committed with intent to damage Apple and to

6  confuse and deceive the public, Apple is entitled to treble its actual damages or Defendant's profits,

7  whichever is greater, and to an award of costs and, this being an exceptional case, reasonable

8  attorneys' fees pursuant to 15 U.S.C. § 1117(a) and 1117(b).  Alternatively, Apple is entitled to the

9  maximum statutory damages allowed under 15 U.S.C. § 1117(c).  Apple will make its election at the

10  appropriate time before final judgment.

11
12

**SIXTH CLAIM FOR RELIEF**
**(Trademark Infringement)**
**(15 U.S.C. § 1125(a))**

13       60.    Plaintiff incorporates herein by reference each and every allegation of the preceding

14  paragraphs.

15       61.    Through Plaintiff's use in interstate commerce, Apple also owns common law

16  trademark rights throughout the United States in unregistered trademarks and other source identifiers

17  in and in connection with the Mac and its OS X Leopard software.

18       62.    Apple never consented to Psystar's use of Apple's various marks or its distinctive trade

19  dress.

20       63.    Apple is informed and believes, and on that basis alleges that Defendant chose to use

21  the name Open Mac, Apple's various other trademarks and its distinctive trade dress, to cause

22  confusion or mistake, or to deceive the public as to the origin, sponsorship, association or approval of

23  the goods and services of Defendant and/or to falsely imply an association with Apple.

24       64.    Defendant's unauthorized use of Apple's trademarks and its distinctive trade dress is

25  likely, if not certain, to cause confusion or to deceive customers as to the affiliation, connection or

26  association of Psystar with Apple.

27       65.    Defendant's unauthorized use of the Apple's various trademarks and its distinctive trade

28  dress is also likely, if not certain, to cause confusion or to deceive customers as to the origin,

1    sponsorship, association or approval of the goods and services of the Defendant.

2        66.    Defendant's unauthorized use of Apple's various trademarks and its distinctive trade

3    dress also facilitates the acceptance of Defendant's computers and related services not based on the

4    quality of the goods and services provided by Defendant, but on the association that the public is

5    likely to make with Apple and the reputation for outstanding quality and goodwill associated with

6    Apple's goods and services.

7        67.    Defendant's conduct deprives Apple of the ability to control the quality of the goods

8    and services marketed under the Infringed Marks and Apple's unregistered common law trademarks

9    and, instead, places Apple's valuable reputation and goodwill into the hands of Defendant, over which

10   Apple has no control.

11       68.    Apple is informed and believes, and on that basis alleges, that Psystar's infringement of

12   Apple's trademarks has been and continues to be intentional, willful and without regard to Apple's

13   trademark rights.

14       69.    Apple is informed and believes, and on that basis alleges, that Psystar has gained

15   profits by virtue of its infringement of Apple's trademarks.

16       70.    Apple also has sustained damages as a direct and proximate result of Psystar's

17   infringement of Apple's trademarks in an amount to be proven at trial.

18       71.    Apple will suffer and is suffering irreparable harm from Psystar's infringement of the

19   Apple trademarks insofar as Apple's invaluable good will is being eroded by Defendant's continuing

20   infringement.  Apple has no adequate remedy at law to compensate it for the loss of business

21   reputation, customers, market position, confusion of potential customers and good will flowing from

22   Psystar's infringing activities.  Pursuant to 15 U.S.C. § 1116, Apple is entitled to an injunction against

23   Defendant's continuing infringement of Apple's trademarks.  Unless enjoined, Defendant will continue

24   its infringing conduct.

25       72.    Because Psystar's actions have been committed with intent to damage Apple and to

26   confuse and deceive the public, Apple is entitled to treble its actual damages or Defendant's profits,

27   whichever is greater, and to an award of costs and, this being an exceptional case, reasonable

28   attorneys' fees pursuant to 15 U.S.C. § 1117(a) and 1117(b).  Alternatively, Apple is entitled to the

1   maximum statutory damages allowed under 15 U.S.C. § 1117(c).  Apple will make its election at the

2   appropriate time before final judgment.

3                                   **SEVENTH CLAIM FOR RELIEF**
                                      **(Trade Dress Infringement)**
4                                        **(15 U.S.C. § 1125(a))**

5        73.    Plaintiff incorporates herein by reference each and every allegation of the preceding

6   paragraphs.

7        74.    Apple is the owner of common law rights throughout the United States in Apple's

8   Trade Dress through their use and promotion in interstate commerce.

9        75.    Apple's Trade Dress has been prominently displayed in the Mac OS X Leopard, is well-

10  known among consumers and has come to be associated exclusively with Apple and the Leopard

11  version of the Mac OS X.

12       76.    Apple's Trade Dress has become distinctive of Apple's Mac OS X Leopard operating

13  system, and distinguishes Apple's goods and services from those offered by others.

14       77.    Apple's Trade Dress was distinctive long before Defendant began offering its product

15  for sale.

16       78.    Apple's Trade Dress is non-functional.

17       79.    Defendant's unauthorized use, sale and distribution of goods displaying Apple's Trade

18  Dress is likely to cause confusion, to cause mistake, or to deceive as to the source of goods and

19  services provided by Defendant, or as to affiliation, connection, association, sponsorship, or approval

20  of such goods and services.

21       80.    Defendant's unauthorized use, sale and distribution of good displaying Apple's Trade

22  Dress constitutes trade dress infringement in violation of Section 43(a) of the Lanham Act, 15 U.S.C.

23  § 1125(a).

24       81.    Apple is informed and believes, and on that basis alleges, that Psystar's infringement of

25  Apple's Trade Dress has been and continues to be intentional, willful and without regard to Apple's

26  trademark rights.

27       82.    Apple is informed and believes, and on that basis alleges, that Psystar has gained

28  profits by virtue of its infringement of Apple's Trade Dress.

1    83.    Apple also has sustained damages as a direct and proximate result of Psystar's

2  infringement of Apple's Trade Dress in an amount to be proven at trial.

3    84.    Pursuant to 15 U.S.C. § 1116, Apple is entitled to an injunction against Defendant's

4  continuing infringement of Apple's trademarks.  Unless enjoined, Defendant will continue its

5  infringing conduct.

6    85.    Because Psystar's actions have been committed with intent to damage Apple and to

7  confuse and deceive the public, Apple is entitled to treble its actual damages or Defendant's profits,

8  whichever is greater, and to an award of costs and, this being an exceptional case, reasonable

9  attorneys' fees pursuant to 15 U.S.C. § 1117(a) and 1117(b).  Alternatively, Apple is entitled to the

10  maximum statutory damages allowed under 15 U.S.C. § 1117(c).  Apple will make its election at the

11  appropriate time before final judgment.

12                          **EIGHTH CLAIM FOR RELIEF**
                              **(Trademark Dilution)**
13                            **(15 U.S.C. § 1125(c))**

14    86.    Plaintiff incorporates herein by reference each and every allegation of the preceding

15  paragraphs.

16    87.    Apple possesses exclusive trademark rights associated with the Apple, Mac, and

17  Mac OS X trademarks as well as other source identifiers found in the Mac OS X software.  The Apple,

18  Mac and Mac OS  trademarks are famous in the United States and all were famous prior to the

19  commencement of Psystar's infringing activities.

20    88.    By its conduct, Psystar has diluted Apple's marks in violation of 15 U.S.C. § 1125(c).

21    89.    Psystar willfully intends and intended to trade on Apple's reputation for excellence.

22    90.    Apple will suffer and is suffering irreparable harm from Psystar's dilution of the Apple

23  trademarks.

24    91.    Pursuant to 15 U.S.C. § 1116, Apple is entitled to an injunction against Defendant's

25  continuing infringement of Apple's trademarks.

26    92.    Because Psystar's actions have been committed with intent to damage Apple and to

27  confuse and deceive the public, Apple is entitled to treble its actual damages or Defendant's profits,

28  whichever is greater, and to an award of costs and, this being an exceptional case, reasonable

1  attorneys' fees pursuant to 15 U.S.C. § 1117(a) and 1117(b).  Alternatively, Apple is entitled to the

2  maximum statutory damages allowed under 15 U.S.C. § 1117(c).  Apple will make its election at the

3  appropriate time before final judgment.

4                              **NINTH CLAIM FOR RELIEF**
                                 **(State Unfair Competition)**
5                            **(Cal. Bus. & Prof. Code § 17200)**

6        93.     Plaintiff incorporates herein by reference each and every allegation of the preceding

7  paragraphs.

8        94.     Psystar's business practices as alleged above constitute unfair competition and unfair

9  business practices and business acts in violation of Section 17200 *et seq.* of the California Business &

10 Professions Code.

11       95.     Pursuant to California Business and Professions Code §17203, Apple is entitled to

12 enjoin these practices.  Without injunctive relief, Apple has no means by which to control Psystar's

13 unlawful copying and distribution of Apple's copyrighted works.  Similarly, Apple has no way to

14 control the confusion created by Psystar's infringement of Apple's trademarks.  Apple is therefore

15 entitled to injunctive relief prohibiting Psystar from continuing such acts of unfair competition

16 pursuant to California Business and Professions Code § 17203.

17                             **TENTH CLAIM FOR RELIEF**
18                          **(Common Law Unfair Competition)**

19       96.     Plaintiff incorporates herein by reference each and every allegation of the preceding

20 paragraphs.

