UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.

   Plaintiff(s),          No. 08-03251 JL

 v.              NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

PSYSTAR CORPORATION

   Defendant(s).
_____/

  The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX** (1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

   (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

  The **CASE MANAGEMENT CONFERENCE** previously scheduled for October 22, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: July 16, 2008

                Richard W. Wieking, Clerk
                United States District Court

                */s/ Wings Hom*
                By: Wings Hom, Deputy Clerk