AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

Apple Inc.,

)
)
)
)
)
)

Plaintiff
v.

Psystar Corporation,

)
)
)
)
)
)
)

Defendant

CV 08    3251

Civil Action No.

**Summons in a Civil Action**

To: Psystar Corporation

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James G. Gilliland, Jr.
Mehrnaz Boroumand Smith
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

**ANNA SPRINKLES**

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                                       Server's signature

                                                       Printed name and title

                                                       Server's address

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of California

Case Number: CV 08 3251

Plaintiff:
**APPLE INC.,**

vs.

Defendant:
**PSYSTAR CORPORATION,**

For:
Janet T. Munn, Esq.
EPSTEIN BECKER & GREEN, P.C.
200 South Biscayne Blvd.
Suite 4300
Miami, FL 33131

Received by LEGAL INVESTIGATIONS, LLC on the 8th day of July, 2008 at 12:12 pm to be served on **PSYSTAR CORPORATION BY SERVING R/A RODOLFO PEDRAZA, 10645 SW 112 STREET, MIAMI, FL 33176**.

I, JADE DOMENECH, do hereby affirm that on the **8th day of July, 2008** at **3:22 pm**, I:

**EFFECTED CORPORATE SERVICE** by delivering a true copy of the **SUMMONS; CIVIL COVER SHEET; COMPLAINT; US DISTRICT COURT WELCOME PACKAGE; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE LARSON; PAMPHLET ON CONSENTING TO A MAGISTRATE JUDGE IN THE NORTHERN DISTRICT OF CALIFORNIA; AND ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** with the date and hour of service endorsed thereon by me, to: **RODOLFO PEDRAZA** as **REGISTERED AGENT** for **PSYSTAR CORPORATION**, at the address of: **10475 NW 28TH STREET, DORAL, FL 33172**, and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
ATTEMPTED SERVICE AT PRINCIPAL ADDRESS OF BUSINESS AS PER FLORIDA DEPARTMENT OF STATE DIVISION OF CORPORATION. THIS ADDRESS IS A RESIDENCE. LOCATED AND SERVED AT 10475 NW 28TH STREET, DORAL, FL 33172.

I do hereby certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(S)

JADE DOMENECH
CPS #1565

LEGAL INVESTIGATIONS, LLC
2000 South Dixie Highway
Suite 100-H
Miami, FL 33133
(305) 858-9411
Our Job Serial Number: 2008001370

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Psystar Corporation** by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

[X] (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **Rodolfo Pedraza / Registed Agent** ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: **7/8/2008**

Server's signature: **JMDomenech**

Printed name and title: **Jade Domenech CPS #1565**

Server's address: **2000 S. Dixie Hywy, #106, Miami, FL**