IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | No. C 08-03251 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING** |
| PSYSTAR CORPORATION, | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Case Management Conference previously set for October 22, 2008 at 10:30 a.m. has been rescheduled for **October 23, 2008** at **11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: July 21, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Frank Justiliano
Frank Justiliano
Courtroom Deputy to the
Honorable William Alsup