ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Defendant
PSYSTAR CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | **CASE NO. CV-08-3251-WHA** |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT FOR COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, AND UNFAIR COMPETITION** |
| vs. | |
| PSYSTAR  CORPORATION | |
| Defendant. | |

Pursuant to the provisions of Local Rule 6-1(a), Plaintiff APPLE INC. and Defendant PSYSTAR

CORPORATION hereby stipulate to extend the Defendant's time to respond to the Complaint filed

on July 3, 2008 up to and including August 18, 2008.  This is the first such stipulation in the present

matter.  This stipulation and the corresponding extension of time are not believed to affect or

otherwise alter any deadline (including the initial Case Management Conference) presently on

calendar.

**SO STIPULATED.**

Dated: July 28, 2008                    CARR & FERRELL LLP


                                        By   /Colby B. Springer/
                                             COLBY B. SPRINGER
                                             Psystar Corporation.

Dated: July 28, 2008                    TOWNSEND AND TOWNSEND AND CREW LLP


                                        By   /James G. Gilliland, Jr./
                                             James G. Gilliland, Jr.
                                             Apple Inc.




                            **Signature Attestation**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the

filing of this document from all the signatories for whom a signature is indicated by a "conformed"

signature (/name/) within this e-filed document.


**July 28, 2008**                       By   /Colby B. Springer/
                                             COLBY B. SPRINGER

STIPULATION TO EXTEND TIME                              (CASE NO. CV-08-3251-WHA)