1  ROBERT J. YORIO (SBN 93178)
   ryorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
4  CARR & FERRELL LLP
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile:  (650) 812-3444

7
   Attorneys for Defendant
8  PSYSTAR CORPORATION

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  APPLE INC., a California corporation,      **CASE NO. CV-08-3251-WHA**

13           Plaintiff,                        **SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT FOR COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, AND UNFAIR COMPETITION**
14      vs.

15  PSYSTAR  CORPORATION

16           Defendant.

17

18

19

20

21  Pursuant to the provisions of Local Rule 6-1(a), Plaintiff APPLE INC. and Defendant PSYSTAR

22  CORPORATION hereby stipulate to extend the Defendant PSYSTAR CORPORATION's time to

23  respond to the Complaint filed on July 3, 2008 up to and including August 28, 2008.  Defendant

24  PSYSTAR CORPORATION represents to the Court and Plaintiff APPLE INC. that it will be filing

25  its Answer and Counterclaim (if any) on or before August 28, 2008.  This is the second such

26  stipulation in the present matter.  This stipulation and the corresponding extension of time are not

27  believed to affect or otherwise alter any deadline (including the initial Case Management

28  / / / / /

Conference) presently on calendar.

**SO STIPULATED.**

Dated:  August 18, 2008                                    CARR & FERRELL LLP


                                                           By   /Colby B. Springer/
                                                                COLBY B. SPRINGER
                                                                Psystar Corporation.

Dated: August 18, 2008                                     TOWNSEND AND TOWNSEND AND CREW LLP



                                                           By   /James G. Gilliland, Jr./
                                                                James G. Gilliland, Jr.
                                                                Apple Inc.



### Signature Attestation

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/name/) within this e-filed document.


**August 18, 2008**                                        By   /Colby B. Springer/
                                                                COLBY B. SPRINGER