ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Defendant/Counterclaimant
PSYSTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PSYSTAR CORPORATION,<br><br>Defendant. | CASE NO. CV-08-03251-WHA<br><br>**PSYSTAR CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to Fed.R.Civ.P. 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Rodolfo Pedraza

Roberto Pedraza

///

///

{00333241v1}

-1-

Psystar Corporation's Rule 7.1 Disclosure Statement and
Certification of Interested Entities or Persons (Case No. CV-08-03251-WHA)

Dockets.Justia.com

There are no publicly held corporations that own 10% or more of Psystar Corporation.

Dated:  September 11, 2008        CARR & FERRELL *LLP*

By: _____
ROBERT J. YORIO
COLBY B. SPRINGER
CHRISTINE S. WATSON

Attorneys for Defendant/Counterclaimant
PSYSTAR CORPORATION

{00333241v1}
-2-
Psystar Corporation's Rule 7.1 Disclosure Statement and
Certification of Interested Entities or Persons (Case No. CV-08-03251-WHA)