TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
JEB OBLAK (State Bar No. 241384)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com,
mboroumand@townsend.com,
mmchung@townsend.com,
jboblak@townsend.com

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PSYSTAR CORPORATION,<br><br>　　　　Defendant. | Case No. CV 08-3251 WHA<br><br>**APPLE INC.'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[PURSUANT TO F.R.C.P. 7.1 AND N.D. CAL. LOCAL RULE 3-16] |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Apple Inc. ("Apple") hereby discloses that it is a publicly held company with numerous shareholders. It has no parent company, and no company owns more than ten percent (10%) of its stock.

Pursuant to Local Rule 3-16, the undersigned counsel certifies that the following persons (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. Specifically, the individuals listed are directors and executive officers of Apple who have a financial interest, as defined by 28 U.S.C. § 455(d)(4), in Apple:

1. Board of Directors: William Campbell; Millard Drexler; Albert Gore Jr.; Steve Jobs; Andrea Jung; Arthur D. Levinson, Ph.D; Eric Schmidt, Ph.D; and Jerome B. York.

2. Executive Officers: Steve Jobs; Timothy D. Cook; Daniel Cooperman; Peter Oppenheimer; Philip W. Schiller; Tony Fadell; Scott Forstall; Ronald B. Johnson; Robert Mansfield; Bertrand Serlet; and Sina Tamaddon.

Apple notes that it has numerous employees who actively participate in its affairs but it has only identified its directors and executive officers in this disclosure.

DATED: September 12, 2008          Respectfully submitted,

                                   TOWNSEND AND TOWNSEND AND CREW LLP


                                   By:    */s/ James G. Gilliland, Jr.*
                                        JAMES G. GILLILAND, JR.
                                       Attorneys for Plaintiff
                                       APPLE INC.

61500556 v1