| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| | MEGAN M. CHUNG (State Bar No. 232044) |
| 3 | JEB OBLAK (State Bar No. 241384) |
| | Two Embarcadero Center, 8th Floor |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 576-0200 |
| 5 | Facsimile: (415) 576-0300 |
| | Email: jggilliland@townsend.com; mboroumand@townsend.com; |
| 6 | mmchung@townsend.com; jboblak@townsend.com |
| 7 | Attorneys for Plaintiff and Counterdefendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation, | Case No. CV 08-3251 WHA |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR PLAINTIFF AND COUNTERDEFENDANT APPLE INC. TO RESPOND TO COUNTERCLAIMS FOR VIOLATIONS OF THE SHERMAN, CLAYTON, AND CARTWRIGHT ACTS, AND STATE AND COMMON UNFAIR COMPETITION LAW** |
| v. | |
| PSYSTAR CORPORATION, | |
| Defendant. | |
| PSYSTAR CORPORATION, | **[PURSUANT TO N.D. CAL. LOCAL RULE 6-1(a)]** |
| Counterclaimant, | |
| v. | |
| APPLE INC., a California Corporation, | |
| Counterdefendant. | |

1    Plaintiff and Counterdefendant Apple Inc. ("Apple") and Defendant and Counterclaimant
2    Psystar Corporation hereby stipulate that Apple shall have until September 30, 2008 to answer or
3    otherwise respond to the Counterclaims filed on August 28, 2008.  This stipulation and the
4    corresponding extension of time will not alter any deadline (including the initial Case Management
5    Conference) presently on calendar for October 23, 2008.
6         In accordance with Local Rule 6-1(a), no judicial response to this stipulation is necessary.

DATED:  September 15, 2008          Respectfully submitted,

                                    TOWNSEND AND TOWNSEND AND CREW LLP


                                    By:     */s/ James G. Gilliland, Jr.*
                                            JAMES G. GILLILAND, JR.
                                            Attorneys for Plaintiff and Counterdefendant
                                            APPLE INC.


DATED:  September 15, 2008          CARR & FERRELL LLP


                                    By:     */s/ Colby B. Springer*
                                            COLBY B. SPRINGER
                                            Attorneys for Defendant and Counterclaimant
                                            PSYSTAR CORPORATION

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |
| 2 | Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence |
| 3 | in the filing of this document from all the signatories for whom a signature is indicated by a |
| 4 | "conformed" signature (/s/) within this e-filed document and I have on file records to support this |
| 5 | concurrence for subsequent production for the court if so ordered or for inspection upon request. |

Dated: September 15, 2008        */s/ James G. Gilliland, Jr.*
                               JAMES G. GILLILAND, JR.
                               Attorneys for Plaintiff and Counter-Defendant
                               APPLE INC.

61501426 v1