| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| | MEGAN M. CHUNG (State Bar No. 232044) |
| 3 | JEB OBLAK (State Bar No. 241384) |
| | Two Embarcadero Center, 8th Floor |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 576-0200 |
| 5 | Facsimile: (415) 576-0300 |
| | Email: jggilliland@townsend.com, |
| 6 | mboroumand@townsend.com, |
| | mmchung@townsend.com, |
| 7 | jboblak@townsend.com |
| 8 | Attorneys for Plaintiff and Counterdefendant, |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   CV 08-03251 WHA |
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| v. | |
| PSYSTAR CORPORATION, | Date:        November 6, 2008 |
| | Time:        8:00 a.m. |
| Defendant. | Courtroom: 9, 19th Floor |
| | Honorable William Alsup |
| PSYSTAR CORPORATION, | |
| Counterclaimant, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterdefendant. | |

Regarding Exhibit B to Apple Inc.'s Request for Judicial Notice.

This filing is in physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at

| | |
|---|---|
| 1 | http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was not efiled |
| 2 | for the following reason(s): |
| 3 | [ ] Voluminous Document (PDF file size larger than the efiling system allows) |
| 4 | [ ] Unable to Scan Documents |
| 5 | [ ] Physical Object (description): _____ |
| 6 | _____ |
| 7 | [ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| 8 | [ ] Item Under Seal |
| 9 | [ ] Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 10 | [x] Other (description): CD containing selected advertisements from Apple Inc.'s "Get a Mac" |
| 11 | television/video advertising campaign. |

DATED:  September 30, 2008           Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By:   */s/ James G. Gilliland, Jr.*
            JAMES G. GILLILAND, JR.
         Attorneys for Plaintiff
         APPLE INC.