TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
JEB OBLAK (State Bar No. 241384)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com,
mboroumand@townsend.com,
mmchung@townsend.com,
jboblak@townsend.com

Attorneys for Plaintiff and Counterdefendant,
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>PSYSTAR CORPORATION,<br><br>            Defendant. | Case No.   CV 08-03251 WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION TO DISMISS PSYSTAR CORPORATION'S COUNTERCLAIMS WITH PREJUDICE**<br><br>Date:        November 6, 2008<br>Time:       8:00 a.m.<br>Courtroom: 9, 19th Floor<br>               Honorable William Alsup |
| PSYSTAR CORPORATION,<br><br>            Counterclaimant,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>            Counterdefendant. | |

[PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION TO DISMISS PSYSTAR CORPORATION'S COUNTERCLAIMS WITH PREJUDICE, Case No. CV 08-03251 WHA

Dockets.Justia.com

Plaintiff and Counterdefendant Apple Inc.'s ("Apple") Motion to Dismiss Defendant and Counterclaimant Psystar Corporation's ("Psystar") Counterclaims came on regularly for hearing before this Court in Courtroom 9 on November 6, 2008 or as soon thereafter as possible. The Court having considered the briefs and arguments of counsel, finds that Apple's motion is **GRANTED.**

Psystar's antitrust and unfair competition counterclaims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**

DATED: November ___, 2008

William Alsup
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION TO DISMISS PSYSTAR CORPORATION'S COUNTERCLAIMS WITH PREJUDICE, Case No. CV 08-03251 WHA

1