UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA


APPLE INC., a California Corporation,

                                           CASE NO. CV-08-03251 WHA
                  Plaintiff(s),

               v.                                      STIPULATION AND [PROPOSED]
PSYSTAR CORPORATION, a Florida              ORDER SELECTING ADR PROCESS
Corporation,
                  Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
      ✓      Private ADR (*please identify process and provider*)  Mediation before a mutually agreed upon mediator from JAMS in San Francisco, California.

The parties agree to hold the ADR session by:
         the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      ✓      other requested deadline  January 31, 2009


Dated: Oct. 1, 2008                                     /s/ James G. Gilliland, Jr.
                                                    Attorney for Plaintiff

Dated: Oct. 1, 2008                                     /s/ Robert J. Yorio
                                                    Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
      Mediation
✓    Private ADR

Deadline for ADR session
      90 days from the date of this order.
✓    other  January 31, 2009

IT IS SO ORDERED.

Dated:_____           _____
                                               HONORABLE WILLIAM ALSUP
                                               UNITED STATES DISTRICT     JUDGE