United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., | No. C 08-03251 WHA |
| 　　　　Plaintiff, | |
| 　v. | **CLERK'S NOTICE RESCHEDULING HEARING TIME** |
| PSYSTAR CORPORATIONO, | |
| 　　　　Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

　　YOU ARE NOTIFIED THAT because the Court will be unavailable, the case management conference previously set for October 23, 2008 at 11:00 a.m. has been rescheduled for **November 6, 2008** at 8:00 a.m., before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   October 10, 2008　　　　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dawn Toland
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy to the
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable William Alsup