ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Defendant/Counterclaimant
PSYSTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PSYSTAR CORPORATION,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV-08-03251-WHA<br><br>**DECLARATION OF CHRISTOPHER P. GREWE, ESQ. IN SUPPORT OF PSYSTAR CORPORATION'S OPPOSITION TO APPLE INC.'S MOTION TO DISMISS PSYSTAR CORPORATION'S COUNTERCLAIMS**<br><br>Date: November 6, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge: Hon. William Alsup |

{00342946v1}

1  I, the undersigned, CHRISTOPHER P. GREWE, declare as follows:

2    1. I am an attorney admitted to practice before all of the courts of the State of California and before the United States District Court for the Northern District of California. I am an associate with the firm of Carr & Ferrell LLP, the attorneys of record for Defendant Psystar Corporation ("Psystar"). I make this declaration in support of Psystar's Opposition to Apple Inc.'s Motion to Dismiss Psystar's Counterclaims. I am one of the attorneys responsible for representing Psystar in this action, and the facts set out herein are within my personal knowledge, or are based on documents in my possession and other information to which I have access in the course of my duties. If called upon to do so I could and would testify to the truth thereof.

2. Attached hereto as Exhibit "A" is a true and correct copy of *In re Apple & AT&TM Antitrust Litigation*, No. 144 Civ. 07-05152, slip op. at 13:1-2, 14:10-12 (9th Cir. October 1, 2008) (Order Granting in Part and Denying in Part Apple's Motion to Dismiss).

3. Attached hereto as Exhibit "B" is a true and correct copy of *Slattery v. Apple Computer, Inc.*, 2005 WL 2204981 at *4 (9th Cir. 2005) (Order Granting in Part and Denying in Part Apple's Motion to Dismiss).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2008        /s/ Christopher P. Grewe
                                        CHRISTOPHER P. GREWE

{00342946v1}    -1-
Grewe Declaration ISO Psystar's Opposition to Apple's Motion to Dismiss
(Case No. CV-08-03251-WHA)