<div style="text-align: center; font-style: italic;">United States District Court<br/>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PSYSTAR CORPORATION,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 08-03251 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING TIME** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

　　　YOU ARE NOTIFIED THAT the motion hearing and the case management conference previously set for November 6, 2008 at 8:00 a.m. have been rescheduled for **November 6, 2008 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

　　　Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly**.**

Dated:　October 31, 2008　　　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　By:　_[signature]_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dawn Toland
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy to the
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable William Alsup