# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 6, 2008

Case No. C08-03251 WHA

Title: APPLE, INC v. PSYSTAR

Plaintiff Attorney(s): Megan Chung; James Gilliland; Mehrnaz Boroumand Smith

Defense Attorney(s): Colby Springer; Christopher Grewe; Robert Yorio

Deputy Clerk: Dawn Toland                    Court Reporter: Joan Columbini

## PROCEEDINGS

1) Dft's Motion to Dismiss - HELD

2) CMC - HELD

Complete Initial Disclosures (Rule 26): 11/13/08

Discovery Cutoff: 6/26/09

Designation of Experts: 6/26/09

Last Day to File Motion: 8/20/09

Continued to ___ for Further Case Management Conference

Continued to **10/29/09 at 2:00 pm** for Pretrial Conference

Continued to **11/9/09 at 7:30 am** for Jury Trial

**ORDERED AFTER HEARING:**

Parties agree to JAMS for mediation. Defendant has until noon on 11/10/08 to file a motion for recusal re former law clerk.