## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AMENDED CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>November 6, 2008</u>

Case No.  <u>C08-03251 WHA</u>

Title:  <u>APPLE INC.</u> v. <u>PSYSTAR CORPORATION</u>

Plaintiff Attorney(s): Megan Chung; James Gilliland; Mehrnaz Boroumand Smith

Defense Attorney(s): Colby Springer; Christopher Grewe; Robert Yorio

Deputy Clerk:  <u>Dawn Toland</u>                          Court Reporter: <u>Joan Columbini</u>

### PROCEEDINGS

1)   <u>Dft's Motion to Dismiss - HELD</u>

2)   <u>CMC -HELD</u>

Complete Initial Disclosures (Rule 26): 11/13/08

Discovery Cutoff: 6/26/09

Designation of Experts: 6/26/09

Last Day to File Motion: 8/20/09


Continued to ___  for Further Case Management Conference

Continued to  **<u>10/26/09 at 2:00 pm</u>**  for Pretrial Conference

Continued to  **<u>11/9/09 at 7:30 am</u>**  for Trial

**ORDERED AFTER HEARING:**

Parties agree to JAMS for mediation.  Defendant has until noon on 11/10/08 to file a motion for recusal re former law clerk.