TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
JEB OBLAK (State Bar No. 241384)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com,
mboroumand@townsend.com,
mmchung@townsend.com,
jboblak@townsend.com

Attorneys for Plaintiff,
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>           v.<br><br>PSYSTAR CORPORATION,<br>a Florida corporation, and DOES 1-10, inclusive<br><br>           Defendant. | Case No.   CV 08-03251 WHA<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Date:          January 8, 2009<br>Time:         8:00 a.m.<br>Courtroom:  9, 19th Floor<br>                  Honorable William Alsup |

1    Plaintiff Apple Inc.'s ("Apple") Motion for Leave to File Amended Complaint came on
2 regularly for hearing before this Court in Courtroom 9 on January 8, 2009 or as soon thereafter as
3 possible.  The Court having considered the pleadings and evidence submitted by the parties, the
4 pleadings and records on file, and the arguments of counsel finds that pursuant to Federal Rule of
5 Civil Procedure 15(a), Apple's Motion for Leave to file its Amended Complaint is **GRANTED**.

**IT IS SO ORDERED**

DATED:

                                        The Honorable William Alsup
                                        United States District Judge

61710475 v1