TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
JEB OBLAK (State Bar No. 241384)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com; mboroumand@townsend.com;
mmchung@townsend.com; jboblak@townsend.com

Attorneys for Plaintiff
APPLE INC.

ROBERT J. YORIO (State Bar No. 93178)
COLBY B. SPRINGER (State Bar No. 214868)
CHRISTINE S. WATSON (State Bar No. 218006)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444
Email: ryorio@carrferrell.com; cspringer@carrferrell.com
cwatson@carrferrell.com

Attorneys for Defendant
PSYSTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>PSYSTAR CORPORATION,<br><br>        Defendant. | Case No.    CV 08-3251 WHA<br><br>**STIPULATION CONSENTING TO APPLE INC.'S FILING OF AMENDED COMPLAINT AND [PROPOSED] ORDER VACATING HEARING ON APPLE INC.'S MOTION FOR LEAVE TO AMEND**<br><br>Date:         January 8, 2009<br>Time:        8:00 a.m.<br>Courtroom:   9, 19th Floor<br>                   Honorable William Alsup |

STIPULATION CONSENTING TO APPLE INC.'S FILING OF AMENDED COMPLAINT
AND [PROPOSED] ORDER VACATING HEARING, Case No. CV 08-03251 WHA

Dockets.Justia.com

| | |
|---|---|
| 1 | WHEREAS on November 7, 2008, this Court issued a Case Management Order setting November 30, 2008 as the last day for the parties to seek leave to amend the pleadings to add claims or parties; |

1   WHEREAS on November 7, 2008, this Court issued a Case Management Order setting
2   November 30, 2008 as the last day for the parties to seek leave to amend the pleadings to add claims
3   or parties;
4   WHEREAS Plaintiff Apple Inc. ("Apple") filed a Motion for Leave to File Its Amended
5   Complaint on November 26, 2008 (see Doc. Nos. 35-36), after having met and conferred with
6   Defendant's counsel;
7   WHEREAS Defendant Psystar Corporation ("Psystar") has now had additional time to review
8   Apple's Amended Complaint and its Motion for Leave to File the Amended Complaint;
9   WHEREAS Psystar has now consented to Apple's filing of its Amended Complaint without
10  the need for a motion seeking leave of the Court;
11  THEREFORE, pursuant to Federal Rule of Civil Procedure 15(a)(2), Psystar consents to Apple
12  filing its Amended Complaint and the parties hereby stipulate that the Amended Complaint will be
13  filed separately today. The parties also respectfully request that the Court vacate the hearing set for
14  January 8, 2009 in relation to Apple's Motion For Leave to File Amended Complaint.

DATED: December 2, 2008          Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By:   */s/ James G. Gilliland, Jr.*
      JAMES G. GILLILAND, JR.
      Attorneys for Plaintiff
      APPLE INC.


DATED: December 2, 2008          CARR & FERRELL LLP

By:   */s/ Colby B. Springer*
      COLBY B. SPRINGER
      Attorneys for Defendant
      PSYSTAR CORPORATION

**<u>ORDER</u>**

Pursuant to the stipulation, this Court GRANTS the parties' request and VACATES the January 8, 2009 hearing scheduled on Apple Inc.'s Motion for Leave To File Amended Complaint.

IT IS SO ORDERED.

DATED: _____     _____
Hon. William Alsup
United States District Court Judge

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: December 2, 2008      */s/ James G. Gilliland, Jr.*
　　　　　　　　　　　　　　　　　　JAMES G. GILLILAND, JR.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and Counter-Defendant
　　　　　　　　　　　　　　　　　　APPLE INC.

61710528 v1