Exhibit 3 to Amended Complaint

Dockets.Justia.com

**Int. Cl.: 9**

**Prior U.S. Cl.: 26**

# United States Patent Office

**Reg. No. 1,078,312**
**Registered Nov. 29, 1977**

## TRADEMARK
**Principal Register**

## APPLE

Apple Computer, Inc. (California corporation)
20863 Stevens Creek Blvd.
Cupertino, Calif. 95014

For: COMPUTERS AND COMPUTER PROGRAMS RECORDED ON PAPER AND TAPE, in CLASS 9 (U.S. CL. 26).

First use during April 1976; in commerce during April 1976.

Ser. No. 120,444, filed Mar. 25, 1977.

G. T. GLYNN, Examiner

**Int. Cl.: 9**

**Prior U.S. Cl.: 26, 38**

**Reg. No. 1,114,431**
**Registered Mar. 6, 1979**

# United States Patent and Trademark Office

## TRADEMARK
**Principal Register**



Apple Computer, Inc. (California corporation)
10260 Bandley Drive
Cupertino, Calif. 95014

For: COMPUTERS AND COMPUTER PROGRAMS RECORDED ON PAPER AND TAPE, in CLASS 9 (U.S. CLS. 26 and 38).

First use during January 1977; in commerce January 1977.

The mark consists of a silhouette of an apple with a a bite removed.

Owner of Reg. No. 1,078,312.

Ser. No. 162,799, filed Mar. 20, 1978.

J. TINGLEY, Examiner

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 2,715,578**

**Registered May 13, 2003**

**United States Patent and Trademark Office**

## TRADEMARK
### PRINCIPAL REGISTER



APPLE COMPUTER, INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTERS HARDWARE; COMPUTER HARDWARE, NAMELY, SERVER, DESKTOP, LAPTOP, NOTEBOOK AND SUBNOTEBOOK COMPUTERS; HAND HELD AND MOBILE COMPUTERS; COMPUTER TERMINALS AND MONITORS; PERSONAL DIGITAL ASSISTANTS; PORTABLE DIGITAL AUDIO PLAYERS; ELECTRONIC ORGANIZERS; COMPUTER KEYBOARDS, CABLES, MODEMS; AUDIO SPEAKERS; COMPUTER VIDEO CONTROL DEVICES, NAMELY, COMPUTER MICE, TRACKBALLS, JOYSTICKS AND GAMEPADS; A FULL LINE OF COMPUTER SOFTWARE FOR BUSINESS, HOME, EDUCATION, AND DEVELOPER USE; COMPUTER PROGRAMS FOR PERSONAL INFORMATION MANAGEMENT; DATABASE MANAGEMENT SOFTWARE; CHARACTER RECOGNITION SOFTWARE; TELEPHONY MANAGEMENT SOFTWARE; ELECTRONIC MAIL AND MESSAGING SOFTWARE; TELECOMMUNICATIONS SOFTWARE, NAMELY FOR PAGING; DATABASE SYNCHRONIZATION SOFTWARE; COMPUTER PROGRAMS FOR ACCESSING, BROWSING AND SEARCHING ONLINE DATABASES; OPERATING SYSTEM SOFTWARE; APPLICATION DEVELOPMENT TOOL PROGRAMS; BLANK COMPUTER STORAGE MEDIA; FONTS, TYPEFACES, TYPE DESIGNS AND SYMBOLS RECORDED ON MAGNETIC MEDIA; COMPUTER SOFTWARE FOR USE IN PROVIDING MULTIPLE USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK FOR SEARCHING, RETRIEVING, TRANSFERRING, MANIPULATING AND DISSEMINATING A WIDE RANGE OF INFORMATION; COMPUTER SOFTWARE FOR USE AS A PROGRAMMING INTERFACE; COMPUTER SOFTWARE FOR USE IN NETWORK SERVER SHARING; LOCAL AND WIDE AREA NETWORKING SOFTWARE; COMPUTER SOFTWARE FOR MATCHING, CORRECTION, AND REPRODUCTION OF COLOR; COMPUTER SOFTWARE FOR USE IN DIGITAL VIDEO AND AUDIO EDITING; COMPUTER SOFTWARE FOR USE IN ENHANCING TEXT AND GRAPHICS; COMPUTER SOFTWARE FOR USE IN FONT JUSTIFICATION AND FONT QUALITY; COMPUTER SOFTWARE FOR USE TO NAVIGATE AND SEARCH A GLOBAL COMPUTER INFORMATION NETWORK, AS WELL AS TO ORGANIZE AND SUMMARIZE THE INFORMATION RETRIEVED; COMPUTER SOFTWARE FOR USE IN WORD PROCESSING AND DATABASE MANAGEMENT; WORD PROCESSING SOFTWARE INCORPORATING TEXT, SPREADSHEETS, STILL AND MOVING IMAGES, SOUNDS AND CLIP ART; COMPUTER SOFTWARE FOR USE IN AUTHORING, DOWNLOADING, TRANSMITTING, RECEIVING, EDITING, EXTRACTING, ENCODING, DECODING, PLAYING, STORING AND ORGANIZING AUDIO, VIDEO, STILL IMAGES AND OTHER DIGITAL DATA; COMPUTER SOFTWARE FOR ANALYZING AND TROUBLESHOOTING OTHER COMPUTER SOFTWARE; CHILDREN'S EDUCATIONAL SOFTWARE; COMPUTER GAME SOFTWARE; COMPUTER GRAPHICS SOFTWARE; COMPUTER SEARCH ENGINE SOFTWARE; WEB SITE DEVELOPMENT SOFTWARE; COMPUTER PROGRAM WHICH PROVIDES REMOTE VIEWING, REMOTE CONTROL, COMMUNICATIONS

