| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP<br>JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)<br>MEGAN M. CHUNG (State Bar No. 232044) |
| 3 | JEB OBLAK (State Bar No. 241384)<br>Two Embarcadero Center, 8th Floor |
| 4 | San Francisco, California 94111<br>Telephone: (415) 576-0200 |
| 5 | Facsimile: (415) 576-0300<br>Email: jggilliland@townsend.com; mboroumand@townsend.com; |
| 6 | mmchung@townsend.com; jboblak@townsend.com |
| 7 | Attorneys for Plaintiff<br>APPLE INC. |
| 8 | |
| 9 | ROBERT J. YORIO (State Bar No. 93178)<br>COLBY B. SPRINGER (State Bar No. 214868) |
| 10 | CHRISTINE S. WATSON (State Bar No. 218006)<br>CARR & FERRELL LLP |
| 11 | 2200 Geng Road<br>Palo Alto, California 94303 |
| 12 | Telephone: (650) 812-3400<br>Facsimile: (650) 812-3444 |
| 13 | Email:  ryorio@carrferrell.com; cspringer@carrferrell.com<br>cwatson@carrferrell.com |
| 14 | |
| 15 | Attorneys for Defendant<br>PSYSTAR CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>PSYSTAR CORPORATION,<br><br>          Defendant. | Case No.   CV 08-3251 WHA<br><br>**STIPULATION CONSENTING TO APPLE INC.'S FILING OF AMENDED COMPLAINT AND [PROPOSED] ORDER VACATING HEARING ON APPLE INC.'S MOTION FOR LEAVE TO AMEND**<br><br>Date:           January 8, 2009<br>Time:          8:00 a.m.<br>Courtroom:  9, 19th Floor<br>                    Honorable William Alsup |

STIPULATION CONSENTING TO APPLE INC.'S FILING OF AMENDED COMPLAINT AND [PROPOSED] ORDER VACATING HEARING, Case No. CV 08-03251 WHA

Dockets.Justia.com

1       WHEREAS on November 7, 2008, this Court issued a Case Management Order setting November 30, 2008 as the last day for the parties to seek leave to amend the pleadings to add claims or parties;

      WHEREAS Plaintiff Apple Inc. ("Apple") filed a Motion for Leave to File Its Amended Complaint on November 26, 2008 (see Doc. Nos. 35-36), after having met and conferred with Defendant's counsel;

      WHEREAS Defendant Psystar Corporation ("Psystar") has now had additional time to review Apple's Amended Complaint and its Motion for Leave to File the Amended Complaint;

      WHEREAS Psystar has now consented to Apple's filing of its Amended Complaint without the need for a motion seeking leave of the Court;

      THEREFORE, pursuant to Federal Rule of Civil Procedure 15(a)(2), Psystar consents to Apple filing its Amended Complaint and the parties hereby stipulate that the Amended Complaint will be filed separately today. The parties also respectfully request that the Court vacate the hearing set for January 8, 2009 in relation to Apple's Motion For Leave to File Amended Complaint.

DATED: December 2, 2008        Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By:   */s/ James G. Gilliland, Jr.*
     JAMES G. GILLILAND, JR.
     Attorneys for Plaintiff
     APPLE INC.

DATED: December 2, 2008        CARR & FERRELL LLP

By:   */s/ Colby B. Springer*
     COLBY B. SPRINGER
     Attorneys for Defendant
     PSYSTAR CORPORATION

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the stipulation, this Court GRANTS the parties' request and VACATES the |
| 3 | January 8, 2009 hearing scheduled on Apple Inc.'s Motion for Leave To File Amended Complaint. |
| 4 | IT IS SO ORDERED. |
| 5 | |
| 6 | |
| 7 | DATED: December 4, 2008 _____ |
| 8 | Hon. William Alsup<br>United States District Court Judge |

[Signature stamp: IT IS SO ORDERED, Judge William Alsup, United States District Court, Northern District of California]

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: December 2, 2008 　　　　　　　 */s/ James G. Gilliland, Jr.*
　　　　　　　　　　　　　　　　　　　　　JAMES G. GILLILAND, JR.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and Counter-Defendant
　　　　　　　　　　　　　　　　　　　　　APPLE INC.

61710528 v1