1 ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
2 COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
3 CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
4 CARR & FERRELL *LLP*
2200 Geng Road
5 Palo Alto, California 94303
Telephone: (650) 812-3400
6 Facsimile:  (650) 812-3444

7 Attorneys for Defendant/Counterclaimant
PSYSTAR CORPORATION

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. CV-08-03251-WHA |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PSYSTAR CORPORATION'S MOTION FOR LEAVE TO AMEND** |
| PSYSTAR CORPORATION, a Florida corporation. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff PsyStar Corporation ("PsyStar")'s Motion for Leave to Amend came regularly for hearing before this Court in Courtroom 9 on January 15, 2009 or as soon thereafter as possible. The Court having considered the pleadings and evidence submitted by the parties, the pleadings and records on file, and the arguments of counsel finds that pursuant to Federal Rule of Civil Procedure 15(a), PsyStar's Motion for Leave to file its Amended Counterclaim is GRANTED.

{00350222v1}

1  Dated: _____

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE