| | |
|---|---|
| 1 | ROBERT J. YORIO (SBN 93178)<br>COLBY B. SPRINGER (SBN 214868) |
| 2 | CHRISTOPHER P. GREWE (SBN 245938)<br>CARR & FERRELL *LLP* |
| 3 | 2200 Geng Road<br>Palo Alto, California 94303 |
| 4 | Telephone: (650) 812-3400<br>Facsimile: (650) 812-3444 |
| 5 | Email: yorio@carrferrell.com; cspringer@carrferrell.com;<br>cgrewe@carrferrell.com |
| 6 | |
| 7 | Attorneys for Defendant<br>PSYSTAR CORPORATION |
| 8 | JAMES G. GILLILAND, JR. (SBN 107988)<br>MEHRNAZ BOROUMAND SMITH (SBN 197271) |
| 9 | MEGAN M. CHUNG (SBN 232044)<br>JEB OBLAK (SBN 241384) |
| 10 | TOWNSEND AND TOWNSEND AND CREW *LLP*<br>Two Embarcadero Center, 8th Floor |
| 11 | San Francisco, California 94111<br>Telephone: (415) 576-0200 |
| 12 | Facsimile: (415) 576-0300<br>Email: jggilliland@townsend.com; mboroumand@townsend.com; |
| 13 | mmchung@townsend.com; jboblak@townsend.com |
| 14 | Attorneys for Plaintiff<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>PSYSTAR CORPORATION, a Florida corporation,<br><br>            Defendant. | CASE NO. CV-08-03251-WHA<br><br>**JOINT REQUEST AND STIPULATION TO RESCHEDULE HEARING ON PSYSTAR CORPORATIONS' MOTION FOR LEAVE TO AMEND AND [PROPOSED] ORDER RESCHEDULING HEARING ON PSYSTAR CORPORATIONS' MOTION FOR LEAVE TO AMEND**<br><br>Date:         Thursday, January 15, 2009<br>Time:        8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge:       Hon. William Alsup |

-1-

Stipulation and [Proposed] Order to Reschedule Hearing on Psystar Corporation's
Motion for Leave to Amend (Case No. CV-08-03251-WHA)

Dockets.Justia.com

1   WHEREAS on December 8, 2008, Defendant Psystar Corporation ("Psystar") filed a
Motion for Leave to Amend (*see* Docket No. 40) and noticed the hearing for January 15, 2009;

WHEREAS Psystar and Apple Inc. ("Apple") have met and conferred regarding Psystar's request to reschedule the hearing on Psystar's Motion for Leave to Amend, and the respective deadlines for the parties' opposition and reply briefs, in light of holiday and counsel's schedules;

THEREFORE, Psystar and Apple hereby declare and jointly request pursuant to Civil Local Rule 6-2 that the Court reschedule the hearing on Psystar's Motion for Leave to Amend presently calendared for January 15, 2009 to January 22, 2009, or some date thereafter that is otherwise convenient for and acceptable to the Court.  The parties also respectfully request that that the deadline for Apple to file an Opposition to Psystar's Motion for Leave to Amend, currently set for December 24, 2008, be rescheduled to December 31, 2008, and that that the deadline for Psystar to file a Reply in support of Psystar's Motion for Leave to Amend, currently set for December 31, 2008, be rescheduled to January 7, 2009.  The parties have previously stipulated to extend the time to respond to Apple's complaint and Psystar's counterclaims pursuant to Civil Local Rule 6-1.  None of those extensions modified or affected the existing pretrial schedule.  Neither does the instant request; this extension does not affect any of the Court's deadlines or the schedule set forth in the Court's case management order.

| | |
|---|---|
| 1 | |
| | Dated:  December 22, 2008          Respectfully submitted, |
| 2 | |
| | CARR & FERRELL LLP |
| 3 | |
| 4 | |
| 5 | By:  /s/ Colby B. Springer |
| | ROBERT J. YORIO |
| | COLBY B. SPRINGER |
| 6 | CHRISTOPHER P. GREWE |
| 7 | Attorneys for Defendant |
| | PSYSTAR CORPORATION |
| 8 | |
| 9 | |
| | TOWNSEND AND TOWNSEND AND CREW LLP |
| 10 | |
| 11 | By:  /s/ James Gilliland, Jr. |
| | JAMES G. GILLILAND, JR. |
| 12 | MEHRNAZ BOROUMAND SMITH |
| | MEGAN M. CHUNG |
| 13 | JEB OBLAK |
| 14 | Attorneys for Plaintiff |
| | APPLE INC. |

-3-

Stipulation and [Proposed] Order to Reschedule Hearing on Psystar Corporation's
Motion for Leave to Amend (Case No. CV-08-03251-WHA)

**ORDER**

Pursuant to the stipulation, this Court GRANTS the parties' request and reschedules the January 15, 2009 hearing on Psystar's Motion for Leave to Amend to January 22, 2009 at 8:00 a.m. in Courtroom 9 of the United State District Court for the Northern District of California, San Francisco Division.  The deadline for Apple to file an Opposition to Psystar's Motion for Leave to Amend is December 31, 2008.  The deadline for Psystar to file a Reply in support of Psystar's Motion for Leave to Amend is January 7, 2009.

IT IS SO ORDERED.

DATED: December 23, 2008



Hon. 
United States District Court Judge

<u>General Order 45 Attestation of Signatures</u>

Pursuant to General Order No. 45(X)(B), I, Colby B. Springer, hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

                                                                                         /s/
                                                         Colby B. Springer