1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
   MEGAN M. CHUNG (State Bar No. 232044)
3  J. JEB B. OBLAK (State Bar No. 241384)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California 94111
   Telephone: (415) 576-0200
5  Facsimile: (415) 576-0300
   Email: jggilliland@townsend.com; mboroumand@townsend.com;
6  mmchung@townsend.com; jboblak@townsend.com

7  Attorneys for Plaintiff
   APPLE INC.
8

9  ROBERT J. YORIO (State Bar No. 93178)
   COLBY B. SPRINGER (State Bar No. 214868)
10 CHRISTOPHER P. GREWE (State Bar No. 245938)
   CARR & FERRELL LLP
11 2200 Geng Road
   Palo Alto, California 94303
12 Telephone: (650) 812-3400
   Facsimile: (650) 812-3444
13 Email:  ryorio@carrferrell.com; cspringer@carrferrell.com
   cgrewe@carrferrell.com
14
   Attorneys for Defendant
15 PSYSTAR CORPORATION

16
                        UNITED STATES DISTRICT COURT
17
                      NORTHERN DISTRICT OF CALIFORNIA
18
                             SAN FRANCISCO DIVISION
19

20 APPLE INC., a California Corporation,        Case No.   CV 08-3251 WHA

21                 Plaintiff,                   **STIPULATION TO EXTEND DEADLINE
                                                TO COMPLETE MEDIATION AND
22         v.                                   [PROPOSED] ORDER AMENDING THE
                                                CASE MANAGEMENT ORDER TO
23 PSYSTAR CORPORATION,                         REFLECT THE SAME**

24                 Defendant.                   Judge:      Honorable William Alsup
                                                Courtroom:  9, 19th Floor
25

26

27

28

STIPULATION TO EXTEND THE DEADLINE TO COMPLETE MEDIATION AND
[PROPOSED] ORDER AMENDING THE CASE MANAGEMENT ORDER TO REFLECT THE SAME
Case No. CV 08-03251 WHA

Dockets.Justia.com

1  WHEREAS on November 7, 2008, this Court issued a Case Management Order setting January 31, 2009 as the last day for the parties to complete JAMS mediation;

2  WHEREAS Plaintiff Apple Inc. ("Apple") and Defendant Psystar Corp. ("Psystar") met and conferred on the selection of a Mediator and agreed to have the mediation before Hon. Daniel Weinstein (Ret.);

3  WHEREAS the only enlargements of time pursuant to Local Civil Rule 6-2(a)(2) enlarged the time Psystar was allowed to respond to the complaint (two separate enlargements), enlarged the time Apple was allowed to respond to Psystar's Counterclaims and moved the date of the hearing on Psystar's motion for leave to amend its counterclaims by one week (Declaration of J. Jeb B. Oblak in Support of The Parties' Stipulation to Extend Deadline to Complete Mediation (Attached Hereto as Exhibit A) at ¶¶ 3-4);

4  WHEREAS Apple and Psystar attempted to schedule a mediation in late January before Judge Weinstein but learned that he was not available during those times in January when the parties were available (*Id.* at ¶ 5);

5  WHEREAS the next available date on Judge Weinstein's Calendar on which all the parties and their counsel are available for mediation is February 18, 2009 (*Id.* at ¶ 6);

6  WHEREAS the rescheduling of the mediation to February 18, 2009 shall in no way interfere with the progress of discovery or other aspects of the litigation and shall not impact any of the other dates set forth in this Court's Case Management Order (*Id.* at ¶ 7);

7  THEREFORE, pursuant to Federal Rule of Civil Procedure 16(d), both parties stipulate to an extension of the deadline to complete mediation from January 31, 2008 to February 18, 2009. The parties also respectfully request that the Court amend its Case Management Order changing the date by which mediation must be completed from January 31, 2009 to February 18, 2009.

STIPULATION TO EXTEND THE DEADLINE TO COMPLETE MEDIATION AND [PROPOSED] ORDER AMENDING THE CASE MANAGEMENT ORDER TO REFLECT THE SAME
Case No. CV 08-03251 WHA

1

1  DATED:  December 30, 2008        Respectfully submitted,

2                                   TOWNSEND AND TOWNSEND AND CREW LLP

3
                                    By: */s/ James G. Gilliland, Jr.*
4                                        JAMES G. GILLILAND, JR.
                                         Attorneys for Plaintiff
5                                        APPLE INC.

6

7  DATED:  December 30, 2008        CARR & FERRELL LLP

8

9                                   By: */s/ Colby B. Springer*
                                         COLBY B. SPRINGER
10                                       Attorneys for Defendant
                                         PSYSTAR CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the stipulation, this Court GRANTS the parties' request and AMENDS the deadline to complete mediation as set forth in the November 7, 2008 Case Management Order from January 31, 2009 to February 18, 2009.

IT IS SO ORDERED.

DATED: December 31, 2008

Hon. William Alsup
United States District Court Judge

STIPULATION TO EXTEND THE DEADLINE TO COMPLETE MEDIATION AND
[PROPOSED] ORDER AMENDING THE CASE MANAGEMENT ORDER TO REFLECT THE SAME
Case No. CV 08-03251 WHA

3

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: December 30, 2008            /s/ James G. Gilliland, Jr.
                                    JAMES G. GILLILAND, JR.
                                    Attorneys for Plaintiff
                                    APPLE INC.

61740699 v1

STIPULATION TO EXTEND THE DEADLINE TO COMPLETE MEDIATION AND
[PROPOSED] ORDER AMENDING THE CASE MANAGEMENT ORDER TO REFLECT THE SAME
Case No. CV 08-03251 WHA

4