IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., | No. C 08-03251 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING TIME** |
| PSYSTAR CORPORATION, | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the motion hearing previously set for January 22, 2009 at 8:00 a.m. has been rescheduled for **January 22, 2009 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

Dated: January 14, 2009            FOR THE COURT,

                                   Richard W. Wieking, Clerk

                                   By: _____
                                      Dawn Toland
                                      Courtroom Deputy to the
                                      Honorable William Alsup