# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>January 22, 2009</u>

Case No.  <u>C08-03251 WHA</u>

Title: <u>APPLE, INC</u> v. <u>PSYSTAR CORP</u>

Plaintiff Attorney(s): James Gilliland, Jr.; Mehrnaz Boroumand Smith

Defense Attorney(s): Colby Springer

Deputy Clerk:  <u>Dawn Toland</u>          Court Reporter: <u>Kathy Wyatt</u>

## **PROCEEDINGS**

1)   <u>Dft's Motion for Leave to File Amended Counterclaim - Taken Under Submission</u>

2) _____

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**