| | |
|---|---|
| TOWNSEND AND TOWNSEND AND CREW LLP<br>JAMES G. GILLILAND, JR. (State Bar No. 107988)<br>MEHRNAZ BOROUMAND SMITH<br>(State Bar No. 197271)<br>MEGAN M. CHUNG (State Bar No. 232044)<br>J. JEB B. OBLAK (State Bar No. 241384)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br>Email: jggilliland@townsend.com;<br>mboroumand@townsend.com;<br>mmchung@townsend.com; jboblak@townsend.com | CARR & FERRELL LLP<br>ROBERT J. YORIO (State Bar No. 93178)<br>COLBY B. SPRINGER<br>(State Bar No. 214868)<br>CHRISTOPHER P. GREWE<br>(State Bar No. 245938)<br>2200 Geng Road<br>Palo Alto, California 94303<br>Telephone: (650) 812-3400<br>Facsimile: (650) 812-3444<br>Email: ryorio@carrferrell.com;<br>cspringer@carrferrell.com<br>cgrewe@carrferrell.com |
| Attorneys for Plaintiff and Counterdefendant<br>APPLE INC. | Attorneys for Defendant and Counterclaimant<br>PSYSTAR CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>PSYSTAR CORPORATION a Florida corporation, and DOES 1-10, inclusive,<br><br>        Defendants.<br><br>PSYSTAR CORPORATION a Florida corporation,<br><br>        Counterclaimant,<br><br>    v.<br><br>APPLE INC., a California Corporation,<br><br>        Counterdefendant, | Case No.    CV 08-3251 WHA<br><br>**JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER**<br><br>Judge:        Honorable William Alsup<br>Courtroom:  9, 19th Floor |

1    Plaintiff and counterdefendant Apple Inc. and defendant and counterclaimant Psystar
2 Corporation hereby jointly and respectfully request that the Court enter the parties' Stipulated
3 Protective Order, attached hereto as Exhibit 1.  In Exhibit 1, the parties and their counsel have agreed
4 to certain procedures and restrictions that they consider mutually acceptable for protecting personal,
5 proprietary and confidential information that may be disclosed during prosecution and defense of this
6 litigation.

DATED:  February 25, 2009        Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By:  /s/ James G. Gilliland, Jr.
       JAMES G. GILLILAND, JR.
       Attorneys for Plaintiff
       APPLE INC.


DATED:  February 25, 2009        CARR & FERRELL LLP


By:  /s/ Colby B. Springer
       COLBY B. SPRINGER
       Attorneys for Defendant
       PSYSTAR CORPORATION

# SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: February 25, 2009       /s/ James G. Gilliland, Jr.
                               JAMES G. GILLILAND, JR.
                               Attorneys for Plaintiff and Counterdefendant
                               APPLE INC.

61823343 v1