1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
   MEGAN M. CHUNG (State Bar No. 232044)
3  J. JEB B. OBLAK (State Bar No. 241384)
   Two Embarcadero Center, Eighth Floor
4  San Francisco, CA 94111
   Telephone: (415) 576-0200
5  Facsimile: (415) 576-0300
   Email: jggilliland@townsend.com
6         mboroumand@townsend.com
          mmchung@townsend.com
7         jboblak@townsend.com

8  Attorneys for Plaintiff and Counterdefendant
   APPLE INC.
9

10                    UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14 APPLE INC., a California corporation,    Case No. CV 08-03251 WHA

15         Plaintiff,                        **MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF CONFIDENTIAL PORTIONS OF LETTER BRIEF DATED APRIL 29, 2009**

16     v.

17 PSYSTAR CORPORATION,
   a Florida corporation, and DOES 1-10,
18 inclusive,

19         Defendants.

20
   AND RELATED COUNTERCLAIMS
21

22     Plaintiff and counterdefendant Apple Inc. ("Apple") submits this Administrative Request

23 pursuant to Civil Local Rules 7-11 and 79-5(c), for permission to file under seal portions of the

24 discovery letter brief and entirety of Exhibits A, B and D. These documents contain defendant and

25 counterclaimant Psystar Corporation's financial information or testimony regarding its finances that

26 have been designated confidential under the Stipulated Protective Order approved by the Court on

27 March 2, 2009. The undersigned declares that the request is narrowly tailored to seal only those

28 materials for which good cause to seal has been established. Pursuant to Civil Local Rule 79-5(c),

MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL, CASE NO. CV 08-03251 WHA                         1

a sealed copy of the above-described document is being lodged with the clerk. Pursuant to the Court's standing order a redacted version is being electronically filed for the public file.

DATED: April 29, 2009

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: */s/ Megan M. Chung*
MEGAN M. CHUNG

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

61922724 v1