```
TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jggilliland@townsend.com
       mboroumand@townsend.com
       mmchung@townsend.com
       jboblak@townsend.com
```

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PSYSTAR CORPORATION,<br>a Florida corporation, and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA<br><br>**DECLARATION OF MEGAN M. CHUNG IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF LETTER BRIEF DATED APRIL 29, 2009** |

I, Megan M. Chung, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an associate in the law firm of Townsend and Townsend and Crew LLP, and am one of the attorneys representing Plaintiff and counterdefendant Apple Inc. ("Apple") in the above captioned matter. I make this declaration on personal knowledge and if called as a witness could and would competently testify with respect to the matters stated herein.

DECLARATION OF MEGAN M. CHUNG IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL, CASE NO. CV 08-03251 WHA     1

Dockets.Justia.com

2. On March 2, 2009, the Court entered a Stipulated Protective Order in this case.

3. Pursuant to the Stipulated Protective Order entered in this case and Civil Local Rule 79-5(c), portions of the letter brief and entirety of Exhibits A, B and D are sealable because they contain confidential financial information of defendant and counterclaimant Psystar Corporation ("Psystar") which have been designated "CONFIDENTIAL" by Psystar. Since the confidential information has been disclosed in this case under the terms of the Stipulated Protective Order, the confidential information and documents have not been disclosed to the public and maintained in such manner to ensure that they are not disclosed to the public.

4. Apple has lodged with the Clerk a sealed copy of these documents pursuant to Civil L.R. 79-5(c).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 29, 2009, at San Francisco, California.

                                          */s/ Megan M. Chung*
                                              Megan M. Chung

61922737 v1

townsend