# EXHIBIT B

TO LETTER BRIEF DATED APRIL 29, 2009

**[FILED UNDER SEAL]**