# EXHIBIT C

TO LETTER BRIEF DATED APRIL 29, 2009

| No. | Apple Document Request |
|---|---|
| 25 | Please produce all DOCUMENTS and COMMUNICATIONS that RELATE TO financial projections for PSYSTAR PRODUCTS. |
| 31 | Please produce all DOCUMENTS that RELATE TO all customers who purchased PSYSTAR PRODUCTS. |
| 33 | Please produce DOCUMENTS sufficient to demonstrate PSYSTAR's monthly and annual sales volume, revenue, costs and profits for PSYSTAR PRODUCTS. |
| 34 | Please produce DOCUMENTS sufficient to demonstrate the sales volume, revenue, costs and profits for YOUR computers and servers sold without MAC OS X software. |
| 36 | Please produce all DOCUMENTS sufficient to demonstrate the cost of acquiring MAC OS X by YOU. |
| 37 | Please produce all DOCUMENTS that support or deny any of YOUR Affirmative Defenses asserted in YOUR ANSWER. |
| 42 | Please produce all COMMUNICATIONS with any THIRD PARTY from whom YOU obtained MAC OS X, including but not limited to invoices. |
| 49 | For each product line offered for sale by PSYSTAR, please produce DOCUMENTS sufficient to demonstrate the monthly and annual sales volume, revenue, costs and profits associated with each product line. |
| 58 | Please produce DOCUMENTS sufficient to identify credit card transaction companies, financial institutions, or other payment service companies used by PSYSTAR to receive payment for PSYSTAR PRODUCTS. |
| 59 | Please produce all DOCUMENTS and COMMUNICATIONS that RELATE TO Agreements with Powerpay regarding the sale of products made by PSYSTAR. |
| 60 | Please produce all DOCUMENTS and COMMUNICATIONS that RELATE TO agreements with Paypal regarding the sale of products made by PSYSTAR. |
| 61 | Please produce all DOCUMENTS and COMMUNICATIONS that RELATE TO agreements with Authorize.net regarding the sale of products made by PSYSTAR. |
| 62 | Please produce all DOCUMENTS and COMMUNICATIONS that RELATE TO agreements with any authorized reseller of PSYSTAR PRODUCTS, including but not limited to 2Checkout.Com. |
| 63 | Please produce all DOCUMENTS and COMMUNICATIONS with authorized resellers of PSYSTAR PRODUCTS. |