IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation,

    Plaintiff,

  v.

PSYSTAR CORPORATION, a Florida corporation,

    Defendant.
                               /

AND RELATED COUNTERCLAIMS.
                               /

No. C 08-03251 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

      The Court is in receipt of plaintiff's letter of April 29, 2009, concerning a discovery dispute. A further meet-and-confer is **SET** for **8:00 A.M. ON TUESDAY, MAY 5, 2009**, in the Court's jury room. The Court shall hear any unresolved issue(s) at **11:00 A.M.** on that same day. Defendant's response is due at **NOON ON MAY 4, 2009**.

      **IT IS SO ORDERED.**

Dated: May 1, 2009.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California