TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jggilliland@townsend.com
        mboroumand@townsend.com
        mmchung@townsend.com
        jboblak@townsend.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>PSYSTAR CORPORATION,<br>a Florida corporation, and DOES 1-10,<br>inclusive,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA<br><br>**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL LETTER BRIEF DATED APRIL 29, 2009** |

For good cause shown, Apple Inc.'s request to file under seal portions of the letter brief and Exhibits A, B and D is **GRANTED.**

**IT IS SO ORDERED.**

DATED: _April 30, 2009_ _____

Hon. [William Alsup]
United States District Judge

IT IS SO ORDERED
Judge William Alsup

61922725 v1

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL, CASE NO. CV 08-03251 WHA

1

townsend.

Dockets.Justia.com