1

2                                                        *E-FILED 6/25/2008*

3

4

5

6

7                                            NOT FOR CITATION

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                          SAN JOSE DIVISION

11     LOUIS VUITTON MALLETIER, S.A.,                    No. C07-03952 JW (HRL)

12              Plaintiff,                               **ORDER GRANTING DEFENDANTS'**
         v.                                              **MOTION FOR LEAVE TO FILE**
13                                                       **STATEMENT OF RECENT DECISION**
       AKANOC SOLUTIONS, INC., MANAGED
14     SOLUTIONS GROUP, INC. STEVEN CHEN                 **[Re: Docket No. 59]**
       and DOES 1 THROUGH 10,
15
                Defendants.
16
       _____/
17

18              Pursuant to Civil Local Rule 7-3(d) and 7-11, defendants move for leave to file a

19     statement of recent decision in connection with plaintiff's pending motion to compel.  Their

20     proposed statement, including a copy of the recent decision in question, was filed along with

21     their request for leave.  Plaintiff opposes the request.  In sum, defendants contend that the recent

22     decision in *Quon v. Arch Wireless Operating Co.*, __ F.3d __, 2008 WL 2440559 (9th Cir., June

23     18, 2008) supports their arguments as to plaintiff's requested discovery.  Plaintiff argues that

24     the case has no bearing on the issues presented in its motion to compel.

25              Upon consideration of the moving and responding papers, this court grants defendants'

26     request.  It will consider the recent *Quon* decision, as well as the parties' respective statements

27     as to *Quon*'s applicability (or not) to the resolution of plaintiff's pending discovery motion.

28     Further submissions from the parties on this point are deemed unnecessary and will not be

permitted.

Dated:    June 25, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1    **5:07-cv-3952 Notice has been electronically mailed to:**

2    J. Andrew Coombs andy@coombspc.com, jeremy@coombspc.com

3    James A. Lowe info@gauntlettlaw.com, arm@gauntlettlaw.com, bse@gauntlettlaw.com,
jal@gauntlettlaw.com, pam@gauntlettlaw.com

4

5    Annie S Wang annie@coombspc.com, andy@coombspc.com

6    **Counsel are responsible for distributing copies of this document to co-counsel who have
not registered for e-filing under the court's CM/ECF program**.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28