| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
| 2 | Annie S. Wang (SBN 243027)<br>J. Andrew Coombs, A Prof. Corp. |
| 3 | 517 E. Wilson Ave., Suite 202<br>Glendale, California 91206 |
| 4 | Telephone: (818) 500-3200<br>Facsimile: (818) 500-3201 |
| 5 | andy@coombspc.com |
| 6 | annie@coombspc.com |
| 7 | Attorneys for Plaintiff Louis<br>Vuitton Malletier, S.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No. C 07 3952 JW |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT |
| v. | |
| Akanoc Solutions, Inc., et al. | Date: September 8, 2008 |
| Defendants. | Time: 9:00 a.m.<br>Court: Hon. James Ware |

This matter came on for hearing on September 8, 2008, on Plaintiff's duly noticed Motion for Leave to File a First Amended Complaint ("the Motion"). Having read the papers submitted in support of and in opposition to the Motion and having considered the arguments of counsel, the Courts finds that justice requires that leave to amend be GRANTED.

Accordingly, Plaintiff's first amended complaint attached as Exhibit B to the Motion and which was separately lodged with the Motion will be filed.

IT IS SO ORDERED.

Dated: _____

Hon. James Ware
Judge, United States District Court, Northern District of California

PRESENTED BY:
J. Andrew Coombs, A Prof. Corp.

By: __/s/ J. Andrew Coombs_____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Louis Vuitton v. Akanoc, et al.: [Proposed] Order Granting Motion for Leave to File First Amended Complaint - 1 -