# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>May 5, 2009</u>

Case No.  <u>C08-03251 WHA</u>

Title:  <u>APPLE INC.</u> v. <u>PSYSTAR CORPORATION</u>

Plaintiff Attorney(s): Megan Chung

Defense Attorney(s): Colby Springer

Deputy Clerk:  <u>Dawn Toland</u>                    Court Reporter: <u>Lydia Zinn</u>

## PROCEEDINGS

1)   <u>Discovery Dispute Hearing - HELD</u>

2)   _____

Complete Initial Disclosures (Rule 26):
Discovery Cutoff:
Designation of Experts:
Last Day to File Motion:

Continued to ___ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Parties were able to resolve most of the disputes during a meet and confer in the court's jury room from 8-11am. Court resolved the remaining issue.  Defendant shall have the attachments produced by 5/18/09.  The deposition shall be held at 9am on 6/3/09 at Townsend's office.  If, the defendant complies with the production and the deposition, there will be no attorney fees and expenses for bringing this motion.  Parties shall submit a proposed order by 5/8/09.