IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation,

    Plaintiff,

  v.

PSYSTAR CORPORATION, a Florida corporation,

    Defendant.
                           /

AND RELATED COUNTERCLAIMS.
                           /

No. C 08-03251 WHA

**ORDER STAYING CASE**

     In light of the bankruptcy filing, all proceedings are hereby **STAYED** until the automatic stay lifts at which time the parties must immediately notify the Court and arrange for a case management conference. A case management conference will be held in any event on **DECEMBER 10, 2009 AT 11 A.M.** to survey the status.

     **IT IS SO ORDERED.**

Dated: June 1, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE