**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,

    Plaintiff,

  v.

PSYSTAR CORPORATION,

    Defendant.
                         /

No. C 08-03251 WHA

**CLERK'S NOTICE SCHEDULING HEARING**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Case Management Conference is set for **July 9, 2009 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: June 26, 2009

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Dawn Toland
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup