K.A.D. CAMARA (TX Bar No. 24062646 / MA Bar No. 661087– *To Appear Pro Hac Vice*)
camara@camarasibley.com
CAMARA & SIBLEY LLP
2339 University Boulevard
Houston, Texas 77005
Telephone: (713) 893-7973
Facsimile: (713) 583-1131

DAVID VERNON WELKER (SBN 252658)
david.welker@werolaw.com
WELKER & ROSARIO
2689 Sycamore Lane, Suite A6
Davis, California 95616-5583
Telephone: (949) 378-2900

ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Defendant/Counterclaimant
PSYSTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PSYSTAR CORPORATION,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV-08-03251-WHA<br><br>**PSYSTAR CORPORATION'S MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**(Civ. L.R. 7-11 and 11-5)** |

-1-
PSYSTAR CORP.'S MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING
WITHDRAWAL AND SUBSTITUTION OF COUNSEL (Case No. CV-08-03251-WHA)

## MOTION

Pursuant to Civil L.R. 7-11 and 11-5, Defendant Psystar Corporation ("Psystar") hereby moves the Court for an order permitting the withdrawal of its counsel of record, Robert J. Yorio, Colby B. Springer, Christine S. Watson and Christopher P. Grewe of Carr & Ferrell LLP, and the appearance of substitute counsel, K.A.D. Camara of Camara & Sibley LLP and David Vernon Welker of Welker & Rosario, on its behalf in this action. Psystar respectfully submits that said substitution of counsel is in the interests of justice.

Psystar, Carr & Ferrell LLP, Camara & Sibley LLP, and Welker & Rosario consent to such withdrawal and substitution of counsel.

Accordingly, Psystar respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

> K.A.D. CAMARA (TX Bar No. 24062646 — *To Appear Pro Hac Vice*)
> CAMARA & SIBLEY LLP
> 2339 University Boulevard
> Houston, Texas 77005
> Telephone:     (713) 893-7973
> Facsimile:     (713) 893-7973
> Email:         camara@camarasibley.com
>
> DAVID VERNON WELKER
> WELKER & ROSARIO
> 2689 Sycamore Lane, Suite A6
> Davis, California  95616-5583
> Telephone:     (949) 378-2900
> Email:         david.welker@werolaw.com

Counsel for Plaintiff Apple Inc., Mehrnaz Boroumand Smith of Townsend and Townsend and Crew LLP, was informed of the proposed substitution and indicated that Plaintiff Apple Inc. does not oppose this motion on July 14, 2009.

This motion is not made for purposes of delay or any other improper purpose.

WHEREFORE, Psystar respectfully requests this Court enter its Order permitting withdrawal and substitution of counsel for Psystar, and update the Court's ECF system for this case by removing Colby B. Springer, Christine S. Watson and Christopher P. Grewe of Carr & Ferrell

1 | LLP as counsel of record and substituting in their place K.A.D. Camara of Camara & Sibley LLP
2 | and David Vernon Welker of Welker & Rosario as counsel of record for Psystar.

Dated: July 14, 2009                    CARR & FERRELL *LLP*

                                        By: */s/ Christopher P. Grewe*
                                            ROBERT J. YORIO
                                            COLBY B. SPRINGER
                                            CHRISTINE S. WATSON
                                            CHRISTOPHER P. GREWE


Dated: July 14, 2009                    CAMARA & SIBLEY *LLP*

                                        By: */s/ K.A.D. Camara*
                                            K.A.D. CAMARA


Dated: July 14, 2009                    WELKER & ROSARIO

                                        By: */s/ David V. Welker*
                                            DAVID VERNON WELKER

                                        Attorneys for Defendant/Counterclaimant
                                        PSYSTAR CORPORATION


Dated: July 14, 2009                    PSYSTAR CORPORATION

                                        By: */s/ Rodolfo Pedraza*
                                            RODOLFO PEDRAZA

# [PROPOSED] ORDER

Having reviewed and considered Defendant Psystar Corporation's Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Robert J. Yorio, Colby B. Springer, Christine S. Watson and Christopher P. Grewe of Carr & Ferrell LLP be permitted to withdraw as counsel of record, and K.A.D. Camara of Camara & Sibley LLP and David Vernon Welker of Welker & Rosario may appear as substitute counsel of record for Psystar Corporation. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated: July 16, 2009



-4-
PSYSTAR CORP.'S MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL (Case No. CV-08-03251-WHA)

| | |
|---|---|
| 1 | **GENERAL ORDER ATTESTATION** |
| 2 | I, Christopher P. Grewe, am the ECF user whose ID and password are being used to file |
| 3 | **PSYSTAR CORPORATION'S MOTION FOR ORDER AND [PROPOSED] ORDER** |
| 4 | **PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**.  In compliance with |
| 5 | General Order 45.X.B., I hereby attest that K.A.D. Camara, David Vernon Welker, and Rodolfo |
| 6 | Pedraza have concurred in this filing. |
| 7 |                      */s/ Christopher P. Grewe*<br>                     CHRISTOPHER P. GREWE |