# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>July 9, 2009</u>

Case No.  <u>C08-3251 WHA</u>

Title:  <u>APPLE</u>  v. <u>PYSTAR</u>

Plaintiff Attorney(s):  Mehrnaz Boroumand Smith; James Gilliland; Megan Chung

Defense Attorney(s): Christopher Grewe

Deputy Clerk:  <u>Dawn Toland</u>                    Court Reporter: <u>Joan Columbini</u>

## PROCEEDINGS

1)  <u>CMC - HELD</u>

2)  _____

Continued to __ for Further Case Management Conference

Continued to <u> 12/14/09 at 2:00 pm </u> for Pretrial Conference

Continued to <u> 1/11/10 at 7:30 am </u> for Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Zimmerman for settlement conference. Discovery cutoff is 8/21/09.