TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jggilliland@townsend.com
       mboroumand@townsend.com
       mmchung@townsend.com
       jboblak@townsend.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

K.A.D. CAMARA (TX Bar No. 24062646)
Admitted *Pro Hac Vice*
CAMARA & SIBLEY LLP
2339 University Boulevard
Houston, TX  77005
Telephone:  (713) 893-7973
Facsimile:  (713) 583-1131
Email: camara@camarasibley.com

DAVID WELKER (SBN 252658)
WELKER & ROSARIO
2689 Sycamore Lane, Suite A6
Davis, California 95616-2800
Telephone:  (949) 378-2900
Email: david.welker@post.harvard.edu

Attorneys for Defendant and Counterclaimant
PSYSTAR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. CV 08-03251 WHA (BZ) |
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| PSYSTAR CORPORATION, a Florida corporation, and DOES 1-10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1        Pursuant to Civil Local Rule 6-2, Plaintiff and Counterdefendant Apple Inc. and Defendant

2  and Counterclaimant Psystar Corporation, hereby request a continuance of the settlement

3  conference until after the August 21, 2009 close of fact discovery deadline.

4        As set forth in the Court's July 10, 2009 Order Scheduling Settlement Conference (Dkt. No.

5  75), the settlement conference is currently set for July 30, 2009.  With the close of fact discovery

6  and the deadline for opening expert reports scheduled for August 21, 2009, the parties are busily

7  conducting depositions, reviewing and producing documents and otherwise working to complete

8  their discovery.  Moreover, Psystar's counsel, Kiwi Camara and David Welker, just substituted into

9  the case on July 17, 2009.  They are working expeditiously to familiarize themselves with the facts

10  and issues in the case and have requested a later settlement conference.  Apple does not object to

11  this request.

12        Thus, the parties respectfully request that the settlement conference be rescheduled for the

13  earliest date on which the Court and the parties are available after August 21, 2009.  Both parties

14  and their counsel are available on September 4, 10, 11, 24 and 25, 2009 and propose those dates as

15  alternatives to the currently scheduled July 30, 2009 date.  This request for extension is the first

16  such request and is well before the January 11, 2010 trial date.  There are no other deadlines that

17  will be impacted by the continuance.  Hence, the continuance should not have any effect on the

18  schedule for this case.

19        IT IS, THEREFORE, STIPULATED by the parties, through their undersigned counsel and

20  subject to approval of the Court, that the date of the settlement conference be extended until after

21  the close of fact discovery in this case.

22

23  DATED:  July 23, 2009             TOWNSEND AND TOWNSEND AND CREW LLP

24

25                      By:  */s/ James G. Gilliland, Jr.*
26                         James G. Gilliland, Jr.

27                         Attorneys for Plaintiff and Counterdefendant
                       APPLE INC.

28

townsend.

1    DATED:  July 23, 2009        CAMARA & SIBLEY LLP

2

3                            By:    */s/ K.A.D. Camara*

4                                   K.A.D. Camara

5                                   Attorneys for Defendant and Counterclaimant
                                 PSYSTAR CORP.

6

7

8       Pursuant to the Stipulation between the parties, and good cause having been shown, the

9    Court HEREBY GRANTS a continuance of the settlement conference, which shall now take place

10    on _____, 2009.

11       IT IS SO ORDERED.

12

13

14

15                            By:    _____

16                                   Bernard Zimmerman
                                 United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

townsend.

1

**GENERAL ORDER ATTESTATION**

2        I, Mehrnaz Boroumand Smith am the ECF user whose ID and password are being used to

3    file this **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND**

4    **[PROPOSED] ORDER.**  In compliance with General Order 45, X.B., I hereby attest that K.A.D.

5    Camara has concurred in this filing.

6
                                    /s/ *Mehrnaz Boroumand Smith*
7                                   MEHRNAZ BOROUMAND SMITH

8    62133991 v1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

townsend.