| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| | MEGAN M. CHUNG (State Bar No. 232044) |
| 3 | J. JEB B. OBLAK (State Bar No. 241384) |
| | Two Embarcadero Center Eighth Floor |
| 4 | San Francisco, CA  94111 |
| | Telephone:  (415) 576-0200 |
| 5 | Facsimile:  (415) 576-0300 |
| | Email: jggilliland@townsend.com |
| 6 |         mboroumand@townsend.com |
| |        mmchung@townsend.com |
| 7 |         jboblak@townsend.com |
| 8 | Attorneys for Plaintiff and Counterdefendant |
| | APPLE INC. |
| 9 | |
| 10 | K.A.D. CAMARA (TX Bar No. 24062646) |
| | Admitted *Pro Hac Vice* |
| 11 | CAMARA & SIBLEY LLP |
| | 2339 University Boulevard |
| 12 | Houston, TX  77005 |
| | Telephone:  (713) 893-7973 |
| 13 | Facsimile:  (713) 583-1131 |
| | Email: camara@camarasibley.com |
| 14 | DAVID WELKER (SBN 252658) |
| | WELKER & ROSARIO |
| 15 | 2689 Sycamore Lane, Suite A6 |
| | Davis, California 95616-2800 |
| 16 | Telephone:  (949) 378-2900 |
| | Email: david.welker@post.harvard.edu |
| 17 | |
| 18 | Attorneys for Defendant and Counterclaimant |
| | PSYSTAR CORPORATION |

19   UNITED STATES DISTRICT COURT

20   FOR THE NORTHERN DISTRICT OF CALIFORNIA

21   SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. CV 08-03251 WHA (BZ) |
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| PSYSTAR CORPORATION, a Florida corporation, and DOES 1-10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1    Pursuant to Civil Local Rule 6-2, Plaintiff and Counterdefendant Apple Inc. and Defendant
2  and Counterclaimant Psystar Corporation, hereby request a continuance of the settlement
3  conference until after the August 21, 2009 close of fact discovery deadline.
4    As set forth in the Court's July 10, 2009 Order Scheduling Settlement Conference (Dkt. No.
5  75), the settlement conference is currently set for July 30, 2009.  With the close of fact discovery
6  and the deadline for opening expert reports scheduled for August 21, 2009, the parties are busily
7  conducting depositions, reviewing and producing documents and otherwise working to complete
8  their discovery.  Moreover, Psystar's counsel, Kiwi Camara and David Welker, just substituted into
9  the case on July 17, 2009.  They are working expeditiously to familiarize themselves with the facts
10 and issues in the case and have requested a later settlement conference.  Apple does not object to
11 this request.
12    Thus, the parties respectfully request that the settlement conference be rescheduled for the
13 earliest date on which the Court and the parties are available after August 21, 2009.  Both parties
14 and their counsel are available on September 4, 10, 11, 24 and 25, 2009 and propose those dates as
15 alternatives to the currently scheduled July 30, 2009 date.  This request for extension is the first
16 such request and is well before the January 11, 2010 trial date.  There are no other deadlines that
17 will be impacted by the continuance.  Hence, the continuance should not have any effect on the
18 schedule for this case.
19    IT IS, THEREFORE, STIPULATED by the parties, through their undersigned counsel and
20 subject to approval of the Court, that the date of the settlement conference be extended until after
21 the close of fact discovery in this case.

23 DATED:  July 23, 2009        TOWNSEND AND TOWNSEND AND CREW LLP

25                     By:    /s/ James G. Gilliland, Jr.
26                                   James G. Gilliland, Jr.
27                            Attorneys for Plaintiff and Counterdefendant
                              APPLE INC.

| | | |
|---|---|---|
| 1 | DATED: July 23, 2009 | CAMARA & SIBLEY LLP |

By:  /s/ K.A.D. Camara
K.A.D. Camara

Attorneys for Defendant and Counterclaimant
PSYSTAR CORP.

Pursuant to the Stipulation between the parties, and good cause having been shown, the Court HEREBY GRANTS a continuance of the settlement conference, which shall now take place on  Oct. 6  , 2009., at 9:00 a.m.

IT IS SO ORDERED.

Dated: 7/24/2009        By:  *[signature]*
Bernard Zimmerman
United States Magistrate Judge

# GENERAL ORDER ATTESTATION

I, Mehrnaz Boroumand Smith am the ECF user whose ID and password are being used to file this **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER.** In compliance with General Order 45, X.B., I hereby attest that K.A.D. Camara has concurred in this filing.

/s/ *Mehrnaz Boroumand Smith*
MEHRNAZ BOROUMAND SMITH

62133991 v1

**Other Documents**
[3:08-cv-03251-WHA Apple Inc. v. Psystar Corporation](#)
ADRMOP, E-Filing, PRVADR, REFSET-BZ

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Boroumand Smith, Mehrnaz entered on 7/23/2009 4:22 PM and filed on 7/23/2009
**Case Name:**    Apple Inc. v. Psystar Corporation
**Case Number:**  3:08-cv-03251-WHA
**Filer:**        Apple Inc.
**Document Number:** 79

**Docket Text:**
**STIPULATION *TO CONTINUE SETTLEMENT CONFERENCE AND PROPOSED ORDER* by Apple Inc.(a California corporation). (Boroumand Smith, Mehrnaz) (Filed on 7/23/2009)**

**3:08-cv-03251-WHA Notice has been electronically mailed to:**

David Vernon Welker    david.welker@werolaw.com

James G. Gilliland    jggilliland@townsend.com, sstreposkoufes@townsend.com

Jeb Bacon Oblak    jboblak@townsend.com

K.A.D. Camara    camara@camarasibley.com

Megan M Chung    mmchung@townsend.com, slwortman@townsend.com

Mehrnaz Boroumand Smith      mboroumand@townsend.com, ecasillas@townsend.com

**3:08-cv-03251-WHA Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\exs\My Documents\Stipulation to Continue Settlement Conference and Proposed Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/23/2009] [FileNumber=5509092-0]
[13ffb385299ee5ca748874caaf182e769be2763d359fab48f7c840a40f80b683a2e0e
b8bf3746113c5e0d116952b121356f74fb161dffa034ff6211677432ece]]