K.A.D. Camara
Camara & Sibley LLP
2339 University Boulevard
Houston, Texas 77005
713-893-7973 / 713-583-1131 (f) / camara@camarasibley.com

**FILED**
09 JUL 23 PH 4:32

Clerk's Use Only
Initial for fee pd.:

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

APPLE, INC., a California corporation,

Plaintiff(s),

CASE NO. C-08-03251-WHA

v.

PSYSTAR CORPORATION, a Florida corporation,

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Defendant(s). /

Pursuant to Civil L.R. 11-3, Kiwi Alejandro Danao Camara, an active member in good standing of the bar of U.S.D.C., S.D. Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Psystar Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
David Vernon Welker, Welker & Rosario LLP
2689 Sycamore Lane, Suite A6, Davis, CA 95616, 949-378-2900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 19, 2009