**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    APPLE INC., a California corporation,

10              Plaintiff,                          No. C 08-03251 WHA

11       v.

12   PSYSTAR CORPORATION, a Florida          **ORDER SETTING HEARING**
     corporation,                           **RE PLAINTIFF'S**
13                                           **DISCOVERY DISPUTE**

14              Defendant.
                                        /

15   AND RELATED COUNTERCLAIMS.

16                                      /

17       The Court is in receipt of plaintiff's August 10, 2009, letter and hereby **SETS** a further

18   meet-and-confer for **9:30 A.M. ON AUGUST 20, 2009**, in the Court's jury room on the 19th floor

19   of the federal courthouse in San Francisco.  Any unresolved issue(s) will be heard by the Court

20   at noon on the same day.  Defendant's response is due by 9:00 a.m. on August 19, 2009.  Please

21   note that only counsel who participates in the further meet-and-confer may argue at the hearing.

22

23

24       **IT IS SO ORDERED.**

25

26   Dated:  August 11, 2009.

27                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE

28