# EXHIBIT B

TO LETTER BRIEF DATED AUGUST 10, 2009

# [FILED UNDER SEAL]

# EXHIBIT C

TO LETTER BRIEF DATED AUGUST 10, 2009

**[FILED UNDER SEAL]**

# EXHIBIT D

TO LETTER BRIEF DATED AUGUST 10, 2009

**[FILED UNDER SEAL]**

# EXHIBIT E

TO LETTER BRIEF DATED AUGUST 10, 2009

**[FILED UNDER SEAL]**

# EXHIBIT F

TO LETTER BRIEF DATED AUGUST 10, 2009

**[FILED UNDER SEAL]**

# EXHIBIT G

TO LETTER BRIEF DATED AUGUST 10, 2009

**[FILED UNDER SEAL]**