CAMARA & SIBLEY LLP
K.A.D. CAMARA (admitted *pro hac vice*)
2339 University Boulevard
Houston, Texas 77005
Telephone: 713-893-7973
Fax: 713-583-1131
camara@camarasibley.com

WELKER & ROSARIO LLP
DAVID VERNON WELKER (SBN 252658)
2689 Sycamore Lane, Suite A6
Davis, California 95616–5583
Telephone: 949-378-2900
david.welker@werolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>PSYSTAR CORPORATION,<br><br>*Defendants*.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV-08-03251-WHA<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF CONFIDENTIAL PORTIONS OF LETTER BRIEF DATED AUGUST 18, 2009** |

Defendant Psystar Corporation submits this Administrative Request pursuant to Civil Local Rules 7–11 and 79–5(d) for permission to file under seal portions of a discovery letter brief. This brief contains information designated by Apple as Confidential or Confidential Attorneys' Eyes Only under the Stipulated Protective Order approved by this Court on March 2, 2009. Psystar itself has no interest in keeping this material under seal, but files this request in order to comply with the protective order. Pursuant to Civil Local Rule 79–5(d), a sealed copy of the above-described document is being lodged with the clerk. Pursuant to the Court's standing order, a redacted version is being electronically filed for the public file.

MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF CONFIDENTIAL PORTIONS OF LETTER BRIEF DATED AUGUST 18, 2009.  1

Dockets.Justia.com

| | | |
|---|---|---|
| 1 | Dated: August 18, 2009 | Respectfully submitted, |
| 2 | | CAMARA & SIBLEY LLP |
| 4 | | By:   /s/ K.A.D. Camara_____ |
| 5 | |        K.A.D. Camara |
| 7 | | WELKER & ROSARIO LLP |
| 9 | | By:   /s/ David Vernon Welker_____ |
|   | |        David Vernon Welker |

*Attorneys for Defendant / Counterclaimant*
*Psystar Corporation*

MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF CONFIDENTIAL PORTIONS OF LETTER BRIEF DATED AUGUST 18, 2009.         2

**Signature Attestation**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories indicated by (/s/name) within this e-filed document.

August 18, 2009                By:    /s/ David Welker
                                      David Welker