**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 20, 2009

Case No.  C08-03251 WHA

Title:  APPLE, INC  v. PSYSTAR CORP

Plaintiff Attorney(s): Mehrnaz Boroumand Smith; Tyler Gee; James Gilliland

Defense Attorney(s): K.A.D. Camara

Deputy Clerk:  Dawn Toland          Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Discovery Dispute - HELD

2)

Continued to for Further Case Management Conference

Continued to for Pretrial Conference

Continued to for Bench Trial

**ORDERED AFTER HEARING:**

Parties shall file supplemental briefs by 8/27/09.  Defendant shall pay plaintiff $5,000 in attorneys fees for bringing the motion.