1   TOWNSEND AND TOWNSEND AND CREW LLP
    JAMES G. GILLILAND, JR. (State Bar No. 107988)
2   MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
    MEGAN M. CHUNG (State Bar No. 232044)
3   J. JEB B. OBLAK (State Bar No. 241384)
    Two Embarcadero Center, Eighth Floor
4   San Francisco, CA  94111
    Telephone:  (415) 576-0200
5   Facsimile:  (415) 576-0300
    Email: jggilliland@townsend.com
6          mboroumand@townsend.com
           mmchung@townsend.com
7          jboblak@townsend.com

8   Attorneys for Plaintiff and Counterdefendant
    APPLE INC.

9

10                      UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  APPLE INC., a California corporation,    Case No. CV 08-03251 WHA

15              Plaintiff,                    **[PROPOSED]** ORDER GRANTING
                                              **MISCELLANEOUS ADMINISTRATIVE
16       v.                                   REQUEST FOR AN ORDER
                                              PERMITTING THE FILING UNDER
17  PSYSTAR CORPORATION,                      SEAL OPPOSITION LETTER BRIEF
    a Florida corporation, and DOES 1-10,    DATED AUGUST 19, 2009**
18  inclusive,

19              Defendants.

20  ─────────────────────────────────
    AND RELATED COUNTERCLAIMS
21

22       For good cause shown, Apple Inc.'s request to file under seal portions of the letter brief dated

23  August 19, 2009 and Exhibits 4 and 5 is **GRANTED.**

24       **IT IS SO ORDERED.**

25

26  DATED: August 25, 2009
    _____        _____
27                                      Hon. Willi...
                                        United States District Judge
28  62177703 v1

townsend.

CERTIFICATE OF SERVICE

I, Megan M. Chung, declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following document exactly entitled: **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OPPOSITION LETTER BRIEF DATED AUGUST 19, 2009**, on the interested parties in this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

| | |
|---|---|
| K.A.D. Camara<br>Camara & Sibley LLP<br>2339 University Boulevard<br>Houston, TX 77005<br>Phone: 713-893-7973<br>Fax: 713-583-1131 | email: camara@camarasibley.com |
| David Vernon Welker<br>Welker & Rosario<br>2689 Sycamore Lane, Suite A6<br>Davis, CA 95616-5583<br>Phone: 949-378-2900<br>Fax: 717-924-6627 | email: david.welker@werolaw.com |

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on August 20, 2009, at San Francisco, California.

_/s/ Megan M. Chung_
Megan M. Chung