# EXHIBIT B

TO DECLARATION OF TYLER GEE IN SUPPORT OF APPLE INC.'S SUPPLEMENTAL BRIEF OPPOSING PSYSTAR'S MOTION TO COMPEL AND IN SUPPORT OF APPLE'S CROSS MOTION FOR PROTECTIVE ORDER

# [FILED UNDER SEAL]