# EXHIBIT D

TO DECLARATION OF TYLER GEE IN SUPPORT OF APPLE
INC.'S SUPPLEMENTAL BRIEF OPPOSING PSYSTAR'S MOTION
TO COMPEL AND IN SUPPORT OF APPLE'S CROSS MOTION
FOR PROTECTIVE ORDER

# A taste of their own medicine

August 13th, 2009 by admin    Leave a reply »

We are pleased to announce that an agreement with Apple's counsel was reached earlier this month and we now have the final list of their deponents for our proposed topics with respect to this litigation. For the past week and for the following ten days we will be doing depositions of some of Apple's highest level people. After numerous depositions of Psystar employees and associates the shoe is finally on the other foot, oh the joy!

Now given that there is a significant interest in this litigation aside from the business interest of Psystar, in particularly those of the OSX86 community and others, we want all your input. On that note we're taking the top ten most highly moderated questions for each person to be asked at their depositions. Please bear in mind that these must relate to the litigation at hand and if you feel this correlation is unclear, please elaborate to help us better understand your perspective and/or argument.

Below is the list deponents by date, feel free to post your questions as comments or email them directly to press@psystar.com if you feel that the question would be better unleashed via surprise attack. Bear in mind that we might not be able to release the answers to said questions until the conclusion of this litigation (re: Apple's Super Secret Protective Order) but we are still allowed to use them amongst our legal counsel and in court.

Aug. 07 — John Wright — OS X — Senior Software Manager

Aug. 12 — Kevin Van Vechten — OS X — Software Engineering Manager

Aug. 13 — Phil Schiller — Marketing — Senior VP Worldwide Product Marketing

Aug. 14 — Mike Culbert — Mac Hardware — Senior Director

Aug. 18 — Gary Thomas — TBD

Aug. 19 — Simon Patience — OS X — Head of Core OS

Aug. 21 — Mark Donnelly — Apple — VP Finance and Worldwide Business management

Aug. 21 — Greg Christie — TBD

Aug. 21 — Mansfield — Mac Hardware — Senior VP Mac Hardware Engineering

Each of these men are the most knowledgeable people in their respective fields.

**Share and Enjoy:**

- Previous Entry: The Circus Comes To Town
- Next Entry: Go back to school with Psystar

---

Posted in Posts
You can follow any responses to this entry through the RSS 2.0 Feed feed. You can leave a response, or trackback from your own site.

### Advertisement

## Leave a Reply

You must be logged in to post a comment.

---

**Newsletter Sign-up:**
Enter your email address
[SUBMIT]

PREVIOUS ENTRY
The Circus Comes To Town

NEXT ENTRY
Go back to school with Psystar

**I'M A PSYSTAR VIDEO AD CONTEST**



As part of the launch of Psystar's Community, we invite you to participate in our first Viral Video ad contest. The prize to be offered is a Psystar Open(7).

Read more >>

**PAGES**
Wiki
Open Source

Realtek R1000 Driver
OpenDSDT and
GetDSDT
OpenHaltRestart
About the Case
Shop

© 2009 Psystar                                                                                                                    Back to Top

Newsletter Sign-up: Enter your email address [SUBMIT]

Valid XHTML 1.0 Transitional | Valid CSS 3

APP_PSY0050590