**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:     (949) 553-1010
Facsimile:     (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com
bse@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steven Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | Case No.:  C 07-3952 JW (HRL) |
| Plaintiff, | |
| vs. | **SUPPLEMENTAL JURY INSTRUCTION NO. 3** |
| AKANOC SOLUTIONS, INC., et al., | |
| Defendants. | |

DAMAGES—WILLFUL TRADEMARK INFRINGEMENT

If you find that any of the defendants contributorily infringed any of Louis Vuitton's trademarks you must also determine whether each defendant's conduct was willful. Willfulness carries a connotation of a deliberate intent to deceive. In order to find that defendant(s) contributory infringement was intentional or willful, you must find by clear and convincing evidence that the defendant(s) deliberately intended to deceive Louis Vuitton.

*Collegenet, Inc. v. XAP Corp.,* 483 F.Supp.2d 1058, 1065 (D.Or.2007) ("A finding of willful misconduct under the Lanham Act must be supported by clear and convincing evidence. [citing *Tamko Roofing Prods., Inc. v. Ideal Roofing Co., Ltd.,* 294 F.3d 227, 229 (1st Cir.2002); *Versa Prods. Co., Inc. v. Bifold Co. (Mfg.) Ltd.,* 50 F.3d 189, 208 (3d Cir.1995); *Castrol, Inc. v. Pennzoil Quaker State Co.,* 169 F.Supp.2d 332, 341 & n. 8 (D.N.J.2001)].")

*Lindy Pen Co., Inc. v. Bic Pen Corp.,* 982 F.2d 1400, 1406 (9th Cir.1993) ("Willful infringement carries a connotation of deliberate intent to deceive. Courts generally apply forceful labels such as "deliberate," "false," "misleading," or "fraudulent" to conduct that meets this standard.")