**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:    (949) 553-1010
Facsimile:    (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com
bse@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steven Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | Case No.:  C 07-3952 JW (HRL) |
| Plaintiff, | |
| vs. | **SUPPLEMENTAL JURY INSTRUCTION NO. 4** |
| AKANOC SOLUTIONS, INC., et al., | |
| Defendants. | |

OVERVIEW OF WEB HOSTING

I will now give you a brief overview of how the Internet operates and the terminology you will be hearing during the course of this trial. The following is meant to assist you in understanding the evidence in this case; it is not evidence in itself.

During the course of the trial you may hear some of the witnesses refer to Internet Protocol addresses or IP addresses. An IP address is literally the location of a Website on the Internet at a particular point in time. It is a 7 or 8 digit number (e.g. 56.234.277) that marks the location of a particular Website or other content on the Internet much like a street address denotes the location of a house or building within a city. A single IP address can host as few as 1 Website or as many as 1,000 Websites. The operator of a Website can move his or her site from one IP address to another, much like a business can move its offices from one street address to another.

Allocation of IP addresses in the United States and Canada is controlled by the American Registry for Internet Numbers ("ARIN"), a non-profit corporation. The nature of the services ARIN provides is described in ARIN's mission statement:

> Applying the principles of stewardship, ARIN, a nonprofit corporation, allocates Internet Protocol resources; develops consensus-based policies; and facilitates the advancement of the Internet through information and educational outreach.

ARIN does not allocate and assign IP addresses directly to Website operators like ebay.com and youtube.com. ARIN allocates blocks of IP addresses to individual web hosting companies or Internet Service Providers ("ISP"). An ISP or web host is typically a company that offers its customers access to the Internet. The ISP connects its customers using a data transmission technology appropriate for delivering Internet Protocol datagrams, such as dial-up, DSL, cable modem or dedicated high-speed interconnects. ISPs may also provide other services unique to each particular ISP.

Many ISPs re-allocate the IP addresses assigned them by ARIN to website operators such as

ebay.com and youtube.com to put up Websites and other applications.  Other web hosting companies re-allocate or "rent" their assigned IP addresses and Internet bandwidth to third party resellers and Internet hosting companies who in turn re-allocate those addresses to Website operators and other end users.