**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com
bse@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steven Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | Case No.: C 07-3952 JW (HRL) |
| Plaintiff, | |
| vs. | **SUPPLEMENTAL JURY INSTRUCTION NO. 17** |
| AKANOC SOLUTIONS, INC., et al., | |
| Defendants. | |

CONTRIBUTORY TRADEMARK INFRINGEMENT –
LIKELIHOOD OF CONFUSION

In considering whether a third party's use of the plaintiff's trademark(s) is likely to cause confusion about the source of the goods, you should consider the relative cost of the plaintiff's goods. If they are relatively expensive, this factor weighs heavily against finding a likelihood of confusion.

**SUPPLEMENTAL JURY INSTRUCTION NO. 17 – C 07-3952 JW**

*Brookfield Communications, Inc. v. West Coast Entertainment Corp.,* 174 F.3d 1036, (9th Cir.1999) ("**Likelihood of confusion is determined on the basis of a "reasonably prudent consumer**." What is expected of this reasonably prudent consumer depends on the circumstances. **We expect him to be more discerning-and less easily confused-when he is purchasing expensive items**, see, e.g., *Official Airline Guides*, 6 F.3d at 1393 (noting that confusion was unlikely among advertisers when the products in question cost from $2,400 to $16,000) . . . [W]hen dealing with inexpensive products, customers are likely to exercise less care, thus making confusion more likely.")

*E. & J. Gallo Winery v. Gallo Cattle Co.,* 967 F.2d 1280, 1293 (9th Cir.1992) ("When goods are **expensive**, it is assumed that buyers will exercise greater care in their purchases.")

*Vuitton Et Fils S.A. v. J. Young Enterprises, Inc.,* 644 F.2d 769, 771-772 (C.A.Cal. 1981) ("Vuitton, a French company, is owned and controlled by members of the Vuitton family. It is engaged in the sale and distribution of **expensive** luggage, handbags, and related items.")

*Self-Insurance Institute of America, Inc. v. Software and Information Industry Ass'n,* 208 F.Supp.2d 1058 (C.D.Cal.2000), *affd.* ("Based on the relatively high cost, the Court finds that consumers seeking association services will be very discerning and not easily confused. . . . The Court finds that **consumers seeking association services are highly discerning and not easily confused. This factor weighs heavily against finding a likelihood of confusion**.")