CAMARA & SIBLEY LLP
K.A.D. CAMARA (admitted *pro hac vice*)
2339 University Boulevard
Houston, Texas 77005
Telephone: 713-893-7973
Fax: 713-583-1131
camara@camarasibley.com

WELKER & ROSARIO LLP
DAVID VERNON WELKER (SBN 252658)
2689 Sycamore Lane, Suite A6
Davis, California 95616–5583
Telephone: 949-378-2900
david.welker@werolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br> *Plaintiff*,<br><br>v.<br><br>PSYSTAR CORPORATION,<br><br> *Defendants*.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV-08-03251-WHA<br><br>**DECLARATION OF K.A.D. CAMARA IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE MOTION TO SEAL PSYSTAR CORPORATION'S MOTION FOR ADMINISTRATIVE ACTION** |

I, K.A.D. Camara, declare as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and the State of Texas and am admitted to practice before this Court in this matter *pro hac vice*. I am a partner in the law firm of Camara & Sibley LLP and am one of the attorneys representing defendant Psystar Corporation in the above-captioned matter. I make this declaration on personal knowledge and if called as a witness could and would competently testify with respect to the matters stated herein.

2. On March 2, 2009, this Court entered a Stipulated Protective Order in this case.

3. Pursuant to the Stipulated Protective Order entered in this case and Civil Local Rule 79–5(b), the enclosed Motion for Administrative Action is sealable because it might suggest to the

DECLARATION OF K.A.D. CAMARA IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE MOTION TO SEAL PSYSTAR CORPORATION'S MOTION FOR ADMINISTRATIVE ACTION
(CV 08-03251 WHA)

1

public a means by which material protected by the Stipulated Protective Order can be accessed without authorization. The redacted information in document #103 has been disclosed pursuant to the terms of the Stipulated Protective Order, has not been disclosed to the public, and has been maintained in such a manner as to ensure that it will not be disclosed to the public.

4.  Psystar has lodged with the Clerk a sealed copy of the Motion for an Order for Administrative Action pursuant to Civil Local Rule 79-5(b).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 31, 2009, at Houston, Texas.


                    /s/ K.A.D. Camara
                    K.A.D. Camara

DECLARATION OF K.A.D. CAMARA IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE MOTION TO SEAL PSYSTAR CORPORATION'S MOTION FOR ADMINISTRATIVE ACTION (CV 08-03251 WHA)

2

## CERTIFICATE OF SERVICE

I, Michael Wilson, declare I am employed in the City of Houston and County of Harris, Texas in the office of Camara & Sibley. I am over the age of eighteen and not a party to this action. My business address is Camara & Sibley, 2339 University Boulevard, Houston, Texas 77005.

I served the following document(s):

**DECLARATION OF K.A.D. CAMARA IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE MOTION TO SEAL PSYSTAR CORPORATION'S MOTION FOR ADMINISTRATIVE ACTION**

Case No. CV 08-03251 WHA

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Camara & Sibley LLP. I sent the document(s) to the following:

| | |
|---|---|
| James G. Gilliland, Jr.<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 | email: jggilliland@townsend.com |

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on August 31, 2009 at Houston, Texas.

/s/ Michael Wilson
Michael Wilson

DECLARATION OF K.A.D. CAMARA IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE MOTION TO SEAL PSYSTAR CORPORATION'S MOTION FOR ADMINISTRATIVE ACTION (CV 08-03251 WHA)      3