# Exhibit 2

Dockets.Justia.com

CONFIDENTIAL
Attorneys' Eyes Only

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4                      --oOo--
 5   APPLE INC., A CALIFORNIA              )
     CORPORATION,                          )
 6                                         )
             Plaintiff,                    )
 7                                         )
             vs.                           ) NO. CV 08-03251 WHA
 8                                         )
     PSYSTAR CORPORATION, A FLORIDA        )
 9   CORPORATION, AND DOES 1-10            )
     INCLUSIVE,                            )
10                                         )  ATTORNEYS'
             Defendants.                   )  EYES ONLY
11   _____)
     PSYSTAR CORPORATION, A FLORIDA        )
12   CORPORATION, AND DOES 1-10            )
     INCLUSIVE,                            )
13                                         )
             Counterclaimant,              )
14                                         )
             vs.                           )
15                                         )
     APPLE INC., A CALIFORNIA              )
16   CORPORATION,                          )
                                           )
17           Counterdefendant.             )
     _____)
18
19           DEPOSITION OF SIMON R. PATIENCE
20   DATE:       Wednesday, August 19, 2009
21   TIME:       9:48 a.m.
22   LOCATION:   TOWNSEND and TOWNSEND and CREW, LLP
                 379 Lytton Avenue
23               Palo Alto, CA  94301
24   REPORTED BY: MEGAN F. ALVAREZ, RPR
                  Certified Shorthand Reporter
25                License No. 12470
```

CONFIDENTIAL
Attorneys' Eyes Only

Page 36

```
1   [REDACTED]
2   [REDACTED]
3   [REDACTED]
4   [REDACTED]
5        MR. CAMARA:  Well, so we've had this
6   recurring objection.  I think Snow Leopard beta
7   seeds are still within your cause of action, are
8   they not?
9        MS. BOROUMAND SMITH:  Yeah.
10  [REDACTED]
11  [REDACTED]
12  [REDACTED]
13  [REDACTED]
14  [REDACTED]
15  [REDACTED]
16  [REDACTED]
17  [REDACTED]
18  [REDACTED]
19  [REDACTED]
20  [REDACTED]
21  [REDACTED]
22  [REDACTED]
23  [REDACTED]
24  [REDACTED]
25  [REDACTED]
```