1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
   MEGAN M. CHUNG (State Bar No. 232044)
3  J. JEB B. OBLAK (State Bar No. 241384)
   Two Embarcadero Center, Eighth Floor
4  San Francisco, CA 94111
   Telephone: (415) 576-0200
5  Facsimile: (415) 576-0300
   Email: jggilliland@townsend.com
6         mboroumand@townsend.com
          mmchung@townsend.com
7         jboblak@townsend.com

8  Attorneys for Plaintiff and Counterdefendant
   APPLE INC.
9

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. CV 08-03251 WHA |
| Plaintiff, | **DECLARATION OF MEHRNAZ BOROUMAND SMITH IN SUPPORT OF NOTICE OF PENDENCY OF OTHER ACTION** |
| v. | |
| PSYSTAR CORPORATION, a Florida corporation, and DOES 1-10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

I, Mehrnaz Boroumand Smith, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm of Townsend and Townsend and Crew LLP, and am one of the attorneys representing Plaintiff and counterdefendant Apple Inc. ("Apple") in the above captioned matter. I make this declaration on personal knowledge and if called as a witness could and would competently testify with respect to the matters stated herein.

2. Attached as Exhibit 1 is a true and correct copy of the complaint filed by Psystar Corporation against Apple Inc. in the Southern District of Florida on August 27, 2009, in case number 09-22535 CIV Hoeveler.  The Florida complaint was signed by K.A.D. Camara, who is also lead counsel for Psystar Corp. in the instant lawsuit in California.

3. Attached as Exhibit 2 is a true and correct copy of an excerpt of the transcript from the deposition of Simon Patience on August 19, 2009.  I attended Mr. Patience deposition and represented him on behalf of Apple.  During that deposition, Mr. Camara asked Mr. Patience about the technological protection measures for the beta seed of Mac OS X Snow Leopard.  The portion of the testimony attached hereto as Exhibit 2 is the exchange between Mr. Camara and I in which he stated that the testimony relating to the Snow Leopard seed that he sought was relevant to this case.

4. After Mr. Patience's deposition, Mr. Camara requested that Apple provide another employee to further testify on the technological protection measure for Mac OS X Snow Leopard.  I asked whether Psystar intended to release products running Mac OS X Snow Leopard and he said he would not respond to that question.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 31, 2009, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Mehrnaz Boroumand Smith*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mehrnaz Boroumand Smith

62194569 v1

townsend.