Apple Inc. v. Psystar Corporation

# Exhibit 2

Dockets.Justia.com

CONFIDENTIAL
Attorneys' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4                       --oOo--
 5   APPLE INC., A CALIFORNIA           )
     CORPORATION,                       )
 6                                      )
             Plaintiff,                 )
 7                                      )
             vs.                        ) NO. CV 08-03251 WHA
 8                                      )
     PSYSTAR CORPORATION, A FLORIDA     )
 9   CORPORATION, AND DOES 1-10         )
     INCLUSIVE,                         )
10                                      )   ATTORNEYS'
             Defendants.                )   EYES ONLY
11   _____)
     PSYSTAR CORPORATION, A FLORIDA     )
12   CORPORATION, AND DOES 1-10         )
     INCLUSIVE,                         )
13                                      )
             Counterclaimant,           )
14                                      )
             vs.                        )
15                                      )
     APPLE INC., A CALIFORNIA           )
16   CORPORATION,                       )
                                        )
17           Counterdefendant.          )
     _____)
18
19           DEPOSITION OF SIMON R. PATIENCE
20   DATE:        Wednesday, August 19, 2009
21   TIME:        9:48 a.m.
22   LOCATION:    TOWNSEND and TOWNSEND and CREW, LLP
                  379 Lytton Avenue
23                Palo Alto, CA  94301
24   REPORTED BY: MEGAN F. ALVAREZ, RPR
                  Certified Shorthand Reporter
25                License No. 12470
```

CONFIDENTIAL
Attorneys' Eyes Only

Page 36

1 ▮ ▮ █████████████████
2 ▮ ███████████ ██████████
3 ▮ ████████████████████████
4 ▮ ███████████████████

5     MR. CAMARA: Well, so we've had this
6 recurring objection. I think Snow Leopard beta
7 seeds are still within your cause of action, are
8 they not?
9     MS. BOROUMAND SMITH: Yeah.

10 ▮ ██████████
11 ▮ ▮ ████
12 ▮ ██████████████
13 ▮ ███████████
14 ▮ ██████████████
15 ▮ ████████████████████
16 ▮ ▮ ████████████████████
17 ▮ ██████████████
18 ▮ ▮ ██████████████
19 ▮ ▮ ████████████████
20 ▮ ████████████
21 ▮ ▮ ██████
22 ▮ ▮ █████████
23 ▮ ██████████ ████████
24 ▮ █████████████████
25 ▮ ████████████████