**United States District Court**<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | No. C 08-03251 WHA |
| v. | |
| PSYSTAR CORPORATION, a Florida corporation, and DOES 1–10, inclusive, | **ORDER SETTING STATUS CONFERENCE** |
| Defendants. / | |
| AND RELATED COUNTERCLAIMS. / | |

A status conference will be held concerning plaintiff's notice of pendency of other action brought by Psystar **ON FRIDAY, SEPTEMBER 4, 2009, AT 10:00 A.M.** in Courtroom 9 in the federal courthouse located at 450 Golden Gate Avenue, San Francisco. Counsel are requested to appear in person.

**IT IS SO ORDERED.**

Dated: August 31, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE