IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation,

    Plaintiff,

  v.

PSYSTAR CORPORATION, a Florida corporation, and DOES 1–10, inclusive,

    Defendants.
                               /

AND RELATED COUNTERCLAIMS.
                               /

No. C 08-03251 WHA

**AMENDED ORDER SETTING STATUS CONFERENCE**

    A status conference will be held concerning plaintiff's notice of pendency of other action brought by Psystar **ON FRIDAY, SEPTEMBER 4, 2009, AT** *11:00 A.M.* in Courtroom 9 in the federal courthouse located at 450 Golden Gate Avenue, San Francisco. Counsel are requested to appear in person.

    **IT IS SO ORDERED.**

Dated: September 1, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE