IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE, INC., a California corporation,

    Plaintiff,

  v.

PSYSTAR CORPORATION, a Florida corporation,

    Defendant.

                        /

AND RELATED COUNTERCLAIMS.

                        /

No. C 08-03251 WHA

**ORDER RE DEFENDANT'S LETTER OF 8/31/2009 RE DISCOVERY DISPUTE**

The Court shall hear defendant's discovery dispute following the status conference on **FRIDAY, SEPTEMBER 4, 2009, AT 11:00 A.M.** Plaintiff's response is due 9:00 a.m. on September 4, 2009. Please note the Court's time is limited for this hearing.

The parties need to further meet-and-confer in the Court's jury room at 9:00 a.m. that same day. Only those counsel who participate in the meet-and-confer in the jury room may argue at the discovery hearing.

**IT IS SO ORDERED.**

Dated: September 1, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE