TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com
       mboroumand@townsend.com
       mmchung@townsend.com
       jboblak@townsend.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PSYSTAR CORPORATION,<br>a Florida corporation, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING APPLE TO FILE APPLE INC.'S REPLY TO PSYSTAR CORPORATION'S SUPPLEMENTAL BRIEFING ON THE RELEVANCE OF TOPIC 3 TESTIMONY, DEFENDANT'S MOTION TO COMPEL AND PLAINTIFF'S CROSS-MOTION FOR A PROTECTIVE ORDER** |

Plaintiff and counterdefendant Apple Inc. ("Apple") submits this Administrative Request pursuant to Civil Local Rule 7-11 and to the Minute Order of this Court dated August 20, 2009 for permission to file a reply to address issues raised by Psystar Corporation ("Psystar") in its supplemental letter brief of August 27, 2009, which Psystar had not previously raised in either the meet and confer process or at the hearing on August 20, 2009. Psystar's Brief of August 27, 2009 contains, for the first time, Psystar's contentions that Apple's product line profit margins are relevant to Apple's trademark infringement claim, to the injunctive relief that Apple seeks, and to Psystar's

MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING APPLE TO FILE APPLE INC.'S REPLY TO PSYSTAR CORPORATION'S SUPPLEMENTAL BRIEFING, CASE NO. CV 08-03251 WHA

1

copyright misuse counterclaim.  As Apple did not have a chance to address any of these newly-raised issues, Apple now respectfully seeks leave of the Court to file a reply brief, a true and correct copy of which is attached hereto as Exhibit 1.

Apple has met and conferred with Psystar regarding this Administrative Motion, but the parties' could not come to agreement.  *See* Declaration of Mehrnaz Boroumand Smith in Support of Apple's Miscellaneous Administrative Motion filed concurrently with this motion.

DATED:  September 2, 2009

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: */s/  James G. Gilliland, Jr.*
James G. Gilliland, Jr.

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

62198062 v1

MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING APPLE TO FILE APPLE INC.'S REPLY TO PSYSTAR CORPORATION'S SUPPLEMENTAL BRIEFING, CASE NO. CV 08-03251 WHA

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

townsend.

PROOF OF SERVICE:  MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING APPLE TO FILE APPLE INC.'S REPLY TO PSYSTAR CORPORATION'S SUPPLEMENTAL BRIEFING, CASE NO. CV 08-03251 WHA    1