# EXHIBIT 1
# TO
# DECLARATION OF MEHRNAZ BOROUMAND SMITH IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION SEEKING LEAVE OF COURT TO FILE A REPLY TO PSYSTAR CORPORATION'S SUPPLEMENTAL BRIEFING ON THE RELEVANCE OF TOPIC 3 TESTIMONY, DEFENDANT'S MOTION TO COMPEL AND PLAINTIFF'S CROSS-MOTION FOR A PROTECTIVE ORDER

Dockets.Justia.com

## Boroumand Smith, Mehrnaz

| | |
|---|---|
| **From:** | Oblak, Jeb B. |
| **Sent:** | Tuesday, September 01, 2009 5:02 PM |
| **To:** | 'camara@camarasibley.com'; 'radford@camarasibley.com' |
| **Cc:** | 'david.welker@werolaw.com'; Gee, Tyler J.; Boroumand Smith, Mehrnaz; Chung, Megan M. |
| **Subject:** | STIPULATION TO ALLOW APPLE TO FILE ITS REPLY TO PSYSTAR CORPORATION'S SUPPLEMENTAL BRIEFING ON THE RELEVANCE OF TOPIC 3 TESTIMONY.DOC |
| **Attachments:** | STIPULATION TO ALLOW APPLE TO FILE ITS REPLY TO PSYSTAR CORPORATION'S SUPPLEMENTAL BRIEFING ON THE RELEVANCE OF TOPIC 3 TESTIMONY.DOC¤ |

Kiwi:

Attached is the stipulation that you discussed with Tyler this afternoon. Per your agreement, we have included language indicating that Psystar does not oppose Apple's filing of a Reply. Please let us know if you are OK with us filing this stipulation.

Thanks,

Jeb



STIPULATION TO
LLOW APPLE TO .

1