# EXHIBIT 2
# TO
# DECLARATION OF MEHRNAZ BOROUMAND SMITH IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION SEEKING LEAVE OF COURT TO FILE A REPLY TO PSYSTAR CORPORATION'S SUPPLEMENTAL BRIEFING ON THE RELEVANCE OF TOPIC 3 TESTIMONY, DEFENDANT'S MOTION TO COMPEL AND PLAINTIFF'S CROSS-MOTION FOR A PROTECTIVE ORDER

| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | JAMES G. GILLILAND, JR. (State Bar No. 107988)<br>MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| 3 | MEGAN M. CHUNG (State Bar No. 232044)<br>J. JEB B. OBLAK (State Bar No. 241384) |
| 4 | Two Embarcadero Center Eighth Floor<br>San Francisco, CA 94111 |
| 5 | Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 |
| 6 | Email: jggilliland@townsend.com<br>        mboroumand@townsend.com |
| 7 |         mmchung@townsend.com<br>        jboblak@townsend.com |
| 8 | Attorneys for Plaintiff and Counterdefendant |
| 9 | APPLE INC. |
| 10 | K.A.D. CAMARA (TX Bar No. 24062646)<br>Admitted *Pro Hac Vice* |
| 11 | CAMARA & SIBLEY LLP<br>2339 University Boulevard |
| 12 | Houston, TX 77005<br>Telephone: (713) 893-7973 |
| 13 | Facsimile: (713) 583-1131<br>Email: camara@camarasibley.com |
| 14 | DAVID WELKER (SBN 252658) |
| 15 | WELKER & ROSARIO<br>2689 Sycamore Lane, Suite A6 |
| 16 | Davis, California 95616-2800<br>Telephone: (949) 378-2900 |
| 17 | Email: david.welker@post.harvard.edu |
| 18 | Attorneys for Defendant and Counterclaimant<br>PSYSTAR CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PSYSTAR CORPORATION, a Florida corporation, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA (BZ)<br><br>**STIPULATION TO ALLOW APPLE TO FILE ITS REPLY TO PSYSTAR CORPORATION'S SUPPLEMENTAL BRIEFING ON THE RELEVANCE OF TOPIC 3 TESTIMONY, DEFENDANT'S MOTION TO COMPEL AND PLAINTIFF'S CROSS-MOTION FOR A PROTECTIVE ORDER AND [PROPOSED] ORDER** |

WHEREAS the Letter Brief submitted by Psystar Corporation ("Psystar") on August 27, 2009, raised for the first time several new legal arguments as to the relevance of the information that Psystar is seeking to compel Apple Inc. ("Apple") to produce; and

WHEREAS, Psystar has no objection to Apple submitting a reply brief, no later than noon on September 2, 2009;

IT IS, THEREFORE, STIPULATED by the parties, through their undersigned counsel and subject to approval of the Court, that Apple should be permitted to file a Reply To Psystar Corporation's Supplemental Briefing On The Relevance Of Topic 3 Testimony, Defendant's Motion To Compel And Plaintiff's Cross-Motion For A Protective Order.

DATED: September 1, 2009        TOWNSEND AND TOWNSEND AND CREW LLP


                                By:   /s/ James G. Gilliland, Jr.
                                      James G. Gilliland, Jr.

                                      Attorneys for Plaintiff and Counterdefendant
                                      APPLE INC.


DATED: September 1, 2009        CAMARA & SIBLEY LLP


                                By:   /s/ K.A.D. Camara
                                      K.A.D. Camara

                                      Attorneys for Defendant and Counterclaimant
                                      PSYSTAR CORP.

//
//
//
//
//

STIPULATION TO ALLOW APPLE TO FILE ITS REPLY TO PSYSTAR CORPORATION'S SUPPLEMENTAL BRIEFING AND [PROPOSED] ORDER
Case No. CV 08-03251 WHA

//

Pursuant to the Stipulation between the parties, and good cause having been shown, the Court HEREBY GRANTS leave for Apple to file a Reply To Psystar Corporation's Supplemental Briefing On The Relevance Of Topic 3 Testimony, Defendant's Motion To Compel And Plaintiff's Cross-Motion For A Protective Order.

IT IS SO ORDERED.

By: _____
William H. Alsup
United States District Judge

STIPULATION TO ALLOW APPLE TO FILE ITS REPLY TO PSYSTAR CORPORATION'S SUPPLEMENTAL BRIEFING AND [PROPOSED] ORDER
Case No. CV 08-03251 WHA

**GENERAL ORDER ATTESTATION**

I, Mehrnaz Boroumand Smith am the ECF user whose ID and password are being used to file this **STIPULATION TO ALLOW APPLE TO FILE ITS REPLY TO PSYSTAR CORPORATION'S SUPPLEMENTAL BRIEFING ON THE RELEVANCE OF TOPIC 3 TESTIMONY, DEFENDANT'S MOTION TO COMPEL AND PLAINTIFF'S CROSS-MOTION FOR A PROTECTIVE ORDER AND [PROPOSED] ORDER.** In compliance with General Order 45, X.B., I hereby attest that K.A.D. Camara has concurred in this filing.

/s/ *Mehrnaz Boroumand Smith*
MEHRNAZ BOROUMAND SMITH