| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | WARREN E. GEORGE (SBN 53588) |
| 2 | NANCY M. WANG (SBN 224533) |
| | Three Embarcadero Center |
| 3 | San Francisco, California 94111-4067 |
| | Telephone: 415.393.2000 |
| 4 | |
| | BAKER & DANIELS |
| 5 | THOMAS G. STAYTON (*pro hac vice*) (IN SBN: 683-49) |
| | ANDREA ROBERTS (*pro hac vice*) (IN SBN: 18435-49) |
| 6 | 300 North Meridian Street, Suite 2700 |
| | Indianapolis, Indiana 46204 |
| 7 | Telephone: 317.237.0300 |
| | Facsimile: 317.237.1000 |
| 8 | |
| | Attorneys for Defendant |
| 9 | Zimmer, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MICHAEL H. CARTER and SUSAN CHOISSER-CARTER, | | No. 02-03158-VRW |
| | Plaintiffs, | [PROPOSED] ORDER ON DEFENDANT ZIMMER, INC.'S MOTION FOR SUMMARY JUDGMENT |
| | v. | |
| ZIMMER, INC., and DOES ONE through TWENTY, inclusive, | | Honorable Vaughn R. Walker |
| | Defendants. | |

**ORDER ON ZIMMER, INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant Zimmer, Inc. ("Zimmer"), has filed a motion for summary judgment against the plaintiffs, Michael H. Carter and Susan Choisser-Carter ("Plaintiffs"). The Court, having considered Zimmer's motion, finds that it has merit, and being duly advised, grants the motion.

1   IT IS ORDERED that Zimmer is granted judgment as a matter of law on all of Plaintiffs' claims.

Dated: _____            _____
                                        Honorable Vaughn R. Walker
                                        United States District Court
                                        Northern District of California