IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE, INC., a California corporation,

Plaintiff,

v.

PSYSTAR CORPORATION, a Florida
corporation,

Defendant.

/

AND RELATED COUNTERCLAIMS.

/

No. C 08-03251 WHA

**AMENDED ORDER RE
DEFENDANT'S LETTER
OF 8/31/2009 RE
DISCOVERY DISPUTE**

The status conference set for **SEPTEMBER 4, 2009**, is moved up to *10:00 a.m.* The Court

shall hear defendant's discovery dispute following the status conference. Plaintiff's response

is due by 9:00 a.m. on September 4, 2009. An evidentiary hearing in another matter that had

been set for 9:00 a.m. has now been vacated. This will allow the Court more time to hear the

parties' discovery dispute.

The parties need to further meet-and-confer in the Court's jury room at 9:00 a.m. that

same day. Only those counsel who participate in the meet-and-confer in the jury room may

argue at the discovery hearing.

**IT IS SO ORDERED.**

Dated: September 3, 2009.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com

United States District Court

For the Northern District of California