# townsend.

**James G. Gilliland, Jr.**
(415) 273 7560
jggilliland@townsend.com

September 3, 2009

*Via Electronic Filing*

Honorable William Alsup
United States District Court
450 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco, CA 94102

      Re:    *Apple Inc. v. Psystar Corp.*, Case No. C 08-03251 WHA

Dear Judge Alsup:

      Had Psystar met and conferred with Apple, as it is required to do by the Court's Local Rules 1-5(n), 37-1 and Supplemental Order ¶25, it would never have filed this motion. Had Psystar actually met and conferred, it would have learned that: (1) Apple produced the document Psystar falsely claims was not produced; (2) Apple produced documents in a manner agreed to by Psystar's prior counsel, and which both parties have used since December 2008; (3) Apple would have clarified Psystar's misunderstandings about a footnote in Apple's expert report; and (4) Apple will provide the witness sought by Psystar regarding Snow Leopard. Each of these responses is discussed below in the order raised by Psystar in its letter.



Townsend and Townsend and Crew LLP · Two Embarcadero Center, Eighth Floor, San Francisco, CA 94111 3834 · tel 415.576.0200 · fax 415.576.0300
San Francisco · Palo Alto · Walnut Creek · San Diego · Denver · Seattle · Washington DC · Tokyo · www.townsend.com

Dockets.Justia.com

townsend.

Hon. William Alsup
September 3, 2009
Page 2



**townsend.**

Hon. William Alsup<br>
September 3, 2009<br>
Page 3

Respectfully yours,

/s/ *James G. Gilliland, Jr.*

James G. Gilliland, Jr.
Counsel for Apple Inc.

