# EXHIBIT 1

## TO DECLARATION OF MEGAN CHUNG IN SUPPORT OF APPLE INC.'S OPPOSITION TO PSYSTAR'S BRIEF FILED AUGUST 31, 2009

**[FILED UNDER SEAL]**