# EXHIBIT 2

## TO DECLARATION OF MEGAN CHUNG IN SUPPORT OF APPLE INC.'S OPPOSITION TO PSYSTAR'S BRIEF FILED AUGUST 31, 2009

### [FILED UNDER SEAL]

Dockets.Justia.com