# EXHIBIT 5

**TO DECLARATION OF MEGAN CHUNG IN SUPPORT OF APPLE INC.'S OPPOSITION TO PSYSTAR'S BRIEF FILED AUGUST 31, 2009**

Dockets.Justia.com

**Chung, Megan M.**

| | |
|---|---|
| **From:** | K.A.D. Camara [camara@camarasibley.com] |
| **Sent:** | Tuesday, July 28, 2009 10:44 AM |
| **To:** | Boroumand Smith, Mehrnaz |
| **Cc:** | david.welker@werolaw.com; Gilliland, James G.; Chung, Megan M.; Timothy Nyberg; Noah D. Radbil; radford@camarasibley.com |
| **Subject:** | Re: 30(b)(6) Topics |

Mehrnaz:

We would like to proceed on the depositions identified in my July 24 email below. We withdraw the April deposition topics. Let's see if we can get the unobjectionable topics scheduled while we wrangle over 2, 11, and 12.

Kiwi

On Tue, Jul 28, 2009 at 12:32 PM, Boroumand Smith, Mehrnaz <mboroumand@townsend.com> wrote:

> Kiwi:
>
> In following up on your 30(b)(6) topics, a couple of issues have arisen. First, we need to know whether you are withdrawing the 30(b)(6) deposition topics propounded by Psystar in April. If not, Psystar is once again over the limit allowed by Judge Alsup in relation to 30(b)(6) deposition topics. Second, Topic 2 of your 30(b)(6) deposition notice of last week has twelve subparts and is overbroad. Even in grouping them together, we believe that Topic 2 addresses at least 4 if not more 30(b)(6) topics under Judge Alsup's standing orders. Also, please be advised that we plan on objecting to Topics 11 and 12 as both overbroad and irrelevant.
>
> Please clearly identify on which 10 topics Psystar is seeking deposition testimony so that we can provide you with the identity of the correct deponents.
>
> Mehrnaz
>
> ---
>
> **From:** K.A.D. Camara [mailto:camara@camarasibley.com]
> **Sent:** Friday, July 24, 2009 1:27 PM
> **To:** Boroumand Smith, Mehrnaz
> **Subject:** 30(b)(6) Topics
>
> Mehrnaz:
>
> We would like to proceed on topics 1, 2, 3, 5, 8, 10, 11, 12, and 17 of the 30(b)(6) notice that our firm served on you earlier this week.
>
> Kiwi
>
> ```
> This message may contain confidential information. If you are not the intended
> recipient and received this message in error, any use or distribution of this
> message is strictly prohibited. Please also notify us immediately by return
> e-mail, and delete this message from your computer system. Thank you.
> ```