TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com
       mboroumand@townsend.com
       mmchung@townsend.com
       jboblak@townsend.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PSYSTAR CORPORATION,<br>a Florida corporation, and DOES 1-10,<br>inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION LETTER BRIEF AND EXHIBITS TO DECLARATION OF MEGAN M. CHUNG** |

Plaintiff and counterdefendant Apple Inc. ("Apple") submits this Administrative Request pursuant to Civil Local Rules 7-11 and 79-5(c), for permission to file under seal portions of the opposition brief and exhibits 1, 2 and 3 to the Declaration of Megan M. Chung in Support of Apple Inc.'s Opposition to Psystar's Motion to Compel dated August 31, 2009. These documents contain highly confidential testimony and references and highly confidential information from documents regarding financial and technical information that has been designated as Confidential or Confidential

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION LETTER
BRIEF AND EXHIBITS TO DECLARATION OF MEGAN M. CHUNG
CASE NO. CV 08-03251 WHA

1

1  Attorneys' Eyes Only under the Stipulated Protective Order approved by the Court on March 2, 2009.
2  The undersigned declares that the request is narrowly tailored to seal only those materials for which
3  good cause to seal has been established.  Pursuant to Civil Local Rule 79-5(c), a sealed copy of the
4  above-described document is being lodged with the clerk.

DATED:  September 3, 2009              Respectfully submitted,

                                                TOWNSEND AND TOWNSEND AND CREW LLP

                                        By:   */s/  Megan M. Chung.*
                                                Megan M. Chung

                                                Attorneys for Plaintiff and Counterdefendant
                                                APPLE INC.

62202383 v1

townsend.

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION LETTER
BRIEF AND EXHIBITS TO DECLARATION OF MEGAN M. CHUNG
CASE NO. CV 08-03251 WHA
   2

# CERTIFICATE OF SERVICE

I, Victoria E. Hopper, declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following documents exactly entitled: **ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION LETTER BRIEF AND EXHIBITS TO DECLARATION OF MEGAN M. CHUNG; DECLARATION OF MEGAN M. CHUNG IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION LETTER BRIEF AND EXHIBITS TO DECLARATION OF MEGAN M. CHUNG; AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION LETTER BRIEF AND EXHIBITS TO DECLARATION OF MEGAN M. CHUNG**

on the interested parties in this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

| | |
|---|---|
| K.A.D. Camara<br>Camara & Sibley LLP<br>2339 University Boulevard<br>Houston, TX  77005<br>Phone: 713-893-7973<br>Fax: 713-583-1131 | email:  camara@camarasibley.com |
| David Vernon Welker<br>Welker & Rosario<br>2230 Skillern Drive<br>Boise, Idaho 83709<br>Phone:  949-378-2900<br>Fax:  717-924-6627 | email:  david.welker@werolaw.com |

☐ [By First Class Mail]  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand]  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission]  I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 3, 2009, at San Francisco, California.

|   |   |
|---|---|
|   | _/s/ Victoria E. Hopper_ |
|   | Victoria E. Hopper |

PROOF OF SERVICE - ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION LETTER BRIEF AND EXHIBITS; DECL. OF MEGAN CHUNG; [PROPOSED]ORDER
CASE NO. CV 08-03251 WHA

2