TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com
       mboroumand@townsend.com
       mmchung@townsend.com
       jboblak@townsend.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. CV 08-03251 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION LETTER BRIEF AND EXHIBITS TO DECLARATION OF MEGAN M. CHUNG** |
| v. | |
| PSYSTAR CORPORATION, a Florida corporation, and DOES 1-10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

For good cause shown, Apple Inc.'s Miscellaneous Administrative Request For An Order Permitting Apple To File Under Seal Portions of Apple Inc.'s Opposition Letter Brief and Exhibits 1, 2 and 3 to Declaration of Megan M. Chung is **GRANTED.**

**IT IS SO ORDERED.**

DATED:_____

                                        Hon. William Alsup
                                        United States District Judge

62202472 v1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION LETTER BRIEF AND EXHIBITS TO DECLARATION OF MEGAN M. CHUNG
CASE NO. CV 08-03251 WHA

2