UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-3251                WILLIAM ALSUP              DATE 9/4/09
Case Number                 Judge               Time: 10:00 a.m. - 11:00 a.m.

Title:      APPLE INC.          v      PSYSTAR CORPORATION

Attorneys: JIM GILLILAND                      K.A.D. CAMARA
           MEHRNAZ SMITH
           MEGAN CHUNG

Deputy Clerk: T. De Martini    Court Reporter: Katherine Sullivan


Proceedings:

Defendant's Motion to Compel - Granted in Part Denied in Part.

Witness Megan Chung - sworn

Ms Chung Testified as to the Rule 26(f) conference call on 9/2/08

      Ms. Chung questioned by the Court

      Ms. Chung questioned by Mr. Camara

      The Court ruled that this issue should have been raised earlier in the case. By 12:00 p.m on Tuesday September 8, 2009 parties are to send a letter to each other identifying the first page of 50 documents. Responses are due by 12:00 p.m. on Friday September 11, 2009 stating in what files the documents can be found.

Defendant's Request for Attorneys Fees is - Denied.

Defendant's Motion to Exclude the Testimony of Jacques Vidrines - Granted.

Sections Two and Three of Defendant's Discovery Motion are - withdrawn.

Parties waive any conflict with the Court as to witness Tom LaPerle

Status Conference - Held

Plaintiff's Request to reopen discovery for 30 days to include Snow Leopard source code. - Discovery will not be reopened at this point. Plaintiff may bring a motion to enlarge discovery.

Plaintiff' Motion to Reopen Discovery to be filed by 9/11/09
Opposition due: 9/18/09
Reply due: 9/21/009
Hearing Date: 9/24/09 at 8:00 a.m.

Plaintiff's Motion for a Protective Order - Pending.


cc: Dawn