TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jggilliland@townsend.com
       mboroumand@townsend.com
       mmchung@townsend.com
       jboblak@townsend.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>PSYSTAR CORPORATION,<br>a Florida corporation, and DOES 1-10,<br>inclusive,<br><br>     Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION LETTER BRIEF AND EXHIBITS TO DECLARATION OF MEGAN M. CHUNG** |

For good cause shown, Apple Inc.'s Miscellaneous Administrative Request For An Order Permitting Apple To File Under Seal Portions of Apple Inc.'s Opposition Letter Brief and Exhibits 1, 2 and 3 to Declaration of Megan M. Chung is **GRANTED.**

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S
OPPOSITION LETTER BRIEF AND EXHIBITS TO DECLARATION OF MEGAN M. CHUNG
CASE NO. CV 08-03251 WHA                                                                                              1

townsend

Dockets.Justia.com

**IT IS SO ORDERED.**

DATED: September 9, 2009

_____
Hon.
United States District Judge

*IT IS SO ORDERED — Judge William Alsup* (seal, United States District Court, Northern District of California)

62202472 v1

townsend.

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION LETTER BRIEF AND EXHIBITS TO DECLARATION OF MEGAN M. CHUNG
CASE NO. CV 08-03251 WHA

2