# FOLEY & LARDNER

ATTORNEYS AT LAW

WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5109
TELEPHONE: (202) 672-5300
FACSIMILE: (202) 672-5399

BRUSSELS
CHICAGO
DENVER
DETROIT
JACKSONVILLE
LOS ANGELES
MADISON
MILWAUKEE

ORLANDO
SACRAMENTO
SAN DIEGO
SAN FRANCISCO
TALLAHASSEE
TAMPA
WASHINGTON, D.C.
WEST PALM BEACH

WRITER'S DIRECT LINE
(202) 672-5569

EMAIL ADDRESS
smaebius@foleylaw.com

CLIENT/MATTER NUMBER
080618/0161

May 1, 2001

Hank C. K. Wuh, Chairman
Wellness Beverage Company, Inc.
350 East Middlefield Road
Mountain View, California 94043

Dear Mr. Wuh:

We represent United Therapeutics, the exclusive licensee with full enforcement rights of United States Patent Nos. 5,217,997, 5,428,070, 5,891,459 and 6,117,872. These patents are directed generally to the use of L-arginine to improve cardiovascular function. We have enclosed a copy of the patents for your review. You were notified of two of these patents in a letter dated January 20, 2000, from the Rae-Venter Law Group.

We have recently conducted an investigation through which we have confirmed that your Daily Wellness Company is advertising products that contain L-arginine as a main ingredient and that purportedly improve cardiovascular function. Such products include ArginMax.

We invite you to explain to us why the use of your products would not be covered by the claims of the above-mentioned patents.

Very truly yours,

*[signature]*

Stephen B. Maebius

Enclosures

002.564366.1

ESTABLISHED 1842