SBM

## LAW OFFICES
# SHOOK, HARDY & BACON L.L.P.

MIAMI CENTER, SUITE 2400
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4332
TELEPHONE (305) 358-6171 ◦ FACSIMILE (305) 358-7470

GENEVA
HOUSTON
KANSAS CITY
LONDON
OVERLAND PARK

NEW ORLEANS
SAN FRANCISCO
TAMPA
WASHINGTON, D.C.

Darrell Payne
dpayne@shb.com

November 21, 2002

Stephen B. Maebius, Esq.
Foley & Lardner
Washington Harbor
3000 K. Street, N.W., Suite 500
Washington, D.C. 20007-5109

Re: Unither Pharma, Inc., et al., v. RZB, Inc., etc.
Case No. C-02-5283, U.S. District Court, N. District of California

Dear Mr. Maebius:

Let me confirm that the firm has been retained to represent Scitec Nutrition in connection with the patent infringement dispute relating to the above-referenced case. We are in the process of obtaining information about the patents at issue and appreciate your willingness to provide additional information upon request. After reviewing such information, we will be back in contact with you to discuss a possible amicable resolution to the dispute. Depending on how quickly we are able to obtain the necessary information, we expect to get back to you within the next month or so.

I understand that at this time you are not willing to provide the claim chart relating to your client's patents. That information would be helpful, so if you were to reconsider, let me know. Otherwise, I appreciate your professional courtesy in not pressing forward with the law suit or attempting service while we get up to speed on the patents and issues between the parties.

Very truly yours,

Darrell Payne

DWP:amt
Enclosures

415038.1