Apple Inc. v. Psystar Corporation    Doc. 133 Att. 8




BRUSSELS  
CHICAGO  
DENVER  
DETROIT  
JACKSONVILLE  
LOS ANGELES  
MADISON  
MILWAUKEE  
ORLANDO  
SACRAMENTO  
SAN DIEGO/DEL MAR  
SAN FRANCISCO  
TALLAHASSEE  
TAMPA  
WASHINGTON, D.C.  
WEST PALM BEACH  

**FOLEY & LARDNER**  
ATTORNEYS AT LAW  

October 25, 2002

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Henry Estévez  
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.  
1401 Citrus Center  
255 South Orange Avenue  
Orlando, Florida 32802-3791

Re: U.S. Patent Application Pub. No.: US 2002/0151592 A2

Dear Mr. Estévez:

On behalf of our client, Unither Pharma, Inc., we write to inform you of the publication of a patent application related to compositions comprising L-arginine. A copy of this recent publication is attached for your convenience. This pending application joins Unither Pharma's intellectual property portfolio related to use of L-arginine for improving human physical performance, benefiting the human cardiovascular system and providing other cardiovascular-related benefits by enhancing the production of nitric oxide in humans which has been the subject of our past correspondence.

Based upon a review of the information provided on the Scitec Nutrition web site (http://www.scitecnutrition.com/2002/products/effergin.html), we believe you will find the claims in the attached patent application are of interest to your client.

We also inform you that this pending patent application to compositions comprising L-arginine is included within the rights licensed in Unither Pharma's standard patent license that it is offering on favorable economic terms.

We thank you for your recent letter regarding Unither Pharma's patents. We will be contacting you shortly in reply.

Very truly yours,

*Stephen B. Maebius*  
Stephen B. Maebius

Encl.

FOLEY & LARDNER  
WASHINGTON HARBOUR  
3000 K STREET, N.W., SUITE 500  
WASHINGTON, D.C. 20007-5143  

TEL: 202.672.5300  
FAX: 202.672.5399  
WWW.FOLEYLARDNER.COM  

WRITER'S DIRECT LINE  
202.672.5569  

EMAIL ADDRESS  
smaebius@foleylaw.com  

CLIENT/MATTER NUMBER  
080618-0169  

002.909511.1

Dockets.Justia.com

7001 2510 0004 0459 5281

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, January 2001    See Reverse for Instructions