TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jggilliland@townsend.com
       mboroumand@townsend.com
       mmchung@townsend.com
       jboblak@townsend.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>        v.<br><br>PSYSTAR CORPORATION,<br>a Florida corporation, and DOES 1-10,<br>inclusive,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN, THE DECLARATION OF JACQUES VIDRINE AND EXHIBITS 4-11 AND 14 TO DECLARATION OF MEHRNAZ BOROUMAND SMITH** |

Plaintiff and counterdefendant Apple Inc. ("Apple") submits this Administrative Request pursuant to Civil Local Rules 7-11 and 79-5(c), for permission to file under seal portions of the Motion to Enjoin, the Declaration of Jacques Vidrine in Support thereof, and Exhibits 4-11 and 14 to the Declaration of Mehrnaz Boroumand Smith in Support thereof.  These documents contain highly confidential testimony and reference highly confidential information from documents regarding confidential trade secret and technical information that has been designated as Confidential or Confidential Attorneys' Eyes Only under the Stipulated Protective Order approved by the Court on

townsend.   MISC. ADMIN. REQUEST TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S MOT. TO DISMISS OR ENJOIN, DECL. OF JACQUES VIDRINE AND EXHIBITS TO DECL. OF MEHRNAZ BOROUMAND SMITH CASE NO. CV 08-03251 WHA    1

Dockets.Justia.com

1  March 2, 2009. The undersigned declares that the request is narrowly tailored to seal only those
2  materials for which good cause to seal has been established. Pursuant to Civil Local Rule 79-5(c), a
3  sealed copy of the above-described document is being lodged with the clerk.

DATED: September 11, 2009    Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By:   */s/  Megan M. Chung*
      MEGAN M CHUNG

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

62212059 v1

townsend.  MISC. ADMIN. REQUEST TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S MOT. TO DISMISS OR ENJOIN, DECL. OF JACQUES VIDRINE AND EXHIBITS TO DECL. OF MEHRNAZ BOROUMAND SMITH CASE NO. CV 08-03251 WHA

2