| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| | MEGAN M. CHUNG (State Bar No. 232044) |
| 3 | J. JEB B. OBLAK (State Bar No. 241384) |
| | Two Embarcadero Center, Eighth Floor |
| 4 | San Francisco, CA  94111 |
| | Telephone:  (415) 576-0200 |
| 5 | Facsimile:  (415) 576-0300 |
| | Email: jggilliland@townsend.com |
| 6 |       mboroumand@townsend.com |
| |       mmchung@townsend.com |
| 7 |       jboblak@townsend.com |
| 8 | Attorneys for Plaintiff and Counterdefendant |
| | APPLE INC. |
| 9 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 14 | APPLE INC., a California corporation, | Case No. CV 08-03251 WHA |
| 15 | Plaintiff, | **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN, THE DECLARATION OF JACQUES VIDRINE AND EXHIBITS 4-11 and 14 TO DECLARATION OF MEHRNAZ BOROUMAND SMITH IN SUPPORT THEREOF** |
| 16 | v. | |
| 17 | PSYSTAR CORPORATION, | |
| 18 | a Florida corporation, and DOES 1-10, inclusive, | |
| 19 | Defendants. | |
| 20 | AND RELATED COUNTERCLAIMS | |

townsend.

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL, CASE NO. CV 08-03251 WHA

1

Dockets.Justia.com

1  For good cause shown, Apple Inc.'s request to file under seal portions of the Motion to
2  Enjoin, the Declaration of Jacques Vidrine in Support thereof, and Exhibits 4-11 and 14 to the
3  Declaration of Mehrnaz Boroumand Smith in Support thereof is **GRANTED.**
4  **IT IS SO ORDERED.**

7  DATED:_____

   Hon. William Alsup
   United States District Judge

62212145 v1