# EXHIBIT 2 TO THE DECLARATION OF MEHRNAZ BOROUMAND SMITH

**Exhibit 2 to Boroumand Smith Declaration: Discovery Definitions**

| Apple's Definitions of "MAC OS X" and "APPLE SOFTWARE" | Discovery Documents Referencing Definition |
|---|---|
| The term "**MAC OS X**" means the operating system Mac OS X, including all versions and updates thereof. | Apple's First Set of Interrogatories, served 11/4/2008<br>Apple's First Set of Requests for Admission, served 11/4/2008<br>Apple's First Set of Requests for Production, served 11/4/2008<br>Apple's Second Set of Requests for Admission, served 11/11/08<br>Apple's Second Set of Requests for Production, served 11/11/08<br>Apple's Third Set of Requests for Admission, served 12/3/08<br>Apple's Third Set of Requests for Production, served 12/3/08 |
| The term "**APPLE SOFTWARE**" means any software licensed by APPLE to third parties, including but not limited to versions of MAC OS X, any prior versions of APPLE operating system software such as, without limitation, Mac OS 8 and Mac OS 9, and Apple firmware or Apple Boot ROM. | Apple's First Set of Interrogatories, served 11/4/08<br>Apple's First Set of Requests for Admission, served 11/4/08<br>Apple's First Set of Requests for Production, served 11/4/08<br>Apple's Second Set of Requests for Production, served 11/11/08<br>Apple's Third Set of Requests for Admission, served 12/3/08 |

Exhibit 2 to Boroumand Smith Declaration:  Discovery Definitions

| Psystar's Definitions of "MAC OS" | Discovery Documents Referencing Definition |
|---|---|
| "**MAC OS**" means and refers to all versions and updates of the operating system Mac OS including, without limitation, Mac OS X, Mac OS 9, and Mac OS 8. | Psystar's First Set of Interrogatories [WITHDRAWN], served 11/26/08<br>Psystar's First Set of Requests for Admission, served 11/26/08<br>Psystar's First Set of Requests for Production served 11/26/08<br>Psystar's Second Set of Interrogatories, served 3/23/09 |
| "**MAC OS**" means and refers to all versions and updates of the operating system Mac OS X. | Psystar's Second Set of Requests for Admission; served 3/10/09<br>Psystar's Third Set of Requests for Admission, served 3/23/09<br>Psystar's Fourth Set of Requests for Admission, served 4/8/09 |
| "**MAC OS X**" means and refers to all versions and updates of the operating system Mac OS X. | Psystar's Second Set of Requests for Production of Documents, served 5/4/09 |
| "**Mac OS X**" includes both Mac OS X and Mac OS X Server, including all versions and updates. | Psystar's Third Request for Production, served 7/21/09 |

2