# EXHIBIT 3 TO THE DECLARATION OF MEHRNAZ BOROUMAND SMITH

Exhibit 3 to Boroumand Smith Declaration: Apple's Requests for Production of Documents Nos. 12, 17, 28 and 53

| Apple Document Request No. | Document Request |
|---|---|
| Request for Production of Documents, No. 12, served 11/04/2008 | Please produce all DOCUMENTS that RELATE TO APPLE SOFTWARE, including but not limited to COMMUNICATIONS with THIRD PARTIES. |
| Request for Production of Documents, No. 17, served 11/04/2008 | Please produce all DOCUMENTS and COMMUNICATIONS that RELATE TO PSYSTAR PRODUCTS in development, but not currently offered for sale, that will run MAC OS X or that PSYSTAR has considered running MAC OS X on, including but not limited to any laptop, notebook or other mobile device. |
| Request for Production No. 28, served 11/04/2008 | Please produce all DOCUMENTS that RELATE TO APPLE, including but not limited to COMMUNICATIONS with THIRD PARTIES. |
| Request for Production No. 53, served 11/11/2008 | Please produce all DOCUMENTS and COMMUNICATIONS RELATING TO the development, selection, and decision to install or use APPLE SOFTWARE in PSYSTAR PRODUCTS. |

1