# EXHIBIT 4
# TO THE DECLARATION OF
# MEHRNAZ BOROUMAND SMITH
# FILED UNDER SEAL