**EXHIBIT 5**
**TO THE DECLARATION OF**
**MEHRNAZ BOROUMAND SMITH**
**FILED UNDER SEAL**