**EXHIBIT 6
TO THE DECLARATION OF
MEHRNAZ BOROUMAND SMITH
FILED UNDER SEAL**