**EXHIBIT 14
TO THE DECLARATION OF
MEHRNAZ BOROUMAND SMITH
FILED UNDER SEAL**

Dockets.Justia.com