| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | JAMES G. GILLILAND, JR. (State Bar No. 107988)<br>MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| 3 | MEGAN M. CHUNG (State Bar No. 232044)<br>J. JEB B. OBLAK (State Bar No. 241384) |
| 4 | Two Embarcadero Center, Eighth Floor<br>San Francisco, CA  94111 |
| 5 | Telephone:  (415) 576-0200<br>Facsimile:  (415) 576-0300 |
| 6 | Email: jggilliland@townsend.com<br>        mboroumand@townsend.com |
| 7 |         mmchung@townsend.com<br>        jboblak@townsend.com |
| 8 | Attorneys for Plaintiff and Counterdefendant |
| 9 | APPLE INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>PSYSTAR CORPORATION, a Florida corporation, and DOES 1-10, inclusive,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS OR ENJOIN RECENTLY-FILED FLORIDA ACTION AND RE-OPEN DISCOVERY FOR LIMITED PURPOSES**<br><br>Date:         September 24, 2009<br>Time:        8:00 a.m.<br>Courtroom:  9<br>Trial Date:  January 11, 2010 |

townsend.

[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS OR ENJOIN RECENTLY-FILED
FLORIDA ACTION AND RE-OPEN DISCOVERY FOR LIMITED PURPOSES, CASE NO. CV 08-03251 WHA

Dockets.Justia.com

Plaintiff and Counterdefendant Apple Inc.'s ("Apple") Motion To Dismiss or Enjoin Recently-Filed Florida Action and Re-Open Discovery For Limited Purposes was heard by this Court on September 24, 2009. Having considered the papers and arguments of counsel, the Court **GRANTS** Apple's motion and **ORDERS** the following:

1. Psystar Corporation ("Psystar") is hereby ORDERED to dismiss the Florida action (*Psystar Corp. v. Apple Inc.*, No. 09-22535 CIV Hoeveler) without prejudice;
2. Psystar is hereby ENJOINED from prosecuting the Florida action;
3. Psystar is hereby ENJOINED from filing any other lawsuit or other proceeding against Apple except in the Northern District of California, San Francisco Division;
4. For a period of 45 days from the date of the filing of this Order, fact discovery in the above-captioned case is re-opened for limited, narrowly-tailored discovery regarding how Psystar is causing Mac OS X Snow Leopard to run on its computers;
5. Apple may supplement its opening technical expert report to address Mac OS X Snow Leopard; and
6. Apple may supplement its Initial Disclosures under Federal Rule of Civil Procedure 26(e) to address Mac OS X Snow Leopard.

**IT IS SO ORDERED.**

DATED: _____, 2009

William Alsup
United States District Judge

62212124 v1

townsend.

[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS OR ENJOIN RECENTLY-FILED FLORIDA ACTION AND RE-OPEN DISCOVERY FOR LIMITED PURPOSES, CASE NO. CV 08-03251 WHA