1 TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
2 MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
3 J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center Eighth Floor
4 San Francisco, CA  94111
Telephone:  (415) 576-0200
5 Facsimile:  (415) 576-0300
Email: jggilliland@townsend.com
6         mboroumand@townsend.com
        mmchung@townsend.com
7         jboblak@townsend.com

8 Attorneys for Plaintiff and Counterdefendant
APPLE INC.
9

10                      UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14 APPLE INC.,                              Case No. 08-3251 WHA

15          Plaintiff,                      **DECLARATION OF JACQUES VIDRINE
                                            IN SUPPORT OF APPLE INC.'S
16     v.                                   MOTION TO DISMISS OR ENJOIN
                                            PROSECUTION OF THE RECENTLY-
17 PSYSTAR CORPORATION, a Florida           FILED FLORIDA ACTION, AND TO RE-
corporation, and DOES 1-10, inclusive,     OPEN DISCOVERY FOR LIMITED
18                                          PURPOSES**
          Defendants.
19 ────────────────────────────            Date:        September 24, 2009
AND RELATED COUNTERCLAIMS.                 Time:        8:00a.m.
20                                         Courtroom:   9
                                           Trial Date:  January 11, 2010
21

22                          **FILED UNDER SEAL**

23                **CONFIDENTIAL – ATTORNEYS' EYES ONLY**

24

25

26

27

28

townsend.

DECL. OF JACQUES VIDRINE IN SUPPORT OF APPLE INC.'S MOTION, CASE NO. 08-3251 WHA

Dockets.Justia.com