CAMARA & SIBLEY LLP
K.A.D. CAMARA (admitted *pro hac vice*)
2339 University Boulevard
Houston, Texas  77005
Telephone: 713-893-7973
Fax: 713-583-1131
camara@camarasibley.com

Attorney for Defendant/Counterclaimant
PSYSTAR CORPORATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    *Plaintiff*,<br><br>v.<br><br>PSYSTAR CORPORATION,<br><br>    *Defendants*.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV-08-03251-WHA<br><br>**MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL PSYSTAR CORPORATION'S NOTICE OF MOTION AND MOTION TO STRIKE DECLARATION OF JAQUES VIDRINE AND PORTIONS OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN PROSECUTION OF THE RECENTLY FILED FLORIDA ACTION, AND TO REOPEN DISCOVERY FOR LIMITED PURPOSES AND MEMORANDUM IN SUPPORT THEREOF, AND FOR SANCTIONS** |

    Defendant Psystar Corporation submits this Administrative Request pursuant to Civil Local Rules 7–11 and 79–5(d) for permission to file under seal Psystar Corporation's Notice of Motion and Motion to Strike Declaration of Jaques Vidrine and Portions of Apple Inc.'s Motion to Dismiss or Enjoin Prosecution of the Recently Filed Florida Action, and to Re-open Discovery for Limited Purposes and Memorandum in Support Thereof, and for Sanctions.  This motion contains information designated by Apple as Confidential or Confidential Attorneys' Eyes Only under the Stipulated Protective Order approved by this Court on March 2, 2009.  Psystar itself has no interest in keeping

this material under seal, but files this request in order to comply with the protective order. Pursuant to Civil Local Rule 79–5(d), a sealed copy of the above-described document is being lodged with the clerk.

Dated:  September 18, 2009          Respectfully submitted,

                                    CAMARA & SIBLEY LLP


                                    By:    /s/ K.A.D. Camara_____
                                           K.A.D. Camara

                                    *Attorney for Defendant / Counterclaimant*
                                    *Psystar Corporation*

MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL PSYSTAR            2
CORPORATION'S MOTION TO STRIKE AND FOR SANCTIONS (CV 08-03251 WHA)

# CERTIFICATE OF SERVICE

I, Michael Wilson, declare I am employed in the City of Houston and County of Harris, Texas in the office of Camara & Sibley. I am over the age of eighteen and not a party to this action. My business address is Camara & Sibley, 2339 University Boulevard, Houston, Texas 77005.

I served the following document(s):

**MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL PSYSTAR CORPORATION'S NOTICE OF MOTION AND MOTION TO STRIKE DECLARATION OF JAQUES VIDRINE AND PORTIONS OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN PROSECUTION OF THE RECENTLY FILED FLORIDA ACTION, AND TO RE-OPEN DISCOVERY FOR LIMITED PURPOSES AND MEMORANDUM IN SUPPORT THEREOF, AND FOR SANCTIONS**
Case No. CV 08-03251 WHA

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Camara & Sibley LLP. I sent the document(s) to the following:

| James G. Gilliland, Jr.<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 | email: jggilliland@townsend.com |
|---|---|

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 18, 2009 at Houston, Texas.

/s/ Michael Wilson
Michael Wilson