# Exhibit F

I, Jane Dryer, declare as follows:

1. I am a graduate of Brooklyn Law School and affiliated with the Brooklyn Law Incubator Policy clinic, which has worked on the Apple v. Psystar case since September, 2008.

2. On September 15, 2009 I visited the Copyright Office in Washington, D.C.

3. My task was to find out whether Apple had registered a copyright in Mac OS X 10.6 ("Snow Leopard"). I consulted the Registration database and the ECO database. The Registration database contains records for each registered copyright. The ECO database contains records for filed copyright registration applications.

4. In the Registration and ECO databases, I used the following search terms: Mac OS, Mac OS X, OS X, Snow Leopard, and 10.6. For both searches, the result was no matching records for either registrations or applications that related to Snow Leopard.

5. I noted that applications dated as recently as September 14, 2009 were available in the ECO database.

6. I then asked the librarian on duty if the databases I had searched (Registration and ECO) had the most up-to-date information. The librarian advised me that it usually takes 12-18 months for registrations to be uploaded to the Registration database. However, the librarian also advised me that the application database was updated frequently, which matched my observations. I also asked if I there was another office I could consult to determine whether an application had been filed. He again told me that the databases I had searched had the most up-to-date information.

7. From the above I concluded that, as of September 14, 2009, an application to register Snow Leopard had not been filed with the Copyright Office, and that Snow Leopard had not been registered with the Copyright Office.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 18, 2009, at Houston, Texas.

_____
Jane Dryer