Roy S. Gordet, SBN 103916
Attorney at Law
98 Battery Street, Suite 601
San Francisco, CA 94111
Tel. 415-627-0300
Fax 415-627-9020

Attorney for Defendant and
Counter-Plaintiff ARTROCK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY BRICE<br><br>                Plaintiff,<br><br>  v.<br><br>ARTROCK, SAN FRANCISCO ART LAB, FLASH BACK BOOKS, and DOES 1 through 10, inclusive<br><br>                Defendants.<br><br>ARTROCK<br><br>                Counter-Plaintiff,<br><br>  v.<br><br>LINDSAY BRICE and CORBIS CORPORATION<br><br>                Counter-Defendants. | Case No.: C 03 4380 RMW<br><br>**PROOF OF SERVICE OF SUMMONS**<br>(FED. R. CIV. P. 4 & CIVIL L.R. 4) |

Pursuant to Federal Rule of Civil Procedure 4 and Civil Local Rule 4, Defendant and Counter-Plaintiff ArtRock makes this proof of service of Third-Party Summons, Complaint, and

1  Related Papers, all of which are listed in the Proof of Service signed by T. Andy Harris and
2  attached hereto as <u>Exhibit B</u>.
3      This document, along with the following scanned documents constitutes the proof of
4  service:
5      <u>Exhibit A</u>:  A scanned image of the Third-Party Summons in a Civil Action to
6  CORBIS Corporation, issued by Betty J. Walton, Deputy Clerk of the Court, on November 10,
7  2003;
8      <u>Exhibit B</u>:  A scanned image of the Proof of Service for the Third Party Summons and
9  Related Papers hand-delivered on November 17, 2003 by T. Andy Harris of United Attorneys'
10 Services and served on Becky DeGeorge of Corporation Service Company, authorized agent for
11 CORBIS Corporation.

13 Date: November 25, 2003              Respectfully submitted,
                                       /Roy. S. Gordet/
14                                     Roy S. Gordet
                                       Attorney for Defendant and
15                                     Counter-Plaintiff ArtRock