| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>ROY S. GORDET<br>98 BATTERY ST., SUITE 601<br>SAN FRANCISCO, CA 94111 | *Telephone No.:*<br>(415) 627-0300 | *For Court Use Only* |
| *Attorney for:* Cross Complainant | *Ref. No. or File No.:*<br>04-16 | |

*Insert name of Court, and Judicial District and Branch Court:*
U.s. District Court, Northern District Of California

*Cross Complainant:* ARTROCK
*Cross Defendant:* CORBIS CORPORATION, ETC.

| PROOF OF SERVICE<br>(Third Party Summons In A) | *Hearing Date:* | *Time:* | *Dept/Div* | *Case Number:*<br>C03 4380 RMW |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and **I served copies** of the: Third Party Summons In A Civil Action; Answer Of Defendant/counter- Plaintiff Artrock; Counterclaims Of Defendant/counter-plaintiff Artrock Against Lindsay Brice And Corbis Corporation; Exhibit 1; Order Setting Initial Case Management Conference; Notice Of Need For Adr Phone Conference (Blank); Signiture And Certification By Parties And Lead Trial Counsel (Blank); Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Waiver Of Service Of Summons (Blank); Notice Of Lawsuit And Request For Waiver Of Service Of Summons (Blank); Joint Case Management Statement And Proposed Order; Standing Order Re: Pretrial Preparation; Summons; Ecf Registration Information Handout

2. a. Party Served:     CORBIS CORPORATION (Cross Defendant)
   b. Person Served:     BECKY DeGEORGE, AUTHORIZED AGENT
   c. Address:     CORPORATION SERVICE COMPANY
   2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95833

3. I served the party named in item 2
   a. **by personally delivering** the copies
   (1) on: Mon, Nov. 17, 2003
   (2) at: 4:00PM

4. The "Notice to the Person Served" (on the Summons) was completed as follows:
   c. on behalf of: CORBIS CORPORATION
   Under CCP 416.10 (corporation)

5. *Person serving:*
   T. ANDY HARRIS
   **UNITED ATTORNEYS' SERVICES**
   601 University Avenue, Suite 134
   Sacramento, CA 95825
   (916) 457-3000

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. *Fee for service:* $21.00
   d. Registered California process server.
   (2) *Registration No.:* 81-002
   (3) *County:* Sacramento
   (4) *Expiration date:* Jan. 02, 2005

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Nov. 18, 2003

*Jud. Coun. form, rule 982(a)(23)*     PROOF OF SERVICE     (Signature)     2126.62109