C. Brandon Wisoff (State Bar No. 121930)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

William A. Slaughter
(pro hac vice)
Jeffrey P. Currey
(pro hac vice)
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Facsimile: (215) 864-8999

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. C-03-4355 SI<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT RITE AID CORPORATION TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS, STAY OR TRANSFER ON DECEMBER 1, 2003**<br><br>Date: December 12, 2003<br>Time: 9:00 a.m.<br>Courtroom: 10/19th Floor<br>Hon. Susan Illston |

Plaintiff Liberty Mutual Fire Insurance Company ("Liberty Mutual") and defendant Rite Aid Corporation ("Rite Aid"), by and through counsel, stipulate as follows:

1. Rite Aid filed a motion, set for hearing on December 12, 2003, to stay, dismiss or transfer this action;

2. Liberty Mutual filed its opposition to the motion on November 21, 2003;

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIP. & ORDER ALLOWING DEF. RITE AID TO
FILE REPLY ON DECEMBER 1, 2003
C-03-4355 SI

18314\669771.1

Dockets.Justia.com

3. Rite Aid's reply is due on November 28, 2003, which is the Friday after Thanksgiving;

4. Rite Aid's counsel has expressed a desire to extend the deadline for filing the reply until Monday, December 1, 2003, given the intervening Thanksgiving holiday, the schedule of Rite Aid's counsel and the fact that Rite Aid's counsel's office is closed on the Friday after Thanksgiving;

5. Liberty Mutual's counsel has no objection to the Court extending, to Monday, December 1, 2003, the deadline for Rite Aid's reply.

IT IS SO STIPULATED.

DATED: November __, 2003            BARGER & WOLEN LLP


By: _____/s/_____
   Gary A. Bresee
   Supriya Sundarrajan

Attorneys for Plaintiff LIBERTY MUTUAL
FIRE INSURANCE COMPANY

DATED: November ___, 2003           FARELLA BRAUN & MARTEL LLP


By: _____/s/_____
   C. Brandon Wisoff


Attorneys for Defendant
Rite Aid Corporation

For good cause shown, Rite Aid's deadline for filing a reply in connection with the above-referenced motion is extended until Monday, December 1, 2003.


DATED: November ___, 2003           _____
                                    District Court Judge Susan Illston

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIP. & ORDER ALLOWING DEF. RITE AID TO
FILE REPLY BRIEF ON DECEMBER 1, 2003        - 2 -                    18314\669771.1
C-03-4355 SI