1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
   MEGAN M. CHUNG (State Bar No. 232044)
3  J. JEB B. OBLAK (State Bar No. 241384)
   Two Embarcadero Center Eighth Floor
4  San Francisco, CA  94111
   Telephone:  (415) 576-0200
5  Facsimile:  (415) 576-0300
   Email: jggilliland@townsend.com
6          mboroumand@townsend.com
           mmchung@townsend.com
7          jboblak@townsend.com

8  Attorneys for Plaintiff and Counterdefendant
   APPLE INC.
9

10                 UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  APPLE INC.,                          | Case No. 08-3251 WHA

15              Plaintiff,                | **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF (1) PORTIONS OF APPLE INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS OR ENJOIN, (2) CERTAIN EXHIBITS TO THE REPLY DECLARATION OF J. JEB B. OBLAK IN SUPPORT THEREOF; (3) REPLY DECLARATION OF DR. JOHN P. J. KELLY AND EXHIBITS THERETO IN SUPPORT THEREOF**

16       v.

17  PSYSTAR CORPORATION, a Florida
    corporation, and DOES 1-10, inclusive,
18
                Defendants.
19

20  AND RELATED COUNTERCLAIMS.

[PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF (1) PORTIONS OF APPLE INC.'S REPLY BRIEF ISO ITS MOTION TO DISMISS OR ENJOIN, (2) CERTAIN EXHIBITS TO THE REPLY DECL. OF J. JEB B. OBLAK IN SUPP. THEREOF; (3) REPLY DECL. OF DR. JOHN P. J. KELLY AND EXHIBITS THERETO IN SUPP. THEREOF
CASE NO. 08-3251 WHA

townsend.

1

Dockets.Justia.com

For good cause shown, Apple Inc.'s request to file under seal the following documents is **GRANTED**:

- o   Portions of Reply Brief In Support Of Apple Inc.'s Motion To Dismiss Or Enjoin Prosecution Of The Recently-Filed Florida Action And To Re-Open Discovery For Limited Purposes

- o   Exhibits 1-6 to the Reply Declaration Of J. Jeb B. Oblak In Support Of Apple Inc.'s Motion To Dismiss Or Enjoin Prosecution Of The Recently-Filed Florida Action And To Re-Open Discovery For Limited Purposes

- o   Reply Declaration Of Dr. John P. J. Kelly In Support Of Apple Inc.'s Motion To Dismiss Or Enjoin and exhibits thereto

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. William Alsup
United States District Judge

62224152 v1

[PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF (1) PORTIONS OF APPLE INC.'S REPLY BRIEF ISO ITS MOTION TO DISMISS OR ENJOIN, (2) CERTAIN EXHIBITS TO THE REPLY DECL. OF J. JEB B. OBLAK IN SUPP. THEREOF; (3) REPLY DECL. OF DR. JOHN P. J. KELLY AND EXHIBITS THERETO IN SUPP. THEREOF
CASE NO. 08-3251 WHA

townsend.

2

**CERTIFICATE OF SERVICE**

I, Diane G. Sunnen, declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following documents exactly entitled: **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF (1) PORTIONS OF APPLE INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS OR ENJOIN, (2) CERTAIN EXHIBITS TO THE REPLY DECLARATION OF J. JEB B. OBLAK IN SUPPORT THEREOF; (3) REPLY DECLARATION OF DR. JOHN P. J. KELLY AND EXHIBITS THERETO IN SUPPORT THEREOF** on the interested parties in this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

| | |
|---|---|
| K.A.D. Camara<br>Camara & Sibley LLP<br>2339 University Boulevard<br>Houston, TX  77005<br>Phone: 713-893-7973<br>Fax: 713-583-1131 | email: camara@camarasibley.com |
| David Vernon Welker<br>Welker & Rosario<br>2230 Skillern Drive<br>Boise, Idaho 83709<br>Phone:  949-378-2900<br>Fax:  717-924-6627 | email: david.welker@werolaw.com |

☐     [By First Class Mail]  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐     [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐     [By Hand]  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐     [By Facsimile Transmission]  I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒     [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 21, 2009, at San Francisco, California.

                                                       /s/*Diane G. Sunnen*
                                                       Diane G. Sunnen