TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jggilliland@townsend.com
       mboroumand@townsend.com
       mmchung@townsend.com
       jboblak@townsend.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> PSYSTAR CORPORATION, a Florida corporation, and DOES 1-10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 08-3251 WHA <br><br> **REPLY DECLARATION OF J. JEB B. OBLAK IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN** <br><br> Date:         September 24, 2009 <br> Time:         8:00a.m. <br> Courtroom:  9 <br> Trial Date:   January 11, 2010 |

I, J. Jeb B. Oblak, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court.  I am an associate in the law firm of Townsend and Townsend and Crew LLP, and am one of the attorneys representing Plaintiff and Counterdefendant Apple Inc. ("Apple") in the above-captioned matter.  I make this declaration on personal knowledge and if called as a witness could and would competently testify with respect to the matters stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from  Psystar's

townsend.   REPLY DECLARATION OF J. JEB B. OBLAK IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN   1
CASE NO. 08-3251 WHA

Dockets.Justia.com

1  First Set of Requests for Production of Documents, dated November 26, 2008.

2      3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Apple
3  Inc.'s Responses to Psystar Corporation's First Set of Requests for Production of Documents
4  (Nos. 1-20) dated January 9, 2009.

5      4.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Psystar
6  Corporation's Second Set of Interrogatories, dated March 20, 2009.

7      4.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Apple's
8  Responses to Psystar Corporation's Second Set of Interrogatories, dated April 24, 2009.

9      5.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Apple's
10  Request for Production of Documents number 136 and Psystar's response, dated August 17, 2009.

11      6.    Attached hereto as Exhibit 6 is a true and correct copy of Psystar Corporation's
12  Responses to Court Ordered Interrogatories, dated August 31, 2009.

13  I declare under penalty of perjury under the laws of the United States that the foregoing is
14  true and correct to the best of my knowledge and belief.

15  Executed on September 21, 2009, at San Francisco, California.

/s/ *J. Jeb B. Oblak*
J. Jeb B. Oblak

62224206 v1

# CERTIFICATE OF SERVICE

I, Diane G. Sunnen, declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following documents exactly entitled: **REPLY DECLARATION OF J. JEB B. OBLAK IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN** on the interested parties in this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

K.A.D. Camara   email: camara@camarasibley.com
Camara & Sibley LLP
2339 University Boulevard
Houston, TX 77005
Phone: 713-893-7973
Fax: 713-583-1131

David Vernon Welker   email: david.welker@werolaw.com
Welker & Rosario
2230 Skillern Drive
Boise, Idaho 83709
Phone: 949-378-2900
Fax: 717-924-6627

☐ **[By First Class Mail]** I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **[By Overnight Courier]** I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ **[By Hand]** I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ **[By Facsimile Transmission]** I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ **[By Electronic Transmission]** I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 21, 2009, at San Francisco, California.

/s/*Diane G. Sunnen*
Diane G. Sunnen