| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| | MEGAN M. CHUNG (State Bar No. 232044) |
| 3 | J. JEB B. OBLAK (State Bar No. 241384) |
| | Two Embarcadero Center Eighth Floor |
| 4 | San Francisco, CA  94111 |
| | Telephone:  (415) 576-0200 |
| 5 | Facsimile:  (415) 576-0300 |
| | Email: jggilliland@townsend.com |
| 6 |        mboroumand@townsend.com |
| |        mmchung@townsend.com |
| 7 |        jboblak@townsend.com |
| 8 | Attorneys for Plaintiff and Counterdefendant |
| | APPLE INC. |
| 9 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 08-3251 WHA |
| Plaintiff, | **REPLY DECLARATION OF DR. JOHN P. J. KELLY IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN** |
| v. | |
| PSYSTAR CORPORATION, a Florida corporation, and DOES 1-10, inclusive, | |
| Defendants. | Date: September 24, 2009 |
| | Time: 8:00a.m. |
| | Courtroom: 9 |
| AND RELATED COUNTERCLAIMS. | Trial Date: January 11, 2010 |

**[SUBMITTED UNDER SEAL]**