```
                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA


                                 )
                                 )
MEL PERREIR, ET AL               )
              Plaintiff(s)       )
                                 )            C 03-05226 RMW
     -v-                         )
                                 ) ORDER SETTING INITIAL CASE MANAGEMENT
OLIN CORPORATION, ET AL          ) CONFERENCE
              Defendant(s)       )
_____  )
```

IT IS HEREBY ORDERED that this action is assigned to the Honorable Ronald M. Whyte. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California" and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients must familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

```
           CASE SCHEDULE   [ADR MULTI-OPTION PROGRAM]

Date       Event                                          Governing Rule
-----------------------------------------------------------------------------
11/24/2003 Notice of removal filed

03/05/2004 Last day to meet and confer re initial         FRCivP 26(f)
           disclosures, early settlement, ADR process     & ADR LR 3-5
           selection, and discovery plan
03/05/2004 Last day to file Joint ADR Certification       Civil L.R. 16-8
           with Stipulation to ADR process or Notice of
           Need for ADR Phone Conference

03/19/2004 Last day to complete initial disclosures       FRCivP 26(a)(1)
           or state objection in Rule 26(f) Report,       Civil L.R.16-9
           file/serve Case Management Statement, and
           file/serve Rule 26(f) Report

03/26/2004 Case Management Conference in
           6 at 10:30 AM                                  Civil L.R. 16-10
```