MCAS\43160\551663.1

**PROOF OF SERVICE BY MAIL**
Chiquita Frupac, Inc. v. Castilleja & Son Distributing, etc.
Case No. C 03-04868 SBA

I am a citizen of the United States and employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1331 N. California Blvd., Fifth Floor, Post Office Box 8177, Walnut Creek, CA 94596. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 25, 2003, I placed with this firm at the above address for deposit with the United States Postal Service true and correct copies of the UNDERTAKING UNDER SECTION CCP 527 in sealed envelopes, postage fully paid, addressed as follows:

| | |
|---|---|
| Mike Castilleja<br>6325 Bethel Island Road<br>Bethel Island, CA 94511 | Castilleja & Son Distributing, Inc. dba<br>DeBarr Distributing and C&S<br>Distributing<br>6325 Bethel Island Road<br>Bethel Island, CA 94511 |

Following ordinary business practices, the envelopes were sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 25, 2003, at Walnut Creek, California.

s/Susan M. LeBlanc
Susan M. LeBlanc