TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jggilliland@townsend.com
       mboroumand@townsend.com
       mmchung@townsend.com
       jboblak@townsend.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PSYSTAR CORPORATION,<br>a Florida corporation, and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA<br><br>~~[PROPOSED]~~ **ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF APPLE INC.'S MOTION TO DISMISS OR ENJOIN, THE DECLARATION OF JACQUES VIDRINE AND EXHIBITS 4-11 and 14 TO DECLARATION OF MEHRNAZ BOROUMAND SMITH IN SUPPORT THEREOF** |

townsend.   ~~[PROPOSED]~~ ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL, CASE NO. CV 08-03251 WHA   1

Dockets.Justia.com

For good cause shown, Apple Inc.'s request to file under seal portions of the Motion to Enjoin, the Declaration of Jacques Vidrine in Support thereof, and Exhibits 4-11 and 14 to the Declaration of Mehrnaz Boroumand Smith in Support thereof is **GRANTED.**

**IT IS SO ORDERED.**

DATED: September 24, 2009

Hon. _____
United States District Judge

*Judge William Alsup*

62212145 v1

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL, CASE NO. CV 08-03251 WHA — 2