Dockets.Justia.com

1   TOWNSEND AND TOWNSEND AND CREW LLP
    JAMES G. GILLILAND, JR. (State Bar No. 107988)
2   MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
    MEGAN M. CHUNG (State Bar No. 232044)
3   J. JEB B. OBLAK (State Bar No. 241384)
    Two Embarcadero Center Eighth Floor
4   San Francisco, CA  94111
    Telephone:  (415) 576-0200
5   Facsimile:  (415) 576-0300
    Email: jggilliland@townsend.com
6          mboroumand@townsend.com
           mmchung@townsend.com
7          jboblak@townsend.com

8   Attorneys for Plaintiff and Counterdefendant
    APPLE INC.

9

10                  UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  APPLE INC.,                          Case No. 08-3251 WHA

15          Plaintiff,                   ~~[PROPOSED]~~ ORDER GRANTING
                                         MISCELLANEOUS ADMINISTRATIVE
16      v.                               REQUEST FOR AN ORDER
                                         PERMITTING THE FILING UNDER
17  PSYSTAR CORPORATION, a Florida       SEAL OF PORTIONS OF APPLE INC.'S
    corporation, and DOES 1-10, inclusive,  OPPOSITION TO PSYSTAR
18                                       CORPORATION'S MOTION TO STRIKE
            Defendants.                  THE DECLARATION OF JACQUES
19                                       VIDRINE AND FOR SANCTIONS
    AND RELATED COUNTERCLAIMS.
20

21

22

23

24

25

26

27

28

    ~~[PROPOSED]~~ ORDER GRANTING MISC. ADMIN. REQUEST FOR AN ORDER PERMITTING THE FILING
    UNDER SEAL, CASE NO. 08-3251 WHA

townsend.

1     For good cause shown, Apple Inc.'s Request to File Under Seal Portions of Apple Inc.'s

2 Opposition to Psystar Corporation's Motion to Strike the Declaration of Jacques Vidrine and for

3 Sanctions is **GRANTED**.

4     **IT IS SO ORDERED.**

6 DATED: ___September 24, 2009___



8 Hon. Wi
  United S

**CERTIFICATE OF SERVICE**

I, Esther Casillas, declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following documents exactly entitled: **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF PORTIONS OF APPLE INC.'S OPPOSITION BRIEF RE MOTION TO STRIKE** on the interested parties in this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

| | |
|---|---|
| K.A.D. Camara<br>Camara & Sibley LLP<br>2339 University Boulevard<br>Houston, TX 77005<br>Phone: 713-893-7973<br>Fax: 713-583-1131 | email: camara@camarasibley.com |
| David Vernon Welker<br>Welker & Rosario<br>2230 Skillern Drive<br>Boise, Idaho 83709<br>Phone: 949-378-2900<br>Fax: 717-924-6627 | email: david.welker@werolaw.com |

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 21, 2009, at San Francisco, California.

*/s/ Esther Casillas*
Esther Casillas

62226484 v1

[PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL, CASE NO. 08-3251 WHA

townsend.