**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:    (949) 553-1010
Facsimile:    (949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com
cl@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.: C 07-3952 JW (HRL) <br><br> **DECLARATION OF JAMES A. LOWE IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE #11 TO BAR VUITTON FROM PRESENTING NON-RELEVANT EVIDENCE AT TRIAL** |

165034.1-10562-002-6/5/2009

I, JAMES A. LOWE, declare:

1. I am an attorney duly licensed to practice law before this Court and am a partner in the law firm of Gauntlett & Associates, counsel of record for defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants").

2. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if called upon as a witness.

3. This Declaration is submitted in support of Defendants' Motion in Limine #11 to Bar Vuitton from Presenting Non-Relevant Evidence At Trial.

4. Attached as **Exhibit "1550"** is a list of 369 of Vuitton's trial exhibits Vuitton proposes to admit into evidence at trial in an effort to prove the "direct infringement" elements of its contributory copyright infringement and contributory trademark infringement claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California on June 4, 2009.

s/ James A. Lowe
James A. Lowe

| Ex. # | Description | Identified | Admitted |
|---|---|---|---|
| 63 | Website www.wendy929.net 8/11/06 | 2/18/2009 | |
| 63.1 | Website www.wendy929.net 10/11/06 | 2/18/2009 | |
| 63.2 | Website www.wendy929.net 10/30/06 | 2/18/2009 | |
| 63.3 | Website www.wendy929.net 7/16/07 | 2/18/2009 | |
| 63.4 | Website www.wendy929.net 9/19/07 | 2/18/2009 | |
| 65 | R. Holmes buy report dated 6/26/07 w/images of product and packaging purchased from www.wendy929.net and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 67 | Evidence www.wendy929.net multi-colored handbag and packaging | 2/18/2009 | |
| 68 | Website www.ape168.com | 2/18/2009 | |
| 68.1 | Website www.ape168.com dated 10/23/06 | 2/18/2009 | |
| 70 | Website www.atozbrand.com | 2/18/2009 | |
| 70.1 | Website www.atozbrand.com 1/31/07 | 2/18/2009 | |
| 70.2 | Website www.atozbrand.com dated 3/19/07 | 2/18/2009 | |
| 72 | Website www.bag925.com | 2/18/2009 | |
| 72.1 | Website www.bag925.com dated 10/9/06 | 2/18/2009 | |
| 75 | Website www.eshoes99.com 9/19/07 | 2/18/2009 | |
| 75.1 | Website www.eshoes99.com 10/23/07 | 2/18/2009 | |
| 75.2 | Website www.eshoes99.com 11/22/07 | 2/18/2009 | |
| 77 | Website www.315ec.com 8/29/07 | 2/18/2009 | |
| 79 | Website www.Bag4sell.com 3/8/07 | 2/18/2009 | |
| 79.1 | Website www.Bag4sell.com 9/19/07 | 2/18/2009 | |
| 81 | R. Holmes buy report dated 5/30/07 w/images of product and packaging purchased from www.bag4sell.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 82 | Evidence www.bag4sell.com LV purse (small, brown monogram) and packaging | 2/18/2009 | |
| 84 | Website www.Bigworldshoes.com 11/14/07 | 2/18/2009 | |
| 84.1 | Website www.Bigworldshoes.com 1/27/09 | 2/18/2009 | |
| 84.2 | Website www.Bigworldshoes.com 1/28/09 | 2/18/2009 | |
| 87 | Website www.Brandfashioner.com 8/29/07 | 2/18/2009 | |
| 87.1 | Website www.Brandfashioner.com 8/30/07 | 2/18/2009 | |
| 87.2 | Website www.Brandfashioner.com 9/19/07 | 2/18/2009 | |
| 89 | Website www.Brandstylesales.com 10/11/07 | 2/18/2009 | |
| 92 | Website www.Buymyshoes.net 9/28/07 | 2/18/2009 | |
| 92.1 | Website www.Buymyshoes.net 11/22/07 | 2/18/2009 | |
| 94 | Website www.Cn-nike.us 5/12/08 | 2/18/2009 | |
| 94.1 | Website www.Cn-nike.us 1/29/09 | 2/18/2009 | |
| 94.2 | Website www.Cn-nike.us 2/11/09 | 2/18/2009 | |
| 96 | Website www.Dreamyshoes.com 11/13/07 | 2/18/2009 | |
| 96.1 | Website www.Dreamyshoes.com 1/27/09 | 2/18/2009 | |
| 96.2 | Website www.Dreamyshoes.com 1/28/09 | 2/18/2009 | |


