| | |
|---|---|
| 1 | **GAUNTLETT & ASSOCIATES**<br>David A. Gauntlett (SBN 96399) |
| 2 | James A. Lowe (SBN 214383)<br>Brian S. Edwards (SBN 166258) |
| 3 | Christopher Lai (SBN 249425)<br>18400 Von Karman, Suite 300 |
| 4 | Irvine, California  92612<br>Telephone:     (949) 553-1010 |
| 5 | Facsimile:      (949) 553-2050<br>jal@gauntlettlaw.com |
| 6 | bse@gauntlettlaw.com<br>cl@gauntlettlaw.com |
| 7 | |
| 8 | Attorneys for Defendants<br>Akanoc Solutions, Inc., |
|   | Managed Solutions Group, Inc. |
| 9 | and Steve Chen |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| LOUIS VUITTON MALLETIER, S.A., | ) | Case No.:  C 07-3952 JW (HRL) |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF RICHARD GRALNIK IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE #12** |
| vs. | ) | |
| AKANOC SOLUTIONS, INC., et al., | ) | |
| Defendants. | ) | |

165167.1-10562-002-6/5/2009

Dockets.Justia.com

I, RICHARD GRALNIK, declare as follows:

1. I am an adult resident of Los Angeles County, California. I make this declaration in support of Defendants' Motion in Limine #12 to Bar Vuitton from Introducing 952,572 Computer Files as a Single Exhibit. I have personal knowledge of the facts set forth below and if called upon as a witness in this action, I could and would competently testify thereto.

2. I have worked in the computer industry for over 25 years in a variety of technical positions including computer programming, networking and network management and information security. I have been a computer forensic investigator since June, 1994, associated with OnlineSecurity, Inc., of Los Angeles, California. I have received over 150 hours of training in computer forensics, electronic discovery, incident response, and network security. I have been designated and qualified as an expert witness in computer forensics in state and federal court and have testified as an expert at depositions, evidentiary hearings, an arbitration and jury trials.

3. I have conducted forensic examinations on hundreds of computers and removable devices in support of corporate, civil and government investigations. I have performed evidence preservation, data extraction and replication, electronic discovery, and keyword searches and forensic analysis, providing definitive results by using licensed professional forensic software including Encase from Guidance Software.

4. OnlineSecurity was founded in 1997. It is a company that, among other things, provides professional services in the areas of computer forensics, incident response, and electronic discovery. Online Security is recognized as a leader in investigative preservation, analysis and reporting and is regularly appointed by court order to perform forensic preservation as well as analysis and storage of computer data.

5. On May 25, 2009, I received a Western Digital 160GB external hard drive sent by Vuitton's counsel.

6. Using Guidance Software's Encase forensic examination software, I examined the files stored on the Western Digital external hard drive.

1    7.   During my examination of this hard drive, I determined that the hard drive contained
2    952,572 computer files on it totaling approximately 100 gigabytes of data.
3    8.   Hierarchies of folders are commonly used to organize files on a hard drive. In this
4    matter, nearly 1 million files are stored on the hard drive provided. The files are divided among
5    folders that group the files into a logical structure that an application can navigate to find the specific
6    file needed. The information that names the sequence of folders to follow in order to find a
7    particular file is called a data path. A data path is written in the following format, where each
8    subsequent folder is indicated by a backslash ("\") character:

10   79590-E01A\208.77.45.22\30808476_WMAEK2744830\D\hosting\wwwroot

12   9.   This example is taken from item 593.16 in Vuitton's list of exhibits. It indicates a
13   series of folders, each containing the next folder in the data path. These would be opened
14   sequentially until the last item in the data path is reached. The components of this data path are:

- "79590-E01A" - the name of the highest, and so the most general folder in the data path.
- "208.77.45.22" - A folder inside the "79590-E01A" folder. In this matter, the name "208.77.45.22" corresponds to the network address of the computer that is the source of all of the data in the subordinate folders.
- "30808476_WMAEK2744830" - the name of a folder inside the "208.77.45.22" folder. This name identifies a specific hard drive on server "208.77.45.22".
- "D" - This folder name identifies a partition on the hard drive. Partitions are commonly referred to by a letter (For example, in the Windows environment, the hard drive is often called the "C drive" because of the letter commonly used to identify a partition that often occupies the entire hard drive.)
- "hosting" - a folder under the "D" partition. Given that Akanoc is an unmanaged hosting facility, this is a logical name for a folder that will contain website data.
- "wwwroot" - a folder inside the "hosting" folder. This name indicates that this folder is

| | |
|---|---|
| 1 | the starting point, or "root" of a website, designated by the well known website name |
| 2 | prefix "www". |
| 3 | 9. I have examined the thirty data paths provided by Vuitton as Exhibits 593.1 through |
| 4 | 593.30. These data paths do not specify individual files. They only name folders on the hard drive |
| 5 | which, in turn, contain numerous other folders and files. For example, the "wwwroot" folder at the |
| 6 | end of the data path named as Exhibit 593.16 contains 93,399 folders and files. |

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 5, 2009 at Los Angeles, California.

_____
Richard L. Gralnik