# UNITED STATES DISTRICT COURT
**Judge Jeremy Fogel, Presiding**
Courtroom No. 3 - 5th Floor

# Civil Minute Order

Court Proceedings: **Case Management Conference, Mon, Nov 24, 2003 @ 10:30 AM**

Case Number: **CV-03-3220-JF/HRL**

Courtroom Deputy Clerk Diana Munz (408) 535-5166
Courtroom Reporter Not reported (408) 999-0623

Page 1

**TITLE:** **RUDY GARCIA, ET AL. V. PEPSI BOTTLING GROUP**

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Rudy Garcia | Pepsi Bottling Group |
| Boyd Ward | |
| Carlos Torres | |
| Robert Coe | |
| Lonnie Menchada | |
| Alfred Lozano, Jr. | |
| Dinarte Alberto | |
| Daniel Buccat | |

**Attorneys Present:** No appearance       **Attorneys Present:** Otis McGee, Jr.

**PROCEEDINGS:**

Case Management conference held. Defendant is present. There is no appearance on behalf of plaintiff.

Parties stipulate to Early Neutral evaluation. Continued to 2/23/04 at 10:30 a.m. for Further Case Management

**Note:** The United States District Court is now on the Worldwide Web. Current court calendars, procedural questions and directions to the court can be found on our web site: **www.cand.uscourts.gov**