WELKER & ROSARIO
DAVID WELKER (SBN 252658)
2689 Sycamore Lane, Suite A6
Davis, CA 95616
Telephone: 949-378-2900
david.welker@werolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. CV-08-03251-WHA |
| *Plaintiff*, | MOTION BY DAVID WELKER REQUESTING PERMISSION TO WITHDRAWAL FROM THE CASE |
| v. | |
| PSYSTAR CORPORATION, | |
| *Defendant*. | |
| AND RELATED COUNTERCLAIMS | |

      Pursuant to Local Rule 11-5, I, David Welker, hereby request to withdrawal from this case. My request is neither opposed by the lead counsel for Psystar, nor by counsel for Apple and they have received adequate notice. On September 23, attorney Eugene Action SBN #233023 was added as a counsel of record and he is capable of serving as local counsel in this case. Furthermore, my withdrawal as local counsel will not prejudice this case in anyway, as I have primarily acted in a ministerial capacity and without compensation and have not been heavily involved in either case planning or strategy.

      Respectfully Submitted,

                                                  _____
                                                  David Welker

MOTION BY DAVID WELKER REQUESTING PERMISSION TO WITHDRAW FROM THE CASE
CV-08-03251-WHA