WELKER & ROSARIO
DAVID WELKER (SBN 252658)
2230 Skillern Ave
Boise, ID 83709
Telephone: 949-378-2900
david.welker@werolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  *Plaintiff*,<br><br>v.<br><br>PSYSTAR CORPORATION,<br><br>  *Defendant*.  | CASE NO. CV-08-03251-WHA<br><br>[PROPOSED] ORDER GRANTING MOTION OF DAVID WELKER REQUESTING PERMISSION TO WITHDRAW FROM THE CASE. |
| AND RELATED COUNTERCLAIMS | |

For the reasons given, David Welker's motion to withdraw from the case is GRANTED.

It is SO ORDERED.

Dated: _____

_____
Hon. William H. Alsup
United States District Judge

[PROPOSED] ORDER GRANTING MOTION OF DAVID WELKER TO WITHDRAW FROM THE CASE
CV-08-03251-WHA