**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:　(949) 553-1010
Facsimile:　(949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com
cl@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.:  C 07-3952 JW (HRL) <br><br> **SUPPLEMENTAL DECLARATION OF JAMES A. LOWE IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE #11 TO BAR VUITTON FROM PRESENTING NON-RELEVANT EVIDENCE AT TRIAL** |

165407.1-10562-002-6/29/2009　　　　**SUPPLEMENTAL DECLARATION OF JAMES A. LOWE IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE #11 – C 07-3952 JW (HRL)**

Dockets.Justia.com

I, JAMES A. LOWE, declare:

1. I am an attorney duly licensed to practice law before this Court and am a partner in the law firm of Gauntlett & Associates, counsel of record for defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants").

2. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if called upon as a witness.

3. This supplemental Declaration is submitted in support of Defendants' Motion in Limine #11 to Bar Vuitton from Presenting Non-Relevant Evidence at Trial.

4. Attached as **Exhibit "1587"** are true copies of page excerpts from the deposition testimony of Robert L. Holmes in this case.

5. Attached as **Exhibit "1588"** are true copies of page excerpts from the deposition transcript of Nikolay Livadkin in this case.

6. Attached as **Exhibit "1589"** are true copies of several website printouts produced by Vuitton in discovery where the page numbers are written in French (e.g. "1 sur 2").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California on June 29, 2009.

s/ James A. Lowe
James A. Lowe