1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
   MEGAN M. CHUNG (State Bar No. 232044)
3  J. JEB B. OBLAK (State Bar No. 241384)
   Two Embarcadero Center Eighth Floor
4  San Francisco, CA  94111
   Telephone:  (415) 576-0200
5  Facsimile:  (415) 576-0300
   Email: jggilliland@townsend.com
6          mboroumand@townsend.com
           mmchung@townsend.com
7          jboblak@townsend.com

8  Attorneys for Plaintiff and Counterdefendant
   APPLE INC.
9

10                     UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14 | APPLE INC.,                                        | Case No. 08-3251 WHA
15 |           Plaintiff,                               | **NOTICE OF ASSOCIATION OF COUNSEL**
16 |     v.
17 | PSYSTAR CORPORATION, a Florida
   | corporation, and DOES 1-10, inclusive,
18
   |           Defendants.
19 | AND RELATED COUNTERCLAIMS.

townsend.   NOTICE OF ASSOCIATION OF COUNSEL, CASE NO. 08-3251 WHA

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT Apple Inc., Plaintiff and Counterdefendant in the above

3  captioned matter, hereby associates George Riley, O'Melveny & Myers LLP, Two Embarcadero

4  Center, 28th Floor, San Francisco, California 94111, Telephone No. (415) 984-8741, Facsimile No.

5  (415) 984-8701, as co-counsel of record in this action.

7  DATED:  October 6, 2009        Respectfully submitted,

8                  TOWNSEND AND TOWNSEND AND CREW LLP

10                 By: */s/ James G. Gilliland, Jr.*
                    JAMES G. GILLILAND, JR.

12                 Attorneys for Plaintiff and Counterdefendant
                APPLE INC.

## CERTIFICATE OF SERVICE

I, **Esther Casillas,** declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following documents exactly entitled: **NOTICE OF ASSOCIATION OF COUNSEL** on the interested parties in this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

| | |
|---|---|
| K.A.D. Camara<br>Camara & Sibley LLP<br>2339 University Boulevard<br>Houston, TX  77005<br>Phone: 713-893-7973<br>Fax: 713-583-1131<br>email: camara@camarasibley.com | Eugene Action<br>1780 E. Barstow Avenue, #5<br>Fresno, CA  93710<br>Email : eugeneaction@hotmail.com |

☒     [By First Class Mail]  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐     [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐     [By Hand]  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐     [By Facsimile Transmission]  I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒     [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 6, 2009, at San Francisco, California.

*/s/ Esther Casillas*
ESTHER CASILLAS

62248660 v1

CASE NO. 08-3251 WHA