1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  WILLIAM W. BURNS, ESQ. (SBN 44187 )
   15720 WINCHESTER BLVD., SUITE 2A
6  LOS GATOS, CA  95030
   408/395-2226
7  408/395-6480 fax

8  Attorneys for Plaintiff RICHARD TAYLOR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES AIR FORCE, and<br>DOES 1 TO 500, inclusive,<br><br>    Defendants. | CASE NO.   C 03-00604-HRL<br><br>THE PARTIES' STIPULATION FOR A CONTINUANCE OF THE HEARING OF THE GOVERNMENT'S MOTION TO DISMISS (OR SUMMARY JUDGMENT) AND MODIFICATION OF THE BRIEFING SCHEDULE & PROPOSED ORDER RE SAME. |

Plaintiff Richard Taylor, through his counsel Jerry Y. Fong, and Defendant United States of America, through its counsel Claire T. Cormier, hereby jointly stipulate to request that the hearing for the Government's motion to dismiss Plaintiff's complaint (for lack of subject matter jurisdiction), or, in the alternative, motion for summary judgment, be continued from October 14, 2003, at 9:00 a.m. before the Honorable Howard R. Lloyd, Magistrate-Judge of the United States District Court,  to October 28, 2003 at 9:00 a.m.

Furthermore, the parties stipulate to jointly request that the briefing schedule for Plaintiff's opposition and the Defendant's reply brief be modified so that Plaintiff's opposition will be due on or before October 6, 2003, and the Defendant's reply brief will be due on October 14, 2003.

This request is made to accommodate Plaintiff's counsel, who had mis-calendared the due date of Plaintiff's opposition, and to provide sufficient and extra time for Plaintiff's counsel to prepare the opposition, due to the complexity of the issues raised in the motion to dismiss for the lack of subject matter jurisdiction.

It is so stipulated.

DATED: Respectfully submitted,

by JERRY Y. FONG, Attorneys for
Plaintiff RICHARD TAYLOR

DATED: Respectfully submitted,

by CLAIRE T. CORMIER, AUSA, Attorney for
Defendant UNITED STATES OF AMERICA

## ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the hearing for the Defendant's motion to dismiss shall be continued to October 28, 2003 at 9:00 a.m. The October 14, 2003 hearing is vacated. Furthermore, the Plaintiff shall file his opposition on or before October 6, 2003 and the Defendant shall file its reply brief on or before October 14, 2003. It is so ordered.

DATED:

MAGISTRATE-JUDGE OF THE UNITED
STATES DISTRICT COURT