UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation,

Plaintiff(s),

v.

PSYSTAR CORPORATION,
a Florida corporation, and DOES 1-10,
inclusive

Defendant(s).

CASE NO. CV 08-03251 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Kent Radford , an active member in good standing of the bar of U.S. District Court Court for the N.D. of Texas (particular court to which applicant is admitted) whose business address and telephone number is 2339 University Blvd. Houston, Texas 77005 (713) 893-7973 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PSYSTAR CORPORATION

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 6, 2009



IT IS SO ORDERED
Judge William Alsup
United States District Judge