**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Tuesday, Oct. 6, 2009 @ 9:00 a.m.

TIME: 5 Hours 30 Minutes

| **TITLE OF CASE:** | **DOCKET NO.:** |
|---|---|
| APPLE INC. V. PSYSTAR CORP. | C08-3251 WHA (BZ)　☒ REFERRAL |
| **ATTORNEY(S) FOR PLAINTIFF(S):** | **ATTORNEY(S) FOR DEFENDANT(S):** |
| James G. Gilliland, Jr.; Mehrnaz Boroumand Smith | K.A.D. Camara; Kent Radford |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: _____

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
    - ☐ CONTESTED
    - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:　☐ PLAINTIFF　☐ DEFENDANT　☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Case did not settle.