Mr. David Gensler
Chief Operating Officer
Gensler
2500 Broadway, Suite 300
Santa Monica, CA  90404

**Subject: Proposal to provide implementation consulting services to support the implementation of
Lawson Financial and Professional Service Automation Suites at M. Arthur Gensler**

Dear Mr. Gensler:

Thank you for the opportunity to continue our discussions regarding our assistance through the completion of
your Lawson Software implementation.  We feel that Project New World has made great strides during the
Scoping and Planning phase of the project, and are excited about the opportunity to continue assisting you
with this project.  This letter summarizes our proposal, which follows.

We understand the process changes that will likely need to occur within Gensler's organization to fully
maximize the benefits of an implementation and we understand your desire to reduce the current Time to
Cash process.  We believe that our experienced team, combined with the best tools in the industry today, can
deliver a superior solution to you in a manner that will meet your objectives for timeliness, flexibility,
quality, and cost.

We believe that you will find our firm exceptionally qualified and ready to assist you in this important effort.
Some of the critical components that this proposal addresses endeavor to enhance opportunities for project
success and assist your team in managing project risk.  These include:

- Leveraging our experience with Gensler gained through the initial Project New World Consortium and
  through completing the Scoping and Planning phase of the Project New World Lawson implementation

- Leveraging our knowledge of the Lawson Software package purchased by Gensler

- Utilizing our existing knowledge of the Gensler organization and personnel, as well as our in-depth
  knowledge of Gensler's business functions, core accounting and business processes

- Leveraging our *Express*™ implementation methodology toolset developed specifically to quickly and
  efficiently implement the package software selected by Gensler

- Utilizing our *SolutionPrints*™ toolset to quickly and efficiently implement a common set of business
  processes and best practices across the Gensler portfolio

- Utilizing our *SolutionPrints*™ toolset to document Gensler's Project Management business processes
  and procedures, which can also be utilized for the development of training materials, and to help Gensler
  manage the ongoing change of their business processes and the business applications, and

- Focusing on the transfer of knowledge and other tools from Deloitte to Gensler, allowing Gensler to
  achieve widespread acceptance and ownership of its new systems both during and upon completion of
  the implementation.

**Deloitte
& Touche**

Dockets.Justia.com

**Gensler**

**Project New World Objectives**

The objective of Project New World – Phase I is to assist Gensler in implementing the Lawson financial suites defined in the attached proposal, a Time and Expense entry application, and a Project Management application.  The latter two have yet to be selected.  The scope of the implementation project includes assisting Gensler and the software vendor(s) in project management, business process definition, software configuration, and technical guidance.  The subsequent phases of the project, including the HR implementation, workflow, analytics, enterprise budgeting, and SEA are not included in the following proposal.

**Timing and Professional Fees**

Based on our experience with similar projects, and our understanding of Gensler's requirements, we estimate that this project will take seven months, with fees between $900,000 and $975,000, not excluding expenses. In addition to these fees, Gensler will incur costs for software, training services from Lawson, new hardware costs, and may incur consulting fees for additional third party package consulting.  These items are excluded from the scope of services covered by this proposal.

Further explanation of our professional fees can be found in Section 9.0 of the attached proposal.

Gensler and Deloitte have a long and strong relationship based upon a foundation of two-way trust and our delivery of value-added services and guidance.  For the past 10 months, Deloitte has assisted Gensler with both its software selection project and the Scoping and Planning phase of the Lawson implementation and we understand many of the issues facing you in this significant engagement.  Because of these significant relationships, we believe we are uniquely qualified to assist you with this important business initiative.

Deloitte & Touche is pleased to have this opportunity to assist you in these important projects.  If the proposed services are in accordance with your request, please indicate your acceptance by signing the last page of the proposal and returning the acknowledgment copy to us.

Yours truly,

Deloitte & Touche LLP

# Gensler

# Lawson Implementation for Gensler

## A proposal to provide implementation consulting services to support the implementation of Lawson financials and Professional Service Automation at M. Arthur Gensler

# Gensler

## Table of Contents

**1.0 Executive Summary** ..................................................................................................... 1
   *Lawson Software Implementation Experience* .................................................... 1
   *Implementation Experience* .................................................................................. 1
   *Readiness to Serve* ................................................................................................ 1

**2.0 Our Understanding of Gensler's Requirement** ................................................... 3
   *Key Requirements* ................................................................................................. 3
   *Project Drivers* ...................................................................................................... 3

**3.0 Scope of Applications** ................................................................................................ 4
   3.1 Express Methodology for Lawson .................................................................. 4
   3.2 Software Applications ..................................................................................... 5
   *Lawson Financial Suite* ....................................................................................... 6
   *Lawson Human Resources Suite* .......................................................................... 6

**4.0 Why Our Team?** .......................................................................................................... 7
   4.1 Commitment, Skills and Experience .............................................................. 7
   4.2 An Integrated Methodology ............................................................................ 7
   4.3 Enabling Tools ................................................................................................ 7
   *CASEwise Process Modeling* ............................................................................... 7
   *Project Management Database* ............................................................................. 7
   *Knowledge Network* .............................................................................................. 8

