1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
   MEGAN M. CHUNG (State Bar No. 232044)
3  J. JEB B. OBLAK (State Bar No. 241384)
   Two Embarcadero Center Eighth Floor
4  San Francisco, CA 94111
   Telephone: (415) 576-0200
5  Facsimile: (415) 576-0300
   Email: jggilliland@townsend.com
6         mboroumand@townsend.com
          mmchung@townsend.com
7         jboblak@townsend.com

8  O'MELVENY & MYERS LLP
   GEORGE RILEY (State Bar No. 118304)
9  Two Embarcadero Center, 28th Floor
   San Francisco, CA 94111
10 Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
11 Email: griley@omm.com

12 Attorneys for Plaintiff and Counterdefendant
   APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> PSYSTAR CORPORATION, a Florida corporation, <br><br> Defendant. <br> AND RELATED COUNTERCLAIMS. | Case No. 08-3251 WHA <br><br> **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES** <br><br> Hearing Date: November 12, 2009 <br> Hearing Time: 8:00 a.m. <br> Courtroom: 9 <br> Judge: Hon. William Alsup <br> Trial Date: January 11, 2010 |

1  PLEASE TAKE NOTICE that on November 12, 2009, at 8:00 a.m., or as soon thereafter as the matter can be heard, in the courtroom of the Honorable William Alsup, located at 450 Golden Gate Avenue, Courtroom 9, San Francisco, California 94102, plaintiff and counterdefendant, Apple Inc. ("Apple") will, and hereby does, move for an order granting partial summary judgment that defendant and counterclaimant Psystar Corporation ("Psystar") has infringed Apple's copyrights and violated the Digital Millennium Copyright Act. Apple further seeks an order granting summary judgment dismissing Psystar's Eleventh and Thirty-Seventh Affirmative Defenses for First Sale/Exhaustion of Copyright and Copyright Misuse and Psystar's First and Second Counterclaims seeking a Declaration of Unenforceability for Copyright Misuse (EULA) and Copyright Misuse (DMCA).

DATED: October 8, 2009

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/James G. Gilliland, Jr.
JAMES G. GILLILAND, JR.

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

62254451 v1

# CERTIFICATE OF SERVICE

I, **Esther Casillas**, declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following documents exactly entitled: **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

on the interested parties in this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

| | |
|---|---|
| K.A.D. Camara<br>Kent Radford<br>Camara & Sibley LLP<br>2339 University Boulevard<br>Houston, TX 77005<br>Phone: 713-893-7973<br>Fax: 713-583-1131<br>Email: camara@camarasibley.com<br>radford@camarasibley.com | Eugene Action<br>1780 E. Barstow Avenue, #5<br>Fresno, CA 93710<br>Email: eugeneaction@hotmail.com |

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 8, 2009, at San Francisco, California.

/s/Esther Casillas
**ESTHER CASILLAS**