TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com
        mboroumand@townsend.com
        mmchung@townsend.com
        jboblak@townsend.com

O'MELVENY & MYERS LLP
GEORGE RILEY (State Bar No. 118304)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: griley@omm.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> PSYSTAR CORPORATION, a Florida corporation, <br><br> Defendant. <br> AND RELATED COUNTERCLAIMS. | Case No. 08-3251 WHA <br><br> **(PROPOSED) ORDER GRANTING APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES** |

| | |
|---:|---|
| 1 | Plaintiff and Counterdefendant, Apple Inc.'s ("Apple") Motion For Summary Judgment |
| 2 | On Copyright Infringement, DMCA Violations And Psystar Corporation's ("Psystar") Affirmative |
| 3 | Defenses was heard by this Court on November 12, 2009. Having considered the papers and |
| 4 | arguments of counsel, the Court **GRANTS** Apple's motion for partial summary judgment finding |
| 5 | that Psystar has infringed Apple's copyrights and violated the Digital Millennium Copyright Act |
| 6 | by circumventing Apple's technological protection measure in Mac OS X and by trafficking in |
| 7 | devices or products designed to circumvent Apple's technological protection measures. The Court |
| 8 | also **GRANTS** Apple's motion for summary judgment dismissing Psystar's Eleventh and Thirty- |
| 9 | Seventh Affirmative Defenses of First Sale/Exhaustion of Copyright and Copyright Misuse and |
| 10 | Psystar's First and Second Counterclaims of Copyright Misuse. |
| 11 | |
| 12 | **IT IS SO ORDERED.** |
| 13 | |
| 14 | DATED: _____, 2009     _____ |
| 15 | William Alsup<br>United States District Judge |

# CERTIFICATE OF SERVICE

I, **Esther Casillas**, declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following documents exactly entitled: **(PROPOSED) ORDER GRANTING APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

on the interested parties in this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

| | |
|---|---|
| K.A.D. Camara<br>Kent Radford<br>Camara & Sibley LLP<br>2339 University Boulevard<br>Houston, TX 77005<br>Phone: 713-893-7973<br>Fax: 713-583-1131<br>Email: camara@camarasibley.com | Eugene Action<br>1780 E. Barstow Avenue, #5<br>Fresno, CA 93710<br>Email: eugeneaction@hotmail.com |

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 8, 2009, at San Francisco, California.

*/s/ Esther Casillas*
**Esther Casillas**

62253610 v1