# EXHIBIT E
## (Redacted)