# EXHIBIT G
## (Redacted)