# EXHIBIT J
## (Redacted)