# EXHIBIT 3

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

**[FILED UNDER SEAL]**

Dockets.Justia.com

# EXHIBIT 4

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

**[FILED UNDER SEAL]**

# EXHIBIT 5

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

**[FILED UNDER SEAL]**

# EXHIBIT 6

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

**[FILED UNDER SEAL]**

# EXHIBIT 7

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

**[FILED UNDER SEAL]**

# EXHIBIT 8

MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES


[FILED UNDER SEAL]

# EXHIBIT 9

MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES

[FILED UNDER SEAL]

# EXHIBIT 10

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

**[FILED UNDER SEAL]**

# EXHIBIT 11

MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES

[FILED UNDER SEAL]

# EXHIBIT 12

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

**[FILED UNDER SEAL]**

# EXHIBIT 13

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

**[FILED UNDER SEAL]**

# EXHIBIT 14

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

**[FILED UNDER SEAL]**

# EXHIBIT 15

MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES

**[FILED UNDER SEAL]**

# EXHIBIT 16

MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES


[FILED UNDER SEAL]