# EXHIBIT 24

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. CV-08-03251-WHA |
| *Plaintiff*, | **PSYSTAR CORPORATION'S RESPONSES TO APPLE INC.'S SECOND SET OF INTERROGATORIES (NOS. 16-25)** |
| v. | |
| PSYSTAR CORPORATION, | |
| *Defendants*. | |
| AND RELATED COUNTERCLAIMS | |

PROPOUNDING PARTY:        APPLE INC.

RESPONDING PARTY:         PSYSTAR CORPORATION

SET NO:                            TWO (2)


Pursuant to Rule 36 of the Federal Rules of Civil Procedure, defendant Psystar

Corporation hereby responds to plaintiff Apple Inc.'s Second Set of Interrogatories as follows:

## GENERAL STATEMENTS AND OBJECTIONS

1.        Each of the following General Objections apply to each Interrogatory and are

incorporated into each Response (Nos. 16-25) below. Specific assertion of the same, similar, or

additional objections in any individual responses does not waive other objections set forth herein.

2.        Discovery in this case is continuing. Psystar's responses below are based on and

limited to discovery available as of the date of this response. Continuing discovery, investigation,

and analysis, may provide new and additional facts and may establish new factual and legal

conclusions and contentions.        Such discovery may cause additions, changes, modifications,

qualifications, or other reasonable changes to the information contained in the responses set forth

herein.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## OBJECTIONS AND RESPONSES TO APPLE INC.'S
## SECOND SET OF INTERROGATORIES (NOS. 16-25)

**INTERROGATORY 16:**

IDENTIFY all facts and DOCUMENTS that support or deny YOUR counterclaim for copyright misuse.

**RESPONSE:**

Psystar hereby incorporates by reference its General Objections as if fully set forth herein. Psystar objects to this interrogatory to the extent it seeks information that is not subject to disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, or information that would singularly or in combination, reveal the mental impressions or thought processes of Psystar's attorneys.

The term IDENTIFY is so broad and over-inclusive that it could be read to include each and every thought, idea and conversation that anyone may have had about Apple Inc. during a time period without definition. Psystar further objects to this interrogatory as compound because it contains discrete subparts that require separate, distinct and multiple response. Specifically, Psystar objects to the term IDENTIFY as overbroad and unduly burdensome, as Apple Inc.'s definition of this term calls for responses to multiple discrete subparts thereby multiplying the number of interrogatories well beyond one for this singular interrogatory. For example, Apple Inc.'s definition of the term IDENTIFY in the context of this interrogatory would require Psystar to provide a multitude of discrete responses for each DOCUMENT or fact, including:

    i.     the general nature or subject matter of the document;

    ii.    the particularized subject matter of the document;

1  iii.    its title or designation;

2  iv.     the date of preparation and/or distribution;

3  v.      each PERSON who authored, wrote, sent or received it; and

4  vi.     the present location and the identity of each person now having possession,
5          custody, or control of such document.

6

7          Because PERSON is included within these subparts, Psystar would also be required to

8  provide further responses pursuant to Apple Inc.'s instructions for each PERSON, including:

9  stating his or her full name, any known aliases or pseudonyms, present or last known address

10 (specify which), present or last known telephone number (specify which), and, where applicable,

11 present or last known employer and address thereof, and present or last known job, position, or

12 title of that individual.

13

14         Psystar further objects to the extent that this interrogatory seeks information that is outside

15 of Psystar's knowledge and is not in Psystar's possession, custody or control.  In particular,

16 Psystar objects to this interrogatory to the extent that it requests that Psystar "IDENTIFY all facts

17 and DOCUMENTS."

18         This Interrogatory seeks a response from Psystar that is dependent on the nature and scope

19 of the contentions being asserted by Apple Inc., namely its claims for copyright infringement, and

20 without a better understanding of Apple Inc.'s factual and legal bases for its contentions, Psystar is

21 unable to provide a complete response to this Interrogatory. Subject to, and without waiving the

22 foregoing general and specific objections, Psystar responds by incorporating its live counterclaim

23 pleading, which sets forth several of Psystar's contentions with respect to Apple Inc.'s copyright

24 and its known factual bases for those contentions.  Because the discovery and investigation are

25 still ongoing, Psystar reserves the right to supplement this response as additional information

26 comes to light.

27

28 PSYSTAR CORPORATION'S RESPONSE TO APPLE INC.'S SECOND SET
   OF INTERROGATORIES (NOS. 16-25)

                                                                                    - 8 -

   CASE NO. CV 08-03251 WHA

discrete responses for each open source code, including:

    i.      the names of the source code file(s) and executable files(s);

    ii.     the version number of the software or code;

    iii.    the owner or licensor of the software or code;

    iv.    the dates which the software or code was used in PSYSTAR PRODUCTS;

    v.     the models of PSYSTAR PRODUCTS which used the software or code; and

    vi.    the present custodian.

Because custodians are included, PERSON is triggered, and thus is included within these subparts. Psystar would also be required to provide further responses pursuant to Apple Inc.'s instructions for each PERSON, including: stating his or her full name, any known aliases or pseudonyms, present or last known address (specify which), present or last known telephone number (specify which), and, where applicable, present or last known employer and address thereof, and present or last known job, position, or title of that individual.

Psystar further objects to the interrogatory on the ground that it is premature because the open source code referred to (and related issues) will be the subject of expert testimony at trial. Psystar objects to this interrogatory to the extent it seeks to limit the expert testimony that Psystar may seek to introduce at trial.

Subject to and without waiving the foregoing objections, Psystar responds as follows: The open source code that Psystar uses includes boot-132, mindrvr, libpng, open source patches to boot-132, open source kernel extensions created by Psystar such as OpenHaltRestart, REaltekR1000, and NullCPUPowerManagement, and all that open source code which is included within Mac OS X Leopard.

**INTERROGATORY 21:**

IDENTIFY each and every program, software or code that does not originate from a Mac

PSYSTAR CORPORATION'S RESPONSE TO APPLE INC.'S SECOND SET
OF INTERROGATORIES (NOS. 16-25)

- 15 -

CASE NO. CV 08-03251 WHA

OS X Leopard DVD that PSYSTAR has used in PSYSTAR PRODUCTS, including but not limited to bootloaders and kernel extensions.

**RESPONSE:**

Psystar hereby incorporates by reference its General Objections as if fully set forth herein. Psystar objects to this interrogatory to the extent it seeks information that is not subject to disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, or information that would singularly or in combination, reveal the mental impressions or thought processes of Psystar's attorneys.

Furthermore, Psystar further objects to this interrogatory on the grounds that it is overbroad, unduly burdensome, and compound. It contains three parts, each overly broad, unduly burdensome, and compound individually: 1) each and every program, 2) software, 3) and code.

With respect to the term IDENTIFY which is so broad and over-inclusive that it could be read to include each and every thought, idea and conversation that anyone may have had about Apple Inc. during a time period without definition.

Psystar further objects to this interrogatory as compound because it contains discrete subparts that require separate, distinct and multiple response. Specifically, Psystar objects to the term IDENTIFY as overbroad and unduly burdensome, as Apple Inc.'s definition of this term calls for responses to multiple discrete subparts thereby multiplying the number of interrogatories well beyond one for this singular interrogatory. For example, Apple Inc.'s definition of the term IDENTIFY in the context of this interrogatory would require Psystar to provide a multitude of discrete responses for each open source code, including:

i.    the names of the source code file(s) and executable files(s);

PSYSTAR CORPORATION'S RESPONSE TO APPLE INC.'S SECOND SET
OF INTERROGATORIES (NOS. 16-25)

- 16 -

CASE NO. CV 08-03251 WHA

ii.     the version number of the software or code;

iii.    the owner or licensor of the software or code;

iv.     the dates which the software or code was used in PSYSTAR PRODUCTS;

v.      the models of PSYSTAR PRODUCTS which used the software or code; and

vi.     the present custodian.

Because custodians are included, PERSON is triggered, and thus is included within these subparts. Psystar would also be required to provide further responses pursuant to Apple Inc.'s instructions for each PERSON, including: stating his or her full name, any known aliases or pseudonyms, present or last known address (specify which), present or last known telephone number (specify which), and, where applicable, present or last known employer and address thereof, and present or last known job, position, or title of that individual.

Psystar further objects to the interrogatory on the ground that it is premature because the 1) programs, 2) software, 3) and code referred to (and related issues) will be the subject of expert testimony at trial.  Psystar objects to this interrogatory to the extent it seeks to limit the expert testimony that Psystar may seek to introduce at trial.

Subject to and without waiving the foregoing objections, Psystar responds as follows: boot-132, psybootefi, dubl, OpenInject.kext, OpenCojones.kext, RealtekR1000.kext, OpenCompatible.kext, OpenHaltRestart.kext, and the other kernel extensions that Psystar has already produced.

**INTERROGATORY 22:**

IDENTIFY each and every PSYSTAR employee (whether part-time or full time), worker, independent contractor, intern, extern or other PERSONS who worked under the direction of a PSYSTAR employee.

**RESPONSE:**

1  may seek to introduce at trial.

2      Subject to and without waiving the foregoing objections, Psystar responds as follows:

3  Documents identifying each of the requested items of code have already been produced. Psystar

4  will supplement this response promptly.

5

6  **INTERROGATORY 25:**

7      IDENTIFY all "countermeasures" as the term is used on PS009264, YOU contend are

8  built into MAC OS X and describe how YOU have overcome these "countermeasures."

9  **RESPONSE:**

10     Psystar hereby incorporates by reference its General Objections as if fully set forth herein.

11  Psystar objects to this interrogatory to the extent it seeks information that is not subject to

12  disclosure under any applicable privilege, doctrine or immunity, including without limitation the

13  attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges

14  recognized under the constitutional, statutory or decisional law of the United States of America,

15  the State of California or any other applicable jurisdiction, or information that would singularly or

16  in combination, reveal the mental impressions or thought processes of Psystar's attorneys.

17

18     Furthermore, Psystar further objects to this interrogatory on the grounds that it is

19  overbroad, unduly burdensome.

20

21     With respect to the term IDENTIFY which is so broad and over-inclusive that it could be

22  read to include each and every thought, idea and conversation that anyone may have had about

23  Apple Inc. during a time period without definition.

24     Furthermore, Psystar further objects to this interrogatory on the grounds that it is

25  overbroad, unduly burdensome, and compound. It contains two parts 1) the IDENTIFY of all

26  "countermeasures" and 2) how YOU overcame these "countermeasures."

27

28     Psystar further objects to this interrogatory as compound because it contains discrete

PSYSTAR CORPORATION'S RESPONSE TO APPLE INC.'S SECOND SET
OF INTERROGATORIES (NOS. 16-25)

- 23 -

CASE NO. CV 08-03251 WHA

subparts that require separate, distinct and multiple response. Specifically, Psystar objects to the term IDENTIFY as overbroad and unduly burdensome, as Apple Inc.'s definition of this term calls for responses to multiple discrete subparts thereby multiplying the number of interrogatories well beyond one for this singular interrogatory. For example, Apple Inc.'s definition of the term IDENTIFY in the context of this interrogatory would require Psystar to provide a multitude of discrete responses for each open source code, including:

     i.     the names of the source code file(s) and executable files(s);

     ii.    the version number of the software or code;

     iii.   the owner or licensor of the software or code;

     iv.   the dates which the software or code was used in PSYSTAR PRODUCTS;

     v.    the models of PSYSTAR PRODUCTS which used the software or code; and

     vi.   the present custodian.

Because custodians are included, PERSON is triggered, and thus is included within these subparts. Psystar would also be required to provide further responses pursuant to Apple Inc.'s instructions for each PERSON, including: stating his or her full name, any known aliases or pseudonyms, present or last known address (specify which), present or last known telephone number (specify which), and, where applicable, present or last known employer and address thereof, and present or last known job, position, or title of that individual.

Subject to and without waiving the foregoing objections, Psystar responds as follows: Apple protected binaries; by using the XNU kernel's translation services.

Dated: August 17, 2009

CAMARA & SIBLEY *LLP*

By: /s  K. A. D. Camara

K.A.D. CAMARA

Dated: August 17, 2009          WELKER & ROSARIO

By: /s  David Welker

DAVID WELKER

Attorneys for Defendant/Counterclaimant
PSYSTAR CORPORATION

# EXHIBIT 25

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. CV-08-03251-WHA |
| _Plaintiff,_ | **PSYSTAR CORPORATION'S RESPONSES TO COURT ORDERED INTERROGATORRIES (NOS. 1-15)** |
| v. | |
| PSYSTAR CORPORATION, | |
| _Defendants._ | |
| AND RELATED COUNTERCLAIMS | |

PROPOUNDING PARTY:     APPLE INC.

RESPONDING PARTY:     PSYSTAR CORPORATION

SET NO:     TWO (2)

Pursuant to the Court's Order of August 20, 2009 Psystar Corporation hereby responds to the Court-ordered Interrogatories (Nos. 1-15) as follows:

## OBJECTIONS AND RESPONSES TO COURT ORDERED INTERROGATORIES

### INTERROGATORY 1:

Do you admit Psystar used the AppleDecrypt kernal extension (AppleDecrypt.kext) as part of the software on Psystar computers sold to customers in order to allow Mac OS X to run on these non-Apple computers?

### RESPONSE:

Yes.

**INTERROGATORY 2:**

State the date(s) when Psystar destroyed the source code for the AppleDecrypt kernal extension (AppleDecrypt.kext).

**RESPONSE:**

Psystar objects that this interrogatory is outside the scope of the court-ordered interrogatories. In an effort to facilitate discovery, Pystar answers: Psystar has never possessed and therefore has never destroyed the source code for the AppleDecrypt kernel extension.

**INTERROGATORY 3:**

State the date(s) when Psystar destroyed the executable code for the AppleDecrypt kernal extension (AppleDecrypt.kext).

**RESPONSE:**

Psystar objects that this interrogatory is outside the scope of the court-ordered interrogatories because the court ordered an interrogatory about the destruction of the master copies, but not the destruction of the AppleDecrypt kernel extension. In an effort to facilitate discovery, Pystar answers: Psystar destroyed the AppleDecrypt kernel extension on those dates identified by interrogatory 14 for the destruction of the master copies.

**INTERROGATORY 4:**

State by model name, the number of Psystar computers that used the AppleDecrypt kernal extension (AppleDecrypt.kext).

1

**RESPONSE:**

All Psystar computers sold from the inception of the company until approximately

October 1, 2008.

**INTERROGATORY 5:**

Do you admit Psystar used the dsmos kernal extension (dsmos.kext) as part of the software

on Psystar computers sold to customers in order to allow Mac OS X to run on these non-Apple

computers?

**RESPONSE:**

Yes.

**INTERROGATORY 6:**

State the date(s) when Psystar destroyed the source code for the dsmos kernal extension

(dsmos.kext).

**RESPONSE:**

Psystar objects that this interrogatory is outside the scope of the court-ordered

interrogatories. In an effort to facilitate discovery, Pystar answers: Psystar has never possessed

and therefore has never destroyed the source code for the dsmos kernel extension.

**INTERROGATORY 7:**

State the date(s) when Psystar destroyed the executable code for the dsmos kernal

extension (dsmos.kext).

**RESPONSE:**

1   Psystar objects that this interrogatory is outside the scope of the court-ordered

2   interrogatories because the court ordered an interrogatory about the destruction of the

3   master copies, but not the destruction of the dsmos kernel extension. In an effort to facilitate

4   discovery, Pystar answers: Psystar destroyed the dsmos kernel extension on those dates

5   identified by interrogatory 14 for the destruction of the master copies.

6

7

8   **INTERROGATORY 8:**

9

10      State by model name, the number of Psystar computers that used the dsmos kernal

11  extension (dsmos.kext).

12  **RESPONSE:**

13      All Psystar computers sold from the inception of the company until approximately

14  October 1, 2008.

15

16

17  **INTERROGATORY 9:**

18      Do you admit Psystar used the Netkas bootloader as part of the software on Psystar

19  computers sold to customers in order to allow Mac OS X to run on these non-Apple computers?

20

21

22  **RESPONSE:**

23      Yes.

24

25  **INTERROGATORY 10:**

26      State the date(s) when Psystar destroyed the source code for the Netkas bootloader.

27

28

**RESPONSE:**

Psystar objects that this interrogatory is outside the scope of the court-ordered

interrogatories. In an effort to facilitate discovery, Pystar answers: Psystar has never

possessed and therefore has never destroyed the source code for the Netkas bootloader.

**INTERROGATORY 11:**

State the date(s) when Psystar destroyed the executable code for the Netkas bootloader.

**RESPONSE:**

Psystar objects that this interrogatory is outside the scope of the court-ordered

interrogatories because the court ordered an interrogatory about the destruction of the

master copies, but not the destruction of the Netkas bootloader. In an effort to facilitate

discovery, Pystar answers: Psystar destroyed the Netkas bootloader on those dates identified

by interrogatory 14 for the destruction of the master copies.

**INTERROGATORY 12:**

State by model name, the number of Psystar computers that used the Netkas bootloader.

**RESPONSE:**

All Psystar computers sold from the inception of the company until approximately

October 1, 2008.

**INTERROGATORY 13:**

For Psystar computers that run Mac OS X, identify each master copy of the disk image

used by Psystar on those computers that Psystar has destroyed, and state the version of Mac OS X, the bootloader and the decryption kernal extensions (including but not limited to AppleDecrypt.kext, dsmos.kext OpenCojones.kext) contained on that master copy.

