# EXHIBIT 50

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

Dockets.Justia.com



APP_PSY0021063

# EXHIBIT 51

MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES

# PSYSTAR Corporation

RCC-175680: Psystar Corporation - Product enquiry for Product Name: Open Computer

17 Jun 2008 01:25 AM

**(User)**  You have received a product enquiry from ████████ regarding the following product:
Product Name: Open Computer
Product SKU: OPN15501

**Enquiry:**
Is the processor a Dual Core of the Pentium architecture or is it one of the newer Core-Duo's? Also, what is the max memory the board will support?

So native OSX will run. No need for a hacked with hardware modifications? Thanks, Thomas...
URL: http://www.psystar.com/index.php?
option=com_virtuemart&pege=shop.product_details&flypage=flypage_images.tpl&product_id=1&Itemid=72

Mail mailto: ████████████

Posted on: 17 Jun 2008 01:25 AM

---

**Christian Infante**

**(Staff)**

Thank you for your inquiry into our Open Computing products.

The Dual-Core Pentium (E2180) is part of Intel's dual-core line of processors that include the Core2Duo. The E2180 is not very different from the E4xxx Allendale series of Core2Duo processors. The main point of contention between these two lines is the amount of L2 cache (the Allendales having 2MB and the Pentiums having 1MB) and clock speeds.

OS X does run but it does require a few simple augmentations. The open-source Realtek network card driver provided on our website is a good example of the things that are required for our machines to natively run OS X on a PC hardware platform.
PSYSTAR Corporation
www.psystar.com
888.456.7801 Toll Free
305.356.6666 Voice
305.357.5555 Fax
Posted on: 17 Jun 2008 02:53 PM

PS003503

# EXHIBIT 52

MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES

**PSYSTAR Corporation**

RSM-965210: Psystar Corporation - Product enquiry for Product Name: OpenPro
Computer

15 Jul 2008 03:16 PM

---

 You have received a product enquiry from ▇▇▇ regarding the following product:
(User) Product Name: OpenPro Computer
Product SKU: OPN75505-PRO-X

Enquiry:
Hello Psystar, I noticed your open line and I have a few questions.

1. Can I add hardware to this machine and OS X see it?
2. I run real macs now, is there any major difference between this and the MacPro?
3. Can this run 2 video cards? As I would want to run 3-4 monitors on it like I can on the MacPro w/ 2 cards.
4. How are you able to run this unmodified? are you instead modifying the hardware?

Thanks!
URL: http://www.psystar.com/index.php?
option=com_virtuemart&page=shop.product_details&flypage=flypage_images.tpl&product_id=39&Itemid=72

Mail mailto: ▇▇▇▇▇▇▇▇▇▇

Posted on: 15 Jul 2008 03:16 PM

---

**Christian
Infante**    Dear ▇▇▇

(Staff)    Below you will find the answers to your questions.

1) Sure, if the hardware is supported by OS X.

2) MacPro can be configured with 2 Quad Core's, our
OpenPro will only take 1.

3) Yes you can, although we will not support your
configuration.

4) It's a complicated mix of differing things, mostly
software though.

Please let us know if you have any additional questions,
comments or concerns as we look forward to you becoming
a PSYSTAR customer.

Thank you for your interest in Open Computing,
PSYSTAR Corporation
www.psystar.com
888.456.7801 Toll Free
305.356.6866 Voice
305.357.5555 Fax

Posted on: 20 Jul 2008 07:13 PM

---

# EXHIBIT 53

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

# PSYSTAR Corporation

ACC-367076: Psystar Corporation - Product enquiry for Product Name: Open
Computer

15 Jun 2008 11:59 PM

---

**Ryan
Hannigan**

(User)

You have received a product enquiry from Ryan Hannigan regarding the following product:
Product Name: Open Computer
Product SKU: OPN15501

Enquiry:
If I purchase this machine with Linux, and have an OS X disk, can I run the install without patching the
disk, or will I need a patched disk from you?
URL: http://www.psystar.com/index.php?
option=com_virtuemart&page=shop.product_details&flypage=flypage_images.tpl&product_id=1&Itemid=72

Mail mailto: metalmaster21@yahoo.com

Posted on: 15 Jun 2008 11:59 PM

---

**Christian
Infante**

(Staff)

