# EXHIBIT 65

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

*Apple Inc. v. Psystar Corp.*
Case No. CV-08-03251-WHA

# PS009288P

If seal is broken or package damaged check contents before signing receipt





EXHIBIT
17
3/19/09

© 2008 Psystar Corporation.
Unauthorized copying, reproduction, rental, or public performance of this software is a violation of applicable laws. Each disc is individually water marked. Violators will be prosecuted to the fullest extent of the law. Made in the USA.

Unfold maual completly to view installation images.

# Psystar

## Open Restore
## OSX Reinstallation
## Instruction Manual



### 1. Boot the Open Restore disc

While your Open Computer is on insert the Open Restore disc enclosed. Then, shut id down normally. Immediatly after turning it on press F12 repeatedly ro bring up a boot menu, from which you should choose CDROM. (Fig. A)

### 2. Initialize the Mac OS Installer

A gray screen will appear with the Psystar logo. Choose the option that reads "Install/Boot from Leopard DVD" (Fig. B) You will be prompted with "Insert OS X Leopard DVD, wait for it to read, then press enter:"
At this point ensure the retail Leopard disc shipped with your system is in the drive. Wait 5 seconds, and press enter. If the disc is not detected the process will have to be repeated.

### 3. Install Mac OS X

The OS X Installer will now run. Follow the on-screen instructions. When the installation process is complete the Open Computer will restart.

### 4. Boot the Open Restore disc (again)

The OS X Installer will now run. Follow the on-screen instructions. When the installation process is complete the Open Computer will restart.

### 5. Finalize the Mac OS X Installation

You will once again see the gray Open Restore screen from Step 2. (Fig. B) Select the "Boot from Hard Disk" option.

### 6. Install the Open Restore Package

After choosing your language and other options you will be presented with your desktop. Open the Open Restore disc by double clicking on the icon. Browse to the install folder and double click on "OpenRestore.mpkg" file. Follow the on-screen instructions to install the Open Resore application. When prompted for your login information the username is the email address provided when ordering the system and the password is the word "open" fallowed by the last four digits of your order number. Ex: If your order number is 0810091012 your password would be "open1012"



Fig. B



Fig. A

PS009286

# EXHIBIT 66

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

Start Print

# PSYSTAR Corporation

GEC-530661: Fw: My order

07 May 2008 02:41 PM

---

**j varey**

(User)

\----- Forwarded Message ----
From: j varey
To: rp@psystar.com
Sent: Sunday, April 20, 2008 9:58:04 PM
Subject: My order

My order number is 5342 and I am wondering when my order is going to be shipped. and when can I get my tracking number...

Posted on: 07 May 2008 02:41 PM

---

**j varey**

(User)

yes but you charge 155 where as I can go to the store and get it for $99. and like I said before you say I can't reinstall If I need to. So how is that easy. What do I gotta do If something happens and I need to reinstall send it back to you..

\----- Original Message ----
From: PSYSTAR Support Team
To: j varey
Sent: Monday, April 28, 2008 3:35:10 PM
Subject: Re: Fw: My order

Dear Mr. Varey,

If you ordered a computer with Leopard pre-installed, it would run
straight out of the box, with absolutely no problems. That seems very
easy.
Thank you for your concern,
PSYSTAR Support Team
www.psystar.com 305-356-6666

On Sun, 2008-04-27 at 18:36 -0700, j varey wrote:
> So if it is not as easy to install like a mac than why would I even
> bother I ordered with the impression that it was as easy as a Mac.
>
> ----- Original Message ----
> From: PSYSTAR Support Team
> To: j varey

PS006527

```
> Sent: Friday, April 25, 2008 7:31:47 AM
> Subject: Re: Fw: My order
>
> Dear Mr. Varey,
>
> We are pleased to inform you that we are currently
working on a
> system
> to facilitate installation and re-installation to the point
that we
> will
> ship out instructions with our computers, as well as on
our website.
> Thank you for your concern,
> PSYSTAR Support Team
> www.psystar.com 305-356-6666
>
> On Thu, 2008-04-24 at 16:24 -0700, j varey wrote:
> > So what happens when and If I need to reinstall
> >
> > ----- Original Message ----
> > From: PSYSTAR Support Team
> > To: j varey
> > Sent: Thursday, April 24, 2008 7:54:05 AM
> > Subject: Re: Fw: My order
> >
> > Dear Mr. Varey,
> >
> > There is a difference. Leopard is not MADE to run on
the Open
> > Computer,
> > rather, we "force" it to run on our computers through
a long and
> > complicated process executed by our technicians.
> > Thank you for your questions,
> > PSYSTAR Support Team,
> > www.psystar.com 305-356-6666
> >
> > On Wed, 2008-04-23 at 17:40 -0700, j varey wrote:
> > > So why can't I just install it myself what is the
difference
> between
> > > installing on a Mac and installing on the
opencomputer does the
> open
> > > have a tmp the same as Mac.
> > >
> > > ----- Original Message ----
> > > From: PSYSTAR Support Team
> > > To: j varey
> > > Sent: Wednesday, April 23, 2008 7:21:10 AM
> > > Subject: Re: Fw: My order
> > >
> > > Dear Mr. Varey,
> > >
> > > The current price for our Leopard Pre-Installation is
155$,
> which
> > > covers the price of buying the OS from Apple, and
the rigorous
> > process
> > > of installing it onto our Open Computers. To add
the operating
> > system
> > > to
```

