K.A.D. CAMARA (TX Bar No. 24062646/
MA Bar No. 661087 – *Admitted Pro Hac Vice*)
camara@camarasibley.com
KENT RADFORD (TX Bar No. 24027640 –
*Admitted Pro Hac Vice*)
radford@camarasibley.com
CAMARA & SIBLEY LLP
2339 University Boulevard
Houston, Texas 77005
Telephone: (713) 893-7973
Facsimile: (713) 583-1131

EUGENE ACTION (SBN 223023)
eugeneaction@hotmail.com
1780 E. Barstow Ave., #5
Fresno, California 93710
Telephone: (559) 283-9772
Facsimile: (559) 642-2843

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    *Plaintiff*,<br><br>v.<br><br>PSYSTAR CORPORATION,<br><br>    *Defendants*.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV-08-03251-WHA<br><br>**DECLARATION OF KENT RADFORD IN SUPPORT OF PSYSTAR CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

I, Kent Radford, declare as follows:

1. I am an attorney licensed to practice law in the State of Texas and am admitted to practice before this Court *pro hac vice*. I am associated with the law firm of Camara & Sibley LLP and am one of the attorneys representing Defendant and Counterclaimant Psystar Corporation in the above-captioned matter. I make this declaration on individual knowledge and, if called as a witness, can and will competently testify with respect to the matters stated herein.

2. Attached to the motion for summary judgment filed by Psystar Corporation are true and correct copies of exhibits as follows:

| | |
|---|---|
| Ex. A | Leopard EULA |
| Ex. B | Snow Leopard EULA |
| Ex. C | Schiller Deposition Excerpts |
| Ex. D | Email From Steve Zellers |
| Ex. E | Van Vechten Deposition Excerpts |
| Ex. F | Culbert Deposition Excerpts |
| Ex. G | Patience Deposition Excerpts |
| Ex. H | Wright Deposition Excerpts |
| Ex. I | Code and Screenshot Showing Retrieval of Haiku and Declaration of Rudy Pedraza |
| Ex. J | Mansfield Deposition Excerpts |

Executed on October 8, 2009, at Houston, Texas.

/s/ Kent Radford
Kent Radford

# CERTIFICATE OF SERVICE

I, Michael Wilson, declare I am employed in the City of Houston and County of Harris, Texas in the office of Camara & Sibley. I am over the age of eighteen and not a party to this action. My business address is Camara & Sibley, 2339 University Boulevard, Houston, Texas 77005.

I served the following document(s):

DECLARATION OF KENT RADFORD IN SUPPORT OF PSYSTAR CORPORATION'S MOTION FOR SUMMARY JUDGMENT
Case No. CV 08-03251 WHA

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Camara & Sibley LLP. I sent the document(s) to the following:

| | |
|---|---|
| James G. Gilliland, Jr.<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 | email: jggilliland@townsend.com |

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 8, 2009 at Houston, Texas.

*/s/ Michael Wilson*
Michael Wilson