**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:     (949) 553-1010
Facsimile:      (949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com
cl@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A.,<br><br>Plaintiff,<br><br>vs.<br><br>AKANOC SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No.:  C 07-3952 JW (HRL)<br><br>**DECLARATION OF JAMES A. LOWE IN OPPOSITION TO VUITTON'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF JULY 9, 2009 ORDER RE: MOTIONS IN LIMINE** |

I, JAMES A. LOWE, declare:

1. I am an attorney duly licensed to practice law before this Court and am a partner in the law firm of Gauntlett & Associates, counsel for defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants").

2. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if called upon as a witness.

3. This declaration is submitted in opposition to Vuitton's request for leave to file motion for reconsideration of the Court's July 9, 2009 Order re: motions in limine.

4. Vuitton served its expert witness designation of Vuitton's expert, Michael Wilson and Mr. Wilson's expert report to my office on May 20, 2009.

5. On May 22, 2009, my office sent an email to Vuitton's counsel requesting dates for Mr. Wilson's deposition. The parties eventually agreed that Mr. Wilson's deposition would take place on June 16, 2009. Attached as **Exhibit 1599** are true copies of several emails between my office and Vuitton's counsel's office setting the dates for expert witness depositions.

6. After scheduling conflicts arose the parties agreed that Mr. Wilson's deposition would take place on June 26, 2009.

7. Mr. Wilson testified at his deposition that he intended to take additional actions and investigations in the future and would further testify about them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California on July 10, 2009.

                                                  s/ James A. Lowe
                                                    James A. Lowe

**EXHIBIT 1599**

## Murray, Peggy A.

**From:** Christopher Lai
**Sent:** Thursday, June 04, 2009 9:12 AM
**To:** Annie Wang
**Cc:** Lowe, James A.; Murray, Peggy A.; Brian S. Edwards; 'Andy Coombs'
**Subject:** RE: Managed Solutions adv. Vuitton, 10562.002, Deposition of Expert Witness

Annie,

The 16th will be fine for Mr. Wilson's deposition.

Chris


Christopher Lai, Esq.
Gauntlett & Associates
Tel: (949) 553-1010 ext. 256
Fax: (949) 553-2050
Email: CL@gauntlettlaw.com
Web: www.gauntlettlaw.com

This information is intended for use by the individuals or entity to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us.

---

**From:** Annie Wang [mailto:annie@coombspc.com]
**Sent:** Wednesday, June 03, 2009 3:52 PM
**To:** Christopher Lai
**Cc:** Lowe, James A.; Murray, Peggy A.; Brian S. Edwards; 'Andy Coombs'
**Subject:** RE: Managed Solutions adv. Vuitton, 10562.002, Deposition of Expert Witness

Chris,

The 17th works for us to do Mr. Gralnik's deposition. Can we actually do Mr. Wilson's deposition on the 16th?

Let me know.

Thanks,
Annie

---

**From:** Christopher Lai [mailto:CL@gauntlettlaw.com]
**Sent:** Monday, June 01, 2009 6:14 PM
**To:** Annie Wang
**Cc:** Lowe, James A.; Murray, Peggy A.; Brian S. Edwards; Andy Coombs
**Subject:** RE: Managed Solutions adv. Vuitton, 10562.002, Deposition of Expert Witness

Annie,



6/4/2009

June 11th will work for Mr. Wilson's deposition. We intend to take the deposition at our office in Irvine.

Mr. Gralnik is not available on June 12th June 15th or 19th. Mr. Gralnik is available on June 17th or 18th, which are the Wednesday and Thursday of the following week. Please let us know if either of those dates work for you.

Thanks,
Chris


Christopher Lai, Esq.
Gauntlett & Associates
Tel: (949) 553-1010 ext. 256
Fax: (949) 553-2050
Email: CL@gauntlettlaw.com
Web: www.gauntlettlaw.com

This information is intended for use by the individuals or entity to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us.

---

**From:** Annie Wang [mailto:annie@coombspc.com]
**Sent:** Wednesday, May 27, 2009 2:07 PM
**To:** Christopher Lai
**Cc:** Lowe, James A.; Murray, Peggy A.; Brian S. Edwards; 'Andy Coombs'
**Subject:** RE: Managed Solutions adv. Vuitton, 10562.002, Deposition of Expert Witness

Chris,

Does June 11th work for Mr. Wilson's deposition? Also, can you tell me where you intend to take the deposition?

Please let me know if June 12th works for Mr. Gralnik's deposition. We intend to take that deposition at our office in Glendale.

Thanks,
Annie

---

**From:** Annie Wang [mailto:annie@coombspc.com]
**Sent:** Tuesday, May 26, 2009 11:47 AM
**To:** 'Christopher Lai'
**Cc:** 'Lowe, James A.'; 'Murray, Peggy A.'; 'bse@gauntlettlaw.com'; 'Andy Coombs'
**Subject:** RE: Managed Solutions adv. Vuitton, 10562.002, Deposition of Expert Witness

Chris,

Per your request I sent out an email last week re availability for a deposition but have not heard back from Mr. Wilson. I will let you know when I have some dates.

Also, we sent out a deposition notice for Mr. Gralnik for a deposition on June 12, 2009. If this date does not work for some reason, please let me know and provide alternate dates.

Thanks,
Annie

---

**From:** Christopher Lai [mailto:CL@gauntlettlaw.com]
**Sent:** Friday, May 22, 2009 3:46 PM
**To:** Andy Coombs; Annie Wang
**Cc:** Lowe, James A.; Murray, Peggy A.; Brian S. Edwards
**Subject:** Managed Solutions adv. Vuitton, 10562.002, Deposition of Expert Witness

Andy and Annie,

Please let us know how soon your expert witness will be available for deposition and provide us with some dates so that we can schedule his deposition in short order.

Regards,


Christopher Lai, Esq.
Gauntlett & Associates
Tel: (949) 553-1010 ext. 256
Fax: (949) 553-2050
Email: CL@gauntlettlaw.com
Web: www.gauntlettlaw.com

This information is intended for use by the individuals or entity to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us.