# Exhibit C
## (Example List of Urls With "Protected" Information)

http://osxbook.com/book/bonus/chapter7/tpmdrmmyth/

http://lifehacker.com/321913/build-a-hackintosh-mac-for-under-800

http://wiki.osx86project.org/wiki/index.php/Main_Page

http://www.hackintosh.com/

http://www.osnews.com/story/21564/Building_a_Hackintosh_Apple_Can_t_Sue_You_For

http://macapper.com/2008/01/19/diy-hackintosh-tutorial-build-a-mac-pro-for-cheap/

http://www.youtube.com/watch?v=2SXVsyeKSvs (YouTube video)

http://www.chillingeffects.org/anticircumvention/notice.cgi?NoticeID=3235

http://www.cs.virginia.edu/~wh5a/blog/Don%27t%20Steal%20Mac%20OS%20X.html