UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PSYSTAR CORPORATION,<br>a Florida corporation, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION TO FILE APPLE'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |

[ ] Apple's Miscellaneous Administrative Request to File Under Seal Portions of Apple Inc.'s Motion for Summary Judgment, Portions of Lynde Declaration, Kelly Declaration And Certain Exhibits to Chung Declaration is DENIED.

[ ] Apple's Motion for Summary Judgment is hereby STRICKEN in its entirety as a penalty for violating Condition (4) of this Court's Order of March 2, 2009, Docket No. 55, which imposed conditions on the confidentiality order in this case with respect to dispositive motions and stated that "[n]oncompliant submissions are liable to be stricken in their entirety."

It is SO ORDERED.

Dated: _____       _____

Hon. William H. Alsup
United States District Judge

PROPOSED ORDER DENYING APPLE'S MOTION TO SEAL APPLE'S MOTION FOR SUMMARY JUDGMENT
(CV 08-03251 WHA)                                                                                                          1

# CERTIFICATE OF SERVICE

I, Michael Wilson, declare I am employed in the City of Houston and County of Harris, Texas in the office of Camara & Sibley. I am over the age of eighteen and not a party to this action. My business address is Camara & Sibley, 2339 University Boulevard, Houston, Texas 77005.

I served the following document(s):

**[PROPOSED] ORDER DENYING APPLE'S MOTION TO FILE APPLE'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL**
CV 08-03251 WHA

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Camara & Sibley LLP. I sent the document(s) to the following:

| | |
|---|---|
| James G. Gilliland, Jr.<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 | email: jggilliland@townsend.com |

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 12, 2009 at Houston, Texas.

/s   Michael Wilson
Michael Wilson

CERTIFICATE OF SERVICE
CASE NO. CV 08-03251 WHA