# EXHIBIT A
# TO THE REPLY DECLARATION OF J. JEB B. OBLAK IN SUPPORT OF APPLE INC'S MOTION TO SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES

1    GLENN D. POMERANTZ (SBN 112503)       ROBERT H. ROTSTEIN (SBN 72452)
     Glenn.Pomerantz@mto.com               rxr@msk.com
2    BART H. WILLIAMS (SBN 134009)         ERIC J. GERMAN (SBN 224557)
     Bart.Williams@mto.com                 ejg@msk.com
3    KELLY M. KLAUS (SBN 161091)           MITCHELL SILBERBERG & KNUPP LLP
     Kelly.Klaus@mto.com                   11377 West Olympic Boulevard
4    MUNGER, TOLLES & OLSON LLP            Los Angeles, California 90064-1683
     355 South Grand Avenue, 35th Floor    Tel: (310) 312-2000; Fax: (310) 312-3100
5    Los Angeles, CA 90071-1560
     Tel: (213) 683-9100; Fax: (213) 687-3702
6

7    GREGORY P. GOECKNER (SBN 103693)
     gregory_goeckner@mpaa.org
8    DANIEL E. ROBBINS (SBN 156934)
     dan_robbins@mpaa.org
9    15301 Ventura Boulevard, Building E
     Sherman Oaks, California 91403-3102
10   Tel: (818) 995-6600; Fax: (818) 285-4403

11   Attorneys for Motion Picture Studio Plaintiffs/Declaratory
     Relief Claim Defendants
12

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16   REALNETWORKS, INC., et al.,           CASE NO. C 08-4548-MHP

17              Plaintiffs,                **APPLICATION TO SEAL HIGHLY
                                           CONFIDENTIAL VERSIONS OF (1) NOTICE
18        vs.                              OF MOTION AND MOTION OF STUDIO
                                           PLAINTIFFS' FOR PRELIMINARY
19   DVD COPY CONTROL ASSOCIATION,         INJUNCTION; MEMORANDUM OF POINTS
     INC., et al.                          AND AUTHORITIES IN SUPPORT
20                                         THEREOF; (2) DECLARATION OF MARK
              Defendants.                  HOLLAR; (3) DECLARATION OF ROBERT
21                                         SCHUMANN; (4) DECLARATION OF
                                           JEFFREY S. MILLER; AND (5)
22                                         DECLARATION OF JONATHAN H. BLAVIN**

23                                         Date: April 1, 2009
                                           Time: 9:00 a.m.
24                                         Ctrm: 15 (Hon. Marilyn Hall Patel)

25   UNIVERSAL CITY STUDIOS                CASE NO. C 08-4719-MHP
     PRODUCTIONS LLLP, et al.,
26                                         Lodged concurrently herewith:
              Plaintiffs,
27                                         1) [Proposed] Order Granting Application
          vs.
28                                         2) Documents Requested To Be Filed Under Seal

     7388242.1                                      APPLICATION TO SEAL
                                                    CASE NO. C 08-4548-MHP

1 | REALNETWORKS, INC., et al.

2 | Defendants.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

1    Pursuant to Civil Local Rule 7-11 and 79-5, Columbia Pictures Industries, Inc., Disney

2    Enterprises, Inc., NBC Universal, Inc., Paramount Pictures Corporation, Sony Pictures

3    Entertainment, Inc., Sony Pictures Television, Inc., Twentieth Century Fox Film Corporation,

4    Universal City Studios LLLP, Universal City Studios Productions LLLP, Viacom, Inc., Walt

5    Disney Pictures, and Warner Bros. Entertainment, Inc. (collectively, "the Studios") respectfully

6    apply for an order sealing the highly confidential versions of the following documents:

7            (1)    Notice of Motion and Motion of Studio Plaintiffs' for Preliminary

8    Injunction; Memorandum of Points and Authorities in Support Thereof

9            (2)    Declaration of Mark Hollar

10           (3)    Declaration of Robert Schumann

11           (4)    Declaration of Jeffrey S. Miller

12           (5)    Declaration of Jonathan H. Blavin

13           A "compelling reason" exists to seal these documents. *See Kamakana v. City and County*

14   *of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a

15   judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v.*

16   *State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003).  The confidential

17   material at issue divulges aspects of the Studios' and Real's proprietary business, technical, and

18   trade secret information.  This material has been designated by the Studios and Real as

19   "confidential" or "highly confidential" pursuant to the protective order governing this litigation,

20   and is thus being manually filed under seal.

