United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,

    Plaintiff,

  v.

PSYSTAR CORPORATION,

    Defendant.
                                 /

No. C 08-03251 WHA

**CLERK'S NOTICE RESCHEDULING HEARING TIME**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the Motions for Summary Judgment hearing previously set for November 12, 2009 at 8:00 a.m. has been rescheduled for **November 12, 2009** at **2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

    Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

Dated: October 22, 2009                            FOR THE COURT,

                                                      Richard W. Wieking, Clerk

                                                      By: _____
                                                           Dawn Toland
                                                        Courtroom Deputy to the
                                                         Honorable William Alsup