J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Louis Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No. C07-3952 JW |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE LEAVE TO FILE PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF FINANCIAL CONDITION OF PLAINTIFF AND ITS AFFILIATES |
| v. | |
| Akanoc Solutions, Inc., et al. | |
| Defendants. | |
| | Trial: August 18, 2009 |

On or about August 5, 2009, Plaintiff filed its Motion for Administrative Leave to File Plaintiff's Motion in Limine No. 1 to Exclude Evidence of Financial Condition of Plaintiff and its Affiliates (Motion in Limine No. 1).

Louis Vuitton v. Akanoc, et al.: Prop. Order — 1 —

Dockets.Justia.com

In light of the request, and good cause being shown, Plaintiff's Motion for Administrative Leave is GRANTED and Plaintiff's Motion in Limine No. 1, lodged on or about August 5, 2009, is hereby filed.

IT IS SO ORDERED.

Dated: _____
Hon. James Ware
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: __/s/ J. Andrew Coombs_____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.