TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jggilliland@townsend.com
Email: mboroumand@townsend.com
Email: mmchung@townsend.com
Email: jboblak@townsend.com

O'MELVENY & MYERS LLP
GEORGE RILEY (State Bar No. 118304)
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
Email: griley@omm.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 08-3251 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION TO PSYSTAR CORPORATION'S MOTION FOR SUMMARY JUDGMENT, PARAGRAPH 2 OF THE KELLY DECLARATION AND PORTIONS OF EXHIBIT 2 TO THE BOROUMAND-SMITH DECLARATION IN OPPOSITION TO SAME** |
| v. | |
| PSYSTAR CORPORATION, a Florida corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

1    For good cause shown and based on compelling reasons, Apple Inc.'s request to file under

2    seal portions of its Opposition to Psystar Corporation's Summary Judgment Motion, paragraph 2

3    of the Kelly Declaration and portions of Exhibit 2 to the Boroumand Smith Declaration in

4    Opposition to same is **GRANTED**.

5    **IT IS SO ORDERED.**

6

7

8    DATED:_____

9                                        Hon. William H. Alsup
                                         United States District Judge

10   62271424 v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

I, Diane G. Sunnen, declare I am employed in the City and County of San Francisco,
California in the office of a member of the bar of this court at whose direction this service was
made.  I am over the age of eighteen and not a party to this action.  My business address is
Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco,
California, 94111.

3

4

5

I served the following documents exactly entitled: **[PROPOSED] ORDER GRANTING
MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS
OF APPLE INC.'S OPPOSITION TO PSYSTAR CORPORATION'S MOTION FOR
SUMMARY JUDGMENT, PARAGRAPH 2 OF THE KELLY DECLARATION AND
PORTIONS OF EXHIBIT 2 TO THE BOROUMAND-SMITH DECLARATION IN
OPPOSITION TO SAME** on the interested parties in this action following the ordinary business
practice of Townsend and Townsend and Crew LLP, as follows:

6

7

8

9

K.A.D. Camara                              Eugene Action
Kent Radford                               Attorney at Law
Camara & Sibley LLP                        1780 E. Barstow Avenue, #5
2339 University Boulevard                   Fresno, CA  93710
Houston, TX  77005                         Email:  eugeneaction@hotmail.com
Phone:  713-893-7973
Fax:  713-583-1131
Email:  camara@camarasibley.com

10

11

12

13

14

☒     [By First Class Mail]  I am readily familiar with my employer's practice for
collecting and processing documents for mailing with the United States Postal Service.  On the date
listed herein, following ordinary business practice, I served the within document(s) at my place of
business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully
prepaid, for collection and mailing with the United States Postal Service where it would be
deposited with the United States Postal Service that same day in the ordinary course of business.

15

16

17

☐     [By Overnight Courier]  I caused each envelope to be delivered by a commercial
carrier service for overnight delivery to the offices of the addressee(s).

18

☐     [By Hand]  I directed each envelope to the party(ies) so designated on the service list
to be delivered by courier this date.

19

☐     [By Facsimile Transmission]  I caused said document to be sent by facsimile
transmission to the fax number indicated for the party(ies) listed above.

20

21

☒     [By Electronic Transmission]  I caused said document to be sent by electronic
transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF
notification system.

22

23

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct, and that this declaration was executed on October 22, 2009, at San
Francisco, California.

24

25

/s/*Diane G. Sunnen*
Diane G. Sunnen

26

27

28

townsend.

CERTIFICATE OF SERVICE
CASE NO. 08-3251 WHA