# EXHIBIT 7

**DECLARATION OF MEHRNAZ BOROUMAND SMITH IN OPPOSITION TO
PSYSTAR'S MOTION FOR SUMMARY JUDGMENT**

Dockets.Justia.com



townsend.

Exhibit 7 to
Boroumand Smith Declaration in Opposition
to Psystar's Motion for Summary Judgment--
Adwords Report All

# EXHIBIT 8

**DECLARATION OF MEHRNAZ BOROUMAND SMITH IN OPPOSITION TO PSYSTAR'S MOTION FOR SUMMARY JUDGMENT**

**PSYSTAR Corporation**

*MMM-530058:* Content Pages

26 Sep 2008 02:05 PM

**Joel Davidson**

(Staff)

Hello, Greg.

The following links are the URLs to the content pages we have created. If you would like to change any of the pages just shoot us an e-mail reply, we'll be in the office tomorrow as well so we can definitely take care of that.

http://www.psystar.com/thinking_about_buying_a_used_apple.html
http://www.psystar.com/buying_a_used_apple_computer.html
http://www.psystar.com/why_buy_a_used_apple_computer.html
http://www.psystar.com/looking_into_a_used_apple_computer.html
http://www.psystar.com/replacing_your_apple_computer.html
http://www.psystar.com/looking_to_replace_your_apple.html
http://www.psystar.com/replacing_your_mac_mini.html
http://www.psystar.com/get_rid_of_your_ppc_mac.html
http://www.psystar.com/replacing_your_ppc_mac.html
http://www.psystar.com/check_out_the_mac_os.html
http://www.psystar.com/looking_to_get_an_apple_computer.html

Posted on: 26 Sep 2008 02:0s PM

**Greg Marsden**

(User)

Thanks, I'll take a look through these. One thing I did notice is that in IE on a pc your phone# is out of place on all the pages, see below:

thanks, Greg.

Posted on: 26 Sep 2008 02:14 PM

**Greg Marsden**

(User)

Hi Joel,

Aside from the phone # being out of place in IE issue I mentioned earlier today I also noticed the buy now buttons all go to the open pro page even when the page is talking about the regular open computer like http://www.psystar.com/check_out_the_mac_os.html which would probably scare off some people looking for the cheaper version. Can you go through those pages and make sure it links to the right product. Also, I think in general the pages are on the right track though some of them are very brief and basically just the comparison. It might be a good idea to add testimonials from buyers or quotes from favorable reviews or some other additional content to these pages to help make them more impactful and meaty. I don't think it would be a good idea to start running traffic at these just yet until at least the buy links are fixed. Can that be fixed by Monday? Also I wanted to check on how your tracking works and if I need to add anything to the URLs below for tracking purposes? Do you also have Google conversion tracking already installed for your shopping cart?

Thanks, Greg.

Posted on: 26 Sep 2008 05:01 PM

**Greg Marsden**

(User)

Hi Joel,

Aside from the phone # being out of place in IE issue I mentioned earlier today I also noticed the buy now buttons all go to the open pro page even when the page is talking about the regular open computer like

EXHIBIT
234. Pedraza
WM 8|8|9

PS009087

CONFIDENTIAL

http://www.psystar.com/check_out_the_mac_os.html which would probably scare off some people looking for the cheaper version. Can you go through those pages and make sure it links to the right product. Also, I think in general the pages are on the right track though some of them are very brief and basically just the comparison. It might be a good idea to add testimonials from buyers or quotes from favorable reviews or some other additional content to these pages to help make them more impactful and meaty. I don't think it would be a good idea to start running traffic at these just yet until at least the buy links are fixed. Can that be fixed by Monday? Also I wanted to check on how your tracking works and if I need to add anything to the URLs below for tracking purposes? Do you also have Google conversion tracking already installed for your shopping cart?

Thanks, Greg.

Posted on: 26 Sep 2008 05:01 PM

---

**Rudy Pedraza**   Greg,

(Staff)   The google conversion code has been installed. Regarding the landing page corrections, those will be done by tomorrow. I will have one of the web guys go through them and add some links/testimonials as we spoke about earlier as well. I'd still like to get these into a working state and start throwing some traffic on them sometime this weekend. That way we can be sure things are working by the time Monday comes around.

Best,
--Rudy

Posted on: 26 Sep 2008 05:22 PM

---

**Rudy Pedraza**   Greg,

(User)   The google conversion code has been installed. Regarding the landing page corrections, those will be done by tomorrow. I will have one of the web guys go through them and add some links/testimonials as we spoke about earlier as well. I'd still like to get these into a working state and start throwing some traffic on them sometime this weekend. That way we can be sure things are working by the time Monday comes around.

Best,
--Rudy

Ticket History
========================
Joel Davidson (Staff) Posted On: 26 Sep 2008 02:05 PM

=========================================================
Hello, Greg.

The following links are the URLs to the content pages we have created. If you would like to change any of the pages just shoot us an e-mail reply, we'll be in the office tomorrow as well so we can definitely take care of that.

http://www.psystar.com/thinking_about_buying_a_used_apple.html
http://www.psystar.com/buying_a_used_apple_computer.html
http://www.psystar.com/why_buy_a_used_apple_computer.html
http://www.psystar.com/looking_into_a_used_apple_computer.html
http://www.psystar.com/replacing_your_apple_computer.html
http://www.psystar.com/looking_to_replace_your_apple.html
http://www.psystar.com/replacing_your_mac_mini.html
http://www.psystar.com/get_rid_of_your_ppc_mac.html
http://www.psystar.com/replacing_your_ppc_mac.html
http://www.psystar.com/check_out_the_mac_os.html
http://www.psystar.com/looking_to_get_an_apple_computer.html


Greg Marsden (Client) Posted On: 26 Sep 2008 02:14 PM

=========================================================
Thanks, I'll take a look through these. One thing I did notice is that in IE on a pc your phone# is out of place on all the pages, see below:

PS009088

CONFIDENTIAL

thanks, Greg.

image001.png (88.48 KB)

Greg Marsden (Client) Posted On: 26 Sep 2008 05:01 PM

==============================================================
Hi Joel,

Aside from the phone # being out of place in IE issue I mentioned earlier today I also noticed the buy now buttons all go to the open pro page even when the page is talking about the regular open computer like http://www.psystar.com/check_out_the_mac_os.html which would probably scare off some people looking for the cheaper version. Can you go through those pages and make sure it links to the right product. Also, I think in general the pages are on the right track though some of them are very brief and basically just the comparison. It might be a good idea to add testimonials from buyers or quotes from favorable reviews or some other additional content to these pages to help make them more impactful and meaty. I don't think it would be a good idea to start running traffic at these just yet until at least the buy links are fixed. Can that be fixed by Monday? Also I wanted to check on how your tracking works and if I need to add anything to the URLs below for tracking purposes? Do you also have Google conversion tracking already installed for your shopping cart?

Thanks, Greg.

Greg Marsden (Client) Posted On: 26 Sep 2008 05:01 PM

==============================================================
Hi Joel,

Aside from the phone # being out of place in IE issue I mentioned earlier today I also noticed the buy now buttons all go to the open pro page even when the page is talking about the regular open computer like http://www.psystar.com/check_out_the_mac_os.html which would probably scare off some people looking for the cheaper version. Can you go through those pages and make sure it links to the right product. Also, I think in general the pages are on the right track though some of them are very brief and basically just the comparison. It might be a good idea to add testimonials from buyers or quotes from favorable reviews or some other additional content to these pages to help make them more impactful and meaty. I don't think it would be a good idea to start running traffic at these just yet until at least the buy links are fixed. Can that be fixed by Monday? Also I wanted to check on how your tracking works and if I need to add anything to the URLs below for tracking purposes? Do you also have Google conversion tracking already installed for your shopping cart?

Thanks, Greg.

