1  K.A.D. CAMARA (TX Bar No. 24062646/
   MA Bar No. 661087 – *Admitted Pro Hac Vice*)
2  camara@camarasibley.com
   KENT RADFORD (TX Bar No. 24027640 –
3  *Admitted Pro Hac Vice*)
   radford@camarasibley.com
4  CAMARA & SIBLEY LLP
   2339 University Boulevard
5  Houston, Texas 77005
   Telephone: (713) 893-7973
6  Facsimile:  (713) 583-1131

7  EUGENE ACTION (SBN 223023)
   eugeneaction@hotmail.com
8  1780 E. Barstow Ave., #5
   Fresno, California 93710
9  Telephone: (559) 283-9772
   Facsimile:  (559) 642-2843

10

11                 IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14  APPLE INC., a California corporation,     CASE NO. CV-08-03251-WHA

15       *Plaintiff*,                          **MISCELLANEOUS
                                              ADMINISTRATIVE REQUEST FOR
16  v.                                        AN ORDER PERMITTING THE
                                              FILING UNDER SEAL OF
17  PSYSTAR CORPORATION,                      CONFIDENTIAL PORTIONS OF
                                              PSYSTAR'S RESPONSE TO
18       *Defendants*.                         APPLE'S MOTION FOR SUMMARY
                                              JUDGMENT**
19  AND RELATED COUNTERCLAIMS

20

21

22       Defendant Psystar Corporation submits this Administrative Request pursuant to Civil Local

23  Rules 7–11 and 79–5(d) to file parts of Psystar Corporation's Response to Apple's Motion for

24  Summary Judgment under seal.  **Psystar has no interest in sealing the information contained in its**

25  **motion for summary judgment and requests that this Court deny this motion to seal.**  Psystar's

26  motion contains information designated by Apple as Confidential or Confidential Attorneys' Eyes

27  Only under the Stipulated Protective Order of March 2, 2009.  These designations are wildly

28
    MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING         1
    UNDER SEAL OF CONFIDENTIAL PORTIONS OF PSYSTAR'S RESPONSE TO APPLE'S
    MOTION FOR SUMMARY JUDGMENT (CV 08-03251 WHA)

overbroad, in many cases encompassing entire deposition transcripts and documents that contain no information not already available on the Internet.

Psystar has complied with these designations by filing papers under seal throughout this litigation. But this is inappropriate with respect to a dispositive motion like Psystar's Response to Apple's Motion for Summary Judgment. In its order granting the joint motion for a confidentiality order, this Court explained that it was granting the joint motion subject to a list of four conditions. The fourth condition, citing *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), explains that a "compelling reason" is necessary to seal any part of a dispositive motion and that such a compelling reason will exist only with respect to trade secrets analogous to the recipe for Coca Cola. See Docket No. 55 at 2. Certainly material that is publicly available on the Internet does not qualify for Coke-like protection. Certainly this Court would not close the courtroom for essentially all of the trial in this case, as would be required if all the material designated by Apple as Confidential or Attorneys' Eyes Only really merited sealing in a dispositive motion.

Under the local rules, Apple has five days to file with the Court and serve a declaration in response to this motion should it seek to have the motion for summary judgment remain under seal.

Dated: October 22, 2009                    Respectfully submitted,

                                           CAMARA & SIBLEY LLP

                                           By:    /s/ K.A.D. Camara_____
                                                  K.A.D. Camara

## CERTIFICATE OF SERVICE

I, Michael Wilson, declare I am employed in the City of Houston and County of Harris, Texas in the office of Camara & Sibley.  I am over the age of eighteen and not a party to this action.  My business address is Camara & Sibley, 2339 University Boulevard, Houston, Texas 77005.

I served the following document(s):

**MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF CONFIDENTIAL PORTIONS OF PSYSTAR'S RESPONSE TO APPLE'S MOTION FOR SUMMARY JUDGMENT**
Case No. CV 08-03251 WHA

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Camara & Sibley LLP.  I sent the document(s) to the following:

| | |
|---|---|
| James G. Gilliland, Jr.<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Telephone:  (415) 576-0200<br>Facsimile:   (415) 576-0300 | email:  jggilliland@townsend.com |

☐    [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐    [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐    [By Hand]  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐    [By Facsimile Transmission]  I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒    [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 22, 2009 at Houston, Texas.

*/s/ Michael Wilson*
Michael Wilson