1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Brian S. Edwards (SBN 166258)
3  Christopher Lai (SBN 249425)
   18400 Von Karman, Suite 300
4  Irvine, California  92612
   Telephone:      (949) 553-1010
5  Facsimile:      (949) 553-2050
   jal@gauntlettlaw.com
6  bse@gauntlettlaw.com
   cl@gauntlettlaw.com
7
   Attorneys for Defendants
8  Akanoc Solutions, Inc.,
   Managed Solutions Group, Inc.
9  and Steve Chen

10

11              **UNITED STATES DISTRICT COURT**

12     **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

13

14  LOUIS VUITTON MALLETIER, S.A.,        ) Case No.:  C 07-3952 JW (HRL)
                                          )
15              Plaintiff,                )
                                          ) **DECLARATION OF JAMES A. LOWE**
16        vs.                             ) **IN SUPPORT OF DEFENDANTS' MOTION**
                                          ) **FOR ADMINISTRATIVE RELIEF FOR**
17                                        ) **LEAVE TO FILE  MOTIONS IN LIMINE**
    AKANOC SOLUTIONS, INC., et al.,       ) **#16 AND #17**
18                                        )
                                          )
19              Defendants.              )
    _____)

20

21

22

23

24

25

26

27

28

165738.2-10562-002-8/11/2009

DECLARATION OF JAMES A. LOWE IN SUPPORT OF
DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF
FOR LEAVE TO FILE MOTIONS IN LIMINE #16 AND #17
– C 07-3952 JW (HRL)

Dockets.Justia.com

1    I, JAMES A. LOWE, declare:

2        1.    I am an attorney duly licensed to practice law before this Court and am a partner in

3    the law firm of Gauntlett & Associates, counsel of record for defendants Managed Solutions Group,

4    Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants").

5        2.    I have personal knowledge of the facts stated in this Declaration and could testify

6    competently to them if called upon as a witness.

7        3.    This declaration is submitted in support of Defendants' Motion for Administrative

8    Relief for Leave to File its Motions in Limine #16 and #17.

9        4.    On July 31, 2009 Vuitton's counsel, Andy Coombs, called me on the telephone to

10   request that the parties stipulate to allow Vuitton to file a motion in limine to bar introduction of

11   Quarterly Revenue Reports issued by Vuitton's parent, LVMH, during the years 2006 through 2009.

12       5.    During this conversation, I mentioned my concerns about Vuitton referencing the

13   legal concept of "willful blindness" to during opening statements.  I asked him to stipulate not to use

14   that term.  Mr. Coombs told me he was *not* planning to use "willful blindness" during his opening

15   statement.

16       6.    Later that day I sent an email briefly outlining defendants' position that it would be

17   improper to reference 'willful blindness' during opening statements.

18       7.    On August 4, 2009 Mr. Coombs responded by e-mail, rejecting my request that the

19   term "willful blindness" not be referenced in opening statements, and making the attached motion in

20   limine necessary.  A true copy of this email is attached hereto as **"Exhibit 1601."**

21       8.    Later that day I sent Mr. Coombs a reciprocal stipulation via e-mail that allowed

22   Vuitton to file a motion in limine on the Quarterly Revenue Reports issue, and also allowed

23   Defendants to file their motion in limine on the willful blindness issue.  Mr. Coombs' response e-

24   mail dated August 5, 2009 indicated that he would not sign the proposed reciprocal stipulation.  True

25   copies of these two e-mails are attached hereto as **"Exhibit 1602."**

26       9.    Vuitton's Exhibits No. 619 and 620 were first produced to Defendants on August 10,

27   2009.

28

**DECLARATION OF JAMES A. LOWE IN SUPPORT OF**
                                                                     **DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF**
                                                                     **FOR LEAVE TO FILE MOTIONS IN LIMINE #16 AND #17**
                                                                     **– C 07-3952 JW (HRL)**

1    10.    On August 11, 2009, Christopher Lai, an associate in my office working under my

2    direction, spoke with Mr. Coombs via telephone requesting that Vuitton stipulate to the filing of

3    Defendants' Motion in Limine #17.  Mr. Coombs Plaintiff's refused to stipulate to the filing of this

4    motion.

5        I declare under penalty of perjury under the laws of the United States of America that the

6    foregoing is true and correct.

7        Executed at Irvine, California on August 11, 2009.

8

9                                  s/ James A. Lowe

10                                  James A. Lowe

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

165738.2-10562-002-8/11/2009