# EXHIBIT B
## (REDACTED)

Dockets.Justia.com