# EXHIBIT C

## (REDACTED)

Dockets.Justia.com