| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| | MEGAN M. CHUNG (State Bar No. 232044) |
| 3 | J. JEB B. OBLAK (State Bar No. 241384) |
| | Two Embarcadero Center Eighth Floor |
| 4 | San Francisco, CA  94111 |
| | Telephone:  (415) 576-0200 |
| 5 | Facsimile:  (415) 576-0300 |
| | jggilliland@townsend.com |
| 6 | mboroumand@townsend.com |
| | mmchung@townsend.com |
| 7 | jboblak@townsend.com |
| 8 | O'MELVENY & MYERS LLP |
| | GEORGE RILEY (State Bar No. 118304) |
| 9 | Two Embarcadero Center, 28th Floor |
| | San Francisco, CA  94111 |
| 10 | Telephone:  (415) 984-8700 |
| | Facsimile:  (415) 984-8701 |
| 11 | Email: griley@omm.com |
| 12 | Attorneys for Plaintiff and Counterdefendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 08-3251 WHA |
| Plaintiff, | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| PSYSTAR CORPORATION, a Florida corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff and counterdefendant Apple Inc. ("Apple") submits this Administrative Request pursuant to Civil Local Rules 7-11 and 79-5(c), for permission to file under seal portions of Apple Inc.'s Reply Brief In Support of Its Motion For Summary Judgment.  These documents contain

material that has been designated as Confidential or Confidential Attorneys' Eyes Only under the Stipulated Protective Order approved by the Court on March 2, 2009.  This information consists of discussions of the actions taken by Psystar to circumvent Apple's technological protection measures.  As discussed in detail in Apple's Reply in Support of Its Motion To Seal Portions Of Apple's Motion For Summary Judgment (Docket No. 188), this confidential business information can harm Apple's competitive standing if made public.  The undersigned declares that the request is narrowly tailored to seal only those materials for which there are compelling reasons to file the material under seal.

      Pursuant to Civil Local Rule 79-5(c), a sealed copy of the above-described document(s) is being lodged with the clerk.

DATED:  October 29, 2009      Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By: /s/*J. Jeb B. Oblak*
    J. JEB B. OBLAK

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

62271251 v1

# CERTIFICATE OF SERVICE

I, Victoria Hopper, declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following documents exactly entitled: **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

| | |
|---|---|
| K.A.D. Camara<br>Kent Radford<br>Camara & Sibley LLP<br>2339 University Boulevard<br>Houston, TX  77005<br>Phone:  713-893-7973<br>Fax:  713-583-1131<br>Email:  camara@camarasibley.com | Eugene Action<br>Attorney at Law<br>1780 E. Barstow Avenue, #5<br>Fresno, CA  93710<br>Email:  eugeneaction@hotmail.com |

☒ **[By First Class Mail]** I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **[By Overnight Courier]** I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ **[By Hand]** I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ **[By Facsimile Transmission]** I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ **[By Electronic Transmission]** I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 29, 2009, at San Francisco, California.

/s/*Victoria Hopper*
Victoria Hopper