```
                         UNITED STATES DISTRICT COURT

                        NORTHERN DISTRICT OF CALIFORNIA



                                         )
                                         )
BASKIN-ROBBINS USA CO                    )
                Plaintiff(s)             )
                                         )           C 03-05252 SBA
        -v-                              )
                                         ) ORDER SETTING INITIAL CASE MANAGEMENT
CHI LUONG                                ) CONFERENCE
                Defendant(s)             )
_____)
```

        IT IS HEREBY ORDERED that this action is assigned to the
Honorable Saundra Brown Armstrong.  When serving the complaint or
notice of removal, the plaintiff or removing defendant must
serve on all other parties a copy of this order, the handbook
entitled "Dispute Resolution Procedures in the Northern District
of California" and all other documents specified in Civil Local Rule 4-2.
Counsel must comply with the case schedule listed below unless the
Court otherwise orders.

        IT IS FURTHER ORDERED that this action is assigned to the
Alternative Dispute Resolution (ADR) Multi-Option Program governed
by ADR Local Rule 3.  Counsel and clients must familiarize themselves
with that rule and with the handbook entitled "Dispute Resolution
Procedures in the Northern District of California."


             CASE SCHEDULE   [ADR MULTI-OPTION PROGRAM]

```
Date       Event                                              Governing Rule
------------------------------------------------------------------------------
11/25/2003 Complaint filed

03/03/2004 Last day to meet and confer re initial             FRCivP 26(f)
           disclosures, early settlement, ADR process         & ADR LR 3-5
           selection, and discovery plan
03/03/2004 Last day to file Joint ADR Certification           Civil L.R. 16-8
           with Stipulation to ADR process or Notice of
           Need for ADR Phone Conference

03/17/2004 Last day to complete initial disclosures           FRCivP 26(a)(1)
           or state objection in Rule 26(f) Report,           Civil L.R.16-9
           file/serve Case Management Statement, and
           file/serve Rule 26(f) Report

03/24/2004 Case Management Conference in
           Courtroom 3, Oakland at 3:00 PM                    Civil L.R. 16-10
```