# DOCUMENT REMOVED BY ORDER OF COURT

Dockets.Justia.com