# DOCUMENT REMOVED BY ORDER OF COURT