UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PSYSTAR CORPORATION,<br>a Florida corporation, and DOES 1-10,<br>inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 08-03251 WHA<br><br>**[PROPOSED] ORDER GRANTING PSYSTAR CORPORATION'S MOTION FOR AN ORDER FOR ADMINISTRATIVE ACTION** |

For the good cause shown, Psystar Corporation's Motion for an Order for Administrative Action is GRANTED and Document 202 SHALL be removed from the public file and destroyed.

It is SO ORDERED.

Dated: November 9, 2009



Hon. William Alsup
United States District Judge

CERTIFICATE OF SERVICE
CASE NO. CV 08-03251 WHA