townsend.

TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com
Email: mboroumand@townsend.com
Email: mmchung@townsend.com
Email: jboblak@townsend.com

O'MELVENY & MYERS LLP
GEORGE RILEY (State Bar No. 118304)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: griley@omm.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> PSYSTAR CORPORATION, a Florida corporation, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 08-3251 WHA <br><br> **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF PSYSTAR CORP.'S REPLY BRIEF AND EXHIBITS A-C (DKT. NO. 203)** |

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
PORTIONS OF PSYSTAR CORP.'S REPLY BRIEF AND EXHIBITS A-C (DKT. NO. 203)
CASE NO. 08-3251 WHA

Dockets.Justia.com

On October 30, 2009, Psystar Corporation filed a miscellaneous administrative request to file under seal confidential portions of Psystar's Reply Brief and Exhibits A-C in support of its Motion for Summary Judgment. (Dtk. No. 203.) On November 5, 2009, pursuant to Civil Local Rule 79-5(d) and Stipulated Protective Order, Apple Inc., filed a Declaration of J. Jeb B. Oblak asserting the reasons for maintaining confidentiality of Apple's confidential information discussed in Psystar's Reply Brief and exhibits. For good cause shown and based on compelling reasons, Apple's confidential information as provided as attachments to Oblak Declaration on November 5, 2009, shall be filed under seal and the miscellaneous administrative request is **GRANTED**.

**IT IS SO ORDERED.**

DATED: November 13, 2009



_____
Hon.
United States District Judge

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
PORTIONS OF PSYSTAR CORP.'S REPLY BRIEF AND EXHIBITS A-C (DKT. NO. 203)
CASE NO. 08-3251 WHA

2

# CERTIFICATE OF SERVICE

I, Diane G. Sunnen, declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following documents exactly entitled: **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF PSYSTAR CORP.'S REPLY BRIEF AND EXHIBITS A-C (DKT. NO. 203)** on the interested parties in this action following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

| | |
|---|---|
| K.A.D. Camara<br>Kent Radford<br>Camara & Sibley LLP<br>2339 University Boulevard<br>Houston, TX  77005<br>Phone:  713-893-7973<br>Fax:  713-583-1131<br>Email:  camara@camarasibley.com | Eugene Action<br>Attorney at Law<br>1780 E. Barstow Avenue, #5<br>Fresno, CA  93710<br>Email:  eugeneaction@hotmail.com |

☒ **[By First Class Mail]** I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **[By Overnight Courier]** I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ **[By Hand]** I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ **[By Facsimile Transmission]** I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ **[By Electronic Transmission]** I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 5, 2009, at San Francisco, California.

/s/*Diane G. Sunnen*
Diane G. Sunnen

62299771 v1

CERTIFICATE OF SERVICE
CASE NO. 08-3251 WHA

townsend.