UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 12, 2009          Total Hearing Time: 53 minutes

Case No.  C08-03251 WHA

Title: APPLE INC v. PYSTAR CORP

Plaintiff Attorney(s): James Gilliland, Jr; Mehrnaz Boroumand.

Defense Attorney(s): KAD Camara

Deputy Clerk:  Dawn Toland                Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Cross Motions for Summary Judgment - Submitted

2)   _____


Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**