1 | Scott Kalkin, State Bar No. 120791
**ROBOOSTOFF & KALKIN**
2 | A Professional Law Corporation
369 Pine Street, Suite 610
3 | San Francisco, California 94104
(415) 732-0282
4 |
Attorney for Plaintiff Vorris Blankenship
5 |
Pamela E. Cogan, State Bar No. 105089
6 | Robert G. Cummings, State Bar No. 204438
Ropers, Majeski, Kohn & Bentley
7 | 1001 Marshall Street
Redwood City, CA 94063
8 | (650) 364-8200

9 | Attorneys for Defendant Liberty Life
Assurance of Boston

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| VORRIS BLANKENSHIP, | ACTION NO: C 03-1132 SC |
|---|---|
| Plaintiff, | **FURTHER JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |
| v. | |
| Liberty Life Assurance Company of Boston as Administrator and Fiduciary of the KPMG Employee Long-term Disability Plan and the KPMG Employee Long-term Disability Plan, | Date: December 12, 2003
Time: 10:00 a.m.
Dept: Courtroom 1 |
| Defendants. | |

Pursuant to the Court's Order in the above-entitled action, the parties, through their counsel of record, jointly submit this Further Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

---

JOINT CASE MANAGEMENT STATEMENT
ACTION NO: C 03-1132 SC

1

## 1.  BRIEF DESCRIPTION OF THE CASE.

Plaintiff Vorris Blankenship has brought this case claiming entitlement to long-term disability benefits under the terms of a long-term disability plan obtained through his former employer KPMG (hereinafter "the Plan").  The Plan at issue is governed under the provisions of the Employee Retirement Income Security Act of 1974 (ERISA) 28 U.S.C. section 1001, *et seq*.

In 1998, plaintiff filed a claim for long-term disability benefits claiming that he was totally disabled.  Plaintiff's claim for disability benefits was sent to defendant Liberty Life Assurance Company (hereinafter "Liberty"), the claim administrator under the Plan.

After receipt and review of the claim for disability benefits, defendant Liberty approved the claim, but later denied it.  Liberty's decision to deny benefits was upheld on administrative appeal.

One factual issue in dispute between the parties is whether plaintiff is/was totally disabled under the terms of the Plan.  An additional factual dispute involves whether plaintiff is entitled to disability benefits under the terms of the Plan.

The principal legal issues in dispute are whether plaintiff and defendant have fulfilled their respective duties under the terms of the Plan, whether plaintiff is entitled to payment of his claim for disability benefits under the Plan, and whether either party is entitled to attorney's fees under the facts of this case.

The parties presently know of no other significant unresolved factual issues such as service of process, personal jurisdiction, subject matter jurisdiction or venue in this case.  The parties presently know of no other currently unserved parties to this action.  The parties currently have no intent to join any additional parties in this matter.

//

**2. ALTERNATE DISPUTE RESOLUTION.**

The parties are set to participate in an Early Settlement Conference with a Magistrate Judge Maria- Ellen James on December 2, 2003.

**3. DISCLOSURES.**

The parties certify that they have complied with the initial disclosure requirements of Civil Local Rule 16-5.

**4. DISCOVERY.**

The parties do not presently contemplate the need for discovery. The parties agree that this is unnecessary because this is an ERISA action. Thus, the Court's review of Liberty's decision to discontinue long term disability benefits is limited solely to a *de novo* review of the administrative record. Should either side determine there is a need for discovery, it will so petition the court to allow the same.

*//*

*//*

*//*

*//*

*//*

*//*

**5. TRIAL SCHEDULE.**

The parties request a trial date of July 12, 2004. This trial date will allow for all appropriate summary judgment motions to be concluded in this case. It will further allow the parties to explore the possibility of settlement with the benefit of the information obtained through their initial disclosures.

The parties expect this will be a court trial and estimate it will last one day.

                                                  **ROBOOSTOFF & KALKIN**

Dated: November 26, 2003                      By:_____
                                                                Scott Kalkin
                                                                Attorneys for plaintiff

                                                  **ROPERS, MAJEWSKI, KOHN & BENTLEY**

Dated: November 26, 2003                      By:_____
                                                                 Pamela E. Cogan
                                                                Robert G. Cummings
                                                                Attorneys for defendants Liberty Life
                                                                Assurance Company of Boston

**CASE MANAGEMENT ORDER**

The parties' Joint Case Management Conference Statement is hereby adopted as the Order of this Court and the parties are to comply therewith.

Dated: _____

_____
Judge of the United States District Court

---

JOINT CASE MANAGEMENT STATEMENT
ACTION NO: C 03-1132 SC