# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | ) Case No.: C 07-3952 JW (HRL) |
| Plaintiff, | ) |
| vs. | ) **VERDICT FORM ON CONTRIBUTORY** |
| | ) **TRADEMARK INFRINGEMENT** |
| | ) **CLAIM REGARDING:** |
| AKANOC SOLUTIONS, INC., et al., | ) **ATOZBRAND.COM** |
| Defendants. | ) |

1. Has **Atozbrand.com** used a trademark of Louis Vuitton Malletier in commerce in the United States in connection with the sale or advertising of goods?

      Yes _____        No _____

      If no, please sign and date form.

2. If yes, was Atozbrand.com's use of a Louis Vuitton Malletier trademark likely to confuse an appreciable number of reasonably prudent buyers exercising ordinary care, as to the source of the product?

      Yes _____        No _____

      If no, please sign and date form.

3. If yes, which trademark(s) were directly infringed by Atozbrand.com?

_____ Louis Vuitton (Interlocked Letters) in a Circle Design – Class 18

_____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 18

_____ LOUIS VUITTON – Class 18

_____ Louis Vuitton (Interlocked Letters) Design – Class 18

_____ LOUIS VUITTON MALLETIER A PARIS in Rectangle – Class 16, 18

_____ Louis Vuitton (Interlocked Letters) in Epi Leather Design – Class 18

_____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Pattern Design – Class 25

_____ Louis Vuitton (Interlocked Letters) Design – Class 16, 25

_____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 16

_____ Louis Vuitton (Interlocked Letters) – Class 14, 24

_____ LOUIS VUITTON World Mark – Class 16, 18, 24, 25

_____ Louis Vuitton (Interlocked Letters) Design – Class 34

_____ LOUIS VUITTON – Class 34

_____ Louis Vuitton (Interlocked Letters) Design – Class 25

_____ LOUIS VUITTON PARIS and Damier (pattern design) – Class 18

4. If yes, how was/were the trademark(s) directly infringed by Atozbrand.com?

_____

_____

**VERDICT FORM No. _____**

5. Did Louis Vuitton establish that the person(s) who operate Atozbrand.com are United States citizens?

        Yes _____        No _____

6. Did Louis Vuitton establish that the direct infringement of Louis Vuitton Malletier's trademark(s) by Atozbrand.com have a substantial effect on United States commerce?

        Yes _____        No _____

7. Did each defendant individually intentionally persuade or influence Atozbrand.com to infringe Louis Vuitton Malletier's trademark(s)?

        As to Managed Solutions Group, Inc.:    Yes _____    No _____

        As to Akanoc Solutions, Inc.:    Yes _____    No _____

        As to Steve Chen:    Yes _____    No _____

8. Did each defendant individually directly control Atozbrand.com's direct infringement of Louis Vuitton Malletier's trademark(s)?

        As to Managed Solutions Group, Inc.:    Yes _____    No _____

        As to Akanoc Solutions, Inc.:    Yes _____    No _____

        As to Steve Chen:    Yes _____    No _____

9. Did each defendant individually monitor the infringement of Louis Vuitton Malletier's trademark(s) on Atozbrand.com's website?

        As to Managed Solutions Group, Inc.:    Yes _____    No _____

        As to Akanoc Solutions, Inc.:    Yes _____    No _____

        As to Steve Chen:    Yes _____    No _____

10. If yes to 7, 8 or 9, for each trademark Atozbrand.com directly infringed, list each such trademark, if any, that each defendant contributorily infringed? If none, please so indicate.

        Managed Solutions Group, Inc._____

_____

        Akanoc Solutions, Inc. _____

_____

Steve Chen _____

_____

11. Could Atozbrand.com directly infringe Louis Vuitton Malletier's trademark(s) without using the Internet Service Provider defendants' Internet hosting services?

    Yes \_\_\_\_\_   No \_\_\_\_\_

12. Did each defendant who received notice regarding Atozbrand.com take reasonable actions after it received notice from Louis Vuitton Malletier of alleged trademark infringement?

    As to Managed Solutions Group, Inc.:   Yes \_\_\_\_\_   No \_\_\_\_\_
    As to Akanoc Solutions, Inc.:          Yes \_\_\_\_\_   No \_\_\_\_\_
    As to Steve Chen:                      Yes \_\_\_\_\_   No \_\_\_\_\_

Date: _____

_____
Jury Foreperson