MORTIMER H. HARTWELL (State Bar No. 154556)
DIANE L. WEBB (State Bar No. 197851)
WILLIAM W. FRIEDMAN (State Bar No. 215185)
MORGAN, LEWIS & BOCKIUS LLP
One Market - Spear Street Tower
San Francisco, CA 94105-1126
Tel:   (415) 442-1000
Fax:   (415) 442-1001

CHRISTOPHER HO (State Bar No. 129845)
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107-1387
Tel:   (415) 864-8848
Fax:   (415) 864-8199

MARIELENA HINCAPIÉ (State Bar No. 188199)
NATIONAL IMMIGRATION LAW CENTER
405 14th Street, Suite 1400
Oakland, CA 94612
Tel:   (510) 663-8282
Fax:   (510) 663-2028

Attorneys for Plaintiff Makhan Singh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKHAN SINGH, a.k.a. MACAN SINGH,<br><br>           Plaintiff,<br><br>vs.<br><br>C.D.& R's OIL, INC., a California corporation; CHARANJIT JUTLA SINGH, as an individual, president, and shareholder; and DAVINDER JUTLA, as an individual, vice-president, secretary, and shareholder,<br><br>           Defendants. | Case No. C 02-1130 CRB (EMC)<br><br>**PLAINTIFF MAKHAN SINGH'S MOTION TO DECLARE THIRD-PARTY WITNESSES/DEPARTMENT OF HOMELAND SECURITY OFFICERS NANCY BOSWELL, YAKOV GRINBERG, AND CRAIG MEYER UNAVAILABLE, OR IN THE ALTERNATIVE, TO COMPEL THEIR ATTENDANCE AT TRIAL**<br><br>[Hon. Charles R. Breyer]<br><br>Date:       December 5, 2003<br>Time:       10:00 a.m.<br>Location:   Courtroom 8<br><br>Action Filed: March 7, 2002<br>Trial Date:   December 8, 2003 |

1-SF/7070267.1

PLAINTIFF MAKHAN SINGH'S MOTION TO DECLARE THIRD-PARTY WITNESSES/DEPARTMENT OF HOMELAND SECURITY OFFICERS NANCY BOSWELL, YAKOV GRINBERG, AND CRAIG MEYER UNAVAILABLE, OR, IN THE ALTERNATIVE, TO COMPEL THEIR ATTENDANCE AT TRIAL
Case No. C 02-1130 CRB (EMC)

Dockets.Justia.com

## I. INTRODUCTION

Plaintiff Makhan Singh ("Mr. Singh" or "Plaintiff") timely and properly served Department of Homeland Security (the "Department") officers Nancy Boswell, Yakov Grinberg, and Craig Meyer with trial subpoenas. Assistant Chief Counsel for the Department has informed Plaintiff that Officers Boswell, Grinberg, and Meyer will not appear as witnesses at trial. Trial is currently set for December 8, 2003. Plaintiff submits that these witnesses are "unavailable" under Federal Rule of Evidence 804(a) and requests that Plaintiff be permitted to present the deposition testimony at trial. If the Court is not inclined to find these witnesses "unavailable," Plaintiff respectfully requests that this Court compel Officers Boswell, Grinberg, and Meyer to appear at trial.

## II. FACTUAL HISTORY

In February 2003, Plaintiff served deposition subpoenas and requests for the production of documents on Department of Homeland Security ("Department") officers Nancy Boswell and Yakov Grinberg. See Declaration of William W. Friedman, Decl.; ¶2. Likewise, defendants served a deposition subpoena and requests for documents on Department officer Craig Meyer. See id.; ¶3. Plaintiff, defendant and the Department spent a considerable amount of time over the following two months conferring as to the scope of the Department's document production, as well as the nature, scope, and schedule of the three depositions. See id.; ¶4. Counsel for Plaintiff, personally conferred with Department's Counsel Ms. Leslie Ungerman and Mr. Ronald LeFevre, and Assistant United States Attorney Jocelyn Burton more than 20 times to resolve questions related to the Department's production of documents and compliance with the deposition subpoenas. See id.; ¶4.

In June 2003, the parties and the Department reached an agreement regarding the scope of the Department's document production. See id.; ¶5. On June 20, 2003, the Department produced almost 600 pages of documents in response to the deposition subpoenas and requests for production of documents. See id. On June 25, 2003, the Department produced Officers Nancy Boswell, Yakov Grinberg, and Craig Meyer for deposition. See id.; ¶6. The Officers were

1-SF/7070267.1      1

PLAINTIFF MAKHAN SINGH'S MOTION TO DECLARE THIRD-PARTY WITNESSES/DEPARTMENT OF HOMELAND SECURITY OFFICERS NANCY BOSWELL, YAKOV GRINBERG, AND CRAIG MEYER UNAVAILABLE, OR, IN THE ALTERNATIVE, TO COMPEL THEIR ATTENDANCE AT TRIAL
Case No. C 02-1130 CRB (EMC)

represented at the deposition by Assistant United States Attorney Jocelyn Burton. See id. Counsel for plaintiff and defendant were present at the depositions. See id. All three depositions were conducted on June 25, 2003 from 9:00 a.m. to 5:00 p.m. See id. The depositions were videotaped, in part based upon the Department's representation that the Officers would most likely not testify at trial given the Officers' schedules, their work related obligations, and the factors enumerated in 6 C.F.R. § 5.48(a) which govern whether the Department will comply with a demand or request. See id.; ¶7, Exh. 1.

