United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUMILEDS LIGHTING U.S., LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>EPISTAR CORP.,<br><br>            Defendant. | Case No.: C 02-5077 CW (PVT)<br><br>Consol. Case No: C 03-1130 CW (PVT)<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR PROTECTIVE ORDER PRECLUDING RULE 30(B)(6) DEPOSITION OF DEFENDANT** |

On November 24, 2003 the parties appeared for hearing on Defendant's Motion for Protective Order Precluding Rule 30(b)(6) Deposition of Defendant.[1] Based on the briefs and arguments submitted,

IT IS HEREBY ORDERED that Plaintiff's motion is DENIED as MOOT in light of this court's ruling on Plaintiff's motion to compel the Rule 30(b)(6) deposition of Defendant.

Dated: *11/25/03*

                                */s/ Patricia V. Trumbull*
                              PATRICIA V. TRUMBULL
                              United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*