IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FOWLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AETNA LIFE INSURANCE COMPANY, THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC., SHORT TERM DISABILITY PLAN, THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC., LONG TERM DISABILITY PLAN, and DOES 1 through 20,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 08-03463 WHA<br><br><br>**ORDER SETTING DEADLINE FOR STIPULATED DISMISSAL, SETTING HEARING DATE, AND VACATING TRIAL DATES** |

　　　　The parties have agreed at the pretrial conference to file a request to dismiss this action in full by **DECEMBER 21, 2009**. A hearing date of **DECEMBER 21, 2009**, **AT 2:00 P.M.** has been set to discuss the status of the case. However, if the parties file their dismissal request well in advance of the hearing date, the Court will, at its discretion, vacate the hearing.

　　　　The trial dates for this action are hereby **VACATED**.

　　　　**IT IS SO ORDERED.**

Dated: November 23, 2009.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE