TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com
       mboroumand@townsend.com
       mmchung@townsend.com
       jboblak@townsend.com

O'MELVENY & MYERS LLP
GEORGE RILEY (State Bar No. 118304)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: griley@omm.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> PSYSTAR CORPORATION, a Florida corporation, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 08-3251 WHA <br><br> **APPLE INC.'S NOTICE OF MOTION IN SUPPORT OF ITS MOTION FOR PERMANENT INJUNCTION, STATUTORY DAMAGES AND REASONABLE ATTORNEYS' FEES AND COSTS** <br><br> Date: December 14, 2009 <br> Time: 8:00 a.m. <br> Courtroom: 9 <br> Judge: Hon. William Alsup <br> Trial Date: January 11, 2010 |

townsend.
APPLE INC.'S NOTICE OF MOTION IN SUPPORT OF ITS MOTION FOR PERMANENT INJUNCTION, STATUTORY DAMAGES AND REASONABLE ATTORNEYS' FEES AND COSTS
CASE NO. 08-3251 WHA

Dockets.Justia.com

PLEASE TAKE NOTICE that on December 14, 2009, at 8:00 a.m., or as soon thereafter as the matter can be heard, in the courtroom of the Honorable William Alsup, located at 450 Golden Gate Avenue, Courtroom 9, San Francisco, California 94102, plaintiff and counterdefendant, Apple Inc. will, and hereby does, move for an order granting its Motion for Permanent Injunction, Statutory Damages and Reasonable Attorneys' Fees and Costs against defendant and counterclaimant Psystar Corporation.

DATED:  November 23, 2009

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: */s/ James G. Gilliland, Jr.*
    JAMES G. GILLILAND, JR.

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

APPLE INC.'S NOTICE OF MOTION IN SUPPORT OF ITS MOTION FOR PERMANENT INJUNCTION, STATUTORY DAMAGES AND REASONABLE ATTORNEYS' FEES AND COSTS
CASE NO. 08-3251 WHA — - 1 -

townsend.