# EXHIBIT 1

Dockets.Justia.com



PS009258

# Our Vision

To provide a cost effective and upgradable option to Apple hardware

PS009259



# Background

## The Operating System Ecology

- Historically both Mac and Windows have relied on their own proprietary code base
- With the release OS X Apple shifted the core of their system to one based on Unix
  - Unix is an open source, enterprise-grade server OS that's considered to be far more stable and secure than Windows and previous versions of Mac
  - Unix predates both Mac and Windows systems by 15 years and is significantly more mature
- The popularity of Macs have increased since the release of Mac OS X in 2001
  - In 2007 Mac OS market share increased 36%, more than three times the industry growth average
  - Apple is projected to sell over 10 million computers this year
- In 2006 Apple made another shift from their own PowerPC architecture to the Intel x86 platform
  - Today the hardware used in Apple computers is provided by the same vendors of commodity PC hardware such as Intel and nVidia
  - Marketing has continued to enforce the differentiation between PC and Mac, creating an artificial market

PS009260



# The Opportunity

## The state of Windows XP

- Archaic underlying security architecture
- Particularly susceptible to many forms of viruses and malware
- Features and visual effects are dated
- Unable to take full advantage of newer multi-core processors such as the Intel Core2Quad
- Rapidly approaching End of Life status from Microsoft
- Many consumers have purchased two or more PCs with Windows XP in the last 7 years and are looking for an alternative

## How about Vista?

- Business are not adopting Vista and are forced to continue using XP for a variety of reasons
- Major OEMs such as Dell have been forced by market demand to continue offering XP after removing it from their product lineup
- Lack of new features means users who upgrade do so at great cost and get little benefit

PS009261



# The Opportunity

## Apple's impact in the consumer market

- Apple makes up roughly 5% of consumer computers, however they are sought after by a specific user base
  - Multimedia professionals
  - Graphic artists
  - Certain scientific applications ( Unix roots )
- Apple has also enjoyed great success among certain groups for mobile users
  - College students ( up to 45% market share )
  - Mobile multimedia professionals like photographers & DJs

## Apple and the enterprise

- Businesses generally do not consider Apple computers when making new IT purchases
  - Up to 105% more expensive than a similarly configured Windows based PC
- Enterprise level service and support has never been a priority of the Apple business model
  - The Apple experience has never included onsite support, a critical requirement of most business purchasing decisions
- Corporations and Institutions alike lean toward options with viable upgrade paths in order to achieve a lower TCO

PS009262



# Is Apple Nervous?

- Psystar is very popular in the media and online community and Apple has taken notice
  - The Open Computer provided Psystar with over $130,000 in sales on it's opening weekend

- Apple filed suit against Psystar for violating their User Agreement
  - Apple sees Psystar as a threat and is compelled to take aggressive action

- Psystar has countered this litigation with an anti-trust claim
  - Apple is using anti-competitive tactics to maintain their monopoly

- The on-going litigation will insulate Psystar from competing with other PC manufactures in the OS X arena
  - The anti-competitive nature of Apple's EULA make it an illegal contract
  - Once the litigation is over that contract will become invalid, opening Mac OS to other OEMs
  - This presents us with a unique window of opportunity to gain market share and achieve brand recognition before competitors can even enter the market

PS009263



# The Psystar Solution

- Open Computing Technology
  - Countermeasures built into Mac OS X disallow compatibility with non-Apple hardware
  - Psystar has invested over 18 months developing technologies that allow Mac OS X to correctly interface with traditional PC hardware
  - Psystar produces PCs that leverage Psystar technologies into a functional operating environment
  - Open Computers provide a greater range of configuration and upgradability in contrast to Apple's product offerings
  - Open Computing products have been vetted and are well received by industry experts

- How Psystar fills the gap
  - Offering computers capable of running Mac OS X at a lower cost with a higher price-to-performance ratio than Apple
    - Both the end user and the enterprise can take advantage of Psystar's competitive pricing model and viable upgradability
  - Psystar offers commercial support for multi-platform desktop and server environments

PS009264



# Psystar Products

## OpenBook (Working title)



- Notebook versus desktop sales have increased to 40% of market share in just one year and are predicted to continue rising
  - In some areas mobile sales growth jumped up as much as 180% in only 6 months
- Psystar will have a mobile product ready by Q1 2009

- Mobile products are completely designed to uniquely identify Psystar products and operate to Psystar specifications

- Versatility of Psystar mobile products allows them to compete against Windows-based mobile computing products as well

