# EXHIBIT A





PS009258

## Our Vision

To provide a cost effective and upgradable option to Apple hardware

PS009259



# Background

## The Operating System Ecology

- Historically both Mac and Windows have relied on their own proprietary code base
- With the release OS X Apple shifted the core of their system to one based on Unix
  - Unix is an open source, enterprise-grade server OS that's considered to be far more stable and secure than Windows and previous versions of Mac
  - Unix predates both Mac and Windows systems by 15 years and is significantly more mature
- The popularity of Macs have increased since the release of Mac OS X in 2001
  - In 2007 Mac OS market share increased 36%, more than three times the industry growth average
  - Apple is projected to sell over 10 million computers this year
- In 2006 Apple made another shift from their own PowerPC architecture to the Intel x86 platform
  - Today the hardware used in Apple computers is provided by the same vendors of commodity PC hardware such as Intel and nVidia
  - Marketing has continued to enforce the differentiation between PC and Mac, creating an artificial market

PS009260



# The Opportunity

## The state of Windows XP

- Archaic underlying security architecture
- Particularly susceptible to many forms of viruses and malware
- Features and visual effects are dated
- Unable to take full advantage of newer multi-core processors such as the Intel Core2Quad
- Rapidly approaching End of Life status from Microsoft
- Many consumers have purchased two or more PCs with Windows XP in the last 7 years and are looking for an alternative

## How about Vista?

- Business are not adopting Vista and are forced to continue using XP for a variety of reasons
- Major OEMs such as Dell have been forced by market demand to continue offering XP after removing it from their product lineup
- Lack of new features means users who upgrade do so at great cost and get little benefit

PS009261



# The Opportunity

## Apple's impact in the consumer market

- Apple makes up roughly 5% of consumer computers, however they are sought after by a specific user base
    - Multimedia professionals
    - Graphic artists
    - Certain scientific applications ( Unix roots )
- Apple has also enjoyed great success among certain groups for mobile users
    - College students ( up to 45% market share )
    - Mobile multimedia professionals like photographers & DJs

## Apple and the enterprise

- Businesses generally do not consider Apple computers when making new IT purchases
    - Up to 105% more expensive than a similarly configured Windows based PC
- Enterprise level service and support has never been a priority of the Apple business model
    - The Apple experience has never included onsite support, a critical requirement of most business purchasing decisions
- Corporations and Institutions alike lean toward options with viable upgrade paths in order to achieve a lower TCO

PS009262



# Is Apple Nervous?

- Psystar is very popular in the media and online community and Apple has taken notice
  - The Open Computer provided Psystar with over $130,000 in sales on it's opening weekend
- Apple filed suit against Psystar for violating their User Agreement
  - Apple sees Psystar as a threat and is compelled to take aggressive action

- Psystar has countered this litigation with an anti-trust claim
  - Apple is using anti-competitive tactics to maintain their monopoly

- The on-going litigation will insulate Psystar from competing with other PC manufactures in the OS X arena
  - The anti-competitive nature of Apple's EULA make it an illegal contract
  - Once the litigation is over that contract will become invalid, opening Mac OS to other OEMs
  - This presents us with a unique window of opportunity to gain market share and achieve brand recognition before competitors can even enter the market

PS009263



# The Psystar Solution

- Open Computing Technology
  - Countermeasures built into Mac OS X disallow compatibility with non-Apple hardware
  - Psystar has invested over 18 months developing technologies that allow Mac OS X to correctly interface with traditional PC hardware
  - Psystar produces PCs that leverage Psystar technologies into a functional operating environment
  - Open Computers provide a greater range of configuration and upgradability in contrast to Apple's product offerings
  - Open Computing products have been vetted and are well received by industry experts

- How Psystar fills the gap
  - Offering computers capable of running Mac OS X at a lower cost with a higher price-to-performance ratio than Apple
    - Both the end user and the enterprise can take advantage of Psystar's competitive pricing model and viable upgradability
  - Psystar offers commercial support for multi-platform desktop and server environments

PS009264



# Psystar Products

## OpenBook (Working title)



- Notebook versus desktop sales have increased to 40% of market share in just one year and are predicted to continue rising
  - In some areas mobile sales growth jumped up as much as 180% in only 6 months
  - Psystar will have a mobile product ready by Q1 2009

- Mobile products are completely designed to uniquely identify Psystar products and operate to Psystar specifications

- Versatility of Psystar mobile products allows them to compete against Windows-based mobile computing products as well

PS009265

# Psystar Products



## OpenBook (Working title)

### OpenBook Specifications

| | | | |
|---|---|---|---|
| Hardware Platform | Intel Centrino 2 mobile platform | | |
| Operating System | XP | Vista | OS X | Linux |
| Screen Size | 13.3" Widescreen LCD | | |
| Processor | Intel Core 2 Duo 2.0GHz | | |
| Memory | 2GB DDR2 | | |
| Hard Disk | 250GB | | |
| Graphics | NVIDIA GeForce 9500M GS | | |
| Optical | DVD-RW DL / CD-RW | | |
| Wireless | 802.11n and Bluetooth Integrated | | |
| Weight | 5 lbs | | |
| Price | $699 | | |



