TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com
       mboroumand@townsend.com
       mmchung@townsend.com
       jboblak@townsend.com

O'MELVENY & MYERS LLP
GEORGE RILEY (State Bar No. 118304)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: griley@omm.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> PSYSTAR CORPORATION, a Florida corporation, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 08-3251 WHA <br><br> **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR PERMANENT INJUNCTION, STATUTORY DAMAGES AND REASONABLE ATTORNEYS' FEES AND COSTS** |

[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR PERMANENT INJUNCTION, STATUTORY DAMAGES AND REASONABLE ATTORNEYS' FEES AND COSTS, CASE NO. 08-3251 WHA

townsend.

On July 3, 2008, Plaintiff Apple Inc. ("Apple") filed suit against defendant Psystar Corporation ("Psystar") alleging direct and contributory copyright infringement, trademark and trade dress infringement, breach and induced breach of Apple's Software License Agreement for Mac OS X and violation of state and common law unfair competition laws.  Apple amended its complaint on December 2, 2009, to allege that Psystar violated the Digital Millennium Copyright Act ("DMCA") by circumventing technological protection measures employed by Apple to prevent unauthorized access to Apple's Mac OS X operating system and by trafficking in circumvention devices.  Psystar answered the amended complaint on December 16, 2009 and asserted amended counterclaims for copyright misuse on February 12, 2009.  After the close of fact and expert discovery in this case, Apple moved for summary judgment on its direct and contributory copyright infringement claims, DMCA claims and Psystar's copyright-related defenses and counterclaims.  Psystar also moved for summary judgment on these claims and several of its affirmative defenses.  On November 13, 2009, the Court issued its Order re Cross Motions for Summary Judgment, granting Apple's Motion for Summary Judgment and denying Psystar's Cross Motion and requesting formal briefing concerning relief.   Having considered the papers and arguments of counsel at the December 14, 2009, hearing on relief, the Court enters the following Order:

## ORDER

IT IS HEREBY ORDERED AND ADJUDGED that defendant Psystar and its principals, officers, directors, employees and agents and all other persons in active concert or participation with Psystar who receive notice of this Permanent Injunction, shall be and hereby are permanently enjoined and restrained from:

1. Infringing Apple's copyrights in Mac OS X;

2. Manufacturing, distributing, preparing or using any non-Apple computer installed with a reproduction or derivative work of Mac OS X;

3. Manufacturing, distributing, preparing or using any product that creates or facilitates the reproduction or modification of Mac OS X on non-Apple computers;

4. Circumventing any technological protection measure in Mac OS X;

[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR PERMANENT INJUNCTION, STATUTORY DAMAGES AND REASONABLE ATTORNEYS' FEES AND COSTS, CASE NO. 08-3251 WHA

1

townsend.

     5.     Possessing any technology, product, device, component, or part thereof that has been used to circumvent any technological protection measure in Mac OS X, and requiring Psystar to destroy any technology, product, device, component, or part thereof in its custody or control that has been used to circumvent any technological protection measure in Mac OS X;

     6.     Manufacturing, importing, offering to the public, providing, or otherwise trafficking in circumvention devices using, containing or capable of generating Apple's decryption key, or any technology, product, service, device, component or part thereof for use in circumventing any technological protection measure in Mac OS X; and

     7.     Inducing, aiding or assisting others in infringing Apple's copyrights in Mac OS X, or in circumventing any technological protection measure in Mac OS X.

IT IS FURTHER ORDERED AND ADJUDGED that for its copyright infringement and DMCA violations, Psystar shall pay Apple statutory damages in the amount of $2,120,000, within thirty (30) days of this Order.

IT IS FURTHER ORDERED AND ADJUDGED that as the prevailing party, Apple is entitled to its reasonable attorneys' fees and costs it has incurred with respect to its copyright and DMCA claims in this litigation.  Therefore, Psystar shall pay Apple its reasonable attorneys' fees and costs in an amount to be determined after further briefing on the matter.

IT IS FURTHER ORDERED AND ADJUDGED that Psystar shall immediately post a copy of this Order conspicuously on the homepage of its website located at <http://www.psystar.com>.

IT IS FURTHER ORDERED AND ADJUDGED that this Court shall retain continuing and exclusive jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Permanent Injunction Order, the enforcement thereof, or the punishment of any violations thereof.

DATED: _____, 2009          _____
                                                      William Alsup
                                                      United States District Judge