IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | No. C 08-03251 WHA |
|     Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING** |
| PYSTAR CORPORATION, | |
|     Defendant.          / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the pretrial conference and motion hearing are set for **December 14, 2009 at 2:00 p.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:  November 24, 2009

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
   Dawn Toland
   Courtroom Deputy to the
   Honorable William Alsup