1
2                    UNITED STATES DISTRICT COURT
3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                          SAN FRANCISCO DIVISION
5

6  APPLE INC., a California corporation,    Case No. CV 08-03251 WHA

7              Plaintiff,
                                            **[PROPOSED] ORDER DENYING
8        v.                                 APPLE'S MOTION FOR PERMANENT
                                            INJUNCTION**
9  PSYSTAR CORPORATION,
   a Florida corporation, and DOES 1-10,
10 inclusive,

11             Defendants.

12 AND RELATED COUNTERCLAIMS
13

14

15     For the good cause shown, Apple's Motion for Permanent Injunction is DENIED.

16     It is SO ORDERED.

17     Dated: _____             _____

18
                                                Hon. William H. Alsup
19                                              United States District Judge

20

[PROPOSED] ORDER DENYING APPLE'S MOTION FOR PERMANENT INJUNCTION          1
(CV 08-03251 WHA)

# CERTIFICATE OF SERVICE

I, Michael Wilson, declare I am employed in the City of Houston and County of Harris, Texas in the office of Camara & Sibley. I am over the age of eighteen and not a party to this action. My business address is Camara & Sibley, 2339 University Boulevard, Houston, Texas 77005.

I served the following document(s):

**[PROPOSED] ORDER DENYING APPLE'S MOTION FOR PERMANENT INJUNCTION**
CV 08-03251 WHA

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Camara & Sibley LLP. I sent the document(s) to the following:

| James G. Gilliland, Jr. <br> TOWNSEND AND TOWNSEND AND CREW LLP <br> Two Embarcadero Center, 8th Floor <br> San Francisco, California 94111 <br> Telephone: (415) 576-0200 <br> Facsimile: (415) 576-0300 | email: jggilliland@townsend.com |
|---|---|

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 30, 2009 at Houston, Texas.

/s   Michael Wilson
Michael Wilson

CERTIFICATE OF SERVICE
CASE NO. CV 08-03251 WHA