TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MEGAN M. CHUNG (State Bar No. 232044)
J. JEB B. OBLAK (State Bar No. 241384)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com
       mboroumand@townsend.com
       mmchung@townsend.com
       jboblak@townsend.com

O'MELVENY & MYERS LLP
GEORGE RILEY (State Bar No. 118304)
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: griley@omm.com

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>PSYSTAR CORPORATION, a Florida corporation,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 08-3251 WHA<br><br>**STIPULATION REGARDING DISPOSITION OF CLAIMS** |

    Whereas on November 13, 2009, the Court issued its Order Re Cross Motions for Summary Judgment;

    Whereas the Court will hear and determine the request of plaintiff, Apple Inc. ("Apple"), for a permanent injunction on December 14, 2009; and

Whereas the parties desire to have a final judgment entered in this matter once a decision is rendered by the Court regarding a permanent injunction;

Now, therefore, it is hereby stipulated by and between Apple and Psystar Corporation ("Psystar"), as follows:

1. With respect to Apple's First Claim for Relief (Copyright Infringement) in the Amended Complaint, judgment may be awarded in favor of Apple and against Psystar.

2. With respect to Apple's Second Claim for Relief (Contributory and Induced Copyright Infringement) in the Amended Complaint, judgment may be awarded in favor of Apple and against Psystar.

3. With respect to Apple's Third Claim for Relief (Violation of the Digital Millennium Copyright Act) in the Amended Complaint, judgment may be awarded in favor of Apple and against Psystar.

4. With respect to Apple's Fourth Claim for Relief (Breach of Contract) in the Amended Complaint judgment may be entered in favor of Apple and against Psystar.

5. With respect to Apple's Fifth Claim for Relief (Inducing Breach of Contract) in the Amended Complaint judgment may be entered in favor of Apple and against Psystar.

6. With respect to Apple's First through Fifth Claims for Relief in the Amended Complaint, damages may be awarded in favor of Apple, and against Psystar, in the amount of $1,337,550.

7. With respect to Apple's First, Second and Third Claims for Relief in the Amended Complaint, attorneys' fees and costs in addition to and separate from the damages set forth in paragraph 6, above, may be awarded in favor of Apple, and against Psystar, in the amount of $1,337,500.

8. Apple agrees it will not seek to execute on the money judgments set forth in paragraphs 6 and 7, *supra*, until any and all appeals in this matter are concluded or the time for filing any such appeal has lapsed.

9. Pursuant to Fed. R. Civ. P. 41(a), Apple will dismiss without prejudice to its right

to refile in the future the Sixth Claim for Relief (Trademark Infringement), Seventh Claim for Relief (Trademark Infringement), Eighth Claim for Relief (Trade Dress Infringement), Ninth Claim for Relief (Trademark Dilution), Tenth Claim for Relief (State Unfair Competition) and Eleventh Claim for Relief (Common Law Unfair Competition) in the Amended Complaint. Psystar agrees to toll the statute of limitations applicable to each of these claims for relief until a date thirty days after Apple is required to file an Answer in the matter *Psystar Corporation v. Apple, Inc.*, whether that case proceeds in the Southern District of Florida, the Northern District of California, or some other district.

10. Judgment may be entered in favor of Apple, and against Psystar, on Psystar's First Amended Counterclaim (Declaration of Unenforceability for Copyright Misuse (EULA)) and on Psystar's Second Amended Counterclaim (Declaration of Unenforceability for Copyright Misuse (DMCA)).

11. With respect to all issues (including but not limited to liability) other than the stipulated damages and attorneys' fees and costs awards, the parties reserve their rights to appeal with respect to the final judgments entered on Apple's First through Fifth Claims for Relief in the Amended Complaint as well as Psystar's First and Second Amended Counterclaims.

//
//
//
//
//
//
//
//
//
//
//

12. The parties agree that neither the fact of this Stipulation, nor the terms of it, shall be argued by either of them either in favor of, or against, any contention that venue in the Southern District of Florida is appropriate, or is not appropriate, in the matter *Psystar Corporation v. Apple Inc.*, S.D. Fla. Case No. 09-22535 CIV-Hoeveler/Gardner.

IT IS SO AGREED.

DATED: November 30, 2009          TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ James G. Gilliland, Jr.
JAMES G. GILLILAND, JR.

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

DATED: November 30, 2009          CAMARA & SIBLEY

By: /s/ K.A.D. Camara
K.A.D. CAMARA

Attorneys for Defendant and Counterclaimant
PSYSTAR CORPORATION

62325485 v1