ANN K. JOHNSTON, ESQ., SBN 145022
DENISE A. RUELAS, ESQ., SBN 135777
BERGER KAHN
A Law Corporation
1682 Novato Boulevard, Suite 250
Novato, CA 94947
Tel: (415) 899-1770 • Fax: (415) 899-1769

Attorneys for Third-Party Defendant
TRUCK INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY DORAN, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING, YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>C.C. OLE'S MEXICAN RESTAURANT; GILL & GILL, INC., a California Corporation; SUNPRI CORPORATION, a California Corporation; and PAUL SETO and ROSE SETO, as trustees of the Seto Children's Trust,<br><br>　　　　Defendants.<br><hr>INDERJIT DHINDSA and AMANDEEP DHINDSA,<br><br>　　　　Third-Party Plaintiffs,<br>v.<br><br>TRUCK INSURANCE EXCHANGE, PAUL SETO and ROSE SETO, as Trustees of the Seto Childrens' Trust 1985, and DOES 1-10,<br><br>　　　　Third-Party Defendants | CASE NO. C-03-01190 CRB<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THIRD PARTY COMPLAINT** |

---

1

STIPULATION EXTENDING TIME TO RESPOND TO THIRD PARTY COMPLAINT　　C-03-01190 CRB

WHEREAS, Third-Party Plaintiffs Inderjit and Amandeep Dhindsa filed a third-party complaint in the United States District Court, Northern District of California entitled *Jerry Doran, et al. v. C.C. Ole's Mexican Restaurant, et al.,* Case No. C-03-1190 CRB (hereinafter "the Dhindsa's third-party complaint");

WHEREAS, Defendant Truck Insurance Exchange (hereinafter "Truck") was served with the summons and third party complaint in the third party action on about November 4, 2003;

WHEREAS, District Court local rule 6-1 permits the filing of an initial stipulation extending the time to respond to a complaint, without approval of the court;

IT IS HEREBY STIPULATED by and between the parties that the time for Truck to file a response to the Dhindsa's third-party complaint is hereby extended from November 24, 2003, to December 4, 2003.

DATED: November 19, 2003.

DHALIWAL & ROUHANI

By: /s/
MICHEL J. ROUHANI
Attorneys for Third-Party Plaintiffs,
Inderjit Dhindsa and Amandeep Dhindsa

DATED: November 19, 2003.

BERGER KAHN
A Law Corporation

By: /s/
ANN K. JOHNSTON
Attorneys for Third-Party Defendant
Truck Insurance Exchange

# DECLARATION OF ANN K. JOHNSTON

I, ANN K. JOHNSTON, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California and am a partner of the Law Firm of Berger Kahn, A Law Corporation, attorneys of record for Third-Party Defendant, Truck Insurance Exchange. The following facts are known to me, and if called as a witness, I could and would testify competently thereto.

2. Concurrence in the filing of the attached Stipulation Extending Time to Respond to Third-Party Complaint has been obtained from each of the other signatories indicated on page two of the Stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed within the United States on November __19__, 2003.

By: /s/
ANN K. JOHNSTON

IT IS SO ORDERED

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Nov. 26, 2003
DATE