IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | No. C 08-03251 WHA |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| PSYSTAR CORPORATION, a Florida corporation, | |
| Defendant. | |

For the reasons stated in the order granting summary judgment in favor of plaintiff, the parties' joint stipulation awarding damages, granting attorney's fees, and dismissing all remaining claims, and the accompanying order granting plaintiff's motion for a permanent injunction, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendant.

The undersigned expressly retains jurisdiction to enforce the judgment and permanent injunction issued in this action. The Clerk, however, **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 15, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE