## FOLGER LEVIN & KAHN LLP

ATTORNEYS AT LAW

Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone 415.986.2800
Facsimile 415.986.2827

Los Angeles Office:
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone 310.556.3700
Facsimile 310.556.3770

www.flk.com

November 26, 2003

BY ELECTRONIC FILING AND U.S. MAIL

The Honorable Jeffrey S. White
United States District Court
Northern District of California
Courtroom 2, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:  TV Interactive Data Corp. v. Microsoft Corporation – Case No. 02 2385

Dear Judge White:

I am writing this letter at the suggestion of your docket clerk to request the removal of Theresa I. McFarland as an attorney of record for plaintiff TV Interactive Data Corp. and from the e-filing service list in the above-referenced case. Ms. McFarland is no longer an attorney with our firm, and therefore should be removed from the service list. I will continue to serve as local counsel for TV Interactive Data Corp. along with my associate, Tracy Reichmuth, together with lead counsel, Robins Kaplan Miller & Ciresi.

The e-filing procedures for the Northern District require that participants electronically file a document explaining the reasons for removing any attorney from the e-filing list. Your docket clerk advised that a letter would be sufficient. We will follow up with your clerk to determine whether any additional steps will be necessary to remove Ms. McFarland and to add Tracy Reichmuth to the service list. Thank you for your assistance.

Very truly yours,

/s/
Samuel R. Miller

89051\2001\374455.1
11/26/03 11:01 AM