K.A.D. CAMARA (TX Bar No. 24062646/
MA Bar No. 661087 – *Admitted Pro Hac Vice*)
camara@camarasibley.com
KENT RADFORD (TX Bar No. 24027640 –
*Admitted Pro Hac Vice*)
radford@camarasibley.com
CAMARA & SIBLEY LLP
2339 University Boulevard
Houston, Texas 77005
Telephone: (713) 893-7973
Facsimile: (713) 583-1131

EUGENE ACTION (SBN 223023)
eugeneaction@hotmail.com
1780 E. Barstow Ave., #5
Fresno, California 93710
Telephone: (559) 283-9772
Facsimile: (559) 642-2843

Attorneys for Defendant/Counterclaimant
PSYSTAR CORPORATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. CV-08-03251-WHA |
| Plaintiff, | |
| v. | **REPORT REGARDING COMPLIANCE WITH INJUNCTION** |
| PSYSTAR CORPORATION, | |
| *Defendants*. | |
| AND RELATED COUNTERCLAIMS | |

## REPORT REGARDING COMPLIANCE WITH INJUNCTION

1. My name is Rudy Pedraza. I am the CEO of Psystar Corporation. I was personally responsible for the steps that Psystar has taken to comply with this Court's injunction.

2. Psystar had already stopped selling computers with Mac OS X preinstalled when the Court's order came down. The only product that Psystar was selling when the Court's order came down was Rebel EFI.

3. Psystar ceased selling Rebel EFI two days after the Court's order came down. Since then, Psystar has not sold or offered for sale any products that include Mac OS X, that facilitate running Mac OS X on non-Apple hardware, or that otherwise come within the terms of the injunction.

4. Psystar posted on its web site a statement expressing its disagreement with this Court's summary judgment order and stating its intention to appeal that order to the Ninth Circuit and to continue the fight in Miami. Psystar respects that this Court has made its decision and has no intention of defying that decision, but intends to appeal it through all available legal channels.

5. Pursuant to an agreement between counsel for both parties memorialized in an email, counsel for Psystar is retaining one copy of Rebel EFI (and prior versions of Rebel EFI) and all software used in connection with running OS X on non-Apple computers for use in subsequent litigation. This includes the invited declaratory judgment proceeding in this Court and the ongoing litigation in Miami. Counsel for Apple has specifically stated that Apple does not wish this Court's injunction to be construed to require the destruction of evidence that is relevant to the ongoing litigation between Apple and Psystar.

6. Psystar and its principals have destroyed all their copies of Rebel EFI. The only copy

of the Rebel EFI source code that now exists is in the hands of counsel for Psystar pursuant to the agreement between the parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and ability.

Executed on December 31, 2009, at Miami, Florida.

_____
RUDY PEDRAZA

## CERTIFICATE OF SERVICE

I, Michael Wilson, declare I am employed in the City of Houston and County of Harris, Texas in the office of Camara & Sibley. I am over the age of eighteen and not a party to this action. My business address is Camara & Sibley, 2339 University Boulevard, Houston, Texas 77005.

I served the following document(s):

**REPORT REGARDING COMPLIANCE WITH INJUNCTION**
Case No. CV 08-03251 WHA

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Camara & Sibley LLP. I sent the document(s) to the following:

| | |
|---|---|
| James G. Gilliland, Jr.<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 | email: jggilliland@townsend.com |

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on December 31, 2009 at Houston, Texas.

/s/ Michael Wilson
Michael Wilson