UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

January 15, 2010

**CASE INFORMATION:**
Short Case Title:  APPLE INC.-v- PSYSTAR CORPORATION
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco division ~ Judge William H. Alsup
Criminal and/or Civil Case No.:  CV 08-03251 WHA
Date Complaint/Indictment/Petition Filed: 7/3/08
Date Appealed order/judgment *entered* 12/15/09
Date NOA *filed* 1/14/10
Date(s) of Indictment          Plea Hearing                              Sentencing

COA Status (check one):    ☐ granted in full (attach order)        ☐ denied in full (send record)
                           ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: Sahar McVicker (415) 626-6060

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 1/14/10                    Date Docket Fee Billed:
Date FP granted:                                 Date FP denied:
Is FP pending?  ☐ yes  ☐ no                                    Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                               Appellee Counsel:
see docket sheet                                 see docket sheet


☒ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                     Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                        9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Sheila Rash
                                                    (415) 522-2099