UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRACENOTE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MUSICMATCH, INC., a Washington corporation,<br><br>Defendant. | Case No. C 02-3162 CW (MEJ)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULES 7-10(b) AND 79-5:**<br><br>**(1) EXHIBITS A, B, E AND F TO THE DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT OF GRACENOTE'S OPPOSITION TO MUSICMATCH'S MOTION FOR SANCTIONS RE: "PRICING AND LICENSING FEE" DOCUMENTS**<br><br>**(2) UNREDACTED VERSION OF GRACENOTE'S OPPOSITION TO MUSICMATCH'S MOTION FOR SANCTIONS RE: "PRICING AND LICENSING FEE" DOCUMENTS**<br><br>**Judge: Honorable Magistrate Judge Maria-Elena James** |

Plaintiff Gracenote, Inc. ("Gracenote") has filed a Miscellaneous Administrative Request with this Court pursuant to Civil Local Rules 7-10(b) and 79-5 requesting permission to file under seal the following documents: (1) Exhibits A, B, E And F To The Declaration Of Gabriel M. Ramsey In Support Of Gracenote's Opposition To Musicmatch's Motion For Sanctions Re: "Pricing And Licensing Fee" Documents; (2) Unredacted Version Of Gracenote's Opposition To

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

-1-

**[Proposed] Order Granting Misc. Admin. Req. To File Under Seal**
Case No. C 02-3162 CW (MEJ)

Dockets.Justia.com

Musicmatch's Motion For Sanctions Re: "Pricing And Licensing Fee" Documents

After considering the requesting papers and all other matters presented to the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

Gracenote, Inc.'s request to file the above referenced documents under seal is GRANTED.

Dated: _____, 2003

_____
The Honorable Maria Elena-James
United States Magistrate Judge

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

-2-

**[Proposed] Order Granting Misc. Admin. Req. To File Under Seal**
Case No. C 02-3162 CW (MEJ)