| | |
|---|---|
| 1 | MICHAEL RUBIN (SBN 80618)<br>SCOTT A. KRONLAND (SBN 171693) |
| 2 | REBEKAH B. EVENSON (SBN 207825)<br>Altshuler, Berzon, Nussbaum, Rubin & Demain |
| 3 | 177 Post Street, Suite 300<br>San Francisco, CA 94108 |
| 4 | Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064 |
| 5 | |
| 6 | PETER A. WALD (SBN 085705)<br>JOHN P. FLYNN (SBN 141094) |
| 7 | RANDALL T. KIM (SBN 196244)<br>SHANNON M. EAGAN (SBN 212830) |
| 8 | Latham & Watkins LLP<br>505 Montgomery Street, Suite 1900 |
| 9 | San Francisco, CA 94111<br>Telephone: 415/391-0600 |
|   | Facsimile: 415/395-8095 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE I, *et al.*, | ) | No. C-02-5570 WHA (MEJ) |
| | ) | |
| Plaintiffs, | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **PLAINTIFFS' MOTION TO FILE** |
| v. | ) | **UNDER SEAL REPLY** |
| | ) | **MEMORANDUM OF POINTS AND** |
| LAKIREDDY BALI REDDY, *et al.*, | ) | **AUTHORITIES IN SUPPORT OF** |
| | ) | **MOTION FOR SANCTIONS AND** |
| Defendants. | ) | **DECLARATION OF MICHAEL** |
| | ) | **RUBIN IN SUPPORT OF REPLY,** |
| | | **AND EXHIBITS THERETO AND** |
| | | **DECLARATION OF VEENA** |
| | | **ACHAR IN SUPPORT OF** |
| | | **PLAINTIFFS' MOTION FOR** |
| | | **SANCTIONS** |

Plaintiffs' Motion to File Under Seal the Reply Memorandum of Points and Authorities in Support of Motion for Sanctions, the Declaration of Michael Rubin in Support of Plaintiffs' Reply and the exhibits thereto and the Declaration of Veena Achar in support of Plaintiffs' Motion for Sanctions, having come before this Court for consideration, is GRANTED. It is hereby ORDERED that the reply Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Sanctions, the Declaration of Michael Rubin in Support of Plaintiffs'

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL
Case No. C-02-5570 WHA(MEJ)

Reply, and the exhibits thereto and the Declaration of Veena Achar in support of Plaintiffs' Motion for Sanctions, shall be filed under seal.

Dated: _____  By: _____
                            Hon. Maria-Elena James
                            United States District Judge