JONATHAN C.S. COX (State Bar No. 139298)
COX PADMORE SKOLNIK & SHAKARCHY
750 Menlo Avenue, Suite 300
Menlo Park, California 94025-4735
Telephone: (650) 424-0600
Facsimile: (650) 493-9408
E-mail: officialnotices@cpsslaw.com

PHILIP BOROWSKY, P.C. (State Bar No. 56590)
CHRISTOPHER J. HAYES (State Bar No. 184287)
BOROWSKY & HAYES LLP
One Market Plaza, Steuart Tower, Suite 1275
San Francisco, California 94105-1431
Telephone: (415) 896-6800
Facsimile: (415) 896-0600
E-mail: docket@borowsky.com

Attorneys for All Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| C. PRESTON BUTCHER, an individual; LEGACY PARTNERS 2323 L.P., a California limited partnership; LEGACY PARTNERS 387 L.P., a California limited partnership; and LEGACY PARTNERS, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> GULF INSURANCE COMPANY, a Connecticut corporation; and DOES 1–50, inclusive, <br><br> Defendants. | No. C 03-03553 PJH <br><br> **INITIAL DISCLOSURES OF PLAINTIFFS C. PRESTON BUTCHER, LEGACY PARTNERS 2323 L.P., LEGACY PARTNERS 387 L.P., AND LEGACY PARTNERS, INC.** |

Plaintiffs C. PRESTON BUTCHER, LEGACY PARTNERS 2323 L.P., LEGACY PARTNERS 387 L.P., and LEGACY PARTNERS, INC. ("Plaintiffs") herewith make their initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) and Civil Local Rule 16-5 of the United States District Court for the Northern District of California.

G:\Cases\1086\Gulf\Discovery\Initial Disclosures.wpd                     1

Initial Disclosures of Plaintiffs C. Preston Butcher, Legacy Partners 2323 L.P., Legacy Partners 387 L.P., and Legacy Partners, Inc.
                                                                    C 03-03553 PJH

Dockets.Justia.com

# I. Disclosures

## A.   Individuals Likely to Have Discoverable Information

The following individuals are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings. The name, address, and telephone number of each individual is set forth (if known to the Plaintiffs), along with the subjects of the information.

| Name, Address, and Telephone (if known) | Subjects of Information Likely Known |
|---|---|
| C. Preston Butcher<br>4000 Third Avenue, Suite 600<br>Foster City, California 94404-1167<br>Telephone: 650-571-2200 | The claims made against Mr. Butcher, Legacy Partners 2323 L.P., Legacy Partners 387 L.P., and Legacy Partners, Inc., by Woodson, the Pogues, and the Pogue Entities, and the damages suffered as a result of Defendants' refusal to provide coverage under the applicable insurance policies. These damages include the cost of defense against the claims, the cost of settlement of the claims, and the cost of prosecuting the claims in this action. |
| James L. Andersen<br>4000 Third Avenue, Suite 600<br>Foster City, California 94404-1167<br>Telephone: 650-571-2200 | The claims made against Mr. Butcher, Legacy Partners 2323 L.P., Legacy Partners 387 L.P., and Legacy Partners, Inc., by Woodson, the Pogues, and the Pogue Entities, and the damages suffered as a result of Defendants' refusal to provide coverage under the applicable insurance policies. These damages include the cost of defense against the claims, the cost of settlement of the claims, and the cost of prosecuting the claims in this action. |
| W. Dean Henry<br>4000 Third Avenue, Suite 600<br>Foster City, California 94404-1167<br>Telephone: 650-571-2200 | Impact of *Woodson* and *Pogue* Claims on business of plaintiffs. |
| Guy K. Hays<br>4000 Third Avenue, Suite 600<br>Foster City, California 94404-1167<br>Telephone: 650-571-2200 | Impact of *Woodson* and *Pogue* Claims on business of plaintiffs. |
| Jim Woodson<br>c/o Jeffrey P. Widman, Esq.<br>Law Offices of Jeffrey P. Widman<br>101 Race Street, Suite 100<br>San José, CA 95126-3041 | The claims made by Mr. Woodson and the damages suffered as a result of Defendants' refusal to defend and indemnify the Plaintiffs against those claims. These damages include the cost of defense against the claims, the cost of settlement of the claims, and the cost of prosecuting the claims in this action. |

G:\Cases\1086\Gulf\Discovery\Initial Disclosures.wpd

Initial Disclosures of Plaintiffs C. Preston Butcher, Legacy Partners 2323 L.P., Legacy Partners 387 L.P., and Legacy Partners, Inc.

