IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>PSYSTAR CORPORATION, a Florida corporation,<br><br>    Defendant.<br>                               / | No. C 08-03251 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AFTER REMAND** |

On September 28, 2011, our court of appeals entered an opinion that vacated and remanded this court's "orders granting Apple's motion to seal litigation documents" for further consideration (Dkt. No. 258 at 22). The mandate returning this action to the district court has just been entered (Dkt. No. 259). A case management conference is hereby **SET** for **3:00 P.M. ON NOVEMBER 17, 2011**. Please file a joint case management statement at least **SEVEN DAYS** prior.

**IT IS SO ORDERED.**

Dated: October 25, 2011.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE