O'MELVENY & MYERS LLP
GEORGE A. RILEY (State Bar No. 118304)
DAVID R. EBERHART (State Bar No. 195474)
DAVID SEPANIK (State Bar No. 221527)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff and Counterdefendant

APPLE INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

APPLE INC.,

Plaintiff,

v.

PSYSTAR CORPORATION, a Florida corporation,

Defendant.

AND RELATED COUNTERCLAIMS

Case No. CV-08-3251-WHA

**DOCUMENTS EXCLUDED FROM APPLE INC.'S RENEWED MOTION TO SEAL - DOCUMENTS NOW PUBLIC**

Index of Documents Excluded from Apple Inc.'s Renewed Motion to Seal - Documents Now Public

| Attachment | Original Docket No. | Description |
|---|---|---|
| 1 | 181.2 | Declaration of Matthew R. Lynde in Support or Apple Inc.'s Motion for Summary Judgment |
| 2 | 182.4 | Exhibit C to Psystar's Motion for Summary Judgment |
| 3 | 182.6 | Exhibit E to Psystar's Motion for Summary Judgment |
| 4 | 182.7 | Exhibit F to Psystar's Motion for Summary Judgment |
| 5 | 182.8 | Exhibit G to Psystar's Motion for Summary Judgment |
| 6 | 182.9 | Exhibit H to Psystar's Motion for Summary Judgment |
| 7 | 183.2 | Exhibit 3 to Megan M. Chung's Declaration iso Apple Inc.'s Motion for Summary Judgment |
| 8 | 183.2 | Exhibit 8 to Megan M. Chung's Declaration iso of Apple Inc.'s Motion for Summary Judgment |
| 9 | 183.2 | Exhibit 9 to Megan M. Chung's Declaration iso Apple Inc.'s Motion for Summary Judgment |
| 10 | 183.2 | Exhibit 10 to Megan M. Chung's Declaration iso Apple Inc.'s Motion for Summary Judgment |
| 11 | 183.2 | Exhibit 12 to Megan M. Chung's Declaration iso Apple Inc.'s Motion for Summary Judgment |
| 12 | 183.2 | Exhibit 13 to Megan M. Chung's Declaration iso Apple Inc.'s Motion for Summary Judgment |
| 13 | 183.2 | Exhibit 14 to Megan M. Chung's Declaration iso Apple Inc.'s Motion for Summary Judgment |
| 14 | 183.2 | Exhibit 16 to Megan M. Chung's Declaration iso Apple Inc.'s Motion for Summary Judgment |
| 15 | 183.4 | Exhibit 23 to Megan M. Chung's Declaration iso Apple Inc.'s Motion for Summary Judgment |
| 16 | 183.7 | Exhibit 41 to Megan M. Chung's Declaration iso Apple Inc.'s Motion for Summary Judgment |

| | | |
|---|---|---|
| 17 | 183.10 | Exhibit 62 to Megan M. Chung's Declaration iso Apple Inc.'s Motion for Summary Judgment |
| 18 | 183.10 | Exhibit 63 to Megan M. Chung's Declaration iso Apple Inc.'s Motion for Summary Judgment |
| 19 | 183.10 | Exhibit 64 to Megan M. Chung's Declaration iso Apple Inc.'s Motion for Summary Judgment |
| 20 | 195.6 | Exhibit F to Psystar's Opposition to Apple's Motion for Summary Judgment |

DATED: December 9, 2011

Respectfully submitted,
O'MELVENY & MYERS LLP

By: /s/ David R. Eberhart
David R. Eberhart
Attorneys for Plaintiff and Counterdefendant
APPLE INC.