Apple Inc. v. Psystar Corporation

Doc. 271

Randall C. Creech, Esq. (SBN 65542)
CREECH, LIEBOW & KRAUS
99 Almaden Boulevard, Eighth Floor
San Jose, California 95113
Telephone: 408-993-9911
Facsimile: 408-993-1335

Thomas M. Carney, Esq. (admitted *pro hac vice)*
Mark G. Arnold, Esq. (admitted *pro hac vice)*
Carol A. Rutter, Esq. (admitted *pro hac vice)*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: 314-480-1500
Facsimile: 314-480-1505

Attorneys for Defendant Olin Corporation

Keith M. Casto, Esq, (SBN 141279)
Earl L. Hagström, Esq. (SBN 150958)
Sedgwick, Detert, Moran & Arnold LLP
1 Embarcadero Center 18th Floor
San Francisco, CA 94111-3628
Telephone: 415-781-7900
Facsimile: 415-781-2635

Attorneys for Defendants Standard Fusee Corporation,
d/b/a Orion Safety Products

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES AGUARISTI,<br><br>Plaintiff,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05202 RMW<br><br>**PROOF OF SERVICE** |



Dockets.Justia.com

| | |
|---|---|
| DOUGLAS R. ALTON,<br><br>Plaintiff,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05216 RMW<br><br>**PROOF OF SERVICE** |
| SALVADOR BASQUEZ and ROSIE BASQUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05207 RMW<br><br>**PROOF OF SERVICE** |
| KRISHNA BHOLA and JENNIFER BHOLA,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05219 RMW<br><br>**PROOF OF SERVICE** |
| KEN BURNS and JOAN BURNS,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05205 RMW<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| SALVATORE V. COSENTINO,<br><br>Plaintiff,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05210 RMW<br><br>**PROOF OF SERVICE** |
| CUPERTINO DEVELOPMENT CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05201 RMW<br><br>**PROOF OF SERVICE** |
| JOHN DE CARLO and DEANNA DE CARLO,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05220 RMW<br><br>**PROOF OF SERVICE** |
| JUAN de la TORRE and MARIA de la TORRE,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05208 RMW<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| JOSEPH H. GUTIERREZ and SOLEDAD GUTIERREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05209 RMW<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| MARK fflNESER and TRINA fflNESER,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05225 RMW<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| JESSE J. HUTCfflNGS and JUANITA C. HUTCfflNGS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05204 RMW<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| FRANCISCO NARANJO,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05228 RMW<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| VINCENT ROMAN and SARAH J. ROMAN et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 03-05215 RMW<br><br>**PROOF OF SERVICE** |
| TUNG WOON LEUNG and WAI LENG LEUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05230 RMW<br><br>**PROOF OF SERVICE** |
| ROBERT MARTIN and VICTORIA MARTIN,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05231 RMW<br><br>**PROOF OF SERVICE** |
| JOHN MARTINEZ and MARIE MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05229 RMW<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| ESTATE OF PAP AC, by and through LUCY M. WALSH, Executor,<br><br>Plaintiff,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05233 RMW<br><br>**PROOF OF SERVICE** |
| SAMUEL S. PEARSON and ADELINE M. PEARSON, Trustees of the Pearson Family Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05206 RMW<br><br>**PROOF OF SERVICE** |
| MEL PERREIR and CHARLYN PERREIR,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05226 RMW<br><br>**PROOF OF SERVICE** |
| JAMES STEFFENSON and RAYLENE STEFFENSON,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05196 RMW<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| DONNA SUBOCZ,<br><br>Plaintiff,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05203 RMW<br><br>**PROOF OF SERVICE** |
| NANCY SUGIYAMA, PATRICIA FABINY, KATHLEEN MANN and CYNTHIA JOHNSON<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05200 RMW<br><br>**PROOF OF SERVICE** |
| ANTONIO SUPNET and ROSITA SUPNET,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05211 RMW<br><br>**PROOF OF SERVICE** |
| CARLOS TOVAR and TERESA TOVAR,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05199 RMW<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| PASQUEL TOVAR and HERMANIA TOVAR,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05223 RMW<br><br>**PROOF OF SERVICE** |
| RAUL TOVAR and SUSAN TOVAR,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05222 RMW<br><br>**PROOF OF SERVICE** |
| VERNON TRUITT and LINDA TRUITT,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05214 RMW<br><br>**PROOF OF SERVICE** |
| ALVIN V. WAGLER and RUTH F. WAGLER, trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05212 RMW<br><br>**PROOF OF SERVICE** |

DIANA WALSH,

Plaintiff,

vs.

