# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

December 29, 2011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Psystar Corporation
           v. Apple Inc.
           No. 11-812
           (Your No. 10-15113)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on December 27, 2011 and placed on the docket December 29, 2011 as No. 11-812.

Sincerely,

**William K. Suter**, Clerk

by

Jeffrey Atkins
Supervisor-Case Analyst Division