O'MELVENY & MYERS LLP
GEORGE A. RILEY (State Bar No. 118304)
DAVID R. EBERHART (State Bar No. 295474)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff and Counterdefendant
APPLE INC.

FILED
JAN 0 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

APPLE INC.,

Plaintiff,

v.

PSYSTAR CORPORATION, a Florida corporation,

Defendant.

Case No. CV-08-3251-WHA

**MATERIAL TO BE MAINTAINED AS SEALED PURSUANT TO APPLE'S RENEWED MOTION TO SEAL -- SPECIFIC PAGES AT ISSUE, WITH PROPOSED SEALING HIGHLIGHTED**

AND RELATED COUNTERCLAIMS

**DOCUMENTS LODGED WITH THE COURT UNDER SEAL**

United States District Court

Northern District of California

Apple Inc. v. Psystar Corporation

Case No. CV-08-3251-WHA

Index To Material To Be Maintained As Sealed Pursuant to Apple's Renewed Motion to Seal -- Specific Pages At Issue, with Proposed Sealing Highlighted, As Referenced in the Declaration of Simons Patience in Support of Apple Inc.'s Motion to Seal Portions of Apple Inc.'s and Psystar Corp.'s Summary Judgment Filings

| Tab | Information | Court Docket | Source | Redaction |
|---|---|---|---|---|
| 1 | Location and description of TPM decryption keys; operation of decryption process | 181 | Apple Opening MSJ Brief | 6:7-16; n.25 |
| 2 | Identification and operation of TPM, including storage location of TPM decryption keys | 181.1 | Kelly Oct 8, 2009 Decl. | 3:9.5-5:1.5 |
| 3 | Description of TPM decryption keys | 181.1 | Kelly Oct 8, 2009 Decl. | 5:2.5-12.5 |
| 4 | Identification of TPM decryption keys | 181.1 | Kelly Oct 8, 2009 Decl. | 14:25.5 |
| 5 | Identification and description of decryption mechanism used in TPM and details of same | 183.2 | Culbert Aug 14, 2009 Dep. (Chung Ex 4) | 21:19-22:25, 24:1-<br><br>9 |
| 6 | Identification and operation of TPM decryption mechanism components | 183.2 | Culbert Aug 14, 2009 Dep. (Chung Ex 4) | 24:19-25:15 |
| 7 | Identification and operation of TPM decryption mechanism components | 183.2 | Culbert Aug 14, 2009 Dep. (Chung Ex 4) | 29:3-30:13 |
| 8 | Identification of Apple TPM decryption mechanism | 183.2 | Elliott May 8, 2009 Dep. | 142:5-11 |

| Tab | Information | Court Docket | Source | Redaction |
|---|---|---|---|---|
| 9 | Identification of decryption keys for TPM | 183.2 | Mansfield Aug 21, 2009 Dep (Chung Ex 6) | 37:20-38:4 |
| 10 | Identification and operation of TPM decryption mechanism components | 183.2 | Wright Aug 7, 2009 Dep (Chung Ex 15) | 36:4-25 |
| 11 | Description of TPM elements, including identification of and storage location for decryption keys | 183.2 | Wright Aug 7, 2009 Dep (Chung Ex 15) | 84:18-85:25 |
| 12 | Description and operation of TPM | 183.2 | Wright Aug 7, 2009 Dep (Chung Ex 15) | 126:1-24 |
| 13 | Identification and description of portion of TPM | 183.2 | Wright Aug 7, 2009 Dep (Chung Ex 15) | 144:6-146:23 |
| 14 | Description and operation of TPM | 182 | Psystar opening MSJ brief | 2:12.5-21.5 |
| 15 | Description and operation of TPM | 182 | Psystar opening MSJ brief | 11:24-12:7 |
| 16 | Description and operation of TPM | 182 | Psystar opening MSJ brief | 13:1-17 |
| 17 | Description of TPM component | 182 | Psystar opening MSJ brief | 19:25-20:4 |
| 18 | Identification of TPM decryption keys | 182 | Psystar opening MSJ brief | 23:13.5-21 |
| 19 | Operation of TPM and identification of TPM decryption keys | 182-10 | Pedraza Dec. (Psystar MSJ Ex I) | Pages 3-5 of exhibits |
| 20 | Identification of TPM decryption keys | 182-11 | Mansfield Aug 21, 2009 Dep (Psystar MSJ Ex J) | 56:10-11, 15-18 |
| 21 | Identification of TPM decryption keys | 196 | Apple Opp. to Psystar MSJ | I:20-20.5 |

