to ensure that Mac OS X will run only on Apple computers.[20] Apple has implemented a type of "lock-and-key" technological protection measure that prevents a user from installing Mac OS X on a non-Apple computer.[21] Psystar acknowledges this security mechanism and has referred to Apple's "encrypted binaries" as "countermeasures [that are] built into Mac OS X [and] disallow compatibility with non-Apple hardware."[22] Encrypted binary files within Mac OS X prevent the software from operating unless the files are "unlocked" by unique decryption keys.[23] The decryption keys are embedded on a microchip within the Apple hardware.[24] Apple uses a haiku, called "Dont Steal Mac OS," as the decryption keys.[25]

In the ordinary course of operation, when an Apple computer needs to decrypt an encrypted file, Mac OS X communicates through a "kernel extension," which is software that is executed and becomes part of the operating system as needed by the computer.[26] This kernel extension, aptly named "Dont Steal Mac OS X.kext," communicates with another kernel extension that locates the decryption keys (the haiku) in the hardware.[27] Once the decryption keys are located, the Dont Steal Mac OS X.kext formats them for use by the decryption algorithm, which is part of the Mac OS X software.[28] The algorithm unlocks encrypted files which are then loaded into memory so that Mac OS X can run on the Apple computer.[29]

---

[20] Kelly Decl. at ¶¶ 8, 10; Chung Decl. Ex. 4 at 89:19-90:15; Ex. 6 at 23:16-24:19; Ex. 7 at 6:1-20, 42:10-19, 54:15-20; Ex. 14 (Van Vechten 30(b)(6) Dep.) at 15:16-16:7; Ex. 16 (Wright 30(b)(6) Dep.) at 6:19- 24.

[21] Kelly Decl. at ¶¶ 7-13.

[22] Chung Decl. Ex. 24 Psystar Response to Interrogatories 16-25 at No. 25; Ex. 41.

[23] Chung Decl. Ex. 7 at 6:1-20; Ex. 15 at 10:6-25, 11:10-22; Ex. 16 at 6:19-24; Kelly Decl. at ¶¶ 9-10, 12-13.

[24] Kelly Decl. at ¶ 12; Chung Decl. Ex. 4 at 24:19-25:15; Ex. 6 at 37:20-38:25; Ex. 15 at 36:4-19.

[25] Apple registered a copyright in the haiku on March 26, 2006. Kelly Decl. at ¶ 13; Chung Decl. Ex. 15 at 12:1-11; Ex. 29.

[26] Kelly Decl. at ¶¶ 5, 12; Chung Decl. Ex. 14 at 6:23-8:6; Ex. 15 at 148:7-18.

[27] Kelly Decl. at ¶ 12; Chung Decl. Ex. 4 at 29:9-22.

[28] Kelly Decl. at ¶ 12; Chung Decl. Ex. 4 at 24:19-25:15.

[29] Kelly Decl. at ¶ 12.