on the phone, which are actually secure, the code is signed with a public key cryptography mechanism, and the hardware will only execute that code. There is no such protection mechanism in Intel hardware today -- 09:59:11 09:59:16 09:59:19 09:59:22

Q. So -- 09:59:22

A. -- and there certainly wasn't at that time, either. 09:59:26 09:59:26

Q. So with -- and that's the secure boot mechanism? 09:59:29 09:59:30

A. Yes. 09:59:30

Q. So with a secure boot mechanism, there could have been a one-to-one pairing between copies of OS X and computers? 09:59:31 09:59:34 09:59:36

A. That's correct. As there is on the phone. 09:59:37

Q. Was anyone from marketing involved in the selection of the protection mechanism? 09:59:55 09:59:58

A. Hmm, no. The -- the -- we -- this was an engineering problem and an engineering solution. 10:00:00 10:00:03

Q. Okay. What is DSMOS.kext? 10:00:07

MS. BOROUMAND SMITH: Objection -- 10:00:07

THE WITNESS: That's -- oh. 10:00:22

MS. BOROUMAND SMITH: Objection. Lacks foundation. But go ahead. 10:00:22 10:00:24

THE WITNESS: Okay. The -- that was a kext that was part of the key delivery mechanism. It's part 10:00:26 10:00:32



©2009

of our security mechanism. And its purpose was to 10:00:35
extract the key from the hardware and provide the 10:00:39
support for decrypting them, the binaries. 10:00:45
BY MR. CAMARA: 10:00:47
Q. Well, is that DSMOS.kext or don't steal my 10:00:47
operating system.kext? 10:00:54
MS. BOROUMAND SMITH: I think you may be 10:00:54
misstating it. Don't steal Mac OS X. 10:00:55
MR. CAMARA: I always get it wrong. 10:00:58
THE WITNESS: Yes. 10:00:58
BY MR. CAMARA: 10:00:58
Q. Is it don't steal Mac OS X.kext that you're 10:01:00
talking about? 10:01:04
A. Yes. I mean, they're -- 10:01:04
Q. Is it your view that they're the same thing? 10:01:05
A. In my view, they're the same thing, yes. 10:01:06
Q. Okay. So you're not aware of any DSMOS.kext 10:01:09
that is different? 10:01:12
A. No. I've -- I've heard the same function 10:01:13
referred to by both names. 10:01:16
Q. Okay. As far as you know, Apple did not 10:01:18
release a different kext called DSMOS.kext ever? 10:01:23
A. No. I mean, this code has -- has changed 10:01:30
slightly as the architecture of the OS changed from the 10:01:33
original Tiger-based release to the Leopard-based 10:01:36


©2009

CONFIDENTIAL
Attorneys' Eyes Only

Page 24

Q. But as far as you know, that did not contain anything called DSMOS.kext? 10:02:53 10:02:56
A. Well, it may have. As I said, I did not work on the software side of this; I worked on the hardware side of it. I've heard the kext referred to by both names in the context of using the key. I don't know what was on that platform specifically. 10:02:59 10:03:01 10:03:05 10:03:08 10:03:11
Q. If such a kext existed, would John Wright know? 10:03:12 10:03:15
A. Yes, he would. 10:03:15
Q. So this T1 system stopped being used as soon as the hardware came out? 10:03:18 10:03:31
A. They were leased. They were always the property of Apple Computer -- 10:03:32 10:03:34
Q. Apple took them back? 10:03:34
A. -- and they were taken back. 10:03:35
Q. And they're gone now? 10:03:36
A. Yes. 10:03:37
Q. Okay. So let's talk about the key delivery mechanism. You said that don't steal Mac OS X.kext is part of the key delivery mechanism. What else is part of it? 10:03:40 10:03:47 10:03:52 10:03:55
A. There's a piece of hardware in our platform called the system management controller, which is integral to the whole thermal and power management 10:03:55 10:03:58 10:04:00


©2009