O'MELVENY & MYERS LLP
GEORGE A. RILEY (State Bar No. 118304)
DAVID R. EBERHART (State Bar No. 295474)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff and Counterdefendant

APPLE INC.

**FILED**

JAN 0 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> PSYSTAR CORPORATION, a Florida corporation, <br><br> Defendant. | Case No. CV-08-3251-WHA <br><br> **MATERIAL TO BE MAINTAINED AS SEALED PURSUANT TO APPLE'S RENEWED MOTION TO SEAL COMPLETE COPIES AT ISSUE, WITH PROPOSED SEALING HIGHLIGHTED** |
| AND RELATED COUNTERCLAIMS | |

**DOCUMENTS LODGED WITH THE COURT UNDER SEAL**

United States District Court

Northern District of California

Apple Inc.'s Inc. v. Psystar Corp'sCorporation

Case No. CVto 08to 3251to WHA

Index To Materials in Support of the Apple Inc.'s Inc.'s Motion to Seal

Portions of Apple Inc.'s Inc.'s and Psystar Corp'sCorp'sSummary Judgment Filings

| Ex. # | Document Title | Court Docket |
|---|---|---|
| A | Confidential Apple Inc.'s Motion For Summary Judgment | Dkt 181 |
| B | Kelly Declaration In Support Of Apple Inc.'s Inc.'s Motion For Summary Judgment | Dkt 181.1 |
| C | Exhibit 4 to Chung Declaration In Support Of Apple Inc.'s Motion For Summary Judgment | Dkt 183.2 |
| D | Exhibit 5 to Chung Declaration In Support Of Apple Inc.'s Motion For Summary Judgment. | Dkt 183.2 |
| E | Exhibit 6 to Chung Declaration In Support Of Apple Inc.'s Motion For Summary Judgment | Dkt 183.2 |
| F | Exhibit 7 to Chung Declaration In Support Of Apple Inc.'s Motion For Summary Judgment | Dkt 183.2 |
| G | Exhibit 11 to Chung Declaration In Support Of Apple Inc.'s Ms | Dkt 183.2 |
| H | Exhibit 15 to Chung Declaration In Support Of Apple Inc.'s Motion For Summary Judgment | Dkt 183.2 |
| I | Exhibit 69 to Chung Declaration In Support Of Apple Inc.'s Motion For Summary Judgment | Dkt 183.12 |
| J | Psystar Corp's Motion For Summary Judgment. | Dkt 182 |
| K | Ex. D to Psystar Corp's Motion For Summary Judgment | Dkt 182.5 |

| Ex. # | Document Title | Court Docket |
|---|---|---|
| L | Ex. I to Psystar Corp's Motion For Summary Judgment | Dkt 182.10 |
| M | Ex. J to Psystar Corp'sMotion For Summary Judgment | Dkt 182.11 |
| N | Apple Inc.'s Opposition To Psystar Corp's Motion For Summary Judgment | Dkt 196 |
| O | Kelly Declaration In Support Of Apple Inc.'s Opposition To Psystar Corp's Motion For Summary Judgment | Dkt 191 |
| P | Ex 2 To Boroumand Smith Declaration In Support Of Apple Inc.'s Opposition To Psystar Corp's Motion For Summary Judgment | Dkt 192.1 |
| Q | Apple Inc.'s to Reply In Support Of Motion For Summary Judgment | Dkt 200 |
| R | Psystar Corp's Response | Dkt 195 |
| S | Ex_A to Psystar Corp's Opposition To Apple Inc.'s Motion For Summary Judgment | Dkt 195.2 |
| T | Ex_B to Psystar Corp's Opposition To Apple Inc.'s Motion For Summary Judgment. | Dkt 195.3 |
| U | Ex_D to Psystar Corp's Opposition To Apple Inc.'s Motion For Summary Judgment | Dkt 195.5 |
| V | Ex_E to Psystar Corp's Opposition To Apple Inc.'s Motion For Summary Judgment | Dkt 195.6 |
| W | Psystar Corp's Reply | Dkt 202 |
| X | Ex. A to Radford Declaration In Support Of Reply Re Motion For Summary Judgment | Dkt 204.2 |
| Y | Ex. B to Radford Declaration In Support Of Reply Re Motion For Summary Judgment | Dkt 204.3 |
| Z | Ex. C to Radford Declaration In Support Of Reply Re Motion For Summary Judgment | Dkt 204.4 |

OMM_US:70133461.2