Apple Inc. v. Psystar Corporation


KRISTINE R. ARONSOHN (State Bar No. 132022)
JOHN E. MORAN (State Bar No. 94179)
SUSAN L. WILSON (State Bar No. 195022)
**DANNER & MARTYN, LLP**
100 E. Thousand Oaks Blvd., Suite 244
Thousand Oaks, California 91360
Telephone: (805) 777-8700
Facsimile: (805) 778-0736

Attorneys for Plaintiff
DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOM PEPPER; WALTER MCCOY; VINCENT SANTOS; VIN VU; TOM NICHOLS,<br><br>Defendants. | CASE NO.:<br><br>**PLAINTIFF DIRECTV, INC.'S CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Hughes Electronics Corporation – parent corporation of plaintiff DIRECTV, Inc.

Dated: November ___, 2003

**DANNER & MARTYN, LLP**

By:________________________________
Kristine R. Aronsohn
Attorneys for Plaintiff DIRECTV, INC.


Dockets.Justia.com