Apple Inc. v. Psystar Corporation Doc. 296

A M E N D E D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO. C 03-03455 JCS**

**CASE NAME: DIRECTV, INC. v. JAMES YEOM**

**MAGISTRATE JUDGE JOSEPH C. SPERO** **COURTROOM DEPUTY: Karen Hom**

**DATE: December 5, 2003** **COURT REPORTER: Not Recorded**

**COUNSEL FOR PLAINTIFF:** **COUNSEL FOR DEFENDANT:**

**Kristine R. Aronsohn** **Shawn Parr**

---

**() Status Conference** **() P/T Conference** **(X) Telephonic Case Management Conference**

**OTHER PROCEEDINGS:** **RULING:**

---

**ORDERED AFTER HEARING:**

**Plaintiff shall, within 30 days from 12/5/3, request entry of default of Defendant Yeon.**
**Parties stipulate to severance of Defendant Yeom from this case.**
**This case is referred to the Court's ADR program for Mediation, to occur within 90 days.**
**Discovery is stayed until the next case management conference.**

---

**ORDER TO BE PREPARED BY:** **() Plaintiff** **() Defendant** **(X) Court**

**CASE CONTINUED TO: 03/05/04 at 1:30 p.m., for a further case mgmt conference.**

---

**Number of Depos:** **Number of Experts:** **Discovery Cutoff:**

**Expert Disclosure:** **Expert Rebuttal:** **Expert Discovery Cutoff:**

**Motions Hearing:** **at 9:30 a.m.** **Pretrial Conference:** **at 1:30 p.m.**

**Trial Date:** **at 8:30 a.m. ()Jury ()Court** **Set for days**

---

**cc: Chambers; Karen, ADR**

Dockets.Justia.com