Apple Inc. v. Psystar Corporation Doc. 303

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al., Plaintiffs, vs. MCGINNES FLOOR COVERING, INC., etc., Defendant. | NO. C 03 5028 EMC<br><br>CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C., Section 636 (c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consents to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: December 15, 2003 ERSKINE & TULLEY

By: /s/ Michael J. Carroll
Michael J. Carroll
Attorneys for Plaintiffs



Dockets.Justia.com