STEVEN H. ROSENBAUM, Chief
JEANINE M. WORDEN, Deputy Chief
ERIC I. HALPERIN, No. 198178
ALBERTO J. RUISANCHEZ
DONALD W. TUNNAGE
Attorneys, Housing & Civil Enforcement Section – G St.
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Tel: (202) 353-9706; Fax: (202) 514-1116

KEVIN V. RYAN, No. 118321, United States Attorney
JOCELYN BURTON, No. 135879, Chief, Civil Division
450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102
Tel: (415) 436-7198; Fax: (415) 436-6748

Attorneys for Plaintiff
United States of America

MINOUCHE KANDEL, No. 157098
PHILLIP MORGAN, No. 99979
Bay Area Legal Aid–San Francisco Regional Office
50 Fell Street, First Floor
San Francisco, CA 94102
Tel: (415) 982-1300; Fax: (415) 982-4243

Attorneys for Plaintiffs-Intervenors
Najat Al-Abas, et al.

EDWIN J. WILSON, JR., No. 48881
HENRY S. HEWITT, No. 40851
MARK L. MOSLEY, No. 136449
DANTE FORONDA, No. 142443
ERICKSON, BEASLEY, HEWITT & WILSON LLP
483 Ninth Street, Suite 200
Oakland, California 94607
Tel: (510) 839-3448; Fax: (510) 839-1622

Attorneys for Defendant
San Francisco Housing Authority

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br>and<br><br>NAJAT AL ABAS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>SAN FRANCISCO HOUSING AUTHORITY,<br><br>Defendant. | No. C 02-04540 CW<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND THE CASE MANAGEMENT CONFERENCE** |



Dockets.Justia.com

______________________________________ )

Plaintiff United States, Plaintiffs-Intervenors Najat Al-Abas, et al., and Defendant San Francisco Housing Authority jointly request that the Court continue the hearing and oral argument on Defendant's Motion for Partial Summary Judgment and the Case Management Conference from December 12, 2003 to December 19, 2003. The parties make this request because they believe that it is very likely that the case can be settled prior to December 19, 2003 thereby negating the need to hear the motion or to hold a case management conference.

Based on the foregoing, it is hereby stipulated by the parties, through their respective counsel, that the hearing on Defendant's Motion for Partial Summary Judgment and the Case Management Conference be continued from December 12, 2003 to December 19, 2003 at 10:00 a.m.

Dated: December 11, 2003

UNITED STATES DEPARTMENT OF JUSTICE
HOUSING & CIVIL ENFORCEMENT SECTION,
CIVIL RIGHTS DIVISION

By ______________/S/______________________
Eric I. Halperin

Plaintiff United States of America

Dated: December 11, 2003

BAY AREA LEGAL AID

By ______________/S/______________________
Phillip Morgan

Plaintiffs-Intervenors Najat Al Abas, et al.

Dated: December 11, 2003

ERICKSON, BEASLEY, HEWITT & WILSON LLP

By ______________/S/______________________
Henry S. Hewitt

Defendant San Francisco Housing Authority

/ / /

/ / /

I, Henry S. Hewitt, attest that I have received the concurrence of all other signatories (Eric I. Halperin, Esq. and Phillip Morgan, Esq.) in filing this Stipulation to Continue Hearing on Defendants' Motion for Partial Summary Judgment and the Case Management Conference, and [Proposed] Order.

Dated: December 11, 2003

ERICKSON, BEASLEY, HEWITT & WILSON LLP

By /S/
Henry S. Hewitt

Defendant San Francisco Housing Authority

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the hearing on Defendant' Motion for Partial Summary Judgment and the Case Management Conference are continued from December 12, 2003 to December 19, 2003 at 10:00 a.m.

Dated: 12/15/03

/s/ CLAUDIA WILKEN

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Stip - Cont. 12-12 hearing.wpd