Apple Inc. v. Psystar Corporation Doc. 335

SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEITH M. CASTO (Bar No. 141279)
EARL L. HAGSTROM (Bar No. 150958)
GARY A. SLOBODA (Bar No. 209581)
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
STANDARD FUSEE CORPORATION
d/b/a ORION SAFETY PRODUCTS COMPANY

ORIGINAL FILED NOV 21 2003 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

ADR

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF PAPAC, BY AND THROUGH LUCY M. WALSH, EXECUTOR, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | CASE NO. C03 05233 RMW<br><br>**CERTIFICATE OF INTERESTED PERSONS OR ENTITIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, Standard Fusee Corporation d/b/a/ Orion Safety Products Company, there is no such interest to report.

DATED: November 18, 2003

Respectfully submitted,

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: ______________________
KEITH M. CASTO
EARL L. HAGSTRÖM
GARY SLOBODA
Attorneys for Defendant
STANDARD FUSEE CORPORATION
d/b/a ORION SAFETY PRODUCTS COMPANY

SEDGWICK DETERT, MORAN & ARNOLD LLP One Embarcadero Center, 16th Floor San Francisco, California 94111-3628 Tel 415.781.7900 Fax 415.781.2635



Dockets.Justia.com