ARTHUR A. HARTINGER, State Bar No. 121521
AMY L. LYMAN, State Bar No. 221459
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
(510) 808-2000
(510) 444-1108 (Fax)

Attorneys for Defendant
Superior Court of California, County of Santa Clara

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE S. PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF SANTA CLARA COUNTY, STATE OF CALIFORNIA,<br><br>Defendant. | Case No.: C03 04900 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**<br><br>Date: February 9, 2004<br>Time: 9:00 a.m.<br>Courtroom: 8 (Hon. James Ware)<br><br>Complaint filed: November 3, 2003 |

Defendant's motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure was regularly scheduled for hearing on February 9, 2004, at 9:00 a.m., before the Honorable James Ware, in Courtroom 8, 4th Floor, of the above-entitled court, with appearances by counsel as follows: Arthur A. Hartinger and Amy L. Lyman appeared for Defendant Superior Court of Santa Clara County, State of California (Superior Court), and Shannon Ryan McIlvian appeared for Plaintiff Dianne S. Peterson.

The Court, having considered the papers and oral argument in support of and opposing Defendant's motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that:



Dockets.Justia.com

The motion by Defendant Superior Court to dismiss Plaintiff's complaint is hereby GRANTED. Plaintiff's complaint is dismissed without leave to amend.

Dated: ______________________

______________________________________
JUDGE OF THE U.S. DISTRICT COURT

674776