Apple Inc. v. Psystar Corporation Doc. 341

MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
CHRISTOPHER L. WANGER (Bar No. CA 164751)
JEFFREY J. LOKEY (Bar No. CA 200825)
JEREMY R. BADER (Bar No. CA 221022)
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiffs and Counterdefendants,
DRAPER FISHER JURVETSON MANAGEMENT CO, V, LLC; and
DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC;
TIMOTHY C. DRAPER, JOHN H.N. FISHER, AND STEPHEN T. JURVETSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC; and DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>I-ENTERPRISE COMPANY LLC; and INTERCONTINENTAL VENTURES LLC,<br><br>Defendants. | Case No. C 03 1561 MMC<br><br>***EX PARTE* REQUEST FOR ORDER GRANTING LEAVE TO FILE UNDER SEAL CONFIDENTIAL EXHIBITS IN SUPPORT OF COUNTERDEFENDANTS' MOTIONS TO DISMISS AND/OR STRIKE (CIVIL LOCAL RULES 7-10 AND 79-5)** |
| AND RELATED CROSS-ACTION | |

Counterdefendants Draper Fisher Jurvetson Management Co. V, LLC, Draper Fisher Jurvetson Management Co. VI, LLC, Timothy Draper, John Fisher and Stephen Jurvetson hereby move *ex parte* pursuant to Civil Local Rules 7-10 and 79-5 for leave to file under seal certain



Dockets.Justia.com

documents attached as exhibits 1 and 3 to the Declaration of Christopher L. Wanger in Support of Counterdefendants' Motions to Dismiss and/or Strike I-Enterprise's Counterclaim Pursuant to FRCP 12(b)(6), 12(f) and Rule 9 ("Wanger Decl.").

This motion is made on the grounds that the specific exhibits in question, identified below by title, contain sensitive business information of Counterdefendants that would not be publicly available in the ordinary course of business.

For these reasons, Counterdefendants respectively request the Court enter an Order allowing the following documents to be filed under seal:

1. **Exhibit 1**: Confidential Private Offering Memorandum, Draper, Fisher, Jurvetson presents FUND V, $150,000,000 of Limited Partnership Interests, dated June 1998;

2. **Exhibit 3**: Confidential Private Offering Memorandum, Draper, Fisher, Jurvetson presents FUND VI, $275,000,000 of Limited Partnership Interests, dated July 1999.

Dated: December 15, 2003

MANATT, PHELPS & PHILLIPS, LLP
Ronald S. Katz
Christopher L. Wanger
Jeffrey J. Lokey
Jeremy R. Bader

By: s/Christopher L. Wanger
Christopher L. Wanger
*Attorneys for Plaintiffs*
DRAPER FISHER JURVETSON MANAGEMENT COMPANY V, LLC, & DRAPER FISHER JURVETSON MANAGEMENT CO. VI, LLC