Apple Inc. v. Psystar Corporation Doc. 350

Alan Sherwood, Esq.
CA Bar No.118330
2356 Alum Rock Ave.
San Jose, CA 95116
PH: 408-929-3635
FX: 510-903-1773

Filed
OCT 14 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,
Plaintiffs,
vs.
GOOGLE, INC.,
Defendant,
Weiss & Associates, PC
Objector.

**Case No: C 05-03649 JW PVT**

**NOTICE OF APPEAL**

Notice is hereby given that Objectors/Appellant, Weiss & Associates, PC by and through their undersigned counsels, hereby appeal to the United States Court of Appeals for the Ninth Circuit the "Final Judgment" and the "Order Approving Award of Attorney's Fees and Expenses" both entered by the Honorable James W. Ware on September 14, 2009, in the cause styled "CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRITING, and HOWARD

Dockets.Justia.com

STERN, on behalf of themselves and all others similarly situated, Plaintiffs vs. GOOGLE, INC."

Alan J. Sherwood, State Bar #118330
LAW OFFICE OF ALAN J. SHERWOOD
1300 Clay Street, Suite 600
Oakland, CA 93612
Telephone: 510-409-6199
Facsimile: 510-903-1773
Email: alansherwood@earthlink.net

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that with the filing of this original, I have provided sufficient copies to the Clerk pursuant to Rule 3(a)(1) of the Federal Rules of Appellate Procedure to enable the clerk to comply with Rule 3(d).

Alan J. Sherwood, State Bar #118330