Apple Inc. v. Psystar Corporation Doc. 351

FREDERICK P. FURTH (SBN 38438)
HENRY A. CIRILLO (SBN 131527)
CAROLYN B. BURTON (SBN 184753)
MICHAEL S. CHRISTIAN (SBN 212716)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

WILLIAM H. SHAHEEN
LUCY J. KARL
SHAHEEN & GORDON
P.O. Box 2703
Two Capital Plaza, Suite 4
Concord, New Hampshire 03302-2703
Telephone: (603) 225-7262
Facsimile: (603) 225-5112

ROBERT J. BONSIGNORE
BONSIGNORE & BREWER
23 Forest Street
Medford, Massachusetts 02155
Telephone: (781) 391-9494
Facsimile: (781) 391-9496

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHIE A. PHILLIPS,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE CAPITAL MANAGEMENT HOLDING L.P.; ALLIANCE CAPITAL MANAGEMENT L.P.; ALLIANCE CAPITAL MANAGEMENT CORPORATION; AXA FINANCIAL, INC.; ALLIANCEBERNSTEIN TECHNOLOGY FUND; ALLIANCEBERNSTEIN TECHNOLOGY FUND, INC.; ALLIANCEBERNSTEIN GROWTH & INCOME FUND; ALLIANCEBERNSTEIN GROWTH & INCOME FUND, INC.; JOHN D. CARIFA; GERALD T. MALONE;<br><br>[Caption continued on next page] | Case No. C-03-5133 JW (PVT)<br><br>**CLASS ACTION**<br><br>**CERTIFICATION BY LAWYER SEEKING TO SERVE AS CLASS COUNSEL**<br><br>**L.R. 3-7(d)** |



Dockets.Justia.com

CHARLES SCHAFFRAN; MICHAEL J. LAUGHLIN; CANARY CAPITAL PARTNERS, LLC; CANARY CAPITAL PARTNERS, LTD.; CANARY INVESTMENT MANAGEMENT, LLC; EDWARD J. STERN; and DOES 1-100,

Defendants.

I, ROBERT J. BONSIGNORE, hereby declare:

1. I am the name partner of Bonsignore & Brewer, attorneys of record for Plaintiff Kathie A. Phillips in the above captioned action. I have personal knowledge of the following facts and could and would competently testify thereto if called as a witness.

2. I do not directly own or otherwise have a beneficial interest in securities that are the subject of the action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 12/12/03

/s/ Robert J. Bonsignore
Robert J. Bonsignore