Apple Inc. v. Psystar Corporation Doc. 354

THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs BRENDA PICKERN
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDA PICKERN, an individual; and DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,

Plaintiffs,

v.

VILLA INN; MARCELLO FONOVICH and LINA FONOVICH, dba VILLA INN,

Defendants.

**CASE NO. C 01-2235 CW**

**STIPULATION EXTENDING TIME FOR DEFENDANTS MARCELLO FONOVICH and LINA FONOVICH, dba VILLA INN TO RESPOND TO COMPLAINT**

Plaintiffs, through their undersigned counsel, and defendants MARCELLO FONOVICH and LINA FONOVICH, dba VILLA INN, through their undersigned counsel, stipulate as follows:

1. Defendants MARCELLO FONOVICH and LINA FONOVICH, dba VILLA INN are granted an extension of time to and including July 13, 2001 to answer or otherwise respond to plaintiffs' complaint.

2. In the event defendants MARCELLO FONOVICH and LINA FONOVICH, dba VILLA INN file any dispositive motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the filing of said motion.

///



Dockets.Justia.com

3. Defendants' counsel further stipulates that defendants will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendants' responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: July 13, 2001

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s Jennifer L. Steneberg
Jennifer L. Steneberg
Attorneys for Plaintiffs BRENDA PICKERN and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

DATED: July 3, 2001

LILLICK & CHARLES

By: /s Lesley Harris
Lesley Harris
Attorney for Defendants MARCELLO FONOVICH and LINA FONOVICH, dba VILLA INN