Apple Inc. v. Psystar Corporation
Doc. 367 Att. 1

# Exhibit B

Dockets.Justia.com

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com
FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7567

WRITER'S E-MAIL ADDRESS
lschneider@sidley.com

December 17, 2003

**By Facsimile**

Patrick E. Premo
Fenwick & West LLP
Silicon Valley Center
810 California Street
Mountain View, California 94041

Re: Boston Scientific and Target Therapeutics v. Cordis Neurovascular, Case Number C 02 1474 JW

Dear Patrick:

In response to your request, enclosed please find the University of Wisconsin order and the Corrected Revised Stipulated Protective Order. As you will see, the protective order prohibits the use of confidential information for any purpose other than the litigation (*see* ¶ 7) and provides for the return or destruction of confidential information at the conclusion of the litigation (*see* ¶ 16). Furthermore, confidential information specifically includes patient identifiable information (*see* ¶ 1) and the protective order allows third parties to produce documents pursuant to the protective order (*see* preamble, ¶ 17). It is therefore Cordis' position that patient records should be produced without the date of procedure redacted. Please let me know if you will agree to this.

Very truly yours,

Lisa A. Schneider

Enclosures
cc: Roland H. Schwillinski

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS