Apple Inc. v. Psystar Corporation
Doc. 367 Att. 3

# Exhibit D

Dockets.Justia.com

IKON The Way Business Gets Communicated™

VIA E-mail

December 19, 2003

Re: Document Delivery

Peter E. Premo
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
(650) 335-7963

Dear Peter,

I am writing in regard to the letter you sent 12/18/03. I contacted Lisa Schneider on 12/18 and asked that the documents be returned to Fenwick & West per our discussion. Lisa told me that she was not in the office and would contact you by letter this morning. I called Lisa this morning to follow-up and she advised me that she felt the documents were produced correctly and would not return the box.

Regards,

Adam Manezes
**IKON Legal Document Services**
**Document Efficiency *At Work.***
Palo Alto LDS
2345 Yale St.
Palo Alto, Ca 94306
Office: (650) 845-2000
Cell: (408) 821-3195
Fax: (650) 424-1204



This document and its contents are the confidential and proprietary information of IKON and are provided exclusively for the eyes, use and evaluation of IKON's customers. No other use or dissemination is allowed without the prior written consent of IKON Document Services.