Apple Inc. v. Psystar Corporation
Doc. 367 Att. 4

# Exhibit E

Dockets.Justia.com

FENWICK & WEST LLP

PATRICK PREMO

EMAIL PPREMO@FENWICK.COM
DIRECT DIAL 650.335.7963

December 18, 2003

**VIA FACSIMILE AND U.S. MAIL**

Lisa A. Schneider, Esq.
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 S. Dearborn Street
Chicago, Illinois 60603

Re: *Boston Scientific Corp. v. Cordis Corp.*
Case No. 02-1474JW

Dear Lisa:

We just received information that IKON improperly delivered a box of our documents to your office without our authorization. At no time did you request nor did we agree that IKON could release these records to you.

As you know, these documents contain highly confidential, private medical records, which need to be closely reviewed by counsel and redacted before anything can be produced to you. There were other documents within box that may contain privileged or otherwise confidential information. We have not completed our review of the production. Moreover, you and I are still in discussions over what information would be produced and in what form.

We have immediately contacted IKON and instructed them to retrieve these documents immediately. To expedite this process, we ask that you return the box to us. Please confirm in writing by noon tomorrow that you have not retained any copies of the documents.

Very truly yours,

Patrick Premo

PEP:mg

Silicon Valley Center
801 California Street
Mountain View, CA 94041

Tel 650.988.8500
Fax 650.938.5200

www.fenwick.com