Apple Inc. v. Psystar Corporation
Doc. 367 Att. 9

# Exhibit I

Dockets.Justia.com

FENWICK & WEST LLP
PATRICK E. PREMO
EMAIL PPREMO@FENWICK.COM
DIRECT DIAL 650.335.7963

December 22, 2003

**VIA FACSIMILE AND E-MAIL**

Lisa A. Schneider, Esq.
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 S. Dearborn Street
Chicago, Illinois 60603

Re: *Boston Scientific Corp. v. Cordis Neurovascular*
Case No. C 02-1474JW

Dear Lisa:

I received your letter of today's date. There is no dispute that, at a minimum, documents were erroneously produced by IKON to you through no fault of our own. IKON has acknowledged that it should not have delivered the documents to you and has requested their return. You have refused us both leaving me with no choice but to seek relief from the Court.

Your continued possession of these documents is a misappropriation, which will not serve as the basis for a negotiation. You and I were in the middle of negotiations when IKON improperly released the documents, apparently at your request. I am prepared to conclude those negotiations this week, but only after you have returned the materials and destroyed the copy you have made.

I conclude by noting that your letter regarding our conversations on Friday, December 19, is incomplete, inaccurate, and therefore misleading. For example, I was explicit in my conversation with you that The Regents had not completed its analysis regarding compliance under HIPAA. It was for this reason, in addition to the need to conduct quality control on the IKON job, that we needed to review any documents before authorizing release.

Since you remain steadfast in your refusal to return the documents, we will proceed with our *ex parte* request.

Very truly yours,

Patrick Premo

PEP:mg
cc: Lynn H. Pasahow, Esq.
Roland Schwillinski, Esq.

1181292

Silicon Valley Center
801 California Street
Mountain View, CA 94041

Tel 650.988.8500
Fax 650.938.5200

www.fenwick.com