Apple Inc. v. Psystar Corporation

Doc. 368

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS INC,

Plaintiff,

v.

NASSDA CORPORATION,

Defendant.
_______________________________________/

No. CV 03-02664 SI ,

**ORDER GRANTING PROTECTIVE ORDER**

The protective order that was filed on December 22, 2003, in the above captioned case is **GRANTED.**

**IT IS SO ORDERED**

Dated:12/24/03

S/Susan Illston
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com