Apple Inc. v. Psystar Corporation

Doc. 371

COPY

O'DONNELL & SHAEFFER, LLP
PIERCE O'DONNELL, Bar Number 081298
BELYNDA B. RECK, Bar Number 163561
633 West Fifth Street, Suite 1700
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

KAYE SCHOLER LLP
ROBERT BARNES, Bar Number 119515
PAUL GELB, Bar Number 214439
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants
WARNER-LAMBERT COMPANY LLC
and PFIZER INC.

ORIGINAL FILED
03 DEC 16 AM 11:25
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KAYE SCHOLER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re REZULIN LITIGATION | CASE NO. C 03 5653 RS ARB |
| JENNIE PHILLIPS, Plaintiff, vs. WARNER-LAMBERT COMPANY LLC, a Delaware corporation; PARKE-DAVIS, a division of WARNER-LAMBERT COMPANY LLC; PFIZER INC., a New York corporation; JERROLD OLEFSKY, an individual; ALLEN KING, M.D., an individual; and DOES 1 through 100, inclusive, Defendants. | **CERTIFICATION OF INTERESTED PARTIES** |



Dockets.Justia.com

The undersigned, counsel of record for Defendants Warner-Lambert Company LLC and Pfizer Inc. hereby certifies that as of this date there is no party having a direct, pecuniary interest in the outcome of this case other than Warner-Lambert Company LLC and Pfizer Inc. Pfizer Inc. acquired 100% of the stock of Warner-Lambert Company LLC on June 19, 2000. Warner-Lambert Company LLC has a sufficiently large self-insured retention that it does not anticipate that any insurer is likely to be liable for any judgment or defense costs in this matter.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: December 16, 2003

Respectfully submitted,

KAYE SCHOLER LLP

O'DONNELL & SHAEFFER, LLP

By: Paul Gelb

Paul Gelb
Attorneys for Defendants
WARNER-LAMBERT COMPANY LLC and
PFIZER INC.

KAYE SCHOLER LLP

# PROOF OF SERVICE

STATE OF CALIFORNIA ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kaye Scholer LLP, 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067-6048.

On **December 16, 2003,** I served the foregoing document described as **CERTIFICATION OF INTERESTED PARTIES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Counsel for Plaintiffs**
Thomas V. Girardi, Esq.
David Bigelow, Esq.
Vincent J. Carter, Esq.
Ryan M. McNamara, Esq.
Peter Gezoukian, Esq.
GIRARDI AND KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017

**Co-Counsel for Plaintiffs**
Gregory J. Owen, Esq.
OWEN, PATTERSON & OWEN
23822 West Valencia Boulevard, Suite 201
Valencia, CA 91355

**Co-Counsel for Defendants**
Pierce O'Donnell, Esq.
Belynda B. Reck, Esq.
O'DONNELL & SHAEFFER LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071

_X_ **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

FEDERAL
_X_ I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 16, 2003**, at Los Angeles, California.

SHANTA TEEKAH
Name

S Teekah
Signature

KAYE SCHOLER LLP