Apple Inc. v. Psystar Corporation Doc. 390

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Teknowledge Corporation<br>Plaintiff(s),<br>v.<br>Akamai Technologies Inc.<br>Defendant(s). | No. C 02-05741 SI MED<br>**Certification of ADR Session** |

***Instructions*****: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held Mediation sessions on **November 7, 2003 and December 5, 2003**
2. Did the case settle? NO
3. If the case did not settle fully, is any follow-up contemplated? NO
4. **IS THIS ADR PROCESS COMPLETED? YES**

Dated: January 7, 2004

/s/
**Mediator**
**Ellen S. James (ret.)**
JAMS
100 Pringle Ave Suite 700
Walnut Creek, CA 94596



Dockets.Justia.com