Apple Inc. v. Psystar Corporation Doc. 421

DONALD R. WILD (SBN 046156)
PANG V. LY (SBN 209881)
WILD, CAREY & FIFE
120 Montgomery Street, Suite 1000
San Francisco, CA 94104-4382
Telephone: (415) 837-3101
Facsimile: (415) 837-3111

Attorneys for Defendant
TODD WHALEY, erroneously sued
herein as TODD WAILEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOOLEY; JOHN B. JONES, III; DAVID GRATZER; NYLE GRIFFIN; DAN REYES; and CAITLIN ANN, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br>v.<br><br>CRAB BOAT OWNERS ASSOCIATION, a California non-profit corporation, et al.<br><br>Defendants. | Case No. C02-0676MHP<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**Date: March 1, 2004**<br>**Time: 2:00 p.m.**<br>**Location: Courtroom 15**<br>**Hon. Marilyn Hall Patel** |

TO EACH PARTY AND THE ATTORNEY OF RECORD FOR EACH PARTY TO THIS ACTION:

YOU ARE HEREBY NOTIFIED THAT on March 1, 2004 at 2:00 p.m., in Courtroom 15 of this Court, located at 450 Golden Gate Avenue, San Francisco, California, Defendant TODD WHALEY (hereinafter “WHALEY”) will move this Court for summary judgment in favor of WHALEY and against plaintiffs JOHN DOOLEY; JOHN B. JONES, III; DAVID GRATZER; NYLE GRIFFIN; DAN REYES; and CAITLIN



Dockets.Justia.com

ANN, LLC (hereinafter referred to collectively as "PLAINTIFFS") complaint, and for the costs of suit incurred herein and such other relief as may be just.

Said motion will be made upon the ground that there is no triable issue of material fact as to the summary judgment as a matter of law. The motion will be based upon this notice, the memorandum of points and authorities, the separate statement of undisputed facts, the Declaration of WHALEY, and the request for judicial notice and exhibits thereto, all of which are attached hereto and served and filed herewith as well as such further evidence as may be presented at or before the hearing, and the Joinder to the Association defendants' (Crab Boat Owners Association, Fishermen's Marketing Association Incorporated of Bodega Bay, and Half Moon Bay Fishermen's Marketing Association) (hereinafter referred to collectively in the singular as "CBOA") and the other individual defendants' (Duncan MacLean, Jim Salter, Robert Miller, David Bettencourt, Larry Collins, William Wise, John Tarantino and George Boos) motions for summary judgment. Accordingly, WHALEY adopts and incorporates by reference all of the pleadings, declarations and evidence filed by CBOA and the individual defendants in support of this motion.

Dated: January 23, 2004 WILD, CAREY & FIFE

By: ______________________________
PANG V. LY
Attorneys for Defendant
TODD WHALEY