THOMAS E. FRANKOVICH (State Bar #074414)
THUY M. HOANG (State Bar #221206)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs
MARSHALL LOSKOT
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TAQUERIA MEXICAN GRILL; MARIN COMMUNITY COLLEGE DISTRICT; NORTH AMERICAN RESOURCES CORPORATION, a California corporation; and ANTONIO CRUZ, an individual, dba TAQUERIA MEXICAN GRILL,<br><br>Defendants.<br>_____________________________________ | **CASE NO. C-03-2895 VRW**<br><br>**NOTICE OF SETTLEMENT** |

TO THIS HONORABLE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the parties have settled this case. The parties are in the process of finalizing the Mutual Settlement Agreement and Release and thereafter securing signatures from our respective clients. Plaintiffs anticipate filing a Stipulation of Dismissal with the Agreement attached thereto as Exhibit A within the next thirty (45) days.



Dockets.Justia.com

The parties respectively request the Court to take off-calendar the Settlement Conference currently scheduled for February 10, 2004 with Magistrate Edward Chen. The parties also request the Court to take off-calendar all pre-trial and trial dates.

DATED: January 27, 2004

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: ____________/s/_________________________
Thuy M. Hoang
Attorneys for Plaintiffs MARSHALL LOSKOT and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS