United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Vawter<br>Plaintiff(s),<br>v.<br>Oldendorff Carriers LTD.<br>Defendant(s). | 3:03-cv-05628-MMC MMC ARB<br>**List of Ten Potential Arbitrators** |

TO COUNSEL OF RECORD:

The following list of ten potential arbitrators for this case has been randomly selected from the court's panel of arbitrators under ADR L.R. 4-4(a).

Marilyn Raia
Bullivant Houser Bailey P.c.

Stanley L. Gibson
Gibson Robb & Lindh LLP

David W. Condeff
Attorney at Law

Gail Killefer
Killefer Mediation

Harvey I. Wittenberg
Law Offices of Harvey I. Wittenberg

John F. Barg
Barg Coffin Lewis & Trapp, LLP

Mark Hanson Pierce
Olson and Pierce

Richard J. Idell
Idell, Berman & Seitel

Matthew F. Quint
Wilson & Quint

Joseph L. Costello
Attorney at Law



Dockets.Justia.com

United States District Court
Northern District of California

Profiles for these arbitrators are available at our website under the button "Neutrals Profiles" at www.adr.cand.uscourts.gov.

Dated: January 29, 2004

RICHARD W. WIEKING
Clerk
by: Rebecca Tatlonghari

/s/
ADR Case Administrator
415-522-2180

Enclosed:

Instructions for Ranking Arbitrators and Scheduling Hearing
Arbitration Ranking and Hearing Scheduling Information form
Stipulation and [Proposed] Order for Waiver of Trial *De Novo* form

## PROOF OF SERVICE

Case Name: Vawter v. Oldendorff Carriers LTD.

Case Number: 3:03-cv-05628-MMC MMC ARB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

ADR Program
United States District Court
Northern District of California
450 Golden Gate Avenue Floor 16
San Francisco, CA 94102

On January 29, 2004, I served a true and correct copy of:

**List of Ten Potential Arbitrators**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

Conte C. Cicala
contec@fdw-law.com

James B. Nebel
jamesn@fdw-law.com

Patrick B. Streb
pstreb@pacbell.net

Erich Paul Wise
Erichw@fdw-law.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 29, 2004 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by: Rebecca Tatlonghari

/s/________________________________
ADR Case Administrator
415-522-2180

ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# Instructions for Ranking Arbitrators and Scheduling Hearing

**To Counsel:**

Your case was assigned at filing to the court's non-binding arbitration program under ADR Local Rule 4. On the attached list are 10 potential arbitrators for this case who have been randomly selected from the court's panel of arbitrators under ADR L.R. 4-4(a). The profiles of the arbitrators listed with an asterisk may be found on the ADR website: www.adr.cand.uscourts.gov under the button "Neutral Profiles." If you don't have access to the internet, please contact the case administrator assigned to this case. Also enclosed is the Arbitrator Ranking & Hearing Schedule Information form for counsel jointly to specify arbitrator and scheduling preferences.

Please follow the procedure set forth in ADR L.R. 4-4(a) for striking and ranking names. List your joint preference on the enclosed form and submit it to the ADR Unit at the Clerk's Office within ten days of receipt of the list or the Clerk will select an arbitrator from this list. Do not file or e-file this document. You may fax or email it to the case administrator assigned to this case. To stipulate to a panel of three arbitrators, check the appropriate box on the Arbitration Hearing and Ranking Schedule form and have all counsel sign it. The court will contact the arbitrators in order of your preferences to determine their availability and will notify you after the arbitrator or panel of three arbitrators has been selected.

Please submit a copy of the Complaint and Answer with your form. Please also submit a copy of the joint case management statement, if it has been filed. If you are requesting a panel of three arbitrators (for which all parties must consent), please submit three copies of these documents.

Also included for your convenience is the form Stipulation and Proposed Order for Waiver of Trial de novo should you wish to so stipulate.

450 GOLDEN GATE AVENUE P SAN FRANCISCO, CA 94102 P Tel: (415) 522-2199 P Fax: (415) 522-4112
www.adr.cand.uscourts.gov

ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

January 29, 2004

Re: Vawter v. Oldendorff Carriers LTD.
3:03-cv-05628-MMC MMC ARB

**Arbitration Ranking and Hearing Schedule Information**

The parties, having conferred in accordance with ADR Local Rule 4-4, agree upon the following order of preference of arbitrators:

1) ______________________________ 4) ______________________________

2) ______________________________ 5) ______________________________

3) ______________________________ 6) ______________________________

Preferred date range for conducting the arbitration hearing: ____________________

Estimated number of day(s) hearing will take: ______________________________

Arbitration hearing will be heard before:

Q a single Arbitrator (please enclose 1 copy of the complaint and answer(s))

Q a panel of three Arbitrators (all parties must concur and sign below) (please enclose 3 copies of the complaint and answer(s))

**The arbitration hearing date will be set during the mandatory telephone conference with the arbitrator. ADR L.R. 4-8**

Dated: ________________ ____________________________________________
Attorney for Plaintiff

Dated: ________________ ____________________________________________
Attorney for Defendant

Dated: ________________ ____________________________________________
Attorney for

**PLEASE JOINTLY SUBMIT ONLY ONE FORM TO THE ADR UNIT WITHIN TEN DAYS.**

**REMINDER: ENCLOSE COPIES OF THE COMPLAINT, ANSWER(S), AND JOINT CASE MANAGEMENT STATEMENT (IF FILED).**
**DO NOT FILE OR E-FILE THIS DOCUMENT.**

# UNITED STATES DISTRICT COURT

**Northern District of California**

United States District Court
Northern District of California

Vawter

Plaintiff(s),

v.

Oldendorff Carriers LTD.

Defendant(s).

3:03-cv-05628-MMC MMC ARB

**Stipulation and [Proposed] Order for Waiver of Trial *De Novo***

The above-named parties stipulate, prior to the Arbitration hearing, to waive their rights to a trial *de novo* following the award and agree to be bound by the arbitration award. The parties understand that a judgment will be entered on the arbitration award and that judgment will not be subject to review in any other court by appeal or otherwise.

Dated: __________________ ______________________________

Counsel for Plaintiff

Dated: __________________ ______________________________

Counsel for Defendant

IT IS SO ORDERED:

Date: ___________________ ______________________________

UNITED STATES DISTRICT JUDGE

cc: Arbitrator(s)