HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP
RICHARD J. STRATTON - 54648
COURTNEY M. COATES – 203448
KURT A. FRANKLIN – 172715
ADRIAN J. MURPHY
333 Market Street, Suite 2300
San Francisco, CA 94105-2173
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
ccoates@hansonbridgett.com

Attorneys for Defendants and Counter-Claimants

MATTHEW R. YOUNG, Bar No. 215562
LAW OFFICE OF MATTHEW R. YOUNG
1819 Polk Street, No. 465
San Francisco, CA 94109
Telephone: (415) 674-1419
Facsimile: (415) 674-1436
lawoffice@mattyoung.org

Attorney for Plaintiffs and Counter-Defendants

Attorney for Counter-Defendants
AMERICANS WITH DISABILITIES
ADVOCATES and GEORGE S. LOUIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICANS WITH DISABILITIES ADVOCATES, et al.<br>Plaintiffs,<br>v.<br>WHITAKER HOTEL, et al.<br>Defendants. | Case No.: C 03-3568 VRW<br><br>**STIPULATED DISMISSAL OF DEFENDANTS' COUNTERCLAIMS AND [PROPOSED] ORDER** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), it is hereby agreed and stipulated, by and between all above-captioned parties, by and through their undersigned

counsel, that Defendants hereby dismiss with prejudice, and without costs to any party, each and all counterclaims asserted herein.

DATED: January 27, 2004

/s/ Courtney M. Coates
Courtney M. Coates
Attorney for Defendants and Counter-Claimants

DATED: January 27, 2004

/s/ Matthew R. Young
Matthew R. Young
Attorney for Plaintiffs and Counter-Defendants

**IT IS SO ORDERED:**

**Dated: ________________________**

**________________________________**
**UNITED STATES DISTRICT JUDGE**