Sherry Lynn Minson,Esq. - State Bar No. 203038
28401 First Gate Road
Willits, California 95490

Telephone/Fax: (707) 459-4869

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HORROCKS PURCELL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MENDOCINO, MENDOCINO COUNTY EMPLOYEES RETIREMENT ASSOC., and TIMOTHY KNUDSEN,<br><br>Defendants | Case No. C 03-0814 WHA<br><br>[PROPOSED] ORDER ENTERING DEFAULT JUDGMENT PURSUANT TO FRCP 55<br><br>Date: March 11, 2004<br>Time: 8:00 a.m.<br>Judge: U.S. District Court Judge William H. Alsup |

The parties having appeared for hearing on March 11, 2004, at 8:00 a.m. in the courtroom of District Court Judge William H. Alsup, Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, on the request of the Plaintiff Deborah Horrocks Purcell for entry of default judgment against Defendants County of Mendocino, the Mendocino County Employees



Dockets.Justia.com

Retirement Association, and Timothy Knudsen, on the grounds of failure to plead or otherwise defend against the Plaintiff's complaint, the Court orders as follows:

1. That the Defendants' Answer be stricken as untimely,

2. Entry of default judgment on all causes of action contained in the Plaintiff's complaint,

3. Award of compensatory damages of at least $150,000.00 or in an amount to be proved according to order of the Court, for the Defendant's failure to accommodate the Plaintiff's disability and the resulting constructive wrongful termination of the Plaintiff by the Defendants,

4. Declaratory relief to the effect that the actions of the Mendocino County Employees Retirement Association and its Administrator, Timothy Knudsen, as alleged in the Plaintiff's complaint, amount to a breach of the fiduciary duty owed by these parties to beneficiaries of the County's retirement plan,

5. Declaratory relief to the effect that the Mendocino County Employees Retirement Association's procedures for determination of an applicant's right to disability retirement benefits, as described in the Plaintiff's complaint, are unconstitutional under the U.S. Constitution and the Constitution of the State of California, and,

6. Award of attorneys fees and costs of at least $30,000.00 or in an amount to be proved according to order of the Court.

Dated:_________________ ___________________________________

U.S. District Court Judge

William H. Alsup