Apple Inc. v. Psystar Corporation Doc. 468

ROBERT C. NIESLEY, ESQ. (Bar No. 131373)
JOSEPH C. McGOWAN, ESQ. (Bar No. 166426)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
Citicorp Center
One Sansome Street, Suite 810
San Francisco, CA 94104
415-623-7000 (Telephone)
415-623-7001 (Facsimile)

Attorneys For Defendant
Travelers Casualty and Surety Company of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF STOMPER CO., INC., AND STOMPER CO., INC., Plaintiff, vs. DENNIS J. AMOROSO CONSTRUCTION CO., INC., TRAVELERS CASUALTY LAND SURETY COMPANY OF AMERICA AND PERFORMANCE ABATEMENT SERVICES OF CALIFORNIA, Defendants. | Case No. C 03-02845 SI<br><br>**[PROPOSED] ORDER SUBSTITUTING COUNSEL** |

After consideration of the Substitution of Counsel for Defendant Travelers Casualty and Surety Company of America ("Travelers") on file herein, which document evidences the written consent of Travelers and of all counsel implicated, and upon good cause having been shown, the motion of Defendant Travelers Casualty and Surety Company of America to substitute counsel is hereby GRANTED.

It is hereby ORDERED that:

\\\

\\\



Dockets.Justia.com

Watt, Tieder, Hoffer & Fitzgerald is hereby substituted in as counsel for Defendant Travelers Casualty & Surety Company of America.

**IT IS SO ORDERED.**

JUDGE SUSAN ILLSTON
JUDGE OF THE DISTRICT COURT

Sf/1318 v1

## PROOF OF SERVICE

*(USA for the use and benefit of Stomper Co., Inc. vs Dennis J. Amoroso, et al.)*
USDC ND California Case No. C 03-02845 SI

I, the undersigned, certify and declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Watt, Tieder, Hoffar & Fitzgerald, LLP, Citigroup Center, One Sansome Street, Suite 810, San Francisco, California 94104.

On the date indicated below, I caused the following document to be served via first class mail delivery:

1) SUBSTITUTION OF COUNSEL FOR DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
2) [PROPOSED] ORDER SUBSTITUTING COUNSEL

on the interested party(ies) in this action:

Roland Nickles, Esq.
Daniel M. Weisenfeld, Esq.
Bell Rosenberg & Hughes, LLP
1300 Clay Street, Suite 1000
Oakland, CA 94612

Robert L. Leslie, Esq.
McInerney & Dillon
One Kaiser Plaza, 18th Floor
Oakland, CA 94612

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California. I am readily familiar with the practice of my employer for the collection and processing of correspondence for mailing with the United States Postal Service, by which correspondence is placed, in a sealed envelope, postage prepaid, in the designated station for outgoing mail, and is the same day delivered to the United States Postal Service. I served such envelope(s) following this practice.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 5, 2004, at San Francisco, California.

Camille Perrine