Apple Inc. v. Psystar Corporation Doc. 481

Ronald J. Schutz (Admitted Pro Hac Vice)
Richard M. Martinez (Admitted Pro Hac Vice)
Scott R. Strand (Admitted Pro Hac Vice)
Niall A. MacLeod (Admitted Pro Hac Vice)
Nicholas S. Boebel (Admitted Pro Hac Vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Samuel R. Miller (State Bar No. 66871)
Tracy E. Reichmuth (State Bar No. 215458)
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 365-7864
Facsimile: (415) 986-2827

Attorneys for Plaintiff
TV INTERACTIVE DATA CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

TV INTERACTIVE DATA CORPORATION,
a California corporation,

Plaintiff,

vs.

MICROSOFT CORPORATION,
a Washington corporation,

Defendant.

**CASE NO. C 02-2385 (JSW/EDL)**

**ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST RE PERMITTING ELECTRONIC EQUIPMENT IN THE COURTROOM PURSUANT TO CIV. L. R. 7-10(B)**
**DATE: February 20, 2004**
**TIME: 9:00 a.m.**
**PLACE: Courtroom G, 15th Floor**

**IT IS HEREBY ORDERED** that Plaintiff TV Interactive Data Corporation's miscellaneous administrative request to bring into the courtroom and use certain equipment for demonstration purposes is granted. The following equipment is to be allowed:

1. A laptop computer;
2. A Commodore CDTV system, including console and television;



Dockets.Justia.com

3. A 3DO system, including game console;
4. A personal desktop computer;
5. Cables;
6. Switches; and
7. Portable computer table.

Dated: February 10, 2004

/s/ Bernard Zimmerman
Honorable Bernard Zimmerman
United States District Court Magistrate Judge