John A. Shupe, Esq., SBN: 87716
Diane E. Finkelstein, Esq., SBN: 88337
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 341-3693
Facsimile: (650) 341-1395

Attorneys for Defendants SAN BRUNO PARK ELEMENTARY DISTRICT, CHARLES J. ZELNIK, JR., BRIAN KRAMER, and CHRISTOPHER P. KIELY

**Shupe and Finkelstein**
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 341-3693

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VB GOLF III, LLC, a Delaware limited liability company, and SCHOENTHALER PARTNERS LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SAN BRUNO PARK SCHOOL DISTRICT, a government entity of unknown form; CHARLES J. ZELNIK, JR., as an individual and in his official capacity as President of the Board of Trustees of the San Bruno Park School District; BRIAN KRAMER, as an individual and in his official capacity as a member of the Board of Trustees of the San Bruno Park School District; CHRISTOPHER P. KIELY, as an individual and in his official capacity as a member of the San Bruno Park School District; MARK ZELNIK an individual; BEAR CREEK CAPITAL, an Ohio limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO:** C 04-00083-MMC<br><br>**DECLARATION OF CHRISTOPHER P. KIELY RE: SERVICE OF PROCESS UPON ME**<br><br>Date: Friday, March 26, 2004<br>Time: 9:00 a.m.<br>Dept: Honorable Maxine M. Chesney |

I, Christopher P. Kiely, do depose and state as follows:

1. I am and at all pertinent times hereto have been an elected trustee of the Governing Board of the San Bruno Park Elementary District. I have personal knowledge of the matters stated herein and if called would be competent to testify thereto.

2. I was first served with the Complaint in this action when I was personally served with a copy of the Complaint by a process server on Saturday, February 7, 2004 at my residence. Prior to



Dockets.Justia.com

Shupe and Finkelstein
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 341-3693

Saturday, February 7, 2004 I was never served (personally or otherwise) with the Summons or Complaint in this action, and I have never been served with the Summons. Prior to February 7, 2004 I have never seen or talked with process servor Cesar Railey (the person who allegedly served me on January 15, 2004).

3. I am a Caucasian male age 45 with blue eyes and light brown hair. I weigh approximately 180 pounds and am 6' tall. My photograph is posted in a public place at the District office.

4. I have reviewed the "Proof of Service", a copy of which is attached hereto as Exhibit A. The information on this Proof of Service is false. I was not served (personally or otherwise) with Summons and Complaint on this action on January 15, 2004. At 7:28 a.m. on January 15, 2004 I was at home still in bed, and got up around 8:00 a.m. After I got up my wife told me that while I were asleep she had taken a phone call from someone who said he needed to serve some papers on me and wanted to know when I would be available. In response my wife told him that I would be home that evening. No legal papers were left at my house. No process server came to our home then or at all, until February 7, 2004. I know this because after my conversation with my wife I fully expected to be served with legal papers. I even mentioned the fact that I had not yet been served, several times, to the Superintendent of the District.

5. The Governing Board of the District has never authorized me to accept service of process on behalf of the District.

//

//

//

//

//

//

//

//

//

I declare under penalty of perjury that the foregoing is true period. Executed on February 18,

2004 at San Bruno, California.

/s/
Christopher P. Kiely

**Shupe and Finkelstein**
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 341-3693