Apple Inc. v. Psystar Corporation Doc.

CRAIG K. MARTIN, ESQ. SBN 074750
942 Market Street, Suite 312
San Francisco, CA 94111-2109
415/245-2300

Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PAULETTE BROWN, et al.
Plaintiff,

vs

CITY AND COUNTY OF SAN FRANCISCO
Defendants. )

CASE NO.: C 03-4837 SBA

PLAINTIFF'S CASE MANAGEMENT STATEMENT

Date: February 26, 2004
Time: 3:00 p.m.
Place: Telephonic
Courtroom 3

Plaintiff joint in the Joint Case Management Conference Statement, filed by the defendants. Counsel for plaintiff inability to confer with counsel for the City and County of San Francisco prior to the filing of the Joint Case Management Conference Statement.

February 23, 2004

Craig K. Martin, Attorney for Plaintiffs

*Craig K. Martin*
*Attorney at Law*
*21 Columbus Ave., 229*
*San Francisco 94111*
*415/245-2300*



Dockets.Justia.c