Apple Inc. v. Psystar Corporation Doc. 504

WILLIAM L. STERN (State Bar No. 96105)
ERIC J. GRIBBIN (State Bar No. 205877)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
FLEETBOSTON FINANCIAL INC.
and FLEET CREDIT CARD
SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SILVA,<br><br>Plaintiff,<br><br>vs.<br><br>FLEETBOSTON FINANCIAL INC.; FLEET CREDIT CARD SERVICES, INC.; and DOES One through Twenty,<br><br>Defendants. | Case No. C03 04171 PVT<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Pamela Silva and defendants FleetBoston Financial Inc. and Fleet Credit Card Services, Inc., by and through their respective counsel, stipulate (subject to this Court's approval), that plaintiff's Complaint be dismissed as to all defendants with prejudice.

KINSEY, BAKER & MAKLER, LLP

DATED: February 18, 2004.

By [signature]
Carole K. Johnston, Esq.

Attorneys for Plaintiff
PAMELA SILVA



Dockets.Justia.com

DATED: February 20, 2004.

SEVERSON & WERSON
A Professional Corporation

By [signature]
William L. Stern

Attorneys for Defendants
FLEETBOSTON FINANCIAL INC. and
FLEET CREDIT CARD SERVICES, INC.