Apple Inc. v. Psystar Corporation Doc. 520

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***RELATED CASE ORDER***

A Notice of Related Cases has been filed that the following cases are related within the meaning of Civil L.R. 3-12(b):

**"Pls. See Attachment For the Information"**

**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(b).

[ ] **ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials ***BZ*** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned Judge.

**DATED:** 02/23/2004

/s/ Bernard Zimmerman
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED: 02/24/2004**

**By: Lashanda Scott**
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: ____________ mrg\civil\relcsord.mrg (9/97)
(date)

Dockets.Justia.com

## ATTACHMENT

**C-03-4494-BZ [E-Filing] *[Lead Case*] Alethiae D. Marchese v. Warner-Lambert Co., et al.**

C-03-5877-MHP [E-Filing] Murray Peters v. Warner-Lambert Company LLC, et al.

C-03-5899-RS [E-Filing] Robert Cota, Sr. v. Warner-Lambert Company LLC, et al.

C-04-0206-JL [E-Filing] Dorothy Cooper v. Warner-Lambert Company LLC, et al.

C-04-0207-SBA [E-Filing] Geraldine S. Wood v. Warner-Lambert Company LLC, et al.

C-04-0209-SBA [E-Filing] Ernest Foster, Jr., et al. v. Warner-Lambert Company LLC,

C-04-0292-CW [E-Filing] Robert Horan, Jr., et al. v. Warner-Lambert Company LLC,

C-04-0293-EDL [E-Filing] Willard W. Barksdale v. Warner-Lambert Company LLC,

C-04-0384-MHP [E-Filing] Jacqueline Moore, et al. v. Warner-Lambert Company LLC