**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **02/23/2004**

**C03-2338 BZ**

**Directv, Inc.** v. **Ford Bergevin et al**

Attorneys: Joseph Abdelkerin William Burn
(Telephonic Appearance)

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT** Reporter: **Not Reported**

**PROCEEDINGS:** **RULING:**

1. Telephonic Case Management Conference ____________ Matter Held ______
2. ____________________________________________ ______________

( ) Status Conference ( ) P/T Conference ( ) Case Management Conference

**ORDERED AFTER HEARING:**

Pretrial Conference set for September 21, 2004 at 4:00 p.m. Court Trial set for September 29, 2004 at 8:30 a.m. Trial set for three days.

( XX ) ORDER TO BE PREPARED BY: Plntf ___ Deft ___ Court XX ___

( ) Referred to Magistrate Judge for a Settlement Conference to occur

( ) By Court ( ) Parties to approach Magistrate in future

( ) CASE CONTINUED TO ______________________ for ___________________

Discovery Cut-Off ______________________________ Expert Discovery Cut-Off ______________

Plntf to Name Experts by ________________________ Deft to Name Experts by ______________

P/T Conference Date -

Trial Date-
Type of Trial:

Notes: ____________________________________________________________________

Dockets.Justia.com