**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***RELATED CASE ORDER***

A Notice of Related Cases has been filed that the following cases are related within the meaning of Civil L.R. 3-12(b):

**"Pls. See Attachment For the Information"**

**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(b).

[XX ] **ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials ***BZ*** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned Judge.

**DATED:** January 12, 2004

/s/Bernard Zimmerman
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED: January 12, 2004**

**By: /s/ Lashanda Scott**
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: ____________

**ATTACHMENT**

| | |
|---|---|
| C-03-4494-BZ [E-Filing] | Alethiae D. Marchese v. Warner-Lambert Co., et al. |
| C–03-5149-SBA [E-Filing] | Joseph Aiello v. Warner-Lambert Co., et al. |
| C-03-5651-PJH (ARB) [E-Filing] | Yolanda Mueller v. Warner-Lambert Co., et al. |
| C-03-5652-JW (PVT) (ARB) [E-Filing] | John S. Corson v. Warner-Lambert Co., et al. |
| C-03-5653-RS (ARB) [E-Filing] | Jennie Phillips v. Warner-Lambert Co., et al. |
| C-03-5627-JSW [E-Filing] | Alice Andrade v. Warner-Lambert Co., et al. |
| C-03-5649-TEH (ARB) [E-Filing] | Marcellus D. Sykes, Jr., et al. v. Warner-Lambert |
| C-03-5650-MEJ (ARB) [E-Filing] | Judy Alain Washington v. Warner-Lambert Co. |
| C-03-5735-MHP (ARB) [E-Filing] | Johnnie Ferrell v. Warner-Lambert Co., et al. |
| C-03-5736-PJH (ARB) [E-Filing] | Mary Matthews Hilliard v. Warner-Lambert Co. |
| C-03-5737-SBA (ARB) [E-Filing] | Mary Davenport v. Warner-Lambert Co., et al. |
| C-03-5738-CW (ARB) [E-Filing] | Amelia Reynolds v. Warner-Lambert Co., et al. |
| C-03-5739-SBA (ARB) [E-Filing] | Edward A. Carpenter v. Warner-Lambert Co., et al. |
| C-03-5740-CW (ARB) [E-Filing] | Sharon Jacobs v. Warner-Lambert Co., et al. |
| C-03-5821-MMC [E-Filing] | Louise Hancock v. Warner-Lambert Co., et al. |
| C-03-5826-BZ [E-Filing] | C’Ella Jones v. Warner-Lambert Co., et al. |
| C-03-5827-CW [E-Filing] | Benny Bracero, et al. v. Warner-Lambert Co., et al. |
| C-03-5828-SC [E-Filing] | Helen Scheid v. Warner-Lambert Co., et al. |
| C-03-5833-RS [E-Filing] | Roy D. Fortier v. Warner-Lambert Co., et al. |
| C-03-5880-MJJ [E-Filing] | Jeanne Piscitelli v. Warner-Lambert Co., et al. |
| C-03-5882-JSW [E-Filing] | Idamaye Altvater v. Warner-Lambert Co., et al. |

| | |
|---|---|
| C-03-5886-MJJ [E-Filing] | Richard Mengelkoch v. Warner-Lambert Co., et al. |
| C-03-5887-JSW [E-Filing] | Sammy White v. Warner-Lambert Co., et al. |
| C-03-5888-SC [E-Filing] | Dorothy Woodward v. Warner-Lambert Co., et al. |
| C-03-5889-MJJ [E-Filing] | Edward Wyman v. Warner-Lambert Co., et al. |
| C-03-5890-TEH [E-Filing] | Lowella M. Rhyne, et al. v. Warner-Lambert Co. |
| C-03-5891-CRB [E-Filing] | Harry Chaney, et al. v. Warner-Lambert Co., et al. |
| C-03-5892-MEJ [E-Filing] | Heman Randhawa, et al. v. Warner-Lambert Co. |
| C-03-5893-CW [E-Filing] | Candy Peralta v. Warner-Lambert Co. |