O'DONNELL & SHAEFFER, LLP
PIERCE O'DONNELL, Bar Number 81298
BELYNDA B. RECK, Bar Number 163561
633 West Fifth Street, Suite 1700
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

KAYE SCHOLER LLP
ROBERT BARNES, Bar Number 119515
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants
WARNER-LAMBERT COMPANY LLC
and PFIZER INC.

KAYE SCHOLER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re REZULIN LITIGATION | CASE NO. C 03-05253 JW ARB |
| JOETTA PHELEN,<br>Plaintiff,<br>vs.<br>WARNER-LAMBERT COMPANY LLC, a Delaware corporation; PARKE-DAVIS, a division of WARNER-LAMBERT COMPANY LLC; PFIZER INC., a New York corporation; JERROLD OLEFSKY, an individual; CATHERINE COLLINS, M.D., an individual; and DOES 1 through 100, inclusive,<br>Defendants. | **MANUAL FILING NOTIFICATION RE EXHIBITS A THROUGH L TO NOTICE OF REMOVAL OF ACTION** |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing has been served in hard-copy.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons:

_X_ Voluminous Document (PDF file size larger than e-filing system allowances.

____ Unable to Scan Documents.

____ Physical Object (description):______________________________

__________________________________________________

____ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

____ Item Under Seal.

____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

____ Other (description):___________________________________

____________________________________________

Dated: December 4, 2003

Respectfully submitted,

KAYE SCHOLER LLP

O'DONNELL & SHAEFFER, LLP

By: ______________________________
Paul Gelb
Attorneys for Defendants
WARNER-LAMBERT COMPANY LLC
and PFIZER INC.

KAYE SCHOLER LLP

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kaye Scholer LLP, 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067-6048.

On **December 4, 2003,** I served the foregoing document described as **MANUAL FILING NOTIFICATION RE EXHIBITS A THROUGH L TO NOTICE OF REMOVAL** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Counsel for Plaintiffs**
Thomas V. Girardi, Esq.
David Bigelow, Esq.
Vincent J. Carter, Esq.
Ryan M. McNamara, Esq.
Peter Gezoukian, Esq.
GIRARDI AND KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017

**Co-Counsel for Plaintiffs**
Gregory J. Owen, Esq.
OWEN, PATTERSON & OWEN
23822 Valencia Boulevard, Suite 201
Valencia, CA 91355

**Co-Counsel for Defendants**
Pierce O'Donnell, Esq.
Belynda B. Reck, Esq.
O'DONNELL & SHAEFFER LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071

_X_ **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

FEDERAL
_X_ I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 4, 2003**, at Los Angeles, California.

SHANTA TEEKAH
Name

S Teekah
Signature





KAYE SCHOLER LLP