Apple Inc. v. Psystar Corporation

Doc. 543

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050
PHONE 650.493.9300
FAX 650.493.6811
www.wsgr.com

February 27, 2004

**VIA E-FILING**

Hon. Maria Elena James
United States Magistrate Judge
United States District Court
Northern District of California, San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: *Garcia v. UTStarcom, Inc.***
**Case No. C 03-4945 MEJ ARB**

Dear Judge James:

The parties have reached a tentative settlement in the above-referenced matter and intend to file a stipulation of dismissal on or about Monday, March 1, 2004. The parties are currently scheduled to appear on Thursday, March 4 at 10:00 a.m. for a Case Management Conference. I am writing to request that this matter be removed from the calendar due to the pending settlement and dismissal. Thank you for your attention to this request.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Alyson N. Dinsmore

cc: Nikolai Lachowicz, Esq.

Dated: February 27, 2004

UNITED STATES DISTRICT COURT
APPROVED
Magistrate Judge Maria-Elena James
NORTHERN DISTRICT OF CALIFORNIA

C:\NrPortbl\PALIB1\ADI\2411543_1.DOC



Dockets.Justia.com