PETER D. KEISLER
Assistant Attorney General

KEVIN V. RYAN
United States Attorney

DOUGLAS N. LETTER (DC Bar No. 253492)
Terrorism Litigation Counsel

SANDRA M. SCHRAIBMAN (DC Bar No. 188599)
Assistant Branch Director
CAROLYN A. McKEE (MA Bar No. 640304)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Br.
20 Massachusetts Ave., NW, Ste. 7324
Washington, DC 20530
Tel. 202-514-4102
Fax. 202-318-7592

Counsel for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – ECF PROGRAM

ARSHAD CHOWDHURY,
Plaintiff,

v.

NORTHWEST AIRLINES CORP. and
NORTHWEST AIRLINES, INC.,

Defendants.

Case No. C 02-2665 CRB

**UNITED STATES' NOTICE OF FILING AND NOTICE OF FILING UNDER SEAL**

Pursuant to this Court's Order of September 5, 2003, and Civil L.R. 79-5, the United States provides notice to the parties that it is filing under seal a third set of unredacted materials containing Sensitive Security Information ("SSI") on March 2, 2004. Because the documents are being filed under seal, they cannot be filed electronically.

In addition, the United States herewith publicly files TSA's final order with regard to the content and handling of these documents, together with the third set of redacted materials.

Dockets.Justia.com

Date: March 2, 2004

Respectfully Submitted,

Of Counsel:

Carla J. Martin
Senior Attorney
Office of Chief Counsel
TSA
Washington, DC 20530

Peter D. Keisler
Assistant Attorney General

Kevin V. Ryan
U.S. Attorney

Douglas N. Letter (DC Bar 253492)
Terrorism Litigation Counsel

/s/ Carolyn A. McKee

---

Sandra M. Schraibman (DC Bar 188599)
Assistant Branch Director
Carolyn A. McKee (MA Bar 640304)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Br.
20 Massachusetts Ave., NW, Ste. 7324
Washington, DC 20530
Tel. 202-514-4102
Fax. 202-318-7592

Counsel for the United States