PETER D. KEISLER
Assistant Attorney General

KEVIN V. RYAN
United States Attorney

DOUGLAS N. LETTER (DC Bar No. 253492)
Terrorism Litigation Counsel

SANDRA M. SCHRAIBMAN (DC Bar No. 188599)
Assistant Branch Director
CAROLYN A. McKEE (MA Bar No. 640304)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Br.
20 Massachusetts Ave., NW, Ste. 7324
Washington, DC 20530
Tel. 202-514-4102
Fax. 202-318-7592

Counsel for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – ECF PROGRAM

| | |
|---|---|
| ARSHAD CHOWDHURY,<br>Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES CORP. and<br>NORTHWEST AIRLINES, INC.,<br><br>Defendants. | Case No. C 02-2665 CRB<br><br>**UNITED STATES' MANUAL FILING NOTIFICATION** |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled because it is too voluminous to scan.

Dockets.Justia.com