Apple Inc. v. Psystar Corporation Doc. 551

KEVIN V. RYAN
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

450 Golden Gate Avenue,10th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-6813
Facsimile: (415) 436-6748
Email: andrew.cheng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSEBELL NJERI MUNYUA,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. C 03-4538 EDL<br>**E-FILING CASE**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: March 16, 2004<br>Ctrm: E, 15th Floor<br>Hon.: Elizabeth D. Laporte |

The parties, by and through their respective attorneys, request that the case management conference currently scheduled for March 16, 2004, at 10:00 a.m. be moved to **March 29, 2004** at **10:00 a.m.**

The request is based on defense counsel's conflicting trial.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: March 1, 2004

/s/
ANDREW Y.S. CHENG
Assistant United States Attorney

///

Dockets.Justia.com

Dated: March 1, 2004

/s/
JONATHAN WESTEN
Attorney for Plaintiff

**ORDER**

The case management conference is continued to March 30, 2004, at 10:00 a.m. The case management conference statements shall be due on March 22, 2004.

**IT IS SO ORDERED.**

Dated: March 2, 2004

(electronic signature authorized)
ELIZABETH D. LAPORTE
United States Magistrate Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**STIPULATION AND ORDER CONTINUING CMC**

Munyua v. U.S.A.
C 03-4538 EDL

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X_ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FEDERAL EXPRESS**

____ **FACSIMILE (FAX)** Telephone No.: See Below_________

to the party(ies) addressed as follows:

| | |
|---|---|
| Jonathan Westen, Esq.<br>Heller Ehrman White & McAuliffe LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA 94104-2878 | Robert Rubin, Esq.<br>Philip K. Hwang, Esq.<br>Lawyers' Committee for Civil Rights<br>131 Steuart Street, No. 400<br>San Francisco, CA 94105<br>PH: 415.543.9444<br>FX: 415.543.0296 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 1, 2004 at San Francisco, California.

___/s/____________________________
LILY HO-VUONG
Legal Assistant