Michael D. Braun (167416)
Timothy J. Burke (181866)
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087

Jules Brody
Aaron L. Brody
Bradley P. Dyer
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

**Proposed Lead Counsel For Plaintiffs and The Class**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO KW LUM, Individually and on Behalf of All Other similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN RESOURCES, INC., FRANKLIN TEMPLETON INVESTOR SERVICES, LLC, FRANKLIN ADVISOR SERVICES, INC., FRANKLIN/TEMPLETON DISTRIBUTORS, INC., TEMPLETON/FRANKLIN INVESTMENT SERVICES, INC., and FRANKLIN PRIVATE CLIENT SERVICES, INC.,<br><br>Defendants. | CASE NO. 04 CV 583 JSW<br><br>**<u>CLASS ACTION</u>**<br><br>**CERTIFICATION OF TIMOTHY J. BURKE PURSUANT TO LOCAL RULE 3-7(d)** |



Dockets.Justia.com

I, Timothy J. Burke, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California.

I am seeking to serve as class counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 5th day of March, 2004 at Los Angeles, California.

/ s /
TIMOTHY J. BURKE