Apple Inc. v. Psystar Corporation



051614

# DRYWALL/LATHING MEMORANDUM AGREEMENT

It is hereby mutually understood by and between the undersigned individual employer and the Carpenters 46 Northern California Counties Conference Board, referred to as UNION, that for and in consideration of services performed and to be performed by drywall installers and/or lathers, trainees or apprentices for the individual employer, the individual employer agrees to comply with all wages, hours, and working conditions set forth in the DRYWALL/LATHING MASTER AGREEMENT for California effective August 1, 1999 through July 31, 2004 (which Agreement is incorporated herein by reference and a copy of which has been delivered to me and receipt of which is hereby expressly acknowledged), which amends, modifies, supplements and renews each and every, all and singular, previous DRYWALL MASTER AGREEMENTS or DRYWALL/LATHING MASTER AGREEMENTS or individual employer DRYWALL/LATHING MEMORANDUM AGREEMENTS in the construction industry in California and any future modifications, changes, amendments, supplements, extensions or renewals of or to said DRYWALL/LATHING MASTER AGREEMENT which may be negotiated between the parties thereto for the term thereof. The undersigned employer expressly acknowledges that it has satisfied itself that the Union and/or each of its constituent bodies represent a majority of its drywall/lathing employees and specifically agrees that it has established or is hereby establishing a collective bargaining relationship within the meaning of Section 9(a) of the National Labor Relations Act, as amended, and that this Memorandum Agreement is a pre-hire agreement within the meaning of the National Labor Relations Act.

RECEIVED JUN 1 2 2001 CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD

The individual employer by executing this DRYWALL/LATHING MEMORANDUM AGREEMENT continues to be bound by each and every of the DRYWALL MEMORANDUM AGREEMENTS and/or DRYWALL/LATHING MEMORANDUM AGREEMENTS previously signed by said individual employer, for all work performed by said individual employer as described in said DRYWALL/LATHING MASTER AGREEMENT and as covered by said DRYWALL/LATHING MASTER AGREEMENT regardless of the name or style or method of organization of any individual employer entity and specifically applies to any company, firm or corporation in the construction industry with which or to which the undersigned individual employer has any connection of any nature or kind whatsoever.

The individual employer agrees to pay all sums of money for each hour paid for or worked by employees performing work covered by said DRYWALL/LATHING MASTER AGREEMENT to each and every, all and singular, of the Trust Funds or corporations specified in said DRYWALL/LATHING MASTER AGREEMENT and to accept, assume, and be bound by, all of the obligations of any Trust Agreements, Corporate Articles, Bylaws, Plans or Rules, or any amendments, modifications or changes thereof made by the parties thereto, as are now or may hereafter be imposed upon any individual employer by or pursuant to any such Trust, Trust Fund, Plan, Corporate Articles or Bylaws as set forth in the DRYWALL/LATHING MASTER AGREEMENT or any applicable Trust Agreement, Corporate Articles or Bylaws.

The individual employer further agrees that he or it does irrevocably designate and appoint the employer members of said Trust Funds, Corporations and Plans mentioned in the DRYWALL/LATHING MASTER AGREEMENT as his or its attorneys in fact for the selection, removal and substitution of Trustees or Board Members as provided in the Trust Agreements or Plans or Corporate Articles as may be hereinafter provided by or pursuant to said Trust Agreements or Plans, or Corporate Articles and Bylaws.

Notwithstanding any provision of the DRYWALL/LATHING MASTER AGREEMENT or this DRYWALL/LATHING MEMORANDUM AGREEMENT, it is understood that the individual employer is required to give written notice to the Union at 446 Hegenberger Road, Oakland, California 94621-1418 of the name or names of any entity, person, firm or corporation engaged in the construction industry with which the undersigned becomes or is now connected and any change of name or style under which the undersigned will be or is now engaged in the construction industry in the State of California. Such written notice must be given no less than ten (10) days prior to the date of any such change of name, new corporation, change of corporate status, creation or formation of any entity, etc.

Notwithstanding any provision of the DRYWALL/LATHING MASTER AGREEMENT or this Agreement, the UNION reserves the right to strike the individual employer for alleged contract violations or breach of this DRYWALL/LATHING MEMORANDUM AGREEMENT and said strike shall not be deemed a breach of contract by the UNION. The UNION, at its sole option, may process any alleged breach of contract through the grievance and arbitration procedure of the DRYWALL/LATHING MASTER AGREEMENT or by strike, or both. Submission of any grievance involving the undersigned individual employer shall be to the permanent neutral arbitrator provided in the grievance procedure of the DRYWALL/LATHING MASTER AGREEMENT. Claims for unpaid wages or Trust Fund contributions may be submitted to the Labor Commissioner at the sole option of the UNION or the appropriate Trust Funds, at any time, in addition to any other remedy provided by the DRYWALL/LATHING MASTER AGREEMENT or this DRYWALL/LATHING MEMORANDUM AGREEMENT or by law. The subcontractor provisions of the DRYWALL/LATHING MASTER AGREEMENT may not be enforced by strike action, except to the extent permitted by law.

The Union agrees to perform all of the provisions of the DRYWALL/LATHING MEMORANDUM AGREEMENT hereinabove referred to.

This DRYWALL/LATHING MEMORANDUM AGREEMENT shall be binding upon the heirs, executors, administrators, successors, purchasers and assigns of the individual employer, including any name or style under which business is conducted with respect to work covered by this DRYWALL/LATHING MEMORANDUM AGREEMENT.

Except as set forth below, the individual employer waives any right that he or it may have to terminate, abrogate, repudiate or cancel this Agreement during its term, or during the term of any future modifications, changes, amendments, supplements, extensions, or renewals of or to said Master Agreement; or to file or process any petition before the National Labor Relations Board seeking such termination, abrogation, repudiation or cancellation.

This Agreement shall remain in full force and effect until July 31, 2004, and shall continue thereafter for the term of any future modifications, changes, amendments, supplements, extensions or renewals of or to said Master Agreement which may be negotiated between the parties thereto unless either party to this Memorandum Agreement gives written notice to the other of the desire to change or cancel not more than ninety (90) nor less than sixty (60) days prior to July 31, 2004 or July 31 of any year in which the Drywall Lathing Master Agreement may terminate. Neither this Agreement nor the Drywall/Lathing Master Agreement for Northern California, which is incorporated herein, may be changed or modified, in any way, without the written approval by the Chairman or Executive Director of the Union.

**UNION:** Carpenters 46 Northern California Counties Conference Board, for and on behalf of all affiliated Local Unions and District Councils in California

John Casey (signature) — Chairman – John Casey

Fred R. Wright (signature) — Executive Director – Fred R. Wright

LOCAL UNION OR DISTRICT COUNCIL: Loc #9083 (District Council Name or Local Union Number)

By (signature) — Union Represe.

INDIVIDUAL EMPLOYER AND/OR ASSOCIATION

Apex Partitions, Inc.

(Name of Individual Employer or Association)

**EXHIBIT B**

By (signature)

(Signature of Individual Employer or Authorized Representative)

452 W. Bedford #103 — Address

Fresno, Ca. 93711 — City and State (Include Zip Code)

790925 — Contractor's License

(559) 447-0565 — Telephone No.

5-25-2001 — Date Signed

May 7, 2001 — Effective Date



Dockets.Justia.com