Apple Inc. v. Psystar Corporation
Doc. 570 Att. 2

Northern California Carpenter Trust Funds claim on: May 29, 2003
Colonial American Casualty and Surety Co Bond #08646560

**USPS FIRST CLASS RETURN RECEIPT REQUESTED #7001 2510 0007 2027 5300**

**PAYMENT BOND #08646560 DEMAND**

**PAUL GREGO**
**ZURICH NORTH AMERICA**
**3910 KESWICK ROAD**
**BALTIMORE, MD 21211-2226**

COPY

**CAL STATE UNIVERSITY**
**MONTEREY BAY AQUARIUM RESEARCH INSTITUTE**
**100 CAMPUS CENTER, BUILDING 84B**
**SEASIDE, CA 93955-8000**
**ATTN: JOHN BECCARIA**

**MAULDIN-DORFMEIER CONSTRUCTION, INC.**
**3240 NORTH MILLBROOK**
**FRESNO, CA 93726-5866**
**ATTN: DAN MILLER**

**APEX PARTITIONS, INC.**
**P. O. BOX 2692**
**GRANITE BAY, CA 95746**
**ATTN: ANCA MATICIUC**

COPY

RE: **COLONIAL AMERICAN CASUALTY AND SURETY CO.**
**BOND NO. 08646560**
**PRINCIPAL: APEX PARTITIONS, INC.**
**OBLIGEE: MAULDIN-DORFMEIR CONSTRUCTION, INC.**
**PROJECT: SCIENCE ACADEMIC CENTER, CSUMB,**
**between 5th & 6th at 1st Street; SEASIDE, CA 93955**

**DEFAULTING SUBCONTRACTOR: APEX PARTITIONS, INC.**
**Carpenters Account no. 38607/56814**

**TO WHOM IT MAY CONCERN:**

**PLEASE TAKE NOTICE THAT** the Carpenters Health and Welfare Trust Fund for



EXHIBIT C

Dockets.Justia.com

COPY

California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Carpenters Training Trust Fund for Northern California, and the Carpenters Annuity Trust Fund for Northern California (hereinafter "Claimants"), are entitled to make a claim and do hereby make a claim against the above-captioned payment bond for payment of fringe benefits. Individual members of Carpenters Locals, affiliated with the Northern California Carpenters Regional Council and represented by the Carpenters 46 Northern California Counties Conference Board, furnished labor to **APEX PARTITIONS, INC.** (hereinafter "Employer") to be used and actually used in that certain work of improvement referenced above and consisting of carpentry labor. Said Employer agreed, pursuant to a collective bargaining agreement, to pay certain fringe benefits on behalf of its employees to Claimants. This claim is based upon **4,688.51** hours worked during the months of **February 2002 through December 2002** by carpentry employees of **APEX PARTITIONS, INC.** on the bonded job. That the employer has failed to pay part of the wage package, namely, fringe benefit contributions to: Carpenters Health and Welfare Trust Fund for California, **$19,275.24**; Carpenters Pension Trust Fund for Northern California, **$8,760.93**; Carpenters Vacation and Holiday Trust Fund for Northern California, **$12,922.42;** Carpenters Training Trust Fund for Northern California, **$1,216.81**; the Carpenters Annuity Trust Fund for Northern California, **$14,107.47**; nothing has been paid or credited on said amount; and there is now due and owing and unpaid, fringe benefit contributions for work performed on the above-referenced property by employees of Employer, in the sum of **$56,282.87** in lawful money of the United States, after deducting all just credits and offsets and the same has not been paid.



COPY

Northern California Carpenter Trust Funds claim on: May 29, 2003
Colonial American Casualty and Surety Co Bond #08646560

COPY

Please direct your check for the full amount of the claim to:

**ROLAND S. (SAM) ALMER, JR. - Senior Field Agent**
**NORTHERN CALIFORNIA CARPENTER TRUST FUNDS**
**444 HEGENBERGER ROAD**
**P. O. BOX 6600**
**OAKLAND, CALIFORNIA 94603-0600**

If you need to discuss this claim or if further documentation is requested, my telephone numbers are (510)639-3963, (510)639-3977 or fax no. (510)562-5960.

Very truly yours,

[signature]

ROLAND S. (SAM) ALMER, JR. - Senior Field Agent
RSA/rac/opeiu-3-afl-cio(125)

cc: Michael B. Roger - Van Bourg, Weinberg, Roger & Rosenfeld
Barry E. Hinkle - Van Bourg, Weinberg, Roger & Rosenfeld
Ezekiel D. Carder - Van Bourg, Weinberg, Roger & Rosenfeld
Donald H. Kearin - Drywall/Lathing Committee
William Feyling - Drywall Adjustment Board
Richard Alcantar - Field Agent

COPY