Apple Inc. v. Psystar Corporation Doc. 570 Att. 4

# IN GRIEVANCE PROCEEDINGS
# PURSUANT TO ARTICLE 9 OF THE NORTHERN CALIFORNIA DRYWALL/LATHING MASTER AGREEMENT

| | |
|---|---|
| CALIFORNIA DRYWALL/LATHING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE, INC., FOR AND ON BEHALF OF THE CARPENTER FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC.,<br><br>Grievant,<br><br>vs.<br><br>ANCA MATICIUC, INDIVIDUALLY; ANCA MATICIUC, Individually and doing business as APEX PARTITIONS, INC.; ANCA MURPHY, Individually; ANCA MURPHY, Individually and doing business as APEX PARTITIONS, INC.; SAMMY R. MURPHY, Individually; SAMMY R. MURPHY, Individually and doing business as APEX PARTITIONS, INC.; APEX PARTITIONS, INC.<br><br>Employer. | Grievance #D03-021<br><br>(SUPPLEMENTAL) DECISION AND AWARD OF THE BOARD OF ADJUSTMENT |

---

This grievance proceeding was reconvened on the 2nd day of December 2003, in the offices of the Northern California Joint Adjustment Board for the Drywall Industry located at 446 Hegenberger Road, Oakland, California.

The Grievant, the California Drywall/Lathing Industry Labor-Management Cooperation Committee, Inc., for and on behalf of the Carpenter Funds Administrative Office of Northern California, Inc., appeared through its representative, Richard Alcantar of the Carpenter Funds Administrative Office of Northern California, Inc.

The Respondent Employer, Apex Partitions, Inc., and the Respondent Employers, Anca Maticiuc, Individually; Anca Maticiuc, individually and doing business as Apex Partitions, Inc.; Anca Murphy, Individually; Anca Murphy, individually and doing business as Apex Partitions, Inc.; Sammy R. Murphy, Individually; and Sammy R. Murphy, individually and

EXHIBIT E

Dockets.Justia.com

doing business as Apex Partitions, Inc., did not appear pursuant to mutual agreement between the parties.

Pursuant to agreement, the matter was submitted to the Board of Adjustment for decision, which decision is final and binding on the parties.

The following additional exhibits were introduced:

35. Notice of grievance hearing dated November 12, 2003,

36. Return receipt from certified mail;

37. Copy of a letter dated November 5, 2003 granting continuance;

38. Copy of a letter dated November 4, 2003 from the Trust Funds;

39. Copy of a letter dated November 3, 2003 requesting continuance;

40. Notice of grievance hearing dated October 10, 2003;

41. Certificate of Service dated October 10, 2003;

42. Decision and Award of the Board of Adjustment dated September 11, 2003;

43. Certificate of Service dated September 11, 2003;

44. Copy of a letter dated September 23, 2003 from Weinberg, Roger & Rosenfeld from Edward Lodgen;

45. Copy of a Field Services Department Audit Review Summary submitted by the Carpenter Trust Funds.

Testimony was given by Richard Alcantar with respect to the grievance.

The evidence having been taken, the matter stood submitted for decision by the Board of the Adjustment.

## DECISION

1. Based upon the evidence submitted, it is found that Anca Maticiuc, Individually; Anca Maticiuc, individually and doing business as Apex Partitions, Inc.; Anca Murphy, Individually; Anca Murphy, individually and doing business as Apex Partitions, Inc.; Sammy R. Murphy, Individually; Sammy R. Murphy, individually and doing business as Apex Partitions, Inc.; and Apex Partitions, Inc. (hereinafter referred to collectively in this Decision and Award as "Employer"), are each party to and bound to the current Northern California Drywall/Lathing Master

Agreement. The Northern California Drywall/Lathing Master Agreement specifically requires the Employer to participate in the grievance procedure and authorizes the Board of Adjustment or Arbitrator to hear and decide the matter on a default basis in the event of Employer non-participation.

2. The Board of Adjustment has considered the evidence pertaining to the merits of the grievance and finds that the grievance filed by the California Drywall/Lathing Industry Labor-Management Cooperation Committee, Inc., for and on behalf of the Carpenter Funds Administrative Office of Northern California, Inc. (hereinafter referred to as "Grievant") is meritorious and that the Grievant is entitled to a remedy to resolve this matter.

