Apple Inc. v. Psystar Corporation Doc. 574

STEPHEN D. SCHEAR
State Bar No. 83806
JANA CARTER
State Bar No. 209110
CARTER & SCHEAR
2831 Telegraph Avenue
Oakland, California 94609
(510) 832-3500

Attorneys for Plaintiff
TUMEKA GODWIN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUMEKA GODWIN,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUTY HUGHES, CITY AND COUNTY OF SAN FRANCISCO, SHERIFF MICHAEL HENNESEY, and DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | No. C 02-05631 JSW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; DECLARATION; AND PROPOSED ORDER**<br>Pursuant to Civil Local Rule 6-2. |

## STIPULATED REQUEST FOR ORDER CHANGING TIME

Pursuant to the Northern District's Civil Local Rule 6-2, the parties hereby stipulate and request that the court order extensions of time for all deadlines in the above case. The reasons for this request are set forth in the declaration of Jana Carter attached hereto.

The parties stipulate and request the court to change time as set forth below:

| | | |
|---|---|---|
| (1) | Current trial date: | July 26, 2004 |
| | **Modified trial date:** | **March 14, 2005** |
| (2) | Current last day to hear dispositive motions: | June 18, 2004 |
| | **Modified date to hear dispositive motions:** | **January 28, 2005** |



Dockets.Justia.com

(3) Current discovery closure: April 3, 2004

**Modified date for discovery closure: December 3, 2004**

(4) Current ENE deadline: February 17, 2004

**Modified ENE deadline: May 3, 2004**

IT IS SO STIPULATED.

Dated: March 2, 2004

_/s/____________________
Jana Carter
Attorney for Plaintiff
Tumeka Godwin

Dated: March 4, 2004

_/s/___________________
Evan Ackiron
Deputy City Attorney
Attorney for Defendants San Francisco and Sheriff Hennessey

IT IS SO ORDERED.

Dated: ________________

_______________________________
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

**DECLARATION IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2(a)**

I, Jana Carter, declare as follows:

1. I am an attorney duly licensed to practice law in this Court and I represent the plaintiff, Tumeka Godwin, in this lawsuit. If called to testify, I would and could testify competently to the matters set forth below.

2. I plan to be on maternity leave from June 21, 2004 through September 24, 2004, although I may be able to work part-time during the latter part of that time. However, the earlier part of my maternity leave overlaps several of the deadlines in this case, including the current trial date and the last day to hear dispositive motions. As a result, the parties have agreed to extensions of time on the trial date until March 14, 2005 and the last day to hear dispositive motions until January 28, 2005.

3. The ENE, originally scheduled for August 2003 has not yet taken place. A new ENE evaluator has been assigned and after conferring with the parties, requested that the parties seek a continuance of the ENE deadline until at least April 16, 2004. The parties have agreed to conduct additional discovery before the ENE, which is currently scheduled for April 16, 2003. Thus, the parties seek to have the ENE deadline extended to May 3, 2004.

4. The parties are currently conducting discovery. The parties request that the discovery deadline be extended until December 3, 2004, to allow for the completion of discovery, given my scheduled maternity leave.

5. No previous time extensions have been requested, with the exception of several extensions of the ENE deadline.

6. The effect the proposed time modifications will have on the schedule for the case will be a delay of approximately eight months.

DATED: March 2, 2004

/s/
Jana Carter
CARTER & SCHEAR
Attorney for Plaintiff Tumeka Godwin