Apple Inc. v. Psystar Corporation Doc. 580

March 8, 2004

**<u>Via Electronic Mail</u>**

Ms. Karen Hom
Courtroom Deputy
Courtroom A, 15th Floor
UNITED STATES DISTRICT COURT
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Allianz v. Aero Logistics, et al.*
United States District Court Case No. C 03-4449 JCS (ARB)

Dear Ms. Hom:

Counsel for plaintiff Allianz and for defendant Forward Air are not available to appear at the Further Case Management Conference recently rescheduled for May 7, 2004.

All counsel are available to appear on May 21, 2004, if that date suits the Court.

Thank you for your courtesy and cooperation.

Very truly yours,

ALPER & McCULLOCH

Dean A. Alper, Esq.

cc: Christopher J. Enge, Esq.
Susan A. Watson, Esq.

Dockets.Justia.com