D. ANTHONY RODRIGUEZ (CA SBN 162587)
MELANIE C. HAGAN (CA SBN 212866)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

GORDON P. ERSPAMER (CA SBN 83364)
REBECCA SNAVELY SAELAO (CA SBN 222731)
DEREK F. FORAN (CA SBN 224569)
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: (925) 295-3300
Facsimile: (925) 946-9912

Attorneys for Defendant / Counterclaimant / Cross-claimant
PAC-WEST TELECOMM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

VERIZON CALIFORNIA, INC., a California corporation,

Plaintiff,

v.

MICHAEL R. PEEVEY, LORETTA M. LYNCH, CARL W. WOOD, GEOFFREY F. BROWN, AND SUSAN P. KENNEDY, in their official capacities as Commissioners of the Public Utilities Commission of the State of California, and not as individuals; AND PAC-WEST TELECOMM, INC.,

Defendants.

Case No. C 03-03441 CW

**PAC-WEST TELECOMM, INC.'S STATEMENT OF RECENT DECISION**

Date: March 12, 2004
Time: 10 A.M.
Courtroom: 2, 4th Floor
Judge: Hon. Claudia Wilken



Dockets.Justia.com

PAC-WEST TELECOMM, INC.,

Counterclaimant,

v.

VERIZON CALIFORNIA, INC.,

Counterdefendant.

---

PAC-WEST TELECOMM, INC.,

Cross-claimant,

v.

THE PUBLIC UTILITIES COMMISSION OF THE STATE OF CALIFORNIA, MICHAEL R. PEEVEY, LORETTA M. LYNCH, CARL W. WOOD, GEOFFREY F. BROWN, AND SUSAN P. KENNEDY, in their official capacities as Commissioners of the Public Utilities Commission of the State of California, and not as individuals,

Cross-defendants.

Pursuant to Northern District of California Civil Local Rule 7-3(d), defendant Pac-West Telecomm, Inc. ("Pac-West") hereby respectfully submits a March 5, 2004 Opinion from the United States Court of Appeals for the Seventh Circuit: *Indiana Bell Telephone Co., v. McCarty*, Nos. 03-1123, 03-1122 & 03-1124, Slip Op. at 9-13 (citing *In re Petition of WorldCom, Inc.*, 17 F.C.C.R. 27039 (July 17, 2002) ("*Virginia Arbitration Order*") (Joint Appendix 1183-1556)). A copy of that Opinion is attached as Exhibit A to this Statement of Recent Decision.

Pac-West submits that the Opinion is relevant to the Court's consideration of the parties' cross-motions for summary judgment, set for hearing on Friday, March 12, 2004.

Dated: March 8, 2004

D. ANTHONY RODRIGUEZ
MORRISON & FOERSTER LLP

By: /s/ D. Anthony Rodriguez
D. Anthony Rodriguez

Attorneys for Defendant / Counterclaimant / Cross-claimant
PAC-WEST TELECOMM, INC.