Apple Inc. v. Psystar Corporation Doc. 607

SEYFARTH SHAW LLP
Lawrence E. Butler (State Bar No.: 111043)
Francis Torrence (State Bar No.: 154653)
101 California Street, Suite 2900
San Francisco, California 94111-5858
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY AND
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. FRANCESCO A. GERMINARIO<br><br>Plaintiff,<br><br>v.<br><br>METLIFE, INC.; METLIFE; METLIFE INSURANCE, METROPOLITAN LIFE INSURANCE; METROPOLITAN LIFE INSURANCE COMPANY; METLIFE ACTING AS ADMINISTRATIVE AGENT FOR THE DISABILITY INCOME INSURANCE BUSINESS OF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and DOES 1 - 25.<br><br>Defendants. | Case No. C-04-0906 EMC<br><br>**PROOF OF SERVICE** |



Dockets.Justia.com

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN FRANCISCO )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 101 California Street, Suite 2900, San Francisco, California 94111-5858. On March 10, 2004, I served the within documents:

**NOTICE OF ADDRESS CHANGE;**

**CIVIL COVER SHEET;**

**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE;**

**ADR BROCHURE;**

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; and,**

**U.S.D.C. ECF REGISTRATION INFORMATION HANDOUT**

☐ I sent such document from facsimile machine (415) 397-8549 on March 10, 2004. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

David A. Levy, Esq.
Melissa M. Holmes, Esq.
Law Offices of David A. Levy
800 Airport Blvd., Suite 314
Burlingame, CA 94010
(650) 524-0440 (Tel.) / (650) 348-1400 (Fax)

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on March 10, 2004, at San Francisco, California.

______________________________
Ocie M. Taylor