KEKER & VAN NEST, LLP
JAN NIELSEN LITTLE - #100029
JOSHUA H. LERNER - #220755
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Third Parties in Interest
CRISTINA C. ARGUEDAS, TED W. CASSMAN, and
ARGUEDAS, CASSMAN & HEADLEY, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ROE, a Minor, by MAURICIO RODRIGUEZ BORREGO, his guardian ad litem,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS F. WHITE; NATHAN LOVAAS; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C-03-4035-CRB<br><br>**DECLARATION OF JAN N. LITTLE IN SUPPORT OF (1) MOTION FOR PROTECTIVE ORDER BARRING DEPOSITION OF, AND DISCOVERY FROM, CRISTINA ARGUEDAS, THEODORE CASSMAN, AND ARGUEDAS, CASSMAN & HEADLEY, LLP, (2) MOTION FOR ORDER QUASHING SUBPOENA DUCES TECUM FOR BANK RECORDS OF ARGUEDAS, CASSMAN & HEADLEY, LLP**<br><br>Date: May 14, 2004<br>Time: 10:00 a.m.<br>Place: Courtroom 18<br>Judge: Honorable Charles R. Breyer |



Dockets.Justia.com

I, Jan Nielsen Little, declare:

1. I am an attorney licensed to practice in the State of California and am a partner at the law firm of Keker & Van Nest, LLP, counsel for Cristina Arguedas, Theodore Cassman and the law firm of Arguedas, Cassman & Headley, LLP ("ACH"). The information below is stated on my own personal knowledge. I am a competent witness to the facts set forth below, and if called as a witness and placed under oath, I would testify to the truth of those facts.

2. Attached hereto as Exhibit A is a true and correct copy of the subpoena *duces tecum* that plaintiff's to Bank of America Corporation.

3. On March 8, 2004, I had a telephone conversation with Mr. David Repogle, plaintiff's counsel. At my request, he agreed to continue the return date on the Bank of American subpoena to May 28, 2004, in order to permit the filing and hearing of this motion.

4. Attached hereto as Exhibit B is a true and correct copy of the Case Management Conference Statement filed in this action on March 5, 2004.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on March 10, 2004, at San Francisco, California.

/s/ Jan Nielsen Little
JAN NIELSEN LITTLE