Apple Inc. v. Psystar Corporation Doc. 614 Att. 1


**APPENDIX A - JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ROE, a Minor, by MAURICIO RODRIGUEZ BORREGO, his guardian ad litem,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS F. WHITE, ET AL.,<br><br>Defendants. | CASE NO. C-03-4035<br><br>JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**DESCRIPTION OF THE CASE**

1. A brief description of the events underlying the action:

This is an action for alleged child sex tourism and production and distribution of child pornography brought by a youth from Puerto Vallarta, Jalisco, Mexico against Thomas F. White and Nathan Lovaas.

White, a San Francisco business executive, has maintained a home in Puerto Vallarta for many years. Lovaas is White's personal assistant. Plaintiff alleges that over the course of several years, White had illegal sexual contact with Plaintiff in violation of the Child Sex Tourism statute. Plaintiff further alleges that White and Lovaas used Plaintiff in the production of child pornography in violation of federal law.

White and Lovaas deny the charges.

White is currently in custody in the Remand Prison in Bangkok, Thailand defending an extradition request made by the Mexican authorities. According to the Assistant United States Attorney, no indictment has been issued by the United States against White. White's counsel is informed and believes that White is the subject of an on-going United States federal investigation involving related charges.

Lovaas is currently in US custody. He is charged in a two-count indictment with violation of 18 U.S.C. § 2423(b), conspiracy to travel to Thailand with intent to engage in sexual acts with a juvenile and with a violation of 18 U.S.C. § 2252(a)(2)(A), distribution of child pornography. Lovaas has not been charged under U.S.C. § 2423(b) for traveling to Mexico with intent to engage in sexual acts with a minor; however, Lovaas' counsel believes that Lovaas is the subject of a United States federal investigation involving these and related offenses.

2. The principal factual issues which the parties dispute:

White and Lovaas dispute that they had sexual contact with Plaintiff in violation of any law and dispute that they were involved in the production and/or distribution of child pornography.

3. The principal legal issues which the parties dispute:



Dockets.Justia.com

It is not known what legal issues may be disputed at this time.

4. The other factual issues *[e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue]* which remain unresolved for the reason stated below and how the parties propose to resolve those issues:

5. The parties which have not been served and the reasons:

All named parties have been served and have appeared.

6. The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:

Plaintiff is informed and believes that other individuals were involved in the child sex tourism and the production and distribution of child pornography set forth in the complaint. Plaintiff has identified one individual who Plaintiff believes was involved and will amend the complaint at such time as more facts are ascertained.

Plaintiff intends to join at least one additional defendant in the action once additional information is received. The information should be received by April 30, 2004.

Plaintiff further intends to join additional victims as plaintiffs in the action. Counsel is currently in the process of identifying and interviewing the additional victims.

7. The following parties consent to assignment of this case to a United States Magistrate Judge for *[court or jury]* trial:

## ALTERNATIVE DISPUTE RESOLUTION

8. *[Please indicate the appropriate response(s).]*

❑ The case was automatically assigned to Nonbinding Arbitration at filing and will be ready for the hearing by *(date)*________________.

❑ The parties have filed a Stipulation and Proposed Order Selecting an ADR process *(specify process)*:________________.

❑ The parties filed a Notice of Need for ADR Phone Conference and the phone conference was held on or is scheduled for ________________.

X The parties have not filed a Stipulation and Proposed Order Selecting an ADR process and the ADR process that the parties jointly request [or a party separately requests] is mediation.

9. Please indicate any other information regarding ADR process or deadline.

ADR will be complicated by the fact that Defendant White is in custody in Thailand. It is not known when he might be returning to the United States. It is further complicated by Lovaas' no bail custody status.

However, Plaintiff's counsel will be in Thailand and Cambodia from March 28, 2004 through approximately April 10, 2004 and can attend a mediation in Bangkok during that time.

## DISCLOSURES

10. The parties certify that they have made the following disclosures *[list disclosures of persons, documents, damage computations and insurance agreements]*:

On January 15, 2004, all counsel for the parties attended a Rule 26 Conference at the offices of Ferguson & Berland. The parties agreed that the initial disclosures need not be made by Lovaas until two weeks following such time as a stay of discovery, if one is entered as to Lovaas, is dissolved. Plaintiff and White will exchange appropriate initial disclosures within two weeks following the Court's resolution of Plaintiff's and or Defendant White's motions regarding the scope and/or timing of discovery related to Defendant White.

**DISCOVERY**

11. The parties agree to the following discovery plan *[Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]*:

Plaintiff intends to take the following depositions:

Thomas White
Nathan Lovaas
Cristina Arguedas
Theodore Cassman
Nanci Clarence
Kate Dyer
Deborah Kelley
Eddie Walshe
Arthur Collingsworth
John Schwobeda
Nathan Martinez
Zack Zwald
Bridgette (last name unknown)
Victor Chavez
Mike Bolgatz
Janet Yee
Dan Anderson
Other witnesses to be revealed in discovery and through investigation

Plaintiff intends to request the production of the following documents:

All records relating to White's assets and liabilities
The complete file maintained by Arguedas, Cassman & Headley on Thomas F. White
All bank records of Arguedas, Cassman & Headley since January 1, 2001
All telephone bills for Arguedas, Cassman & Healdey since January 1, 2001
All billing records for Arguedas, Cassman & Headley since January 1, 2001
The computer serve held by the Federal Bureau of Investigation
All computer records in the possession or control of Defendants
All photographic and video evidence in the possession or control of Defendants and/or the Federal Bureau of Investigation
All photographic and video evidence in the possession of the courts in Mexico
All other documents that may be revealed in discovery and through investigation

Defendants intend to take the following depositions:

Jose Roe
Mauricio Rodriguez Borrego
Maria Nicolasa
Blanca
All alleged victims
All potential plaintiffs as referenced by Plaintiff's counsel in section 6 above.

