G. GEOFFREY ROBB (131515)
MICHELLE B. TOMMEY (196166)
MARKER E. LOVELL, JR. (208659)
GIBSON ROBB & LINDH LLP
275 Battery Street, Suite 920
San Francisco, California 94111
Telephone: (415) 283-2300
Facsimile: (415) 291-1705

Attorneys for Petitioner
DARIN ALAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In The Matter Of<br><br>The complaint of DARIN ALAN, INC. as owner of the F/V DARIN ALAN, for exoneration from or limitation of liability | )<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>APPLICATION FOR ORDER DIRECTING ISSUANCE OF NOTICE AND PUBLICATION THEREOF, AND RESTRAINING ORDER |

COMES NOW petitioner, DARIN ALAN, INC., and, pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime claims, seeks an order in the form submitted herewith staying and restraining the prosecution of certain suits, actions and/or proceedings, and requiring the publication of institution of the verified complaint for exoneration from or limitation of liability, which is submitted together with this Application, the proposed Order and proposed Notice to Claimants.

Dated: December 15, 2003

GIBSON ROBB & LINDH LLP

By /s/Michelle B. Tommey
Michelle B. Tommey
Attorneys for Petitioner
DARIN ALAN, INC.



Dockets.Justia.com