Apple Inc. v. Psystar Corporation Doc. 631

G. GEOFFREY ROBB (131515)
MARKER E. LOVELL, JR. (208659)
GIBSON ROBB & LINDH LLP
275 Battery Street, Suite 920
San Francisco, California 94111
Telephone: (415) 283-2300
Facsimile: (415) 291-1705

Attorneys for Petitioner
DARIN ALAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In The Matter Of<br><br>The complaint of, DARIN ALAN, INC., as owners of the F/V DARIN ALAN, for exoneration from or limitation of liability | Case No.<br><br>AD INTERIM STIPULATION FOR VALUE |

WHEREAS, A VERIFIED COMPLAINT IS BEING FILED simultaneously with this Ad Interim Stipulation for Value by which DARIN ALAN seeks exoneration from or limitation of liability for any and all losses, injuries and/or damages occasioned or incurred by or in any way consequent from the voyage of the vessel F/V DARIN ALAN that ended on or about October 13, 2001, and for certain other relief, and the complaint having stated the facts and circumstances upon which said exoneration and limitation are claimed;

WHEREAS, petitioner is submitting herewith the Declaration of Raju Jagtiani demonstrating that the value of the DARIN ALAN, after the above-described events of October 13, 2001, was $350,000.00.

WHEREAS, petitioner is submitting herewith the Declaration of David Evanow demonstrating that there was no pending freight on the F/V DARIN ALAN after the above-described events, but that freight realized before the incident was $2,238.90;

The undersigned hereby consents that in case of default or contumacy on the part of DARIN ALAN, INC., execution of the above amount, or any other amount determined by the Court to be the



Dockets.Justia.com

proper value of the F/V DARIN ALAN, may issue against the goods, chattels and lands of the undersigned;

Now, therefore, it is hereby stipulated that the undersigned surety is hereby bound to pay any claimants' legally established claims against DARIN ALAN, INC. arising from the voyage of the F/V DARIN ALAN, described herein that ended on or about October 13, 2001, not exceeding the sum of $350,000.00 or any other amount determined by the Court to be the proper value of the F/V DARIN ALAN.

Dated: December 5, 2003 at San Francisco, California.

Great American Insurance Company

By: /s/Raju Jagtiani*

Print Name: Raju Jagtiani

Title: Line Claims Manager

*Original signature on file.