Apple Inc. v. Psystar Corporation Doc. 636

**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: March 12, 2004

**C-03-00753 CRB**
**all other related cases**

**WILLIAM BARNETT, et al. v. WASHINGTON MUTUAL BANK**

Attorneys: Peter L. Simon ______ Robert M. Pattison ______

Brandon Blevans ______ ______

Deputy Clerk: **BARBARA ESPINOZA** ______ Reporter: **N/A** ______

**PROCEEDINGS:** **RULING:**

1. Further Case Management Conference - Held ______ ______

2. ______ ______

3. ______ ______

**ORDERED AFTER HEARING:**

______

______

( ) ORDER TO BE PREPARED BY: Plntf ______ Deft ______ Court ______

( ) Referred to Magistrate Judge For: ______
( )By Court ( )Parties to approach Chief Magistrate in future

(X ) CASE CONTINUED TO April 23, 2004 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off ______ Expert Discovery Cut-Off ______

Plntf to Name Experts by ______ Deft to Name Experts by ______

P/T Conference Date ______ Trial Date ______ Set for ______ days
Type of Trial: ( )Jury ( )Court

Notes: ______

______

______

Dockets.Justia.com