Apple Inc. v. Psystar Corporation Doc. 639

LATHAM & WATKINS LLP
Peter A. Wald (Bar No. 085705)
John P. Flynn (Bar No. 141094)
Randall T. Kim (Bar No. 196244)
Shannon M. Eagan (Bar No. 212830)
505 Montgomery Street, Suite 1900
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
Michael Rubin (Bar No. 80618)
Scott A. Kronland (Bar No. 171693)
Rebekah B. Evenson (Bar No. 207825)
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE I, *et al.*,

Plaintiffs,

v.

LAKIREDDY BALI REDDY, *et al.*,

Defendants.

CASE NO. C-02-5570-WHA

**DECLARATION OF RANDALL T. KIM IN SUPPORT OF MOTION IN LIMINE NO. 2 TO PRECLUDE EXPERT TESTIMONY OF DR. GILBERT KLIMAN ON CERTAIN MATTERS**

| | |
|---|---|
| Date: | March 15, 2004 |
| Time: | 2:00 P.M. |
| Courtroom: | Courtroom 9, 19th Floor |
| Before: | The Honorable William H. Alsup |



Dockets.Justia.com

## DECLARATION OF RANDALL T. KIM

1. I am one of the attorneys for plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion in Limine No. 2 to Preclude Expert Testimony of Dr. Gilbert Kliman on Certain Matters.

2. Attached hereto as Exhibit A is a true and correct copy of Expert Report of Gilbert Kliman, MD re Jane Doe II, served on Plaintiffs on December 9, 2003

3. Attached hereto as Exhibit B is a true and correct copy of Expert Report of Gilbert Kliman, MD re Jane Doe VII, served on Plaintiffs on December 9, 2003.

4. Attached hereto as Exhibit C is a true and correct copy of Expert Report of Gilbert Kliman, MD re Sreekanth Kollipara, served on Plaintiffs on December 9, 2003.

5. Attached hereto as Exhibit D is a chart detailing Objectionable Excerpts from the Expert Report of Dr. Gilbert Kliman.

4. Attached hereto as Exhibit E are true and correct copies of Responses to Lakshmi Prattipati's First Set of Interrogatories to Defendant Lakireddy Bali Reddy, Venkateswara Reddy Lakireddy, Jayaprakash Lakireddy and Vijay Kumar Lakireddy, served on Plaintiffs on November 21, 2003.

5. Attached hereto as Exhibit F are true and correct copies of certain pages of the deposition of Jane Doe II, which was completed on September 12, 2003.

6. Attached hereto as Exhibit G are true and correct copies of certain pages of the deposition of Lakshmi Prattipati, which was completed on October 9, 2003.

7. Attached hereto as Exhibit H are true and correct copies of certain pages of the deposition of Jarmani Prattipati, which was completed on November 7, 2003.

8. Attached hereto as Exhibit I are true and correct copies of certain pages of the deposition of Lakireddy Balireddy, which was taken on October 28, 2003.

9. Attached hereto as Exhibit J are true and correct copies of certain pages of the deposition of Vijay Kumar Lakireddy which was taken on August 19, 2003.

10. Attached hereto as Exhibit K are true and correct copies of certain pages

of the deposition of Jayaprakash Lakireddy, which was taken on November 10, 2003.

11. Attached hereto as Exhibit L are true and correct copies of certain pages of the deposition of Prasad Lakireddy, which was completed on September 10, 2003.

12. Attached hereto as Exhibit M are true and correct copies of certain pages of the deposition of Gilbert Kliman, MD.

13. Attached hereto as Exhibit N is an E-mail from G. Kliman to J. Rios re Doe v. Reddy, dated December 4, 2003, which was produced by defendants as KLI 218-KLI 219.

14. Attached hereto as Exhibit O are true and correct copies of documents Bates number SW11551-SW11554; SW11328-SW11397; P000565-P000572, which were produced in this litigation.

15. Attached hereto as Exhibit P is a true and correct copy of Exhibit 187 to the deposition of Gilbert Kliman, MD, which was taken on January 27, 2004.

16. Attached hereto as Exhibit Q is a true and correct copy of "Defendants' Disclosure of Expert Witnesses Made Pursuant to Paragraph 6 of the Case Management Order of the Honorable William Alsup," which was served on Plaintiffs on November 21, 2003.

17. Attached hereto as Exhibit R is a true and correct copy of "Defendants' Expert Disclosure of Dr. Lakshmi Kumari Vandamsetti, M.D.," which was served on Plaintiffs on December 9, 2003.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of March, 2004, in San Francisco, California.

By /s/
Randall T. Kim

SF\452612.2