MICHAEL W. BOLECHOWSKI (SBN: 118725)
MARK C. RASKOFF (SBN: 72330)
DAVID L. HART (219517)
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: 510-596-0888
Facsimile: 510-596-0899

Attorneys for all Defendants except Prasad Lakireddy

JONATHAN R. BASS (SBN: 075779)
NAOMI RUSTOMJEE (SBN 142088)
GAYLE Quan (SBN 203705)
KAREN L. JENNINGS (SBN 197046)
COBLENTZ, PATCH, DUFFY & BASS LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4510
Telephone: 415-391-4800
Facsimile: 415-989-1663

Attorneys for Prasad Lakireddy

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888 Facsimile (510) 596-0899

IN THE UNITED STATES DISTRICT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE I; et al.,<br>Plaintiffs,<br>vs.<br>LAKIREDDY BALI REDDY, et al.,<br>Defendants. | Case No. C-02-5570-WHA<br><br>**DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES MADE PURSUANT TO PARAGRAPH 6 OF THE CASE MANAGEMENT ORDER OF THE HONORABLE WILLIAM ALSUP** |

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and Paragraph 6 of the Case Management Order of the Honorable William Alsup, the defendants hereby disclose that the herein named persons may be presented at trial to offer evidence pursuant to Federal Rules of Evidence 702, 703 or 705.

Since the defendants do not have the burden of proof on the issues of plaintiffs' physical or psychiatric damages, economic claims and damages of plaintiffs or unnamed class members, RICO damages, wage claims or damages arising out of the cultural issues as alleged in Plaintiffs' Second Amended Complaint, the defendants are not filing an "Opening Report". Defendants



Dockets.Justia.com

believe this is the burden of the plaintiffs who have the burden of proof concerning their alleged damages.

Defendants' experts have been retained to analyze the facts of the case, the opinions of plaintiffs' identified experts, the records of plaintiffs, treating medical practioners, the bases of those opinions, the qualifications of their experts to offer those opinions and any facts that may underlie those opinions. They have then been asked to provide, pursuant to Judge William Alsup's procedure, "Opposing Reports" all, or part, of which may be in the form of rebuttal.

At this time, the defendants expect to call in their direct case the following experts:

1. Gilbert Kliman, M.D., a psychiatrist who examined a number of the plaintiffs;

2. Dixon Grier, C.P.A. and Keith Nelson, CPA of Matson, Driscoll & Damico, LLP, who examined the business records of the defendants;

3. Lakshmi Kumari Vandamsetti, Ph.D., as an expert on the region of Andhra Pradesh and the village of Velvadam, India;

4. Michael Yovino Young, a real estate expert;

5. Dr. Ujvala Singh, Dr. Vani Hardev or Dr. Vandamsetti as experts on the Telegu language.

What follows is a brief summary of the work the experts have been asked to perform on behalf of the defendants.

**1. DESIGNATION OF PSYCHIATRIC EXPERT--GILBERT KLIMAN, M.D.**

Certain allegations in Plaintiffs' Second Amended Complaint make claims that the plaintiffs have suffered emotional damages. Similar claims were made in Plaintiffs' Rule 26 Disclosures and in written discovery as well. Certain plaintiffs have also received psychiatric counseling and medical treatment for physical and emotional damages allegedly caused by certain defendants. We also were informed by plaintiffs' counsel that they plan to call psychiatric witnesses to offer expert testimony at the time of trial. However, at the time we took plaintiffs' deposition they had not met with their consultants.

We also believe plaintiffs will offer testimony concerning the nature and extent of plaintiffs' alleged injuries outlined in their Second Amended Complaint and their written

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888 Facsimile (510) 596-0899

discovery. We also expect that plaintiffs' psychiatric experts will testify how those alleged injuries will affect the plaintiffs in the future both emotionally and vocationally.

We expect plaintiffs' psychiatric experts to offer their diagnosis and outline various treatment options for the plaintiffs. Plaintiffs' experts may also be expected to opine concerning the costs of various treatment programs.

The defendants have retained the services of Gilbert Kliman, M.D., a psychiatrist who has examined the Doe plaintiffs. As a result of these interviews he has formed initial opinions concerning the following:

A. The Social and Cultural background of the plaintiffs:
B. Any cultural and social stressors the plaintiffs experienced and how each reacted to those stressors.
C. Stressors involved in being females in families and societies that do not support or respect girl children.
D. The influence the defendants had on each of the plaintiffs' psychological profile.
E. Other forces and circumstances that affected the plaintiffs psychologically, such as the accidental death of a close relative, imprisonment, interrogation, manipulation by attorneys, including threats and intimidation by various officials and NGO's.
F. The current psychological condition of the plaintiffs.
G. The future psychological prognosis of the plaintiffs.
H. Recommendations for treatment and the cost of any necessary and reasonable treatment.
I. The vocational prospects of the plaintiffs.
J. Dr. Kliman will base his opinions on his interview, interviews of plaintiffs taken by others, discovery responses, and deposition testimony. He will also rely on information provided by third parties and his own experience as a psychiatrist. He will set forth the entire bases for his opinion in his opposing report.

