Apple Inc. v. Psystar Corporation
Doc. 639 Att. 2

# EXHIBIT R omitted

**EXHIBIT R to DECLARATION OF RANDALL T. KIM IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 2 TO PRECLUDE EXPERT TESTIMONY OF DR. GILBERT KLIMAN ON CERTAIN MATTERS**

has been filed under seal

No. C-02-5570 WHA (MEJ)

Dockets.Justia.com