21       97.     Psystar's business practices as alleged above constitute unfair competition and unfair

22 business practices under state common law.

23       98.     As a direct and proximate result of Psystar's infringing conduct, Apple has suffered and

24 will continue to suffer lost sales and profits in an amount not yet fully ascertained in an amount to be

25 proven at trial.  In addition, Apple has suffered and continues to suffer injury to its business reputation

26 and goodwill for which no adequate remedy exists at law and for which Apple is entitled to injunctive

27 relief.

28 / / /

## PRAYER FOR RELIEF

WHEREFORE, in consideration of the foregoing, Plaintiff prays for judgment as follows:

1.      Awarding Apple actual damages and/or any profits gained by defendants and/or statutory damages for direct and/or contributory copyright infringement as determined at trial;

2.      Awarding Apple a permanent injunction against sales of the Psystar Open Computer and OpenServ server with Apple software and requiring Psystar to recall all such products sold to the public as a result of Psystar's infringement of Apple's copyrights;

3.      Awarding damages as a result of Psystar's breach of Apple's Software License Agreement for Mac OS X and Mac OS X Server;

4.      Awarding damages as a result of Psystar's inducement of others to breach Apple's Software License Agreement for Mac OS X and Mac OS X Server;

5.      Awarding Apple actual and statutory damages for trademark infringement as determined at trial;

6.      Awarding Apple actual and statutory damages for trade dress infringement as determined at trial;

7.      Awarding Apple a permanent injunction against sales of the Psystar Open Computer and OpenServ server with Apple software and requiring Psystar to recall all such products sold to the public as a result of Psystar's infringement of Apple's trademarks;

8.      Awarding Apple a permanent injunction against sales of the Psystar Open Computer and OpenServ server with Apple software and requiring Psystar to recall all such products sold to the public as a result of Psystar's dilution of Apple's trademarks;

9.      Awarding Apple a permanent injunction against sales of the Psystar Open Computer and OpenServ server with Apple software and requiring Psystar to recall all such products sold to the public as a result of its statutory and common law unfair competition;

10.     Ordering Apple actual damages as a result of Psystar's common law unfair competition;

11.     Awarding Apple treble damages for Psystar's willful acts;

12.     Awarding Apple its reasonable attorneys' fees and costs; and

13.     Awarding Apple such other relief as the Court deems appropriate.

1

**DEMAND FOR JURY TRIAL**

2       Plaintiff Apple Inc. hereby demands a trial by jury of all issues triable by jury pursuant to

3   Federal Rule of Civil Procedure 38(b) and Civil Local Rule 3-6(a).

4   DATED:  July 3, 2008                    Respectfully submitted,

5                                           TOWNSEND AND TOWNSEND AND CREW LLP

6

7                                           By:

8                                               JAMES G. GILLILAND, JR.

9                                           Attorneys for Plaintiff
                                            APPLE INC.

10  61421234 v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT, INDUCED COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT,          17
TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION:  Case No. _____

Exhibit 1 to Complaint

ENGLISH

APPLE INC.
SOFTWARE LICENSE AGREEMENT FOR MAC OS X
Single Use and Family Pack License for use on Apple-labeled Systems

PLEASE READ THIS SOFTWARE LICENSE AGREEMENT ("LICENSE") CAREFULLY BEFORE USING THE APPLE SOFTWARE. BY USING THE APPLE SOFTWARE, YOU ARE
AGREEING TO BE BOUND BY THE TERMS OF THIS LICENSE. IF YOU DO NOT AGREE TO THE TERMS OF THIS LICENSE, DO NOT USE THE SOFTWARE. IF YOU DO NOT
AGREE TO THE TERMS OF THE LICENSE, YOU MAY RETURN THE APPLE SOFTWARE TO THE PLACE WHERE YOU OBTAINED IT FOR A REFUND. IF THE APPLE
SOFTWARE WAS ACCESSED ELECTRONICALLY, CLICK "DISAGREE/DECLINE". FOR APPLE SOFTWARE INCLUDED WITH YOUR PURCHASE OF HARDWARE, YOU MUST
RETURN THE ENTIRE HARDWARE/SOFTWARE PACKAGE IN ORDER TO OBTAIN A REFUND.

IMPORTANT NOTE: This software may be used to reproduce, modify, publish and distribute materials. It is licensed to you only for reproduction, modification,
publication and distribution of non-copyrighted materials, materials in which you own the copyright, or materials you are authorized or legally permitted to
reproduce, modify, publish or distribute. If you are uncertain about your right to copy, modify, publish or distribute any material, you should contact your legal
advisor.

1. General. The software (including Boot ROM code), documentation and any fonts accompanying this License whether preinstalled on Apple-labeled hardware, on disk, in
read only memory, on any other media or in any other form (collectively the "Apple Software") are licensed, not sold, to you by Apple Inc. ("Apple") for use only under the
terms of this License, and Apple reserves all rights not expressly granted to you. The rights granted herein are limited to Apple's and its licensors' intellectual property
rights in the Apple Software as licensed hereunder and do not include any other patents or intellectual property rights. You own the media on which the Apple Software is
recorded but Apple and/or Apple's licensor(s) retain ownership of the Apple Software itself. The terms of this License will govern any software upgrades provided by Apple
that replace and/or supplement the original Apple Software product, unless such upgrade is accompanied by a separate license in which case the terms of that license will
govern.

Title and intellectual property rights in and to any content displayed by or accessed through the Apple Software belongs to the respective content owner. Such content
may be protected by copyright or other intellectual property laws and treaties, and may be subject to terms of use of the third party providing such content. This License
does not grant you any rights to use such content nor does it guarantee that such content will continue to be available to you.

2. Permitted License Uses and Restrictions.
A. Single Use. This License allows you to install, use and run one (1) copy of the Apple Software on a single Apple-labeled computer at a time. You agree not to install, use
or run the Apple Software on any non-Apple-labeled computer, or to enable others to do so. This License does not allow the Apple Software to exist on more than one
computer at a time, and you may not make the Apple Software available over a network where it could be used by multiple computers at the same time.

B. Family Pack. If you have purchased a Mac OS X Family Pack, this License allows you to install and use one (1) copy of the Apple Software on up to a maximum of five (5)
Apple-labeled computers at a time as long as those computers are located in the same household and used by persons who occupy that same household. By "household"
we mean a person or persons who share the same housing unit such as a home, apartment, mobile home or condominium, but shall also extend to student members who
are primary residents of that household but residing at a separate on-campus location. The Family Pack License does not extend to business or commercial users.

C. You may make one copy of the Apple Software (excluding the Boot ROM code and other Apple firmware that is embedded or otherwise contained in Apple-labeled
hardware) in machine-readable form for backup purposes only; provided that the backup copy must include all copyright or other proprietary notices contained on the
original. Apple Boot ROM code and firmware is provided only for use on Apple-labeled hardware and you may not copy, modify or redistribute the Apple Boot ROM code or
firmware, or any portions thereof.

D. Certain components of the Apple Software, and third party open source programs included with the Apple Software, have been or may be made available by Apple on
its Open Source web site (http://www.opensource.apple.com/) (collectively the "Open-Sourced Components"). You may modify or replace only these Open-Sourced
Components; provided that: (i) the resultant modified Apple Software is used, in place of the unmodified Apple Software, on a single Apple-labeled computer; and (ii) you
otherwise comply with the terms of this License and any applicable licensing terms governing use of the Open-Sourced Components. Apple is not obligated to provide any
updates, maintenance, warranty, technical or other support, or services for the resultant modified Apple Software.

You expressly acknowledge that if failure or damage to Apple hardware results from modification of the Open-Sourced Components of the Apple Software, such failure or
damage is excluded from the terms of the Apple hardware warranty.

E. Apple has provided, as part of the Apple Software package, access to certain third party software as a convenience. To the extent that the Apple Software contains third
party software, Apple has no express or implied obligation to provide any technical or other support for such software. Please contact the appropriate software vendor or
manufacturer directly for technical support and customer service related to its software and products.

F. Except as and only to the extent permitted by applicable licensing terms governing use of the Open-Sourced Components, or by applicable law, you may not copy,
decompile, reverse engineer, disassemble, modify, or create derivative works of the Apple Software or any part thereof. THE APPLE SOFTWARE IS NOT INTENDED FOR USE
IN THE OPERATION OF NUCLEAR FACILITIES, AIRCRAFT NAVIGATION OR COMMUNICATION SYSTEMS, AIR TRAFFIC CONTROL SYSTEMS, LIFE SUPPORT MACHINES OR OTHER
EQUIPMENT IN WHICH THE FAILURE OF THE APPLE SOFTWARE COULD LEAD TO DEATH, PERSONAL INJURY, OR SEVERE PHYSICAL OR ENVIRONMENTAL DAMAGE.

G. If you use Setup/Migration Assistant to transfer software from one Apple-labeled computer to another Apple-labeled computer, please remember that continued use of
the original copy of the software may be prohibited once a copy has been transferred to another computer, unless you already have a licensed copy of such software on
both computers. You should check the relevant software license agreements for applicable terms and conditions.