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 1,964,391**

# United States Patent and Trademark Office

**Registered Mar. 26, 1996**

## TRADEMARK
## PRINCIPAL REGISTER

## MAC

APPLE COMPUTER, INC. (CALIFORNIA CORPORATION)
20525 MARIANI AVENUE
CUPERTINO, CA 95014

FOR: COMPUTERS; COMPUTER PRINTERS; COMPUTER MONITORS; COMPUTER PERIPHERALS; COMPUTER OPERATING SYSTEM SOFTWARE; NETWORK TRANSMISSION ACCELERATOR FOR ACCELERATING THE TRANSMISSION OF DATA IN A LOCAL AREA NETWORK; ELECTRONIC MAIL AND MESSAGE DELIVERY APPARATUS; MULTIMEDIA AUTHORING COMPUTER PROGRAMS FOR USE IN THE FIELDS OF BUSINESS, GOVERNMENT, EDUCATION, AND SCIENCE; LOCAL AREA NETWORKS AND WIDE AREA NETWORKS; CD-ROM DRIVES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

SN 74-357,318, FILED 2-9-1993.

MARY CRAWFORD, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 1,931,078**

# United States Patent and Trademark Office

**Registered Oct. 31, 1995**

**TRADEMARK**
**PRINCIPAL REGISTER**



APPLE COMPUTER, INC. (CALIFORNIA CORPORATION)
20525 MARIANI AVENUE
CUPERTINO, CA 95014

FOR: COMPUTERS, COMPUTER PERIPHERALS AND PRE-RECORDED COMPUTER PROGRAMS, NAMELY SOFTWARE AND FIRMWARE IN THE NATURE OF OPERATING SYSTEMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-1-1994; IN COMMERCE 11-1-1994.

SER. NO. 74-552,639, FILED 7-25-1994.

ALAN ATCHISON, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 2,000,282**

# United States Patent and Trademark Office

**Registered Sep. 10, 1996**

**TRADEMARK**
**PRINCIPAL REGISTER**

## MAC OS

APPLE COMPUTER, INC. (CALIFORNIA CORPORATION)
ONE INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTERS, COMPUTER OPERATING SYSTEM SOFTWARE, AND A FULL LINE OF PRERECORDED COMPUTER PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-1-1994; IN COMMERCE 11-1-1994.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OS", APART FROM THE MARK AS SHOWN.

SN 74-547,403, FILED 7-8-1994.

JAMES A. RAUEN, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 3,386,175**
**Registered Feb. 19, 2008**

# United States Patent and Trademark Office

**TRADEMARK**
**PRINCIPAL REGISTER**

## LEOPARD

APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTER OPERATING SYSTEM SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-26-2007; IN COMMERCE 10-26-2007.

SN 78-270,003, FILED 7-2-2003.

KELLY BOULTON, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 2,697,680**

**United States Patent and Trademark Office** **Registered Mar. 18, 2003**

**TRADEMARK**
**PRINCIPAL REGISTER**

# XSERVE

APPLE COMPUTER, INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTER HARDWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-14-2002; IN COMMERCE 5-14-2002.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 033632002, FILED 4-15-2002.

SER. NO. 76-407,499, FILED 5-14-2002.

ALICE SUE CARRUTHERS, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 3,217,368**
**Registered Mar. 13, 2007**

**United States Patent and Trademark Office**

**TRADEMARK**
**PRINCIPAL REGISTER**

# SUPERDRIVE

APPLE COMPUTER, INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTER MEMORY HARDWARE; COMPUTER DISC DRIVES; OPTICAL DISC DRIVES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-10-1989; IN COMMERCE 8-10-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 78-783,091, FILED 12-30-2005.

MEGAN WHITNEY, EXAMINING ATTORNEY