EXHIBIT 1550

| | | | |
|---|---|---|---|
| 98 | Website www.Eastarbiz.com 8/13/07 | 2/18/2009 | |
| 98.1 | Website www.Eastarbiz.com 9/19/07 | 2/18/2009 | |
| 98.2 | Website www.Eastarbiz.com 9/21/07 | 2/18/2009 | |
| 98.3 | Website www.Eastarbiz.com 5/12/08 | 2/18/2009 | |
| 101 | Website www.Ebuynike.com 10/24/07 | 2/18/2009 | |
| 103 | Website www.Ecshoes.com 8/10/07 | 2/18/2009 | |
| 105 | Webstie www.Egotobuy.com 9/28/07 | 2/18/2009 | |
| 107 | Website www.Emsyou.com 11/20/07 | 2/18/2009 | |
| 110 | Website www.Famous-shop.com 3/8/07 | 2/18/2009 | |
| 110.1 | Website www.Famous-shop.com 4/20/07 | 2/18/2009 | |
| 114 | Website www.Guccifendi.com 8/20/07 | 2/18/2009 | |
| 114.1 | Website www.Guccifendi.com 9/19/07 | 2/18/2009 | |
| 116 | R. Holmes buy report dated 11/13/07 w/images of product and packaging purchased from www.guccifendi.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 117 | Evidence www.guccifendi.com LV handbag white w/mulitcolored monogram and packaging | 2/18/2009 | |
| 118 | Website www.Gz-free.com 8/14/07 | 2/18/2009 | |
| 118.1 | Website www.Gz-free.com 9/19/07 | 2/18/2009 | |
| 120 | Website www.Handbagsell.com 10/29/07 | 2/18/2009 | |
| 120.1 | Website www.Handbagsell.com 11/22/07 | 2/18/2009 | |
| 122 | Website www.Ilouisvuitton.com 10/24/07 | 2/18/2009 | |
| 124 | Website www.Imitation-gold.com 10/2/07 | 2/18/2009 | |
| 126 | Website www.Innike.com 4/2/07 | 2/18/2009 | |
| 126.1 | Website www.Innike.com 9/19/07 | 2/18/2009 | |
| 128 | R. Holmes buy report dated 5/30/07 w/images of product and packaging purchased from www.innike.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 129 | Evidence www.innike.com LV multi-colored handbag with pink flowers and packaging | 2/18/2009 | |
| 130 | Website www.Longtimegroup.com 10/29/07 | 2/18/2009 | |
| 133 | Website www.Louisvuittonbagz.com 9/6/07 | 2/18/2009 | |
| 135 | Website www.Lovernike.com 10/11/07 | 2/18/2009 | |
| 135.1 | Website www.Lovernike.com 10/15/07 | 2/18/2009 | |
| 137 | Website www.Luxelike.com 9/20/07 | 2/18/2009 | |
| 137.1 | Website www.Luxelike.com 11/5/07 | 2/18/2009 | |
| 139 | Website www.Luxury2us.com 10/2/07 | 2/18/2009 | |
| 141 | R. Holmes buy report dated 11/6/07 w/images of product and packaging purchased from www.luxury2us.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 142 | Evidence www.luxury2us.com LV wallet (white/multicolor monogram) and packaging | 2/18/2009 | |
| 143 | Website www.Lvbagz.com 3/12/07 | 2/18/2009 | |