**5.0 Implementation Approach and Work plan** ........................................................... 9
   5.1 EXPRESS Implementation Methodology – Phases and Threads................... 9
   5.2 Phase I: Scoping and Planning ..................................................................... 11
   *Key Activities Completed*.................................................................................... 11
   *Key Deliverables Completed*.............................................................................. 11
   5.3 Phase II: Visioning and Targeting................................................................ 12
   *Key Activities* ..................................................................................................... 12
   *Key Deliverables* ................................................................................................ 12
   5.4 Phase III: Design .......................................................................................... 12
   *Key Activities* ..................................................................................................... 12
   *Key Deliverables* ................................................................................................ 13
   5.5 Phase IV: Construction ................................................................................. 14
   *Key Activities* ..................................................................................................... 14
   *Key Deliverables* ................................................................................................ 14
   5.6 Phase V: Implementation ............................................................................. 15
   *Key Activities* ..................................................................................................... 15
   *Key Deliverables* ................................................................................................ 15

**6.0 Assumptions** ............................................................................................................... 16
   6.1 Overall Assumptions .................................................................................... 16

# GENSLER

6.2 Staffing Assumptions ........................................................................................ 17
6.3 Training Assumptions ....................................................................................... 17
6.4 Technical Assumptions ..................................................................................... 17
   *Conversions*........................................................................................................ 18
   *Interfaces* .......................................................................................................... 18

**7.0 Project Organization** ......................................................................................... 19

7.1 Our Proposed Project Team ............................................................................. 19
7.2 Roles and Responsibilities ............................................................................... 20
   *Steering Committee (Gensler)* ......................................................................... 20
   *Executive Sponsor (Gensler) – David Gensler* ................................................ 20
   *Project Manager (Gensler) – Dan MacIsaac* ................................................. 20
   *Team Leaders (Gensler) – Dan MacIsaac & Jim Hudson* ............................... 21
   *Module Leaders (Gensler)* ............................................................................... 21
   *IS Work Team (Gensler) – Bruce Bartolf*......................................................... 21
   *Lead Project Partner (Deloitte) – Larry Carlos* ............................................. 22
   *Co- Project Manager (Deloitte) – Xavier Menendez & Donna Boswell* .......... 22
   *Application Facilitators (Deloitte) – Kelly Haley & Rabecca Mikels* ............... 23
   *Client Service Manager (Lawson) – Luanne Diehl* ........................................ 23
   *Application Consultant (Lawson) – Betty Daum & Len Pastick*........................ 23
   *Lawson Technical Consultant (Lawson) - Various* .......................................... 23

**8.0 Project Timeline** ................................................................................................. 24

**9.0 Professional Fees** .............................................................................................. 25

**10.0 Authorization** ................................................................................................... 26

**11.0 General Business Terms**.................................................................................. 27

**Gensler**                                                    *Project New World*

# 1.0 Executive Summary

Deloitte & Touche LLP ("Deloitte") is pleased to continue to assist Gensler by preparing this proposal to provide an estimate for professional services based on the scope of implementation services defined in the Scoping and Planning engagement completed recently. Our recent success and our experience with the Gensler Project Team, the New World Consortium and Lawson Software place us in a position to refine the implementation services estimate required to complete phase 1 of the project.

Deloitte would be pleased to work with you to develop unique solutions to ease implementation, speed up the process, and better allocate resources to your most critical and high-risk areas. In short, we are motivated to be part of the best solution for Gensler.

### Lawson Software Implementation Experience

Deloitte has formed a strategic alliance and business relationship with Lawson Software. We are proud to be recognized by Lawson Software as its current Implementer of the Year. We have access to Lawson Global Service Center (GSC), comprised of application and technical support consultants dedicated to providing the highest quality of problem resolution and customer support satisfaction. Our relationship can facilitate timely reaction and resolution of issues to reduce implementation surprises and risk.

### Implementation Experience

The magnitude of this initiative requires a diverse array of skills, shared application of tools and methods, and a commitment to results to truly make this initiative a success. The complexity of the project requires both strong Project Management experience and application skills that Deloitte provides. Our collaborative style will enable both parties to work together to help you create sustainable results.

With our teamed approach, we will leverage the knowledge of the business process, application, and technical infrastructure teams to help you develop the right solution for Gensler.

Our experience tells us that Gensler must have ownership of, and provide leadership, to this initiative in order to achieve success. We offer an approach that supports client leadership and acknowledges mutual benefits, risks, and rewards that will be essential to your implementing the changes needed to make this initiative a success.

### Readiness to Serve

We have a flexible approach to deploying our consulting resources. We will work with Gensler to manage the deployment of professional services in an efficient and effective way. It is of particular importance to us that we assist Gensler's personnel to develop new capabilities and skills required for the success of this project. We view the ability of Gensler's staff to sustain and build on changes initiated during this project as a key measure of success. Joint working teams, open communications, indirect training and other methods will be employed to facilitate knowledge transfer that is essential to produce

# GENSLER

lasting results.  Further, we will work with Gensler to identify those tasks Gensler may wish to execute on their own.

Our success is dependent upon our client's success.  To this end, we provide for a formal process to assess our client service, both during and upon completion of an assignment. We look forward to your feedback and the opportunity to identify areas where we can improve upon our service to you.

# Gensler

## 2.0 Our Understanding of Gensler's Requirement

### Key Requirements

The implementation of the applications are anticipated to create significant benefits resulting from package-enabled process improvements in the following areas:

- Integration of financial, project management and time, expense, payroll business processes
- Initiate the development of common business processes/practices for the Gensler companies
- Support for enterprise-wide decision making / measurement
- Production and accessibility of information in a real-time environment
- Improvement in response to customers' demands and changes in the business environment (i.e. quicker response to customer requests)
- Increase cash flow through improved business process models

### Project Drivers

We understand Gensler's drivers for this phase to be as follows:

- Implement a new commercial software to provide an improved technology solution to project managers and back office staff
- Implement an integrated system where possible that provides flexibility to support future business directions
- Provide timely, accurate, and useful information within and between the Gensler entities
- Reduce inefficiencies by replacing the "old way" of doing business with updated, package enabled business processes
- Provide a common technology platform to support the innovative mission of Gensler to support future web enabled services for customers and vendors
- Establish a technology platform for future toolset development and management information reporting
- Improve on the current timing of the Work to Cash flow including Accounts Receivable Days Outstanding.