**RESPONSE:**

All master copies created prior to the master copy dated September 4, 2008, were destroyed. The master copy dated September 4, 2008 was modified several times until the latest master copy was created in July 2009, to alter the hardware profile information stored on the master copy as Psystar updated the hardware included with its systems. No other changes were made to the master copies. The September 4, 2008 master copy contains OS X 10.5.4. The July 2009 master copy contains OS X 10.5.6.


**INTERROGATORY 14:**

State the date(s) when each of the mater copies identified in response to court-ordered Interrogatory No. 13 was destroyed.

**RESPONSE:**

All master copies created prior to the master copy dated September 4, 2008, were destroyed. The master copy dated September 4, 2008 was modified several times until the latest master copy was created in July 2009, to alter the hardware profile information stored on the master copy as Psystar updated the hardware included with its systems. No other changes were made to the master copies.


**INTERROGATORY 15:**

Do you admit that all Psystar computers sold from April 2008 through September 2008

PSYSTAR CORPORATION'S RESPONSES TO COURT ORDERED
INTERROGATORRIES (NOS. 1-15)                                                    - 6 -
CASE NO. CV 08-03251 WHA

with Mac OS X contained either AppleDecrypt or dsmos kernal extensions and the Netkas bootloader?

**RESPONSE:**

   Yes.


Dated: August 31, 2009

                                        CAMARA & SIBLEY *LLP*

                                        By:_/s___K. A. D. Camara_____
                                               K.A.D. CAMARA


Dated: August 31, 2009            WELKER & ROSARIO


                                        By:_/s__David Welker_____

                                        DAVID WELKER
                                        Attorneys for Defendant/Counterclaimant
                                        PSYSTAR CORPORATION

# EXHIBIT 26

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

ENGLISH

APPLE INC.
SOFTWARE LICENSE AGREEMENT FOR MAC OS X
Single Use and Family Pack License for use on Apple-labeled Systems

PLEASE READ THIS SOFTWARE LICENSE AGREEMENT ("LICENSE") CAREFULLY BEFORE USING THE APPLE SOFTWARE. BY USING THE APPLE SOFTWARE, YOU ARE
AGREEING TO BE BOUND BY THE TERMS OF THIS LICENSE. IF YOU DO NOT AGREE TO THE TERMS OF THIS LICENSE, DO NOT USE THE SOFTWARE. IF YOU DO NOT
AGREE TO THE TERMS OF THE LICENSE, YOU MAY RETURN THE APPLE SOFTWARE TO THE PLACE WHERE YOU OBTAINED IT FOR A REFUND. IF THE APPLE
SOFTWARE WAS ACCESSED ELECTRONICALLY, CLICK "DISAGREE/DECLINE". FOR APPLE SOFTWARE INCLUDED WITH YOUR PURCHASE OF HARDWARE, YOU MUST
RETURN THE ENTIRE HARDWARE/SOFTWARE PACKAGE IN ORDER TO OBTAIN A REFUND.

IMPORTANT NOTE: This software may be used to reproduce, modify, publish and distribute materials. It is licensed to you only for reproduction, modification,
publication and distribution of non-copyrighted materials, materials in which you own the copyright, or materials you are authorized or legally permitted to
reproduce, modify, publish or distribute. If you are uncertain about your right to copy, modify, publish or distribute any material, you should contact your legal
advisor.

1. General. The software (including Boot ROM code), documentation and any fonts accompanying this License whether preinstalled on Apple-labeled hardware, on disk, in
read only memory, on any other media or in any other form (collectively the "Apple Software") are licensed, not sold, to you by Apple Inc. ("Apple") for use only under the
terms of this License, and Apple reserves all rights not expressly granted to you. The rights granted herein are limited to Apple's and its licensors' intellectual property
rights in the Apple Software as licensed hereunder and do not include any other patents or intellectual property rights. You own the media on which the Apple Software is
recorded but Apple and/or Apple's licensor(s) retain ownership of the Apple Software itself. The terms of this License will govern any software upgrades provided by Apple
that replace and/or supplement the original Apple Software product, unless such upgrade is accompanied by a separate license in which case the terms of that license will
govern.

Title and intellectual property rights in and to any content displayed by or accessed through the Apple Software belongs to the respective content owner. Such content
may be protected by copyright or other intellectual property laws and treaties, and may be subject to terms of use of the third party providing such content. This License
does not grant you any rights to use such content nor does it guarantee that such content will continue to be available to you.

2. Permitted License Uses and Restrictions.
A. Single Use. This License allows you to install, use and run one (1) copy of the Apple Software on a single Apple-labeled computer at a time. You agree not to install, use
or run the Apple Software on any non-Apple-labeled computer, or to enable others to do so. This License does not allow the Apple Software to exist on more than one
computer at a time, and you may not make the Apple Software available over a network where it could be used by multiple computers at the same time.

B. Family Pack. If you have purchased a Mac OS X Family Pack, this License allows you to install and use one (1) copy of the Apple Software on up to a maximum of five (5)
Apple-labeled computers at a time as long as those computers are located in the same household and used by persons who occupy that same household. By "household"
we mean a person or persons who share the same housing unit such as a home, apartment, mobile home or condominium, but shall also extend to student members who
are primary residents of that household but residing at a separate on-campus location. The Family Pack License does not extend to business or commercial users.

C. You may make one copy of the Apple Software (excluding the Boot ROM code and other Apple firmware that is embedded or otherwise contained in Apple-labeled
hardware) in machine-readable form for backup purposes only; provided that the backup copy must include all copyright or other proprietary notices contained on the
original. Apple Boot ROM code and firmware is provided only for use on Apple-labeled hardware and you may not copy, modify or redistribute the Apple Boot ROM code or
firmware, or any portions thereof.

D. Certain components of the Apple Software, and third party open source programs included with the Apple Software, have been or may be made available by Apple on
its Open Source web site (http://www.opensource.apple.com/) (collectively the "Open-Sourced Components"). You may modify or replace only these Open-Sourced
Components; provided that: (i) the resultant modified Apple Software is used, in place of the unmodified Apple Software, on a single Apple-labeled computer; and (ii) you
otherwise comply with the terms of this License and any applicable licensing terms governing use of the Open-Sourced Components. Apple is not obligated to provide any
updates, maintenance, warranty, technical or other support, or services for the resultant modified Apple Software.

You expressly acknowledge that if failure or damage to Apple hardware results from modification of the Open-Sourced Components of the Apple Software, such failure or
damage is excluded from the terms of the Apple hardware warranty.

E. Apple has provided, as part of the Apple Software package, access to certain third party software as a convenience. To the extent that the Apple Software contains third
party software, Apple has no express or implied obligation to provide any technical or other support for such software. Please contact the appropriate software vendor or
manufacturer directly for technical support and customer service related to its software and products.

F. Except as and only to the extent permitted by applicable licensing terms governing use of the Open-Sourced Components, or by applicable law, you may not copy,
decompile, reverse engineer, disassemble, modify, or create derivative works of the Apple Software or any part thereof. THE APPLE SOFTWARE IS NOT INTENDED FOR USE
IN THE OPERATION OF NUCLEAR FACILITIES, AIRCRAFT NAVIGATION OR COMMUNICATION SYSTEMS, AIR TRAFFIC CONTROL SYSTEMS, LIFE SUPPORT MACHINES OR OTHER
EQUIPMENT IN WHICH THE FAILURE OF THE APPLE SOFTWARE COULD LEAD TO DEATH, PERSONAL INJURY, OR SEVERE PHYSICAL OR ENVIRONMENTAL DAMAGE.

G. If you use Setup/Migration Assistant to transfer software from one Apple-labeled computer to another Apple-labeled computer, please remember that continued use of
the original copy of the software may be prohibited once a copy has been transferred to another computer, unless you already have a licensed copy of such software on
both computers. You should check the relevant software license agreements for applicable terms and conditions.

3. Transfer. You may not rent, lease, lend, redistribute or sublicense the Apple Software. Subject to the restrictions set forth below, you may, however, make a one-time
permanent transfer of all of your license rights to the Apple Software (in its original form as provided by Apple) to another party, provided that: (a) the transfer must
include all of the Apple Software, including all its component parts (excluding Apple Boot ROM code and firmware), original media, printed materials and this License; (b)
you do not retain any copies of the Apple Software, full or partial, including copies stored on a computer or other storage device; and (c) the party receiving the Apple
Software reads and agrees to accept the terms and conditions of this License. You may not rent, lease, lend, redistribute, sublicense or transfer any Apple Software that
has been modified or replaced under Section 2D above. All components of the Apple Software are provided as part of a bundle and may not be separated from the bundle
and distributed as standalone applications. Apple Software provided with a particular Apple-labeled hardware product may not run on other models of Apple-labeled
hardware.

Updates: If an Apple Software update completely replaces (full install) a previously licensed version of the Apple Software, you may not use both versions of the Apple
Software at the same time nor may you transfer them separately.

NFR (Not for Resale) and Evaluation Copies: Notwithstanding other sections of this License, Apple Software labeled or otherwise provided to you on a promotional or
not-for-resale basis may only be used for demonstration, testing and evaluation purposes and may not be resold or transferred.

Apple System Restore Copies: Restore CDs or DVDs that may accompany an Apple hardware bundle, or are otherwise provided by Apple in connection with an Apple
hardware bundle, contain a copy of the Apple Software that is to be used for diagnostic and restorative purposes only. These CDs and DVDs may be resold or transferred
only as part of the Apple hardware bundle.

Academic Copies: If the Apple Software package has an academic label or if you acquired the Apple Software at an academic discount, you must be an Eligible Educational
End User to use the Apple Software. "Eligible Educational End Users" means students, faculty, staff and administration attending and/or working at an educational
institutional facility (i.e., college campus, public or private K–12 schools).

4. Consent to Use of Data. You agree that Apple and its subsidiaries may collect and use technical and related information, including but not limited to technical
information about your computer, system and application software, and peripherals, that is gathered periodically to facilitate the provision of software updates, product
support and other services to you (if any) related to the Apple Software, and to verify compliance with the terms of this License. Apple may use this information, as long as
it is in a form that does not personally identify you, to improve our products or to provide services or technologies to you.

5. Termination. This License is effective until terminated. Your rights under this License will terminate automatically without notice from Apple if you fail to comply with
any term(s) of this License. Upon the termination of this License, you shall cease all use of the Apple Software and destroy all copies, full or partial, of the Apple Software.

APP_PSY0002759

**6. Limited Warranty on Media.** Apple warrants the media on which the Apple Software is recorded and delivered by Apple to be free from defects in materials and workmanship under normal use for a period of ninety (90) days from the date of original retail purchase. Your exclusive remedy under this Section shall be, at Apple's option, a refund of the purchase price of the product containing the Apple Software or replacement of the Apple Software which is returned to Apple or an Apple authorized representative with a copy of the receipt. THIS LIMITED WARRANTY AND ANY IMPLIED WARRANTIES ON THE MEDIA INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, OF SATISFACTORY QUALITY, AND OF FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF ORIGINAL RETAIL PURCHASE. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. THE LIMITED WARRANTY SET FORTH HEREIN IS THE ONLY WARRANTY MADE TO YOU AND IS PROVIDED IN LIEU OF ANY OTHER WARRANTIES (IF ANY) CREATED BY ANY DOCUMENTATION, PACKAGING OR OTHERWISE. THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY BY JURISDICTION.

**7. Disclaimer of Warranties.** YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT USE OF THE APPLE SOFTWARE IS AT YOUR SOLE RISK AND THAT THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY AND EFFORT IS WITH YOU. EXCEPT FOR THE LIMITED WARRANTY ON MEDIA SET FORTH ABOVE AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE APPLE SOFTWARE AND ANY SERVICES PERFORMED OR PROVIDED BY THE APPLE SOFTWARE ("SERVICES") ARE PROVIDED "AS IS", WITH ALL FAULTS AND WITHOUT WARRANTY OF ANY KIND, AND APPLE AND APPLE'S LICENSORS (COLLECTIVELY REFERRED TO AS "APPLE" FOR THE PURPOSES OF SECTIONS 7 and 8) HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH RESPECT TO THE APPLE SOFTWARE AND ANY SERVICES, EITHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES AND/OR CONDITIONS OF MERCHANTABILITY, OF SATISFACTORY QUALITY, OF FITNESS FOR A PARTICULAR PURPOSE, OF ACCURACY, OF QUIET ENJOYMENT, AND NON-INFRINGEMENT OF THIRD PARTY RIGHTS. APPLE DOES NOT WARRANT AGAINST INTERFERENCE WITH YOUR ENJOYMENT OF THE APPLE SOFTWARE, THAT THE FUNCTIONS CONTAINED IN, OR SERVICES PERFORMED OR PROVIDED BY, THE APPLE SOFTWARE WILL MEET YOUR REQUIREMENTS, THAT THE OPERATION OF THE APPLE SOFTWARE OR SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT THE APPLE SOFTWARE OR SERVICES WILL BE COMPATIBLE WITH THIRD PARTY SOFTWARE, OR THAT DEFECTS IN THE APPLE SOFTWARE OR SERVICES WILL BE CORRECTED. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY APPLE OR AN APPLE AUTHORIZED REPRESENTATIVE SHALL CREATE A WARRANTY. SHOULD THE APPLE SOFTWARE OR SERVICES PROVE DEFECTIVE, YOU ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS ON APPLICABLE STATUTORY RIGHTS OF A CONSUMER, SO THE ABOVE EXCLUSION AND LIMITATIONS MAY NOT APPLY TO YOU.

The Apple Software automatically references, displays, links to, and provides web services related to, sites and information located worldwide throughout the Internet. Because Apple has no control over such sites and information, Apple makes no guarantees as to such sites and information, including but not limited to: (a) the accuracy, availability, sequence, completeness, currency, content, validity or quality of any such sites and information, or (b) whether an Apple search completed through the Apple Software may locate unintended or objectionable content. Because some of the content on the Internet consists of material that is adult-oriented or otherwise objectionable to some people or viewers under the age of 18, the results of any search or entering of a particular URL using the Apple Software may automatically and unintentionally generate links or references to objectionable material. By using the Apple Software, you acknowledge that Apple makes no representations or warranties with regard to any sites or information displayed by or accessed through the Apple Software, or any web services performed by the Apple Software in relation to such sites or information. Apple, its officers, affiliates and subsidiaries shall not, directly or indirectly, be liable, in any way, to you or any other person for the content you receive using the Apple Software or for any inaccuracies, errors in or omissions from the content. Financial information displayed by the Apple Software is for general informational purposes only and is not intended to be relied upon as investment advice. Before executing any securities transaction based upon information obtained through the Apple Software, you should consult with a financial professional. Neither Apple nor any of its content providers guarantees the accuracy, completeness, or timeliness of stock information appearing within the Apple Software. The Apple Software may be used to conduct automated translations. As automated translations are performed by software tools and do not involve any human intervention or verification, it is not advisable to rely upon such translations where absolute accuracy is required. Backup functions performed by the Apple Software are only carried out at certain times and are subject to hardware limitations such as drive storage capacity.

Apple and its licensors reserve the right to change, suspend, remove, or disable access to any Services at any time without notice. In no event will Apple be liable for the removal of or disabling of access to any such Services. Apple may also impose limits on the use of or access to certain Services, in any case and without notice or liability.

**8. Limitation of Liability.** TO THE EXTENT NOT PROHIBITED BY LAW, IN NO EVENT SHALL APPLE BE LIABLE FOR PERSONAL INJURY, OR ANY INCIDENTAL, SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, LOSS OF DATA, BUSINESS INTERRUPTION OR ANY OTHER COMMERCIAL DAMAGES OR LOSSES, ARISING OUT OF OR RELATED TO YOUR USE OR INABILITY TO USE THE APPLE SOFTWARE, HOWEVER CAUSED, REGARDLESS OF THE THEORY OF LIABILITY (CONTRACT, TORT OR OTHERWISE) AND EVEN IF APPLE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OF LIABILITY FOR PERSONAL INJURY, OR OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THIS LIMITATION MAY NOT APPLY TO YOU. In no event shall Apple's total liability to you for all damages (other than as may be required by applicable law in cases involving personal injury) exceed the amount of fifty dollars ($50.00). The foregoing limitations will apply even if the above stated remedy fails of its essential purpose.

**9. Digital Certificates.**
General. The Apple Software contains functionality that allows it to accept digital certificates either issued from Apple or from third parties. YOU ARE SOLELY RESPONSIBLE FOR DECIDING WHETHER OR NOT TO RELY ON A CERTIFICATE WHETHER ISSUED BY APPLE OR A THIRD PARTY. YOUR USE OF DIGITAL CERTIFICATES IS AT YOUR SOLE RISK. APPLE MAKES NO WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, ACCURACY, SECURITY, OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS WITH RESPECT TO DIGITAL CERTIFICATES. You agree that (a) you will not falsify or misuse any certificate; (b) you will use Digital Certificates for legal purposes only and in accordance with any applicable Certificate Policy, Certificate Practice Statement or other Certificate Authority business practice disclosures; (c) you are solely responsible for preventing any unauthorized user from making use of your Digital Certificates; and (d) you will revoke any certificate that you have reason to believe has been compromised.