Thank you for your inquiry into our Open Computing
products,

While the Open Computer does run OS X natively the
installation of the OS does entail a complicated procedure
which cannot be accomplished simply by putting in a retail
OS X installation disk. We provide the retail copy of OS X
Leopard with a machine if the OS is purchased but we do
preinstall the OS on the machine.
PSYSTAR Corporation
www.psystar.com
888.456.7801 Toll Free
305.356.6666 Voice
305.357.5555 Fax

Posted on: 17 Jun 2008 02:58 PM

---

# EXHIBIT 54

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

# PSYSTAR Corporation

**VEY-788125: Psystar Corporation - Product enquiry for Product Name: OpenPro Computer**

03 Oct 2008 04:42 PM

....................................................................................

**Paul R**
(User)

You have received a product enquiry from Paul R regarding the following product:
Product Name: OpenPro Computer
Product SKU: OPN15505-PRO-X

Enquiry:
Whats makes OpenPro run Mac software besides it being an Intel Processor and MacOS X? Is it Bios code?
Regards,
Paul
URL: http://www.psystar.com/index.php?
option=com_virtuemart&page=shop.product_details&flypage=flypage_images.tpl&product_id=39&Itemid=72

Mail mailto: kabobofpug@yahoo.com

Posted on: 03 Oct 2008 04:42 PM
....................................................................................

**Christian Infante**
(Staff)

Paul,

The OpenPro uses our proprietary technology to run the OS X Leopard operating system in its native form. We simply add our own drivers to enable functionality on our hardware. Please let us know if you have any additional questions, comments or concerns as we look forward to you becoming a PSYSTAR customer.

Thank you for your interest in Open Computing,
PSYSTAR Corporation
www.psystar.com
888.456.7801 Toll Free
305.356.6666 Voice
305.357.5555 Fax
Posted on: 16 Oct 2008 06:57 PM
....................................................................................

PS007865

# EXHIBIT 55

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

## PSYSTAR Corporation

XLX-353233: Re: A new Software Update from Psystar

08 Nov 2008 05:49 PM



**(User)**

Hello,

Thanks for the fix, wish I could load it!

My machine boots up, starts to load the MAC OS X
windows system and
just hangs.

I spent less than 1 to 2 hours on the system before it self
destructed when I tried to adjust the screen resolution
and refresh
rate.
The system just hangs in windows system start.
 I cannot load the OS disk that was provided, what the
hell good is
getting the media then if I have to have Psystar install it?

Where are the Mac OS X Leopard install instructions for
this machine?
We should be able to install this ourselves with the
appropriate
instructions and tools!

On your FAQ you state ...
Can I load my own operating system?
Yes,
you can order your Open Computer with whichever
operating system you
like and install your choice of operating systems
afterwards. We do
not
provide support or assistance for the installation of OS X
Leopard
outside of our facilities at this point in time. Psystar also
specifically supports the operating system that was
ordered with your
Open Computing product. We will be unable to support any
OS X
installations that did not originate from Psystar. If you
would like to
have OS X, or any other OS offered by Psystar, installed
by Psystar on

PS002268



EXHIBIT
155 Pedraza
wm 8/7/9

a later date you can do so by purchasing a hard drive and operating
system from our online
store.

The reality then is NO you can't load your own operating system if
it's OS X Leopard without a restore disk?


Will you provide instructions on loading the
Leopard operating system?
If you purchase Leopard with your Open Computer you will be able to
receive a restore disc
which will allow you to reinstall your Leopard OS X
operating system
directly from the original retail-packaged DVD which is included in you


I noticed an offer for a recovery disk came with a statement declaring
I wouldn't return the system.

Needless to say I'd like to open a support call, and get the recovery
disk as it appears the OS X leopard is NOT user installable.
I should be able to get a restore disk without forfeiting my product
return rights!

Where is the attached documentation on the fix, its contents or how the
hell it get's installed?
I'll tell you I'm pretty disappointed with my out of the box
experiences...

Your frustrated customer....

████████████


Posted on: 08 Nov 2008 05:49 PM

---

████████

(User)

Hello,

PS002269

Thanks for the fix, wish I could load it!

My machine boots up, starts to load the MAC OS X
windows system and
just hangs.

I spent less than 1 to 2 hours on the system before it self
destructed when I tried to adjust the screen resolution
and refresh
rate.
The system just hangs in windows system start.
I cannot load the OS disk that was provided, what the
hell good is
getting the media then if I have to have Psystar install it?