PS006528

```
> > > your order, you can go to the store section of our
website, click
> on
> > > Open Computing, and the third item on that page
will be the option
> > to
> > > "Add operating system." When you order it, please
include your
> order
> > > number on the comments, so that we know to
attach it to your
> order.
> > > Yes,
> > > it does come with the install disks.
> > >
> > > Thank you for your time,
> > > PSYSTAR Support Team
> > > www.psystar.com 305-356-6666
> > >
> > > On Tue, 2008-04-22 at 16:24 -0700, j varey wrote:
> > > > well how much more is with Leopard on and does
it come with
> > install
> > > > disks....
> > > >
> > > > ----- Original Message ----
> > > > From: PSYSTAR Support Team
> > > > To: j varey
> > > > Sent: Tuesday, April 22, 2008 8:22:01 AM
> > > > Subject: Re: Fw: My order
> > > >
> > > > Dear Mr. Varey,
> > > >
> > > > Your order has been received, and it will be
shipped out as
> > soon
> > > > as
> > > > possible. As for your order, you made an order
without an
> > operating
> > > > system, and we would like to inform you that it
is not a simple
> > > > process
> > > > to install Leopard on your own. If you would like
Leopard
> > > > pre-installed
> > > > on your Open Computer, please add it to your
order.
> > > > Thank you for your interest,
> > > > PSYSTAR Support Team,
> > > > www.psystar.com 305-356-6666
> > > >
> > > > On Mon, 2008-04-21 at 17:22 -0700, j varey
wrote:
> > > > >
> > > > >
> > > > > ----- Forwarded Message ----
> > > > > From: j varey
> > > > > To: rp@psystar.com
> > > > > Sent: Sunday, April 20, 2008 9:58:04 PM
> > > > > Subject: My order
> > > > >
> > > > > My order number is 5342 and I am wondering
when my order is
> > going
```

PS006529

```
> > > to
> > > > > be shipped. and when can I get my tracking
number...
> > > > >
> > > > >
> > > > >
> > > >
> > > >
> > > >
> > > >
> > >
> > >
> > >
> > >
> >
> >
> >
> >
>
>
```

Posted on: 07 May 2008 02:45 PM

---

**j varey**

(User)

So what happens when and If I need to reinstall

----- Original Message ----
From: PSYSTAR Support Team
To: j varey
Sent: Thursday, April 24, 2008 7:54:05 AM
Subject: Re: Fw: My order

Dear Mr. Varey,

There is a difference. Leopard is not MADE to run on the Open Computer,
rather, we "force" it to run on our computers through a long and
complicated process executed by our technicians.
Thank you for your questions,
PSYSTAR Support Team,
www.psystar.com 305-356-6666

On Wed, 2008-04-23 at 17:40 -0700, j varey wrote:
> So why can't I just install it myself what is the difference between
> installing on a Mac and installing on the opencomputer does the open
> have a tmp the same as Mac.
>
> ----- Original Message ----
> From: PSYSTAR Support Team
> To: j varey
> Sent: Wednesday, April 23, 2008 7:21:10 AM
> Subject: Re: Fw: My order
>
> Dear Mr. Varey,
>
> The current price for our Leopard Pre-Installation is 155$, which
> covers the price of buying the OS from Apple, and the rigorous process
> of installing it onto our Open Computers. To add the operating system
> to