21           This Application to Seal is narrowly tailored to protect the public's interest in access to

22   judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178.  The

23   Studios have filed with the Court public redacted versions of the aforementioned documents.

24           For these reasons, the Court should grant the Application to Seal.

25

26

27

28

- 1 -

APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

DATED: March 19, 2009                    MUNGER, TOLLES & OLSON LLP


                                         By:_____/s/_____
                                              JONATHAN H. BLAVIN

                                         Attorneys for Studio Defendants/Counterclaim-
                                         Plaintiffs/Plaintiffs

**EXHIBIT B**
**TO THE REPLY DECLARATION OF J. JEB B. OBLAK IN**
**SUPPORT OF APPLE INC'S MOTION TO SEAL PORTIONS OF**
**ITS MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT**
**INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S**
**AFFIRMATIVE DEFENSES**

1   GLENN D. POMERANTZ (SBN 112503)          ROBERT H. ROTSTEIN (SBN 72452)
    Glenn.Pomerantz@mto.com                  rxr@msk.com
2   BART H. WILLIAMS (SBN 134009)            ERIC J. GERMAN (SBN 224557)
    Bart.Williams@mto.com                    ejg@msk.com
3   KELLY M. KLAUS (SBN 161091)              MITCHELL SILBERBERG & KNUPP LLP
    Kelly.Klaus@mto.com                      11377 West Olympic Boulevard
4   MUNGER, TOLLES & OLSON LLP               Los Angeles, California 90064-1683
    355 South Grand Avenue, 35th Floor       Tel: (310) 312-2000; Fax: (310) 312-3100
5   Los Angeles, CA 90071-1560
    Tel: (213) 683-9100; Fax: (213) 687-3702
6
    GREGORY P. GOECKNER (SBN 103693)
7   gregory_goeckner@mpaa.org
    DANIEL E. ROBBINS (SBN 156934)
8   dan_robbins@mpaa.org
    15301 Ventura Boulevard, Building E
9   Sherman Oaks, California 91403-3102
    Tel: (818) 995-6600; Fax: (818) 285-4403
10
    Attorneys for Motion Picture Studio Plaintiffs/Declaratory
11  Relief Claim Defendants

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14
    REALNETWORKS, INC., et al.,              CASE NO. C 08-4548-MHP
15
                   Plaintiffs,               **JOINT APPLICATION TO SEAL**
16                                           **EXHIBITS ADMITTED DURING**
           vs.                               **PRELIMINARY INJUNCTION HEARING**
17
    DVD COPY CONTROL ASSOCIATION,
18  INC., et al,.

19                 Defendants.

20  UNIVERSAL CITY STUDIOS                   CASE NO. C 08-4719-MHP
    PRODUCTIONS LLLP, et al.,
21                                           Filed concurrently herewith:
                   Plaintiffs,               1) Joint List of Exhibits Admitted During
22                                           Preliminary Injunction Hearing
           vs.                               2) [Proposed] Order Granting Application
23
    REALNETWORKS, INC., et al.
24
                   Defendants.
25

26

27

28

    7873193.1                    - 1 -                  APPLICATION TO SEAL
                                                        CASE NO. C 08-4548-MHP

1    Pursuant to Civil Local Rule 7-11 and 79-5, Defendants/Counterclaim Plaintiffs/Plaintiffs

2    Columbia Pictures Industries, Inc., Disney Enterprises, Inc., NBC Universal, Inc., Paramount

3    Pictures Corporation, Sony Pictures Entertainment, Inc., Sony Pictures Television, Inc.,

4    Twentieth Century Fox Film Corporation, Universal City Studios LLLP, Universal City Studios

5    Productions LLLP, Viacom, Inc., Walt Disney Pictures, and Warner Bros. Entertainment, Inc.

6    (collectively, "the Studios"), Defendants/Counterclaim Plaintiffs the DVD Copy Control

7    Association, Inc. ("DVD CCA"), and Plaintiffs/Counterclaim Defendants/Defendants

8    RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") respectfully apply for

9    an order sealing the following exhibits admitted during the preliminary injunction hearing:

10

| Exh. No. | Description | Admitted On | Bates No. |
|---|---|---|---|
| 2 | DVD CCA Slide Presentation for Kelly Direct Examination and Admitted as Demonstrative (Originally admitted as DVD CCA 1) | 4/24/2009 | N/A |
| 3 | Real Presentation Slides Entitled "REALDVD What, How, Why" | 4/29/2008 | REAL106519-43 |
| 4 | Universal Test Notes for the "Fast and the Furious: Tokyo Drift," dated November 8, 2006 | Designation - Hollar | MVSN 0003401-10 |
| 5 | Real Presentation Slides Entitled "Digital Home Entertainment - A market in flux and a huge opportunity," dated April 2007 | 4/28/2009 | REAL051130-66 |
| 9 | Introductory Note to the DVD Copy Protection System, dated February 2000 | Designation - Buzzard | REAL003008-14 |
| 27 | Email between Phillip Barrett and John Moore Regarding While I'm Out Next Week, dated July 30, 2007 | Designation - Barrett | REAL098684-85 |
| 29 | Presentation Slides Entitled: "Buffalo Presentation" | Designation - Barrett | REAL004742-60 |
| 49 | Email between Phillip Barrett, James Brennan and Nicole Hamilton Regarding Sharp and LGE and Rick, dated May 30, 2008 | Designation - Barrett | REAL099396-98 |