Ticket Details
====================
Ticket ID: MMM-530058
Department: Admin
Priority: Medium
Status: Open

Posted on: 26 Sep 2008 05:22 PM

PS009089

CONFIDENTIAL

# EXHIBIT 9

**DECLARATION OF MEHRNAZ BOROUMAND SMITH IN OPPOSITION TO
PSYSTAR'S MOTION FOR SUMMARY JUDGMENT**

Web    Images    Videos    Maps    News    Shopping    Gmail    more ▼

Sign in

 **Google**    leopard on pc    [ Search ]    Advanced Search
Preferences

**Web**    Show options...        Results **1 - 10** of about **12,700,000** for leopard on pc. (0.18 seconds)

Hack Attack : Install **Leopard** on your **PC** in 3 easy
steps! | dailyApps
I bet this is the easiest way to Install Mac OS X **Leopard** OSx86
on **PC** Dual Boot Windows 7, Vista in 9 Easy Steps ...
dailyapps.net/.../hack-attack-install-**leopard**-on-your-**pc**-in-3-
easy-steps/ - Cached - Similar

> Hack Attack : Install **Leopard** On your **PC** in
> Just One Step | dailyApps
> Its been nearly two months, since I last wrote my guide to
> Install **Leopard** on your **PC** in just 3 Steps. Well I wanted
> to write a better ...
> dailyapps.net/.../hack-attack-install-**leopard**-on-your-**pc**-in-
> just-one-step/ - Cached - Similar

Install **Leopard** on your **PC** in One step! « Graphic Design Blog
Feb 23, 2008 ... index_hero20071016Its been nearly two months, since I last wrote my guide
to Install **Leopard** on your **PC** in just 3 Steps. ...
grafikdesign.wordpress.com/.../install-**leopard**-on-your-**pc**-in-one-step/ - Cached - Similar

Installing **Leopard** on a **PC**
You're on your own if you want to run **Leopard** on a **PC**, but Apple is more than willing to sell
you a Mac with **Leopard** pre-installed. ...
www.tuaw.com/2007/10/28/installing-**leopard**-on-a-**pc**/ - Cached - Similar

Install Mac OSX **Leopard** to (almost) any **PC** in one step - MAC.BLORGE
Install Mac OSX **Leopard** to (almost) any **PC** in one step Want to use the glamorous Mac
OSX? Don't have money to buy a Mac? That's okay because a new guide has ...
mac.blorge.com/.../install-mac-osx-**leopard**-to-almost-any-**pc**-in-one-step/ - Cached - Similar

Install OS X on Your Hackintosh **PC**, No Hacking Required - **Leopard** ...
Jan 24, 2008 ... Two months ago I walked through how to install a Hackintosh Mac on the
cheap using **PC** parts. Since that post, the OSx86 scene has changed ...
lifehacker.com/.../install-os-x-on-your-hackintosh-**pc**-no-hacking-required - Similar

Testing Grounds: **Leopard** OS X 10.5.6 On Your **PC**
Apr 2, 2009 ... This post covers how to install **Leopard** 10.5.6 on your **PC** using the ... This is a
set of guidelines for installing OS X **Leopard** onto a **PC**. ...
tgrounds.blogspot.com/.../**leopard**-os-x-1056-on-your-**pc**.html - Cached - Similar

Guide: Snow **Leopard on PC** 10a432(GOLD MASTER!!!) | TeknoJunkie
Aug 13, 2009 ... Hello, as most of you know Snow **Leopard** is coming out in a month. Its well
supported for Macs, but hey why not **PC's**?
www.teknojunkie.com/.../guide-snow-**leopard-on-pc**-10a421a-10a432-coming-soon/ -
Cached - Similar

5 Things You Should Know About Snow **Leopard - PC** World
Despite a lack of new end-user features, there's still plenty to like about Apple's next Mac OS
version.

Sponsored Links

Installing OS X On A PC
OSX86 Compatible Hardware Platform
Get The Full OS X Experience Now!
Psystar.com/TheAppleMacAlternative

www.pcworld.com/.../5_things_you_should_know_about_snow_**leopard**.html -
Cached - Similar

## Video results for **leopard on pc**



Installing **Leopard On Pc**
8 min
www.youtube.com



Install **Leopard on Pc** Detailed Guide
10 min
www.youtube.com

## Searches related to: **leopard on pc**

| | | | |
|---|---|---|---|
| leopard on pc **guide** | leopard on pc **torrent** | leopard on **vmware** | leopard on pc **dual boot** |
| **kalyway** leopard **10.5.1 sse2 sse3** | **osx86** | **hackintosh** | **iatkos** |

**1** 2 3 4 5 6 7 8 9 10    Next

---

leopard on pc            [ Search ]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve -
Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

APP_PSY0056612

# EXHIBIT 10

**DECLARATION OF MEHRNAZ BOROUMAND SMITH IN OPPOSITION TO PSYSTAR'S MOTION FOR SUMMARY JUDGMENT**

1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  CHRISTOPHER P. GREWE (SBN 245938)
   cgrewe@carrferrell.com
4  CARR & FERRELL *LLP*
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile:  (650) 812-3444

7  Attorneys for Defendant/Counterclaimant
   PSYSTAR CORPORATION
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

   APPLE INC., a California corporation,       CASE NO. CV-08-03251-WHA
13
              Plaintiff,
14                                             **PSYSTAR CORPORATION'S**
      v.                                       **RESPONSES TO APPLE INC.'S THIRD**
15                                             **SET OF REQUESTS FOR ADMISSION**
   PSYSTAR CORPORATION,                        **(NOS. 101-161)**
16
              Defendant.
17

18 AND RELATED COUNTERCLAIMS.

19

20

21 PROPOUNDING PARTY:    APPLE INC.

22 RESPONDING PARTY:     PSYSTAR CORPORATION

23 SET NO:               THREE (3)

24

25        TAKE NOTICE THAT Defendant PSYSTAR CORPORATION responds as follows to the

26 third set of requests for admission of Plaintiff APPLE INC. dated December 3, 2008 (the

27 "Requests").

28

1    **REQUEST FOR ADMISSION NO. 141:**

2         Admit that YOU used the term "OpenMac" in YOUR uniform resource locator (URL)

3    address in November 2008.

4         **RESPONSE TO REQUEST NO. 141:**

5         Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

6    full as if set forth herein.  Psystar Corporation further objects on the grounds that this request is

7    vague and ambiguous, *inter alia,* in its use of the term "used" and the phrase "in YOUR uniform

8    resource locator (URL) address."  Subject to and without waiving these objections, Psystar

9    Corporation responds as follows: the present request for admission is wholly unintelligible; Psystar

10   Corporation is, therefore, unable to affirm or deny the request.

11

12   **REQUEST FOR ADMISSION NO. 142:**

13        Admit that YOU have participated in the Google AdWords program.

14        **RESPONSE TO REQUEST NO. 142:**

15        Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

16   full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

17   responds as follows: Admitted.

18

19   **REQUEST FOR ADMISSION NO. 143:**

20        Admit that YOU have selected the word "Apple" as a keyword in the Google AdWords

21   program.

22        **RESPONSE TO REQUEST NO. 143:**

23        Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

24   full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

25   responds as follows: Admitted.

26

27

28

1   **REQUEST FOR ADMISSION NO. 144:**

2        Admit that YOU have selected the word "Mac" as a keyword in the Google AdWords

3   program.

4        **RESPONSE TO REQUEST NO. 144:**

5        Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

6   full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

7   responds as follows: Admitted.

8

9   **REQUEST FOR ADMISSION NO. 145:**

10        Admit that YOU have selected the words "Mac Clone" as keywords in the Google AdWords

11   program.

12        **RESPONSE TO REQUEST NO. 145:**

13        Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

14   full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

15   responds as follows: Admitted.

16

17   **REQUEST FOR ADMISSION NO. 146:**

18        Admit that YOU have selected the word "Leopard" as a keyword in the Google AdWords

19   program.

20        **RESPONSE TO REQUEST NO. 146:**

21        Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

22   full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

23   responds as follows: Admitted.

24

25

26

27

28

**REQUEST FOR ADMISSION NO. 147:**

Admit that YOU have participated in the Google AdSense program.

**RESPONSE TO REQUEST NO. 147:**

Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation responds as follows: Denied.

**REQUEST FOR ADMISSION NO. 148:**

Admit that YOU have participated in the Yahoo! Search Marketing program.

**RESPONSE TO REQUEST NO. 148:**

Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation responds as follows: Admitted.

**REQUEST FOR ADMISSION NO. 149:**

Admit that YOU have selected the word "Apple" as a keyword in the Yahoo! Search Marketing program.

**RESPONSE TO REQUEST NO. 149:**

Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation responds as follows: Admitted.

1  **REQUEST FOR ADMISSION NO. 150:**

2      Admit that YOU have selected the word "Mac" as a keyword in the Yahoo! Search

3  Marketing program.

4      **RESPONSE TO REQUEST NO. 150:**

5      Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

6  full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

7  responds as follows: Admitted.

8

9  **REQUEST FOR ADMISSION NO. 151:**

10      Admit that YOU have selected the words "Mac Clone" as keywords in the Yahoo! Search

11  Marketing program.

12      **RESPONSE TO REQUEST NO. 151:**

13      Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

14  full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

15  responds as follows: Admitted.

16

17  **REQUEST FOR ADMISSION NO. 152:**

18      Admit that YOU have selected the word "Leopard" as a keyword in the Yahoo! Search

19  Marketing program.

20      **RESPONSE TO REQUEST NO. 152:**

21      Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

22  full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

23  responds as follows: Admitted.

24

25

26

27

28

1  **REQUEST FOR ADMISSION NO. 156:**

2      Admit that YOU have selected the words "Mac Clone" as keywords in the Microsoft

3  adCenter program.

4      **RESPONSE TO REQUEST NO. 156:**

5      Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

6  full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

7  responds as follows:

8      Psystar Corporation has not directly participated in the Microsoft adCenter program; denied.

9

10  **REQUEST FOR ADMISSION NO. 157:**

11      Admit that YOU have selected the word "Leopard" as a keyword in the Microsoft adCenter

12  program.