On November 18, 2003, Plaintiff served trial subpoenas on Department Officers Nancy Boswell, Yakov Grinberg, and Craig Meyer. See id.; ¶¶8-10; Exhs. 2-4. On November 24, 2003, Plaintiff received notice from the Department that Officers Boswell, Grinberg, and Meyer would not appear at trial in light of the time, effort, and resources already expended by the Department on this case, as well as the factors enumerated 6 C.F.R. § 5.48(a). See id.; ¶¶11-13; Exhs. 5-7. On November 25, 2003, I notified the Department's Assistant Chief Counsel Kenneth Sogabe of Plaintiff's intention to file a motion to compel if the officers were not going to appear. See Friedman Decl., ¶14. Mr. Sogabe re-iterated the Department's position that the Officers would not appear at trial. See id.

### III. ARGUMENT

Federal Rule of Evidence 804(b)(1) permits the use of deposition testimony at trial where the witness is unavailable and the party against whom the testimony is offered had an opportunity to develop the testimony by direct or cross examination. See also Fed. R. Civ. Proc. 32(a) (governing use of depositions at trial). Here, defendants were represented by counsel at the deposition of Officers Boswell, Grinberg and Meyer, and defendants Charanjit and Davinder Jutla attended these depositions as well. See Friedman Decl.; ¶6. The only question remaining is whether Officers Boswell, Grinberg and Meyer are "unavailable" due to their stated intent not to appear at trial.

The proponent of an out-of-court statement offered under Rule 804 bears the burden of proving the declarant's unavailability. See Kirk v. Raymark Indust., Inc., 61 F.3d 147, 165 (3rd

1-SF/7070267.1      2

PLAINTIFF MAKHAN SINGH'S MOTION TO DECLARE THIRD-PARTY WITNESSES/DEPARTMENT OF HOMELAND SECURITY OFFICERS NANCY BOSWELL, YAKOV GRINBERG, AND CRAIG MEYER UNAVAILABLE, OR, IN THE ALTERNATIVE, TO COMPEL THEIR ATTENDANCE AT TRIAL
Case No. C 02-1130 CRB (EMC)

Cir. 1995); see also Fed. R. Civ. Proc. 32(a); Boca Investerings Partnership v. U.S., 197 F.R.D. 18, 20 (D. D.C. 2000) (the party offering deposition testimony must prove why the condition prevents a witness from testifying live). A witness is "unavailable" if the proponent of the testimony is unable to procure the declarant's attendance or testimony by process or other reasonable means. See Fed.R.Evid. 804(1)(5); U.S. v. Olafson, 213 F.3d 435, 441 (9th Cir. 2000) (finding that a declarant who is absent from the hearing may be deemed "unavailable" where the proponent of the statement is unable to procure the declarant's attendance or testimony by process or other means).

Applied here, Plaintiff has properly served the Officers with trial subpoenas, but the Department has refused to produce the Officers at trial. Accordingly, the Court should deem these witnesses "unavailable" an allow Plaintiff to introduce the Officer's deposition testimony at trial pursuant to Federal Rule of Evidence 804 and Federal Rule of Civil Procedure 32. See U.S. v. Harbin, 112 F.3d 974, 975-76 (8th Cir. 1997) (a good faith attempt to locate and subpoena the witness satisfies the obligation to prove unavailability.).

In the event this court does not declare these witnesses "unavailable" under Federal Rule of Evidence 804(a), Plaintiff respectfully requests that this Court enforce Plaintiff's trial subpoenas and compel the appearance of Department Officers Nancy Boswell, Yakov Grinberg, and Craig Meyer at trial.

As this Court is well aware, the deposition testimony or the attendance of these witnesses is a key point of this case.

//
//
//
//
//
//
//

## IV. CONCLUSION

Accordingly, Plaintiff respectfully requests that this Court find that Officers Nancy Boswell, Yakov Grinberg, and Craig Meyer unavailable, or, in the alternative, to compel their attendance at trial.

Dated: November 26, 2003

THE LEGAL AID SOCIETY/EMPLOYMENT LAW CENTER

THE NATIONAL IMMIGRATION LAW CENTER

MORGAN, LEWIS & BOCKIUS LLP

By William W. Friedman
William W. Friedman
Attorneys for Plaintiff Makhan Singh

1-SF/7070267.1

4

PLAINTIFF MAKHAN SINGH'S MOTION TO DECLARE THIRD-PARTY WITNESSES/DEPARTMENT OF HOMELAND SECURITY OFFICERS NANCY BOSWELL, YAKOV GRINBERG, AND CRAIG MEYER UNAVAILABLE, OR, IN THE ALTERNATIVE, TO COMPEL THEIR ATTENDANCE AT TRIAL
Case No. C 02-1130 CRB (EMC)