PS009265



## Psystar Products

### OpenBook (Working title)



**OpenBook Specifications**

| | |
|---|---|
| Hardware Platform | Intel Centrino 2 mobile platform |
| Operating System | XP    Vista    OS X    Linux |
| Screen Size | 13.3" Widescreen LCD |
| Processor | Intel Core 2 Duo 2.0GHz |
| Memory | 2GB DDR2 |
| Hard Disk | 250GB |
| Graphics | NVIDIA GeForce 9500M GS |
| Optical | DVD-RW DL / CD-RW |
| Wireless | 802.11n and Bluetooth Integrated |
| Weight | 5 lbs |
| Price | $699 |

PS009266

# Psystar Products

## Meet the Open Computer

A home or business-level machine

- Compact, quiet, and fast
- Features Intel dual-core architecture and NVIDIA accelerated graphics
- Upgradable
- Can be upgraded to suit professional multimedia editing
- Can play 3D accelerated games with nVidia GPUs

|  | Mac Mini | Open Computer |
|---|---|---|
| Processor | 2.0 GHz Intel Core2Duo | 2.4 GHz Intel Core2Duo |
| RAM | 2GB DDR2 667 | 2GB DDR2 800 |
| Hard Drives | 160GB 5400RPM SATA | 250GB 7200RPM SATA |
| Graphics Card | Integrated Intel GMA 950 64MB of DDR2 SDRAM of shared system memory | NVIDIA GeForce 7200GS 256MB of dedicated video memory |
| Optical Drives | 16x DVD R/W DL (AKA SuperDrive) | 20X DVD R/W DL |
| One Year Warranty | ✓ | ✓ |
| Upgradable |  | ✓ |
| Price | $949.00 | $614.99 |

## Psystar Products

### Introducing the OpenPro

- Geared towards multimedia professionals
  - Digital Audio – Logic Pro and ProTools
  - Non-Linear Video Editing – Final Cut Pro
  - 3D Graphics – Cinema4D, Maya, and 3DS Max
  - Professional Image Editing – Aperture, Photoshop
  - Graphic Arts – Illustrator, Painter

- Features Intel Core2Quad processors and can support up to four displays with two nVidia GPUs

| | Mac Pro | Open Computer |
|---|---|---|
| Processor | 2.8 GHz Intel Xeon | 2.8 GHz Intel Core2Quad |
| RAM | 8 GB (4x2GB) | 8 GB (4x2GB) |
| Hard Drives | 2x 750GB 7200RPM SATA | 2x 750GB 7200RPM SATA |
| Graphics Card | NVIDIA GeForce 8800 GT 512MB | NVIDIA GeForce 8800 GT 512MB |
| Optical Drives | Two 16x DVD R/W DL (AKA SuperDrive) | Two 20X DVD R/W DL |
| One Year Warranty | ✓ | ✓ |
| Upgradable | | ✓ |
| Price | $ 4,499.00 | $1,924.99 |



PS009268



# Psystar Products

## Personal Computer Summary

- Range of personal computers form entry level to high performance models

- One line of products can meet the demands of both consumers and enterprises
  - This aids in reinforcing the Psystar brand while reducing manufacturing costs

- Fully Compatible with Mac OS X, Windows, and Linux by leveraging Psystar technologies

- The Open Computing line have more upgradability and higher price-to-performance ratios than all of Apples product offerings

| Product Line | | Economy | Desktop | Performance | Server |
|---|---|---|---|---|---|
| **Apple** | Desktop | Mac Mini | iMac | Mac Pro | Xserve |
| | Mobile | MacBook & MacBook Air | | MacBook Pro | N/A |
| **Psystar** | Desktop | Open Computer | | OpenPro | OpenServ |
| | Mobile | | OpenBook | | N/A |

PS009269



## Psystar Products



### OpenServ

- Rack-mount and pedestal server products capable of running Mac OS X Leopard Server, Windows, and Linux

- Enterprise level commercial support for multi-platform server and desktop environments

- Significantly lower cost than Apple's current server offerings

- On par with most server systems available from other vendors such as HP and Dell

PS009270



# Market Size

920 million traditional PCs in use today

- Dell projects over 5 million units sold this quarter

80 million Apple computers in use today

- Apple projects more than 3 million units sold this quarter

An estimated 180 million computers will be replaced this year alone

- By virtue of compatibility, performance, and value Psystar computers can compete in these markets



- PC
- Apple
- New Sales

PS009271

# Plan Of Action

## Business Model

- Psystar sells it's Products direct online at www.psystar.com
- Distributors provide a channel for the Open Computing line of products in both additional online and existing brick-and-mortar retail outlets.