PS009266

# Psystar Products

## Meet the Open Computer

### A home or business-level machine

- Compact, quiet, and fast
- Features Intel dual-core architecture and NVIDIA accelerated graphics
- Upgradable
- Can be upgraded to suit professional multimedia editing
- Can play 3D accelerated games with nVidia GPUs

|  | Mac Mini | Open Computer |
|---|---|---|
| Processor | 2.0 GHz Intel Core2Duo | 2.4 GHz Intel Core2Duo |
| RAM | 2GB DDR2 667 | 2GB DDR2 800 |
| Hard Drives | 160GB 5400RPM SATA | 250GB 7200RPM SATA |
| Graphics Card | Integrated Intel GMA 950 64MB of DDR2 SDRAM of shared system memory | NVIDIA GeForce 7200GS 256MB of dedicated video memory |
| Optical Drives | 16x DVD R/W DL (AKA SuperDrive) | 20X DVD R/W DL |
| One Year Warranty | ✓ | ✓ |
| Upgradable |  | ✓ |
| Price | $949.00 | $614.99 |



PS009267

# Psystar Products

## Introducing the OpenPro

- Geared towards multimedia professionals
  - Digital Audio – Logic Pro and ProTools
  - Non-Linear Video Editing – Final Cut Pro
  - 3D Graphics – Cinema4D, Maya, and 3DS Max
  - Professional Image Editing – Aperture, Photoshop
  - Graphic Arts – Illustrator, Painter

- Features Intel Core2Quad processors and can support up to four displays with two nVidia GPUs



| | Mac Pro | Open Computer |
|---|---|---|
| Processor | 2.8 GHz Intel Xeon | 2.8 GHz Intel Core2Quad |
| RAM | 8 GB (4x2GB) | 8 GB (4x2GB) |
| Hard Drives | 2x 750GB 7200RPM SATA | 2x 750GB 7200RPM SATA |
| Graphics Card | NVIDIA GeForce 8800 GT 512MB | NVIDIA GeForce 8800 GT 512MB |
| Optical Drives | Two 16x DVD R/W DL (AKA SuperDrive) | Two 20X DVD R/W DL |
| One Year Warranty | ✓ | ✓ |
| Upgradable | | ✓ |
| Price | $ 4,499.00 | $1,924.99 |



PS009268



# Psystar Products

## Personal Computer Summary

- Range of personal computers form entry level to high performance models

- One line of products can meet the demands of both consumers and enterprises
  - This aids in reinforcing the Psystar brand while reducing manufacturing costs

- Fully Compatible with Mac OS X, Windows, and Linux by leveraging Psystar technologies

- The Open Computing line have more upgradability and higher price-to-performance ratios than all of Apples product offerings

| Product Line | | Economy | Desktop | Performance | Server |
|---|---|---|---|---|---|
| Apple | Desktop | Mac Mini | iMac | Mac Pro | Xserve |
| | Mobile | MacBook & MacBook Air | | MacBook Pro | N/A |
| Psystar | Desktop | Open Computer | | OpenPro | OpenServ |
| | Mobile | | OpenBook | | N/A |

PS009269

# Psystar Products





## OpenServ

- Rack-mount and pedestal server products capable of running Mac OS X Leopard Server, Windows, and Linux

- Enterprise level commercial support for multi-platform server and desktop environments

- Significantly lower cost than Apple's current server offerings

- On par with most server systems available from other vendors such as HP and Dell

PS009270



# Market Size

920 million traditional PCs in use today

- Dell projects over 5 million units sold this quarter

80 million Apple computers in use today

- Apple projects more than 3 million units sold this quarter

An estimated 180 million computers will be replaced this year alone

- By virtue of compatibility, performance, and value Psystar computers can compete in these markets



PC

Apple

New Sales

PS009271

# Plan Of Action

## Business Model

- Psystar sells it's Products direct online at www.psystar.com

- Distributors provide a channel for the Open Computing line of products in both additional online and existing brick-and-mortar retail outlets.



Desktops — 40%
Laptops — 30%
Servers — 30%

Direct
Retail Partners
Export



# Target Users & Markets

Windows based PC users who:

- Would like to upgrade from Windows XP
- Are interested in purchasing high-performance computers with Linux preinstalled
  - Academics and Researchers (established customer base)
- Want to experience Mac OS X without paying the premium for an Apple computer

Current Apple users who:

- Would like a machine that can be upgraded instead of simply replaced

Users looking to buy a used Apple computer to save money

| Used Apple vs New Psystar | 🍎 | 🔲 |
|---|---|---|
| Runs OS X Leopard | ✓ | ✓ |
| Warranty | | ✓ |
| Latest Technology | | ✓ |
| Upgradability | | ✓ |

*based on price comparison between an Apple Mac Mini and a Dell Inspiron 530s

PS009273



# Plan Of Action

Psystar is the first and only business to compete with Apple in the OS X market

Funding would be used to design hardware to complement Psystar's software technologies