C 03-03553 PJH

| Name, Address, and Telephone (if known) | Subjects of Information Likely Known |
|---|---|
| A. Mack Pogue<br>Lincoln Property Company<br>500 North Akard, Suite 3300<br>Dallas, Texas 75201<br>Telephone: (214)740-3318 | The claims made against Mr. Butcher, Legacy Partners 2323 L.P., Legacy Partners 387 L.P., and Legacy Partners, Inc., by the Pogues and the Pogue Entities, and the cost of the settlement of those claims. |
| Nancy Davis<br>Lincoln Property Company<br>500 North Akard, Suite 3300<br>Dallas, Texas 75201<br>Telephone: (214)740-3318 | The claims made against Mr. Butcher, Legacy Partners 2323 L.P., Legacy Partners 387 L.P., and Legacy Partners, Inc., by the Pogues and the Pogue Entities, and the cost of the settlement of those claims. |
| Persons most knowledgeable at Gulf Insurance Group, Gulf Insurance Company, Gulf Underwriters Insurance Company, and their parents, subsidiaries, and related entities<br>125 Broad Street, 8th Floor<br>New York, New York 10004 | Defendants' organization, Defendants' general policies and procedures for handling claims, the reasons for Defendants' refusal to provide coverage for the claims made by Woodson, the Pogues, and the Pogue Entities, and Defendants' financial condition (for the purpose of assessing punitive damages). |
| Persons most knowledgeable at Willis Insurance Services if California, Inc., and its parents, subsidiaries, and related entities<br>One Front Street, Ste., 1600<br>San Francisco, California 94111 | The reasons for Defendants' refusal to provide coverage to Plaintiffs against the claims made by Woodson, the Pogues, and the Pogue Entities. |

**B.     Documents, Data Compilations, and Tangible Things**

Concurrently with this initial disclosure, Plaintiffs are serving on Defendant copies of approximately 2,000 pages of documents in the possession, custody, or control of Plaintiffs relevant to disputed facts alleged with particularity in the pleadings.

**C.     Computation of Damages**

Plaintiffs compute their damages as follows: In the matter of *Woodson v. Legacy Partners 2323 L.P. et al*, damages approximate $500,000 dollars to date. Additionally, Plaintiffs will claim attorneys' fees and costs in connection with a petition for rehearing to be filed in the California Court of Appeal, a petition for review to be filed in the California Supreme Court, any further trial court proceedings, and any settlement by or judgment against Plaintiffs.

In the matter of *Pogue v. Butcher*, Plaintiffs have incurred approximately $6 million in attorneys' fees. Plaintiffs are presently making an allocation between the costs of prosecuting and defending the respective claims and cross-claims in that case, but preliminary calculations indicate that the majority of attorneys' fees are properly allocable to defending the cross-claims. Furthermore,

Plaintiffs paid in excess of $10 million in settlement of that action; Plaintiffs claim the amount of $10 million as damages for breach of the insurance contracts (based on the applicable policy limits).

**D.      Insurance Agreements**

Plaintiffs' document disclosure includes the Gulf insurance policies at issue in this case.

Dated: December 1, 2003

BOROWSKY & HAYES LLP

/s/ Christopher J. Hayes
By: CHRISTOPHER J. HAYES
Attorneys for All Plaintiffs

## II. Certification

I, Christopher J. Hayes, declare:

I am a member in good standing of the State Bar of California and of the bar of this Court, and am a partner of Borowsky & Hayes LLP, counsel of record to Plaintiffs C. Preston Butcher, Legacy Partners 2323 L.P., Legacy Partners 387 L.P., and Legacy Partners, Inc. I certify that to the best of my knowledge, information, and belief, formed after an inquiry that is reasonable under the circumstances, that the foregoing disclosure is complete and correct as of the time that it is made.

Dated: December 1, 2003

BOROWSKY & HAYES LLP

/s/ Christopher J. Hayes
By: CHRISTOPHER J. HAYES
Attorneys for All Plaintiffs

G:\Cases\1086\Gulf\Discovery\Initial Disclosures.wpd

Initial Disclosures of Plaintiffs C. Preston Butcher, Legacy Partners 2323 L.P., Legacy Partners 387 L.P., and Legacy Partners, Inc.                                                                                    C 03-03553 PJH