OLIN CORPORATION, et al.,

Civil Action No. 03-05195 RMW

**PROOF OF SERVICE**

GLEN WEBB and GAIL WEBB,

Plaintiffs,

vs.

OLIN CORPORATION, et al.,

Civil Action No. 03-05198 RMW

**PROOF OF SERVICE**

GEORGIA SERRANO,

Plaintiffs,

vs.

OLIN CORPORATION, et al.,

Civil Action No. 03-05197 RMW

**PROOF OF SERVICE**

SCOTT SMITH and JUDITH WRIGHT PERKINS,

Plaintiffs,

vs.

OLIN CORPORATION, et al.,

Civil Action No. 03-05224 RMW

**PROOF OF SERVICE**

| | |
|---|---|
| JACK WARD and DIANA WARD,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al., | Civil Action No. 03-05213 RMW<br><br>**PROOF OF SERVICE** |

## DECLARATION OF PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 99 Almaden Blvd., 8th Floor, San Jose, California, 95113.

I caused to be served a true and correct copy of the following document(s):

**SEE ATTACHED LIST OF DOCUMENTS SERVED**

by delivering as noted below:

_X **MAIL:** I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ **FEDERAL EXPRESS:** Placed in a Federal Express facility.

_X_ **PERSONAL SERVICE:** Delivered by hand to the office of the addressee.

___ **FACSIMILE** Transmitted via facsimile transmission to the Addressee as noted-below.

Delivered to the offices of:

**SEE ATTACHED LIST FOR PARTIES SERVED AND SPECIFIC METHOD/DATE OF SERVICE**

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Jose, California, on December 1, 2003.

Barbara Cruz

## DOCUMENTS SERVED

1. Civil Cover Sheet
2. Notice of Removal
3. Disclosure of Interested Non-Party Persons or Entities (Olin)
4. Disclosure of Interested Non-Party Persons or Entities (Standard Fusee)
5. Order Setting Initial Case Management and related documents pursuant to Federal Court Rules
6. Notice of Filing of Removal (w/ Superior Court w/ Exhibit)

## PARTIES SERVED AND METHOD/DATE OF SERVICE

| | |
|---|---|
| Richard Alexander, Esq.<br>William M. Audet, Esq.<br>Jeffrey W. Rickard, Esq.<br>Ryan M. Hagan, Esq.<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br><br>Attorneys for Plaintiff(s)<br><br>**VIA HAND DELIVERY on** 11/25/03 | Carol A. Rutter, Esq.<br>HUSCH & EPPENBERGER, LLC<br>190 Carondelet Plaza, Suite 600<br>St. Louis MO 63105-3441<br><br>Co-Counsel for Olin Corporation<br><br>**VIA FEDERAL EXPRESS on 11/26/03** |
| Earl L. Hagstrom, Esq.<br>Keith M. Casto, Esq.<br>SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>1 Embarcadero Center, 18th Floor<br>San Francisco, CA 94118-3628<br><br>Attorneys for Defendant Standard Fusee Corporation<br><br>**VIA UNITED PARCEL SERVICE - GROUND on 11/26/03** | Charles M. Calderon, Esq.<br>Alfred E. Smith, II, Esq.<br>NOSSAMAN, GUTHNER, KNOX& ELLIOT, LLP<br>445 S. Figueroa Street, 31st Fl.<br>Los Angeles, CA 90071-1602<br><br>Attorneys for Defendant Santa Clara Valley Water District<br><br>**VIA UNITED PARCEL SERVICE - GROUND on 11/26/03** |
| Stephen N. Roberts, Esq.<br>Sophie N. Froelich, Esq.<br>NOSSAMAN, GUTHNER, KNOX & ELLIOT, LLP<br>50 California Street, 34th Floor<br>San Francisco, CA 94111-4799<br><br>Attorneys for Defendant Santa Clara Valley Water District<br><br>**VIA UNITED PARCEL SERVICE – GROUND on 11/26/03** | |