| Tab | Information | Court Docket | Source | Redaction |
|---|---|---|---|---|
| 22 | Identification of TPM decryption keys | 196 | Apple Opp. to Psystar MSJ | 15:15-21 |
| 23 | Identification of TPM decryption keys | 196 | Apple Opp. to Psystar MSJ | 16:9-12, 18-21, n.27 |
| 24 | Identification of TPM decryption method | 196 | Apple Opp. to Psystar MSJ | 22:15-17 |
| 25 | Identification and operation of TPM, including identification and storage location of decryption keys | 192.1 | Excerpts from Kelly Aug 21, 2009 Report (MBS Ex 2) | ¶¶ 78-90; n.7-n.9 |
| 26 | Identification of TPM decryption method, decryption keys, and location of decryption keys | 195 | Psystar Opp. Apple MSJ | 6:16-18.5 |
| 27 | Identification of TPM decryption keys | 195 | Psystar Opp. Apple MSJ | 18:23.5-24.5 |
| 28 | Identification of TPM decryption keys | 195 | Psystar Opp. Apple MSJ | 28:5.5-8.5, 10-13 |
| 29 | Identification and operation of TPM, including identification and storage location of decryption keys | 195.2 | Excerpts from Kelly Aug 21, 2009 Report (Radford Dec Ex A) | ¶¶ 78-80; n.7-n.8 |
| 30 | Identification of portion of TPM | 195.2 | Excerpts from Kelly Aug 21, 2009 Report (Radford Dec Ex A) | p. 63, Table 8, first substantive row |
| 31 | Description of TPM | 195.3 | Van Vechten Aug 12, 2009 Dep (Radford Dec Ex B) | 85:10-22 |
| 32 | Identification and storage location of TPM decryption keys | 195.5 | Apple internal email (Radford Dec Ex D) | Body of email |
| 33 | Identification and storage location of | 195.6 | Apple internal email (Radford | Body of email |

| Tab | Information | Court Docket | Source | Redaction |
|---|---|---|---|---|
| | TPM decryption keys | | Dec Ex E) | |
| 34 | Identification of TPM decryption keys | 204 | Psystar Reply ISO MSJ | 6:27-7:1 |
| 35 | Identification of TPM decryption keys | 204 | Psystar Reply ISO MSJ | 9:28-10:3.5 |
| 36 | Identification of TPM decryption keys | 204.2 | Patience Dep Excerpts (Reply Ex A) | 140:12-17 |
| 37 | Identification of TPM decryption keys | 204.3 | Culbert Dep Excerpts (Reply Ex B) | 93:25-94:1 |
| 38 | Identification of TPM decryption keys | 204.4 | Mansfield Dep Excerpts (Reply Ex C) | 56:10-11, 15-18 |
| 39 | Identification of storage location for TPM decryption keys | 204.4 | Mansfield Dep Excerpts (Reply Ex C) | 57:22-58:6 |
| 40 | Description of Psystar method to defeat TPM | 181 | Apple Opening MSJ Brief | 10:3-6; n.48 |
| 41 | Description and identification of Psystar method to defeat TPM | 181 | Apple Opening MSJ Brief | 10:10-17 |
| 42 | Description of Psystar method to defeat TPM | 181 | Apple Opening MSJ Brief | 24:10-11, 13 |
| 43 | Description of Psystar method to defeat TPM | 181 | Apple Opening MSJ Brief | 25:10-11 |
| 44 | Identification and operation of Psystar method used to defeat TPM | 181.1 | Kelly Oct 8, 2009 Decl. | 8:1.5-5.5 |
| 45 | Identification of Psystar method used to defeat TPM | 181.1 | Kelly Oct 8, 2009 Decl. | 9:25.5-26.5 |
| 46 | Identification of Psystar method used to defeat TPM | 181.1 | Kelly Oct 8, 2009 Decl. | 10:4.5-5.5 |
| 47 | Identification of Psystar method used to | 181.1 | Kelly Oct 8, | 11:8.5-12:24 |

| Tab | Information | Court Docket | Source | Redaction |
|---|---|---|---|---|
| | defeat TPM | | 2009 Decl. | |
| 48 | Identification and description of Psystar's method to defeat TPM | 181.1 | Kelly Oct 8, 2009 Decl. | 13:5.5-25.5 |
| 49 | Identification of Psystar method used to defeat TPM and use of same on restore disc supplied by Psystar | 181.1 | Kelly Oct 8, 2009 Decl. | 13:24.5-14:5.5 |
| 50 | Summary description of Psystar's method to defeat TPM | 181.1 | Kelly Oct 8, 2009 Decl. | 15:4.5-7.5 |
| 51 | Identification and details of Psystar decryption mechanism | 183.2 | Elliott May 8, 2009 Dep. (Chung Ex 5) | 140:25-142:4 |
| 52 | Identification of Psystar decryption mechanism used to circumvent TPM | 183.2 | Elliott May 8, 2009 Dep. (Chung Ex 5) | 143:6-15 |
| 53 | Description of operation of Psystar decryption mechanism used to circumvent TPM | 183.2 | Elliott May 8, 2009 Dep. (Chung Ex 5) | 143:16-145:4 |
| 54 | Identification of Psystar decryption mechanism used to circumvent TPM | 183.2 | Elliott May 8, 2009 Dep. (Chung Ex 5) | 146:11-12 |
| 55 | Identification of Psystar decryption mechanism used to circumvent TPM | 183.2 | Elliott May 8, 2009 Dep. (Chung Ex 5) | 147:12 |
| 56 | Identification of Psystar decryption mechanism used to circumvent TPM | 183.2 | Pedraza Aug 26, 2009 Dep. (Chung Ex 11) | 26:23 |
| 57 | Identification of Psystar decryption mechanism used to circumvent TPM | 183.2 | Pedraza Aug 26, 2009 Dep. (Chung Ex 11) | 27:9 |
| 58 | Identification of Psystar decryption mechanism used to circumvent TPM | 183.2 | Pedraza Aug 26, 2009 Dep. (Chung Ex 11) | 49:3 |