3. Having found in favor of the Grievant, the Board of Adjustment issues the following Supplemental Decision & Award:

## AWARD

1. The Decision and Award of the Board of Adjustment entered into on September 11, 2003 is hereby amended to include the agreed upon amount from an audit that was conducted by the Trust Fund in the amount of $19,401.27.

2. As previously noted in the Decision and Award of September 11, 2003, the Employer shall also pay the amount of $61,069.73 in unpaid fringe benefits and liquidated damages to the Carpenter Trust Funds, as well as unpaid fringe benefits and liquidated damages to the Drywall Funds in the amount of $3,783.45, in addition to the $300.00 fine for its failure to comply with the agreement, and the $300.00 as and for its share of the cost of these proceedings.

3. In the event that there is any dispute between the parties to this award concerning the amounts due and owing, or to whom said amounts are to be paid, the Arbitrator hereby retains jurisdiction over these proceedings to resolve or adjust said differences upon further submission to him by any of the parties to this Award.

4. In the event that the Employer does not comply with the terms of this Award and if the Grievant or the Trust Funds files suit to confirm this Award, the Grievant and/or the Trust Funds shall be entitled to reasonable attorneys' fees and court costs incurred in enforcing this Award. Said attorneys' fees and court costs are deemed a part of the remedy award by the Board of Adjustment in order to resolve the issues raised in the grievance procedure as set forth in Article 9 of the Northern California Drywall/Lathing Master Agreement.

5. Amount due under this Award:

| | |
|---|---|
| (a) Unpaid fringe benefits and liquidated damages to the Carpenter Trust Funds | $61,069.73 |
| (b) Unpaid fringe benefits and liquidated damages to the Drywall Funds | 3,783.45 |
| (c) Amount found to be due after the audit | 19,401.27 |
| (d) Cost of proceeding | 300.00 |
| (e) Failure to comply with agreement | 300.00 |
| **Amount due:** | **$84,854.45** |

12/3/03
Date

Fred R. Wright
Fred R. Wright, Member of the Board of Adjustment for and on behalf of the Board

CASE NUMBER: D03-021

CERTIFICATE OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

I am a citizen of the United States and a resident of the County of Alameda, State of California.

I am over the age of eighteen years and not a party to the within action; my business address is 446 Hegenberger Road, Oakland, California 94621. On December 4, 2003, I served the within **SUPPLEMENTAL DECISION AND AWARD OF THE BOARD OF ADJUSTMENT** on the interested parties in said action by placing a true and exact copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Oakland, California, addressed as follows:

**ANCA Maticiuc, Individually; ANCA Maticiuc, Individually & dba Apex Partitions, Inc.; ANCA Murphy, Individually; ANCA Murphy, Individually & dba Apex Partitions, Inc.; Sammy R. Murphy, Individually; Sammy R. Murphy, Individually & dba Apex Partitions, Inc.; Apex Partitions, Inc.**
**P.O. Box 2692**
**Granite Bay, CA 95746-2692**

SENT CERTIFIED AND REGULAR MAIL. CERTIFIED RECEIPT #7002 2410 0001 6969 1433.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2003, at Oakland, California.

Patricia K. Reese

Patricia K. Reese

CASE NUMBER: D03-021

CERTIFICATE OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

I am a citizen of the United States and a resident of the County of Alameda, State of California.

I am over the age of eighteen years and not a party to the within action; my business address is 446 Hegenberger Road, Oakland, California 94621. On December 4, 2003, I served the within **SUPPLEMENTAL DECISION AND AWARD OF THE BOARD OF ADJUSTMENT** on the interested parties in said action by placing a true and exact copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Oakland, California, addressed as follows:

**ANCA Maticiuc, Individually**
**P.O. Box 2692**
**Granite Bay, CA 95746-2692**

SENT CERTIFIED AND REGULAR MAIL. CERTIFIED RECEIPT #7002 2410 0001 6969 1426.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2003, at Oakland, California.