Other witnesses as revealed in discovery and investigation

Defendants intend to request the production of the following documents:

All documents that may be revealed in discovery and investigation

The parties reserve the right to object to any discovery request in accordance with applicable law.

**TRIAL SCHEDULE**

12. The parties request a trial date as follows: The parties believe that a further conference should be held to determine the trial date once the trial date has been set in the companion Lovaas criminal case.

13. The parties expect that the trial will last for the following number of days:

30

Dated: MAR 3, 2004

DAVID REPLOGLE
Attorney for Plaintiff

Dated: ______________

KATE DYER
Attorney for Defendant Thomas E. White

Dated: ______________

WILLIAM S. BERLAND
Attorney for Defendant Nathan Lovaas

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

*[The Court may wish to make additional orders, such as:*
*a. Referral of the parties to court or private ADR process;*
*b. Schedule a further Case Management Conference;*
*c. Schedule the time and content of supplemental disclosures;*
*d. Specially set motions;*
*e. Impose limitations on disclosure or discovery;*
*f. Set time for disclosure of identity, background and opinions of experts;*
*g. Set deadlines for completing fact and expert discovery;*
*h. Set time for parties to meet and confer regarding pretrial submissions;*
*I. Set deadline for hearing motions directed to the merits of the case;*
*j. Set deadline for submission of pretrial material;*
*k. Set date and time for pretrial conference;*
*l. Set a date and time for trial.]*

Dated: ______________

UNITED STATES DISTRICT/MAGISTRATE JUDGE

Other witnesses as revealed in discovery and investigation

Defendants intend to request the production of the following documents:

All documents that may be revealed in discovery and investigation

The parties reserve the right to object to any discovery request in accordance with applicable law.

**TRIAL SCHEDULE**

12. The parties request a trial date as follows: The parties believe that a further conference should be held to determine the trial date once the trial date has been set in the companion Lovaas criminal case.

13. The parties expect that the trial will last for the following number of days:

30

Dated: ______________

DAVID REPLOGLE
Attorney for Plaintiff

Dated: 3/4/04

KATE DYER
Attorney for Defendant Thomas F. White

Dated: ______________

WILLIAM S. BERLAND
Attorney for Defendant Nathan Lovaas

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

*[The Court may wish to make additional orders, such as:*
*a. Referral of the parties to court or private ADR process;*
*b. Schedule a further Case Management Conference;*
*c. Schedule the time and content of supplemental disclosures;*
*d. Specially set motions;*
*e. Impose limitations on disclosure or discovery;*
*f. Set time for disclosure of identity, background and opinions of experts;*
*g. Set deadlines for completing fact and expert discovery;*
*h. Set time for parties to meet and confer regarding pretrial submissions;*
*i. Set deadline for hearing motions directed to the merits of the case;*
*j. Set deadline for submission of pretrial material;*
*k. Set date and time for pretrial conference;*
*l. Set a date and time for trial.]*

Dated: ______________

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**Other witnesses as revealed in discovery and investigation**

**Defendants intend to request the production of the following documents:**

**All documents that may be revealed in discovery and investigation**

**The parties reserve the right to object to any discovery request in accordance with applicable law.**

**TRIAL SCHEDULE**

**12. The parties request a trial date as follows: The parties believe that a further conference should be held to determine the trial date once the trial date has been set in the companion Lovaas criminal case.**

**13. The parties expect that the trial will last for the following number of days:**

**30**

**Dated:** ____________

**DAVID REPLOGLE**
**Attorney for Plaintiff**

**Dated:** ____________

**KATE DYER**
**Attorney for Defendant Thomas F. White**

**Dated:** 3/5/04

**WILLIAM S. BERLAND**
**Attorney for Defendant Nathan Lovaas**

**CASE MANAGEMENT ORDER**

**The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:**

*[The Court may wish to make additional orders, such as:*
*a. Referral of the parties to court or private ADR process;*
*b. Schedule a further Case Management Conference;*
*c. Schedule the time and content of supplemental disclosures;*
*d. Specially set motions;*
*e. Impose limitations on disclosure or discovery;*
*f. Set time for disclosure of identity, background and opinions of experts;*
*g. Set deadlines for completing fact and expert discovery;*
*h. Set time for parties to meet and confer regarding pretrial submissions;*
*i. Set deadline for hearing motions directed to the merits of the case;*
*j. Set deadline for submission of pretrial material;*
*k. Set date and time for pretrial conference;*
*l. Set a date and time for trial.]*

**Dated:** ____________

**UNITED STATES DISTRICT/MAGISTRATE JUDGE**