Dr. Kliman has not been asked to prepare and "an opening report" since the plaintiffs have the burden of proof concerning plaintiffs' alleged psychiatric and economic damage claims. Dr. Kliman has been asked by defendants' counsel to review the opening report of the plaintiffs and to provide his opinions and \or rebuttals responsive to the opening reports referred to in Judge Alsup's Case Management Order as "Opposition Report".

Should the plaintiffs fail to produce reports by experts on topics outlined in their "Issues On Which Plaintiffs Plan To Offer Expert Testimony" then the defendants reserve the right to present Dr. Kliman to offer his opinion testimony based on discovery to date.

///

///

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888 Facsimile (510) 596-0899

**2. DESIGNATION OF FORENSIC ACCOUNTANT—DIXON GRIER and KEITH NELSON**

In Plaintiffs' Second Amended Complaint there are allegations that the defendants have caused injury to various individuals, unnamed class members and competing businesses. Plaintiffs have also indicated that they plan to have testimony produced by qualified experts concerning damages suffered by plaintiffs and the putative plaintiff class, including:

1. Damages for violation of minimum wage, overtime, and other labor law violations;
2. Contract damages;
3. Fraud damages;
4. Out of pocket medical expenses;
5. Future medical expenses and loss income;
6. RICO damages; and
7. Cost of migration.

The plaintiffs also claim to be prepared to offer expert testimony concerning the financial analysis of defendants' businesses including results of operations, profit and loss, data, cost levels, employee hours and wages, labor costs and cash flow information, including the effect of off the books payments.

The plaintiffs also claim to have experts prepared to testify on the use and reinvestment of defendants' wrongfully obtained funds and returns and profits derived there from.

Finally, the plaintiffs have stated that they plan to put on testimony concerning defendants' approximate net worth.

All of the above are disputed "damages," and they fall within plaintiffs' burden of proof. We expect that, pursuant to Judge Alsup's Order, plaintiffs' "Opening Reports" will outline what damages the plaintiffs are claiming and the bases for those damages.

Mr. Grier and Mr. Nelson been asked to review the financial records of the defendants and to analyze the damages claimed by the plaintiffs and to provide their opinions concerning their accuracy, reasonableness and conformity to standard economic and accounting practices.

The accounting experts will also provide an analysis of the alleged lost wages claimed by

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888 Facsimile (510) 596-0899

the plaintiffs and unnamed class members in order to respond to plaintiffs' claimed wage loss and other damages if necessary.

They may also offer testimony concerning the present worth of future damage claims.

Finally, they will analyze any net worth calculations provided by plaintiffs' consultants and to provide their own analysis on those issues.

A detailed statement of the forensic accountants' opinions and bases for those opinions will be provided in their "Opposition Report."

Should the plaintiffs fail to produce reports by experts on topics outlined in their "Issues On Which Plaintiffs Plan To Offer Testimony" then the defendants reserve the right to present the opinions of the individuals based on discovery to date.

**3. DESIGNATION OF DEFENDANTS CULTURAL EXPERT-- LAKSHMI KUMARI VANDAMSETTI**

In plaintiffs' complaint, written discovery and disclosures, they allege that plaintiffs suffered damages that are connected to or arose out of the economy of India and that the treatment of certain plaintiffs by the defendants was below culturally acceptable norms. These issues are within plaintiffs' burden of proof, as contemplated by Judge Alsup's Order, and we expect that they will be addressed in plaintiffs' "Opening Report".

In their "Issues On Which Plaintiffs Plan To Offer Expert Testimony", the plaintiffs identify one or more experts who will testify concerning the following:

1. The modern-day phenomena of international human trafficking;
2. The psychological effects of human trafficking and enslavement on victims;
3. The economy of India and in particular the Andhra Pradesh region of south east India. Including:
4. Economic Conditions in the region;
5. The Economic Status of the Regions Inhabitants;
6. Economic Relationships among the Peoples in the region;
7. The Cultural Anthropology of Peoples Inhabiting India, and in particular the Andhra Pradesh Region of Southeast Asia including: societal, familial and cultural norms; the history of the caste system; and the cultural significance and implications of gender in the region.