3. Transfer. You may not rent, lease, lend, redistribute or sublicense the Apple Software. Subject to the restrictions set forth below, you may, however, make a one-time
permanent transfer of all of your license rights to the Apple Software (in its original form as provided by Apple) to another party, provided that: (a) the transfer must
include all of the Apple Software, including all its component parts (excluding Apple Boot ROM code and firmware), original media, printed materials and this License; (b)
you do not retain any copies of the Apple Software, full or partial, including copies stored on a computer or other storage device; and (c) the party receiving the Apple
Software reads and agrees to accept the terms and conditions of this License. You may not rent, lease, lend, redistribute, sublicense or transfer any Apple Software that
has been modified or replaced under Section 2D above. All components of the Apple Software are provided as part of a bundle and may not be separated from the bundle
and distributed as standalone applications. Apple Software provided with a particular Apple-labeled hardware product may not run on other models of Apple-labeled
hardware.

Updates: If an Apple Software update completely replaces (full install) a previously licensed version of the Apple Software, you may not use both versions of the Apple
Software at the same time nor may you transfer them separately.

NFR (Not for Resale) and Evaluation Copies: Notwithstanding other sections of this License, Apple Software labeled or otherwise provided to you on a promotional or
not-for-resale basis may only be used for demonstration, testing and evaluation purposes and may not be resold or transferred.

Apple System Restore Copies: Restore CDs or DVDs that may accompany an Apple hardware bundle, or are otherwise provided by Apple in connection with an Apple
hardware bundle, contain a copy of the Apple Software that is to be used for diagnostic and restorative purposes only. These CDs and DVDs may be resold or transferred
only as part of the Apple hardware bundle.

Academic Copies: If the Apple Software package has an academic label or if you acquired the Apple Software at an academic discount, you must be an Eligible Educational
End User to use the Apple Software. "Eligible Educational End Users" means students, faculty, staff and administration attending and/or working at an educational
institutional facility (i.e., college campus, public or private K-12 schools).

4. Consent to Use of Data. You agree that Apple and its subsidiaries may collect and use technical and related information, including but not limited to technical
information about your computer, system and application software, and peripherals, that is gathered periodically to facilitate the provision of software updates, product
support and other services to you (if any) related to the Apple Software, and to verify compliance with the terms of this License. Apple may use this information, as long as
it is in a form that does not personally identify you, to improve our products or to provide services or technologies to you.

5. Termination. This License is effective until terminated. Your rights under this License will terminate automatically without notice from Apple if you fail to comply with
any term(s) of this License. Upon the termination of this License, you shall cease all use of the Apple Software and destroy all copies, full or partial, of the Apple Software.

**6. Limited Warranty on Media.** Apple warrants the media on which the Apple Software is recorded and delivered by Apple to be free from defects in materials and workmanship under normal use for a period of ninety (90) days from the date of original retail purchase. Your exclusive remedy under this Section shall be, at Apple's option, a refund of the purchase price of the product containing the Apple Software or replacement of the Apple Software which is returned to Apple or an Apple authorized representative with a copy of the receipt. THIS LIMITED WARRANTY AND ANY IMPLIED WARRANTIES ON THE MEDIA INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, OF SATISFACTORY QUALITY, AND OF FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF ORIGINAL RETAIL PURCHASE. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. THE LIMITED WARRANTY SET FORTH HEREIN IS THE ONLY WARRANTY MADE TO YOU AND IS PROVIDED IN LIEU OF ANY OTHER WARRANTIES (IF ANY) CREATED BY ANY DOCUMENTATION, PACKAGING OR OTHERWISE. THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY BY JURISDICTION.

**7. Disclaimer of Warranties.** YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT USE OF THE APPLE SOFTWARE IS AT YOUR SOLE RISK AND THAT THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY AND EFFORT IS WITH YOU. EXCEPT FOR THE LIMITED WARRANTY ON MEDIA SET FORTH ABOVE AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE APPLE SOFTWARE AND ANY SERVICES PERFORMED OR PROVIDED BY THE APPLE SOFTWARE ("SERVICES") ARE PROVIDED "AS IS", WITH ALL FAULTS AND WITHOUT WARRANTY OF ANY KIND, AND APPLE AND APPLE'S LICENSORS (COLLECTIVELY REFERRED TO AS "APPLE" FOR THE PURPOSES OF SECTIONS 7 and 8) HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH RESPECT TO THE APPLE SOFTWARE AND ANY SERVICES, EITHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES AND/OR CONDITIONS OF MERCHANTABILITY, OF SATISFACTORY QUALITY, OF FITNESS FOR A PARTICULAR PURPOSE, OF ACCURACY, OF QUIET ENJOYMENT, AND NON-INFRINGEMENT OF THIRD PARTY RIGHTS. APPLE DOES NOT WARRANT AGAINST INTERFERENCE WITH YOUR ENJOYMENT OF THE APPLE SOFTWARE, THAT THE FUNCTIONS CONTAINED IN, OR SERVICES PERFORMED OR PROVIDED BY, THE APPLE SOFTWARE WILL MEET YOUR REQUIREMENTS, THAT THE OPERATION OF THE APPLE SOFTWARE OR SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT THE APPLE SOFTWARE OR SERVICES WILL BE COMPATIBLE WITH THIRD PARTY SOFTWARE, OR THAT DEFECTS IN THE APPLE SOFTWARE OR SERVICES WILL BE CORRECTED. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY APPLE OR AN APPLE AUTHORIZED REPRESENTATIVE SHALL CREATE A WARRANTY. SHOULD THE APPLE SOFTWARE OR SERVICES PROVE DEFECTIVE, YOU ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS ON APPLICABLE STATUTORY RIGHTS OF A CONSUMER, SO THE ABOVE EXCLUSION AND LIMITATIONS MAY NOT APPLY TO YOU.

The Apple Software automatically references, displays, links to, and provides web services related to, sites and information located worldwide throughout the Internet. Because Apple has no control over such sites and information, Apple makes no guarantees as to such sites and information, including but not limited to: (a) the accuracy, availability, sequence, completeness, currency, content, validity or quality of any such sites and information, or (b) whether an Apple search completed through the Apple Software may locate unintended or objectionable content. Because some of the content on the Internet consists of material that is adult-oriented or otherwise objectionable to some people or viewers under the age of 18, the results of any search or entering of a particular URL using the Apple Software may automatically and unintentionally generate links or references to objectionable material. By using the Apple Software, you acknowledge that Apple makes no representations or warranties with regard to any sites or information displayed by or accessed through the Apple Software, or any web services performed by the Apple Software in relation to such sites or information. Apple, its officers, affiliates and subsidiaries shall not, directly or indirectly, be liable, in any way, to you or any other person for the content you receive using the Apple Software or for any inaccuracies, errors or omissions from the content. Financial information displayed by the Apple Software is for general informational purposes only and is not intended to be relied upon as investment advice. Before executing any securities transaction based upon information obtained through the Apple Software, you should consult with a financial professional. Neither Apple nor any of its content providers guarantees the accuracy, completeness, or timeliness of stock information appearing within the Apple Software. The Apple Software may be used to conduct automated translations. As automated translations are performed by software tools and do not involve any human intervention or verification, it is not advisable to rely upon such translations where absolute accuracy is required. Backup functions performed by the Apple Software are only carried out at certain times and are subject to hardware limitations such as drive storage capacity.

Apple and its licensors reserve the right to change, suspend, remove, or disable access to any Services at any time without notice. In no event will Apple be liable for the removal of or disabling of access to any such Services. Apple may also impose limits on the use of or access to certain Services, in any case and without notice or liability.

**8. Limitation of Liability.** TO THE EXTENT NOT PROHIBITED BY LAW, IN NO EVENT SHALL APPLE BE LIABLE FOR PERSONAL INJURY, OR ANY INCIDENTAL, SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, LOSS OF DATA, BUSINESS INTERRUPTION OR ANY OTHER COMMERCIAL DAMAGES OR LOSSES, ARISING OUT OF OR RELATED TO YOUR USE OR INABILITY TO USE THE APPLE SOFTWARE, HOWEVER CAUSED, REGARDLESS OF THE THEORY OF LIABILITY (CONTRACT, TORT OR OTHERWISE) AND EVEN IF APPLE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OF LIABILITY FOR PERSONAL INJURY, OR OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THIS LIMITATION MAY NOT APPLY TO YOU. In no event shall Apple's total liability to you for all damages (other than as may be required by applicable law in cases involving personal injury) exceed the amount of fifty dollars ($50.00). The foregoing limitations will apply even if the above stated remedy fails of its essential purpose.

**9. Digital Certificates.**
**General.** The Apple Software contains functionality that allows it to accept digital certificates either issued from Apple or from third parties. YOU ARE SOLELY RESPONSIBLE FOR DECIDING WHETHER OR NOT TO RELY ON A CERTIFICATE WHETHER ISSUED BY APPLE OR A THIRD PARTY. YOUR USE OF DIGITAL CERTIFICATES IS AT YOUR SOLE RISK. APPLE MAKES NO WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, ACCURACY, SECURITY, OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS WITH RESPECT TO DIGITAL CERTIFICATES. You agree that (a) you will not falsify or misuse any certificate; (b) you will use Digital Certificates for legal purposes only and in accordance with any applicable Certificate Policy, Certificate Practice Statement or other Certificate Authority business practice disclosures; (c) you are solely responsible for preventing any unauthorized user from making use of your Digital Certificates; and (d) you will revoke any certificate that you have reason to believe has been compromised.