| | | | |
|---|---|---|---|
| 146 | Website www.Mailgoods.com 9/24/07 | 2/18/2009 | |
| 146.1 | Website www.Mailgoods.com - FAQ - 11/22/07 | 2/18/2009 | |
| 149 | Website www.Nike558.com 8/23/07 | 2/18/2009 | |
| 151 | Website www.Nikeshoeoffer.com 8/29/07 | 2/18/2009 | |
| 151.1 | Website www.Nikeshoeoffer.com 9/19/07 | 2/18/2009 | |
| 151.2 | Website www.Nikeshoeoffer.com 11/22/07 - About Us Page | 2/18/2009 | |
| 153 | Website www.Nikewto.com 9/25/07 | 2/18/2009 | |
| 153.1 | Website www.Nikewto.com 11/22/07 | 2/18/2009 | |
| 153.2 | Website www.Nikewto.com 11/28/07 | 2/18/2009 | |
| 155 | Website www.Nonstopbeauty.com 8/13/07 | 2/18/2009 | |
| 155.1 | Website www.Nonstopbeauty.com 9/19/07 | 2/18/2009 | |
| 157 | Website www.Bizyao.com | 2/18/2009 | |
| 159 | Webiste www.Nikebrother.com 5/13/08 | 2/18/2009 | |
| 161 | Website www.ecvv.com/www.ikkfashion2006.com 5/13/08 | 2/18/2009 | |
| 163 | Website www.Lv-handbag.com 5/13/08 | 2/18/2009 | |
| 165 | Website www.At88.com 5/12/08 | 2/18/2009 | |
| 167 | Website www.Pfcstation.com 8/2/07 | 2/18/2009 | |
| 167.1 | Website www.Pfcstation.com 9/19/07 | 2/18/2009 | |
| 169 | Website www.Pickhiphop.com 9/10/07 | 2/18/2009 | |
| 169.1 | Website www.Pickhiphop.com 11/22/07 | 2/18/2009 | |
| 171 | Website www.Pickyourgoods.com 3/30/07 | 2/18/2009 | |
| 171.1 | Website www.Pickyourgoods.com 9/19/07 | 2/18/2009 | |
| 171.2 | Website www.Pickyourgoods.com 11/22/07 | 2/18/2009 | |
| 173 | R. Holmes buy report dated 6/26/07 w/images of product and packaging purchased from www.pickyourgoods.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 175 | Evidence www.pikyourgoods.com LV Monogram bag (brown) and packaging | 2/18/2009 | |
| 176 | Website www.Pickyourorder.com 9/25/07 | 2/18/2009 | |
| 178 | Website www.Pro-jordan.com 8/7/07 | 2/18/2009 | |
| 178.1 | Website www.Pro-jordan.com 9/19/07 | 2/18/2009 | |
| 183 | Website www.Rrgnl.com 8/27/07 | 2/18/2009 | |
| 183.1 | Website www.Rrgnl.com 9/19/07 | 2/18/2009 | |
| 185 | R. Holmes buy report dated 11/6/07 w/images of product and packaging purchased from www.rrgnl.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 186 | Evidence www.Rrgnl.com LV belt (brown w/tan monogram) and packaging | 2/18/2009 | |
| 187 | Website www.Shoes-order.com 8/31/07 | 2/18/2009 | |
| 187.1 | Website www.Shoes-order.com 9/19/07 | 2/18/2009 | |
| 187.2 | Website www.Shoes-order.com 11/22/07 | 2/18/2009 | |
| 189 | Website www.Soapparel.com 2/7/07 | 2/18/2009 | |

| | | | |
|---|---|---|---|
| 189.1 | Website www.Soapparel.com ad on tradekey.com 2/7/07 | 2/18/2009 | |
| 189.2 | Website www.Soapparel.com 4/2/07 | 2/18/2009 | |
| 189.3 | Website www.Soapparel.com 9/19/07 | 2/18/2009 | |
| 191 | R. Holmes buy report dated 5/30/07 w/images of product and packaging purchased from www.soapparel.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 192 | Evidence www.soapparel.com LV cruise bag (red label) and packaging | 2/18/2009 | |
| 193 | Website www.Sunny7shoes.com 10/1/07 | 2/18/2009 | |
| 193.1 | Website www.Sunny7shoes.com 1/27/09 | 2/18/2009 | |
| 195 | R. Holmes buy report dated 11/6/07 w/images of product and packaging purchased from www.sunny7shoes.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 196 | Evidence www.Sunny7shoes.com LV wallet (brown w/tan monogram) and packaging | 2/18/2009 | |
| 197 | Website www.Super925.com 8/7/07 | 2/18/2009 | |
| 205 | Website www.Watchesreplica.net 7/27/07 | 2/18/2009 | |
| 208 | Website www.Watchnreplica.net 7/9/07 | 2/18/2009 | |
| 212 | Website www.Wearonline.net 1/23/06 | 2/18/2009 | |
| 214 | Website www.Wendy929.com 1/09/07 | 2/18/2009 | |
| 216 | Website www.Worldkeytrade.com 11/20/07 | 2/18/2009 | |
| 218 | Website www.Yeahebay.com 11/28/07 | 2/18/2009 | |
| 222 | Website www.2008allshoes.com 7/25/08 | 2/18/2009 | |
| 222.1 | Website www.2008allshoes.com 1/20/09 | 2/18/2009 | |
| 224 | Website www.21cntrade.com 7/25/08 | 2/18/2009 | |
| 226 | Websitewww.21cn-trade.com 7/25/08 | 2/18/2009 | |
| 228 | Website www.Activestreetwear.com 7/25/08 | 2/18/2009 | |
| 228.1 | Website www.Activestreetwear.com 1/19/09 | 2/18/2009 | |
| 228.2 | Website www.Activestreetwear.com 1/26/09 | 2/18/2009 | |
| 230 | Website www.Aifacn.com 7/25/08 | 2/18/2009 | |
| 230.1 | Website www.Aifacn.com 1/19/09 | 2/18/2009 | |
| 232 | Website www.Aileapparelonline.com 7/25/08 | 2/18/2009 | |
| 232.1 | Website www.Aileapparelonline.com 1/19/09 | 2/18/2009 | |
| 232.2 | Website www.Aileapparelonline.com 1/26/09 | 2/18/2009 | |
| 234 | Website www.Alijordan.com 7/25/08 | 2/18/2009 | |
| 234.1 | Website www.Alijordan.com 1/19/09 | 2/18/2009 | |
| 236 | Website www.Asiaagora.com 7/25/08 | 2/18/2009 | |
| 238 | Website www.Bbnike.com 7/25/08 | 2/18/2009 | |
| 240 | Website www.Bestgoods4u.com 7/25/08 | 2/18/2009 | |
| 240.1 | Website www.Bestgoods4u.com 1/19/09 | 2/18/2009 | |
| 242 | Website www.Biz918.com 8/5/08 | 2/18/2009 | |
| 244 | Website www.Bizwto.com 7/25/08 | 2/18/2009 | |