# GENSLER

## 3.0 Scope of Applications

### 3.1 Express Methodology for Lawson

Using our EXPRESS Implementation Methodology, together we will adopt a rapid-path approach to the implementation project. Along with the implementation of new technology, we will selectively identify package-enabled business or process improvements for your consideration. This package-enabled approach will seek to maximize the existing software functionality and capability to meet Gensler's business requirements. Using the key requirements and project drivers previously discussed, this project will focus on business processes improvement opportunities, replacing existing systems and functionality as described below. This project does not cover modifications to the Lawson application or the implementation of other applications.

During the project, process improvement and system enhancement opportunities will be identified for future phases of systems implementation.

# GENSLER

## 3.2 Software Applications

We understand that the following table defines the applications and number of user licenses for Lawson.  We also understand the proposed GO LIVE date is April 1st, 2002, assuming that project work begins on September 4th, 2001.

This engagement letter is limited to the scope of services and the estimated professional fees associated with the Lawson engines described as "Phase 1" in the table below.  "Phase 2" engines shall be scoped and estimated separately at Gensler's request.

| | Engines | Users in Phase 1 | |
|---|---|---|---|
| LAWSON SUITES | | | PHASE 1 |
| Financials | General Ledger | 20 | PHASE 1 |
| | Accounts Payable | 30 | PHASE 1 |
| | Accounts Receivable | 25 | PHASE 1 |
| | Project and Activity Accounting | 100 | PHASE 1 |
| | Billing and Revenue Management | 50 | PHASE 1 |
| | Asset Management | 5 | PHASE 2 |
| | | | |
| | | | |
| Human Resources | Human Capital Management | | PHASE 2 |
| | Benefits | | PHASE 2 |
| | Event Management | | PHASE 2 |
| | Payroll | | PHASE 2 |
| | | | |
| Third Party Applications/Support Tools | | | |
| | Time and Expense | 2200 | PHASE 1 |
| | Analytics/OLAP | | PHASE 2 |
| | Workflow | | PHASE 2 |
| | Enterprise Budgeting | | PHASE 2 |
| | Self Evident Applications (SEA) | | PHASE 2 |

# GENSLER

Gensler desires to implement a technology that will allow it to further exploit the
functionality within the tools.  While we will help you implement the solution with the
following modules in mind, for the purposes of this project estimate, these modules have
been excluded from Deloitte & Touche's scope of Phase 1 work.

### Lawson Financial Suite

- Third Party Report Writer
- Custom Report Writing
- Third Party Check Writer

### Lawson Human Resources Suite

- All modules and applications

**Gensler**  *Project New World*

# 4.0 Why Our Team?

## 4.1 Commitment, Skills and Experience

Having completed the Scoping and Planning Phase successfully, we are motivated to continue to show the same level of commitment to Gensler's success. We are committed to providing Gensler with the right skills at the right time to assist you with the execution of the project.

## 4.2 An Integrated Methodology

Our EXPRESS for Lawson implementation methodology is a detailed information system methodology developed by Deloitte, based on our worldwide information technology consulting experience.

EXPRESS provides the project team with tools required to:

- Properly plan for all aspects of the project
- More effectively complete the project - focusing on areas of highest value
- Reduce the project-related risk

EXPRESS will enable the project team to provide Gensler with the most value for your investment in this project.

## 4.3 Enabling Tools

Tools, consulting aids, and Deloitte methodologies are designed to achieve rapid, successful planning and execution of information systems projects.

There are a number of specific tools available to the project team to assist with the implementation of Lawson for Gensler. The tools can be grouped into the following categories:

### *CASEwise Process Modeling*

This tool guides the project team to build process and organization hierarchies, develop process flow models and document, and report on process models.

### *Project Management Database*

This is a Microsoft Access-based tool that assists in the management of project issues. The database allows for the entering, prioritizing, and tracking of project-related issues used to facilitate communication, tracking, and quick resolution of issues. It also facilitates the management of all Conference Room Pilot ("CRP") scripts and deliverables.

# Gensler

### Knowledge Network

This tool is a collection of databases containing information on Deloitte people, engagements, methods, research, service lines, industries, all Lawson project deliverables, and Best Practices.

**GENSLER**

## 5.0 Implementation Approach and Work plan

### 5.1 EXPRESS Implementation Methodology – Phases and Threads

The scope of this project will include all phases and threads overviewed in the Deloitte EXPRESS Implementation Methodology.   The standard methodology can be tailored for Gensler's specific needs and may not require or use all threads as listed.

The Express Implementation Methodology provides detailed steps, key considerations and timing for each task within the respective phases.  Scoping and Planning has come to a close and the new scope of work is for Visioning and Targeting through the Implementation.

# GENSLER



Deloitte's methodology provides a structured approach to Lawson implementation planning. The methodology provides a framework in which to measure results for activities that span multiple phases.