Use of Digital Certificates in iChat. The Apple Software allows you to encrypt your iChat communications. This feature uses digital certificates to verify that the iChat is coming from the iChat screen name that appears in the iChat window and to encrypt and decrypt the chat. It does not verify the identity of the person using that screen name. Apple does not guarantee that there will be no hacking or intrusions into the chat. YOUR USE OF THIS FEATURE IN CONNECTION WITH ICHAT IS AT YOUR SOLE RISK. APPLE MAKES NO WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, ACCURACY, SECURITY, OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS WITH RESPECT TO THE USE OF DIGITAL CERTIFICATES AND/OR ENCRYPTION IN ICHAT. By using the Apple Software, you agree that (a) you will take no action that interferes with the normal operation of digital certificates or encryption used in an iChat session or otherwise falsify the digital certificate used to validate a screen name; (b) you will use the encrypted iChat function solely for legal purposes; (c) you are solely responsible for preventing any unauthorized user from having access to any certificate or private key stored on your computer; and (d) you will revoke any certificate that you have reason to believe is compromised. Apple's Certificate Policy and Certificate Practice Statements may be found at: http://www.apple.com/certificateauthority.

**10. Export Control.** You may not use or otherwise export or reexport the Apple Product except as authorized by United States law and the laws of the jurisdiction in which the Apple Product was obtained. In particular, but without limitation, the Apple Product may not be exported or re-exported (a) into any U.S. embargoed countries or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Department of Commerce Denied Person's List or Entity List. By using the Apple Product, you represent and warrant that you are not located in any such country or on any such list.

**11. Government End Users.** The Apple Software and related documentation are "Commercial Items", as that term is defined at 48 C.F.R. §2.101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation", as such terms are used in 48 C.F.R. §12.212 or 48 C.F.R. §227.7202, as applicable. Consistent with 48 C.F.R. §12.212 or 48 C.F.R. §227.7202-1 through 227.7202-4, as applicable, the Commercial Computer Software and Commercial Computer Software Documentation are being licensed to U.S. Government end users (a) only as Commercial Items and (b) with only those rights as are granted to all other end users pursuant to the terms and conditions herein. Unpublished-rights reserved under the copyright laws of the United States.

**12. Controlling Law and Severability.** This License will be governed by and construed in accordance with the laws of the State of California, as applied to agreements entered into and to be performed entirely within California between California residents. This License shall not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded. If for any reason a court of competent jurisdiction finds any provision, or portion thereof, to be unenforceable, the remainder of this License shall continue in full force and effect.

**13. Complete Agreement; Governing Language.** This License constitutes the entire agreement between the parties with respect to the use of the Apple Software licensed hereunder and supersedes all prior or contemporaneous understandings regarding such subject matter. No amendment to or modification of this License will be binding unless in writing and signed by Apple. Any translation of this License is done for local requirements and in the event of a dispute between the English and any non-English versions, the English version of this License shall govern.

**14. Third Party Acknowledgements.**
A. Portions of the Apple Software utilize or include third party software and other copyrighted material. Acknowledgements, licensing terms and disclaimers for such material are contained in the "online" electronic documentation for the Apple Software, and your use of such material is governed by their respective terms.

B. Certain software libraries and other third party software included with the Apple Software are free software and licensed under the terms of the GNU General Public License (GPL) or the GNU Library/Lesser General Public License (LGPL), as the case may be. You may obtain a complete machine-readable copy of the source code for such free software under the terms of the GPL or LGPL, as the case may be, without charge except for the cost of media, shipping, and handling, upon written request to Apple.

APP_PSY0002760

The GPL/LGPL software is distributed in the hope that it will be useful, but WITHOUT ANY WARRANTY, without even the implied warranty of MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE. A copy of the GPL and LGPL is included with the Apple Software.

C. The Apple Software includes certain software licensed under the IBM Public License Version 1.0 (IPL) or the Common Public License Version 1.0 (CPL). A copy of the source code for the IPL and CPL licensed software may be found in Apple's Open Source repository. See Apple's Open Source web site (http:// www.opensource.apple.com/) for information on how to obtain the source code. THE IPL AND CPL SOFTWARE IS PROVIDED ON AN "AS IS" BASIS, WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, EITHER EXPRESS OR IMPLIED INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OR CONDITIONS OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NEITHER APPLE, IBM NOR ANY OTHER CONTRIBUTOR TO THE IPL AND CPL SOFTWARE SHALL HAVE ANY LIABILITY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES INCLUDING, WITHOUT LIMITATION, LOST PROFITS), HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OR DISTRIBUTION OF THE IPL AND CPL SOFTWARE OR THE EXERCISE OF ANY RIGHTS GRANTED HEREUNDER, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

D. MPEG-2 Notice. To the extent that the Apple Software contains MPEG-2 functionality, the following provision applies: ANY USE OF THIS PRODUCT OTHER THAN CONSUMER PERSONAL USE IN ANY MANNER THAT COMPLIES WITH THE MPEG-2 STANDARD FOR ENCODING VIDEO INFORMATION FOR PACKAGED MEDIA IS EXPRESSLY PROHIBITED WITHOUT A LICENSE UNDER APPLICABLE PATENTS IN THE MPEG-2 PATENT PORTFOLIO, WHICH LICENSE IS AVAILABLE FROM MPEG LA, L.L.C, 250 STEELE STREET, SUITE 300, DENVER, COLORADO 80206.

E. Use of MPEG-4. This product is licensed under the MPEG-4 Systems Patent Portfolio License for encoding in compliance with the MPEG-4 Standard, except that an additional license and payment of royalties are necessary for encoding in connection with (i) data stored or replicated in physical media which is paid for on a title by title basis and/or (ii) data which is paid for on a title by title basis and is transmitted to an end user for permanent storage and/or use. Such additional license may be obtained from MPEG LA, LLC. See http://www.mpegla.com for additional details.

This product is licensed under the MPEG-4 Visual Patent Portfolio License for the personal and non-commercial use of a consumer for (i) encoding video in compliance with the MPEG-4 Visual Standard ("MPEG-4 Video") and/or (ii) decoding MPEG-4 video that was encoded by a consumer engaged in a personal and non-commercial activity and/or was obtained from a video provider licensed by MPEG LA to provide MPEG-4 video. No license is granted or shall be implied for any other use.

Additional information including that relating to promotional, internal and commercial uses and licensing may be obtained from MPEG LA, LLC. See http: // www.mpegla.com. For answers to frequently asked questions regarding use fees under the MPEG LA Visual Patent Portfolio License see www.apple.com/mpeg4 or www.apple.com/quicktime/products/qt/faq.html.

F. H.264/AVC Notice. To the extent that the Apple Software contains AVC encoding and/or decoding functionality, commercial use of H.264/AVC requires additional licensing and the following provision applies: THE AVC FUNCTIONALITY IN THIS PRODUCT IS LICENSED HEREIN ONLY FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (i) ENCODE VIDEO IN COMPLIANCE WITH THE AVC STANDARD ("AVC VIDEO") AND/OR (ii) DECODE AVC VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY AND/OR AVC VIDEO THAT WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE AVC VIDEO. INFORMATION REGARDING OTHER USES AND LICENSES MAY BE OBTAINED FROM MPEG LA L.L.C. SEE HTTP://WWW.MPEGLA.COM.

G. AMR Notice. The Adaptive Multi-Rate ("AMR") encoding and decoding functionality in this product is not licensed to perform cellular voice calls, or for use in any telephony products built on the QuickTime architecture for the Windows platform. The AMR encoding and decoding functionality in this product is also not licensed for use in a cellular communications infrastructure including: base stations, base station controllers/radio network controllers, switching centers, and gateways to and from the public switched network.

H. FAA Notice. Aircraft Situation Display and National Airspace System Status Information data (collectively "Flight Data") displayed through the Apple Software is generated by the Federal Aviation Administration. You agree not to redistribute Flight Data without the prior written consent of the FAA. The FAA and Apple disclaim all warranties, expressed or implied (including the implied warranties of merchantability and fitness for a particular purpose), regarding the use and accuracy of the Flight Data. You agree that the FAA and Apple shall not be liable, either collectively or individually, for any loss, damage, claim, liability, expense, or penalty, or for any indirect, special, secondary, incidental, or consequential damages deriving from the use of the Flight Data. The Apple Software is not sponsored or endorsed by the FAA. The FAA is not responsible for technical or system problems, and you should not contact the FAA regarding such problems or regarding operational traffic flow issues.

I. Use of Adobe Color Profiles. You may use the Adobe Color Profile software included with the Apple Software pursuant to this License, but Adobe is under no obligation to provide any support for the Color Profiles hereunder, including upgrades or future versions of the Profiles or other items. In addition to the provisions of Sections 7 and 8 above, IN NO EVENT WILL ADOBE BE LIABLE TO YOU FOR ANY DAMAGES, CLAIMS OR COSTS WHATSOEVER. The Adobe Color Profile software distributed with the Apple Software is also available for download from Adobe at www.adobe.com.

EA0390
Rev. 8–14–07

# EXHIBIT 27

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on June 22, 2001 a claim to copyright a work identified as **MAC OS X** was registered under number **TX 5-401-457**. The work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER,** that the attached is an additional certificate for this work; it is identical to the original certificate issued in 2001.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on July 28, 2009.

Marybeth Peters
Register of Copyrights

By: Rosemary J. Kelly
Head
Records Research and Certification
Section
Information and Records
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page
· See detailed instructions. · Sign the form at line 8.

Page 1 of ___ pages

Additional certificate (17 U.S.C. 706)
# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

TX 5-401-457



EFFECTIVE DATE OF REGISTRATION

**JUN 2 2 2001**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Mac OS X

**PREVIOUS OR ALTERNATIVE TITLES ▼**

N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared.      **Title of Collective Work ▼**

N/A

| If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|
| N/A | | | |

## 2

**NAME OF AUTHOR ▼**

Apple Computer, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼
N/A

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work.

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**NAME OF AUTHOR ▼**

N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED** This information
2001      ◀ Year must be given
in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information   Month▶ March   Day▶ 24   Year▶ 2001
ONLY if this work
has been published.      U.S.A.      ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as
the author given in space 2. ▼

Apple Computer, Inc.
1 Infinite Loop
Cupertino, CA 95014

**APPLICATION RECEIVED**
JUN 22 2001
**ONE DEPOSIT RECEIVED**
JUN 22 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

See instructions
before completing
this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

N/A

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

APP_PSY0050612

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Mac OS X Public Beta and previous versions of operating system software, code-named "Rhapsody".

See instructions before completing this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and revised computer software.

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                Account Number ▼

Apple Computer, Inc.                    DA 064823

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Sue Runfola
Apple Computer, Inc.
1 Infinite Loop, MS: 3-TM
Cupertino, CA 95014

Area code and daytime telephone number ▶ 408/974-9994          Fax number ▶ 408/974-2155
Email ▶
runfola@apple.com

CERTIFICATION* I, the undersigned, hereby certify that I am the
                                          ☐ author
                                          ☐ other copyright claimant
Check only one ▶                          ☐ owner of exclusive right(s)
                                          ☑ authorized agent of Apple Computer, Inc.
of the work identified in this application and that the statements made    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Sue Runfola                                              Date ▶ June 20, 2001

Handwritten signature (X) ▼
X _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Certificate will be mailed in window envelope to this address:

Name ▼
Apple Computer, Inc. Attn: Sue Runfola

Number/Street/Apt ▼
1 Infinite Loop, MS: 3-TM

City/State/ZIP ▼
Cupertino, CA 95014

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000          ☐ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/49

# EXHIBIT 28

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**



LIBRARY OF CONGRESS

Copyright Office
of the United States

WASHINGTON, D.C.

THIS IS TO CERTIFY that on January 24, 2008 a claim to copyright a work identified as **MAC OS X LEOPARD VERSION 10.5** was registered under number **TX 6-849-489**. The work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

THIS IS TO CERTIFY FURTHER, that the attached is an additional certificate for this work; it is identical to the original certificate issued in 2008.

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on July 28, 2009.

Marybeth Peters
Register of Copyrights

By: Rosemary J. Kelly
Head
Records Research and Certification
Section
Information and Records
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

APP_PSY0050614

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

TX 6-849-489

**Effective date of registration:**

January 24, 2008

## Title

**Title of Work:** Mac OS X Leopard Version 10.5

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 26, 2007        **Nation of 1st Publication:** United States

## Author

- **Author:** Apple Inc.

  **Author Created:** new and revised text, illustrations and compilation; new and revised computer program

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No                                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Apple Inc.

1 Infinite Loop, Cupertino, CA 95014

## Limitation of copyright claim

**Material excluded from this claim:** Previous versions of "Mac OS" and "Mac OS X" operating system software code

**Previously registered:** Yes

**Previous registration and year:** TX-6-325-148    2006

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** new and revised text, illustrations and compilation; new and revised computer program

## Certification

APP_PSY0050615



Registration #: TX0006849489

Service Request #: 1-34439257

Apple Inc.
1 Infinite Loop, MS: 3-TM
Cupertino, CA 95014

APP_PSY0050616

# EXHIBIT 29

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on March 29, 2006 a claim to copyright a work identified as **DON'T STEAL MAC OS** was registered under number **TX 6-336-643**. The work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate for this work; it is identical to the original certificate issued in 2006.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on July 28, 2009.

Marybeth Peters
Register of Copyrights

By: Rosemary J. Kelly
Head
Records Research and Certification
Section
Information and Records
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page. · See detailed instructions. · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

APP_PSY0050608

Additional certificate (17 U.S.C. 706)
# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-335-643**

TX          TXU
EFFECTIVE DATE OF REGISTRATION

3        29        06
Month      Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Don't Steal Mac OS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**

Apple Computer, Inc

**DATES OF BIRTH AND DEATH**
**Year Born ▼**    **Year Died ▼**

Was this contribution to the work a
"work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO**
**THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text.

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
**Year Born ▼**    **Year Died ▼**

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO**
**THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
**Year Born ▼**    **Year Died ▼**

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO**
**THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS**
**WORK WAS COMPLETED**
2006    ◀ Year In all cases.

This information
must be given

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information    Month ▶ Jan    Day ▶ 10    Year ▶ 2006
ONLY if this work
has been published.    USA    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as
the author given in space 2. ▼
Apple Computer, Inc.
1 Infinite Loop, MS:3-TM
Cupertino, CA 95014

See instructions
before completing
this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAR 29 2006

ONE DEPOSIT RECEIVED
MAR 29 2006

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

APP_PSY0050609

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶          **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                    **Account Number** ▼

    Apple Computer, Inc.                    DA 064823

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  **Name/Address/Apt/City/State/ZIP** ▼
    Apple Computer, Inc.
    Attn: Sue Runfola Carroll
    1 Infinite Loop, MS:3-TM
    Cupertino, CA  95014
Area code and daytime telephone number ▶ (408) 974-9994          Fax number ▶ (408) 974-2155
Email ▶ carroll@apple.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                        ☐ author
                            Check only one ▶  ☐ other copyright claimant
                                        ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☒ authorized agent of ___ Apple Computer, Inc. ___
by me in this application are correct to the best of my knowledge.        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

    Sue Runfola Carroll                                    Date ▶ March 29, 2006

    Handwritten signature (X) ▼
☞ X _ Sue Runfola Carroll _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
    Apple Computer, Inc.  Attn: Sue Runfola Carroll
Number/Street/Apt ▼
    1 Infinite Loop, MS:3-TM
City/State/ZIP ▼
    Cupertino, CA  95014

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order   As of
   payable to Register of Copyrights    July 1,
3. Deposit material    1999,
                        the
                        filing
Library of Congress    fee for
Copyright Office    Form TX
101 Independence Avenue, S.E.    is $30.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

APP_PSY0050610

# EXHIBIT 30

MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES

**MICROSOFT SOFTWARE LICENSE TERMS**

**WINDOWS VISTA HOME BASIC**

**WINDOWS VISTA HOME PREMIUM**

**WINDOWS VISTA ULTIMATE**

These license terms are an agreement between you and

- the device manufacturer that distributes the software with the device, or

- the software installer that distributes the software with the device.

Please read them. They apply to the software named above, which includes the media on which you received it, if any. Printed paper license terms, which may come with the software, take the place of any on-screen license terms. The terms also apply to any Microsoft

- updates,

- supplements,

- Internet-based services, and

- support services

for this software, unless other terms accompany those items. If so, those terms apply. If you obtain updates or supplements directly from Microsoft, Microsoft and not the manufacturer or installer, licenses those to you.

**By using the software, you accept these terms. If you do not accept them, do not use the software. Instead, contact the manufacturer or installer to determine their return policy for a refund or credit.**

**As described below, using the software also operates as your consent to the transmission of certain computer information during activation, validation and for Internet-based services.**

**If you comply with these license terms, you have the rights below for each license you acquire.**

1. **OVERVIEW.**

   a. **Software.** The software includes desktop operating system software. This software does not include Windows Live services. Windows Live is a service available from Microsoft under a separate agreement.

   b. **License Model.** The software is licensed on a per copy per device basis.

   c. **Edition Specific Rights.** See the Additional License Terms sections at the end of this agreement for license terms that apply to specific editions of the software.

APP_PSY0038972

2. **INSTALLATION AND USE RIGHTS.** The software license is permanently assigned to the device with which you acquired the software. That device is the "licensed device." A hardware partition is considered to be a separate device.

   a. **Licensed Device.** You may install one copy of the software on the licensed device. You may use the software on up to two processors on that device at one time. You may not use the software on any other device.

   b. **Number of Users.** Except as provided in the Device Connections (all editions), Remote Access Technologies (Home Basic and Home Premium editions) and Other Access Technologies (Ultimate edition) sections below, only one user may use the software at a time.

   c. **Alternative Versions.** The software may include more than one version, such as 32-bit and 64-bit. You may use only one version at one time. If manufacturer or installer provides you with a one-time selection between language versions, you may use only the one language version you select.