Where are the Mac.OS X Leopard install instructions for
this machine?
We should be able to install this ourselves with the
appropriate
instructions and tools!

On your FAQ you state ...
Can I load my own operating system?
Yes,
you can order your Open Computer with whichever
operating system you
like and install your choice of operating systems
afterwards. We do
not
provide support or assistance for the installation of OS X
Leopard
outside of our facilities at this point in time. Psystar also
specifically supports the operating system that was
ordered with your
Open Computing product. We will be unable to support any
OS X
installations that did not originate from Psystar. If you
would like to
have OS X, or any other OS offered by Psystar, installed
by Psystar on
a later date you can do so by purchasing a hard drive and
operating
system from our online
store.

The reality then is NO you can't load your own operating
system if
it's OS X Leopard without a restore disk?


Will you provide instructions on loading the
Leopard operating system?
If you purchase Leopard with your Open Computer you will
be able to
receive a restore disc
which will allow you to reinstall your Leopard OS X
operating system

PS002270

directly from the original retail-packaged DVD which is
included in you

I noticed an offer for a recovery disk came with a
statement declaring
I wouldn't return the system.

Needless to say I'd like to open a support call, and get
the recovery
disk as it appears the OS X leopard is NOT user
installable.
I should be able to get a restore disk without forfeiting
my product
return rights!

Where is the attached documentation on the fix, its
contents or how the
hell it get's installed?
I'll tell you I'm pretty disappointed with my out of the
box
experiences...

Your frustrated customer....



Posted on: 08 Nov 2008 05:49 PM

---

**Christian
Infante**

**(Staff)**

We apologize for any inconvenience; Mr. .

While it is definitely possible for users to install the Mac
OS using their own tools and methods, we will not be able
to provide support or assistance for these types of
installations. This also goes for Windows XP/Vista and
·Linux, for which we will not provide support for when
installed by the end-user or another party that is not
Psystar.

The tools which we provide are located on the Restore
Disk, which is available to all of our customers, at no
extra cost, with a Mac OS X-configured Open Computing
product. The Restore Disk includes an instructional
pamphlet. To receive the Restore Disk you must fill out
and submit the form located here:

http://store.psystar.com/restore.html?
frontend=bb847c240d28f3e7908d064ac837d811

Our technical support staff is available from 9am to 5pm
EST Monday through Friday, toll free, at 1-888-456-7801.

Regards,
PSYSTAR Corporation

PS002271

www.psystar.com
888.456.7801 Toll Free
305.356.6666 Voice
305.357.5555 Fax

Posted on: 10 Nov 2008 10:43 AM

PS002272

# EXHIBIT 56

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

# PSYSTAR Corporation

FIK-486620: [REQUEST]Service

07 May 2008 02:25 PM

---

**Psystar**

(User)

First Name: Thomas
Last Name: Ross
E-Mail: appletom@gmail.com
Telephone: (248) 565-6097
Business Name: CRoss Check, Royal Oak, MI,48073
Description of Service Required: Tried to install the
"Safari 3.1.1" update from Apple, the OpenPro shuttered,
an made a loud sound, I saw and smelt smoke.

It appears the internals have fused together, forming a
solidified mass at the bottom of the case.

This concerns me, as I have a report due.

Please advise.

Tom Ross
Requested Time: ASAP
Requested Date:

Posted on: 07 May 2008 02:25 PM

---

PS007237

# EXHIBIT 57

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

# PSYSTAR Corporation

## IQP-696298: New Restore Disk, Failure to Load Utilities

07 Nov 2008 07:33 PM

---

**Leif Wells**

(User)

All,
I am having difficulty installing Adobe Creative Suite 4.
Since I can not
figure out where my problem, I thought it would be best to go ahead and
finally request my Restore Disc.

The disc arrived today, so I loaded it up. Remembering that you guys said
that there were utilities on the disk (ones that could have solved earlier
problems with my system), I attempted to load those up first.

With the disc in the drive, I got the disc to boot. I chose the utilities
option. The process beings, and ultimately the screen changes to a strange
grey color and the cursor changes to an "x".

And that is it. I've gone through the process several times with the same
exact result. I assume something is wrong.