PS006530

> your order, you can go to the store section of our website, click on
> Open Computing, and the third item on that page will be the option to
> "Add operating system." When you order it, please include your order
> number on the comments, so that we know to attach it to your order.
> Yes,
> it does come with the install disks.
>
> Thank you for your time,
> PSYSTAR Support Team
> www.psystar.com 305-356-6666
>
> On Tue, 2008-04-22 at 16:24 -0700, j varey wrote:
> > well how much more is with Leopard on and does it come with install
> > disks....
> >
> > ----- Original Message ----
> > From: PSYSTAR Support Team
> > To: j varey
> > Sent: Tuesday, April 22, 2008 8:22:01 AM
> > Subject: Re: Fw: My order
> >
> > Dear Mr. Varey,
> >
> > Your order has been received, and it will be shipped out as soon
> > as
> > possible. As for your order, you made an order without an operating
> > system, and we would like to inform you that it is not a simple
> > process
> > to install Leopard on your own. If you would like Leopard
> > pre-installed
> > on your Open Computer, please add it to your order.
> > Thank you for your interest,
> > PSYSTAR Support Team,
> > www.psystar.com 305-356-6666
> >
> > On Mon, 2008-04-21 at 17:22 -0700, j varey wrote:
> > >
> > >
> > > ----- Forwarded Message ----
> > > From: j varey
> > > To: rp@psystar.com
> > > Sent: Sunday, April 20, 2008 9:58:04 PM
> > > Subject: My order
> > >
> > > My order number is 5342 and I am wondering when my order is going
> > to
> > > be shipped. and when can I get my tracking number...
> > >
> > >
> > >
> > >
> >
> >
> >
> >

PS006531

```
>
>
>
>
```

Posted on: 07 May 2008 02:47 PM

---

**j varey**

(User)

well how much more is with Leopard on and does it come with install disks....

----- Original Message ----
From: PSYSTAR Support Team
To: j varey
Sent: Tuesday, April 22, 2008 8:22:01 AM
Subject: Re: Fw: My order

Dear Mr. Varey,

Your order has been received, and it will be shipped out as soon as
possible. As for your order, you made an order without an operating
system, and we would like to inform you that it is not a simple process
to install Leopard on your own. If you would like Leopard pre-installed
on your Open Computer, please add it to your order.
Thank you for your interest,
PSYSTAR Support Team,
www.psystar.com 305-356-6666

On Mon, 2008-04-21 at 17:22 -0700, j varey wrote:
```
>
>
> ----- Forwarded Message ----
> From: j varey
> To: rp@psystar.com
> Sent: Sunday, April 20, 2008 9:58:04 PM
> Subject: My order
>
> My order number is 5342 and I am wondering when my order is going to
> be shipped. and when can I get my tracking number...
>
>
>
```

Posted on: 07 May 2008 02:50 PM

---

**j varey**

(User)

So why can't I just install it myself what is the difference between installing on a Mac and installing on the opencomputer does the open have a tmp the same as Mac.

PS006532

----- Original Message ----
From: PSYSTAR Support Team
To: j varey
Sent: Wednesday, April 23, 2008 7:21:10 AM
Subject: Re: Fw: My order

Dear Mr. Varey,

The current price for our Leopard Pre-Installation is 155$, which
covers the price of buying the OS from Apple, and the rigorous process
of installing it onto our Open Computers. To add the operating system to
your order, you can go to the store section of our website, click on
Open Computing, and the third item on that page will be the option to
"Add operating system." When you order it, please include your order
number on the comments, so that we know to attach it to your order. Yes,
it does come with the install disks.

Thank you for your time,
PSYSTAR Support Team
www.psystar.com 305-356-6666

On Tue, 2008-04-22 at 16:24 -0700, j varey wrote:
> well how much more is with Leopard on and does it come with install
> disks....
>
> ----- Original Message ----
> From: PSYSTAR Support Team
> To: j varey
> Sent: Tuesday, April 22, 2008 8:22:01 AM
> Subject: Re: Fw: My order
>
> Dear Mr. Varey,
>
> Your order has been received, and it will be shipped out as soon
> as
> possible. As for your order, you made an order without an operating
> system, and we would like to inform you that it is not a simple
> process
> to install Leopard on your own. If you would like Leopard
> pre-installed
> on your Open Computer, please add it to your order.
> Thank you for your interest,
> PSYSTAR Support Team,
> www.psystar.com 305-356-6666
>
> On Mon, 2008-04-21 at 17:22 -0700, j varey wrote:
> >
> >
> > ----- Forwarded Message ----
> > From: j varey
> > To: rp@psystar.com
> > Sent: Sunday, April 20, 2008 9:58:04 PM
> > Subject: My order

PS006533

```
> >
> > My order number is 5342 and I am wondering when
my order is going to
> > be shipped. and when can I get my tracking number...
> >
> >
> >
>
>
>
>
```

Posted on: 07 May 2008 02:57 PM

PS006534

# EXHIBIT 67

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

Start Print

# PSYSTAR Corporation

ZXY-195076: Re: Fw: My order

07 May 2008 02:40 PM

---


(User)