- 2 -

7873193.1

| 51 | Presentation Slides Entitled "Vegas - Technical Review - Saving and playback of saved DVDs," dated November 11, 20008 | Designation - Buzzard | REAL001230-34 |
| 102 | Email from James Brennan to Himself Regarding and Attaching Facet WBS.zip, dated January 7, 2008 | Designation - Brennan | REAL065557-62 |
| 103 | Document Entitled: "Items in Flight for Phil" | Designation - Barrett | REAL058140 |
| 146 | Presentation Slides Entitled "RealNetworks - Vegas" for Presentation, dated May 29-30, 2008 | 4/28/2009 | REAL030125-37 |
| 200 | Handwritten Notes | Designation - Barrett | REAL135584-89 |
| 232 | Presentation Slides Entitled: "RealDVD," dated September 2008 | 4/28/2009 | REAL064050-103 |
| 248 | Email between Richard Wolpert, Phillip Barrett and Harold Zeitz Regarding Kaleidescape Lawsuit, dated January 29, 2007 (Originally Ex. 1 in Barrett Depo.) | Designation - Barrett | REAL105086 |
| 249 | Email between Mark Hollar, Eric Rodli and Alan Regarding RipGuard Questions and attaching spreadsheet of Top 100 Titles and Forms of Copy Protection, dated June 25, 2008 (Originally Ex. 1 in Hollar Depo.) | Designation - Hollar | MVSN 0005982-92 |
| 251 | RealNetworks' Second Amended Notice of Deposition of Warner Bros., dated February 11, 2009 (Originally Ex. 1 in Gewecke Depo.) | Designation - Gewecke | N/A |
| 252 | Letter between Simone Collins and Maggie Heim attaching ARccOS Settlement Document, dated June 13, 2008 (Originally Ex. 3 in Coburn Depo.) | Designation - Coburn | MPAA-SONY-0003991-4000 |
| 255 | Email between Jennifer Tan and Mike Eisenberg, et al. Regarding Arccos, dated November 26, 2007 (Originally Ex. 7 in Coburn Depo.) | Designation - Coburn | MPAA-SONY-0004073-74 |

7873193.1

APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

| 261 | Email dated March 19, 2008 between Dan Robbins and Stacey Byrnes, et al. Regarding and Attaching DVD CCA Presentation to Staff of the Federal Trade Commission, dated March 19, 2008 (Originally Ex. 14 in Parsons Depo.) | Designation - Parsons | MPAA-DIS-0001565-1611 |
|---|---|---|---|
| 264 | DVD CCA Responses to RealNetworks' Interrogatories, Set One, dated December 11, 2008 (Originally Ex. 1 in Pak Depo.) | Designation - Pak | N/A |
| 265 | Email between Rod Djukich and Nicole Hamilton Regarding Procedure & Fees to Join DVD CCA, dated June 19, 2007 (Originally Ex. 4 in Pak Depo.) | Designation - Pak | REAL042558-61 |
| 268 | Email between Dan Robbins and Stacey Byrnes, et al. Regarding and Attaching DVD CCA Presentation to Staff of the Federal Trade Commission, dated March 19, 2008 (Originally Ex. 7 in Pak Depo.) | Designation - Pak | MPAA-DIS-0001565-1611 |
| 269 | Email between Rod Djukich and Nicole Hamilton Regarding New Master Key, dated April 25, 2008 (Originally Ex. 9 in Pak Depo.) | Designation - Pak | REAL042700-02 |
| 270 | Email between Jeff Miller and Richard Atkinson, et al. Regarding Copy Protection, dated September 12, 2006 (Originally Ex. 3 in Miller Depo.) | Designation - Miller | MPAA-DIS-0002219-20 |
| 271 | Email between Carol Flaherty and Christopher Lin, et al. Regarding and Attaching Ripguard Test Results, dated August 29, 2005 (Originally Ex. 11 in Miller Depo.) | Designation - Miller | MPAA-DIS-0002175-80 |
| 527 | Email between Mark Schwarz and Jeff Albertson, et al. Regarding Japan Trip Report, dated June 26, 2008 | Designation - Schwarz | REAL048221-23 |
| 530 | Facet Wiki, dated December 10, 2008 | 5/7/2009 | REAL137312-7580 |
| 534 | Presentation Slides Entitled: "RealDVD," dated September 2008 | Designation - Brennan | REAL057595-7648 |
| 539 | Email between James Bielman and codling-team@real.com Regarding Discs with Read Errors, dated August 28, 2008 | Designation - Brennan | REAL061890 |

APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

| 547 | Email between Harold Zeltz and Elizabeth Coppinger, et al. Regarding Richard's Brian Storm = = Next Major Revenue Stream for Real, dated September 14, 2007 | Designation - Basche | REAL079441-42 |
| 556 | Email between Brent Wood, Martin Schwarz, Phillip Barrett, Jeff Albertson and Richard Wolpert Regarding Samsung is interested!, dated May 30, 2008 | Designation - Schwarz | REAL048575-76 |
| 557 | Email between Phillip Barrett and Mark Schwarz, et al. Regarding Sharp and LGE and Rick, dated May 29, 2008 | 4/29/2009 | REAL064873-75 |
| 560 | Email between Brent Wood, Phillip Barrett and James Brennan Regarding Set Up of Weekly Meeting and Additional Technical Questions, dated August 12, 2008 | Designation - Schwarz | REAL048269-70 |
| 571 | Nicole Hamilton Resume | Designation - Hamilton | REAL099329-31 |
| 583 | Email between Todd Basche, Jeffrey Chasen and Harold Zeitz Regarding and Attaching Vegas Project PRD Lite.doc, dated October 5, 2007 | Designation - Basche | REAL119673-80 |
| 599 | Email between Jeffrey Chasen and Rob Glaser attaching Presentation Slides Regarding MSS Format Meeting, dated November 1, 2007 | 4/28/2009 | REAL119426-40 |
| 602 | Email between Phillip Barrett and Robert Glaser, et al. Regarding Tivo Meeting Recap, dated December 11, 2007 | 4/29/2009 | REAL081768-76 |
| 652 | Email between Karl Lillievold, James Bielman, Dave Watson, and James Brennan Re DVD Walk, dated November 4, 2008 | Stipulated | REAL151276 |
| 658 | Exhibit C to the Expert Report of Mark Hollar, dated February 20, 2009 | Designation - Hollar | N/A |
| 50A | Excerpt of RealDVD Specifications, Modified on June 16, 2008 (also used in Depo Designation) | 4/28/2009 | REAL000541-654 |
| D | Presentation Slides Used During Bishop Direct and Admitted as a Demonstrative | 4/29/2009 | N/A |

APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

| E | Email between Lewis Ostrover and Brad Collar Regarding Macrovision 2009 Budget, dated December 11, 2008 | 5/7/2009 | MPAA-WAR-0010954 |

A "compelling reason" exists to seal these documents. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential material at issue divulges aspects of the Studios', DVDCCA's, Real's and/or third parties' proprietary business, technical, and/or trade secret information. This material has been designated by producing parties as "Confidential" or "Highly Confidential --- Attorneys' Eyes Only" pursuant to the protective order governing this litigation. This Application to Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178.

For these reasons, the Court should grant the Application to Seal.

DATED:  June 4, 2009                    MUNGER, TOLLES & OLSON LLP


                                        By:_____/s/_____
                                                L. ASHLEY AULL

                                        Attorneys for Studio Defendants/Counterclaim-Plaintiffs/Plaintiffs


DATED:  June 4, 2009                    AKIN GUMP STRAUSS HAUER & FELD LLP


                                        By:_____/s/_____
                                                REGINALD STEER

                                        Attorneys for Defendants/Counterclaim Plaintiffs DVD Copy Control Association, Inc.

APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

1

2    DATED:  June 4, 2009                          WILSON SONSINI GOODRICH & ROSATI
                                                    LLP
3

4
                                                    By:            /s/
5                                                          TRACY TOSH LANE

6                                                   Attorneys for Plaintiffs/Counterclaim
                                                    Defendants RealNetworks, Inc. and
7                                                   RealNetworks Home Entertainment, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION TO SEAL
                                                    CASE NO. C 08-4548-MHP

1    I, L. Ashley Aull, am the ECF user whose identification and password are being

2    used to file the STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR

3    DEFENDANTS TO FILE AN APPLICATION FOR MONETARY SANCTIONS FOR

4    SPOLIATION OF EVIDENCE.  In compliance with General Order 45.X.B., I hereby

5    attest that Reginald Steer and Tracy Tosh Lane have concurred in this filing.

6

7    Dated: June 4, 2009                    MUNGER TOLLES & OLSON, LLP

8

9                                           By _____/s/_____
                                                        L. Ashley Aull
10                                          Attorneys for Studios

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7873193.1                                              APPLICATION TO SEAL
                                                       CASE NO. C 08-4548-MHP

**EXHIBIT C**
**TO THE REPLY DECLARATION OF J. JEB B. OBLAK IN**
**SUPPORT OF APPLE INC'S MOTION TO SEAL PORTIONS OF**
**ITS MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT**
**INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S**
**AFFIRMATIVE DEFENSES**

1     GLENN D. POMERANTZ (SBN 112503)     ROBERT H. ROTSTEIN (SBN 72452)
      Glenn.Pomerantz@mto.com       rxr@msk.com
2     BART H. WILLIAMS (SBN 134009)      ERIC J. GERMAN (SBN 224557)
      Bart.Williams@mto.com       ejg@msk.com
3     KELLY M. KLAUS (SBN 161091)      MITCHELL SILBERBERG & KNUPP LLP
      Kelly.Klaus@mto.com       11377 West Olympic Boulevard
4     MUNGER, TOLLES & OLSON LLP      Los Angeles, California 90064-1683
      355 South Grand Avenue, 35th Floor      Tel: (310) 312-2000; Fax: (310) 312-3100
5     Los Angeles, CA 90071-1560
      Tel: (213) 683-9100; Fax: (213) 687-3702
6

7     GREGORY P. GOECKNER (SBN 103693)
      gregory_goeckner@mpaa.org
8     DANIEL E. ROBBINS (SBN 156934)
      dan_robbins@mpaa.org
9     15301 Ventura Boulevard, Building E
      Sherman Oaks, California 91403-3102
10    Tel: (818) 995-6600; Fax: (818) 285-4403