13      **RESPONSE TO REQUEST NO. 157:**

14      Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

15  full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

16  responds as follows:

17      Psystar Corporation has not directly participated in the Microsoft adCenter program; denied.

18

19  **REQUEST FOR ADMISSION NO. 158:**

20      Admit that YOU have participated in a pay-per-click internet advertising program other

21  than pay-per-click internet advertising programs offered by Google AdWords, Google AdSense,

22  Yahoo! Search Marketing and Microsoft adCenter.

23      **RESPONSE TO REQUEST NO. 158:**

24      Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

25  full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

26  responds as follows: Admitted.

27

28

1 | **REQUEST FOR ADMISSION NO. 159:**

2 |     Admit that no PERSON has developed an operating system on behalf of PSYSTAR.

3 |     **RESPONSE TO REQUEST NO. 159:**

4 |     Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

5 | full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

6 | responds as follows: Admitted.

7 |

8 | **REQUEST FOR ADMISSION NO. 160:**

9 |     Admit that PSYSTAR has not developed its own operating system.

10 |     **RESPONSE TO REQUEST NO. 160:**

11 |     Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

12 | full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

13 | responds as follows: Admitted.

14 |

15 | **REQUEST FOR ADMISSION NO. 161:**

16 |     Admit that PSYSTAR did not expend resources to develop its own operating system.

17 |     **RESPONSE TO REQUEST NO. 161:**

18 |     Psystar Corporation repeats and incorporates by reference its GENERAL OBJECTIONS in

19 | full as if set forth herein.  Subject to and without waiving these objections, Psystar Corporation

20 | responds as follows: Admitted.

21 |

22 | Dated:  January 16, 2009                    CARR & FERRELL *LLP*

23 |

24 |                                                   By

25 |                                                   ROBERT J. YORIO
                                                      COLBY B. SPRINGER
26 |                                                   CHRISTOPHER P. GREWE

27 |                                                   Attorneys for Defendant/Counterclaimant
                                                      PSYSTAR CORPORATION

28 |

# EXHIBIT 11

**DECLARATION OF MEHRNAZ BOROUMAND SMITH IN OPPOSITION TO PSYSTAR'S MOTION FOR SUMMARY JUDGMENT**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4                   ---oOo---

5    _____

6    APPLE INC., a California corporation, )

7                   Plaintiff,            )

8         vs.                            ) No. CV 08-03251 WHA

9    PSYSTAR CORPORATION, a Florida        )

     corporation, and DOES 1-10,           )

10   inclusive,                            )