Direct

Retail Partners

Export

Desktops 40%

Laptops 30%

Servers 30%

50.00%
40.00%
30.00%
20.00%
10.00%
0.00%



# Target Users & Markets

Windows based PC users who:

- Would like to upgrade from Windows XP

- Are interested in purchasing high-performance computers with Linux preinstalled
  - Academics and Researchers (established customer base)

- Want to experience Mac OS X without paying the premium for an Apple computer

Current Apple users who:

- Would like a machine that can be upgraded instead of simply replaced

Users looking to buy a used Apple computer to save money

| Used Apple vs New Psystar | | |
|---|---|---|
| Runs OS X Leopard | ✓ | ✓ |
| Warranty | | ✓ |
| Latest Technology | | ✓ |
| Upgradability | | ✓ |

*based on price comparison between an Apple Mac Mini and a Dell Inspiron 530s*

PS009273



## Plan Of Action

Psystar is the first and only business to compete with Apple in the OS X market

Funding would be used to design hardware to complement Psystar's software technologies

- Reinforce Psystar's identity with branded hardware

- Grant greater control over materials and supply through production of customized components and increase in unit production

- Eliminate dependence on distributors and manufacturer design changes while decreasing costs

- Selected components will decrease configuration time, distinctly identify Psystar products, and allow Psystar to compete directly against Apple

PS009274



# Plan Of Action

Funding will be used to expand Open Computing product line

- Psystar will be able to compete in the mobile market

  - Psystar is targeting a $699 USD mobile computing product to compete in the OS X market

  - Mobile products will be completely designed to uniquely identify Psystar products and operate to Psystar specifications

  - Versatility of Psystar mobile products allow them to compete against Windows-based mobile computing products as well

Psystar will target students and educators

- Apple has great penetration in this market

- Identifiable products will make advertising more effective

- The value-added aspects of our products will appeal to technology enthusiasts

PS009275

## Conservative Growth Model

Psystar launched Open Computing line in April 2008

- Open Computing Technologies now in a mature state
- Facilities for administration and support have been secured



**Unit Sales** (per year)

PS009276

# Operating Time Summary

| | Open Computing line introduced | First mobile product delivered to market | Psystar is sold in national retail stores | 2 million units sold |
|---|---|---|---|---|

| Target Markets | 2008 Consumer & SMB | 2009 + Enterprise | 2010 + Education | 2011 + Government |
|---|---|---|---|---|
| Projected Unit Sales | 10,000 | 80,000 | 200,000 | 1 (M) |
| Revenue | $8 (M) | 64 (M) | .2 (B) | .8 (B) |
| Direct Costs | $6 (M) | $38 (M) | $80 (M) | $.4 (B) |
| R & D | 1,000,000 | 1,500,000 | 4,000,000 | 11,000,000 |
| Marketing | 3,400,000 | 14,000,000 | 31,000,000 | 80,000,000 |
| Operating Costs | 2,587,318 | 9,820,512 | 32,864,502 | 297,534,281 |
| Staff | 52 | 226 | 845 | 6,110 |
| Operating Profit | $(4,587,318.00) | $279,488.00 | $12,135,498.00 | $11,465,719.00 |

Seeking $24M in Series A funding to to further expand, identify, and enhance Open Computing line
*Additional funding may be required in early 2010*

PS009277

# Aggressive Growth Model

Psystar launched Open Computing line in April 2008

- Open Computing Technologies now in a mature state
- Facilities for administration and support have been secured



**Unit Sales (per year)**

PS009278

# Operating Time Summary

Timeline milestones:
- Open Computing line introduced
- First mobile product delivered to market
- Psystar is sold in national retail stores
- 2 million sold

| Target Markets | 2008 Consumer & SMB | 2009 + Enterprise | 2010 + Education | 2011 + Government |
|---|---|---|---|---|
| Projected Unit Sales | 10,000 | 140,000 | 1 (M) | 2 (M) |
| Revenue | $8 (M) | 112 (M) | 800 (M) | 1.6 (B) |
| Direct Costs | $6 (M) | $67 (M) | $400 (M) | $.8 (B) |
| R & D | $1 (M) | $3.5 (M) | 5,000,000 | 11,000,000 |
| Marketing | 3.4 (M) | 35 (M) | 80,000,000 | 125,000,000 |
| Operating Costs | 2,587,318 | 13,548,311 | 301,485,183 | 616,534,281 |
| Staff | 52 | 486 | 1,567 | 6,110 |
| Operating Profit | ($4,587,318) | ($7,248,311) | $13,514,817.00 | $47,465,719.00 |