- Reinforce Psystar's identity with branded hardware

- Grant greater control over materials and supply through production of customized components and increase in unit production

- Eliminate dependence on distributors and manufacturer design changes while decreasing costs

- Selected components will decrease configuration time, distinctly identify Psystar products, and allow Psystar to compete directly against Apple

PS009274



# Plan Of Action

Funding will be used to expand Open Computing product line

- Psystar will be able to compete in the mobile market

  - Psystar is targeting a $699 USD mobile computing product to compete in the OS X market

  - Mobile products will be completely designed to uniquely identify Psystar products and operate to Psystar specifications

  - Versatility of Psystar mobile products allow them to compete against Windows-based mobile computing products as well

Psystar will target students and educators

- Apple has great penetration in this market

- Identifiable products will make advertising more effective

- The value-added aspects of our products will appeal to technology enthusiasts

PS009275

# Conservative Growth Model

Psystar launched Open Computing line in April 2008

- Open Computing Technologies now in a mature state
- Facilities for administration and support have been secured



PS009276

# Operating Time Summary

| | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|
| | Open Computing line introduced | First mobile product delivered to market | Psystar is sold in national retail stores | 2 million units sold |

| Target Markets | Consumer & SMB | + Enterprise | + Education | + Government |
|---|---|---|---|---|
| Projected Unit Sales | 10,000 | 80,000 | 200,000 | 1 (M) |
| Revenue | $8 (M) | 64 (M) | .2 (B) | .8 (B) |
| Direct Costs | $6 (M) | $38 (M) | $80 (M) | $.4 (B) |
| R & D | 1,000,000 | 1,500,000 | 4,000,000 | 11,000,000 |
| Marketing | 3,400,000 | 14,000,000 | 31,000,000 | 80,000,000 |
| Operating Costs | 2,587,318 | 9,820,512 | 32,864,502 | 297,534,281 |
| Staff | 52 | 226 | 845 | 6,110 |
| Operating Profit | $(4,587,318.00) | $279,488.00 | $12,135,498.00 | $11,465,719.00 |

Seeking $24M in Series A funding to to further expand, identify, and enhance Open Computing line
*Additional funding may be required in early 2010*

PS009277



# Aggressive Growth Model

Psystar launched Open Computing line in April 2008

- Open Computing Technologies now in a mature state
- Facilities for administration and support have been secured

PS009278

# Operating Time Summary

Open Computing line introduced • First mobile product delivered to market • Psystar is sold in national retail stores • 2 million sold

| Target Markets | 2008 Consumer & SMB | 2009 + Enterprise | 2010 + Education | 2011 + Government |
|---|---|---|---|---|
| Projected Unit Sales | 10,000 | 140,000 | 1 (M) | 2 (M) |
| Revenue | $8 (M) | 112 (M) | 800 (M) | 1.6 (B) |
| Direct Costs | $6 (M) | $67 (M) | $400 (M) | $.8 (B) |
| R & D | $1 (M) | $3.5 (M) | 5,000,000 | 11,000,000 |
| Marketing | 3.4 (M) | 35 (M) | 80,000,000 | 125,000,000 |
| Operating Costs | 2,587,318 | 13,548,311 | 301,485,183 | 616,534,281 |
| Staff | 52 | 486 | 1,567 | 6,110 |
| Operating Profit | ($4,587,318) | ($7,248,311) | $13,514,817.00 | $47,465,719.00 |

Seeking $24M in Series A funding to to further expand, identify, and enhance Open Computing line
*Additional funding may be required in early 2010*

PS009279



# The Psystar Team

## 4 core developers of Psystar technologies

- Enabling Mac OS X technologies on commodity hardware
- Client/Server Software
- Integration Software Solutions
- Systems Design and Implementation
- Psystar technologies developed for Windows, Linux, Mac OS X

## 8 administrative employees

- Internal support staff
- Over 130 years of experience in the Information Technology industry
- Proficient in support and administration methodologies ranging from consumer to enterprise environment

PS009280



# Summary

- Thanks to ongoing litigation and current market conditions Psystar has a unique opportunity

- Lower prices and superior upgradability than Apple will bring Mac OS X to the masses

- Psystar is the only OEM that gives the user a choice in what OS comes installed on their computer

- Open Computing products have been vetted and are well received by industry experts

- Aggressive marketing campaigns will drive sales

- Projected 7% share of all PC sales by 2011

PS009281



Thank You!

PS009282

# Title

- Lorem ipsum dolor sit amet, consectetuer adipiscing elit. Vivamus et magna. Fusce sed sem magna suscipit egestas.

- Lorem ipsum dolor sit amet, consectetuer adipiscing elit. Vivamus et magna. Fusce sed sem magna suscipit egestas.



PS009283

# Title

- Lorem ipsum dolor sit amet, consectetuer adipiscing elit. Vivamus et magna. Fusce sed sem sed magna suscipit egestas.

- Lorem ipsum dolor sit amet, consectetuer adipiscing elit. Vivamus et magna. Fusce sed sem sed magna suscipit egestas.



PS009284