| Tab | Information | Court Docket | Source | Redaction |
|---|---|---|---|---|
| 59 | Portion of source code of Psystar decryption mechanism used to circumvent TPM | 183.2 | Pedraza Aug 26, 2009 Dep. (Chung Ex 11) | 50:5-6 |
| 60 | Identification, description, and portion of source code of Psystar decryption mechanism used to circumvent TPM | 183.2 | Pedraza Aug 26, 2009 Dep. (Chung Ex 11) | 50:14-61:14 |
| 61 | Identification, description, and portion of source code of Psystar decryption mechanism used to circumvent TPM | 183.2 | Pedraza Aug 26, 2009 Dep. (Chung Ex 11) | 62:3-63:6 |
| 62 | Source code of Psystar decryption mechanism used to circumvent TPM | 183-12 | Psystar code for decryption mechanism | Entire exhibit |
| 63 | Identification of Psystar method used to defeat TPM | 196 | Apple Opp. to Psystar MSJ | 5 n.5 |
| 64 | Identification of Psystar method used to defeat TPM | 196 | Apple Opp. to Psystar MSJ | 19:6-7 |
| 65 | Identification of Psystar method used to defeat TPM | 200 | Apple Reply ISO MSJ | 8:1-2, n.5 |
| 66 | Identification of Psystar method used to defeat TPM | 200 | Apple Reply ISO MSJ | 9:20-10:3, n.8 |
| 67 | Description of Psystar method used to defeat TPM | 195 | Psystar Opp. Apple MSJ | 19:17-19.5 |
| 68 | Identification of Psystar method used to defeat TPM | 195 | Excerpts from Kelly Aug 21, 2009 Report (Radford Dec Ex A) | ¶ 112 (points (2) and (3)) |
| 69 | Identification of Psystar method used to defeat TPM | 195 | Excerpts from Kelly Aug 21, 2009 Report (Radford Dec Ex A) | ¶ 117 (intro text and first bullet) |
| 70 | Identification of Psystar method used to defeat TPM | 195 | Excerpts from Kelly Aug 21, 2009 Report (Radford Dec Ex | ¶ 118 |

| Tab | Information | Court Docket | Source | Redaction |
|---|---|---|---|---|
| | | | A) | |
| 71 | Description of TPM and operation of Psystar method to defeat TPM | 181 | Apple Opening MSJ Brief | 10:18-11:8 |
| 72 | Summary of operation of restore disc, including identification of TPM decryption keys and Psystar method to defeat TPM | 181.1 | Kelly Oct 8, 2009 Decl. | 15:12.5-16.5 |
| 73 | Description and operation of TPM; identification and description of Psystar decryption mechanism used to circumvent TPM | 182 | Psystar opening MSJ brief | 15:20-28 |
| 74 | Description and operation of TPM; identification and description of Psystar decryption mechanism used to circumvent TPM | 182 | Psystar opening MSJ brief | 18:19.5-22 |
| 75 | Identification of TPM decryption keys and Psystar method used to defeat TPM | 191 | Kelly Oct 21, 2009 Decl. | 1:11.5-15.5 |
| 76 | Identification of TPM decryption keys and Psystar method used to defeat TPM | 192.1 | Excerpts from Kelly Aug 21, 2009 Report (MBS Ex 2) | ¶¶ 17, 21 |
| 77 | Description of TPM operation and description of Psystar method used to defeat TPM | 195 | Psystar Opp. Apple MSJ | 6:20.5-7:7 |
| 78 | Identification of TPM decryption keys and Psystar method used to defeat TPM | 195.2 | Excerpts from Kelly Aug 21, 2009 Report (Radford Dec Ex A) | ¶¶ 17, 21 |
| 79 | Identification of TPM decryption keys and Psystar method to defeat TPM | 204 | Psystar Reply ISO MSJ | 7:16.5-20.5 |
| 80 | Description and operation of system integrity checks | 182-5 | Apple internal email (Psystar MSJ Ex D) | Entire document |
| 81 | Description and identification of | 192.1 | Excerpts from Kelly Aug 21, | ¶¶ 91-93 |

| Tab | Information | Court Docket | Source | Redaction |
|---|---|---|---|---|
| | system integrity checks | | 2009 Report (MBS Ex 2) | |
| 84 | Details of Apple's thermal management techniques | 183.2 | Culbert Aug 14, 2009 Dep. (Chung Ex 4) | 53:1-54:25, 56:1-56:15 |

OMM_US:70133437.1