Patricia K. Reese

Patricia K. Reese

CASE NUMBER: D03-021

CERTIFICATE OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

I am a citizen of the United States and a resident of the County of Alameda, State of California.

I am over the age of eighteen years and not a party to the within action; my business address is 446 Hegenberger Road, Oakland, California 94621. On December 4, 2003, I served the within **SUPPLEMENTAL DECISION AND AWARD OF THE BOARD OF ADJUSTMENT** on the interested parties in said action by placing a true and exact copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Oakland, California, addressed as follows:

**ANCA Maticiuc, Individually &**
**dba Apex Partitions, Inc.**
**P.O. Box 2692**
**Granite Bay, CA 95746-2692**

SENT CERTIFIED AND REGULAR MAIL. CERTIFIED RECEIPT #7002 2410 0001 6969 1433.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2003, at Oakland, California.

Patricia K. Reese

CASE NUMBER: D03-021

CERTIFICATE OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

I am a citizen of the United States and a resident of the County of Alameda, State of California.

I am over the age of eighteen years and not a party to the within action; my business address is 446 Hegenberger Road, Oakland, California 94621. On December 4, 2003, I served the within **SUPPLEMENTAL DECISION AND AWARD OF THE BOARD OF ADJUSTMENT** on the interested parties in said action by placing a true and exact copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Oakland, California, addressed as follows:

**ANCA Murphy, Individually**
**P.O. Box 2692**
**Granite Bay, CA 95746-2692**

SENT CERTIFIED AND REGULAR MAIL. CERTIFIED RECEIPT #7002 2410 0001 6969 1440.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2003, at Oakland, California.

Patricia K. Reese

CASE NUMBER: D03-021

CERTIFICATE OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

I am a citizen of the United States and a resident of the County of Alameda, State of California.

I am over the age of eighteen years and not a party to the within action; my business address is 446 Hegenberger Road, Oakland, California 94621. On December 4, 2003, I served the within **SUPPLEMENTAL DECISION AND AWARD OF THE BOARD OF ADJUSTMENT** on the interested parties in said action by placing a true and exact copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Oakland, California, addressed as follows:

**ANCA Murphy, Individually**
**& dba Apex Partitions, Inc.**
**P.O. Box 2692**
**Granite Bay, CA 95746-2692**

SENT CERTIFIED AND REGULAR MAIL. CERTIFIED RECEIPT #7002 2410 0001 6969 1457.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2003, at Oakland, California.

Patricia K. Reese

CASE NUMBER: D03-021

CERTIFICATE OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

I am a citizen of the United States and a resident of the County of Alameda, State of California.

I am over the age of eighteen years and not a party to the within action; my business address is 446 Hegenberger Road, Oakland, California 94621. On December 4, 2003, I served the within **SUPPLEMENTAL DECISION AND AWARD OF THE BOARD OF ADJUSTMENT** on the interested parties in said action by placing a true and exact copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Oakland, California, addressed as follows:

**Sammy R. Murphy, Individually**
**P.O. Box 2692**
**Granite Bay, CA 95746-2692**

SENT CERTIFIED AND REGULAR MAIL. CERTIFIED RECEIPT #7002 2410 0001 6969 1464.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2003, at Oakland, California.

Patricia K. Reese

Patricia K. Reese

CASE NUMBER: D03-021

CERTIFICATE OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

I am a citizen of the United States and a resident of the County of Alameda, State of California.

I am over the age of eighteen years and not a party to the within action; my business address is 446 Hegenberger Road, Oakland, California 94621. On December 4, 2003, I served the within **SUPPLEMENTAL DECISION AND AWARD OF THE BOARD OF ADJUSTMENT** on the interested parties in said action by placing a true and exact copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Oakland, California, addressed as follows:

**Sammy R. Murphy, Individually &**
**dba Apex Partitions, Inc.**
**P.O. Box 2692**
**Granite Bay, CA 95746-2692**

SENT CERTIFIED AND REGULAR MAIL. CERTIFIED RECEIPT #7002 2410 0001 6969 1471.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2003, at Oakland, California.

Patricia K. Reese