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888 Facsimile (510) 596-0899

Dr. Vandamsetti will review plaintiffs' "Opening Report" and will be prepared to analyze the opinions offered by plaintiffs' experts outlined. Furthermore, she will testify concerning her fieldwork and experiences in India generally and Velvadam particularly. She will rely on her own work, studies prepared by the government, studies prepared by NGO's and investigative work prepared by others.

Dr. Vandamsetti will produce an "Opposition Report" based on the disclosures we will receive from plaintiffs' experts.

Dr. Gilbert Kliman, M.D., defendants' expert psychiatrist also will review all or portions of the reports provided by plaintiffs' cultural experts and may offer in his "Opposing Report," any opinions and rebuttals based on his experience with international governmental organizations and NGO's.

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888 Facsimile (510) 596-0899

**4. DESIGNATED REAL ESTATE EXPERT – MICHAEL YOVINO YOUNG.**

Mr. Michael Yovino Young may testify concerning the value of real estate owned by certain defendants if that issue becomes relevant. He may discuss the market conditions in the East Bay, especially Berkeley and Oakland and how those conditions affected the value of specific properties owned by the defendants. He is expected to work closely with defendants' forensic accountants to analyze such things as cash flow, revenue streams, profitability, competitiveness and relative valuations.

Mr. Young may also be called to offer rebuttal testimony.

Should the plaintiffs fail to produce reports by experts on topics outlined in their "Issues On Which Plaintiffs Plan To Offer Expert Testimony", the defendants reserve the right to present Mr. Yovino Young to offer his opinion testimony based on discovery and information collected to date.

**5. DESIGNATED EXPERTS ON THE TELEGU LANGUAGE**

In plaintiffs' statement entitled "Issues On Which Plaintiffs' Plan To Offer Expert Testimony" they identify an expert on "the Telegu language".

Defendants reserve the right to call Dr. Ujvalla Singh or Dr. Vani Hardev if any issues concerning translation arise. We also reserve the right to call Dr. Vandamsetti, who is a native

Telegu speaker.

We will file an "Opposing Report" if necessary or appropriate.

## STATEMENT BY COUNSEL

The defendants have made this Initial Disclosure although they do not believe they have the burden of proof on any of the issues raised in Plaintiffs' Second Amended Complaint. Moreover, the defendants reserve the right to identify additional experts according to the Federal Rules of Civil Procedure and according to Judge Alsup's Pretrial Order. Pursuant to the aforesaid requirements, the defendants will provide in their "Opposition Reports" the following: all opinions to be expressed by our experts; the bases for each opinion; the data or other information the experts considered in forming the opinions; any exhibits to be used as a summary of/or in support for the opinions; the qualifications of the witnesses; all publications authored by the expert within the proceeding ten years; the compensation to be paid to the expert; and a listing of other cases the witness has testified as an expert (at trial or deposition) in the past four years.

Dated: Nov 21, 2003

Respectfully submitted by:

By: [signature]
MICHAEL W BOLECHOWSKI

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888 · Facsimile (510) 596-0899

# PROOF OF SERVICE

I am a citizen of the United States and employed in the County of Alameda, City of Emeryville, California. I am over the age of eighteen years and not a party to the within action. My business address is Bishop, Barry, Howe, Haney & Ryder, P.C., 2000 Powell Street, Suite 1425, Emeryville, California 94608. I am familiar with Bishop, Barry, Howe, Haney & Ryder's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon, and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States Postal mailbox at or before the closed of business each day.

On the date below-written, I served the following document(s):

**DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES MADE PURSUANT TO PARAGRAPH 6 OF THE CASE MANAGEMENT ORDER OF THE HONORABLE JUDGE WILLIAM ALSUP**

( ) By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the designated area for outgoing mail at Emeryville, California, addressed as set forth below:

**SEE ATTACHED SERVICE LIST**

( ) By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below:

(X) By delivering a true copy thereof to (check service used) ___ U.S. Postal Express Mail; ___ UPS Overnight Mail; _X_ Federal Express Overnight Service to be delivered to the person at the address set forth below:

( ) By transmitting. pursuant to C.R.C. Rule 2008, a true copy thereof via facsimile transmission to the facsimile telephone number referenced at the address set forth below. The transmission was reported as complete and without error and a copy of the transmission report, which was properly issued by the transmitting facsimile machine, is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on Executed on November 21, 2003, at Emeryville, California.

Desiree Erspamer

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888 Facsimile (510) 596-0899