**Use of Digital Certificates in iChat.** The Apple Software allows you to encrypt your iChat communications. This feature uses digital certificates to verify that the iChat is coming from the iChat screen name that appears in the iChat window and to encrypt and decrypt the chat. It does not verify the identity of the person using that screen name. Apple does not guarantee that there will be no hacking or intrusions into the chat. YOUR USE OF THIS FEATURE IN CONNECTION WITH ICHAT IS AT YOUR SOLE RISK. APPLE MAKES NO WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, ACCURACY, SECURITY, OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS WITH RESPECT TO THE USE OF DIGITAL CERTIFICATES AND/OR ENCRYPTION IN ICHAT. By using the Apple Software, you agree that (a) you will take no action that interferes with the normal operation of digital certificates or encryption used in an iChat session or otherwise falsify the digital certificate used to validate a screen name; (b) you will use the encrypted iChat function solely for legal purposes; (c) you are solely responsible for preventing any unauthorized user from having access to any certificate or private key stored on your computer; and (d) you will revoke any certificate that you have reason to believe is compromised. Apple's Certificate Policy and Certificate Practice Statements may be found at: http://www.apple.com/certificateauthority.

**10. Export Control.** You may not use or otherwise export or reexport the Apple Product except as authorized by United States law and the laws of the jurisdiction in which the Apple Product was obtained. In particular, but without limitation, the Apple Product may not be exported or re-exported (a) into any U.S. embargoed countries or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Department of Commerce Denied Person's List or Entity List. By using the Apple Product, you represent and warrant that you are not located in any such country or on any such list.

**11. Government End Users.** The Apple Software and related documentation are "Commercial Items", as that term is defined at 48 C.F.R. §2.101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation", as such terms are used in 48 C.F.R. §12.212 or 48 C.F.R. §227.7202, as applicable. Consistent with 48 C.F.R. §12.212 or 48 C.F.R. §227.7202-1 through 227.7202-4, as applicable, the Commercial Computer Software and Commercial Computer Software Documentation are being licensed to U.S. Government end users (a) only as Commercial Items and (b) with only those rights as are granted to all other end users pursuant to the terms and conditions herein. Unpublished-rights reserved under the copyright laws of the United States.

**12. Controlling Law and Severability.** This License will be governed by and construed in accordance with the laws of the State of California, as applied to agreements entered into and to be performed entirely within California between California residents. This License shall not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded. If for any reason a court of competent jurisdiction finds any provision, or portion thereof, to be unenforceable, the remainder of this License shall continue in full force and effect.

**13. Complete Agreement; Governing Language.** This License constitutes the entire agreement between the parties with respect to the use of the Apple Software licensed hereunder and supersedes all prior or contemporaneous understandings regarding such subject matter. No amendment to or modification of this License will be binding unless in writing and signed by Apple. Any translation of this License is done for local requirements and in the event of a dispute between the English and any non-English versions, the English version of this License shall govern.

**14. Third Party Acknowledgements.**
A. Portions of the Apple Software utilize or include third party software and other copyrighted material. Acknowledgements, licensing terms and disclaimers for such material are contained in the "online" electronic documentation for the Apple Software, and your use of such material is governed by their respective terms.

B. Certain software libraries and other third party software included with the Apple Software are free software and licensed under the terms of the GNU General Public License (GPL) or the GNU Library/Lesser General Public License (LGPL), as the case may be. You may obtain a complete machine-readable copy of the source code for such free software under the terms of the GPL or LGPL, as the case may be, without charge except for the cost of media, shipping, and handling, upon written request to Apple.

The GPL/LGPL software is distributed in the hope that it will be useful, but WITHOUT ANY WARRANTY, without even the implied warranty of MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  A copy of the GPL and LGPL is included with the Apple Software.

C. The Apple Software includes certain software licensed under the IBM Public License Version 1.0 (IPL) or the Common Public License Version 1.0 (CPL). A copy of the source code for the IPL and CPL licensed software may be found in Apple's Open Source repository. See Apple's Open Source web site (http://www.opensource.apple.com/) for information on how to obtain the source code. THE IPL AND CPL SOFTWARE IS PROVIDED ON AN "AS IS" BASIS, WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, EITHER EXPRESS OR IMPLIED INCLUDING, WITHOUT LIMITATION, ANY  WARRANTIES OR CONDITIONS OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.  NEITHER APPLE, IBM NOR ANY OTHER CONTRIBUTOR TO THE IPL AND CPL SOFTWARE SHALL HAVE ANY LIABILITY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, LOST PROFITS), HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OR DISTRIBUTION OF THE IPL AND CPL SOFTWARE OR THE EXERCISE OF ANY RIGHTS GRANTED HEREUNDER, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

D. MPEG-2 Notice. To the extent that the Apple Software contains MPEG-2 functionality, the following provision applies: ANY USE OF THIS PRODUCT OTHER THAN CONSUMER PERSONAL USE IN ANY MANNER THAT COMPLIES WITH THE MPEG-2 STANDARD FOR ENCODING VIDEO INFORMATION FOR PACKAGED MEDIA IS EXPRESSLY PROHIBITED WITHOUT A LICENSE UNDER APPLICABLE PATENTS IN THE MPEG-2 PATENT PORTFOLIO, WHICH LICENSE IS AVAILABLE FROM MPEG LA, L.L.C, 250 STEELE STREET, SUITE 300, DENVER, COLORADO 80206.

E. Use of MPEG-4. This product is licensed under the MPEG-4 Systems Patent Portfolio License for encoding in compliance with the MPEG-4 Systems Standard, except that an additional license and payment of royalties are necessary for encoding in connection with (i) data stored or replicated in physical media which is paid for on a title by title basis and/or (ii) data which is paid for on a title by title basis and is transmitted to an end user for permanent storage and/or use. Such additional license may be obtained from MPEG LA, LLC. See http://www.mpegla.com for additional details.

This product is licensed under the MPEG-4 Visual Patent Portfolio License for the personal and non-commercial use of a consumer for (i) encoding video in compliance with the MPEG-4 Visual Standard ("MPEG–4 Video") and/or (ii) decoding MPEG-4 video that was encoded by a consumer engaged in a personal and non–commercial activity and/or was obtained from a video provider licensed by MPEG LA to provide MPEG-4 video. No license is granted or shall be implied for any other use.

Additional information including that relating to promotional, internal and commercial uses and licensing may be obtained from MPEG LA, LLC. See http://www.mpegla.com. For answers to frequently asked questions regarding use fees under the MPEG LA Visual Patent Portfolio License see www.apple.com/mpeg4 or www.apple.com/quicktime/products/qt/faq.html.

F. H.264/AVC Notice. To the extent that the Apple Software contains AVC encoding and/or decoding functionality, commercial use of H.264/AVC requires additional licensing and the following provision applies: THE AVC FUNCTIONALITY IN THIS PRODUCT IS LICENSED HEREIN ONLY FOR THE PERSONAL AND NON–COMMERCIAL USE OF A CONSUMER TO (i) ENCODE VIDEO IN COMPLIANCE WITH THE AVC STANDARD ("AVC VIDEO") AND/OR (ii) DECODE AVC VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY AND/OR AVC VIDEO THAT WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE AVC VIDEO. INFORMATION REGARDING OTHER USES AND LICENSES MAY BE OBTAINED FROM MPEG LA L.L.C. SEE HTTP://WWW.MPEGLA.COM.

G. AMR Notice. The Adaptive Multi-Rate ("AMR") encoding and decoding functionality in this product is not licensed to perform cellular voice calls, or for use in any telephony products built on the QuickTime architecture for the Windows platform. The AMR encoding and decoding functionality in this product is also not licensed for use in a cellular communications infrastructure including:  base stations, base station controllers/radio network controllers, switching centers, and gateways to and from the public switched network.

H. FAA Notice. Aircraft Situation Display and National Airspace System Status Information data (collectively "Flight Data") displayed through the Apple Software is generated by the Federal Aviation Administration. You agree not to redistribute Flight Data without the prior written consent of the FAA. The FAA and Apple disclaim all warranties, expressed or implied (including the implied warranties of merchantability and fitness for a particular purpose), regarding the use and accuracy of the Flight Data. You agree that the FAA and Apple shall not be liable, either collectively or individually, for any loss, damage, claim, liability, expense, or penalty, or for any indirect, special, secondary, incidental, or consequential damages deriving from the use of the Flight Data. The Apple Software is not sponsored or endorsed by the FAA. The FAA is not responsible for technical or system problems, and you should not contact the FAA regarding such problems or regarding operational traffic flow issues.

I. Use of Adobe Color Profiles. You may use the Adobe Color Profile software included with the Apple Software pursuant to this License, but Adobe is under no obligation to provide any support for the Color Profiles hereunder, including upgrades or future versions of the Profiles or other items. In addition to the provisions of Sections 7 and 8 above, IN NO EVENT WILL ADOBE BE LIABLE TO YOU FOR ANY DAMAGES, CLAIMS OR COSTS WHATSOEVER.  The Adobe Color Profile software distributed with the Apple Software is also available for download from Adobe at www.adobe.com.