| | | | |
|---|---|---|---|
| 244.1 | Website www.Bizwto.com 1/20/09 | 2/18/2009 | |
| 244.2 | Website www.Bizwto.com 1/26/09 | 2/18/2009 | |
| 246 | Website www.Brandshoesclub.com 7/25/08 | 2/18/2009 | |
| 248 | Website www.Chinabizshop.com 7/25/08 | 2/18/2009 | |
| 248.1 | Website www.Chinabizshop.com 1/20/09 | 2/18/2009 | |
| 250 | Website www.China-sneakers.com 7/25/08 | 2/18/2009 | |
| 250.1 | Website www.China-sneakers.com 1/20/09 | 2/18/2009 | |
| 252 | Website www.Cicitrade.com 7/25/08 | 2/18/2009 | |
| 252.1 | Website www.Cicitrade.com 1/20/09 | 2/18/2009 | |
| 252.2 | Website www.Cicitrade.com 1/30/09 | 2/18/2009 | |
| 254 | Website www.Cn2009.com 7/25/08 | 2/18/2009 | |
| 254.1 | Website www.Cn2009.com 1/20/09 | 2/18/2009 | |
| 254.2 | Website www.Cn2009.com 1/30/09 | 2/18/2009 | |
| 256 | Website www.Cnlv.us 7/25/08 | 2/18/2009 | |
| 256.1 | Website www.Cnlv.us 1/20/09 | 2/18/2009 | |
| 256.2 | Website www.Cnlv.us 1/30/09 | 2/18/2009 | |
| 258 | Website www.Cn-nfl.com 7/25/08 | 2/18/2009 | |
| 260 | Website www.Cntradetop.com 7/25/08 | 2/18/2009 | |
| 262 | Website www.Cocotrade.com 7/25/08 | 2/18/2009 | |
| 262.1 | Website www.Cocotrade.com 1/20/09 | 2/18/2009 | |
| 264 | Website www.Copy-offer.com 7/25/08 | 2/18/2009 | |
| 264.1 | Website www.Copy-offer.com 1/20/09 | 2/18/2009 | |
| 266 | Website www.Copytransfer.com 7/25/08 | 2/18/2009 | |
| 266.1 | Website www.Copytransfer.com 1/26/09 | 2/18/2009 | |
| 268 | Website www.Cxdtrade.com 7/25/08 | 2/18/2009 | |
| 268.1 | Website www.Cxdtrade.com 1/20/09 | 2/18/2009 | |
| 270 | Website www.Dadidatrade.com 7/25/08 | 2/18/2009 | |
| 270.1 | Website www.Dadidatrade.com 1/26/09 | 2/18/2009 | |
| 272 | Website www.Divastyle-exclusives.com 7/25/08 | 2/18/2009 | |
| 274 | Website www.Dowellchina.com 7/25/08 | 2/18/2009 | |
| 276 | Website www.E-bayshoe.com 7/25/08 | 2/18/2009 | |
| 276.1 | Website www.E-bayshoe.com 1/20/09 | 2/18/2009 | |
| 278 | Website www.Ebaytra.com 7/25/08 | 2/18/2009 | |
| 278.1 | Website www.Ebaytra.com 1/20/09 | 2/18/2009 | |
| 280 | Website www.Ec21china.com 7/25/08 | 2/18/2009 | |
| 280.1 | Website www.Ec21china.com 1/20/09 | 2/18/2009 | |
| 280.2 | Website www.Ec21china.com 1/30/09 | 2/18/2009 | |
| 282 | Website www.Ecvvnike.com 7/25/08 | 2/18/2009 | |
| 284 | Website www.Electricvip.com 7/25/08 | 2/18/2009 | |
| 284.1 | Website www.Electricvip.com 1/20/09 | 2/18/2009 | |
| 286 | Website www.Equaldeal.com 5/12/08 | 2/18/2009 | |
| 286.1 | Website www.Equaldeal.com 7/25/08 | 2/18/2009 | |
| 286.2 | Website www.Equaldeal.com 1/28/09 | 2/18/2009 | |
| 288 | Website www.Eshoesbiz.com 7/25/08 | 2/18/2009 | |
| 288.1 | Website www.Eshoesbiz.com 1/27/09 | 2/18/2009 | |