Our Express implementation methodology consists of five phases:

1.  Scoping and Planning

2.  Visioning and Targeting

3.  Design

4.  Construction

5.  Implementation

**GENSLER**                                                                                 *Project New World*

## 5.2 Phase I: Scoping and Planning

Deloitte & Touche was pleased to assist the Gensler team during the Scoping and Planning phase.   Deloitte & Touche facilitated and assisted Gensler in achieving the goals and deliverables.   The deliverables listed are part of past work completed and the fees associated are not part of the current scope of work proposed. The business and technology objectives for the Scoping and Planning portion of the project were defined, and a transformation strategy for meeting them was developed.

### *Key Activities Completed*

- Develop business and technology strategy
- Define the change imperative
- Build the business case
- Define functional scope
- Assessing change readiness
- Perform risk assessment
- Define overall training strategy
- Perform preliminary fit-gap analysis
- Define key process improvement areas

### *Key Deliverables Completed*

- Functional Scope
- Implementation Schedule
- Project Charter
- Change Management Plan
- ROI Assessment
- Communication Plan
- As-Is Process Model
- Process Change Strategy
- Fit/Gap Analysis
- As-Is IT Assessment
- Technology Plan
- Data Conversion Strategy
- Integration Strategy

# GENSLER

## 5.3 Phase II: Visioning and Targeting

Activities and Deliverables listed in Phase II – Visioning and Targeting through Phase V – Implementation are necessary for completing Gensler's Phase 1 Project New World Key Objectives. Deloitte & Touche proposes to assist Gensler in executing the following activities and deliverables.

During this phase, the project team creates a high-level business vision for the organization to achieve performance improvement objectives, using Lawson, and defined third-party add-ons, as the primary enabling technology.

### Key Activities

- Project Team Training
- Define business process flows for the Financial, Time & Expense/Payroll, and Project Management functional areas
- Identify key information requirements (reporting)
- Review fit/gap analysis
- Define system security and audit controls approach
- Confirm technical integration requirements
- Define technical development standards
- Study input files and export targets, data mapping
- Define Conference Room Pilot Scope

### Key Deliverables

- Update Functional Scope
- Change Requests
- Revised Implementation Schedule
- To-Be functional process flows
- Integration Requirements
- Report Catalog
- CRP Script Log

## 5.4 Phase III: Design

The project team completes the design of the new business processes, begins to configure and test the system to determine whether it supports the target vision, and defines the required custom development work.

### Key Activities

- Lawson configuration design sessions

**Gensler**                                                                 *Project New World*

- Develop Test Scripts
- Develop procedures for recording test results and logging and resolving issues
- Data mapping of input and target Lawson files
- Define technical integration
- Deploy Project Team Security
- Obtain formal sign-off from the Project Steering Committee before commencing next phase

### Key Deliverables

- Testing Schedule
- Conference Room Pilot Scripts
- Consolidated Configuration Design Document
- End-User Training Plan
- Technical Conversion Specifications
- Technical Integration Specifications

**GENSLER**

## 5.5 Phase IV: Construction

During this phase the project team builds the existing business organization and processes through the configuration and Gensler testing of the applications and technologies being implemented.

### Key Activities

- Set up the options, parameters and tables
- Install Conference Room Pilot (CRP) Environment
- Configure package to the extent required to conduct CRP
- Perform test scenarios to the extent required for Gensler users to conduct a successful CRP
- Prepare sample data and expected results
- Perform test scenarios described in the CRP scripts
- Check actual CRP results against expected results
- Document and resolve any discrepancies
- Resolve issues and re-perform tests as appropriate
- Document any changes to the system configuration
- Program coding completed for conversions and interfaces
- Deploy enterprise security
- Develop Acceptance Test Scripts
- Perform Acceptance Testing
- Develop end-user training materials

### Key Deliverables

- Completed Conference Room Pilot Scripts
- Logged Results, Issues and Agreed Resolutions
- Updated Package Configuration Documentation
- Installed Configuration Environment
- Data Conversion programming completed
- Integration programming completed
- End-User training manuals and schedule
- Completed Acceptance Test Scripts

**GENSLER**

## 5.6 Phase V: Implementation

In this phase, the organization will also be prepared for the upcoming transformation through knowledge transfer and end-user training initiatives to facilitate a smooth transition to the new way of working with the technologies.

### *Key Activities*

- Performance Tuning
- Convert and populate data in accordance with the agreed approach
- Carry out conversion validation procedures
- Identify and assemble cut-over team
- Review package and technical support requirements
- Develop cut-over checklist
- Finalize production environment
- End-User Training executed

### *Key Deliverables*

- Logged Results, Issues, and Agreed Resolutions
- Client Acceptance of System
- Converted Data
- Live System

**GENSLER**                                                                      *Project New World*

# 6.0 Assumptions

In order to develop our proposed approach and estimate, assumptions were made with regard to the overall project, staffing, training and technology, based on our understanding of Gensler's requirements documented in the Scoping and Planning.

## 6.1 Overall Assumptions

- The project will continue to be treated as a high priority with sufficient executives available to champion the project to completion. Gensler will retain the project steering committee of top management personnel that will meet regularly to review project progress and execute key decisions as appropriate.

- For all parties involved, the team will expect a fair and reasonable time period for follow ups, responses and attendance of key decisions, activities and meetings.

- The base Lawson system will be implemented "out of the box". Modifications that are not desired by Gensler are therefore excluded. Any modifications that may arise would be handled through the standard cost justification and scope change process.

- During the project, process improvement and system enhancement opportunities will be identified for future phases of systems implementation.