3. **ADDITIONAL LICENSING REQUIREMENTS AND/OR USE RIGHTS.**

   a. **Multiplexing**. Hardware or software you use to

      · pool connections, or

      · reduce the number of devices or users that directly access or use the software

      (sometimes referred to as "multiplexing" or "pooling"), does not reduce the number of licenses you need.

   b. **Font Components.** While the software is running, you may use its fonts to display and print content. You may only

      · embed fonts in content as permitted by the embedding restrictions in the fonts; and

      · temporarily download them to a printer or other output device to print content.

   c. **Icons, images and sounds.** While the software is running, you may use but not share its icons, images, sounds, and media.

4. **MANDATORY ACTIVATION.**

   Activation associates the use of the software with a specific device. During activation, the software will send information about the software and the device to Microsoft. This information includes the version, language and product key of the software, the Internet protocol address of the device, and information derived from the hardware configuration of the device. For more information, see http://go.microsoft.com/fwlink/?linkid=69497. By using the software, you consent to the transmission of this information. Before you activate, you have the right to use the version of the software installed during the installation process. Your right to use the software after the time specified in the installation process is limited unless it is activated. This is to prevent its unlicensed use. **You will not be able to continue using the software after that time if you do not activate it.** If the device is connected to the Internet, the software may automatically connect to Microsoft for activation. You can also activate the software manually by Internet or telephone. If you

do so, Internet and telephone service charges may apply. Some changes to your computer components or the software may require you to reactivate the software. If the manufacturer or installer activated the software for you, you may not be asked to activate the software when you first use it. **The software will remind you to activate it until you do.**

5. **VALIDATION.**

   a. The software will from time to time validate the software, update or require download of the validation feature of the software. Validation verifies that the software has been activated and is properly licensed. Validation also permits you to use certain features of the software or to obtain additional benefits. For more information, see http://go.microsoft.com/fwlink/?linkid=39157.

   b. During a validation check, the software will send information about the software and the device to Microsoft. This information includes the version and product key of the software, and the Internet protocol address of the device. Microsoft does not use the information to identify or contact you. By using the software, you consent to the transmission of this information. For more information about validation and what is sent during a validation check, see http://go.microsoft.com/fwlink/?linkid=69500.

   c. If, after a validation check, the software is found not to be properly licensed, the functionality of the software may be affected. For example, you may

      · need to reactivate the software, or

      · receive reminders to obtain a properly licensed copy of the software,

      or you may not be able to

      · use or continue to use some of the features of the software, or

      · obtain certain updates or upgrades from Microsoft.

   d. You may only obtain updates or upgrades for the software from Microsoft or authorized sources. For more information on obtaining updates from authorized sources see http://go.microsoft.com/fwlink/?linkid=69502.

6. **POTENTIALLY UNWANTED SOFTWARE**. If turned on, Windows Defender will search your computer for "spyware," "adware" and other potentially unwanted software. If it finds potentially unwanted software, the software will ask you if you want to ignore, disable (quarantine) or remove it. Any potentially unwanted software rated "high" or "severe," which will automatically be removed after scanning unless you change the default setting. Removing or disabling potentially unwanted software may result in

   · other software on your computer ceasing to work, or

   · your breaching a license to use other software on your computer.

   By using this software, it is possible that you will also remove or disable software that is not potentially unwanted software.

7. **INTERNET-BASED SERVICES.** Microsoft provides Internet-based services with the

APP_PSY0038974

software.   It may change or cancel them at any time.

a. **Consent for Internet-Based Services.**   The software features described below and in the Windows Vista Privacy Statement connect to Microsoft or service provider computer systems over the Internet.   In some cases, you will not receive a separate notice when they connect.   You may switch off these features or not use them.   For more information about these features, see the Windows Vista Privacy Statement at http://go.microsoft.com/fwlink/?linkid=20615.   **By using these features, you consent to the transmission of this information.**   Microsoft does not use the information to identify or contact you.

Computer Information.   The following features use Internet protocols, which send to the appropriate systems computer information, such as your Internet protocol address, the type of operating system, browser and name and version of the software you are using, and the language code of the device where you installed the software.   Microsoft uses this information to make the Internet-based services available to you.

- Windows Update Feature.   You may connect new hardware to your device.   Your device may not have the drivers needed to communicate with that hardware.   If so, the update feature of the software can obtain the correct driver from Microsoft and install it on your device.   You can switch off this update feature.

- Web Content Features.   Features in the software can retrieve related content from Microsoft and provide it to you.   Examples of these features are clip art, templates, online training, online assistance and Appshelp.   You may choose not to use these web content features.

- Digital Certificates.   The software uses digital certificates.   These digital certificates confirm the identity of Internet users sending X.509 standard encrypted information.   They also can be used to digitally sign files and macros, and to verify the integrity and origin of the file contents.   The software retrieves certificates and updates certificate revocation lists over the Internet, when available.

- Auto Root Update.   The Auto Root Update feature updates the list of trusted certificate authorities.   You can switch off the Auto Root Update feature.

- Windows Media Digital Rights Management.   Content owners use Windows Media digital rights management technology (WMDRM) to protect their intellectual property, including copyrights.   This software and third party software use WMDRM to play and copy WMDRM-protected content.   If the software fails to protect the content, content owners may ask Microsoft to revoke the software's ability to use WMDRM to play or copy protected content.   Revocation does not affect other content.   When you download licenses for protected content, you agree that Microsoft may include a revocation list with the licenses.   Content owners may require you to upgrade WMDRM to access their content.   Microsoft software that includes WMDRM will ask for your consent prior to the upgrade.   If you decline an upgrade, you will not be able to access content that requires the upgrade.   You may switch off WMDRM features that access the Internet.   When these features are off, you can still play content for which you have a valid license.

- Windows Media Player.   When you use Windows Media Player, it checks with Microsoft for

APP_PSY0038975

- compatible online music services in your region;

- new versions of the player; and

- codecs if your device does not have the correct ones for playing content.

You can switch off this last feature. For more information, go to
http://go.microsoft.com/fwlink/?linkid=44073.

- Malicious Software Removal/Clean On Upgrade. Before installation of the software,
the software will check and remove certain malicious software listed at
http://www.support.microsoft.com/?kbid=890830 ("Malware") from your device.
When the software checks your device for Malware, a report will be sent to Microsoft
about any Malware detected or errors that occurred while the software was checking
for Malware. No information that can be used to identify you is included in the
report. You may disable the software's Malware reporting functionality by following
the instructions found at http://www.support.microsoft.com/?kbid=890830.

- Network Connectivity Status Icon. This feature determines whether a system is
connected to a network by either passive monitoring of network traffic or active DNS
or HTTP queries. The query only transfers standard TCP/IP or DNS information for
routing purposes. You can switch off the active query feature through a registry
setting.

- Windows Time Service. This service synchronizes with www.time.windows.com
once a week to provide your computer with the correct time. You can turn this
feature off or choose your preferred time source within the Date and Time Control
Panel applet. The connection uses standard NTP protocol.

- IPv6 Network Address Translation (NAT) Traversal service (Teredo). This feature
helps existing home Internet gateway devices transition to IPv6. IPv6 is next
generation Internet protocol. It helps enable end-to-end connectivity often needed
by peer-to-peer applications. To do so, each time you start up the software the
Teredo client service will attempt to locate a public Teredo Internet service. It does
so by sending a query over the Internet. This query only transfers standard Domain
Name Service information to determine if your computer is connected to the Internet
and can locate a public Teredo service. If you

- use an application (e.g. Windows Meeting Space) that needs IPv6 connectivity or

- configure your firewall to always enable IPv6 connectivity

by default standard Internet Protocol information will be sent to the Teredo service
at Microsoft at regular intervals. No other information is sent to Microsoft. You can
change this default to use non-Microsoft servers. You can also switch off this
feature using a command line utility named "netsh".

b. **Use of Information.** Microsoft may use the computer information, error reports, and
Malware reports to improve our software and services. We may also share it with
others, such as hardware and software vendors. They may use the information to
improve how their products run with Microsoft software.

c. **Misuse of Internet-based Services**. You may not use these services in any way that

could harm them or impair anyone else's use of them.    You may not use the services to try to gain unauthorized access to any service, data, account or network by any means.

8. **SCOPE OF LICENSE.**    The software is licensed, not sold.    This agreement only gives you some rights to use the software.    The manufacturer or installer and Microsoft reserve all other rights.    Unless applicable law gives you more rights despite this limitation, you may use the software only as expressly permitted in this agreement.    In doing so, you must comply with any technical limitations in the software that only allow you to use it in certain ways.    For more information, see the software documentation.    You may not

- work around any technical limitations in the software;

- reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits, despite this limitation;

- use components of the software to run applications not running on the software;

- make more copies of the software than specified in this agreement or allowed by applicable law, despite this limitation;

- publish the software for others to copy;

- rent, lease or lend the software; or

- use the software for commercial software hosting services.

9. **MICROSOFT .NET BENCHMARK TESTING**.    The software includes one or more components of the .NET Framework 3.0 (".NET Components").    You may conduct internal benchmark testing of those components.    You may disclose the results of any benchmark test of those components, provided that you comply with the conditions set forth at http://go.microsoft.com/fwlink/?LinkID=66406.    Notwithstanding any other agreement you may have with Microsoft, if you disclose such benchmark test results, Microsoft shall have the right to disclose the results of benchmark tests it conducts of your products that compete with the applicable .NET Component, provided it complies with the same conditions set forth at http://go.microsoft.com/fwlink/?LinkID=66406.

10. **BACKUP COPY**.    You may make one backup copy of the software media.    You may use it only to reinstall the software.

11. **DOCUMENTATION.**    Any person that has valid access to your computer or internal network may copy and use the documentation for your internal, reference purposes.

12. **NOT FOR RESALE SOFTWARE**.    You may not sell software marked as "NFR" or "Not for Resale."

13. **UPGRADES.**    To use upgrade software, you must first be licensed for the software that is eligible for the upgrade.    Upon upgrade, this agreement takes the place of the agreement for the software you upgraded from.    After you upgrade, you may no longer use the software you upgraded from, except as permitted in the Downgrade section below (Ultimate edition).

14. **PROOF OF LICENSE.**

APP_PSY0038977

a. If you acquired the software on a device, or on a disc or other media, a genuine Microsoft Certificate of Authenticity label with a genuine copy of the software identifies licensed software. To be valid, this label must be affixed to the device or appear on the manufacturer's or installer's packaging. If you receive the label separately, it is invalid. You should keep label on the device or the packaging that has the label on it to prove that you are licensed to use the software. If the device comes with more than one genuine Certificate of Authenticity label, you may use each version of the software identified on those labels.

b. To identify genuine Microsoft software, see www.howtotell.com.

15. **TRANSFER TO A THIRD PARTY.** You may transfer the software directly to a third party only with the licensed device. You may not keep any copies of the software or any earlier version. Before any permitted transfer, the other party must agree that this agreement applies to the transfer and use of the software. The transfer must include the Certificate of Authenticity label.

16. **NOTICE ABOUT THE MPEG-4 VISUAL STANDARD.** This software includes MPEG-4 visual decoding technology. MPEG LA, L.L.C. requires this notice:

USE OF THIS PRODUCT IN ANY MANNER THAT COMPLIES WITH THE MPEG-4 VISUAL STANDARD IS PROHIBITED, EXCEPT FOR USE DIRECTLY RELATED TO (A) DATA OR INFORMATION (i) GENERATED BY AND OBTAINED WITHOUT CHARGE FROM A CONSUMER NOT THEREBY ENGAGED IN A BUSINESS ENTERPRISE, AND (ii) FOR PERSONAL USE ONLY; AND (B) OTHER USES SPECIFICALLY AND SEPARATELY LICENSED BY MPEG LA, L.L.C.

If you have questions about the MPEG-4 visual standards, please contact MPEG LA, L.L.C., 250 Steele Street, Suite 300, Denver, Colorado 80206; www.mpegla.com.

17. **NOTICE ABOUT THE VC-1 VISUAL STANDARD.** This software may include VC-1 visual decoding technology. MPEG LA, L.L.C. requires this notice:

THIS PRODUCT IS LICENSED UNDER THE VC-1 PATENT PORTFOLIO LICENSES FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (A) ENCODE VIDEO IN COMPLIANCE WITH THE VC-1 STANDARD ("VC-1 VIDEO") OR (B) DECODE VC-1 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY AND/OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE VC-1 VIDEO. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE.

If you have questions about the VC-1 visual standards, please contact MPEG LA, L.L.C., 250 Steele Street, Suite 300, Denver, Colorado 80206; www.mpegla.com.

18. **NOTICE ABOUT THE MPEG-2 VISUAL STANDARD.** If the software includes Microsoft DVD playback software for Windows Vista it contains MPEG-2 visual decoding technology. MPEG LA, L.L.C. requires this notice:

USE OF THIS PRODUCT IN ANY MANNER THAT COMPLIES WITH THE MPEG 2 VISUAL STANDARD IS PROHIBITED, EXCEPT FOR USE DIRECTLY RELATED TO (A) DATA OR INFORMATION (i) GENERATED BY AND OBTAINED WITHOUT CHARGE FROM A CONSUMER NOT THEREBY ENGAGED IN A BUSINESS ENTERPRISE, AND (ii) FOR PERSONAL USE ONLY; AND (B) OTHER USES SPECIFICALLY AND SEPARATELY LICENSED BY MPEG LA, L.L.C.

If you have questions about the MPEG-2 visual standard, please contact MPEG LA, L.L.C.,

APP_PSY0038978

250 Steele Street, Suite 300, Denver, Colorado 80206; www.mpegla.com.

19. **THIRD PARTY PROGRAMS.** The software contains third party programs. The license terms with those programs apply to your use of them.

20. **EXPORT RESTRICTIONS.** The software is subject to United States export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the software. These laws include restrictions on destinations, end users and end use. For additional information, see www.microsoft.com/exporting.

21. **SUPPORT SERVICES.** For the software generally, contact the manufacturer or installer for support options. Refer to the support number provided with the software. For updates and supplements obtained directly from Microsoft, Microsoft provides support as described at http://www.support.microsoft.com/common/international.aspx. If you are using software that is not properly licensed, you will not be entitled to receive support services.

22. **ENTIRE AGREEMENT**. This agreement (including the warranty below), additional terms and the terms for supplements, updates, Internet-based services and support services that you use, are the entire agreement for the software and support services.

23. **APPLICABLE LAW.**

   a. **United States**. If you acquired the software in the United States, Washington state law governs the interpretation of this agreement and applies to claims for breach of it, regardless of conflict of laws principles. The laws of the state where you live govern all other claims, including claims under state consumer protection laws, unfair competition laws, and in tort.

   b. **Outside the United States**. If you acquired the software in any other country, the laws of that country apply.

24. **LEGAL EFFECT.** This agreement describes certain legal rights. You may have other rights under the laws of your state or country. You may also have rights with respect to the party from whom you acquired the software. This agreement does not change your rights under the laws of your state or country if the laws of your state or country do not permit it to do so.

25. **LIMITATION ON AND EXCLUSION OF DAMAGES. Except for any refund the manufacturer or installer may provide, you cannot recover any other damages, including consequential, lost profits, special, indirect or incidental damages.**

   This limitation applies to

   · anything related to the software, services, content (including code) on third party Internet sites, or third party programs; and

   · claims for breach of contract, breach of warranty, guarantee or condition, strict liability, negligence, or other tort to the extent permitted by applicable law.

   It also applies even if

   · repair, replacement or a refund for the software does not fully compensate you for any losses; or

APP_PSY0038979

- The manufacturer or installer, or Microsoft knew or should have known about the possibility of the damages.

Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. They also may not apply to you because your country may not allow the exclusion or limitation of incidental, consequential or other damages.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LIMITED WARRANTY

A. **LIMITED WARRANTY.** If you follow the instructions and the software is properly licensed, the software will perform substantially as described in the Microsoft materials that you receive in or with the software.

B. **TERM OF WARRANTY; WARRANTY RECIPIENT; LENGTH OF ANY IMPLIED WARRANTIES. The limited warranty covers the software for 90 days after acquired by the first user. If you receive supplements, updates, or replacement software during those 90 days, they will be covered for the remainder of the warranty or 30 days, whichever is longer.** If you transfer the software, the remainder of the warranty will apply to the recipient.

   **To the extent permitted by law, any implied warranties, guarantees or conditions last only during the term of the limited warranty.** Some states do not allow limitations on how long an implied warranty lasts, so these limitations may not apply to you. They also might not apply to you because some countries may not allow limitations on how long an implied warranty, guarantee or condition lasts.

C. **EXCLUSIONS FROM WARRANTY.** This warranty does not cover problems caused by your acts (or failures to act), the acts of others, or events beyond the reasonable control of the manufacturer or installer, or Microsoft.