Here are my questions:
1) Am I doing anything incorrectly? Is there something wrong with my disc?
2) Do I need to go through the entire restore process to access these
utilities?
3) Do I need to run some kind of back-up before running the restore process?
4) Will the utilities that are on this disc assist me with solving my Adobe
CS 4 install problem?

Thanks,

Leif
Atlanta

Posted on: 07 Nov 2008 07:33 PM

---

# EXHIBIT 58

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

# PSYSTAR Corporation

## GZN-726663: Contact Form

10 Oct 2008 05:01 PM

---

### Psystar Sales

(User)

Name: Rich Derfler
E-mail: rhderfler@msn.com
Telephone: 503-675-7714

Comment: DOA. This is the second time with this computer. The power supply started smoking a few minutes after plugging it in. I used a power surge protector same as my G4 mac. The only external devise I had connected was dvd drive connected to the firewire port and a logitech speaker connected through the sound port. Very frustrating, can I get a ROA and ask if I can get a refund.

Rich Derfler

Posted on: 10 Oct 2008 05:01 PM

---

# EXHIBIT 59

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

# PSYSTAR Corporation

XLE-931067: RA # please.

07 May 2008 03:10 PM

---

**Rick Casey**      Received computer today.Want to return IMMEDIATELY.
                    Send RA# ASAP.
(User)              Upon powering up the fan sound level was intolerable.
                    No computer I've ever owned sounded so horrid.
                    Case even reverberated.
                    Not acceptable.
                    Please do NOT delay in contacting me in this matter.
                    912 638 0076.

                    ~Rick.

                    ------------------------------------
                    Rick Casey
                    St Simons Island, GA
                    Skkyhawke2@gmail.com
                    ------------------------------------

                    Posted on: 07 May 2008 03:10 PM

---

# EXHIBIT 60

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION
FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

# PSYSTAR Corporation

AVZ-550072: Can't get upgrade to work.

07 Aug 2008 12:27 PM


(User)

Hi, I recently called to ask for help to upgrade the Psystar I bought from you a few months ago. I was forwarded by email the current script to upgrade my original system from 10.5.2 to 10.5.4. Everything appears to go fine and at the end of the install the installer announces that the install has succeded. Nonetheless, the computer doesn't restart until the restart button is pushed. The computer then tries to restart but hangs at the grey startup screen until you turn it off (even if you wait all weekend!) When you reboot again, the system boots into system 10.5.4 but System Profiler reports many errors, nor does DVD Player work. VLC is loaded with artifacts.

I've tried this procedure 3 times (I cloned the drive using Peter Haas' procedure), yes, I'm choosing the right video card and motherboard (Open Computer w/7200GS video card).

What can you do to help me? Can you give me a beter procedure? Is it possible to return my hard drive and have you load the current version on it? I have no critical data on it.

Ed

Posted on: 07 Aug 2008 12:27 PM

Hello,

(Staff)

We apologize for the delay in responding to your support issue. We can definitely reinstall your OS and update it to the latest version for you. We ask that you package your hard drive very carefully so as not to damage it during shipping. We also ask that you include your Leopard DVD in the package. Your same drive and Leopard DVD will be returned to you.

Our shipping address is

10475 NW 28th St
Miami, FL 33185

We apologize for the inconvenience and would appreciate any additional information you can provide about your



EXHIBIT
158-Pedraza
am

system as this is an issue that has not been encountered before.

PSYSTAR Corporation
www.psystar.com
888.456.7801 Toll Free
305.356.6666 Voice
305.357.5555 Fax

Posted on: 08 Aug 2008 10:01 AM

PS000826

# EXHIBIT 61

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

# PSYSTAR Corporation

## HIL-781198: [REQUEST]Service

29 May 2008 08:20 PM

---

**Psystar**

(User)

First Name: Andriy
Last Name: Kharkovyy
E-Mail: kharkovyy@gmail.com
Telephone: 6083200382
Business Name: Andrews University
Description of Service Required: Hello,
Opened my OpenComputer today and it was damaged. Box
had no punctures and no visible problems but the
computer itself was bent (i have pictures documenting all
this) and the parts inside were just floating around. Then
when i opened the box to see if i can simply put the cards
back in i noticed that the fan is damaged as it seems that
things have been floating around in the case and damaged
the fan.
I need this computer ASAP as my school starts next week.
Please advise !
Requested Time: 9.27pm
Requested Date: 5/29/2008

Posted on: 29 May 2008 08:20 PM

---

PS004201