So if it is not as easy to install like a mac than why would I even bother I ordered with the impression that it was as easy as a Mac

----- Original Message ----
From: PSYSTAR Support Team
To:
Sent: Friday, April 25, 2008 7:31:47 AM
Subject: Re: Fw: My order

Dear Mr.            ,

We are pleased to inform you that we are currently working on a system
to facilitate installation and re-installation to the point that we will
ship out instructions with our computers, as well as on our website.
Thank you for your concern,
PSYSTAR Support Team
www.psystar.com 305-356-6666

On Thu, 2008-04-24 at 16:24 -0700, j varey wrote:
> So what happens when and If I need to reinstall
>
> ----- Original Message ----
> From: PSYSTAR Support Team
> To:
> Sent: Thursday, April 24, 2008 7:54:05 AM
> Subject: Re: Fw: My order
>
> Dear Mr.            ,
>
> There is a difference. Leopard is not MADE to run on the Open
> Computer,
> rather, we "force" it to run on our computers through a long and
> complicated process executed by our technicians.
> Thank you for your questions,
> PSYSTAR Support Team,
> www.psystar.com 305-356-6666
>
> On Wed, 2008-04-23 at 17:40 -0700,            wrote:
> > So why can't I just install it myself what is the difference between
> > installing on a Mac and installing on the



EXHIBIT
5
3/19/09

PS006653

opencomputer does the open
> > have a tmp the same as Mac.
> >
> > ----- Original Message ----
> > From: PSYSTAR Support Team
> > To: [redacted]
> > Sent: Wednesday, April 23, 2008 7:21:10 AM
> > Subject: Re: Fw: My order
> >
> > Dear Mr. [redacted]
> >
> > The current price for our Leopard Pre-Installation is 155$, which
> > covers the price of buying the OS from Apple, and the rigorous
> > process
> > of installing it onto our Open Computers. To add the operating
> system
> > to
> > your order, you can go to the store section of our website, click on
> > Open Computing, and the third item on that page will be the option
> > to
> > "Add operating system." When you order it, please include your order
> > number on the comments, so that we know to attach it to your order.
> > Yes,
> > it does come with the install disks.
> >
> > Thank you for your time,
> > PSYSTAR Support Team
> > www.psystar.com 305-356-6666
> >
> > On Tue, 2008-04-22 at 16:24 -0700, [redacted] wrote:
> > > well how much more is with Leopard on and does it come with
> > install
> > > disks....
> > >
> > > ----- Original Message ----
> > > From: PSYSTAR Support Team
> > > To: [redacted]
> > > Sent: Tuesday, April 22, 2008 8:22:01 AM
> > > Subject: Re: Fw: My order
> > >
> > > Dear Mr. [redacted]
> > >
> > > Your order has been received, and it will be shipped out as
> > soon
> > > as
> > > possible. As for your order, you made an order without an
> > operating
> > > system, and we would like to inform you that it is not a simple

PS006654

```
> > > process
> > > to install Leopard on your own. If you would like Leopard
> > > pre-installed
> > > on your Open Computer, please add it to your order.
> > > Thank you for your interest,
> > > PSYSTAR Support Team,
> > > www.psystar.com 305-356-6666
> > >
> > > On Mon, 2008-04-21 at 17:22 -0700, j varey wrote:
> > > >
> > > >
> > > > ----- Forwarded Message ----
> > > > From: ▇▇▇▇
> > > > To: rp@psystar.com
> > > > Sent: Sunday, April 20, 2008 9:58:04 PM
> > > > Subject: My order
> > > >
> > > > My order number is ▇▇▇ and I am wondering when my order is
> going
> > to
> > > > be shipped. and when can I get my tracking number...
> > > >
> > > >
> > > >
> > >
> > >
> > >
> > >
> >
> >
> >
>
>
>
>
```

Posted on: 07 May 2008 02:40 PM

# EXHIBIT 68

**MEGAN M. CHUNG'S DECLARATION IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

## PSYSTAR Corporation

NAC-459014: Missing items in Order

23 Oct 2008 03:25 PM

**Joel Davidson**

(Staff)     We are looking into the allegedly missing items below.
This ticket will be updated when any status changes occur.
Thank you for your patience.

List of items missing from order:
OpenPro front panel Keys
Mac OS X Leopard 10.5.4 Disc (Box included, however contents were empty)

Regards,
Joel D

Posted on: 23 Oct 2008 03:25 PM



EXHIBIT
12
3/19/09

PS007620

PS007620