11    Attorneys for Motion Picture Studio Plaintiffs/Declaratory
      Relief Claim Defendants
12

13

14                     UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16    REALNETWORKS, INC., et al.,          CASE NO. C 08-4548-MHP

17              Plaintiffs,         [PROPOSED] ORDER GRANTING
                                  APPLICATION TO SEAL HIGHLY
18         vs.                      CONFIDENTIAL VERSIONS OF (1)
                                  NOTICE OF MOTION AND MOTION OF
19    DVD COPY CONTROL ASSOCIATION,      STUDIO PLAINTIFFS' FOR
      INC., et al.                      PRELIMINARY INJUNCTION;
20                                   MEMORANDUM OF POINTS AND
            Defendants.        AUTHORITIES IN SUPPORT THEREOF;
21                                   (2) DECLARATION OF MARK HOLLAR;
                                  (3) DECLARATION OF ROBERT
22                                   SCHUMANN; (4) DECLARATION OF
                                  JEFFREY S. MILLER; AND (5)
23                                   DECLARATION OF JONATHAN H.
                                  BLAVIN
24                                   *AS AMENDED BY COURT
                                  Date: April 1, 2009
25                                   Time: 9:00 a.m.
                                  Ctrm: 15 (Hon. Marilyn Hall Patel)
26

27    UNIVERSAL CITY STUDIOS         CASE NO. C 08-4719-MHP
      PRODUCTIONS LLLP, et al.,
28             Plaintiffs,

7395208.1                                        [PROPOSED] ORDER GRANTING
                                         APPLICATION TO SEAL
                                     CASE NO. C 08-4548-MHP

1                   vs.

2

3     REALNETWORKS, INC., et al.

4                  Defendants.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

1

~~[PROPOSED]~~ ORDER GRANTING APPLICATION TO SEAL

2         Based on the Studios' Application, and good cause appearing for the entry thereof, IT IS

3 HEREBY ORDERED that the highly-confidential versions of the following documents be filed

4 under seal:

                **Unredacted**

5        (1)   Notice of Motion and Motion of Studio Plaintiffs' for Preliminary

6 Injunction; Memorandum of Points and Authorities in Support Thereof **. A redacted version shall be filed in the public record.**

7        (2)   Declaration of Mark Hollar

8        (3)   Declaration of Robert Schumann

9        (4)   Declaration of Jeffrey S. Miller

10        (5)   Declaration of Jonathan H. Blavin

11        It is so ORDERED.

12

13 Dated: 3/20/2009

14

15 Submitted by:

16 MUNGER, TOLLES & OLSON LLP

17

18 By:_____/s/_____

19      JONATHAN H. BLAVIN

20      Attorneys for Motion Picture Studio
Plaintiffs/Declaratory Relief Claim Defendants

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

**EXHIBIT D**
**TO THE REPLY DECLARATION OF J. JEB B. OBLAK IN SUPPORT OF APPLE INC'S MOTION TO SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES**

1  GLENN D. POMERANTZ (SBN 112503)
   Glenn.Pomerantz@mto.com
2  BART H. WILLIAMS (SBN 134009)
   Bart.Williams@mto.com
3  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants

   ROBERT H. ROTSTEIN (SBN 72452)
   rxr@msk.com
   ERIC J. GERMAN (SBN 224557)
   ejg@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
   Tel: (310) 312-2000; Fax: (310) 312-3100

12

13

14                UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16  REALNETWORKS, INC., et al.,           CASE NO. C 08-4548-MHP

17              Plaintiffs,               [PROPOSED] ORDER GRANTING
                                          APPLICATION TO SEAL EXHIBITS
18       vs.                              ADMITTED DURING PRELIMINARY
                                          INJUNCTION HEARING
19  DVD COPY CONTROL ASSOCIATION,
    INC., et al.                          Lodged concurrently herewith:
20                                        1) Joint Application to Seal Exhibits Admitted
            Defendants.                   During Preliminary Injunction Hearing
21                                        2) Joint List of Exhibits Admitted During
                                          Preliminary Injunction Hearing
22

23  UNIVERSAL CITY STUDIOS              CASE NO. C 08-4719-MHP
    PRODUCTIONS LLLP, et al.,

24              Plaintiffs,

25       vs.

26  REALNETWORKS, INC., et al.

27              Defendants.

28

                                          [PROPOSED] ORDER GRANTING
                                          APPLICATION TO SEAL
                                          CASE NO. C 08-4548-MHP

## [PROPOSED] ORDER GRANTING APPLICATION TO SEAL

Based on the parties' joint application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following exhibits be filed under seal:

| Exh. No. | Description | Admitted On | Bates No. |
|---|---|---|---|
| 2 | DVD CCA Slide Presentation for Kelly Direct Examination and Admitted as Demonstrative (Originally admitted as DVD CCA 1) | 4/24/2009 | N/A |
| 3 | Real Presentation Slides Entitled "REALDVD What, How, Why" | 4/29/2008 | REAL106519-43 |
| 4 | Universal Test Notes for the "Fast and the Furious: Tokyo Drift," dated November 8, 2006 | Designation - Hollar | MVSN 0003401-10 |
| 5 | Real Presentation Slides Entitled "Digital Home Entertainment - A market in flux and a huge opportunity," dated April 2007 | 4/28/2009 | REAL051130-66 |
| 9 | Introductory Note to the DVD Copy Protection System, dated February 2000 | Designation - Buzzard | REAL003008-14 |
| 27 | Email between Phillip Barrett and John Moore Regarding While I'm Out Next Week, dated July 30, 2007 | Designation - Barrett | REAL098684-85 |
| 29 | Presentation Slides Entitled: "Buffalo Presentation" | Designation - Barrett | REAL004742-60 |
| 49 | Email between Phillip Barrett, James Brennan and Nicole Hamilton Regarding Sharp and LGE and Rick, dated May 30, 2008 | Designation - Barrett | REAL099396-98 |
| 51 | Presentation Slides Entitled: Vegas - Technical Review - Saving and playback of saved DVDs," dated November 11, 2008 | 4/29/2009 | REAL001230-34 |
| 102 | Email from James Brennan to Himself Regarding and Attaching Facet WBS.zip, dated January 7, 2008 | Designation - Brennan | REAL065557-62 |
| 103 | Document Entitled: "Items in Flight for Phil" | Designation - Barrett | REAL058140 |
| 146 | Presentation Slides Entitled "RealNetworks - Vegas" for Presentation, dated May 29-30, 2008 | 4/28/2009 | REAL030125-37 |

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

| | | | | |
|---|---|---|---|---|
| 200 | Handwritten Notes | | Designation - Barrett | REAL135584-89 |
| 232 | Presentation Slides Entitled: "RealDVD," dated September 2008 | | 4/28/2009 | REAL064050-103 |
| 248 | Email between Richard Wolpert, Phillip Barrett and Harold Zeitz Regarding Kaleidescape Lawsuit, dated January 29, 2007 (Originally Ex. 1 in Barrett Depo.) | | Designation - Barrett | REAL105086 |
| 249 | Email between Mark Hollar, Eric Rodli and Alan Regarding RipGuard Questions and attaching spreadsheet of Top 100 Titles and Forms of Copy Protection, dated June 25, 2008 (Originally Ex. 1 in Hollar Depo.) | | Designation - Hollar | MVSN 0005982-92 |
| 251 | RealNetworks' Second Amended Notice of Deposition of Warner Bros., dated February 11, 2009 (Originally Ex. 1 in Gewecke Depo.) | | Designation - Gewecke | N/A |
| 252 | Letter between Simone Collins and Maggie Heim attaching ARccOS Settlement Document, dated June 13, 2008 (Originally Ex. 3 in Coburn Depo.) | | Designation - Coburn | MPAA-SONY-0003991-4000 |
| 255 | Email between Jennifer Tan and Mike Eisenberg, et al. Regarding Arccos, dated November 26, 2007 (Originally Ex. 7 in Coburn Depo.) | | Designation - Coburn | MPAA-SONY-0004073-74 |
| 261 | Email dated March 19, 2008 between Dan Robbins and Stacey Byrnes, et al. Regarding and Attaching DVD CCA Presentation to Staff of the Federal Trade Commission, dated March 19, 2008 (Originally Ex. 14 in Parsons Depo.) | | Designation - Parsons | MPAA-DIS-0001565-1611 |
| 264 | DVD CCA Responses to RealNetworks' Interrogatories, Set One, dated December 11, 2008 (Originally Ex. 1 in Pak Depo.) | | Designation - Pak | N/A |
| 265 | Email between Rod Djukich and Nicole Hamilton Regarding Procedure & Fees to Join DVD CCA, dated June 19, 2007 (Originally Ex. 4 in Pak Depo.) | | Designation - Pak | REAL042558-61 |

7873191.1

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

| 268 | Email between Dan Robbins and Stacey Byrnes, et al. Regarding and Attaching DVD CCA Presentation to Staff of the Federal Trade Commission, dated March 19, 2008 (Originally Ex. 7 in Pak Depo.) | Designation - Pak | MPAA-DIS-0001565-1611 |
|---|---|---|---|
| 269 | Email between Rod Djukich and Nicole Hamilton Regarding New Master Key, dated April 25, 2008 (Originally Ex. 9 in Pak Depo.) | Designation - Pak | REAL042700-02 |
| 270 | Email between Jeff Miller and Richard Atkinson, et al. Regarding Copy Protection, dated September 12, 2006 (Originally Ex. 3 in Miller Depo.) | Designation - Miller | MPAA-DIS-0002219-20 |
| 271 | Email between Carol Flaherty and Christopher Lin, et al. Regarding and Attaching Ripguard Test Results, dated August 29, 2005 (Originally Ex. 11 in Miller Depo.) | Designation - Miller | MPAA-DIS-0002175-80 |
| 527 | Email between Mark Schwarz and Jeff Albertson, et al. Regarding Japan Trip Report, dated June 26, 2008 | Designation - Schwarz | REAL048221-23 |
| 530 | Facet Wiki, dated December 10, 2008 | 5/7/2009 | REAL137312-7580 |
| 534 | Presentation Slides Entitled: "RealDVD," dated September 2008 | Designation - Brennan | REAL057595-7648 |
| 539 | Email between James Bielman and codling-team@real.com Regarding Discs with Read Errors, dated August 28, 2008 | Designation - Brennan | REAL061890 |
| 547 | Email between Harold Zeltz and Elizabeth Coppinger, et al. Regarding Richard's Brian Storm = = Next Major Revenue Stream for Real, dated September 14, 2007 | Designation - Basche | REAL079441-42 |
| 556 | Email between Brent Wood, Martin Schwarz, Phillip Barrett, Jeff Albertson and Richard Wolpert Regarding Samsung is interested!, dated May 30, 2008 | Designation - Schwarz | REAL048575-76 |
| 557 | Email between Phillip Barrett and Mark Schwarz, et al. Regarding Sharp and LGE and Rick, dated May 29, 2008 | 4/29/2009 | REAL064873-75 |