11                  Defendants.           )

     _____)

12

13      HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

14

15

16      VIDEOTAPED DEPOSITION OF RODOLFO PEDRAZA

17          WEDNESDAY, AUGUST 26, 2009

18

19

20

21

22

23

24   Pages 1 - 117

25   Pages 29 - 64 HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
```

CERTIFIED TRANSCRIPT

1

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1       Q.   Did anybody help?

2       A.   No.

3       Q.   Did you write the OpenHaltRestart kernel

4   extension yourself?

5       A.   Yes.                                          03:15:34PM

6       Q.   Did anybody help?

7       A.   Well, actually I believe I talked to David

8   about it, but I actually wrote it.

9       Q.   When did you write OpenCojones?

10      A.   Early 2008.                                   03:15:49PM

11      Q.   "Early" meaning the first half of the year?

12      A.   I would say probably in the first quarter.

13      Q.   And how long did it take you to write that

14   code?

15      A.   I would say -- well, at that time I was       03:16:11PM

16   learning about the Mac OS.  If I were to write that

17   extension today, I believe it would be much faster.

18   But back then it took me a few weeks.

19      Q.   A few weeks?

20      A.   Yeah.  I mean, it wasn't something that I      03:16:27PM

21   was devoted to because it wasn't -- I mean, we didn't

22   need it.  And, again, I was learning about the

23   Mac OS.

24           MR. GILLILAND:  Let me --

25           THE WITNESS:  If you are going to change       03:16:56PM

                                                           27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 1          Q.   And the C -- suffix .C, that is the actual

 2   -- what did you say, machine code?

 3          A.   That is the actual C code.  So C is for C.

 4          Q.   The programming language C?

 5          A.   Yes.                                    03:46:31PM

 6          Q.   When did Psystar compile the code that is

 7   psybootefi?

 8          A.   I would say early 2008.

 9          Q.   Again, the first quarter or the first half

10   of the year?  Can you be more particular?            03:47:00PM

11          A.   I don't remember.

12          Q.   How long did it take to compile psybootefi?

13          A.   Well, it was -- it took some time because I

14   was -- I was, I would say, rusty in ANSI C.  There

15   are certain very specific nuances with programming in  03:47:25PM

16   ANSI C, the way that pointers work, the way that you

17   have to do things.  Because in C++, you know, you

18   have objects and you have different extensions of C

19   that facilitate more of the functional programming,

20   versus in C, you know, you're closer to the hardware.  03:47:50PM

21   So you have to just -- you have to think a little bit

22   differently.

23          Q.   So you say it took some time?

24          A.   Right.

25          Q.   Because you were rusty?                  03:48:06PM

                                                              41

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       A.   Right.

2       Q.   How much time?

3       A.   A couple months.  And I think today it

4  would take me much less time.  I mean, I think I am

5  actually so familiar and used to writing C code,          03:48:15PM

6  especially after writing the graphic C code that is

7  used in the dubl bootloader, which itself was an

8  adventure, so I think today I could do it much

9  faster.

10      Q.   So is ANSI, A-N-S-I, C and C the same        03:48:37PM

11 thing?

12      A.   Well, it's just that ANSI just has

13 different like -- more specific and strict rules.

14 So, yeah, it's C, but it's more strict, we'll say.

15 But you could call it C for all intents and purposes.  03:48:59PM

16           I think that the reason it's called ANSI C

17 is it is a standard.  So even within the C language

18 there's specific, you know, standards.

19           (Exhibit 308 marked for identification;

20           retained by counsel.)

21           BY MR. GILLILAND:

22      Q.   Let me ask you to look at Exhibit 308,

23 which has production numbers PS011824 through 832.

24 It has "\I386\LIBSAIO\Fake_EFI.C."

25           Do you see that at the top of the page,       03:49:46PM
                                                              42

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1     STATE OF CALIFORNIA       )

                                )   ss.

2     COUNTY OF SAN FRANCISCO)

3

4          I hereby certify that the witness in the

5     foregoing deposition, RODOLFO PEDRAZA, was by me duly

6     sworn to testify to the truth, the whole truth and

7     nothing but the truth, in the within-entitled cause;

8     that said deposition was taken at the time and place

9     herein named; that the deposition is a true record of

10    the witness's testimony as reported by me, a duly

11    Certified Shorthand Reporter and a disinterested

12    person, and was thereafter transcribed into

13    typewriting by computer.

14         I further certify that I am not interested in

15    the outcome of said action, nor connected with, nor

16    related to, any of the parties in said action, nor to

17    their respective counsel.

18         IN WITNESS WHEREOF, I have hereunto set my hand

19    and affixed my signature this 2nd day of September,

20    2009.

21

22

23

24    _____

25    DEBORAH LEE LUBIN, CSR No. 3234, RPR, CRP

                                                    110

# EXHIBIT 12

**DECLARATION OF MEHRNAZ BOROUMAND SMITH IN OPPOSITION TO
PSYSTAR'S MOTION FOR SUMMARY JUDGMENT**

My Account | Premier Login | Support

Search

Buy Online or Call 1-800-WWW-DELL

FOR
HOME

FOR SMALL AND
MEDIUM BUSINESS

FOR PUBLIC
SECTOR

FOR LARGE
ENTERPRISE



## SEPTEMBER SAVINGS EVENT

Xbox 360 Elite — only $269 after $30 off. Plus, save up to 25% on select games, game consoles and more.

Limited time offers

SAVE TODAY ▶

◀ 1 2 3 4 5 ▶

### What's New



**IMMERSE YOURSELF:** Escape into a creative multimedia experience with the new Studio XPS 8000 desktop.

**Design Studio. Your canvas awaits.** 200+ original designs to choose from - available on Inspiron 15, Studio 15 and 17 laptops.

### Headlines



Dell Launches Corporate Responsibility Report

Dell & Hospitals Simplify EMR for Physicians

Dell Improves Business Performance in Q2

Dell to Realize $5.8M in Energy Savings

### Dell Deals



**Select desktops starting at $399 after instant savings.** Offers end 9/17 at 6am CT.

**Deals** for Home

**Deals** for Small & Medium Business

United States

SHARE

| Shop | Community | Support | About Dell | My Account |
|---|---|---|---|---|
| Home & Home Office | Join the Discussion | All Support Options | Careers | Sign-In / Register |
| Small & Medium Business | Share Your Ideas | Drivers & Downloads | Investor Relations | Order Status |
| Large Business | Read our Blog | Product Support | News | |
| Public Sector | Ratings & Reviews | Order Status | Company Information | |
| Partners | Community Home | Recall Information | Corporate Responsibility | |
| Dell Outlet | | | All About Dell | |

Laptops | Desktops | Business Laptops | Business Desktops | Workstations | Servers | Storage | Monitors | Printers | LCD TVs | Electronics
© 2009 Dell | About Dell | Terms of Sale | Unresolved Issues | Privacy | About Our Ads | Dell Recycling | Contact | Site Map | Feedback
AT | AU | BE | BR | CA | CH | CL | CN | CO | DE | DK | ES | FR | HK | IE | IN | IT | JP | KR | ME | MX | MY | NL | NO | PA | PR | RU | SE | SG | UK | VE | ALL
Large Text

snWW27



United States | Contact Us | Sign In | Cart

Shop | Support | Community | Keyword or E-Value Code Search

Laptops & Minis | Desktops | Electronics & Accessories | Software | Printers & Ink | HDTVs & Home Theater | Services | Deals | Financing | View All

Home & Home Office › Desktops

Dell recommends Windows Vista® Home Premium.

My Order Status | Share | E-Mail Updates | Chat | [+] Feedback

# Dell Desktop Computers & PCs

**More performance. Less frustration. Discover the difference inside a new PC.**
Learn About Intel

**Windows XP® Professional.**
Find desktops and laptops with XP here. Limited time offer.
Shop Now

**Free Shipping on Everything on Dell.com!**
Limited time offer.
More Details

## Narrow Your Desktop Selection

**Product Category**
- Inspiron
- Studio Desktops
- XPS
- Studio XPS Desktops
- Gaming Desktops

**Operating System**
- Windows 7 Upgrade Eligible
- Windows Vista 64-bit
- Windows Vista

**Optical Drive**
- CD/DVD+RW
- DVD-ROM Drive & DVD+/-RW Combo
- DVD+/-RW and CD-RW Combo
- Blu-Ray Disc

**Hard Drive**
- More than 750GB
- 750GB
- 500GB
- 320GB
- 250GB
- 160GB

**Desktop Monitor Size**
- No Monitor
- 19" - 20" (Medium)
- Over 20" (Large)

**Memory**

**Form Factor**

**Processor**

**Price**

Collapse All | Clear All

## Desktop Families

View All Desktops

### Inspiron
Fully expandable, fully customizable desktop designed for essential tasks and available with advanced technology options.

**Models:**

| Model | Starting Price |
|---|---|
| Inspiron 546 | $269 |
| Inspiron 537s | $269 |

Shop Inspiron

### Studio
Stylish desktop designs and state-of-the-art technologies to make multimedia entertainment more affordable than ever.

**Models:**

| Model | Starting Price |
|---|---|
| Studio Slim Desktop | $399 |
| Studio Desktop | $399 |
| Studio Hybrid | $499 |
| Studio One 19 | $699 |

Shop Studio

### Studio XPS
Dell's premier desktop PCs are designed for performance and include distinctive designs, premium materials, and XPS Support.

**Models:**

| Model | Starting Price |
|---|---|
| Studio XPS Desktop | $749 |
| Studio XPS 8000 | $799 |
| Studio XPS 9000 | $849 |
| XPS One | $1,499 |

Shop XPS

### Gaming
Powerful desktop gaming rigs designed for extreme performance and available with stunning desktop case designs and liquid cooling options.

**Models:**

| Model | Starting Price |
|---|---|
| XPS 630 | $699 |

Shop Gaming

## Essential PC & Desktop Links

**Dell PC Deals**
- Deals on Laptop PCs
- Deals on Desktop PCs
- FastTrack Systems
- View PC & Electronic Deals
- As Advertised PCs
- More...

**Helpful Links**

Desktop PC Selector
Order Status
(PRODUCT) RED
Find parts and upgrades for your Dell
Find Retail PCs
En Español
Trade-In Program
More...

**PC Operating Systems**

Windows Vista
Windows XP
Windows Vista 64-bit
Windows 7
Open-Source PCs

**Desktop Purchase Help**

 **Need Help Choosing?** Try our desktop selector
Get Started

 **Chat with an Agent** 8am to 11pm CT
Chat Now

 **Get More, Win More with Dell Email Subscriptions**
Sign Up Now

 **Need It Fast?** Choose from our most popular systems that ship out the next business day.
Shop Now

**Special Offers**

 **Find parts and upgrades for your Dell**
More Details

 **Great Deals on Select Desktops Starting at $429!** Limited Time Offer.
Shop Now

 **Get More, Save More.** Get up to 25% off select XPS systems and get a Mini 9 for just $99!
Shop Now

 **Dell Coupon Savings** on select Laptops, Desktops, Electronics & Accessories.
Shop Now

**Partners**

**View Dell Videos**



Dell Studio One 19 Desktop
Inspiron 546 Desktop







**Desktop PCs**

At Dell, we offer a large selection of configurable and upgradable desktop PCs to suit your needs from a new desktop user with basic internet surfing and email needs to a hardcore gamer that demands the latest desktop technology. Check out our line of Product (RED) desktop PCs that help support the elimination of AIDS in Africa at no extra cost to you. If you need help ordering your desktop, then please call a desktop sales agent at 1-800-545-3821.

Check back often for weekly & daily desktop promo offers on XPS Desktops & Inspiron Desktops.

| Desktops | | | | |
|----------|---------|-----------|------------|-----------------------|