Seeking $24M in Series A funding to to further expand, identify, and enhance Open Computing line
*Additional funding may be required in early 2010*

PS009279



# The Psystar Team

## 4 core developers of Psystar technologies

- Enabling Mac OS X technologies on commodity hardware
- Client/Server Software
- Integration Software Solutions
- Systems Design and Implementation
- Psystar technologies developed for Windows, Linux, Mac OS X

## 8 administrative employees

- Internal support staff
- Over 130 years of experience in the Information Technology industry
- Proficient in support and administration methodologies ranging from consumer to enterprise environment

PS009280



## Summary

- Thanks to ongoing litigation and current market conditions Psystar has a unique opportunity

- Lower prices and superior upgradability than Apple will bring Mac OS X to the masses

- Psystar is the only OEM that gives the user a choice in what OS comes installed on their computer

- Open Computing products have been vetted and are well received by industry experts

- Aggressive marketing campaigns will drive sales

- Projected 7% share of all PC sales by 2011

PS009281



Thank You!

PS009282

# Title

- Lorem ipsum dolor sit amet, consectetuer adipiscing elit. Vivamus et magna. Fusce sed sem sed magna suscipit egestas.

- Lorem ipsum dolor sit amet, consectetuer adipiscing elit. Vivamus et magna. Fusce sed sem sed magna suscipit egestas.

PS009283

# Title

- Lorem ipsum dolor sit amet, consectetuer adipiscing elit. Vivamus et magna. Fusce sed sem sed magna suscipit egestas.

- Lorem ipsum dolor sit amet, consectetuer adipiscing elit. Vivamus et magna. Fusce sed sem sed magna suscipit egestas.



PS009284

# EXHIBIT 2

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1            UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4                 ---oOo---                **CERTIFIED**

5    _____      **TRANSCRIPT**

6    APPLE INC., a California corporation, )

7                 Plaintiff,          )

8        vs.                          ) No. CV 08-03251 WHA

9    PSYSTAR CORPORATION, a Florida    )

     corporation, and DOES 1-10,       )

10   inclusive,                        )

11               Defendants.           )

     _____   )

12

13      PORTIONS OF THIS TRANSCRIPT ARE HIGHLY CONFIDENTIAL

14              ATTORNEYS' EYES ONLY

15

16         VIDEOTAPED DEPOSITION OF RODOLFO PEDRAZA

17            WEDNESDAY, AUGUST 26, 2009

18

19

20

21

22

23

24   Pages 1 - 117

25   Pages 29 - 64 HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1        A.  I don't remember.

2        Q.  You knew when Psystar started selling its

3   Mac OS X-compatible computers that Apple's license

4   agreement prohibits the use of Mac OS X on non-Mac

5   computers, right?                                    05:08:10PM

6        A.  Actually, I don't think we knew that when

7   we started.

8        Q.  When did you learn it?

9        A.  I don't exactly remember.

10        Q.  You knew it before the lawsuit was filed,   05:08:25PM

11   right?

12        A.  I think we were made aware of it before the

13   lawsuit was filed, yeah.

14        Q.  How did you become aware of that?

15        A.  Probably from the media.                    05:08:34PM

16        Q.  And when you became aware of this

17   limitation from the media, Psystar decided to

18   continue selling anyway, right?

19        A.  I think it was when I actually read it, I

20   thought it was bullshit.                             05:08:56PM

21        Q.  So what you decided to do is to try to find

22   a revolutionary new legal theory that will allow

23   Psystar to continue to sell, correct?

24            MR. SIBLEY:  Objection to form.

25            THE WITNESS:  I think there's a -- there is  05:09:30PM
                                                          77

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1    comments.  You can definitely just, you know, do that

2    on your own.  And even to sign up here and be a user,

3    you don't need to give any information other than

4    your e-mail and your name.

5         Q.  Do you know whether any questions received        05:49:37PM

6    from the world at large were used in the depositions?

7         A.  I couldn't tell you, you know, since with

8    the super-secret protective order, I couldn't even

9    know about most of the depositions, so...

10        Q.  Let me ask you to look, please, at             05:50:15PM

11   Exhibit 322.  It is a letter from the Miami Dade

12   County Consumer Services Department, Consumer

13   Protection Division to Psystar Corporation, dated

14   January 28, 2009.  It has production number PS016712

15   through 714.                                          05:50:41PM

16            (Exhibit 322 marked for identification.)