EA0390
Rev. 8–14–07

Exhibit 2 to Complaint

English

APPLE INC.
SOFTWARE LICENSE AGREEMENT FOR MAC OS X SERVER

PLEASE READ THIS SOFTWARE LICENSE AGREEMENT ("LICENSE") CAREFULLY BEFORE USING THE APPLE SOFTWARE. BY USING THE APPLE SOFTWARE, YOU ARE AGREEING TO BE BOUND BY THE TERMS OF THIS LICENSE. IF YOU DO NOT AGREE TO THE TERMS OF THIS LICENSE, DO NOT USE THE SOFTWARE. IF YOU DO NOT AGREE TO THE TERMS OF THE LICENSE, YOU MAY RETURN THE APPLE SOFTWARE TO THE PLACE WHERE YOU OBTAINED IT FOR A REFUND. IF THE APPLE SOFTWARE WAS ACCESSED ELECTRONICALLY, CLICK "DISAGREE/DECLINE". FOR APPLE SOFTWARE INCLUDED WITH YOUR PURCHASE OF HARDWARE, YOU MUST RETURN THE ENTIRE HARDWARE/SOFTWARE PACKAGE IN ORDER TO OBTAIN A REFUND.

IMPORTANT NOTE: This software may be used to reproduce, modify, publish, and distribute materials. It is licensed to you only for reproduction, modification, publication and distribution of non-copyrighted materials, materials in which you own the copyright, or materials you are authorized or legally permitted to reproduce, modify, publish or distribute. If you are uncertain about your right to copy, modify, publish or distribute any material, you should contact your legal advisor.

1. General. The Mac OS X Server software (including Boot ROM code), and any third party software, disk images, documentation and any fonts accompanying this License whether pre-installed on Apple-labeled hardware, on disk, in read only memory, on any other media or in any other form (collectively the "Apple Software") are licensed, not sold, to you by Apple Inc. ("Apple") for use only under the terms of this License, and Apple reserves all rights not expressly granted to you. The rights granted herein are limited to Apple's and its licensors' intellectual property rights in the Apple Software as licensed hereunder and do not include any other patents or intellectual property rights. You own the media on which the Apple Software is recorded but Apple and/or Apple's licensor(s) retain ownership of the Apple Software itself. The terms of this License will govern any software upgrades provided by Apple that replace and/or supplement the original Apple Software product, unless such upgrade is accompanied by a separate license in which case the terms of that license will govern.

Title and intellectual property rights in and to any content displayed by or accessed through the Apple Software belongs to the respective content owner. Such content may be protected by copyright or other intellectual property laws and treaties, and may be subject to terms of use of the third party providing such content. This License does not grant you any rights to use such content nor does it guarantee that such content will continue to be available to you.

2. Permitted License Uses and Restrictions.
A. Mac OS X Server Software. This License allows you to install and use one copy of the Mac OS X Server software (the "Mac OS X Server Software") on a single Apple-labeled computer. You may also install and use other copies of Mac OS X Server Software on the same Apple-labeled computer, provided that you acquire an individual and valid license from Apple for each of these other copies of Mac OS X Server Software. You agree not to install, use or run the Apple Software on any non-Apple-labeled computer, or to enable others to do so. This License does not allow the Apple Software to exist on more than one computer at a time, and you may not make the Apple Software available over a network where it could be used by multiple computers at the same time. Please note that the Apple Software is supported only on Apple-labeled systems that meet the specified system requirements as indicated on the outside of the Mac OS X Server packaging. If you transfer software from one Apple-labeled computer to another Apple-labeled computer, please remember that continued use of the original copy of the software may be prohibited once a copy has been transferred to another computer, unless you already have a licensed copy of such software on both computers. You should check the relevant software license agreements for applicable terms and conditions.

You may connect an unlimited number of client computers to each validly licensed copy of the Mac OS X Server Software; provided, however, that the number of simultaneous user connections using either the Apple Filing Protocol (AFP) and/or Windows SMB/CIFS protocol does not exceed the number specified on the Serial Number Label packaged with the Apple Software.

Apple has provided, as part of the Apple Software package, access to certain third party software as a convenience. To the extent that the Apple Software contains third party software, Apple has no express or implied obligation to provide any technical or other support for such software. Please contact the appropriate software vendor or manufacturer directly for technical support and customer service related to its software and products.

B. Open-Sourced Components. Certain components of the Apple Software, and third party open source programs included with the Apple Software, have been or may be made available by Apple on its Open Source web site (http://www.opensource.apple.com/) (collectively the "Open-Sourced Components"). You may modify or replace only these Open-Sourced Components; provided that: (i) the resultant modified Apple Software is used, in place of the unmodified Apple Software, on a single Apple-labeled computer; and (ii) you otherwise comply with the terms of this License and any applicable licensing terms governing use of the Open-Sourced Components. Apple is not obligated to provide any maintenance, warranty, technical or other support, or services for the resultant modified Apple Software.

You expressly acknowledge that if failure of or damage to Apple hardware results from modification of the Open-Sourced Components of the Apple Software, such failure or damage is excluded from the terms of the Apple hardware warranty.

C. NetBoot Software. Using a NetBooted Computer (as defined below), you may connect an unlimited number of client computers to the Mac OS X Server Software and have such client computers run any version of Mac OS software supporting the NetBooted Computer; provided that: (i) each such client computer is already licensed to run such version of the Mac OS software; and (ii) in the case of connections via the Apple File Protocol (AFP), the limitations set forth in Section 2A shall apply.

As used in this License, a "NetBooted Computer" means an Apple-labeled computer that is capable of operating from software stored on a remote NetBoot server, instead of from software stored on its local mass storage, by transferring the necessary software across a network, storing it in its memory and operating the software on its central processing unit.

D. NetInstall Software. You may use the NetInstall software included with the Apple Software to: (i) create multiple customized image files of Apple software and third party software, and (ii) make such image files available on a server for use on an unlimited number of computers at a time. You agree to ensure that each end user of such image files is aware of and complies with the terms of the software license(s) that governs the use of the software contained within such image files. The NetInstall software may be used to install and reproduce materials so long as such use is limited to reproduction of non-copyrighted materials, materials in which you own the copyright, or materials you are authorized or legally permitted to reproduce, and you warrant to Apple that the software being installed has been appropriately licensed by you.

E. WebObjects Deployment Software. Subject to the terms and conditions of this License, you may use, install and permit others to access the WebObjects deployment software included with the Apple Software to deploy application programs developed using Apple's WebObjects software. You may also reproduce and distribute: (i) over a network, components of the WebObjects deployment software for installation and use by others ("Java Client End Users") on any remote computer's volatile memory (e.g. RAM) to enable Java Client functionality solely for communicating with Apple's WebObjects software that may be installed and executed on the same Apple-labeled computer on which you have installed the Mac OS X Server Software (the "Licensed System"); and (ii) both manually and automatically over a network, components of the WebObjects deployment software for installation and use by Java Client End Users on any remote computer's non-volatile memory (e.g. ROM) to enable Java Client functionality solely for communicating with Apple's WebObjects software that may be installed and executed on the Licensed System; provided that all distributions to Java Client End Users are made under terms that are at least as restrictive as those set forth in this License and contain the disclaimers and limitations set forth in Sections 7 and 8 of this License.

F. Podcast Producer Software. The Podcast Producer software may be used to reproduce, publish and distribute materials so long as such use is limited to reproduction, publication and distribution of non-copyrighted materials, materials in which you own the copyright, or materials you are authorized or legally permitted to reproduce, publish and distribute, and you warrant to Apple that the materials used in your podcasts is owned, or has been appropriately

licensed, by you.

**G. Reusable Wiki Server Content.** You may use the sample digital images, graphics, artwork, photographs and videos (collectively the "Visual Content") contained in or otherwise included with the Apple Software, on a royalty-free basis, to customize the Wiki Server feature of the Apple Software and to create wiki pages and wiki websites for your own use. You may broadcast and/or distribute these customized wiki pages and wiki websites (containing Visual Content) only in conjunction with your use of the Apple Software on an Apple-labeled computer. You may not otherwise use, reproduce, broadcast or redistribute the Visual Content, in whole or in part.

**H. Sample Code and Workflows.** Certain portions of the Apple Software consist of sample code, example code or Podcast Producer workflows provided by Apple and are marked as such ("Sample Code"). You may use, reproduce, modify and redistribute such Sample Code in accordance with the licensing terms accompanying such Sample Code or related project(s).

**I. Other Restrictions.** You may make one copy of the Apple Software (excluding the Boot ROM code and other Apple firmware that is embedded or otherwise contained in Apple-labeled hardware) in machine-readable form for backup purposes only; provided that the backup copy must include all copyright or other proprietary notices contained on the original. Apple Boot ROM code and firmware is provided only for use on Apple-labeled hardware and you may not copy, modify or redistribute the Apple Boot ROM code or firmware, or any portions thereof. Except as and only to the extent permitted in this License, by applicable licensing terms governing use of the Open-Sourced Components, or by applicable law, you may not copy, decompile, reverse engineer, disassemble, modify, or create derivative works of the Apple Software. THE APPLE SOFTWARE IS NOT INTENDED FOR USE IN THE OPERATION OF NUCLEAR FACILITIES, AIRCRAFT NAVIGATION OR COMMUNICATION SYSTEMS, AIR TRAFFIC CONTROL SYSTEMS, LIFE SUPPORT MACHINES OR OTHER EQUIPMENT IN WHICH THE FAILURE OF THE APPLE SOFTWARE COULD LEAD TO DEATH, PERSONAL INJURY, OR SEVERE PHYSICAL OR ENVIRONMENTAL DAMAGE.