| 290 | Website www.Factory-trade.com 7/25/08 | 2/18/2009 | |
|---|---|---|---|
| 292 | Website www.Fallinmall.com 7/25/08 | 2/18/2009 | |
| 292.1 | Website www.Fallinmall.com 1/26/09 | 2/18/2009 | |
| 294 | Website www.Fashionholland.com 7/25/08 | 2/18/2009 | |
| 294.1 | Website www.Fashionholland.com 1/20/09 | 2/18/2009 | |
| 294.2 | Website www.Fashionholland.com 1/30/09 | 2/18/2009 | |
| 296 | Website www.Fugems.com 7/25/08 | 2/18/2009 | |
| 298 | Website www.Gegtrade.com 7/25/08 | 2/18/2009 | |
| 300 | Website www.Gift-pop.com 7/25/08 | 2/18/2009 | |
| 300.1 | Website www.Gift-pop.com 1/20/09 | 2/18/2009 | |
| 302 | Website www.Goingwto.com 7/25/08 | 2/18/2009 | |
| 304 | Website www.Guangruntrade.com 7/25/08 | 2/18/2009 | |
| 304.1 | Website www.Guangruntrade.com 1/20/09 | 2/18/2009 | |
| 306 | Website www.Iknowkick.com 7/25/08 | 2/18/2009 | |
| 306.1 | Website www.Iknowkick.com 1/20/09 | 2/18/2009 | |
| 308 | Website www.ilovereplica.com 7/25/08 | 2/18/2009 | |
| 310 | Website www.Joinustrade.com 7/25/08 | 2/18/2009 | |
| 310.1 | Website www.Joinustrade.com 1/20/09 | 2/18/2009 | |
| 312 | Website www.Jordanaf1.com 7/25/08 | 2/18/2009 | |
| 312.1 | Website www.Jordanaf1.com 1/20/09 | 2/18/2009 | |
| 312.2 | Website www.Jordanaf1.com 1/30/09 | 2/18/2009 | |
| 314 | Website www.Jordan-plaza.com 7/25/08 | 2/18/2009 | |
| 316 | Website www.Kickaaa.com 7/25/08 | 2/18/2009 | |
| 316.1 | Website www.Kickaaa.com 1/26/09 | 2/18/2009 | |
| 316.2 | Website www.Kickaaa.com 1/30/09 | 2/18/2009 | |
| 318 | Website www.Kneagle.com 7/25/08 | 2/18/2009 | |
| 318.1 | Website www.Kneagle.com 1/20/09 | 2/18/2009 | |
| 320 | Website www.Laceduptrade.com 7/25/08 | 2/18/2009 | |
| 322 | Website www.Lg668.com 7/25/08 | 2/18/2009 | |
| 322.1 | Website www.Lg668.com 1/26/09 | 2/18/2009 | |
| 324 | Website www.Look9good.com 7/25/08 | 2/18/2009 | |
| 324.1 | Website www.Look9good.com 1/28/09 | 2/18/2009 | |
| 326 | Website www.Maike998.com 7/25/08 | 2/18/2009 | |
| 326.1 | Website www.Maike998.com 1/23/09 | 2/18/2009 | |
| 326.2 | Website www.Maike998.com 1/30/09 | 2/18/2009 | |
| 328 | Website www.Mayfutrade.com 7/25/08 | 2/18/2009 | |
| 330 | Website www.Nft.cc 7/25/08 | 2/18/2009 | |
| 332 | Website www.Nikejordan.us 7/25/08 | 2/18/2009 | |
| 332.1 | Website www.Nikejordan.us 1/26/09 | 2/18/2009 | |
| 332.2 | Website www.Nikejordan.us 1/30/09 | 2/18/2009 | |
| 334 | Website www.Nikejordanun.com 7/25/08 | 2/18/2009 | |
| 336 | Website www.Nike-king.com 7/25/08 | 2/18/2009 | |
| 338 | Website www.Nikeme.com 7/25/08 | 2/18/2009 | |
| 338.1 | Website www.Nikeme.com 1/23/09 | 2/18/2009 | |
| 340 | Website www.Nikeseller.com 7/25/08 | 2/18/2009 | |
| 340.1 | Website www.Nikeseller.com 1/26/09 | 2/18/2009 | |