- The implementation activities will occur primarily at the San Francisco corporate office, the Chicago regional office, and the Santa Monica regaional office. Representatives from other office locations will participate in Visioning & Targeting, Design and Construction efforts in San Francisco, Chicago, and Santa Monica, as needed. During the Implementation phase of Express™, core Gensler team members will need to provide on-site support for training and go-live activities at remote locations (specifically San Francisco and Santa Monica). Activities requiring the presence of Deloitte practitioners at other locations may require a change to the scope of work. Approvals will be obtained by the Gensler Project Manager prior to activities.

- All setup information not specifically listed as being converted is the responsibility of Gensler to manually enter into the system.

- Any changes in the project structure, scope, functional requirements, or technical effort could have a significant impact on the project timelines and costs and will be handled through the standard cost justification & scope change process.

- Project Team will require 24-hour access to adequate workspace. Phone, fax, analog lines and basic office services (e.g., copy machine, printer) will also be provided by Gensler.

- This proposal includes the General Business Terms, which govern all of our consulting services and incorporated herewith by reference (see Section 11).

**Gensler**                                                                   *Project New World*

## 6.2 Staffing Assumptions

- Gensler will designate Mr. Dan MacIsaac as the project manager for the duration of the project.

- Gensler will provide sufficient resources to staff the project as outlined in the Project Organization (Section 7) and in the estimate worksheet in Professional Fees (Section 9).

- Gensler core team will be available for project meetings and be empowered to make critical decisions and will do so in a timely fashion.

- Gensler will manage the day-to-day relationship with Lawson personnel. Deloitte & Touche will communicate implementation issues to Gensler personnel and the Lawson Client Service Manager (CSM) assigned to Gensler.

- Additional resources (subject matter experts) will be made available from each functional area and location, where needed, to assist in business process analysis and testing of the modules, and to provide specific input as needed.

- Sufficient resources are available from both the user community and the IS departments to supply the required information, perform the necessary data setup, including loading and extract data from the existing systems.

- Gensler will identify the participants for each of the Process Sessions in a timely fashion.

- Interview sessions will be limited to two group sessions per process with up to three interviews outside the group session.

- All participants will be available to attend each process session and, if unable to attend, will not stop the development of the final deliverables.

## 6.3 Training Assumptions

- Lawson will conduct application and technical training for the core implementation team. Lawson will conduct additional training classes based on their contract with Gensler.

- Gensler will be responsible for the creation of end-user training material and conducting the actual training. Deloitte will provide guidance in the development of end-user training documentation and function as a quality reviewer. Documentation developed as part of the "To-Be" process design and conference room pilot will be used as input into the development of these materials.

## 6.4 Technical Assumptions

- Gensler will be responsible to procure and install the hardware.

- Lawson will be responsible to procure and install the software.

- A minimum of four application environments will be required for development, testing, training and production work. Gensler will provide adequate infrastructure to create and maintain the application environments.

# GENSLER

- Customizations are defined as changes to the base application that require the use of Lawson tools and code. Reporting will be limited to the base available reports within the application. Additional customizations, custom reports and will be handled through the standard cost justification & scope change process. Deloitte recommends utilizing a Lawson resource to assist with custom report development.

- Gensler will provide resources to support System Administration, user and Security setup and definition.

## Conversions

The strategy, roles, and responsibilities around the data conversion task are as follows:

- We will jointly develop the detailed data conversion design and manual data entry approach.

- Lawson conversion tools will be used to facilitate the conversion into Lawson.

- Gensler's IS staff will identify and map the data from legacy systems based on Conversion Workbooks provided by Lawson.

- Gensler will be responsible for data purification, data loading, and validation and sign off.

## Interfaces

The strategy, roles, and responsibilities around the interface tasks are as follows:

- Deloitte will provide resources to help scope and plan the required interfaces. Gensler will provide resources to perform interface design, programming and testing.

- Any required integration activities to/from Lawson will be the responsibility of Gensler (i.e. Genisys, Ceridian, Bank Tapes)

# Gensler

# 7.0 Project Organization

## 7.1 Our Proposed Project Team

Our proposed project organization structure and full-time equivalents (fte's) are presented below.



# GENSLER

## 7.2 Roles and Responsibilities

The following paragraphs outline the roles and responsibilities of key Project Team resources.

### *Steering Committee (Gensler)*

The Steering Committee is comprised of executive management from Gensler that monitor the overall project initiatives.

The responsibilities of the Steering Committee include:

- Meeting monthly or key milestones
- Monitor the progress of the project
- Make decisions regarding alternative approaches and priorities
- Provide Resources and Funding
- Resolve policy issues

### *Executive Sponsor (Gensler) – David Gensler*

The Executive Sponsor is senior personnel from Gensler that ensures the strategic directives of Gensler are met throughout the project. The Executive Sponsor determines the direction of the project.

The responsibilities of the Executive Sponsor include:

- Focus on Business Strategy
- Establish Project Guidelines
- Monitors and Reports Project Performance
- Directs Policy and Procedures
- Issue Resolution
- Create the environment for change

### *Project Manager (Gensler) – Dan MacIsaac*

The primary responsibility of the Project Manager is to ensure that our commitments to your organization are fulfilled.

The responsibilities of the Project Manager include:

- Provides leadership and counsel to the Application Suite Leaders
- Assist in resolving business information systems strategy issues
- Coordinates and Assigns Tasks
- Measures Performance and Progress
- Directs Solutions to Business Goals
- Identifies and Allocates Resources
- Coordinates Lawson integration to other Client projects and applications

# GENSLER

- Manage internal and external risks to the project

### *Team Leaders (Gensler) – Dan MacIsaac & Jim Hudson*

The Project Lead is responsible for respective modules, including the following key tasks:

- Attend Lawson and/or Software application training
- Directs Solutions to Business Goals
- Coordinates Project Tasks for Area
- Performs Project Tasks
- Develops Procedures
- Recommends Policy Changes and Additions
- Communicates and Resolves Issues

### *Module Leaders (Gensler)*

The Functional Work Team is responsible for the implementation of the respective modules.