D. **REMEDY FOR BREACH OF WARRANTY. The manufacturer or installer will, at its election, either (i) repair or replace the software at no charge, or (ii) accept return of the product(s) for a refund of the amount paid, if any. The manufacturer or installer may also repair or replace supplements, updates and replacement software or provide a refund of the amount you paid for them, if any. Contact the manufacturer or installer about its policy. These are your only remedies for breach of the limited warranty.**

E. **CONSUMER RIGHTS NOT AFFECTED. You may have additional consumer rights under your local laws, which this agreement cannot change.**

F. **WARRANTY PROCEDURES.** Contact the manufacturer or installer to find out how to obtain warranty service for the software. For a refund, you must comply with the manufacturer's or installer's return policies.

G. **NO OTHER WARRANTIES. The limited warranty is the only direct warranty from the manufacturer or installer, or Microsoft. The manufacturer or installer and Microsoft give no other express warranties, guarantees or conditions. Where allowed by your local laws, the manufacturer or installer and Microsoft exclude implied warranties of merchantability, fitness for a particular purpose and non-infringement.** If your local laws give you any implied warranties, guarantees or conditions, despite this exclusion, your remedies are described in the Remedy for Breach of Warranty clause above, to the extent permitted by your local laws.

H. **LIMITATION ON AND EXCLUSION OF DAMAGES FOR BREACH OF WARRANTY. The Limitation on and Exclusion of Damages clause above applies to breaches of this limited warranty.**

APP_PSY0038981

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.   You may also have other rights which vary from country to country.

APP_PSY0038982

**WINDOWS VISTA HOME BASIC**

**ADDITIONAL LICENSE TERMS.**   The following additional license terms apply to Windows Vista Home Basic.

1. **DEVICE CONNECTIONS.**   You may allow up to 5 other devices to access the software installed on the licensed device to use File Services, Print Services, Internet Information Services and Internet Connection Sharing and Telephony Services.

2. **REMOTE ACCESS TECHNOLOGIES.**   You may remotely access and use the software installed on the licensed device from another device to share a session using Remote Assistance or similar technologies.   A "session" means the experience of interacting with the software, directly or indirectly, through any combination of input, output and display peripherals.

3. **OTHER REMOTE USES.**   You may allow any number of devices to access the software installed on the licensed device for purposes other than those described in the Device Connections and Remote Access Technologies sections above, such as to synchronize data between devices.

4. **USE WITH VIRTUALIZATION TECHNOLOGIES.**   You may not use the software installed on the licensed device within a virtual (or otherwise emulated) hardware system.

**WINDOWS VISTA HOME PREMIUM**

**ADDITIONAL LICENSE TERMS.**   The following additional license terms apply to Windows Vista Home Premium.

1. **DEVICE CONNECTIONS.**   You may allow up to 10 other devices to access the software installed with the licensed device to use File Services, Print Services, Internet Information Services and Internet Connection Sharing and Telephony Services.

2. **REMOTE ACCESS TECHNOLOGIES.**   You may remotely access and use the software installed on the licensed device from another device to share a session using Remote Assistance or similar technologies.   A "session" means the experience of interacting with the software, directly or indirectly, through any combination of input, output and display peripherals.

3. **OTHER REMOTE USES.**   You may allow any number of devices to access the software installed on the licensed device for purposes other than those described in the Device Connections and Remote Access Technologies sections above, such as to synchronize data between devices.

4. **USE WITH VIRTUALIZATION TECHNOLOGIES.**   You may not use the software installed on the licensed device within a virtual (or otherwise emulated) hardware system.

5. **MEDIA CENTER EXTENDER.**   You may have 5 Media Center Extender Sessions (or other software or devices which provide similar functionality for a similar purpose) running at the same time to display the software user interface or content on other displays or devices.

6. **ELECTRONIC PROGRAMMING GUIDE.**   If the software includes access to an electronic

programming guide service that displays customized television listings, a separate service agreement applies to the service. If you do not agree to the terms of the service agreement, you may continue to use the software, but you will not be able to use the electronic programming guide service. The service may contain advertising content and related data, which are received and stored by the software. The service is not available in all areas. Please consult the software information for instructions on accessing the service agreement.

7. **RELATED MEDIA INFORMATION.** If you request related media information as part of your playback experience, the data provided to you may not be in your local language. Some countries or regions have laws and regulations which may restrict or limit your ability to access certain types of content.

8. **CONSENT TO UPDATE INFRARED EMITTER/RECEIVER.** The software may contain technology to ensure the proper functioning of the infrared emitter/receiver device that ships with certain Media Center-based products. By accepting these license terms, you agree that the software may update the firmware of this device.

9. **WORLDWIDE USE OF THE MEDIA CENTER.** Media Center is not designed for use in every country. For example, although the Media Center information may refer to certain features such as an electronic programming guide or provide information on how to configure a TV tuner, these features may not work in your area. Please refer to the Media Center information for a list of features that may not work in your area.

### WINDOWS VISTA ULTIMATE

**ADDITIONAL LICENSE TERMS.** The following additional license terms apply to Windows Vista Ultimate.

1. **DEVICE CONNECTIONS.** You may allow up to 10 other devices to access the software installed on the licensed device to use File Services, Print Services, Internet Information Services and Internet Connection Sharing and Telephony Services.

2. **REMOTE ACCESS TECHNOLOGIES.** You may access and use the software installed on the licensed device remotely from another device using remote access technologies as follows.

   · Remote Desktop. The single primary user of the licensed device may access a session from any other device using Remote Desktop or similar technologies. A "session" means the experience of interacting with the software, directly or indirectly, through any combination of input, output and display peripherals. Other users may access a session from any device using these technologies, if the remote device is separately licensed to run the software.

   · Other Access Technologies. You may use Remote Assistance or similar technologies to share an active session.

3. **OTHER REMOTE USES.** You may allow any number of devices to access the software installed on the licensed device for purposes other than those described in the Device Connections and Remote Access Technologies sections above, such as to synchronize data between devices.

APP_PSY0038984

4. **USE WITH VIRTUALIZATION TECHNOLOGIES.** You may use the software installed on the licensed device within a virtual (or otherwise emulated) hardware system on the licensed device. If you do so, you may not play or access content or use applications protected by any Microsoft digital, information or enterprise rights management technology or other Microsoft rights management services or use BitLocker. We advise against playing or accessing content or using applications protected by other digital, information or enterprise rights management technology or other rights management services or using full volume disk drive encryption.

5. **MEDIA CENTER EXTENDER.** You may have 5 Media Center Extender Sessions (or other software or devices which provide similar functionality for a similar purpose) running at the same time to display the software user interface or content on other displays or devices.

6. **ELECTRONIC PROGRAMMING GUIDE.** If the software includes access to an electronic programming guide service that displays customized television listings, a separate service agreement applies to the service. If you do not agree to the terms of the service agreement, you may continue to use the software, but you will not be able to use the electronic programming guide service. The service may contain advertising content and related data, which are received and stored by the software. The service is not available in all areas. Please consult the software information for instructions on accessing the service agreement.

7. **RELATED MEDIA INFORMATION.** If you request related media information as part of your playback experience, the data provided to you may not be in your local language. Some countries or regions have laws and regulations which may restrict or limit your ability to access certain types of content.

8. **CONSENT TO UPDATE INFRARED EMITTER/RECEIVER.** The software may contain technology to ensure the proper functioning of the infrared emitter/receiver device that ships with certain Media Center-based products. By accepting these license terms, you agree that the software may update the firmware of this device.

9. **WORLDWIDE USE OF THE MEDIA CENTER.** Media Center is not designed for use in every country. For example, although the Media Center information may refer to certain features such as an electronic programming guide or provide information on how to configure a TV tuner, these features may not work in your area. Please refer to the Media Center information for a list of features that may not work in your area.

10. **DOWNGRADE.** Instead of using the software, you may use one of the following earlier versions:

    · Microsoft Windows XP Professional,

    · Microsoft Windows Professional x64 Edition, or

    · Microsoft Windows XP Tablet PC Edition.

    This agreement applies to your use of the earlier versions. If the earlier version includes different components, any terms for those components in the agreement that comes with the earlier version apply to your use of them. Neither the manufacturer or installer, nor Microsoft is obligated to supply earlier versions to you. You must obtain the earlier version separately. At any time, you may replace an earlier version with this version of the software.

APP_PSY0038985

EULAID:VISTA_RM.0_CONSUMER_OEM_en-US

APP_PSY0038986

# EXHIBIT 31

MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES

Hello. Sign in to get personalized recommendations. New customer? Start here. Amazon Kindle Now Only $299

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards    Your Account | Help

Shop All Departments    Search | All Departments |    Cart    Wish List

Help > Digital Products Help > Amazon Kindle Wireless Reading Device > Amazon Kindle Terms, Warranties, & Notices > License Agreement and Terms of Use

Help Topics
Search

(GO)

Digital Products Help
Amazon Video On Demand
Amazon MP3 Music Downloads
Games & Software Downloads
Amazon Kindle Wireless Reading Device
Online Game Codes
Amazon Shorts
eDocs
Promotional Videos
Amazon Upgrade
Mobipocket
Shipping & Delivery
Tracking Packages
U.S. Shipping Rates and Times
International Shipping
Amazon Prime
FREE Super Saver Shipping
Packaging Feedback
Amazon and the Environment
*More...*
Digital Products Help
Amazon Kindle Wireless Reading Device
Amazon Video On Demand
Amazon MP3 Music Downloads

APP_PSY0038961

Games & Software
Downloads
*More...*
Privacy, Security &
Accessibility
A-to-Z Guarantee
Protection
Identifying Phishing
E-Mails
Safety & Security
Tips
Credit Card Security
Privacy Notice
*More...*
Returns & Replacements
Return Policy
Refunds
Gift Returns
Exchanging a
Broken or Incorrect
Item
Packing and
Sending Your
Return
Returns to Amazon
Merchants
*More...*
Ordering on Amazon.com
New Customers
Amazon Merchants
1-Click Ordering
Product Recalls
Warranties
*More...*
Viewing & Changing
Orders
Problem with an
Order?
Changing Address
or Payment for an
Order
Canceling Orders
Combining Orders
*More...*
Payment, Pricing &
Promotions
Payment Methods
We Accept
Gift Cards
Rebates

APP_PSY0038962

Promotional Offers
*More...*
Gifts, Gift Cards & Gift
Registries
    Sending Gifts
    Wish Lists
    Baby Registry
    Gift Cards
    *More...*
Updating Account
Information
    Using Your Account
    Updating Payment
    Information
    Adding or Deleting
    Addresses
    Changing E-Mail
    Address or
    Password
    Updating
    Subscriptions
    *More...*
Amazon.com Site Features
    Your Content
    Advanced Shopping
    Features
    Your Media Library
    RSS Feeds
    *More...*
Selling at Amazon.com
    Introduction to
    Selling
    Quick Start Guide
    Seller Account and
    Settings
    Policies and
    Agreements
    *More...*
Publisher & Vendor
Guides
    List and Sell Books
    List and Sell DVDs
    On-Demand
    Publishing
    *More...*
Business Opportunities
    Advantage
    Amazon Payments
    Associates

APP_PSY0038963

Web Services
Mechanical Turk
WebStore by
Amazon
*More...*

# Amazon Kindle: License Agreement and Terms of Use

**Last updated: February 9, 2009**

THIS IS AN AGREEMENT BETWEEN YOU AND AMAZON
DIGITAL SERVICES, INC. (WITH ITS AFFILIATES,
"AMAZON" OR "WE"). PLEASE READ THIS LICENSE
AGREEMENT AND TERMS OF USE, AND ALL RULES
AND POLICIES FOR THE KINDLE DEVICE AND
SERVICES RELATED TO THE DEVICE (INCLUDING, BUT
NOT LIMITED TO, ANY RULES OR USAGE PROVISIONS
SPECIFIED ON THE AMAZON.COM WEBSITE OR THE
KINDLE STORE, AND THE AMAZON.COM PRIVACY
NOTICE LOCATED AT WWW.AMAZON.COM/PRIVACY
(COLLECTIVELY, THIS "AGREEMENT") BEFORE USING
THE KINDLE DEVICE. BY USING THE KINDLE DEVICE,
YOU AGREE TO BE BOUND BY THE TERMS OF THIS
AGREEMENT. IF YOU DO NOT ACCEPT THE TERMS OF
THIS AGREEMENT, YOU MAY RETURN THE KINDLE
DEVICE AND ASSOCIATED SOFTWARE (WITH ALL
ORIGINAL PACKAGING) WITHIN THIRTY (30) DAYS OF
PURCHASE FOR A REFUND OF ITS PURCHASE PRICE IN
ACCORDANCE WITH THE KINDLE RETURN POLICY.

1. The Device and Related Services
2. Wireless Connectivity
3. Digital Content
4. Software
5. General

## 1. The Device and Related Services

The Kindle Device (the "Device") is a portable electronic
reading device that utilizes wireless connectivity to enable users
to shop for, download, browse, and read books, newspapers,
magazines, blogs, and other materials, all subject to the terms
and conditions of this Agreement. The "Service" means the
wireless connectivity, provision of digital content, software and
support, and other services and support that Amazon provides
Device users.

## 2. Wireless Connectivity

APP_PSY0038964

**General.** Amazon provides wireless connectivity free of charge to you for certain content shopping and downloading services on your Device. You may be charged a fee for wireless connectivity for your use of other wireless services on your Device, such as Web browsing and downloading of personal files, should you elect to use those services. We will maintain a list of current fees for such services in the Kindle Store. Amazon reserves the right to discontinue wireless connectivity at any time or to otherwise change the terms for wireless connectivity at any time, including, but not limited to (a) limiting the number and size of data files that may be transferred using wireless connectivity and (b) changing the amount and terms applicable for wireless connectivity charges.

**Coverage and Service Interruptions.** You acknowledge that if your Device is located in any area without applicable wireless connectivity, you may not be able to use some or all elements of the wireless services. We are not responsible for the unavailability of wireless service or any interruptions of wireless connectivity.

**Your Conduct.** You agree you will use the wireless connectivity provided by Amazon only in connection with Services Amazon provides for the Device. You may not use the wireless connectivity for any other purpose.

# 3. Digital Content

**The Kindle Store.** The Kindle Store enables you to download, display and use on your Device a variety of digitized electronic content, such as books, subscriptions to magazines, newspapers, journals and other periodicals, blogs, RSS feeds, and other digital content, as determined by Amazon from time to time (individually and collectively, "Digital Content").

**Use of Digital Content.** Upon your payment of the applicable fees set by Amazon, Amazon grants you the non-exclusive right to keep a permanent copy of the applicable Digital Content and to view, use, and display such Digital Content an unlimited number of times, solely on the Device or as authorized by Amazon as part of the Service and solely for your personal, non-commercial use. Digital Content will be deemed licensed to you by Amazon under this Agreement unless otherwise expressly provided by Amazon.

**Restrictions.** Unless specifically indicated otherwise, you may not sell, rent, lease, distribute, broadcast, sublicense or otherwise assign any rights to the Digital Content or any portion of it to any third party, and you may not remove any proprietary notices or labels on the Digital Content. In addition, you may not, and you will not

APP_PSY0038965

encourage, assist or authorize any other person to, bypass, modify, defeat or circumvent security features that protect the Digital Content.

**Subscriptions.** The following applies with respect to Digital Content made available to you on a subscription basis, including, but not limited to, electronic newspapers, magazines, journals and other periodicals (collectively, "Periodicals"): (i) you may request cancellation of your subscription by following the cancellation instructions in the Kindle Store; (ii) we may terminate a subscription at our discretion without notice, for example, if a Periodical is no longer available; (iii) if we terminate a subscription in advance of the end of its term, we will give you a prorated refund; (iv) we reserve the right to change subscription terms and fees from time to time, effective as of the beginning of the next term; and (v) taxes may apply to subscription fees and will be added if applicable.

# 4. Software

**Definitions.** The following terms apply to the Device and to (a) all software (and the media on which such software is distributed) of Amazon or third parties that is pre-installed on the Device at time of purchase or that Amazon provides as updates/upgrades to the pre-installed software (collectively, the "Device Software"), unless you agree to other terms as part of an update/upgrade process; and (b) any printed, on-line or other electronic documentation for such software (the "Documentation"). As used in this Agreement, "Software" means, collectively, the Device Software and Documentation.

**Use of the Device Software.** You may use the Device Software only on the Device. You may not separate any individual component of the Device Software for use on another device or computer, may not transfer it for use on another device or use it, or any portion of it, over a network and may not sell, rent, lease, lend, distribute or sublicense or otherwise assign any rights to the Software in whole or in part.

**No Reverse Engineering, Decompilation, Disassembly or Circumvention.** You may not, and you will not encourage, assist or authorize any other person to, modify, reverse engineer, decompile or disassemble the Device or the Software, whether in whole or in part, create any derivative works from or of the Software, or bypass, modify, defeat or tamper with or circumvent any of the functions or protections of the Device or Software or any mechanisms operatively linked to the Software, including, but not limited to, augmenting or substituting any digital rights management functionality of the Device or Software.

APP_PSY0038966

**Automatic Updates.** In order to keep your Software up-to-date, Amazon may automatically provide your Device with updates/upgrades to the Software.

**Export Regulations.** You agree to comply with all export and re-export restrictions and regulations of the Department of Commerce and other United States agencies and authorities, and not to transfer, or encourage, assist or authorize the transfer of the Software to a prohibited country or otherwise in violation of any such restrictions or regulations.