7873191.1

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

| 560 | Email between Brent Wood, Phillip Barrett and James Brennan Regarding Set Up of Weekly Meeting and Additional Technical Questions, dated August 12, 2008 | Designation - Schwarz | REAL048269-70 |
|---|---|---|---|
| 571 | Nicole Hamilton Resume | Designation - Hamilton | REAL099329-31 |
| 583 | Email between Todd Basche, Jeffrey Chasen and Harold Zeitz Regarding and Attaching Vegas Project PRD Lite.doc, dated October 5, 2007 | Designation - Basche | REAL119673-80 |
| 599 | Email between Jeffrey Chasen and Rob Glaser attaching Presentation Slides Regarding MSS Format Meeting, dated November 1, 2007 | 4/28/2009 | REAL119426-40 |
| 602 | Email between Phillip Barrett and Robert Glaser, et al. Regarding Tivo Meeting Recap, dated December 11, 2007 | 4/29/2009 | REAL081768-76 |
| 652 | Email between Karl Lillievold, James Bielman, Dave Watson, and James Brennan Re DVD Walk, dated November 4, 2008 | Stipulated | REAL151276 |
| 658 | Exhibit C to the Expert Report of Mark Hollar, dated February 20, 2009 | Designation - Hollar | N/A |
| 50A | Excerpt of RealDVD Specifications, Modified on June 16, 2008 (also used in Depo Designation) | 4/28/2009 | REAL000541-654 |
| D | Presentation Slides Used During Bishop Direct and Admitted as a Demonstrative | 4/29/2009 | N/A |
| E | Email between Lewis Ostrover and Brad Collar Regarding Macrovision 2009 Budget, dated December 11, 2008 | 5/7/2009 | MPAA-WAR-0010954 |

7873191.1

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

1            IT IS SO ORDERED.

2

3    Dated:   June 11, 2009

4

5

6    Submitted by:

7    DATED:  June 4, 2009           MUNGER, TOLLES & OLSON LLP

8

9

10                    By:          /s/
                             L. ASHLEY AULL

11                    Attorneys for Studio Defendants/Counterclaim-

12                    Plaintiffs/Plaintiffs

13   DATED:  June 4, 2009           AKIN GUMP STRAUSS HAUER & FELD LLP

14

15                    By:          /s/

16                          REGINALD STEER

17                    Attorneys for Defendants/Counterclaim

18                    Plaintiffs DVD Copy Control Association, Inc.

19
     DATED:  June 4, 2009           WILSON SONSINI GOODRICH & ROSATI

20                    LLP

21

22                    By:          /s/

23                          TRACY TOSH LANE

24                    Attorneys for Plaintiffs/Counterclaim

25                    Defendants RealNetworks, Inc. and
                      RealNetworks Home Entertainment, Inc.

26

27

28

                             - 6 -             [PROPOSED] ORDER GRANTING
                       7873191.1            APPLICATION TO SEAL
                                         CASE NO. C 08-4548-MHP

*Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel*

**EXHIBIT E**
**TO THE REPLY DECLARATION OF J. JEB B. OBLAK IN**
**SUPPORT OF APPLE INC'S MOTION TO SEAL PORTIONS OF**
**ITS MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT**
**INFRINGEMENT, DMCA VIOLATIONS AND PSYSTAR'S**
**AFFIRMATIVE DEFENSES**