| **Inspiron** | **Studio** | **XPS** | **Gaming** | **Dell Deals** |
| Inspiron 546 | Studio Hybrid | Studio XPS | XPS 630 | Popular Laptop Deals |
| Inspiron 537s | Studio Slim | XPS ONE | XPS 730x | Large Screen Laptops Deals |
| | Studio Desktop | | Alienware ALX X-58 | Lighter Laptop Deals |
| | Studio One 19 | | | Desktops Deals |
| | | | | Mini Deals |
| | | | | TV & Electronic Deals |

Home & Home Office › Desktops

| **Shop** | **Support** | **Community** | **About Dell** | **My Account** |
|----------|-------------|---------------|----------------|----------------|
| Laptops & Minis | Drivers and Downloads | Join the Discussion | Investor Relations | Sign-in / Register |
| Desktops | Product Support | Share Your Ideas | News | Order Status |
| Electronics & Software | Support by Topic | Read our Blog | Company Information | Saved Carts |
| Printers & Ink | Warranty Information | Ratings & Reviews | Corporate Responsibility | |
| HDTVs & Home Theater | Order Support | Community Home | All About Dell | |

Laptops | Desktops | Business Laptops | Business Desktops | Workstations | Servers | Storage | Monitors | Printers | LCD TVs | Electronics

© 2009 Dell | About Dell | Terms of Sale | Unresolved Issues | Privacy | About Our Ads | Dell Recycling | Contact | Site Map | Visit ID | Feedback

Large Text

Offers subject to change, not combinable with all other offers. Taxes, shipping, handling and other fees apply. U.S. Dell Home and Home Office new purchases only. Free shipping and handling offer available in Continental (except Alaska) U.S. only. Free shipping offer does not include time to build/test system. Dell reserves the right to cancel orders arising from pricing or other errors.

DELL PREFERRED ACCOUNT (DPA): Offered to U.S. residents by CIT Bank, who determines qualifications for and terms of credit. Promotion eligibility varies and is determined by CIT Bank. Taxes, shipping, and other charges are extra and vary. Minimum monthly payments are the greater of $15 or 3% of account balance.

NO INTEREST IF PAID IN FULL WITHIN 12 MONTHS available on New XPS or Studio XPS Desktops or Laptops purchased between August 27, 2009 and September 30, 2009. Interest accrues during promotional period and will be added if plan balance is not paid by customer's payment due date in October, 2010. If not paid by end of promotional period, account balance and new purchases will be subject to the Standard Rate depending on creditworthiness (14.99% - 29.99% variable APR, as of 6/30/2009, which can increase or decrease).

Promotional Gift Card: Promotional Gift Cards with purchase are limited time offers. Promotional Gift Cards ship separately from your purchase and typically arrive in 6-8 wks and carry a 90 day expiration. TERMS AND CONDITIONS APPLY. For complete terms please visit the Promotional Gift Card terms and conditions at www.dell.com/giftcard/promoterms

snDWW9

# EXHIBIT 13

**DECLARATION OF MEHRNAZ BOROUMAND SMITH IN OPPOSITION TO
PSYSTAR'S MOTION FOR SUMMARY JUDGMENT**

Windows®. Life without Walls™. Toshiba recommends Windows.

laptops & accessories    projectors    innovation lab    expert advice    set me free    Shop    Support    Search

# netbook vs notebook
## too close to call?
## we'll help you choose.

see our side-by-side comparison

Learn about Toshiba's full line of laptops computers, accessories and projectors designed to fit you and your digital life.

**Laptops »**
**Laptop Accessories »**
**Projectors »**

See how to make your laptop an even more efficient tool for you and the Toshiba innovations that help make it all possible.

**Innovation Lab »**
**Expert Laptop Advice »**
**Laptop Buying Guide »**

Custom order a Toshiba laptop with your exact specifications and find great deals on pre-configured systems and accessories.

**Shop Toshiba Direct »**
**Our Special Offers »**
**Other Ways to Buy »**

Find the technical support you need as well as the latest downloads and drivers to keep your Toshiba laptop and accessories in top shape.

**Downloads & Drivers »**
**Warranty & Services »**
**Laptop Forums »**

**Toshiba News:**  Toshiba Unveils Redesigned Satellite Laptops Loaded With Premium Features, Priced for New Economy •  **read full story »**

## Explore Toshiba

**Laptops & Accessories**
Satellite®
Satellite Pro®
Tecra®
Qosmio®
Portégé®
mini notebook
Our Top Laptop Picks
Laptop Accessories
    Battery Finder
    AC Adapter Finder

**Projectors**
Mobile Projectors
Conference Room Projectors
Projector Accessories
Projector Distance Calculator

**Innovation Lab**
Business Card Reader
EasyGuard® Technology
eSATA USB Port
Face Recognition
FM Tuner
Fusion™ Finish
Hard Drive Impact Sensor
HDMI Regza Link™
PC Health Monitor
S/P DIF Digital Audio
Solid State Drives (SSD)
USB Sleep-and-Charge
Wireless USB

**Expert Advice**
For Home
For Business
For Schools
For Government
Netbook or Laptop?
CNET Laptop Buying Guide
Frequently Asked Questions
Environmental Initiatives
Glossary

**Set Me Free**
Video Gallery
Boring vs Normal

**About Toshiba**
About Us
Contact Us
Reseller Partners
Ways to Buy
Toshiba History
Toshiba Events
Press Room

**Support**
Technical Support
Laptop Forums
Drivers & Downloads
Warranty & Services
Windows® 7 Upgrade Option

**Connect**


Consumer Notices    |    Privacy Policy    |    Terms of Use    |    About Toshiba    |    Site Map    |    Press Room    |    [+] Feedback    |    Share
© Copyright 2009, Toshiba America Information Systems. All Rights Reserved.

Case3:08-cv-03251-WHA    Document192-2    Filed10/22/09    Page30 of 53

Windows®. Life without Walls™. Toshiba recommends Windows.

laptops & accessories    projectors    innovation lab    expert advice    set me free        Shop    Support    Search



Satellite®

Laptops designed for work, play and the everyday.

learn more

  Satellite®    Satellite Pro®    Tecra®    Qosmio®    Portégé®    mini notebook    Accessories

### Our top selling laptops


**Satellite® L500**
14" - 17.3" Widescreen

These well-priced 14" - 17.3" laptops give you the quality you deserve for handling life's essentials at home, school or work.
Starting At: **$504.99**


**Satellite® L300**
15.4" Widescreen

Practical and portable? Our Satellite® L300 laptop series has all the essential features you need to stay in touch at school, at home or in the office.
Starting At: **$414.99**


**Satellite® A500**
16.0" Widescreen

This upscale 16" laptop gives you advanced entertainment performance and desktop-like versatility for enjoying HD entertainment.
Starting At: **$698.00**



need help deciding which laptop is right for you?
**our top laptop picks**

**quick links**

Read our laptop buying guide »
Netbook or Laptop? »
Visit our Intel®/AMD® processor guide »
Windows® 7 upgrade option program »

total productivity with a personal touch.
**Portégé M750 tablet PC**

### Explore Toshiba

**Laptops & Accessories**
Satellite®
Satellite Pro®
Tecra®
Qosmio®
Portégé®
mini notebook
Our Top Laptop Picks
Laptop Accessories
  Battery Finder
  AC Adapter Finder

**Projectors**
Mobile Projectors
Conference Room Projectors
Projector Accessories
Projector Distance Calculator

**Innovation Lab**
Business Card Reader
EasyGuard® Technology
eSATA USB Port
Face Recognition
FM Tuner
Fusion™ Finish
Hard Drive Impact Sensor
HDMI Regza Link™
PC Health Monitor
S/P DIF Digital Audio
Solid State Drives (SSD)
USB Sleep-and-Charge
Wireless USB

**Expert Advice**
For Home
For Business
For Schools
For Government
Netbook or Laptop?
CNET Laptop Buying Guide
Intel®/AMD® Processor Guide
Frequently Asked Questions
Environmental Initiatives
Glossary

**Set Me Free**
Video Gallery
Boring vs Normal

**About Toshiba**
About Us
Contact Us
Reseller Partners
Ways to Buy
Toshiba History
Toshiba Events
Press Room

**Support**
Technical Support
Laptop Forums
Drivers & Downloads
Warranty & Services
Windows® 7 Upgrade Option

**Connect**


Consumer Notices    |    Privacy Policy    |    Terms of Use    |    About Toshiba    |    Site Map    |    Press Room    |    [+] Feedback    |    Share
© Copyright 2009, Toshiba America Information Systems. All Rights Reserved.

# EXHIBIT 14

**DECLARATION OF MEHRNAZ BOROUMAND SMITH IN OPPOSITION TO PSYSTAR'S MOTION FOR SUMMARY JUDGMENT**

**AMENDED EXPERT REPORT OF**

**PROFESSOR CAROL A. SCOTT**

**September 16, 2009**

I.    **Qualifications**

I am a Professor of Marketing at the Anderson Graduate School of Management at the University of California, Los Angeles ("UCLA"). I hold a Ph.D. in Marketing from Northwestern University, where my minor field of study was Social Psychology. I also received a Master of Science in Management degree from Northwestern University and a Bachelor of Science in Business and History Education degree from the University of Texas at Austin. I have served variously as the Chairman of the Faculty, Associate Dean, and Assistant Dean of the Anderson Graduate School of Management from 1985 through 1994. I am currently the faculty director of the Anderson School Executive Program. Over the past thirty years, I have taught courses on Marketing Strategy and Management, Consumer Behavior, Advertising, Distribution Strategy, and International Marketing to students in undergraduate and graduate education programs at UCLA, Stanford Business School, Harvard Business School, and Ohio State University. I also have published numerous journal articles, research reports, and book chapters on Consumer Behavior, Marketing Research and other marketing topics, a complete list of which is included in my Curriculum Vitae, attached hereto (Exhibit 1). I have served on the editorial boards of the *Journal of Marketing, Journal of Marketing Research*, and *Journal of Consumer Research*. I have been a member of the board of directors for Sizzler International and A-Fem Medical Corporation, Inc. and currently am a member of the board of directors of United Online, Inc. and Classmates Media Corp. Over the past 26 years I have served as a consultant and testifying expert for a variety of issues. A list of my recent testimony projects is attached (Exhibit 2).

## II.      Scope of Opinions

I have been asked by counsel for Apple Inc. ("Apple") to investigate various issues with respect to the level of recognition by consumers of the Mac OS X Leopard desktop image as well as the likelihood that consumers would be confused by Psystar's use of the Mac OS X Leopard operating system on its computers and by its offer on its website to sell computers that purport to use the Mac OS X Leopard operating system. Finally, I was asked to address the extent to which Apple's brand equity and reputation would be harmed by the sale of Psystar computers that are described as running the Mac OS X Leopard operating system.

## III.     Summary of Opinions

Having reviewed and analyzed the evidence available to me, it is my opinion that:

1. Consumers in the market for a personal computer recognize the Mac OS X Leopard desktop image, and they believe that it is put out by a single source, i.e., it has acquired secondary meaning. Further, a large percentage of consumers who recognize the desktop associate it with the Apple or Mac brands.

2. Despite Psystar's small changes to the Mac OS X Leopard desktop image and the fact that Psystar does not install the operating system on Apple hardware products, consumers who see Psystar's version of the Mac OS X Leopard desktop image running on Psystar computers in a post-sale environment also are likely to recognize the desktop image. In my studies, the number of consumers who viewed Psystar's altered desktop image running on Psystar computers and associated it with a single company was similar to the number of

consumers who viewed the unaltered desktop image and associated it with a single company. In both instances, the most frequently mentioned company was Apple, i.e., consumers are likely to be confused that the operating system running on the Psystar computers is the same as that sold by Apple.