17            BY MR. GILLILAND:

18        Q.  Before we get there, let me ask you this.

19   If you are signed up as an Apple developer, do you

20   have access to the Snow Leopard beta seed?            05:51:08PM

21        A.  I believe so.

22        Q.  And have you obtained a copy of it?

23        A.  I believe I downloaded a recent one.

24        Q.  All right.  And is Psystar attempting to

25   get its computers to work with Snow Leopard?          05:51:31PM
                                                               101

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1      A.  What do you think?  I mean, that is a silly

2  question.

3      Q.  Why is it silly?

4      A.  I think we'd want to support a newer

5  version of the OS.                                05:51:56PM

6      Q.  My question was silly because the answer is

7  "Of course we are," correct?

8      A.  Well, I mean, I can't really say that I've

9  devoted -- and, again, it actually even a little bit

10  frustrates me because I haven't been able to devote    05:52:11PM

11  time to doing that.  But I promise you that I am

12  going to devote my time to do that.

13      Q.  And do you have an estimate as to when the

14  Psystar computers will be compatible with Snow

15  Leopard?                                          05:52:34PM

16      A.  As soon as possible.

17      Q.  And what does that mean?  I mean, is it a

18  matter of days, weeks, months, years?

19      A.  Well, it depends on how inspired I feel.

20  And I really haven't looked into it as much as I've    05:52:45PM

21  wanted to.  So once I can, you know, direct my

22  intellect into it, we'll see how long it takes.  I'll

23  have a better estimate.

24      Q.  And for how long have you been an Apple

25  developer?                                        05:53:02PM
                                                         102

# EXHIBIT 3

Pages 1 - 31

United States District Court

Northern District of California

Before The Honorable William Alsup

Apple, Incorporated,          )
                              )
            Plaintiff,        )
                              )
   vs.                        )          No. C08-3251 WHA
                              )
Psystar Corporation,          )
                              )
            Defendant.        )
_____)

COPY

San Francisco, California
Thursday, November 12, 2009

**Reporter's Transcript Of Proceedings**

**Appearances:**

For Plaintiff:              Townsend and Townsend and Crew
                           Two Embarcadero Center, Eighth Floor
                           San Francisco, California  94111-3834
                   By:  **Jim G. Gilliland, Esquire**
                        **Mehrnaz Boroumand Smith, Esquire**


For Defendant:             Camara & Sibley, LLP
                           2339 University Boulevard
                           Houston, Texas  77005
                   By:  **K.A.D. Camara, Esquire**
                        **Christian Curtis, Esquire**



Reported By:          *Sahar McVickar, RPR, CSR No. 12963*
                      *Official Reporter, U.S. District Court*
                      *For the Northern District of California*

                   (Computerized Transcription By Eclipse)

1   problem; the problem is that Apple doesn't want it to run on a

2   specific kind of hardware, namely, computers not manufactured

3   by Apple.  And why do they want that?  Again, it goes back to

4   the misuse argument:  It is not to protect their right in OS

5   10.  Psystar increased its sales in OS 10 because we buy a copy

6   for every computer we sell.  It is to protect other proprietary

7   rights; namely, their right to control our customers' use of OS

8   10, on which computers they use OS 10, and that is not a right

9   that is protected by the Copyright Act.

10          I would like to use the remainder of my time for any

11  questions the Court has.  I can talk about remedies if the

12  Court would like.

13          **THE COURT:**  What is your view on remedies?

14          **MR. CAMARA:**  Our view on remedies is that the case

15  is moot if the Court agrees with us.  If the Court agrees with

16  us on the DMCA claim, then the case is practically moot because

17  that eliminates their claim for statutory damages.

18          If the Court also agrees with us on the copyright

19  claim, then the case is really moot because Apple has waived

20  its claims for actual damages on all of its other causes of

21  action.  Disgorgement is not a remedy for breach of contract.

22  And we have cited some California cases contrary to what Apple

23  asserts.  And we think no injunction is appropriate because

24  neither party sells Leopard anymore, so there is nothing to

25  enjoin.

1          **THE COURT:**  No party what?

2          **MR. CAMARA:**  Sells OS 10 Leopard anymore.  That is

3    the prior version of Mac Os 10 that we both sold at the time

4    this litigation commenced.  And then we filed a case in Florida

5    over OS 10 Snow Leopard and over Rebel EFI, which is the

6    stand-alone version of our software.

7          **THE COURT:**  Where does that case stand right now?