**3. Transfer.** You may not rent, lease, lend, redistribute or sublicense the Apple Software. Subject to the restrictions set forth below, you may, however, make a one-time permanent transfer of all of your license rights to the Apple Software (in its original form as provided by Apple) to another party, provided that: (a) the transfer must include all of the Apple Software, including all its component parts (excluding Apple Boot ROM code and firmware), original media, printed materials and this License; (b) you do not retain any copies of the Apple Software, full or partial, including copies stored on a computer or other storage device; and (c) the party receiving the Apple Software reads and agrees to accept the terms and conditions of this License. You may not rent, lease, lend, redistribute, sublicense or transfer any Apple Software that has been modified or replaced under Section 2B above. All components of the Apple Software are provided as part of a bundle and may not be separated from the bundle and distributed as standalone applications. Apple Software provided with a particular Apple-labeled hardware product may not run on other models of Apple-labeled hardware.

**Updates:** If an Apple Software update completely replaces (full install) a previously licensed version of the Apple Software, you may not use both versions of the Apple Software at the same time nor may you transfer them separately.

**NFR (Not for Resale) and Evaluation Copies:** Notwithstanding other sections of this License, Apple Software labeled or otherwise provided to you on a promotional basis may only be used for demonstration, testing and evaluation purposes and may not be resold or transferred.

**Apple System Restore Copies:** Restore CDs or DVDs that may accompany an Apple hardware bundle, or are otherwise provided by Apple in connection with an Apple hardware bundle, contain a copy of the Apple Software that is to be used for diagnostic and restorative purposes only. These CDs and DVDs may be resold or transferred only as part of the Apple hardware bundle.

**Academic Copies:** If the Apple Software package has an academic label or if you acquired the Apple Software at an academic discount, you must be an Eligible Educational End User to use the Apple Software. "Eligible Educational End Users" means students, faculty, staff and administration attending and/or working at an educational institutional facility (i.e., college campus, public or private K-12 schools).

**4. Consent to Use of Data.** You agree that Apple and its subsidiaries may collect and use technical and related information, including but not limited to technical information about your computer, system and application software, and peripherals, that is gathered periodically to facilitate the provision of software updates, product support and other services to you (if any) related to the Apple Software and to verify compliance with the terms of this License. Apple may use this information, as long as it is in a form that does not personally identify you, to improve our products or to provide services or technologies to you.

**5. Termination.** This License is effective until terminated. Your rights under this License will terminate automatically without notice from Apple if you fail to comply with any term(s) of this License. Upon the termination of this License, you shall cease all use of the Apple Software and destroy all copies, full or partial, of the Apple Software.

**6. Limited Warranty on Media.** Apple warrants the media on which the Apple Software is recorded and delivered by Apple to be free from defects in materials and workmanship under normal use for a period of ninety (90) days from the date of original retail purchase. Your exclusive remedy under this Section shall be, at Apple's option, a refund of the purchase price of the product containing the Apple Software or replacement of the Apple Software which is returned to Apple or an Apple authorized representative with a copy of the receipt. THIS LIMITED WARRANTY AND ANY IMPLIED WARRANTIES ON THE MEDIA INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, OF SATISFACTORY QUALITY, AND OF FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF ORIGINAL RETAIL PURCHASE. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. THE LIMITED WARRANTY SET FORTH HEREIN IS THE ONLY WARRANTY MADE TO YOU AND IS PROVIDED IN LIEU OF ANY OTHER WARRANTIES (IF ANY) CREATED BY ANY DOCUMENTATION, PACKAGING OR OTHERWISE. THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY BY JURISDICTION.

**7. Disclaimer of Warranties.** YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT USE OF THE APPLE SOFTWARE IS AT YOUR SOLE RISK AND THAT THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY AND EFFORT IS WITH YOU. EXCEPT FOR THE LIMITED WARRANTY ON MEDIA SET FORTH ABOVE AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE APPLE SOFTWARE AND ANY SERVICES PERFORMED OR PROVIDED BY THE APPLE SOFTWARE ("SERVICES") ARE PROVIDED "AS IS", WITH ALL FAULTS AND WITHOUT WARRANTY OF ANY KIND, AND APPLE AND APPLE'S LICENSORS (COLLECTIVELY REFERRED TO AS "APPLE" FOR THE PURPOSES OF SECTIONS 7 and 8) HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH RESPECT TO THE APPLE SOFTWARE AND ANY SERVICES, EITHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES AND/OR CONDITIONS OF MERCHANTABILITY, OF SATISFACTORY QUALITY, OF FITNESS FOR A PARTICULAR PURPOSE, OF ACCURACY, OF QUIET ENJOYMENT, AND NON-INFRINGEMENT OF THIRD PARTY RIGHTS. APPLE DOES NOT WARRANT AGAINST INTERFERENCE WITH YOUR ENJOYMENT OF THE APPLE SOFTWARE, THAT THE FUNCTIONS CONTAINED IN, OR SERVICES PERFORMED OR PROVIDED BY, THE APPLE SOFTWARE WILL MEET YOUR REQUIREMENTS, THAT THE OPERATION OF THE APPLE SOFTWARE OR SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT THE APPLE SOFTWARE OR SERVICES WILL BE COMPATIBLE WITH THIRD PARTY SOFTWARE, OR THAT DEFECTS IN THE APPLE SOFTWARE OR SERVICES WILL BE CORRECTED. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY APPLE OR AN APPLE AUTHORIZED REPRESENTATIVE SHALL CREATE A WARRANTY. SHOULD THE APPLE SOFTWARE OR SERVICES PROVE DEFECTIVE, YOU ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS ON APPLICABLE STATUTORY RIGHTS OF A CONSUMER, SO THE ABOVE EXCLUSION AND LIMITATIONS MAY NOT APPLY TO YOU.

The Apple Software automatically references, displays, links to, and provides web services related to, sites and information located worldwide throughout the Internet. Because Apple has no control over such sites and information, Apple makes no guarantees as to such sites and information, including, but not limited to: (a) the accuracy, availability, sequence, completeness, currency, content, validity or quality of any such sites and information, or (b) whether an Apple search completed through the Apple Software may locate unintended or objectionable content. Because some of the content on the Internet consists of material that is adult-oriented or otherwise objectionable to some people or viewers under the age of 18, the results of any search or entering of a particular URL using the Apple Software may automatically and unintentionally generate links or references to objectionable material. By using the Apple Software, you acknowledge that Apple makes no representations or warranties with regard to any sites or information displayed by or accessed through the Apple Software,

or any web services performed by the Apple Software in relation to such sites or information. Apple, its officers, affiliates and subsidiaries shall not, directly or indirectly, be liable, in any way, to you or any other person for the content you receive using the Apple Software or for any inaccuracies, errors in or omissions from the content. Financial information displayed by the Apple Software is for general informational purposes only and is not intended to be relied upon as investment advice. Before executing any securities transaction based upon information obtained through the Apple Software, you should consult with a financial professional. Neither Apple nor any of its content providers guarantees the accuracy, completeness, or timeliness of stock information appearing within the Apple Software. The Apple Software may be used to conduct automated translations. As automated translations are performed by software tools and do not involve any human intervention or verification, it is not advisable to rely upon such translations where absolute accuracy is required. Backup functions performed by the Apple Software are only carried out at certain times and are subject to hardware limitations such as drive storage capacity.

Apple and its licensors reserve the right to change, suspend, remove, or disable access to any Services at any time without notice. In no event will Apple be liable for the removal of or disabling of access to any such Services. Apple may also impose limits on the use of or access to certain Services, in any case and without notice or liability.

**8. Limitation of Liability.** TO THE EXTENT NOT PROHIBITED BY LAW, IN NO EVENT SHALL APPLE BE LIABLE FOR PERSONAL INJURY, OR ANY INCIDENTAL, SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, LOSS OF DATA, BUSINESS INTERRUPTION OR ANY OTHER COMMERCIAL DAMAGES OR LOSSES, ARISING OUT OF OR RELATED TO YOUR USE OR INABILITY TO USE THE SERVER SOFTWARE, HOWEVER CAUSED, REGARDLESS OF THE THEORY OF LIABILITY (CONTRACT, TORT OR OTHERWISE) AND EVEN IF APPLE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OF LIABILITY FOR PERSONAL INJURY, OR OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THIS LIMITATION MAY NOT APPLY TO YOU. In no event shall Apple's total liability to you for all damages (other than as may be required by applicable law in cases involving personal injury) exceed the amount of fifty dollars ($50.00). The foregoing limitations will apply even if the above stated remedy fails of its essential purpose.

**9. Digital Certificates.**
**General.** The Apple Software contains functionality that allows it to accept digital certificates either issued from Apple or from third parties. YOU ARE SOLELY RESPONSIBLE FOR DECIDING WHETHER OR NOT TO RELY ON A CERTIFICATE WHETHER ISSUED BY APPLE OR A THIRD PARTY. YOUR USE OF DIGITAL CERTIFICATES IS AT YOUR SOLE RISK.  APPLE MAKES NO WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, ACCURACY, SECURITY, OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS WITH RESPECT TO DIGITAL CERTIFICATES. You agree that (a) you will not falsify or misuse any certificate; (b) you will use Digital Certificates for legal purposes only and in accordance with any applicable Certificate Policy, Certificate Practice Statement or other Certificate Authority business practice disclosures; (c) you are solely responsible for preventing any unauthorized user from making use of your Digital Certificates; and (d) you will revoke any certificate that you have reason to believe has been compromised.