| | | | |
|---|---|---|---|
| 342 | Website www.Nikeshoes888.com 7/25/08 | 2/18/2009 | |
| 342.1 | Website www.Nikeshoes888.com 1/27/09 | 2/18/2009 | |
| 344 | Website www.Nikeshoeshua.com 7/25/08 | 2/18/2009 | |
| 344.1 | Website www.Nikeshoeshua.com 1/23/09 | 2/18/2009 | |
| 346 | Website www.Nikeshoesshopping.com 7/25/08 | 2/18/2009 | |
| 346.1 | Website www.Nikeshoesshopping.com 1/23/09 | 2/18/2009 | |
| 348 | Website www.Nikeskyb2b.com 7/25/08 | 2/18/2009 | |
| 350 | Website www.Niketrading.com 7/25/08 | 2/18/2009 | |
| 350.1 | Website www.Niketrading.com 1/23/09 | 2/18/2009 | |
| 350.2 | Website www.Niketrading.com 1/30/09 | 2/18/2009 | |
| 352 | Website www.nikexp.com 9/20/07 | 2/18/2009 | |
| 352.1 | Website www.nikexp.com 5/6/08 | 2/18/2009 | |
| 354 | Website www.Nikezone23.com 8/5/08 | 2/18/2009 | |
| 354.1 | Website www.Nikezone23.com 1/27/09 | 2/18/2009 | |
| 356 | Website www.Popularkicks8.com 5/13/08 | 2/18/2009 | |
| 356.1 | Website www.Popularkicks8.com 7/25/08 | 2/18/2009 | |
| 356.2 | Website www.Popularkicks8.com 1/27/09 | 2/18/2009 | |
| 356.3 | Website www.Popularkicks8.com 1/29/09 | 2/18/2009 | |
| 358 | Website www.Realfashion.us 7/25/08 | 2/18/2009 | |
| 358.1 | Website www.Realfashion.us 1/23/09 | 2/18/2009 | |
| 358.2 | Website www.Realfashion.us 1/30/09 | 2/18/2009 | |
| 360 | Website www.Replicabc.com 5/13/08 | 2/18/2009 | |
| 360.1 | Website www.Replicabc.com 2/11/09 | 2/18/2009 | |
| 360.2 | Website www.Replicabc.com 1/27/09 | 2/18/2009 | |
| 362 | Website www.Ruimachina.com 7/25/08 | 2/18/2009 | |
| 362.1 | Website www.Ruimachina.com 1/26/09 | 2/18/2009 | |
| 362.2 | Website www.Ruimachina.com 1/30/09 | 2/18/2009 | |
| 364 | Website www.Sellcnshoes.com 7/25/08 | 2/18/2009 | |
| 364.1 | Website www.Sellcnshoes.com 1/26/09 | 2/18/2009 | |
| 366 | Website www.Shoestrade.biz 7/25/08 | 2/18/2009 | |
| 366.1 | Website www.Shoestrade.biz 2/10/09 | 2/18/2009 | |
| 367.1 | Website www.Shoestrade.biz 1/23/09 | 2/18/2009 | |
| 367.3 | Website www.Shoestrade.biz 1/30/09 | 2/18/2009 | |
| 368 | Website www.Shoestrade168.com 7/25/08 | 2/18/2009 | |
| 368.1 | Website www.Shoestrade168.com 1/26/09 (redirect to nike-shoes.com.cn) | 2/18/2009 | |
| 370 | Website www.Shop-zappos.com 8/5/08 | 2/18/2009 | |
| 372 | Website www.Shopping-key.com 7/25/08 | 2/18/2009 | |
| 372.1 | Website www.Shopping-key.com 1/23/09 | 2/18/2009 | |
| 374 | Website www.Shp365.com 7/25/08 | 2/18/2009 | |
| 376 | Website www.Sndress-trade.com 7/25/08 | 2/18/2009 | |
| 376.1 | Website www.Sndress-trade.com 1/23/09 | 2/18/2009 | |
| 378 | Website www.Sneaker123.com 8/5/08 | 2/18/2009 | |
| 378.1 | Website www.Sneaker123.com 1/23/09 | 2/18/2009 | |
| 378.2 | Website www.Sneaker123.com 1/30/09 | 2/18/2009 | |
| 380 | Website www.Sportsshoesshow.com 7/25/08 | 2/18/2009 | |