The specific responsibilities include:

- Attend Lawson and/or Software application training (as deemed appropriate)
- Complete Project Tasks for Area
- Documents System Design
- Completes System Design
- Develops and Conducts Testing of Procedures
- Tests and Documents Functionality
- Confirms Data Conversions
- Documents End User Procedures
- Assists with End User Training
- Writes Gensler created reports (Report Writer)
- Communicates and Resolves Issues

### *IS Work Team (Gensler) – Bruce Bartolf*

The IS Work Team is responsible for the following:

- Attend Lawson and/or Software application training (as deemed appropriate)
- Create Conversion Files to Lawson
- Create Interfaces between Lawson and other applications (e.g. Databasics, Ceridian, Bank Tapes)
- Design and Conduct System Administration Procedures
- Develop Security Procedures

**GENSLER**                                                                                            *Project New World*

- Create custom reports

### *Lead Project Partner (Deloitte) – Larry Carlos*

The primary responsibility of the Deloitte Project Partner is to determine whether our commitments to your organization are fulfilled.

Specific responsibilities include:

- Develop service delivery principles for managing the project
- Analyze project progress and results
- Recommend actions and solutions to address any identified non-conformance issues, potential barriers, or potential voids
- Determine whether client issues/concerns are being dealt with immediately


### *Co- Project Manager (Deloitte) – Xavier Menendez & Donna Boswell*

- Assist in development of a project plan and milestone schedule
- Monitor and support the Deloitte personnel, and Gensler's progress opposite the work plan
- Assist in resolving business and information systems strategy issues
- Act as a communication focal point for the Deloitte personnel and the Lawson Client Service Manager
- Monitor internal and external risks to the project
- Provide industry insight where necessary
- Monitor the quality of all work undertaken by all consultants (Lawson, Deloitte, and other partners)
- Responsible for monitoring quality and approving all deliverables
- Prepare for, and participate in, team status meetings and Project Sponsor reviews for the application suite
- Actively participates in the design and construction of the Lawson applications
- Responsible for the project area and is involved in the day-to-day progress of the application suite by coordinating the activities of the project resources.

# GENSLER

### *Application Facilitators (Deloitte) – Kelly Haley & Rabecca Mikels*

- Facilitate design and construction of master files, reporting requirements, transaction flows, and data integration requirements
- Provide knowledge transfer on best practices and process flows
- Jointly configure the Lawson application settings (with Gensler's Application Leads)
- Support planning of data history to be converted from legacy systems, and conversion data planning and design of cut-over and roll-out plan
- Assist in resolving business and information systems strategy issues
- Facilitate the conference room pilot and help resolve application design issues

### *Client Service Manager (Lawson) – Luanne Diehl*

- Assists Client Project Manager with planning and execution of the project
- Manages Lawson resources
- Tracks progress and reports status to the Executive Sponsor
- Coordinates third-party activity as needed.  Manages issue resolution within Lawson

### *Application Consultant (Lawson) – Betty Daum & Len Pastick*

- Educates the Project Team on the use of Lawson products
- Identifies and recommends system setup alternatives and advantages
- Recommends business procedures which would result in improved efficiency
- Assists with use of implementation tools for testing, conversions and end-user training
- Report writing (if required)

### *Lawson Technical Consultant (Lawson) - Various*

- Installs and configures hardware & software
- Educates Client on use of Lawson tools
- System Administration consulting for jobs, file transfers, security, relational data base
- Programming for interfaces, conversions, enhancements (if required)
- Desktop integration tools resource
- System tuning and support

# GENSLER

## 8.0 Project Timeline

The attached timeline provides a breakdown of the timing according to the phases of our EXPRESS Implementation Methodology with the assumption that the project will commence on September 4th (PER PAGE 8), 2001

The timeline represents at a high level the activity threads and duration according to the phases of our EXPRESS Implementation Methodology that is described in Section 5 – Implementation Approach and Work plan.



# Gensler

## 9.0 Professional Fees

Our statement of professional fees is based on our understanding of your requirements, and our discussions with Gensler's representatives. Our quotation of professional fees for this important project is driven by the nature of the engagement and the experience and skill sets of the project team members.

Deloitte & Touche professional fees for this engagement are based on the actual time incurred and are anticipated being between $900,000 and $975,000 (excluding specific reimbursable expenses). A flat 15% administrative fee will be added to incurred professional service fees to cover all project out-of-pocket expenses (travel, postage, telephone and additional administrative expenses). Hardware, networking, and software costs, if incurred by D&T on Gensler's behalf shall be itemized and billed separately. All professional fees and administrative fees (15%) shall be billed on a biweekly basis. Invoices are due upon receipt.

The services described in this engagement letter may not comprehend all possible situations and computer applications within your organization. During the periodic project status update meetings with you, we will provide you with any scope issues that could impact our fee estimate. We will not perform work on those issues until there is a mutual agreement on their inclusion and the fee adjustment that may occur. Approval for such fee adjustments will be obtained, prior to the commencement of our work, from Gensler's Project Manager (Dan MacIsaac). In addition, we will identify in our periodic meetings any time lost because of appointments missed or interruptions that could affect our ability to deliver within the fee estimates of this agreement.