**Government End Users.** The Software is a "Commercial item" as that term is defined at 48 C.F.R. § 2.101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation," as such terms are used in 48 C.F.R. §12.212 or 48 C.F.R. § 227.7202, as applicable. Consistent with these provisions, the Software is being licensed to U.S. Government end users (a) only as a Commercial item and (b) with only those rights as are granted to all other end users pursuant to the terms and conditions of this Agreement.

## 5. General

**No Illegal Use and Reservation of Rights.** You may not use the Device, the Service or the Digital Content for any illegal purpose. You acknowledge that the sale of the Device to you does not transfer to you title to or ownership of any intellectual property rights of Amazon or its suppliers. All of the Software is licensed, not sold, and such license is non-exclusive.

**Information Received.** The Device Software will provide Amazon with data about your Device and its interaction with the Service (such as available memory, up-time, log files and signal strength) and information related to the content on your Device and your use of it (such as automatic bookmarking of the last page read and content deletions from the Device). Annotations, bookmarks, notes, highlights, or similar markings you make in your Device are backed up through the Service. Information we receive is subject to the Amazon.com Privacy Notice.

**Patents.** The Device and/or methods used in association with the Device may be covered by one or more patents or pending patent applications.

**Changes to Service.** Amazon reserves the right to modify, suspend, or discontinue the Service at any time, and Amazon will not be liable to you should it exercise such right.

**Termination.** Your rights under this Agreement will

APP_PSY0038967

automatically terminate without notice from Amazon if you fail to comply with any term of this Agreement. In case of such termination, you must cease all use of the Software and Amazon may immediately revoke your access to the Service or to Digital Content without notice to you and without refund of any fees. Amazon's failure to insist upon or enforce your strict compliance with this Agreement will not constitute a waiver of any of its rights.

**Disclaimer of Warranties.** YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT USE OF THE SERVICE, DEVICE, DIGITAL CONTENT AND SOFTWARE IS AT YOUR SOLE RISK. EXCEPT FOR THE ONE-YEAR LIMITED WARRANTY, THE SERVICE, DEVICE, DIGITAL CONTENT AND SOFTWARE ARE PROVIDED "AS IS" WITH ALL FAULTS AND WITHOUT WARRANTY OF ANY KIND AND AMAZON AND ITS SUPPLIERS AND LICENSORS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, QUIET ENJOYMENT AND NON-INFRINGEMENT OF THIRD-PARTY RIGHTS. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY AMAZON OR AN AUTHORIZED REPRESENTATIVE OF AMAZON SHALL CREATE A WARRANTY. THE LAWS OF CERTAIN JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED WARRANTIES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MAY HAVE ADDITIONAL RIGHTS.

**Limitation of Liability.** TO THE EXTENT NOT PROHIBITED BY LAW, NEITHER AMAZON NOR ITS SUPPLIERS OR LICENSORS SHALL BE LIABLE TO YOU FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES FOR BREACH OF ANY EXPRESS OR IMPLIED WARRANTY, BREACH OF CONTRACT, NEGLIGENCE, STRICT LIABILITY OR ANY OTHER LEGAL THEORY RELATED TO THE SERVICE, DEVICE, DIGITAL CONTENT OR SOFTWARE, INCLUDING, BUT NOT LIMITED TO, ANY DAMAGES ARISING OUT OF LOSS OF PROFITS, REVENUE, DATA OR USE OF THE DEVICE OR SOFTWARE OR ANY ASSOCIATED PRODUCT, EVEN IF AMAZON HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, AMAZON'S AGGREGATE LIABILITY UNDER THIS AGREEMENT SHALL BE LIMITED TO THE AMOUNT ACTUALLY PAID FOR THE DEVICE.

APP_PSY0038968

THE LAWS OF CERTAIN JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MAY HAVE ADDITIONAL RIGHTS.

**Washington Law Applies.** The laws of the state of Washington, without regard to principles of conflict of laws, will govern this Agreement and any dispute of any sort that might arise between you and Amazon.

**Disputes.** ANY DISPUTE ARISING OUT OF OR RELATING IN ANYWAY TO THIS AGREEMENT SHALL BE SUBMITTED TO CONFIDENTIAL ARBITRATION IN SEATTLE, WASHINGTON, EXCEPT THAT, TO THE EXTENT YOU HAVE IN ANY MANNER VIOLATED OR THREATENED TO VIOLATE AMAZON'S INTELLECTUAL PROPERTY RIGHTS, AMAZON MAY SEEK INJUNCTIVE OR OTHER APPROPRIATE RELIEF IN ANY STATE OR FEDERAL COURT IN THE STATE OF WASHINGTON, AND YOU CONSENT TO EXCLUSIVE JURISDICTION AND VENUE IN SUCH COURTS. The arbitrator's award shall be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under this Agreement shall be joined to an arbitration involving any other party subject to this Agreement, whether through class arbitration proceedings or otherwise.

**Severability.** If any term or condition of this Agreement shall be deemed invalid, void, or for any reason unenforceable, that part shall be deemed severable and shall not affect the validity and enforceability of any remaining term or condition.

**Amendment.** Amazon reserves the right to amend any of the terms of this Agreement at its sole discretion by posting the revised terms on the Kindle Store or the Amazon.com website. Your continued use of the Device and Software after the effective date of any such amendment shall be deemed your agreement to be bound by such amendment.

**Contact Information.** For communications concerning this Agreement, you may contact Amazon by writing to Amazon.com, Attn: Legal Department, 1200 12th Avenue South, Suite 1200, Seattle, WA, 98144-2734.

© 2009 Amazon Technologies, Inc. or its affiliates. All rights reserved. Amazon, the Amazon.com logo, Kindle, the AmazonKindle logo, Whispernet and Whispersync are trademarks of Amazon Technologies, Inc. or its affiliates. Java and all Java based trademarks and logos are trademarks or

registered trademarks of Sun Microsystems, Inc. in the U.S. and
other countries. MPEG Layer-3 audio decoding technology
licensed from Fraunhofer IIS and Thomson.

Self-Service Tools

Most Popular

- Track or Manage
  Purchases
- Manage Payment
  Options
- Return Items
- Change Name,
  E-mail, or
  Password
- Manage Address
  Book

Account Profile

- Change Name,
  E-mail, or
  Password
- Manage Prime
  Membership
- Update E-mail
  Communication
  Preferences
- Amazon Alerts
  E-mails
- Special Occasion
  Reminders

Billing & Addresses

- Manage Payment
  Options
- Manage Address
  Book

Ordering Settings

- Update 1-Click
  Settings
- Subscribe & Save
  Settings

Lists

- Shopping List
- Wish List
- Baby Registry
- Wedding Registry

Your Content

- Your Media

APP_PSY0038970

- Library
- Your Browsing History
- Recommended for You
- Improve Your Recommendations

Get Express customer service or contact us by e-mail or phone.

Contact Us ●

Digital Downloads Help

 (GO)

  (GO)

  (GO)

  (GO)

Did This Info Help?

Yes, I found the information I needed

No, I wasn't able to find the information I needed

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- See FREE shipping information.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password?
- Buy gift cards.
- Visit our Help department.

**amazon.com®**  Amazon.com Home  |  Directory of All Stores

International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Business Programs: Sell on Amazon  |  Build an eCommerce Site  |  Advertise With Us  |  Developer Services  |  Self-Publish with Us

Help  |  View Cart  |  Your Account  |  1-Click Settings  |  Join Associates  |  Join Advantage

Careers at Amazon  |  Investor Relations  |  Press Releases  |  Corporate Responsibility

Conditions of Use | Privacy Notice © 1996-2009, Amazon.com, Inc. or its affiliates

# EXHIBIT 32

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

# INTERFACE SOFTWARE LICENSE AGREEMENT

This Software License Agreement ("Agreement") is effective **Aug-07 2008** ("Effective Date"), between National Semiconductor Corporation ("NSC") and the business entity (such as an OEM, ODM or System Integrator) identified below ("COMPANY"), and is a limited and restricted license the following software components ("Software"), in source and binary form, used with the following designated operating system software and NSC semiconductor components ("NSC Components"):

**Software: HDL Source Code**

**NSC Components: SDI SD/HD/3G protocol blocks, audio embedding/deembedding, SMBus control, LVDS interface, pattern generation**

## LICENSE

Subject to the limitations in this Agreement, NSC grants to COMPANY a worldwide, non-exclusive, non-transferable, restricted license to use the Software solely for the following Authorized Uses, and subject to the following Restrictions. The Software is licensed (not sold) by NSC to COMPANY. NSC and/or its licensors retain ownership of all copyright, patent and other intellectual property rights in the Software.

**Authorized Uses**. The Software is licensed only for the following Authorized Uses:

- **Authorized Products** – The Software is licensed only for use in products that incorporate the designated NSC Components ("Authorized Products").
- **Derivative Software** -- COMPANY may use the Software source code to create derivative works or otherwise modify the Software ("Derivative Software") solely to support Authorized Uses -- COMPANY shall own such Derivative Software subject to NSC's (and/or its licensor's) ownership of the underlying Software.
- **Develop/Manufacture** – COMPANY may use the Software to (a) develop and support Derivative Software and/or (b) develop, manufacture, and support Authorized Products.
- **Distribution – Binary Only** – COMPANY may sublicense, pursuant to the End User Sublicense Restrictions (defined below), the Software (or Derivative Software) only in binary form, and only in conjunction with the marketing and distribution of Authorized Products ("Software Distribution Rights").
- **Sublicensing Software Distribution Rights** – COMPANY may sublicense to a third party vendor of Authorized Products ("Authorized Product Vendor") the above Software Distribution Rights, but only pursuant to the Software Distribution Restrictions (defined below).

**Restrictions**. Except as expressly authorized by this Agreement, COMPANY will have no rights in the Software, whether express, implied, arising by estoppel or otherwise. In addition to being limited to the foregoing Authorized Uses, the limited license granted by this Agreement is subject to the following Restrictions:

- **Nondisclosure** -- COMPANY shall not distribute or otherwise disclose to any third party any Software except by sublicense expressly permitted by this Agreement. In particular, COMPANY shall not sublicense or otherwise disclose the Software source code to any third party.
- **End User Sublicense Restrictions** – COMPANY or an Authorized Product Vendor may sublicense the Software (or Derivative Software) in binary form for use in Authorized Products, but only pursuant to terms and conditions that are (a) consistent with the Authorized Uses and Restrictions of this Agreement, and (b) provide protection for NSC commensurate with the provisions of this Agreement regarding Disclaimer of Warranty, Limitation of Liability, and Export Compliance.
- **Software Distribution Restrictions** – COMPANY may sublicense Software Distribution Rights to a an Authorized Product Vendor, but only pursuant to terms and conditions that are (a) consistent with the Authorized Uses and Restrictions of this Agreement, and (b) provide protection for NSC commensurate with the provisions of this Agreement regarding Disclaimer of Warranty, Limitation of Liability, and Export Compliance.
- **Confidentiality** -- The source code for the Software is highly confidential, and unauthorized use or disclosure is prohibited -- COMPANY shall use best efforts to prevent unauthorized access, use or disclosure by COMPANY or any third party.
- **Copyright Notices** – COMPANY shall not remove or alter any copyright notices contained on or about the Software (including any supporting documentation).

## DISCLAIMER OF WARRANTY

NSC does not warrant that the Software will be error free, or that NSC will correct any errors in the Software. The Software is furnished "AS IS", without warranty as to performance or results, and the entire risk as to performance or results is assumed by COMPANY. **NSC disclaims all warranties, express, implied or otherwise, with regard to the**

APP_PSY0038987

Software, its use, or operation, including without limitation any and all warranties of merchantability, fitness for a particular purpose, and non-infringement of intellectual property rights.

## LIMITATION OF LIABILITY

NSC does not assume or authorize any other person to assume for it any liability in connection with the Software. **NSC shall not be liable to COMPANY, or any third party, in contract, tort, warranty, strict liability, or otherwise for any direct damages, or for any special, indirect, incidental or consequential damages, including but not limited to, business interruption, lost profits or goodwill, or loss of information even if NSC is advised of the possibility of such damages. If, notwithstanding this limitation, NSC shall have any liability related to this Agreement, whether due to negligence, gross negligence, breach, or otherwise, then in no event will NSC's total aggregate liability of any kind exceed $5000.00 (five thousand US Dollars) -- COMPANY acknowledges that this allocation of risk is reflects the nature of this transaction, including its use of this Software without charge.**

## EXPORT COMPLIANCE

**Additional information is available at www.bxa.doc.gov.** The Software is subject to United States export control laws and regulations. COMPANY represents that COMPANY (i) is not listed on the US government's Denied Person's List or designated as a special national, (ii) is not located in a country under US embargo or restricted from exporting US-origin products and services; and (ii) is not engaged, directly or indirectly, in design, development, production, stockpiling or use of nuclear, chemical or biological weapons. Unless authorized by the US Bureau of Industry and Security, COMPANY will not directly or indirectly export the Software or any associated technical data or product to any country listed in Country Groups D:1 or E:2 of the US Export Admin Regulations.

## TERMINATION

This Agreement is effective until terminated. COMPANY may terminate this Agreement at any time. NSC may terminate this Agreement for a material breach. Upon termination, COMPANY shall destroy/delete all Software, including all copies, and all documentation.

## GENERAL

Government rights are restricted and limited -- use, duplication, or disclosure by the Government is subject to restrictions set forth in FAR 52-227-14 and 52-227-19 or DFARS 52.227-7013(C)(1)(ii). This Agreement shall be governed by and construed under the laws of the state of California and the applicable laws of the United States, exclusive of any provisions of the United Nations Convention on the International Sale of Goods and without regard to principles of conflict/choice of laws -- the state and federal courts in California shall have jurisdiction and venue over all related controversies. This Agreement constitutes the entire agreement between NSC and COMPANY and supersede all previous agreements and understandings, whether oral or written, with respect to the subject matter hereof -- if any of the terms of this Agreement are declared to be illegal by any court of competent jurisdiction, such terms shall be deleted, and all remaining terms shall remain in full force and effect.

**NSC Semiconductor Corporation**
2900 Semiconductor Drive
Santa Clara CA 95051

By: _____

Name: _____

Title: _____

Date: _____

**COMPANY:**

_____

Signature: _____

Name: _____

Title: _____

Date: _____

EMAIL Address*:

_____

*Email address required for sending the IP files and future updates. Not used for any other promotional purposes

APP_PSY0038988

# EXHIBIT 33

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

## END USER SOFTWARE LICENSE AGREEMENT

**NOTICE TO USER:** This is a legal agreement between you (an individual or entity, referred to hereinafter as "you") and Epson America, Inc. ("Epson") for the enclosed software programs, including any related documentation, (collectively referred to hereinafter as the "Software"). The Software is provided by Epson and its suppliers for use only with the corresponding Epson brand computer peripheral product (the "Epson Hardware"). BEFORE INSTALLING, COPYING OR OTHERWISE USING THE SOFTWARE, YOU NEED TO REVIEW AND AGREE TO THE TERMS AND CONDITIONS OF THIS AGREEMENT. If you agree, click on the AGREE button below. If you do not agree with the terms and conditions of this Agreement, click on the DISAGREE button and return the Software, along with the packaging and related materials, to Epson or the place of purchase for a full refund.

1. **Grant of License.** Epson grants you a limited, nonexclusive license to install and use the Software on hard disks or other computer storage devices, provided that the Software is used **only** in a single location (e.g., a home or office or place of business) and **only** in connection with Epson Hardware owned by you. You may make backup copies of the Software, as necessary, provided the backup is only used to support your use of the Epson Hardware.

2. **Upgrades.** If you acquire an upgrade, updated version, modified version, or additions to or for the Software from Epson, the upgrade, updated version, modified version, or addition, shall be included in the term Software and governed under this Agreement.

3. **Other Rights and Limitations.** You agree not to modify, adapt or translate the Software and further agree not to attempt to reverse engineer, decompile, disassemble or otherwise attempt to discover the source code of the Software. You may not rent, lease, distribute or lend the Software to third parties. You may, however, transfer all of your rights to use the Software to another person or legal entity, provided that the recipient also agrees to the terms of this Agreement and you transfer the Software, including all copies, updates and prior versions, and the Epson Hardware, to such person or entity. The Software is licensed as a single unit, and its component programs may not be separated for some other use. Further, you agree not to place the Software onto or into a shared environment accessible via a public network such as the Internet or otherwise accessible by others outside the single location referred to in Section 1 above.

4. **Ownership.** Title, ownership rights, and intellectual property rights in and to the Software shall remain with Epson or its suppliers. The Software is protected by United States Copyright Law and international copyright treaties, as well as other intellectual property laws and treaties. There is no transfer to you of any title to or ownership of the Software and this License shall not be construed as a sale of any rights in the Software. You agree not to remove or alter any copyright, trademark, registered mark and other proprietary notices on any copies of the Software. Epson and its suppliers reserve all rights not granted.

5. **Multiple Versions of Software.** You may receive or obtain the Software in more than one version (e.g. for different operating environments; two or more language translation versions; downloaded from an Epson server or on a CD-ROM), however, regardless of the type or number of copies you receive, you still may use only the media or version appropriate for the license granted in Section 1 above.