**Portions Of The Parties' Briefing Materials That Apple Proposes Should Remain Sealed**

| Document | Portions That Apple Asserts Should Remain Under Seal | Reason(s) This Information Should Remain Under Seal |
|---|---|---|
| APPLE'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 181) | 6:7-16; 6: n. 25 up to word "Kelly"; 9:19-10:8; 10:10-11:8; 10:n.n. 47-48; 24:10-11; 24:13; 25:10-11 | **Details of Apple's Protection Measure Details of Psystar's Circumvention Apple's Protection Measure** |
| KELLY DECLARATION (DKT. NO. 181-1) | Paragraphs: 8-13, 17 (including Table 3), 18, 21, 23-24, 27 (including Table 4), 28-32, and 35(b), and (e)-(g). | **Details of Apple's Protection Measure Details of Psystar's Circumvention Apple's Protection Measure** |
| CHUNG DECLARATION (EXH. 4) (DKT. NO. 183-2) | **Culbert:** 21:1-25:25; 29:1-30:25; 53:1-54:25; 56:1-25 | **Details of Apple's Protection Measure and Apple proprietary technology** |
| CHUNG DECLARATION (EXH. 5) (DKT. NO. 183-2) | **Elliott:** 89:3-25; 101:21-25; 124:5-25: 140:25-145:4; 146:5-146:17; 147:1-15; 169:2-170:5 | **Details of Psystar's Circumvention Apple's Protection Measure** |
| CHUNG DECLARATION (EXH 6) (DKT. NO. 183-2) | **Mansfield:** 37:20-38:4; | **Details of Apple's Protection Measure** |
| CHUNG DECLARATION (EXH. 7) (DKT. NO. 183-2) | **Patience:** 6:7; 42:20-25; 70:13-17; 71:4-25 | **Details of Apple's Protection Measure Apple Confidential Systems Integrity checks** |
| CHUNG DECLARATION (EXH. 11) (DKT. NO. 183-2) | **Pedraza:** 26:1-27:18; 49:1-61:14; 62:3-64:1 | **Details of Psystar's Circumvention Apple's Protection Measure** |
| CHUNG DECLARATION (EXH. 14) (DKT. NO. 183-2) | **Van Vechten (30(b)(6)):**7:15-8:9 | **Details of Apple's Protection Measure** |
| CHUNG DECLARATION (EXH. 15) (DKT. NO. 183-2) | **Wright (Personal):** 10:12-12:25; 36:4-25: 51:1-52:25; 84:16-85:25; 126:1-25; 144:1-146:25 | **Details of Apple's Protection Measure** |
| CHUNG DECLARATION (EXH. 69) (DKT. NO. 183-12) | Psystar Source Code for Decryption File | **Details of Psystar's Circumvention Apple's Protection Measure** |
| PSYSTAR'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 182) | 2:12-22; 11:24-12:7; 13:1-17; 14:1-24; 14:n. 4; 15:20-28; 18:19-22; 19:24-20:8; 23:14-21; | **Details of Apple's Protection Measure Details of Psystar's Circumvention Apple's Protection Measure** |
| EXHIBIT D (FIRST PAGE OF AN INTERNAL APPLE EMAIL) (DKT. NO. 182-5) | All the text after the first paragraph (i.e. the paragraph ending with the words "unauthorized hardware). | **Apple Confidential Systems Integrity checks** |
| EXHIBIT I (DECLARATION OF RUDY PEDRAZA) (DKT. NO. 182-10) | Pages 3-5 of the attachments to the Declaration of Rodolpho Pedraza including pages 4 and 5 consisting of pages 36 and 37 of the Report of John Kelly: information forbidden to Mr. Pedraza under this Court's Protective Order. | **Details of Apple's Protection Measure** |
| EXHIBIT J (DKT. NO. 182-11) | **Mansfield:** 56:7-24 | **Details of Apple's Protection Measure** |

1

### CERTIFICATE OF SERVICE

2      I, Esther Casillas, declare I am employed in the City and County of San Francisco,
California in the office of a member of the bar of this court at whose direction this service was
3 made. I am over the age of eighteen and not a party to this action. My business address is
Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco,
4 California, 94111.

5 I served the following documents exactly entitled: **REPLY DECLARATION OF J. JEB B.
OBLAK IN SUPPORT OF APPLE INC'S MOTION TO SEAL PORTIONS OF ITS**
6 **MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT INFRINGEMENT, DMCA
VIOLATIONS AND PSYSTAR'S AFFIRMATIVE DEFENSES** on the interested parties in
7 this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as
follows:

8

9    K.A.D. Camara                          Eugene Action
     Kent Radford                           1780 E. Barstow Avenue, #5
10   Camara & Sibley LLP                     Fresno, CA  93710
     2339 University Boulevard               Email: eugeneaction@hotmail.com
11   Houston, TX  77005
     Tel:    713-893-7973
12   Fax:    713-583-1131
     Email: camara@camarasibley.com

13

14      ☒      [By First Class Mail]  I am readily familiar with my employer's practice for
collecting and processing documents for mailing with the United States Postal Service.  On the date
15 listed herein, following ordinary business practice, I served the within document(s) at my place of
business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully
16 prepaid, for collection and mailing with the United States Postal Service where it would be
deposited with the United States Postal Service that same day in the ordinary course of business.

17
        ☐      [By Overnight Courier]  I caused each envelope to be delivered by a commercial
18 carrier service for overnight delivery to the offices of the addressee(s).

        ☐      [By Hand]  I directed each envelope to the party(ies) so designated on the service list
19 to be delivered by courier this date.

20      ☐      [By Facsimile Transmission]  I caused said document to be sent by facsimile
transmission to the fax number indicated for the party(ies) listed above.

21      ☒      [By Electronic Transmission]  I caused said document to be sent by electronic
transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF
22 notification system.

23      I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct, and that this declaration was executed on October 14, 2009, at San
24 Francisco, California.

25

                                    /s/ *Esther Casillas*
26                                   Esther Casillas

27

28

townsend.   CERTIFICATE OF SERVICE, CASE NO. 08-3251 WHA