3. Consequently, consumers shopping for computers on the Psystar website are likely to be confused as to the relationship between Apple and Psystar. That is, consumers are likely to believe that Psystar has and is required to obtain permission from Apple to offer Apple's Mac OS X Leopard operating system on its computers. Thus Psystar's use of the Mac OS X Leopard operating system on its website and on its computers is likely to create a false association between Psystar and Apple. Further, consumers who experience problems when using Psystar computers are likely to believe that they are entitled to technical service and support from Apple.

4. Consumers are likely to believe that technical problems they experience with Psystar computers are due, at least in part, to the Mac OS X Leopard operating system. Therefore, Apple's world famous brand, its reputation for quality products, as well as the Apple marks which stand for the Apple and Mac brands (e.g., "Apple", "Mac", and the Apple logo), and which are used by Psystar on its website and computers, all will be tarnished.

## IV.   **Basis of Opinions**

My opinions are based on three surveys conducted under my supervision in July and August, 2009, as well as on a review of other documents filed in this case and my

professional expertise in this area.[1]  Exhibit 3 lists the materials I obtained from counsel.

Detailed support for each of my opinions is given below.  In my professional opinion each

of the surveys undertaken was done in a proper and unbiased manner consistent with well

accepted standards of marketing research and consumer research done in the context of

litigation.[2]  These results are valid and reliable.  I am continuing my review and analysis,

and I may refine or expand my opinions as further information and materials come to my

attention.  I reserve the right to supplement this report to the extent that additional

information becomes available which may affect my opinions.

**A.**     **The desktop image of Mac OS X Leopard (hereafter "Mac OS") is recognized by consumers as having a single source, *i.e.*, it has acquired secondary meaning.**

There can be no doubt that Apple is one of the world's most famous brands.

Numerous third party brand rankings consistently include Apple in their lists of top

global brands.  For example, Millward Brown's "Brandz" list of top 100 global brands

released in April, 2009, ranks Apple as number six in the world with a brand value of just

over $63 billion.[3]  Similarly, the well-known brand consulting firm, Interbrand, in its top

global brand rankings for 2008, listed Apple as number 24 in the world with a brand

value of almost $14 billion.[4]  Indeed, all major brand rankings include Apple among the

most famous and valuable.[5]

---

[1] As suggested by some sources in the field of litigation research, I observed three focus groups and several one-on-one personal interviews of consumers in the market for personal computers that were conducted by a member of my staff to assist me in preparing survey questions in clear and easily understandable language (See Diamond, Shari Seidman, "Reference Guide on Survey Research," in Reference Manual on Scientific Evidence, 2nd. Ed. (Federal Judicial Center, 2000), pgs. 229-276).  The purpose of this pretesting was to ensure that questions would be understood as I intended them, and I have relied on them to help design the surveys that were used and discussed in this report.
[2] ibid.
[3] See www.millwardbrown.com/sites/Optimor
[4] See www.interbrand.com
[5] See affidavit of Thomas R. La Perle, "Use of the Apple and Apple Logo Trademarks and Variants," August 12, 2009, for a more inclusive list.

These high brand rankings have not been achieved through happenstance, but rather through substantial and consistent brand building activities.  Chief among these activities, of course, is a well-resourced and impeccably executed integrated marketing communications program that includes media advertising, outdoor billboards, sponsorships and events, and a substantial web presence among other elements.  I understand that in 2008 alone, Apple spent almost $500 million dollars on advertising, and has spent almost $4 billion dollars on advertising in 1994 through 2008.[6] Advertising alone, however, cannot create a strong valuable brand.  Rather, strong brands that stand for excellence are built through consistently outstanding product quality, product design, and brand consistent distribution and pricing strategies.[7]  Indeed, Apple is often used in university classrooms, including mine, as a classic, textbook example of how to use each element of the marketing mix, i.e., product, promotion, distribution, and pricing, to create a strong brand that resonates with its customers.

Along with the overall Apple corporate brand, Apple has also built and promoted several product and product family brands that have achieved fame in their own right. Chief among these, perhaps, is the Macintosh, or Mac family of computers and operating systems which was first introduced during the 1984 Superbowl with the iconic and now legendary "1984" advertisement.   I understand that the Mac family of products has been promoted consistently alongside the Apple corporate brand since that time, and that it has contributed, and continues to contribute, a large portion of Apple's revenues and profits.[8]

---

[6] Ibid., p. 40.
[7] See for example, Aaker, David A., Building Strong Brands, New York:  The Free Press, 1996 Chapter 2 for an example of a successful, integrated brand building program for Saturn when that automobile was first introduced.
[8] See Affidavit of Thomas R. La Perle, "Use of the Apple and apple Logo Trademarks and Variants," dated August 12, 2009, and Affidavit of John Donald, "Use of the Mac Trademarks and Variants," dated August 12, 2009.

Both the Apple corporate brand and the Mac product brand use a number of well-known logos or trademarks and other trade dress elements to denote their identity.[9]

In July and August, 2009, I conducted a nationwide survey of 297 U. S. individuals in the market for a personal computer to determine the degree to which the standard Mac OS X Leopard desktop image which includes various Apple and Mac marks and other elements of trade dress has acquired secondary meaning, i.e., that the design or product is recognized in the market by a significant number of consumers as identifying a single source, regardless of whether consumers know who or what that source is.[10] Specifically, my study was designed to test whether consumers believe the Mac OS X Leopard desktop image is associated with a single company.   I further investigated the degree to which consumers identify the single company source as Apple or Macintosh and the degree to which elements of the desktop image are used as source identifiers.   In-person interviews were conducted in ten locations across the United States:  New York, Atlanta, Tampa, Akron, Dallas, Chicago, Seattle, San Diego, Denver, and San Jose.  Participants were recruited in shopping malls, and interviews were conducted in private offices off of the mall floor.  No Apple stores were located in these malls, which are listed in Exhibit 4. Between 30 and 35 interviews were conducted at each location.

All participants were screened either to have personally purchased a computer within the past twelve months (54%) or to have personally started shopping and doing the research to purchase a computer in the next twelve months (46%).  In addition, respondents were asked a series of other qualifying questions to ensure that study respondents:

---

[9] Ibid.
[10] See Ninth Circuit Manual of model jury instructions civil (Trademark) 15.10(Aug. 2009 ed.)

- Were at least 18 years of age;

- Had no one in their household who worked for an advertising agency, a public relations firm or a marketing research company;

- Had no one in their household who worked for a company that manufactures, distributes or sells computers;

- Had no one in their household who worked for a store in the mall;

- Had not heard about the topic or subject of any interviews being conducted in the mall; and

- Had not participated in a market research study, other than a political poll, in the last 6 months.

Quotas for age and gender were established to create a sample similar to personal computer purchasers.[11]   The demographic breakdown of participants is shown in Exhibit 5.  A copy of the recruitment screening questionnaire is shown in Exhibit 6.

In accordance with generally accepted procedures designed to reduce any potential bias, the survey was conducted on a double-blind basis, i.e., procedures were followed to ensure that neither the interviewers nor the interviewees knew the purpose or sponsor of the survey or knew that the survey was in any way connected to litigation. Interviews were 5 to 10 minutes in length.  I developed the questionnaire and interview methodology, and a member of my staff trained, instructed and supervised all of the interviewers.

To reduce any tendency toward guessing, general instructions asked respondents to tell the interviewer if they did not know or were not sure of an answer to any question. Survey participants were then asked to look at large color photographs of computer screens from the three operating systems that Psystar sells:  Linux/Ubuntu, Mac OS X Leopard, and Windows.   No monitors were visible in these photographs to prevent any

---

[11] Apple: Grow Mac Study: APP_PSY0056267

identification being based upon the name of the hardware manufacturer. The name of the hard drive icon on the Mac OS photograph was changed from the standard "Macintosh HD" to "Hard Drive" so as not to provide respondents with the brand name of the operating system. The photographs of the two other operating systems were included in the study to disguise the true object of the study (i.e., respondents would not know that we were most interested in their beliefs about the Mac OS photograph). In addition, the photograph of the Windows operating system was used to provide a benchmark of results for perhaps the most widely used and most well-known personal computer operating system. The photograph of the Linux/Ubuntu operating system functioned as a type of control group to help rule out the hypothesis that respondents would identify any non-Windows operating system as an Apple or Mac product.

Copies of the photographs used in this study are shown in Exhibit 7. Pictures were presented individually to the participants and the order was rotated across the three operating systems. The participant was told to take as long as she/he wanted to look at each photograph.

After looking at each photograph, survey participants were asked if they recognized what appeared on the pictured screen. Participants who answered positively were asked if they associated the computer screen or any parts of it with one company or with more than one company. Then they were asked to name the company or companies that they had in mind. To determine any substantive basis for these answers, participants were asked to state their reasons for identifying each company mentioned. These last two questions were open-ended, that is, participants were not prompted with responses or given choices, therefore allowing participants the opportunity to say whatever came to mind.

9

Interviewers recorded all responses verbatim.  Participants were then asked to indicate which operating systems were used by computers that they had ever owned and which operating system is used on the computer they currently own.  Finally, respondents were asked to grade themselves on a four point scale regarding their proficiency with computers.

All responses were entered online by the interviewers.  A copy of the complete questionnaire is provided in Exhibit 8.  The Instructions to Interviewers is given in Exhibit 9.  After all the interviews were completed, all survey participants were called to validate the survey.[12]