8          **MR. CAMARA:**  It was served last week, so the answer

9    is due.

10         **THE COURT:**  Has a motion to transfer been made?

11         **MR. CAMARA:**  No.

12         **THE COURT:**  All right.

13         Let me give a short rebuttal --

14         **MR. CAMARA:**  Thank you, Your Honor.

15         **THE COURT:**  -- to the other side.  And then we'll

16   bring it to a close.

17         **MR. GILLILAND:**  Thank you, Your Honor.

18         A couple of things.  A motion for transfer will be

19   made now that the complaint has been served on us in Florida.

20   That would be due shortly before Thanksgiving.

21         I'll try to take Mr. Camara's points in order.  He

22   talked about copyright misuse:  There are two recognized

23   doctrines for copyright misuse.  One is unfair competition,

24   antitrust.  This Court has already found that there is no

25   antitrust -- viable antitrust allegation here.

## CERTIFICATE OF REPORTER

I, Sahar McVickar, Official Court Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing. The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

/s/ Sahar McVickar

Sahar McVickar, RPR, CSR No. 12963

Monday, November 16, 2009

# EXHIBIT 4















# EXHIBIT 5



Questions? Call NOW! **888-456-7801**

My Account    My Wishlist    My Cart    Checkout    Log In

Search entire store here...    GO

**VIDEO AD CONTEST**

Check out the other submissions here.

## Introducing Rebel EFI.
### Coming to a PC near you.

Newsletter Sign-up:

Enter your email address

SUBMIT

**MY CART**

You have no items in your shopping cart.

**COMPARE PRODUCTS**

You have no items to compare.

**BROWSE BY**

**SHOPPING OPTIONS**

**Category**
Desktops
Servers

**Operating System**
Mac OS X
Windows Vista & XP
Linux

**Rebel EFI**

$0.00

ADD TO CART

Add to Wishlist
Add to Compare

**OpenDuo with Mac OS X**

$699.99

ADD TO CART

Add to Wishlist
Add to Compare

**Open(Q) with Mac OS X**

$799.99

ADD TO CART

Add to Wishlist
Add to Compare

**Open(7) with Mac OS X**

$1,599.99

ADD TO CART

Add to Wishlist
Add to Compare

**Rackmount Open(7) with Mac OS X**

$1,599.99

ADD TO CART

Add to Wishlist
Add to Compare

†Free Upgrades are from select processor models. Free Upgrades are available only on select systems as indicated by the system product page.
© 2009 Psystar. All Rights Reserved.



Questions? Call NOW! **888-456-7801**

My Account  My Wishlist  My Cart  Checkout  Log In

Search entire store here...   GO

**VIDEO AD CONTEST**

Check out the other submissions here.

**Meet the OpenDuo !**

- Three years warranty and support • Configurable with any major OS • 9400GT 512GB dedicated graphics

**OS X** PREINSTALLED
**2.5GHz** DUAL CORE CPU
**500GB** STORAGE
**2GB** MEMORY

$599

ORDER NOW

Newsletter Sign-up:
Enter your email address
SUBMIT

**MY CART**
You have no items in your shopping cart.

**COMPARE PRODUCTS**
You have no items to compare.

**BROWSE BY**
SHOPPING OPTIONS

**Category**
Desktops
Servers

**Operating System**
Mac OS X
Windows Vista & XP
Linux

Rebel EFI
$0.00
ADD TO CART
Add to Wishlist
Add to Compare

OpenDuo with Mac OS X
$699.99
ADD TO CART
Add to Wishlist
Add to Compare

Open(Q) with Mac OS X
$799.99
ADD TO CART
Add to Wishlist
Add to Compare

Open(7) with Mac OS X
$1,599.99
ADD TO CART
Add to Wishlist
Add to Compare

Rackmount Open(7) with
Mac OS X
$1,599.99
ADD TO CART
Add to Wishlist
Add to Compare

†Free Upgrades are from select processor models. Free Upgrades are available only on select systems as indicated by the system product page.
© 2009 Psystar. All Rights Reserved.



Questions? Call NOW! **888-456-7801**

My Account   My Wishlist   My Cart   Checkout   Log In

Search entire store here...   GO

**VIDEO AD CONTEST**

Check out the other submissions here.

**Snow Leopard is here!**

Get the new Mac OS X on your Open Computer Now!