**Use of Digital Certificates in iChat.** The Apple Software allows you to encrypt your iChat communications. This feature uses digital certificates to verify that the iChat is coming from the iChat screen name that appears in the iChat window and to encrypt and decrypt the chat.  It does not verify the identity of the person using that screen name. Apple does not guarantee that there will be no hacking or intrusions into the chat. YOUR USE OF THIS FEATURE IN CONNECTION WITH ICHAT IS AT YOUR SOLE RISK. APPLE MAKES NO WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, ACCURACY, SECURITY, OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS WITH RESPECT TO THE USE OF DIGITAL CERTIFICATES AND/OR ENCRYPTION IN ICHAT. By using the Apple Software, you agree that (a) you will take no action that interferes with the normal operation of digital certificates or encryption used in an iChat session or otherwise falsify the digital certificate used to validate a screen name; (b) you will use the encrypted iChat function solely for legal purposes; (c) you are solely responsible for preventing any unauthorized user from having access to any certificate or private key stored on your computer; and (d) you will revoke any certificate that you have reason to believe is compromised. Apple's Certificate Policy and Certificate Practice Statements may be found at: http://www.apple.com/certificateauthority.

**10. Export Control.** You may not use or otherwise export or reexport the Apple Software except as authorized by United States law and the laws of the jurisdiction in which the Apple Software was obtained. In particular, but without limitation, the Apple Software may not be exported or re-exported (a) into any U.S. embargoed countries or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Department of Commerce Denied Person's List or Entity List. By using the Apple Software, you represent and warrant that you are not located in any such country or on any such list. You also agree that you will not use these products for any purposes prohibited by United States law, including, without limitation, the development, design, manufacture or production of missiles, and nuclear, chemical or biological weapons.

**11. Government End Users.** The Apple Software and related documentation are "Commercial Items", as that term is defined at 48 C.F.R. §2.101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation", as such terms are used in 48 C.F.R. §12.212 or 48 C.F.R. §227.7202, as applicable. Consistent with 48 C.F.R. §12.212 or 48 C.F.R. §227.7202-1 through 227.7202-4, as applicable, the Commercial Computer Software and Commercial Computer Software Documentation are being licensed to U.S. Government end users (a) only as Commercial Items and (b) with only those rights as are granted to all other end users pursuant to the terms and conditions herein.  Unpublished-rights reserved under the copyright laws of the United States.

**12. Controlling Law and Severability.** This License will be governed by and construed in accordance with the laws of the State of California, as applied to agreements entered into and to be performed entirely within California between California residents. This License shall not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded. If for any reason a court of competent jurisdiction finds any provision, or portion thereof, to be unenforceable, the remainder of this License shall continue in full force and effect.

**13. Complete Agreement; Governing Language.** This License constitutes the entire agreement between the parties with respect to the use of the Apple Software licensed hereunder and supersedes all prior or contemporaneous understandings regarding such subject matter. No amendment to or modification of this License will be binding unless in writing and signed by Apple. Any translation of this License is done for local requirements and in the event of a dispute between the English and any non-English versions, the English version of this License shall govern.

**14. Third Party Acknowledgements.**
A. Portions of the Apple Software utilize or include third party software and other copyrighted material. Acknowledgements, licensing terms and disclaimers for such material are contained in the "online" electronic documentation for the Apple Software, and your use of such material is governed by their respective terms.

B. Certain software libraries and other third party software included with the Apple Software are free software and licensed under the terms of the GNU General Public License (GPL) or the GNU Library/Lesser General Public License (LGPL), as the case may be. You may obtain a complete machine-readable copy of the source code for such free software under the terms of the GPL or LGPL, as the case may be, without charge except for the cost of media, shipping, and handling, upon written request to Apple. The GPL/LGPL software is distributed in the hope that it will be useful, but WITHOUT ANY WARRANTY, without even the implied warranty of MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE. A copy of the GPL and LGPL is included with the Apple Software.

C. The Apple Software includes certain software licensed under the IBM Public License Version 1.0 (IPL) or the Common Public License Version 1.0 (CPL). A copy of the source code for the IPL and CPL licensed software may be found in Apple's Open Source repository. See Apple's Open Source web site (http://www.opensource.apple.com/) for information on how to obtain the source code. THE IPL AND CPL SOFTWARE IS PROVIDED ON AN "AS IS" BASIS, WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, EITHER EXPRESS OR IMPLIED INCLUDING, WITHOUT LIMITATION, ANY  WARRANTIES OR CONDITIONS OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.  NEITHER APPLE, IBM NOR ANY OTHER CONTRIBUTOR TO THE IPL AND CPL SOFTWARE SHALL HAVE ANY LIABILITY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, LOST PROFITS), HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OR DISTRIBUTION OF THE IPL AND CPL SOFTWARE OR THE EXERCISE OF ANY RIGHTS GRANTED HEREUNDER, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

D. MPEG-2 Notice. To the extent that the Apple Software contains MPEG-2 functionality, the following provision applies: ANY USE OF THIS PRODUCT OTHER THAN CONSUMER PERSONAL USE IN ANY MANNER THAT COMPLIES WITH THE MPEG-2 STANDARD FOR ENCODING VIDEO INFORMATION FOR PACKAGED MEDIA IS EXPRESSLY PROHIBITED WITHOUT A LICENSE UNDER APPLICABLE PATENTS IN THE MPEG-2 PATENT PORTFOLIO, WHICH LICENSE IS AVAILABLE FROM MPEG LA, L.L.C, 250 STEELE STREET, SUITE 300, DENVER, COLORADO 80206.

E. MPEG-4 Notice. This product is licensed under the MPEG-4 Systems Patent Portfolio License for encoding in compliance with the MPEG-4 Systems Standard, except that an additional license and payment of royalties are necessary for encoding in connection with (i) data stored or replicated in physical media which is paid for on a title by title basis and/or (ii) data which is paid for on a title by title basis and is transmitted to an end user for permanent storage and/or use. Such additional license may be obtained from MPEG LA, LLC. See http://www.mpegla.com for additional details.

This product is licensed under the MPEG-4 Visual Patent Portfolio License for the personal and non-commercial use of a consumer for (i) encoding video in compliance with the MPEG-4 Visual Standard ("MPEG-4 Video") and/or (ii) decoding MPEG-4 video that was encoded by a consumer engaged in a personal and non-commercial activity and/or was obtained from a video provider licensed by MPEG LA to provide MPEG-4 video. No license is granted or shall be implied for any other use.

Additional information including that relating to promotional, internal and commercial uses and licensing may be obtained from MPEG LA. See http://www.mpegla.com. For answers to frequently asked questions regarding use fees under the MPEG LA Visual Patent Portfolio License see www.apple.com/mpeg4 or www.apple.com/quicktime/products/qt/faq.html.

F. H.264/AVC Notice. To the extent that the Apple Software contains AVC encoding and/or decoding functionality, commercial use of H.264/AVC requires additional licensing and the following provision applies: THE AVC FUNCTIONALITY IN THIS PRODUCT IS LICENSED HEREIN ONLY FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (i) ENCODE VIDEO IN COMPLIANCE WITH THE AVC STANDARD ("AVC VIDEO") AND/OR (ii) DECODE AVC VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY AND/OR AVC VIDEO THAT WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE AVC VIDEO. INFORMATION REGARDING OTHER USES AND LICENSES MAY BE OBTAINED FROM MPEG LA L.L.C. SEE HTTP://WWW.MPEGLA.COM.

G. AMR Notice. The Adaptive Multi-Rate ("AMR") encoding and decoding functionality in this product is not licensed to perform cellular voice calls, or for use in any telephony products built on the QuickTime architecture for the Windows platform. The AMR encoding and decoding functionality in this product is also not licensed for use in a cellular communications infrastructure including: base stations, base station controllers/radio network controllers, switching centers, and gateways to and from the public switched network.

H. FAA Notice. Aircraft Situation Display and National Airspace System Status Information data (collectively "Flight Data") displayed through the Apple Software is generated by the Federal Aviation Administration. You agree not to redistribute Flight Data without the prior written consent of the FAA. The FAA and Apple disclaim all warranties, expressed or implied (including the implied warranties of merchantability and fitness for a particular purpose), regarding the use and accuracy of the Flight Data. You agree that the FAA and Apple shall not be liable, either collectively or individually, for any loss, damage, claim, liability, expense, or penalty, or for any indirect, special, secondary, incidental, or consequential damages deriving from the use of the Flight Data. The Apple Software is not sponsored or endorsed by the FAA. The FAA is not responsible for technical or system problems, and you should not contact the FAA regarding such problems or regarding operational traffic flow issues.

I. Use of Adobe Color Profiles. You may use the Adobe Color Profile software included with the Apple Software pursuant to this license, but Adobe is under no obligation to provide any support for the Color Profiles pursuant to this License, including upgrades or future versions of the Profiles or other items. In addition to the provisions of Sections 7 and 8 above, IN NO EVENT WILL ADOBE BE LIABLE TO YOU FOR ANY DAMAGES, CLAIMS OR COSTS WHATSOEVER. The Adobe Color Profile software distributed with the Apple Software is also available for download from Adobe at www.adobe.com.