| | | | |
|---|---|---|---|
| 380.1 | Website www.sportsshoesshow.com 1/23/09 | 2/18/2009 | |
| 382 | Website www.Sport-sky.com 7/25/08 | 2/18/2009 | |
| 382.1 | Website www.sport-sky.com 1/23/09 | 2/18/2009 | |
| 384 | Website www.Super99nike.com 7/25/08 | 2/18/2009 | |
| 384.1 | Website www.super99nike.com 1/23/09 | 2/18/2009 | |
| 384.2 | Website www.super99nike.com 1/30/09 | 2/18/2009 | |
| 386 | Website www.Thefirstshoes.com 7/25/08 | 2/18/2009 | |
| 388 | Website www.Tmslw.com 8/5/08 | 2/18/2009 | |
| 390 | Website www.Tomorrow-trade.com 7/25/08 | 2/18/2009 | |
| 392 | Website www.Tophopworld.com 8/5/08 | 2/18/2009 | |
| 392.1 | Website www.tophopworld.com 1/23/09 | 2/18/2009 | |
| 392.2 | Website www.tophopworld.com 1/30/09 | 2/18/2009 | |
| 394 | Website www.Trade31.com 7/25/08 | 2/18/2009 | |
| 394.1 | Website www.trade31.com 1/23/09 | 2/18/2009 | |
| 394.2 | Website www.trade31.com 1/30/09 | 2/18/2009 | |
| 396 | Website www.Trade58.com 7/25/08 | 2/18/2009 | |
| 398 | Website www.Trade789.com 7/25/08 | 2/18/2009 | |
| 398.1 | Website www.trade789.com 1/23/09 | 2/18/2009 | |
| 398.2 | Website www.trade789.com 1/30/09 | 2/18/2009 | |
| 400 | Website www.Tradekey1.com 7/25/08 | 2/18/2009 | |
| 400.1 | Website www.tradekey1.com 1/26/09 | 2/18/2009 | |
| 402 | Website www.Tradekeylead.com 5/13/08 | 2/18/2009 | |
| 404 | Website www.Top-handbag.com 5/13/08 | 2/18/2009 | |
| 406.6 | Website www.tradekeystar.com 12/20/07 | 2/18/2009 | |
| 406.7 | Website www.tradekeystar.com 6/5/08 | 2/18/2009 | |
| 407 | Website www.Tradewto.com 7/25/08 | 2/18/2009 | |
| 407.1 | Website www.tradewto.com 1/27/09 | 2/18/2009 | |
| 409 | Website www.Trapkicks.com 7/25/08 | 2/18/2009 | |
| 409.1 | Website www.trapkicks.com 1/26/09 | 2/18/2009 | |
| 409.2 | Website www.trapkicks.com 1/27/09 | 2/18/2009 | |
| 409.3 | Website www.trapkicks.com 1/30/09 | 2/18/2009 | |
| 409.4 | Website www.trapkicks.com 2/10/09 | 2/18/2009 | |
| 413 | Website www.Viciper.com 7/25/08 | 2/18/2009 | |
| 413.1 | Website www.viciper.com 1/22/09 | 2/18/2009 | |
| 415 | Website www.Vow-Nike.com 7/25/08 | 2/18/2009 | |
| 415.1 | Website www.vow-nike.com 1/29/09 | 2/18/2009 | |
| 417 | Website www.Well-Telecom.com 8/5/08 | 2/18/2009 | |
| 417.1 | Website www.Well-Telecom.com 1/26/09 | 2/18/2009 | |
| 419 | Website www.Wholesale-bn.com 7/25/08 | 2/18/2009 | |
| 419.1 | Website www.wholesale-bn.com 1/22/09 | 2/18/2009 | |
| 421 | Website www.Wholesalerelectron.com 7/25/08 | 2/18/2009 | |
| 421.1 | Website www.wholesalerelectron.com 1/22/09 | 2/18/2009 | |
| 423 | Website www.Xinda-trade.com 7/25/08 | 2/18/2009 | |
| 423.1 | Website www.xinda-trade.com 1/22/09 | 2/18/2009 | |
| 425 | Website www.Xinteshoes.com 7/25/08 | 2/18/2009 | |
| 425.1 | Website www.xinteshoes.com 1/23/09 | 2/18/2009 | |