Our professional fees are based on actual hours worked at a blended rate of $180 per hour for all application-consulting services, and $210 per hour for project management consulting services through March 31st, 2002. Deloitte & Touche can provide post implementation support at the above rates per Gensler's request through the end of our fiscal year (May 31, 2002), when new rates will take affect. These fees are excluded from our professional service fees stated above for the scope of project work.

It is important to note that our ability to assist this project in a timely fashion depends on our assumption that all software acquired by Gensler for this project will be free of significant defects or functional deficiencies.

# GENSLER

## 10.0 Authorization

If this engagement letter, including the attached General Business Terms, correctly reflects your understanding of the consulting services, we ask that you confirm your authorization of our services by signing below and returning the original to:

Deloitte & Touche LLP
Attn: Xavier Menendez
Two California Plaza
350 South Grand Ave, Suite 200
Los Angeles, CA  90071-3462
(213) 996-6889


DELOITTE & TOUCHE LLP


By:     **Larry Carlos**
        **Principal**


\*    \*    \*    \*    \*    \*    \*    \*


The signature below indicates Gensler's acceptance of this engagement letter, including the attached Terms and Conditions.


Signature      _____

Name           _____

Title          _____

Date           _____

**GENSLER**

## 11.0 General Business Terms

1.  *Services.  It is understood and agreed that D&T's services may include advice and recommendations, but all decisions in connection with the implementation of such advice and recommendations shall be the responsibility of, and made by, Gensler.  In connection with its services hereunder, D&T shall be entitled to rely on all decisions and approvals of Gensler.*

2.  *Payment of Invoices.  Properly submitted invoices shall be due and payable within thirty (30) days of the invoice date.  Without limiting its rights or remedies, D&T shall have the right to halt or terminate its services entirely if payment is not received within sixty (60) days of the invoice date.*

3.  *Term.  Unless terminated sooner in accordance with its terms, this engagement shall terminate on the completion of D&T's services hereunder.  This engagement may be terminated by either party at any time by giving written notice to the other party not less than thirty (30) calendar days before the effective date of termination.*

4.  *Ownership.*

    a)  *D&T Technology.  D&T has created, acquired or otherwise has rights in, and may, in connection with the performance of services hereunder, employ, provide, modify, create, acquire or otherwise obtain rights in, various concepts, ideas, methods, methodologies, procedures, processes, know-how, and techniques (including, without limitation, function, process, system and data models; templates; generalized features of the structure, sequence and organization of software, user interfaces and screen designs; general purpose consulting and software tools, utilities and routines; and logic, coherence and methods of operation of systems (collectively, the "D&T Technology").*

    b)  *Ownership of Deliverables.  Except as provided below, upon full and final payment to D&T hereunder, the tangible items specified as deliverables or work product in the engagement letter to which these terms are attached (the "Deliverables") shall become the property of Gensler.  To the extent that any D&T Technology is contained in any of the Deliverables, D&T hereby grants Gensler, upon full and final payment to D&T hereunder, a royalty-free, fully paid-up, worldwide, non-exclusive license to use such D&T Technology in connection with the Deliverables.*

    c)  *Ownership of D&T Property.  To the extent that D&T utilizes any of its property (including, without limitation, the D&T Technology or any hardware or software of D&T) in connection with the performance of services hereunder, such property shall remain the property of D&T and, except for the license expressly granted in the preceding paragraph, Gensler shall acquire no right or interest in such property. Notwithstanding anything herein to the contrary, the parties acknowledge and agree that (a) D&T shall own all right, title, and interest, including, without limitation, all rights under all copyright, patent and other intellectual property laws, in and to the D&T Technology and (b) D&T may employ, modify, disclose, and otherwise exploit the D&T Technology (including, without limitation, providing services or creating programming or materials for other clients).  D&T does not agree to any terms that may be construed as precluding or limiting in any way its right to (a) provide consulting or other services of any kind or nature whatsoever to any person or entity as D&T in its sole discretion deems appropriate or (b) develop for itself, or for others, materials that are competitive with those produced as a result of the services provided hereunder, irrespective of their similarity to the Deliverables.*

# GENSLER

*Project New World*

5.    *Limitation on Warranties.* **THIS IS A SERVICES ENGAGEMENT. D&T WARRANTS THAT IT SHALL PERFORM SERVICES HEREUNDER IN GOOD FAITH. D&T DISCLAIMS ALL OTHER WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

6.    *Limitation on Damages and Indemnification.*

    a)    *Gensler agrees that D&T and its personnel shall not be liable to Gensler for any claims, liabilities, or expenses relating to this engagement for an aggregate amount in excess of three times (3.0 times) the fees paid by Gensler to D&T pursuant to this engagement, except to the extent finally judicially determined to have resulted primarily from the bad faith or intentional misconduct of D&T. In no event shall D&T or its personnel be liable for consequential, special, indirect, incidental, punitive or exemplary loss, damage, or expense relating to this engagement.*

    b)    *The provisions of this Paragraph and Paragraph 9 shall apply to the fullest extent of the law, whether in contract, statute, tort (such as negligence), or otherwise. In circumstances where all or any portion of the provisions of this Paragraph are finally judicially determined to be unavailable, D&T's aggregate liability for any claims, liabilities, or expenses relating to this engagement shall not exceed an amount which is proportional to the relative fault that D&T's conduct bears to all other conduct giving rise to such claims, liabilities, or expenses.*