6. **Limited Warranty and Remedy.** Epson warrants to you that the Software will perform substantially in accordance with the related explanatory written materials for a period of the ninety (90) days following the date of original Epson Hardware purchase. Epson does not warrant that the operation of the Software will be uninterrupted or error free or that the functions of the Software will meet your needs or requirements. Epson's sole and exclusive liability and your exclusive remedy for breach of warranty shall be limited to either, at Epson's option, the replacement of the media for the Software or to refund your money upon returning the Software and Epson Hardware. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. If the above remedy fails for any reason, Epson's entire liability for a breach of warranty shall be limited to a refund of the price paid for the Epson Hardware. Epson is not liable for performance delays or for nonperformance due to causes beyond its reasonable control. This Limited Warranty is void if failure of the Software resulted from accident, abuse, or misapplication. THE STATED LIMITED WARRANTIES AND REMEDY ARE EXCLUSIVE AND IN LIEU OF ALL OTHERS. EPSON DISCLAIMS ALL OTHER WARRANTIES,

APP_PSY0055967

EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ALL WARRANTIES OF NON-INFRINGEMENT, MERCHANTABILITY, AND FITNESS FOR A PARTICULAR PURPOSE. SOME STATES OR JURISDICTIONS, HOWEVER, DO NOT ALLOW EXCLUSIONS OR LIMITATIONS OF IMPLIED WARRANTIES, AND IN SUCH STATES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

7. **Limitation of Liability.**    TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL EPSON OR ITS SUPPLIERS BE LIABLE FOR ANY DAMAGES, WHATSOEVER, WHETHER DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, WHETHER ARISING UNDER CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, BREACH OF WARRANTY, MISREPRESENTATION, OR OTHERWISE, INCLUDING WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR OTHER PECUNIARY LOSS, ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE, OR ARISING OUT OF THIS AGREEMENT, EVEN IF EPSON OR ITS REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF DAMAGES IN CERTAIN TRANSACTIONS, AND IN SUCH STATES, THE ABOVE LIMITATIONS AND EXCLUSIONS MAY NOT APPLY.

8. **U.S. Government Acquisition of the Software.**    This Section applies to all acquisitions of the Software by or for the U.S. Government ("Government"), or by any prime contractor or subcontractor (at any tier) under any contract, grant, cooperative agreement, "other transaction" ("OT"), or other activity with the Government. By accepting delivery of the Software, the Government, any prime contractor, and any subcontractor agree that the Software qualifies as "commercial" computer software within the meaning of FAR Part 12, paragraph (b) of FAR Subpart 27.405, or DFARS Subpart 227.7202, as applicable, and that no other regulation, or FAR or DFARS data rights clause, applies to the delivery of this Software to the Government. Accordingly, the terms and conditions of this Agreement govern the Government's (and the prime contractor and subcontractor's) use and disclosure of the Software, and supersede any conflicting terms and conditions of the contract, grant, cooperative agreement, OT, or other activity pursuant to which the Software is delivered to the Government. If this Software fails to meet the Government's needs, if this Agreement is inconsistent in any respect with Federal law, or if the above cited FAR and DFARS provisions do not govern, the Government agrees to return the Software, unused, to Epson.

9. **Export Restriction.**    You agree that the Software will not be shipped, transferred or exported into any country or used in any manner prohibited by the United States Export Administration Act or any other export laws, restrictions or regulations.

10. **Internet Connections.**    The Software may have the ability to connect over the Internet to transmit data to and from your computer. For example, if you install the Software, the Software may cause your computer to send information about your Epson Hardware such as model and serial number, country identifier, language code, operating system information, and Hardware usage information to an Epson Internet site which may return promotional or service information to your computer for display. If you do not wish to send information about your Epson Hardware or to receive promotional or service information, you will be able to disable this feature through the Monitoring Preferences window. The Software may also display an option to buy ink from Epson. If you click on the buy button, the Software will cause your computer to display Epson Hardware cartridge types and ink levels and provide other information about your cartridges, such as the colors, available cartridge sizes, and prices for replacement ink cartridges, which you may purchase online from Epson. You may also be able to download from an Epson Internet site updates or upgrades to the Software if such updates or upgrades are made available. If you agree to install the Software, any transmissions to or from the Internet, and data collection and use, will be in accordance with Epson's then-current Privacy Policy, which may be found at www.epson.com/privacy and by installing the Software you agree that such then-current Privacy Policy shall govern such activities. In addition, if you install the Software and register your Epson Hardware with Epson, and/or you create an account at the Epson Store, and provided you consent to such use, you agree that Epson may merge the data collected in connection with installation of the Software, registration of your Epson Hardware and/or creation of your Epson Store account, consisting of personal information and non-personally identifiable information, and use such merged data to send you Epson promotional or service information. You may discontinue such promotional messages by disabling this feature through the Monitoring Preferences window and by going to the Epson website and opting out of marketing notifications.

11. **Governing Law and General Provisions.**    This Agreement shall be governed and construed under the laws in the State of California without regard to its

APP_PSY0055968

conflicts of law rules. Any suit brought with respect to this Agreement may only be brought in Los Angeles, California and must be filed no later than one year after the date the Software is first acquired. This Agreement will not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded. This Agreement is the entire agreement between the parties related to the Software and supersedes any purchase order, communication, advertisement, or representation concerning the Software. This Agreement shall be binding upon, and inure to the benefit of, the parties hereto and their respective successors, assigns and legal representatives. If any provision herein is found void or unenforceable, it will not affect the validity of the balance of the Agreement, which shall remain valid and enforceable according to its terms. This Agreement may only be modified in writing signed by an authorized representative of Epson. Without prejudice to any other rights Epson has, your license rights under Section 1 above and your warranty rights under Section 7 above, shall automatically terminate upon failure by you to comply with its terms. Upon termination of such rights, you agree that the Software, and all copies thereof, will be immediately destroyed.

12. **Capacity and Authority to Contract.**    You represent that you are of the legal age of majority in your state of residence and, if applicable, you are duly authorized by your employer to enter into this Agreement.

Should you have any questions concerning this Agreement, kindly write to: Epson America, Inc., Customer Relations Department, 3840 Kilroy Airport Way, Long Beach, CA 90806-2469, USA.

EPSON is a registered trademark of Seiko Epson Corporation.

Copyright© 2000 - 2009 Epson America, Inc.

APP_PSY0055969

# EXHIBIT 34

MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES

# Pantech End User License Agreement ("EULA")

Please read the End User License Agreement (EULA) and click on I AGREE to download the software upgrading tools. Once the file is downloaded, read the manual carefully and follow the instructions.

**IMPORTANT INFORMATION – Pantech Duo Software Download**

## THIS UPGRADE IS FOR AT&T CUSTOMERS ONLY! IF AT&T IS NOT YOUR SERVICE PROVIDER, DO NOT UPDATE YOUR PRODUCT WITH THIS SOFTWARE!

This software download will update your Pantech Duo with Windows Mobile 6.1 and various other enhancements. This software is available only to AT&T customers and should not be used by non-AT&T customers. After updating the Pantech Duo with this software, the product will only work with AT&T service.
This software version is as follows:

**Pantech Duo Windows Mobile 6.1 Standard**
**CE OS 5.2.19597 (Build 19597.1.1.8)**
**Radio Version C819.33.**
**OS Bld. Version 6.11.M044.33**
**RIL Version 2.02**

**SW Release Date: September 29, 2008**

**Download File Size: Approx. 58 Mbytes.**

**Available storage space required for use: Approx. 90 Mbytes.**

**ATTENTION!** The Update Process will erase ALL user data from the device. Please ensure that all critical information has been backed up before applying this update. All user data (including contacts, photos, ringtones and videos) can be backed up using Microsoft Active Sync which was included in your installation disc. User contacts can be backed up and restored using the AT&T Mobile Backup service at http://mobilebackup.att.com/.

1. Please check your software version before downloading the tool. To view software version on the Pantech DUO, press ##SWVER## and then press OK. **You do not need to upgrade the software if you already have the software identified above.**
2. Please temporarily disable any PopUp Blockers in order to download this file. The PopUp Blocker can be enabled again after the download is complete.
3. The Update Process will erase ALL user data from the device. Please ensure that all critical information has been backed up before applying this update.
4. Any installed programs and/or updates will need to be re-installed after applying this update.
5. This updater will function correctly under Windows 2000 & XP.
6. This updater is not compatible with any other products.
7. Requirement
- Desktop/Laptop Computer Running Windows XP or Windows 2000
- (1) USB Port
- Fully Charged Battery for your phone (Standard or Extended)
- USB Data Cable (Included In the Retail Box)

**REMINDER:** The Update Process will erase ALL user data from the device. Please ensure that all critical information has been backed up before applying this update.

APP_PSY0038992

```
END USER SOFTWARE LICENSE AGREEMENT (EULA)
Single Use License by End User

Do not install or use the software update until you have
read and accepted all of the license terms. Permission to
use the software is conditional upon your agreeing to the
license terms. Installation or use of the software by you
will be deemed to be acceptance of the license terms.
Acceptance will bind you to the license terms in a legally
enforceable contract with PANTECH WIRELESS, INC. (PANTECH).

1. General
(a) The software included in this update (the "Product
Software") is licensed, not sold, to you for end user use
only under the terms of this License, and PANTECH reserves
```

☐ **I agree to the above terms.**

Download

APP_PSY0038993

END USER SOFTWARE LICENSE AGREEMENT (EULA)
Single Use License by End User

Do not install or use the software update until you have read and accepted all of the license terms. Permission to use the software is conditional upon your agreeing to the license terms. Installation or use of the software by you will be deemed to be acceptance of the license terms. Acceptance will bind you to the license terms in a legally enforceable contract with PANTECH WIRELESS, INC. (PANTECH).

1. General
(a) The software included in this update (the "Product Software") is licensed, not sold, to you for end user use only under the terms of this License, and PANTECH reserves all rights not expressly granted to you. The rights granted herein are limited to PANTECH's intellectual property rights in the Product Software and do not include any other patents, copyrights, or intellectual property rights. You may own the device on which the Product Software is recorded, but PANTECH and/or PANTECH's licensor(s) and/or supplier(s) retain ownership of the Product Software, and your permitted use thereof is limited as described herein.
(b) Except as provided below, this License applies to all Product Software included with the update. If the license terms accompanying any programs included in the Product Software explicitly grant you other rights that do not expressly conflict with this License, you also have those rights. This License does not grant you any rights with respect to programs that are clearly and solely subject to separate licenses accompanying those programs.

2. Permitted License Uses and Restrictions
(a) This License allows you to use the Product Software on a single PANTECH-labeled Product. This License does not allow the Product Software to exist on more than one PANTECH-labeled Product at a time, and you may not make the Product Software available where it could be used by multiple devices. This License does not grant you any rights to use PANTECH intellectual property in the design, development, manufacture, licensing or distribution of third party devices and accessories for use with the Product.
(b) With respect to updates to the Product Software that PANTECH may make available for further download (¡°Product Software Updates¡±), this License allows you to download the Product Software Updates to update the software on the single PANTECH-labeled Product that you own or control. This License does not allow you to update Products that you do not control or own, and you may not make the Product Software Updates available over a network where they could be used by multiple devices or multiple computers.
(c) Except to the extent permitted by applicable law, or by express licensing terms, you may not copy, decompile, reverse engineer, disassemble, attempt to derive the source code of, modify, or create derivative works of the Product Software, Product Software Updates, or any part thereof. Any attempt to do so is a violation of the rights of PANTECH and its licensors and/or suppliers of the Product Software and Product Software Updates. If you breach this restriction, you may be subject to prosecution and damages.
(d) By storing content on your Product you are making a digital copy. In some jurisdictions, it is unlawful to make digital copies without prior permission. The Product Software and Product Software Updates may be used to reproduce materials so long as such use is limited to

APP_PSY0038994

reproduction of non-copyrighted materials, materials in which you own the copyright, or materials you are authorized or legally permitted to reproduce.

(e) THE PRODUCT SOFTWARE AND PRODUCT SOFTWARE UPDATES ARE NOT INTENDED FOR USE IN THE OPERATION OF EQUIPMENT AND/OR SYSTEMS IN WHICH THE FAILURE OF THE PRODUCT SOFTWARE OR PRODUCT SOFTWARE UPDATES COULD LEAD TO DEATH, PERSONAL INJURY, OR SEVERE PHYSICAL OR ENVIRONMENTAL DAMAGE. DO NOT USE THEM AS SUCH.

3. Transfer You may not rent, lease, lend or sublicense the Product Software or the Product Software Update. You may, however, make a one-time permanent transfer of all of your license rights to the Product Software and the Product Software Update to another party in connection with the transfer of ownership of your Product, provided that: (a) the transfer must include your Product and all of the Product Software and Product Software Update, including all its component parts, original media, printed materials and this License; (b) you do not retain any copies of the Product Software or Product Software Update, full or partial, including copies stored on a computer or other storage device; and (c) the party receiving the Product Software and Product Software Update reads and accepts the terms and conditions of this License.

4. Consent to Use of Non-Personal Data You agree that PANTECH and its subsidiaries may collect and use technical and related information, including but not limited to technical information about your Product, computer, system and application software, and peripherals, that may be gathered periodically to facilitate the provision of software updates, product support and other services to you (if any) related to the Product Software and/or Product Software Updates, and to verify compliance with the terms of this License. PANTECH may use this information as long as it is in a form that does not personally identify you.

5. Termination This License is effective until terminated. Your rights under this License will terminate automatically without notice from PANTECH if you fail to comply with one or more of the terms of this License. Upon the termination of this License, you must cease any use of the Product Software and Product Software Updates.

6. Disclaimer of Warranties YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT USE OF THE PRODUCT SOFTWARE AND PRODUCT SOFTWARE UPDATES IS AT YOUR SOLE RISK AND THAT THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY AND EFFORT IS WITH YOU. INSTALLATION AND/OR USE OF THIS SOFTWARE MAY AFFECT THE USABILITY OF THIRD PARTY SOFTWARE. EXCEPT TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE PRODUCT SOFTWARE AND PRODUCT SOFTWARE UPDATES, AND ANY SERVICES PERFORMED BY THE PRODUCT SOFTWARE AND PRODUCT SOFTWARE UPDATES, ARE PROVIDED "AS IS", WITH ALL FAULTS AND WITHOUT WARRANTY OF ANY KIND, AND PANTECH AND PANTECH'S LICENSORS AND/OR SUPPLIERS (COLLECTIVELY REFERRED TO AS "PANTECH" FOR THE PURPOSES OF SECTIONS 6 AND 7) HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH RESPECT TO THE PRODUCT SOFTWARE AND PRODUCT SOFTWARE UPDATES, EITHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES AND/OR CONDITIONS OF MERCHANTABILITY, OF

APP_PSY0038995

SATISFACTORY QUALITY, OF FITNESS FOR A PARTICULAR PURPOSE, OF
ACCURACY, OF QUIET ENJOYMENT, AND NON-INFRINGEMENT OF THIRD PARTY
RIGHTS. PANTECH DOES NOT WARRANT AGAINST INTERFERENCE WITH YOUR
ENJOYMENT OF THE PRODUCT SOFTWARE AND PRODUCT SOFTWARE UPDATES,
THAT THE FUNCTIONS CONTAINED IN OR SERVICES PERFORMED BY THE
PRODUCT SOFTWARE AND PRODUCT SOFTWARE UPDATES WILL MEET YOUR
REQUIREMENTS, THAT THE OPERATION OF THE PRODUCT SOFTWARE AND
PRODUCT SOFTWARE UPDATES WILL BE UNINTERRUPTED OR ERROR-FREE, OR
THAT DEFECTS IN THE PRODUCT SOFTWARE AND PRODUCT SOFTWARE
UPDATES WILL BE CORRECTED. NO ORAL OR WRITTEN INFORMATION OR
ADVICE GIVEN BY PANTECH OR A PANTECH-AUTHORIZED REPRESENTATIVE
SHALL CREATE A WARRANTY. SHOULD THE PRODUCT SOFTWARE OR PRODUCT
SOFTWARE UPDATES PROVE DEFECTIVE, YOU ASSUME THE ENTIRE COST OF ALL
NECESSARY SERVICING, REPAIR OR CORRECTION. SOME JURISDICTIONS DO NOT
ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS ON
APPLICABLE STATUTORY RIGHTS OF A CONSUMER, SO THE ABOVE EXCLUSION
AND LIMITATIONS MAY NOT APPLY TO YOU.

The Product Software and Product Software Updates may enable access to PANTECH and/or
third party web services (collectively and individually, "Services"), and to PANTECH and third
party sites and information located worldwide throughout the Internet. Use of the Services
requires Internet access and use of certain Services may require you to accept additional terms of
service. Because PANTECH has no control over third party sites and information, PANTECH
makes no guarantees as to such sites and information, including but not limited to: (a) the
accuracy, availability, sequence, completeness, currency, content, validity or quality of any such
sites and information, or (b) whether a search completed through the Product may locate
unintended or objectionable content. Because some of the content on the Internet consists of
material that is adult-oriented or otherwise objectionable to some people or viewers under the
age of 18, the results of any search or entering of a particular URL using the Product may
automatically and unintentionally generate links or references to objectionable material. Certain
Services may include materials from third parties. You acknowledge and agree that PANTECH
is not responsible for examining or evaluating the content or the accuracy, completeness,
currency, validity or quality of any such third party material. PANTECH does not warrant or
endorse and does not assume and will not have any liability or responsibility for any third party
materials, or for any other materials, products, or services of third parties. You agree that you
will not use any third party materials in a manner that would infringe or violate the rights of any
other party, and that PANTECH is not in any way responsible for any such use by you. By using
the Product Software and Product Software Updates, you acknowledge that PANTECH makes
no representations or warranties with regard to any sites or information displayed by or accessed
through the Product Software and Product Software Updates, or any Services performed by the
Product Software and Product Software Updates in relation to such sites or information.
PANTECH, its officers, affiliates and subsidiaries shall not, directly or indirectly, be liable, in
any way, to you or any other person for the content you receive or view using the PANTECH
Software or for any inaccuracies, errors in or omissions from the content. PANTECH and its
licensors reserve the right to change, suspend, remove, or disable access to any Services at any
time without notice. In no event will PANTECH be liable for the removal of or disabling of

access to any such Services. PANTECH may also impose limits on the use of or access to certain Services, in any case and without notice or liability.