The results of this survey indicate that a large majority of consumers in the market for personal computers recognize the Mac OS X Leopard desktop image.  Of the 297 respondents, 233 (78.5%) recognized the image in the photograph of Mac OS X Leopard.  This compares to 44.4% who recognized the photograph of Linux/Ubuntu and 93.6% who recognized Windows.  The widespread recognition of Mac OS X Leopard – almost 80% of respondents – is quite remarkable given its small market share relative to Windows.[13]

Of the 297 total participants in the study, 166 (55.9%) associated the image with only one company, or a single source.  There are persuasive reasons to assess secondary meaning by considering only those consumers who have seen or who recognize the image[14].  Obviously, consumers who have not seen the image cannot have any secondary associations with it.  The proportion of those people who are familiar with the image and have formed a secondary association is a better measure of the distinctiveness and the

---

[12] All participants were called to confirm their participation in the survey.  Participants who had provided wrong telephone numbers were excluded from the survey.  133 participants were actually contacted, and all confirmed their participation in the survey.
[13] "HP Takes the Lead in U.S. PC Market as Consumer Shipments Beat Expectations, According to IDC," *Reuters*, 4/15/09.
[14] "Surveying Secondary Meaning", Vincent N. Palladino, *The Trademark Reporter*, March 1994-April 1994, 84 TMR 155.

distinctive capabilities of a mark.  Under this approach, I calculate that 71.2% of

consumers, i.e., 166 of 233 respondents, believe that the image stems from a single source.

This result again compares favorably with the 71.3% of respondents who recognized the

Windows image and associated it with one company.  Thus, I conclude that the desktop

image of the Mac OS X Leopard operating system has acquired secondary meaning.

Although not required for a determination of secondary meaning, respondents in

my study were further questioned to determine whether they could, in fact, name the

company or companies that they had in mind.[15]  Of respondents who recognized the Mac

OS X Leopard desktop image, 66.1% (154 out of 233) correctly named Apple and/or

Macintosh as the single company with which they associate the desktop image.  The

percentage of all respondents who correctly named Apple or Macintosh as the single

company with which they associated the desktop image was also high, i.e., 51.9%  (154 of

297).  Despite its high market share, for the Windows desktop, approximately 55.2% of

respondents (164 of 297) recognized the image and solely associated it with Microsoft or

Windows.  Only 3% (9 of 297) of respondents who viewed the Ubuntu desktop associated

this image with Apple or Macintosh, demonstrating that consumers do not simply assume

that any non-Windows operating system is associated with Apple or Macintosh.

To further investigate the substantive basis of respondents' beliefs about the source

of the desktop images, respondents were asked what made them think that the photographs

were associated with the particular companies they had identified.  As shown in Exhibit 10

Table 5, 73.4% (105) mentioned one or more features of the desktop image as reasons for

associating the Mac OS X Leopard desktop with Apple or Macintosh.  The respondents

---

[15] This procedure also serves as a check on the robustness of respondents' answers to the question regarding single or multiple company associations.

mentioned the Apple icon, the Finder in the menu bar, the icons along the bottom or the dock, specific program icons, and the aurora borealis background as well as the overall look and feel (e.g., "everything").

These results provide strong evidence that the Mac OS X Leopard desktop image is widely recognized and is perceived to be provided by a single company. Although association with a single but anonymous source would be sufficient to demonstrate that the image has acquired secondary meaning,[16] these results show that a majority of consumers know the identity of the source, i.e., the Apple or Macintosh brands and base this identity on one or more of the Apple marks or specific features of the image.

**B.      Consumers who see Psystar's version of the Mac OS X Leopard desktop image running on Psystar computers in a post-sale environment also are likely to recognize the image and associate it with solely with Apple.**

This means they are likely to be confused that the operating system on Psystar's computers is the same as that sold by Apple. I understand that Psystar has slightly altered the Mac OS X Leopard desktop design and runs a version of Mac OS X Leopard that has been modified to run on Psystar's computers.[17] Accordingly, I wanted to test whether these changes would affect consumer perceptions of the desktop image or avoid confusion that would otherwise be present if consumers believe that the Mac OS X Leopard on the Psystar computer is the same as the Mac OS X Leopard that is solely associated with Apple.

Once a customer purchases a Psystar computer that runs its version of the Mac OS, that computer and the desktop image may be viewed or used by other consumers in a post-sale environment. For example, someone walking past the desk of a person using a

---

[16] See Footnote 14
[17] See Report of Dr. John Kelly, Section 5.D.

Psystar computer may see the operating system software as displayed on the monitor. To determine the degree to which consumers would be confused by observations of or experiences with a Psystar computer running its version of Mac OS X, and believe that the operating system is the same as that sold by Apple, I conducted a second study of 283 consumers in ten cities in the United States in July and August, 2009. These cities were: New York, Tampa, Atlanta, Akron, Chicago, Dallas, Denver, Seattle, San Jose and San Diego. The screening criteria for inclusion, and the procedures and survey questions were exactly the same as for the first study. The only difference was that the photographs in this second study were photographs of non-Apple computer monitors running the three operating systems sold by Psystar: Linux, Mac OS X, and Windows. The photograph of the Psystar machine running its version of Mac OS X was almost identical to the photograph of the Mac OS X Leopard screen shown in the first, secondary meaning study. See Exhibit 11. The Psystar version of the Mac OS renames the hard drive the "Open HD" and one or more  icons are missing along the bottom portions of the screen in the dock area. Participants were asked to assume that they were walking past someone else's computer, and saw these images on the screen.

All responses were entered online by the interviewers. A copy of the complete questionnaire is provided in Exhibit 12.

The results of this study clearly indicate that consumers are highly likely to be confused by Psystar's version of the Mac OS X operating system and to identify it as being associated with Apple or Macintosh. Once again, 80.6% (228) of the 283 total respondents recognized the photo. This compares with 92.9% (263) who recognized the photograph of the Windows desktop, and 45.2%  (128) who recognized the Linux/Ubuntu

13

screen.  Of the total sample of 283 respondents for this study, 58% (164)  associated the Max OS X Leopard image with only one company.  This compares favorably to 69.6% (197) of the total sample who associated the Windows desktop with only one company. Finally, the company most frequently mentioned as the one company respondents associated with the image was Apple or Macintosh, mentioned by 150 of the respondents, or 53.0% of the total sample (150 of 283), and 65.8% of those who initially said they recognized it.  A comparable analysis for the Windows desktop image showed that 162 respondents associated the image with Microsoft.  This represents 57.2% of the total sample (162 of 283) and 61.6% of those who said they recognized the image at all (162 of 263).  Very few respondents thought that Apple or Macintosh were associated with the relatively unfamiliar Linux/Ubuntu software, i.e., 8, or 2.8% of the total sample.  A further analysis was done to test the hypothesis that more experienced computer users, being more knowledgeable, would be less likely to be confused.  This analysis, however, showed that respondents who rated themselves as more knowledgeable about computers where just as likely to be confused as less knowledgeable consumers.

As I did in the secondary meaning survey reported earlier, I also asked respondents why they associated the image with a particular company, e.g., Apple or Mac.  In this study, like the secondary meaning one, respondents mentioned various features of the Mac OS X Leopard image.  Specifically, 111 respondents, or 79.3%, of those who associated it with Apple or Mac did so because of one or more of these features (see Exhibit 10-6).

In summary, my study shows that consumers, and even fairly sophisticated consumers, are very likely to associate the desktop image shown on Psystar systems with

only one company and to believe that company is Apple or Macintosh. They also are likely, therefore, to be confused in the belief that the Psystar system is the same Mac OS X Leopard operating system that is sold by Apple.

### C.   Consumers shopping on the Psystar website are likely to be confused as to the relationship between Psystar and Apple.

In July and August 2009, I conducted a nationwide survey of 356 participants to determine consumers' understanding of the relationship between Psystar and Apple. In-person interviews were conducted by experienced interviewers in research facilities in shopping malls in ten cities across the United States in order to reflect the geographic diversity of major markets for personal computers. These ten cities were New York, Atlanta, Tampa, Akron, Dallas, Chicago, Seattle, San Diego, Denver, and San Francisco. No Apple stores were located in any of the malls. Approximately 30 to 35 interviews were conducted at each location. A list of the malls in provided in Exhibit 4.

All survey respondents were screened to ensure that they had, in the past twelve months, personally purchased a computer from a website similar to Psystar's, i.e., where the purchaser configures the computer's specific features such as size of hard drive or type of processor, or that they planned to purchase, in the next 12 months, a computer from the same kind of website. To emphasize a population that likely would be attracted to the Psystar website and to be interested in both parties' products, respondents were screened such that two-thirds of the respondents had purchased or planned to consider purchasing an "Apple", "Macintosh", "Mac", "iMac", "MacMini", or "MacPro". Further, this breakdown of computer ownership or consideration is consistent with the definition of Psystar's target market given by Mr. Rodolfo Pedraza in Exhibit 8 to his

deposition taken on March 19, 2009.[18]   Specifically, this documents states that Psystar's target users and markets are (1) Windows based PC users who want to experience Mac Os X without paying the premium for an Apple computer, (2) current Apple users who would like a machine that can be upgraded, and (3) users looking to buy a used Apple computer to save money.

Respondents were asked a series of additional qualifying questions to include in the sample only those who:

- Were at least 18 years of age;

- Had no one in their household who worked for an advertising agency, a public relations firm or a marketing research company;

- Had no one in their household who worked for a company that manufactures distributes, or sells computers.

- Had no one in their household who worked for a store in the mall;

- Had not heard about the topic or subject of any interviews being conducted in the mall, and;