**ORDER NOW**

Customize and Order ▸

- Its not a Mac. Its for everyone.
- Faster, cheaper and upgradable
- Available in 4 customizable models
- Three year warranty and support

**Mac Box Set**

iLife   iWork

Newsletter Sign-up:
Enter your email address
SUBMIT

**MY CART**
You have no items in your shopping cart.

**COMPARE PRODUCTS**
You have no items to compare.

**BROWSE BY**
**SHOPPING OPTIONS**

**Category**
Desktops
Servers

**Operating System**
Mac OS X
Windows Vista & XP
Linux

Rebel EFI
$0.00
ADD TO CART
Add to Wishlist
Add to Compare

OpenDuo with Mac OS X
$699.99
ADD TO CART
Add to Wishlist
Add to Compare

Open(Q) with Mac OS X
$799.99
ADD TO CART
Add to Wishlist
Add to Compare

Open(7) with Mac OS X
$1,599.99
ADD TO CART
Add to Wishlist
Add to Compare

Rackmount Open(7) with Mac OS X
$1,599.99
ADD TO CART
Add to Wishlist
Add to Compare

†Free Upgrades are from select processor models. Free Upgrades are available only on select systems as indicated by the system product page.
© 2009 Psystar. All Rights Reserved.



Questions? Call NOW! **888-456-7801**

My Account    My Wishlist    My Cart    Checkout    Log In

Home / Featured Products / Rebel EFI

Search entire store here...    GO

**RELATED PRODUCTS**

Check items to add to the cart or select all

USB Sound Dongle
$19.95

Add to Wishlist

**MY CART**

You have no items in your shopping cart.

**COMPARE PRODUCTS**

You have no items to compare.

Double click on above image to view full picture

**MORE VIEWS**

**Rebel EFI**

Availability: In stock,

**Quick Overview**

Featuring Psystar's newest technology for allowing for the smooth interfacing between operating systems and generic Intel hardware, Rebel EFI allows for the easy installation of multiple operating systems on a single system. The authenticated version allows for the permanent installation of these OS's on your system, as well as providing the DUBL, supported hardware profile features and related drivers, and support for the application.

Rebel EFI is free to try and download, though it will have limited hardware functionality and a run-time of two hours.

Download Rebel EFI

See the Rebel EFI Wiki for detailed instructions on how to install Mac OS X, and for a complete hardware compatibility list.

**\*Psystar is not responsible for possible data loss due to installation or use of Rebel EFI.**

Once payment has been processed, your Authentication Code will be e-mailed to you.

Qty:          ADD TO CART

Add to Wishlist    Add to Compare

**Links** *

☐  Rebel EFI (One Authentication Key)  +$49.99

**\* Required Fields**

$0.00                                      Qty:          ADD TO CART

Product Description    Product Tags

**Every OS. For Everyone.**

**DUBL**

The Darwin Universal Boot Loader can identify new hard drives attached to the computer and allows for the user to easily install a different operating system on the same computer. This allows the user to have multiple operating systems on one computer. DUBL can support up to six different operating systems on six different hard drives.

**"Safe Update"**

The Safe Update tool which has allowed previous Psystar users to update their computers has developed ever greater functionality in the Rebel EFI application. This tool will still screen updates and make available updates directly from Apple, but will also check for the best hardware profiles available from our own servers, ensuring your system is running at optimal capacity at all times.

**Support**

Rebel EFI has a built in support feature which allows users to quickly and easily communicate with our technicians concerning issues they experience with the software.

Email support is also available for users with authentication licenses by contacting licensing@psystar.com

**Psystar Labs approval**

To alleviate some of the incompatibility issues some devices will experience, Psystar has begun their home certification program. Once authenticated, users will be given the opportunity to send in hardware components that are not working correctly and have our engineers build a profile for the device.

For more information regarding the Psystar Labs approval program, click here.

Mac and iMac are registered trademarks of Apple Inc.

[1]Free Upgrades are from select processor models. Free Upgrades are available only on select systems as indicated by the system product page.
© 2009 Psystar. All Rights Reserved.



page | Discussion | view source | history

navigation
* Main Page
* Community portal
* Current events
* Recent changes
* Random page
* Help

search
[ Go ] [ Search ]

# FAQ

Contents [hide]
1 What hardware is compatible?
2 Can I use a Rebel EFI on more than one computer?
3 Can I use Rebel EFI in a virtual machine?
4 Can I install Leopard using Rebel EFI?
5 What do I need to install Snow Leopard on my computer?
6 Is it safe to run updates?
7 What components can I change, add or upgrade?
8 What if I need to reformat my hard drive or replace it?