EA0395
Rev. 7/24/07

Exhibit 3 to Complaint

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent Office

Reg. No. 1,078,312
Registered Nov. 29, 1977

## TRADEMARK
### Principal Register

## APPLE

Apple Computer, Inc. (California corporation)
20863 Stevens Creek Blvd.
Cupertino, Calif.  95014

For: COMPUTERS AND COMPUTER PROGRAMS RECORDED ON PAPER AND TAPE, in CLASS 9 (U.S. CL. 26).

First use during April 1976; in commerce during April 1976.

Ser. No. 120,444, filed Mar. 25, 1977.

G. T. GLYNN, Examiner

Int. Cl.: 9

Prior U.S. Cl.: 26, 38

United States Patent and Trademark Office

Reg. No. 1,114,431
Registered Mar. 6, 1979

## TRADEMARK
### Principal Register



Apple Computer, Inc. (California corporation)
10260 Bandley Drive
Cupertino, Calif.  95014

For: COMPUTERS AND COMPUTER PROGRAMS RECORDED ON PAPER AND TAPE, in CLASS 9 (U.S. CLS. 26 and 38).

First use during January 1977; in commerce January 1977.

The mark consists of a silhouette of an apple with a bite removed.

Owner of Reg. No. 1,078,312.

Ser. No. 162,799, filed Mar. 20, 1978.

J. TINGLEY, Examiner

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,715,578
Registered May 13, 2003

## TRADEMARK
### PRINCIPAL REGISTER



APPLE COMPUTER, INC. (CALIFORNIA COR-
PORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTERS HARDWARE; COMPUTER
HARDWARE, NAMELY, SERVER, DESKTOP, LAP-
TOP, NOTEBOOK AND SUBNOTEBOOK COMPU-
TERS; HAND HELD AND MOBILE COMPUTERS;
COMPUTER TERMINALS AND MONITORS; PER-
SONAL DIGITAL ASSISTANTS; PORTABLE DIGI-
TAL AUDIO PLAYERS; ELECTRONIC
ORGANIZERS; COMPUTER KEYBOARDS,
CABLES, MODEMS; AUDIO SPEAKERS; COMPU-
TER VIDEO CONTROL DEVICES, NAMELY, COM-
PUTER MICE, TRACKBALLS, JOYSTICKS AND
GAMEPADS; A FULL LINE OF COMPUTER SOFT-
WARE FOR BUSINESS, HOME, EDUCATION, AND
DEVELOPER USE; COMPUTER PROGRAMS FOR
PERSONAL INFORMATION MANAGEMENT; DA-
TABASE MANAGEMENT SOFTWARE; CHARAC-
TER RECOGNITION SOFTWARE; TELEPHONY
MANAGEMENT SOFTWARE; ELECTRONIC MAIL
AND MESSAGING SOFTWARE; TELECOMMUNI-
CATIONS SOFTWARE, NAMELY FOR PAGING;
DATABASE SYNCHRONIZATION SOFTWARE;
COMPUTER PROGRAMS FOR ACCESSING,
BROWSING AND SEARCHING ONLINE DATABA-
SES; OPERATING SYSTEM SOFTWARE; APPLICA-
TION DEVELOPMENT TOOL PROGRAMS; BLANK
COMPUTER STORAGE MEDIA; FONTS, TYPEFA-
CES, TYPE DESIGNS AND SYMBOLS RECORDED
ON MAGNETIC MEDIA; COMPUTER SOFTWARE
FOR USE IN PROVIDING MULTIPLE USER AC-
CESS TO A GLOBAL COMPUTER INFORMATION
NETWORK FOR SEARCHING, RETRIEVING,

TRANSFERRING, MANIPULATING AND DISSE-
MINATING A WIDE RANGE OF INFORMATION;
COMPUTER SOFTWARE FOR USE AS A PRO-
GRAMMING INTERFACE; COMPUTER SOFT-
WARE FOR USE IN NETWORK SERVER
SHARING; LOCAL AND WIDE AREA NETWORK-
ING SOFTWARE; COMPUTER SOFTWARE FOR
MATCHING, CORRECTION, AND REPRODUC-
TION OF COLOR; COMPUTER SOFTWARE FOR
USE IN DIGITAL VIDEO AND AUDIO EDITING;
COMPUTER SOFTWARE FOR USE IN ENHAN-
CING TEXT AND GRAPHICS; COMPUTER SOFT-
WARE FOR USE IN FONT JUSTIFICATION AND
FONT QUALITY; COMPUTER SOFTWARE FOR
USE TO NAVIGATE AND SEARCH A GLOBAL
COMPUTER INFORMATION NETWORK, AS WELL
AS TO ORGANIZE AND SUMMARIZE THE INFOR-
MATION RETRIEVED; COMPUTER SOFTWARE
FOR USE IN WORD PROCESSING AND DATABASE
MANAGEMENT; WORD PROCESSING SOFTWARE
INCORPORATING TEXT, SPREADSHEETS, STILL
AND MOVING IMAGES, SOUNDS AND CLIP ART;
COMPUTER SOFTWARE FOR USE IN AUTHOR-
ING, DOWNLOADING, TRANSMITTING, RECEIV-
ING, EDITING, EXTRACTING, ENCODING,
DECODING, PLAYING, STORING AND ORGANIZ-
ING AUDIO, VIDEO, STILL IMAGES AND OTHER
DIGITAL DATA; COMPUTER SOFTWARE FOR
ANALYZING AND TROUBLESHOOTING OTHER
COMPUTER SOFTWARE; CHILDREN'S EDUCA-
TIONAL SOFTWARE; COMPUTER GAME SOFT-
WARE; COMPUTER GRAPHICS SOFTWARE;
COMPUTER SEARCH ENGINE SOFTWARE; WEB
SITE DEVELOPMENT SOFTWARE; COMPUTER
PROGRAM WHICH PROVIDES REMOTE VIEW-
ING, REMOTE CONTROL, COMMUNICATIONS

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**Reg. No. 1,964,391**

## United States Patent and Trademark Office   Registered Mar. 26, 1996

### TRADEMARK
#### PRINCIPAL REGISTER

## MAC

APPLE COMPUTER, INC. (CALIFORNIA COR-
PORATION)
20525 MARIANI AVENUE
CUPERTINO, CA 95014

FOR: COMPUTERS; COMPUTER PRINTERS;
COMPUTER MONITORS; COMPUTER PERIPH-
ERALS; COMPUTER OPERATING SYSTEM
SOFTWARE; NETWORK TRANSMISSION AC-
CELERATOR FOR ACCELERATING THE
TRANSMISSION OF DATA IN A LOCAL AREA
NETWORK; ELECTRONIC MAIL AND MES-
SAGE DELIVERY APPARATUS; MULTIME-

DIA AUTHORING COMPUTER PROGRAMS
FOR USE IN THE FIELDS OF BUSINESS, GOV-
ERNMENT, EDUCATION, AND SCIENCE;
LOCAL AREA NETWORKS AND WIDE AREA
NETWORKS; CD-ROM DRIVES, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1994; IN COMMERCE
12-31-1994.

SN 74-357,318, FILED 2-9-1993.

MARY CRAWFORD, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**     Reg. No. 1,931,078
                                                   Registered Oct. 31, 1995

## TRADEMARK
### PRINCIPAL REGISTER



APPLE COMPUTER, INC. (CALIFORNIA COR-
PORATION)
20525 MARIANI AVENUE
CUPERTINO, CA 95014

FOR: COMPUTERS, COMPUTER PERIPHER-
ALS AND PRE-RECORDED COMPUTER PRO-
GRAMS, NAMELY SOFTWARE AND FIRM-
WARE IN THE NATURE OF OPERATING SYS-

TEMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 11–1–1994; IN COMMERCE
11–1–1994.

SER. NO. 74–552,639, FILED 7–25–1994.

ALAN ATCHISON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,000,282
Registered Sep. 10, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## MAC OS

APPLE COMPUTER, INC. (CALIFORNIA COR-
PORATION)
ONE INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTERS, COMPUTER OPERAT-
ING SYSTEM SOFTWARE, AND A FULL LINE
OF PRERECORDED COMPUTER PROGRAMS,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-1-1994; IN COMMERCE
11-1-1994.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "OS", APART FROM THE
MARK AS SHOWN.

SN 74-547,403, FILED 7-8-1994.

JAMES A. RAUEN, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

**Reg. No. 3,386,175**
Registered Feb. 19, 2008

## TRADEMARK
### PRINCIPAL REGISTER

## LEOPARD

APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTER OPERATING SYSTEM SOFT-
WARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-26-2007; IN COMMERCE 10-26-2007.

SN 78-270,003, FILED 7-2-2003.

KELLY BOULTON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,697,680

Registered Mar. 18, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## XSERVE

APPLE COMPUTER, INC. (CALIFORNIA COR-
PORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTER HARDWARE, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-14-2002; IN COMMERCE 5-14-2002.

PRIORITY CLAIMED UNDER SEC. 44(D) ON
SWITZERLAND APPLICATION NO. 033632002,
FILED 4-15-2002.

SER. NO. 76-407,499, FILED 5-14-2002.

ALICE SUE CARRUTHERS, EXAMINING ATTOR-
NEY