| | | | |
|---|---|---|---|
| 425.2 | Website www.xinteshoes.com 1/30/09 | 2/18/2009 | |
| 427 | Website www.Xqmade.com 7/25/08 | 2/18/2009 | |
| 427.1 | Website www.xqmade.com 1/23/09 | 2/18/2009 | |
| 429 | Website www.Yabertrade.com 7/25/08 | 2/18/2009 | |
| 431 | Website www.Yournikeshop.com 7/25/08 | 2/18/2009 | |
| 431.1 | Website www.Yournikeshop.com 1/27/09 | 2/18/2009 | |
| 431.2 | Website www.Yournikeshop.com 1/28/09 | 2/18/2009 | |
| 431.3 | Website www.Yournikeshop.com 1/30/09 | 2/18/2009 | |
| 433 | Website www.Brandstreets.com.cn 6/18/08 | 2/18/2009 | |
| 490 | Website www.Bapesky.com 2/10/09 | 2/18/2009 | |
| 490.1 | Website www.Bapesky.com 1/27/09 | 2/18/2009 | |
| 490.2 | Website www.Bapesky.com 1/28/09 | 2/18/2009 | |
| 490.3 | Website www.Bapesky.com 9/19/08 | 2/18/2009 | |
| 492 | Website www.Sportsvendor.biz 2/10/09 | 2/18/2009 | |
| 492.1 | Website www.Sportsvendor.biz 1/8/09 | 2/18/2009 | |
| 492.2 | Website www.Sportsvendor.biz 6/14/08 | 2/18/2009 | |
| 496 | Website www.Bagforyourself.com 2/11/09 | 2/18/2009 | |
| 496.1 | Website www.Bagforyourself.com 9/19/08 | 2/18/2009 | |
| 496.2 | Website www.Bagforyourself.com 8/26/08 | 2/18/2009 | |
| 498 | Website www.Bapedirect.com 2/11/09 | 2/18/2009 | |
| 498.1 | Website www.Bapedirect.com 9/19/08 | 2/18/2009 | |
| 498.2 | Website www.Bapedirect.com 8/27/08 | 2/18/2009 | |
| 502 | Website www.wholesaleprice.us 1/27/09 | 2/18/2009 | |
| 502.1 | Website www.wholesaleprice.us 5/30/08 | 2/18/2009 | |
| 502.2 | Website www.wholesaleprice.us 5/30/08 | 2/18/2009 | |
| 504 | Website www.supplyingshoes.com 1/27/09 | 2/18/2009 | |
| 504.1 | Website www.supplyingshoes.com 1/28/09 | 2/18/2009 | |
| 504.2 | Website www.supplyingshoes.com 12/19/07 | 2/18/2009 | |
| 504.3 | Website www.supplyingshoes.com 6/5/08 | 2/18/2009 | |
| 506 | Website www.itemscatalog.com 1/28/09 | 2/18/2009 | |
| 506.1 | Website www.itemscatalog.com 1/30/09 | 2/18/2009 | |
| 508 | Website www.itemscatalog.com 5/14/08 | 2/18/2009 | |
| 510 | Website www.globwholesale.com 1/28/09 | 2/18/2009 | |
| 512 | Website www.eshoes99.net 1/27/09 | 2/18/2009 | |
| 512.1 | Website www.eshoes99.net 1/28/09 | 2/18/2009 | |
| 512.2 | Website www.eshoes99.net 6/26/08 | 2/18/2009 | |
| 512.3 | Website www.eshoes99.net 7/25/08 | 2/18/2009 | |
| 514 | Website www.ec21copy.com 1/20/09 | 2/18/2009 | |
| 516 | Website www.ecvvcn.com 1/20/09 | 2/18/2009 | |
| 518 | Website www.nike-shoes.com.cn 1/26/09 | 2/18/2009 | |
| 518.1 | Website www.nike-shoes.com.cn 1/27/09 | 2/18/2009 | |
| 520 | Website www.tradeelectron.com 1/27/09 | 2/18/2009 | |
| 525 | Website www.66773388.com 1/30/09 | 2/18/2009 | |
| | | | |
| | | | |
| | | | |