7.    *Cooperation.  Gensler shall cooperate with D&T in the performance by D&T of its services hereunder, including, without limitation, providing D&T with reasonable facilities and timely access to data, information and personnel of Gensler. Gensler shall be responsible for the performance of its personnel and agents and for the accuracy and completeness of all data and information provided to D&T for purposes of the performance by D&T of its services hereunder.*

8.    *Force Majeure.  D&T shall not be liable for any delays or non-performance resulting from circumstances or causes beyond its reasonable control, including, without limitation, acts or omissions or the failure to cooperate by Gensler (including, without limitation, entities or individuals under its control, or any of their respective officers, directors, employees, other personnel and agents), acts or omissions or the failure to cooperate by any third party, fire or other casualty, act of God, strike or labor dispute, war or other violence, or any law, order or requirement of any governmental agency or authority.*

9.    *Limitation on Actions.  No action, regardless of form, relating to this engagement, may be brought by either party more than four (4) years after the cause of action has accrued, except that an action for non-payment may be brought by a party not later than one (1) year following the date of the last payment due to such party hereunder.*

10.    *Independent Contractor.  It is understood and agreed that each of the parties hereto is an independent contractor and that neither party is, nor shall be considered to be, an agent, distributor, partner, fiduciary or representative of the other. Neither party shall act or represent itself, directly or by implication, in any such capacity in respect of the other or in any manner assume or create any obligation on behalf of, or in the name of, the other.*

**Gensler**                                                                                          *Project New World*

---

11.  **Confidentiality and Internal Use.**

  a)  Gensler agrees that all services hereunder and Deliverables shall be solely for Gensler's informational purposes and internal use, and are not intended to be and should not be used by any person or entity other than Gensler.  Gensler further agrees that such services and Deliverables shall not be circulated, quoted, disclosed, or distributed to, nor shall reference to such services or Deliverables be made to, any person or entity other than Gensler.

  b)  To the extent that, in connection with this engagement, D&T comes into possession of any proprietary or confidential information of Gensler, D&T will not disclose such information to any third party without Gensler's consent, except (a) as may be required by law, regulation, judicial or administrative process, or in accordance with applicable professional standards, or in connection with litigation pertaining hereto, or (b) to the extent such information (i) shall have otherwise become publicly available (including, without limitation, any information filed with any governmental agency and available to the public) other than as the result of a disclosure by D&T in breach hereof, (ii) is disclosed by Gensler to a third party without substantially the same restrictions as set forth herein, (iii) becomes available to D&T on a nonconfidential basis from a source other than Gensler which D&T believes is not prohibited from disclosing such information to D&T by obligation to Gensler, (iv) is known by D&T prior to its receipt from Gensler without any obligation of confidentiality with respect thereto, or (v) is developed by D&T independently of any disclosures made by Gensler to D&T of such information.

12.  **Survival and Interpretation.**  The agreements and undertakings of Gensler contained in the engagement letter to which these terms are attached, together with the provisions of Paragraphs 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 and 16 hereof, shall survive the expiration or termination of this engagement.  For purposes of these terms, "D&T" shall mean Deloitte & Touche LLP and its subsidiaries; to the extent providing services under the engagement letter to which these terms are attached, Deloitte Touche Tohmatsu, its member firms, and the affiliates of Deloitte & Touche LLP, Deloitte Touche Tohmatsu and its member firms; all of their partners, principals, members, owners, directors, staff and agents; and in all cases any successor or assignee.

13.  **Assignment.**  Except as provided below, neither party may assign, transfer or delegate any of its rights or obligations hereunder (including, without limitation, interests or claims relating to this engagement) without the prior written consent of the other party.  D&T may, without the consent of Gensler, assign or subcontract its rights and obligations hereunder to (a) any affiliate or related entity or (b) any entity which acquires all or a substantial part of the assets or business of D&T.

14.  **Waiver of Jury Trial.**  D&T AND GENSLER HEREBY IRREVOCABLY WAIVE, TO THE FULLEST EXTENT PERMITTED BY LAW, ALL RIGHTS TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM (WHETHER IN CONTRACT, STATUTE, TORT (SUCH AS NEGLIGENCE), OR OTHERWISE) RELATING TO THIS ENGAGEMENT.

15.  **Entire Agreement, Amendment and Notices.**  These terms, and the engagement letter to which these terms are attached, including exhibits, constitute the entire agreement between D&T and Gensler with respect to this engagement, supersede all other oral and written representations, understandings or agreements relating to this engagement, and may not be amended except by written agreement signed by the parties.  In the event of any conflict, ambiguity, or inconsistency between these terms and the engagement letter to which these terms are attached, these terms shall govern and control.  All notices hereunder shall be (i) in writing, (ii) delivered to the representatives of the parties at the addresses first set forth above, unless changed by either party by notice to the other party, and (iii) effective upon receipt.

---

**Deloitte**                                                    29                                    Gensler Proposal - Lawson F
**& Touche**                                                                                         3/5/20029:02 AM

# Gensler

16. *Governing Law and Severability.  These terms, the engagement letter to which these terms are attached, including exhibits, and all matters relating to this engagement (whether in contract, statute, tort (such as negligence), or otherwise), shall be governed by, and construed in accordance with, the laws of the State of California (without giving effect to the choice of law principles thereof).  If any provision of such terms or engagement letter is found by a court of competent jurisdiction to be unenforceable, such provision shall not affect the other provisions, but such unenforceable provision shall be deemed modified to the extent necessary to render it enforceable, preserving to the fullest extent permissible the intent of the parties set forth herein.*