7. Limitation of Liability TO THE EXTENT NOT PROHIBITED BY LAW, IN NO EVENT SHALL PANTECH BE LIABLE FOR PERSONAL INJURY, OR ANY INCIDENTAL, SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, LOSS OF DATA, BUSINESS INTERRUPTION OR ANY OTHER COMMERCIAL DAMAGES OR LOSSES, ARISING OUT OF OR RELATED TO YOUR USE OR INABILITY TO USE THE PRODUCT SOFTWARE AND PRODUCT SOFTWARE UPDATES, HOWEVER CAUSED, REGARDLESS OF THE THEORY OF LIABILITY (CONTRACT, TORT OR OTHERWISE), AND EVEN IF PANTECH HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OF LIABILITY FOR PERSONAL INJURY, OR OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THIS LIMITATION MAY NOT APPLY TO YOU. In no event shall PANTECH's total liability to you for all damages (other than as may be required by applicable law in cases involving personal injury) exceed the amount of fifty dollars ($50.00). The foregoing limitations will apply even if the above stated remedy fails of its essential purpose.

8. Export Control You may not use or otherwise export or re-export the Product Software or Product Software Updates except as authorized by United States law and the laws of the jurisdiction(s) in which the Product Software and Product Software Updates were obtained. In particular, but without limitation, neither the Product Software nor the Product Software Updates may be exported or re-exported (a) into any U.S. embargoed countries or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Department of Commerce Denied Person¡‾s List or Entity List. By using the Product Software and Product Software Updates, you represent and warrant that you are not located in any such country or on any such list. You also agree that you will not use the Product Software or the Product Software Updates for any purposes prohibited by United States law, including, without limitation, the development, design, manufacture or production of missiles, nuclear, chemical or biological weapons.

9. Government End Users The Product Software, Product Software Updates, and related documentation are "Commercial Items", as that term is defined at 48 C.F.R. ¡×2.101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation", as such terms are used in 48 C.F.R. ¡×12.212 or 48 C.F.R. ¡×227.7202, as applicable. Consistent with 48 C.F.R. ¡×12.212 or 48 C.F.R. ¡×227.7202-1 through 227.7202-4, as applicable, the Commercial Computer Software and Commercial Computer Software Documentation are being licensed to U.S. Government end users (a) only as Commercial Items and (b) with only those rights as are granted to all other end users pursuant to the terms and conditions herein. Unpublished-rights reserved under the copyright laws of the United States.

10. Controlling Law and Severability This License will be governed by and construed in accordance with the laws of the State of California, as applied to agreements entered into and to be performed entirely within California between California residents. This License shall not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the

APP_PSY0038997

application of which is expressly excluded. If for any reason a court of competent jurisdiction finds any provision, or portion thereof, to be unenforceable, the remainder of this License shall continue in full force and effect.

11. Complete Agreement; Governing Language This License constitutes the entire agreement between the parties with respect to the use of the Product Software and Product Software Updates licensed hereunder and supersedes all prior or contemporaneous understandings regarding such subject matter. No amendment to or modification of this License will be binding unless in writing and signed by PANTECH. Any translation of this License is done for local requirements and in the event of a dispute between the English and any non-English versions, the English version of this License shall govern.

12. Third Party Acknowledgements Portions of the Product Software use or include third party software and other copyrighted material. Acknowledgements, licensing terms and disclaimers for such material are contained in the electronic documentation for the Product Software, and your use of such material is governed by their respective terms.

APP_PSY0038998

# EXHIBIT 35

MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES



» Return to original page

# End User License Agreement

PLEASE READ CAREFULLY BEFORE USING THIS SOFTWARE PRODUCT: This End-User license Agreement ("EULA") is a contract between (a) you (either an individual or the entity you represent) and (b) Hewlett-Packard Company ("HP") that governs your use of the software product ("Software"). This EULA does not apply if there is a separate license agreement between you and HP or its suppliers for the Software, including a license agreement in online documentation. The term "Software" may include (i) associated media, (ii) a user guide and other printed materials, and (iii) "online" or electronic documentation (collectively "User Documentation").

RIGHTS IN THE SOFTWARE ARE OFFERED ONLY ON THE CONDITION THAT YOU AGREE TO ALL TERMS AND CONDITIONS OF THIS EULA. BY INSTALLING, COPYING, DOWNLOADING, OR OTHERWISE USING THE SOFTWARE, YOU AGREE TO BE BOUND BY THIS EULA. IF YOU DO NOT ACCEPT THIS EULA, DO NOT INSTALL, DOWNLOAD, OR OTHERWISE USE THE SOFTWARE. IF YOU PURCHASED THE SOFTWARE BUT DO NOT AGREE TO THIS EULA, PLEASE RETURN THE SOFTWARE TO YOUR PLACE OF PURCHASE WITHIN FOURTEEN DAYS FOR A REFUND OF THE PURCHASE PRICE; IF THE SOFTWARE IS INSTALLED ON OR MADE AVAILABLE WITH ANOTHER HP PRODUCT, YOU MAY RETURN THE ENTIRE UNUSED PRODUCT.

"1. THIRD PARTY SOFTWARE. The Software may include, in addition to HP proprietary software ("HP Software"), software under licenses from third parties ("Third Party Software" and "Third Party License"). Any Third Party Software is licensed to you subject to the terms and conditions of the corresponding Third Party License. Generally, the Third Party License is located in a file such as license.txt or read.me file; you should contact HP support if you cannot find any Third Party License. If the Third Party Licenses include licenses that provide for the availability of source code (such as the GNU General Public License) and the corresponding source code is not included with the Software, then check the product support pages of HP's website (hp.com) to learn how to obtain such source code."

2. LICENSE RIGHTS. You will have the following rights provided you comply with all terms and conditions of this EULA: a. Use. HP grants you a license to Use one copy of the HP Software. "Use" means installing, copying, storing, loading, executing, displaying, or otherwise using the HP Software. You may not modify the HP Software or disable any licensing or control feature of the HP Software. If this Software is provided by HP for Use with an imaging or printing product (for example, if the Software is a printer driver, firmware, or add-on), the HP Software may only be used with such product ("HP Product"). Additional restrictions on Use may appear in the User Documentation. You may not separate component parts of the HP Software for Use. You do not have the right to distribute the HP Software. b. Copying. You right to copy means you may make archival or back-up copies of the HP Software, provided each copy contains all the original HP Software's proprietary notices and is used only for back-up purposes.

3. UPGRADES. To Use HP Software provided by HP as an upgrade, update, or supplement (collectively "Upgrade"), you must first be licensed for the original HP Software identified by HP as eligible for the Upgrade. To the extent the Upgrade supersedes the original HP Software, you may no longer use such HP Software. This EULA applies to each Upgrade unless HP provides other terms with the Upgrade. In case of a conflict between this EULA and such other terms, the other terms will prevail.

4. TRANSFER. a. Third Party Transfer. The initial end user of the HP Software may make a one-time transfer of the HP Software to another end user. Any transfer will include all component parts, media, User Documentation, this EULA, and if applicable, the Certificate of Authenticity. The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the transferred Software will agree to this EULA. Upon transfer of the HP Software, your license is automatically terminated. b. Restrictions. You may not rent, lease or lend the HP Software or Use the HP Software for commercial timesharing or bureau use. You may not sublicense, assign or otherwise transfer the HP Software except as expressly provided in this EULA.

APP_PSY0055970

5. PROPRIETARY RIGHTS. All intellectual property rights in the Software and User Documentation are owned by HP or its suppliers and are protected by law, including applicable copyright, trade secret, patent, and trademark laws. You will not remove any product identification, copyright notice, or proprietary restriction from the Software.

6. LIMITATION ON REVERSE ENGINEERING. You may not reverse engineer, decompile, or disassemble the HP Software, except and only to the extent that the right to do so is allowed under applicable law.

7. CONSENT TO USE OF DATA. HP and its affiliates may collect and use technical information you provide in relation to (i) your Use of the Software or the HP Product, or (ii) the provision of support services related to the Software or the HP Product. All such information will be subject to HP's privacy policy. HP will not use such information in a form that personally identifies you except to the extent necessary to enhance your Use or provide support services.

8. LIMITATION OF LIABILITY. Notwithstanding any damages that you might incur, the entire liability of HP and its suppliers under this EULA and your exclusive remedy under this EULA will be limited to the greater of the amount actually paid by you for the Product or U.S. $5.00. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL HP OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES FOR LOST PROFITS, LOST DATA, BUSINESS INTERRUPTION, PERSONAL INJURY, OR LOSS OF PRIVACY) RELATED IN ANY WAY TO THE USE OF OR INABILITY TO USE THE SOFTWARE, EVEN IF HP OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF THE ABOVE REMEDY FAILS OF ITS ESSENTIAL PURPOSE. Some states or other jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

9. U.S. GOVERNMENT CUSTOMERS. If you are a U.S. Government entity, then consistent with FAR 12.211 and FAR 12.212, Commercial Computer Software, Computer Software Documentation, and Technical Data for Commercial Items are licensed under the applicable HP commercial license agreement.

10. COMPLIANCE WITH EXPORT LAWS. You will comply with all laws, rules, and regulations (i) applicable to the export or import of the Software, or (ii) restricting the Use of the Software, including any restrictions on nuclear, chemical, or biological weapons proliferation.

11. RESERVATION OF RIGHTS. HP and its suppliers reserve all rights not expressly granted to you in this EULA.

**Quick find your product**

Enter a product number
(e.g. Deskjet 990cse, Pavilion 7955)

How do I find my product number?

» Return to original page

APP_PSY0055971

# EXHIBIT 36

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

What are you looking for?

Current Location: Nintendo.com   Consumer Service   Wii   End Use License Agreement                  Privacy Policy    Health & Safety Precautions

Support Home    Wii Support    DS Support    Other Systems Support    Online Play    Game Info                Where to Buy?

Change Language

This is the same End User License Agreement (EULA) that must be accepted when a Wii console is powered on for the first time. It is provided here for your convenience should you need to review it.

## Wii NETWORK SERVICES USER AGREEMENT

Last updated: March 25, 2009

**Chapter I: Wii Network Service**

Article 1: Grant of License

Nintendo grants you a personal, limited, non-exclusive, revocable (in whole or in part) license to use the Wii Network Service, pursuant to this agreement. Specifically:

Manuals

Online Store

Info for Parents

Master Games List

Tech Support Forums

- Although the Wii Network Service is intended for your personal recreational use, you are responsible for anyone using the Wii Network Service through your Wii Console (whether you gave them permission or not), and for ensuring they understand and agree to this agreement.

- You may not use the Wii Network Service for commercial or illegal purposes, in a way that may harm another person or company, or in any unauthorized or improper manner as we may specify from time to time in this agreement, our Wii Code of Conduct, or otherwise.

- You must clear all Content, Third-Party Data, and any other stored sensitive or personal information stored on your Wii Console prior to selling or otherwise transferring your Wii Console. If you acquire a used Wii Console, you must clear, and may not use, any of this data if still on the Wii Console when you acquire it.

- The Wii Network Service is licensed to you for use on your Wii Console only in the United States, Canada, or Latin America.

**Chapter II: Unauthorized Software, Services, or Devices or Unlicensed Accessories**

Your Wii Console and the Wii Network Service are not designed for use with unauthorized software, services, or devices or non-licensed accessories, and you may not use any of these with your Wii Console or the Wii Network Service. Such use may be illegal, voids any warranty, and is a breach of this agreement. Such use may also lead to injury to you or others or cause performance issues or damage to your Wii Console or the Wii Network Service. We (and our licensees and distributors) are not responsible for damage or loss caused by unauthorized software, services or devices or non-licensed accessories. We may take steps to disable or delete any unauthorized software, services or device installed in your Wii Console, for example, by detecting and disabling them through the Wii Network Service and/or game software. If we detect unauthorized software, services, or devices, your access to the Wii Network Service may be disabled and/or the Wii Console or games may be unplayable.

**Chapter III: Updates/Changes**

You understand that the Wii Console specifications and the Wii Network Service are constantly evolving and that we may update or change your Wii Console or the Wii Network Service in whole or in part, without notice to you. Such updates may be required for you to play new Wii games or continue to access the Wii Network Service. We may also upgrade, change, or terminate the Content or game software or may discontinue offering Products without notice to you.

**Chapter IV: Wii Shop**

Article 1: Wii Shop Account

You must create a Wii Shop Account to use the Wii Shop. A Wii Shop Account is personal to you. You are responsible for monitoring use of, and limiting access to, your Wii Shop Account and for anyone using your Wii Shop Account, even without your permission.

Article 2: Points

The Wii Shop allows you to use Points to download a license to use Content or purchase Products (and may also allow you to do such things as download licenses to use certain Content for free, or use your Points to send Content to a friend). Points are primarily intended for the purchase of downloadable video game content, and are taxed accordingly. Points are not your personal property. **Points have no cash or monetary value and are non-refundable.**

Once you place Points into your Wii Shop Account, you may not withdraw, sell, exchange, or transfer them to another. You are responsible

APP_PSY0055972

Once you place Points into your Wii Shop Account, you **may not withdraw, sell, or transfer** them to another. You are responsible for your or anyone else's use of Points in your Wii Shop Account, even if you did not give them permission to use those Points.

If we suspect fraudulent or unlawful activity concerning your Wii Shop Account or your use of Points, we may cancel, suspend, or otherwise limit your access to all or part of the Wii Network Service. If, as a result, your Wii Shop Account or your Points are deleted, they will be reinstated at our sole discretion.

Article 3: Credit-Card Charges and Your Billing Account

APP_PSY0055973

APP_PSY0055974

agreement since the last version you obtained.

Article 14: Sale, Transfer and Assignment Prohibited

You may not assign all or any part of this agreement or sell or transfer any Content or your Wii Shop Account to any third party. Any attempt by you to do so is void.

Article 15: Customer Service/Notices

To contact our customer-service department regarding this agreement, you may: (i) send an email to useragreement@noa.nintendo.com; (ii) send a letter to Nintendo of America Inc., attn: User Agreement, 4820 150th Ave NE, Redmond, WA 98052; or (iii) call, toll free, 1-888-977-7627.

For all legal matters, such as to file a claim against us or to notify us of an alleged infringement, you must contact or notify us in writing at: Nintendo of America Inc. Attn: General Counsel, 4820 150th Ave NE, Redmond, WA 98052.

Article 16: Governing Law, Legal Jurisdiction, and Interpretation of Agreement

This agreement and any claims arising under it is governed by the laws of the state of Washington, without reference to conflict of laws principles. If you want to sue us with respect to a claim related to this agreement, your lawsuit must be brought in King County, Washington, and you consent to the jurisdiction of courts located there. You agree that if any part of this agreement is determined to be invalid or unenforceable, that part will no longer apply and will be considered deleted from the agreement, but all other parts of the agreement will remain in effect. You further agree that we may replace the invalid part by a provision which reflects or comes closest to reflecting the initial intention. If we choose not to enforce a provision of the agreement, you agree that we are not waiving our right to do so in the future.

Article 17: Definitions

"Content" means the software, services, material and other data which we own or have the right to use, distribute or sublicense, and which we send to, or make available as a download through, the Wii Console or the Wii Network Service.

"Club Nintendo" means the loyalty program offered by Nintendo.

"Nintendo IP" means all intellectual property, including but not limited to trademarks, copyrights, moral rights, inventions, patents, trade secrets, know-how and other confidential and proprietary information which we developed, own or have a license to use.

"Points" means the points that you purchase from us through the Wii Shop or through points cards sold or distributed by us or our retailers and promotional partners and that you may exchange with us for a license to download Content or to purchase Products.

"Products" means any goods other than Content that are made available for purchase from us through the Wii Shop.

"Third-Party Data" means Content or other software, services, material, messages (including commercial and non-commercial messages), links to Internet sites, and other data either created by, or sent to, your Wii Console through the Wii Network Service by any non-Nintendo entity or person (including you).

"Wii Console" means Nintendo's system (including the Wii Remote) sold and marketed by Nintendo under the Wii brand, including any succeeding systems and compatible systems.

"Wii Network Service" means the service whereby we can distribute Content, messages (including commercial and non-commercial messages) and other data to your Wii Console, or link you to an Internet site, and whereby you can send and receive Content, messages (including commercial and non-commercial messages), and other data, including Third-Party Data, using your Wii Console. The "Wii Network Service" includes, but is not limited to, the Wii Shop.

"Wii Shop Account" means an account on your Wii Console which you set up and use in connection with the Wii Shop.

"Wii Shop" means our online Wii Console's store, which offers such things as Points, Content, Products, and a download service, all of which Nintendo directly or indirectly operates.

APP_PSY0055975



© 2009 Nintendo. Games are property of their respective owners.
Nintendo of America Inc. Headquarters are in Redmond, Washington



APP_PSY0055976