- Had not participated in a marketing research study, other than a political poll, in the last six months.

Age and gender quotas were established so that the sample would be similar to online purchasers of Apple computers.  The demographic breakdown of participants is shown in Exhibit 14.  A copy of the recruitment screening questionnaire is shown in Exhibit 15.

The survey was conducted on a double-blind basis, meaning that neither the interviewer nor the interviewees knew the purpose or sponsor of the survey or knew that the survey was in any way connected to litigation.  Interviews were 6 to 10 minutes in

---

[18] Deposition of Rodolfo Pedraza, March 19, 2009, Exhibit 8, page 16 titled "Target Users and Markets."

length.  I developed the questionnaire and interview methodology, and a member of my staff trained, instructed and supervised all of the interviewers.  Approximately 8 to 10 respondents on the first day of interviewing in each location were pre-recruited by telephone to ensure that an adequate number of respondents would be available while a member of my staff was present to train interviewers and observe several interviews for quality control purposes.  All other respondents were recruited from the mall floor.  The screening questions used to recruit participants was the same whether respondents were pre-recruited via telephone or solicited from the mall floor.

General survey instructions asked respondents to tell the interviewer if they did not know or were unsure of an answer to any question.  Respondents were first shown a photograph of Psystar's website home page (See Exhibit 16), and asked if they had ever heard of Psystar.  If they had heard of the company, they were asked what they had heard.  Next, respondents were asked which company or companies make each of the operating systems listed for sale on the Psystar home page.  Respondents were then shown a photograph of the Psystar webpage offering the Open Q computer, which runs Mac OS X Leopard, for sale, and asked if they believed that Psystar needed to get permission from the maker of Mac OS X to offer this system. Respondents were then asked why they gave the answer they did, i.e., either that Psystar needed permission or it did not.  Next, respondents were presented with a list of four common computer problems and asked for each one if they thought that the problem would likely be due to (i) the particular hardware sold by Psystar, (ii) the particular operating system running on the computer, i.e., Max OS X, or (iii) a combination of both the hardware and the operating system.  Respondents were asked whether or not they would be eligible for technical support from

17

the company that makes Mac OS X if they purchased a computer from Psystar and experienced difficulties with it. Finally, respondents were asked to rate themselves on a four-point scale regarding their proficiency with computers. All responses were entered online by the interviewers. A copy of the complete questionnaire is provided in Exhibit 17, and a copy of the Instructions to Interviewers in Exhibit 9.

A total of 22 respondents indicated that they had heard of Psystar prior to the survey and were eliminated from further analysis, leaving a total sample of 320.[19] Complete tabulated results for these respondents is found in Exhibit 10-4. As shown in this exhibit, most consumers are aware of the companies that make the Mac OS X and Windows operating systems. Approximately 71.6% (229) of the respondents correctly named Apple or Mac as the company or companies that make the Mac OS X operating system. This compares with 219 (68.4%) of respondents who said that the Windows operating system is made by Microsoft, a Microsoft named operating system such as Vista, or Windows operating system, and with 46 respondents (14.4%) who said that Linux, Open Source, Red Hat, or Ubuntu make the Linux operating system. Only 23 respondents or 7.2% thought that the relatively unfamiliar Linux operating system is made by Apple or Mac, and only 16 (5.0%) thought that Windows is made by Apple or Mac.

A large majority of consumers believed that there must be a relationship between Psystar and Apple. In particular, 76.6% of the respondents stated that they believed that

---

[19] Consumers who have heard of Psystar may also have heard about this litigation, and thus not be ideal candidates for an unbiased survey. In addition, some of these consumers might have purchased Psystar computers or known people who did which could also affect how they viewed the website after the fact of purchase. In addition some comments about what these consumers had heard about Psystar reflects a potential bias against Psystar. In any event, an analysis of these respondents indicates that none of the conclusions in my report would be changed if their responses were included and the results for them are available in Appendix A.

Psystar needed Apple's permission in order to sell the Mac OS X operating system on its computers. There were many reasons for this belief, but the most frequently offered reasons were that (1) there were issues involving copyrights, patents, or licensing (23.3%) (2) Apple's name is being used and that Apple has the right to control its own name, software or goodwill (20.0%), (3) legal issues would arise if Psystar did not have permission (13.1%); and (4) that Mac OS X does not belong to Psystar (27.8%). Perhaps because they feel that Apple has given its permission for Psystar to sell the Mac OS X operating system, a large majority of consumers, 229 respondents or 71.6% of the sample, felt that they would be eligible for technical support from the maker of the Mac OS if they experienced any difficulties with it.[20]

> **D.     To the extent that consumers experience technical problems with a Psystar computer, Apple's reputation will be harmed as consumers are likely to believe that those problems are due, at least in part, to the Mac OS X operating system.**

Apple is known for its satisfied and extremely loyal customer base.[21] The recently reported quarterly American Customer Satisfaction index, for example, once again shows Apple to have the highest level of customer satisfaction of any personal computer manufacturer.[22] For the sixth year in a row, Apple has bested second place Dell, and this year's gap between Apple and Dell is the largest differential between a first and second place company in any industry category. Authors of the study note that Apple's high ratings can be traced to the high quality of its products and to the high quality of customer service and support. Similarly, marketing research done by Apple shows that "Is reliable

---

[20] Apple has seen evidence of actual confusion of this type. At least 14 consumers have called or written to Apple to get support with a Psystar computer running OS X Leopard. APP_PSY0050592-607 and APP_PSY0054794-795.

[21] See for example, "Mac Installed Base Study: United States" a quantitative market research report prepared for Apple, November 2006, by Lieberman Research Worldwide, and the sections on Irreparable Harm in the Expert Report of Matthew R. Lynde, PhD filed in this litigation, dated August 21, 2009.

[22] See www.theacsi.org.

and of a high quality" is the most important feature in making the decision to purchase a Macintosh computer.[23]

The results of my third consumer study, described above, indicate the harm that problems with Psystar computers will do to Apple's brand and its excellent reputation. To the extent that consumers experience problems with computers purchased from Psystar, they are likely to blame the maker of the Mac OS X operating system.[24]   According to Dr. John Kelly, plaintiff's technical expert, numerous problems with Psystar computers have been encountered, and these are the types of problems that my study shows will be attributed, at least in part, to Apple and Mac OS X Leopard.

Consumers in my third study described above in support of opinion C were asked to imagine that they had purchased a Psystar computer and that they experienced, in turn, each of four different computer problems:  (1) some of the software programs designed for Mac OS X won't work, (2) the computer freezes or crashes often, (3) the computer runs very slowly, and (4) the computer just won't turn on.  Only for this last problem, where the computer simply will not turn on, did the majority of consumers (170 respondents, or 53.1%) blame the Psystar computer.   Even so, 28.4% of the respondents (91) thought that both the hardware and the software were likely to be responsible for the problem.  For the other three problems, a substantial percentage of respondents blamed the Mac OS X operating system, while another large percentage blamed both the operating system and the Psystar hardware.  In the case of software programs designed for Mac OS X not working, 35.3% of respondents blamed the operating system for the problem, while 29.7% blamed

---

[23] "Mac Installed Base Study:  United States", by Lieberman Research Worldwide, November 2006.
[24] According to Dr. John Kelly, Psystar's installation of its altered version of Mac OS X Leopard on non-Apple hardware is likely to result in many performance problems relative to installations on Apple approved hardware. See Section 5.I.

both the hardware and the software.  If the computer freezes or crashes often, 27.5% of respondents would blame the maker of the operating system, and 40.6% would blame both the hardware and the software makers.  Finally, if the computer runs very slowly, respondents are fairly evenly split in terms of their assignment of blame:  29.7% (95) would blame the Mac OS X operating system, and 31.3% would blame the Psystar hardware, and 39.1% would blame both the hardware and the software.

As noted above, Apple has worked very hard to provide its customers with a superior user experience, and it is known for its superior performance and outstanding technical support.[25]  Problems with Psystar computers, which in turn would be associated with the maker of the Mac OS X Leopard operating system, then would strike a serious blow to key differentiating factors for Apple computers.  Should consumers encounter technical problems with the Psystar computers, Apple's brand image and the reputation of its products will suffer, and Apple's marks which consumers will have seen as part of the operating system on the Psystar computer and which stand for the brand, will be tarnished.


## V.  Summary

The results of my three consumers surveys, taken collectively provide strong support for concluding that (1) consumers will recognize the desktop image of the Mac OS X Leopard operating system and associate it solely with Apple and/or Macintosh, (2) this recognition and association is not changed by virtue of any changes to the visible desktop image made by Psystar's version of the Mac OS X when its computers run the Mac OS X Leopard operating system, reflecting confusion that the system as run on Psystar is the same as that sold by Apple, (3)  consumers are likely to be confused that

---

[25] See the marketing research report and the American Customer Satisfaction index report.

Psystar has permission from Apple to resell the Mac OS X Leopard operating system along with its computers, and thus they are entitled to service and support from Apple, and (4) the image and reputation of the Apple and Macintosh brands and the marks that stand for them will be tarnished by problems that consumers may experience when using the Psystar computers.  The conclusions, which are drawn from my research, are robust across different research sites, age groups and genders, brands of computers purchased or considered, and level of computer expertise.

## VI.    Compensation

I am being compensated at the rate of $650 per hour for my work on this matter.  The opinions expressed in this report are my own, and my compensation is not dependent upon the substance of these opinions.

Carol A. Scott
September 16, 2009