## What hardware is compatible?

The Rebel EFI Hardware Compatibility List (HCL) can be found at http://wiki.psystar.com/ ⌗. Here you will be able to find information regarding your hardware.

## Can I use a Rebel EFI on more than one computer?

If you purchase Rebel EFI you will receive an authentication code. This code can only be used on one computer. Once you authenticate a computer it can only be used on that computer. Authentication codes cannot be transferred to another computer. If you want to install Rebel EFI on more than one computer then you will need to purchase more than once copy.

## Can I use Rebel EFI in a virtual machine?

No, Rebel EFI, is not supported in Virtual Machines.

## Can I install Leopard using Rebel EFI?

No, Rebel EFI is for installing Snow Leopard (10.6) onto a PC computer. Rebel EFI does not support Leopard (10.5)

## What do I need to install Snow Leopard on my computer?

You will need the following: • Blank CD or DVD • Snow Leopard DVD • Internet Connection • Rebel EFI Compatible Computer

## Is it safe to run updates?

Yes. Simply run the rebel EFI application before updating the computer. Login to the application click the Install button, then Start Install. Once then finishes restart the computer and download the update from Software Updates located at under the Apple at the top left of your screen.

## What components can I change, add or upgrade?

You can upgrade, add or replace any components of your computer, except the motherboard.

## What if I need to reformat my hard drive or replace it?

This is not a problem you can do so and experience no problems as long as it is being done on the same computer

# EXHIBIT 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-973-319**

**Effective date of
registration:**

September 17, 2009

## Title

|  |  |
|---|---|
| **Title of Work:** | Mac OS X Snow Leopard Version 10.6 |
| **Previous or Alternative Title:** | Mac OS X Snow Leopard v10.6; Mac OS X v10.6 Snow Leopard |

## Completion/Publication

|  |  |  |  |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | August 28, 2009 | **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| ■ **Author:** | Apple Inc. |
| **Author Created:** | Entire audiovisual work. |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Apple Inc. |
| | 1 Infinite Loop, MS: 3-TM, Cupertino, CA, 95104, United States |

## Limitation of copyright claim

|  |  |  |
|---|---|---|
| **Material excluded from this claim:** | text, computer program | |
| **Previous registration and year:** | TX 6-849-489 | 2008 |
| | TX 6-325-148 | 2006 |
| **New material included in claim:** | text, photographs, compilation, computer program, artwork | |

## Certification

|  |  |
|---|---|
| **Name:** | Sue Carroll |
| **Date:** | September 16, 2009 |

Registration #:   TX0006973319

Service Request #:   1-245373513

Apple Inc.
Sue Carroll
1 Infinite Loop
MS: 3-TM
Cupertino, CA 95104  United States

**Copyright Office fees are subject to change.**
**For current fees, check the Copyright Office**
**website at *www.copyright.gov*, write the Copy-**
**right Office, or call (202) 707-3000.**

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

TX          TXU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Mac OS X Snow Leopard Version 10.6

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Mac OS X Snow Leopard v10.6; Mac OS X v10.6 Snow Leopard

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**
Apple Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised text, illustrations and compilation; new and revised computer program.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given
2009   ◀ Year   in all cases.

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information   Month ▶ August   Day ▶ 28   Year ▶ 2009
ONLY if this work has been published.
USA   ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Apple Inc.
1 Infinite Loop, MS: 3-TM, Cupertino, CA 95104

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**
**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▶** TX 6849489, TX6325148   **Year of Registration ▶** 2008,2006

**6**
**DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
Previous versions of "Mac OS" and "Mac OS X" operating system software code.

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
This is a changed version of the work. New and revised text, illustrations and compilation; new and revised computer program.

See instructions before completing this space

**7**
**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼  Apple Inc.   Account Number ▼  DA 064823

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Sue Carroll, Copyright Specialist
Apple Inc.
1 Infinite Loop, MS:3-TM; Cupertino, CA 95104

Area code and daytime telephone number ▶ 408-974-9994   Fax number ▶ 408-253-0186
Email ▶ carroll@apple.com

**8**
**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Apple Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Sue Carroll   Date ▶

Handwritten signature ▼

**9**
Certificate will be mailed in window envelope to this address:
Name ▼  Apple Inc.   Attention: Sue Carroll, Copyright Specialist
Number/Street/Apt ▼  1 Infinite Loop, MS: 3-TM
City/State/Zip ▼  Cupertino, CA 95104

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev: 11/2006  Print: 11/2006—30,000  Printed on recycled paper   U.S. Government Printing Office: 2006-xx-xxx/60,xxx