Apple Inc. v. Psystar Corporation
Doc. 642

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TO: DIRECTV, INC.

All Defendants who have appeared in an action filed by DIRECTV in this District.

______________________________________/

**ORDER TO SHOW CAUSE**

The Chief Judge of this District has ordered that all cases filed by Directv in this District be assigned to the Courtroom of Judge Ware for the following limited purposes:

1. Consideration and determination whether party defendants in actions filed in this District are properly joined; and

2. Consideration and determination of the *prima facie* showing Directv must make in order to be entitled to a default judgment against a particular kind of defendant.

Directv is order to file a legal memorandum and appear on the date and time set forth in this Order and to show cause, if it has any, why actions or parties should be dismissed for misjoinder; and, if found appropriate, why this Court should not refer the case back to each assigned judge for consideration of vacating any judgment obtained against a misjoined defendant.

In its submission, Directv shall list: each action now pending before this District or which was filed in this District within the past year; each party defendant, whether served or unserved, in default or not; and the claimed transactional relationship between or among the co-defendants. To the extent Directv is represented by multiple counsel in the actions pending before this District, counsel shall confer and submit a single submission.

United States District Court
For the Northern District of California

Dockets.Justia.com

Directv shall file a legal memorandum and address at the hearing the prima facie showing it must make in order to be entitled to a default judgment against each particular kind of defendant involved in actions pending before this District.

Directv shall serve a copy of this Order and of any submission in response to this Order on any defendant who has made an appearance in this action and any defendant whose address is known to Directv.

Pending determination of this matter, Directv is ordered to withdraw any motion for entry of default judgment in any multiple party case in this District and to notify each Judge before whom those motions have been made of the withdrawal of the motion.

Nothing in this order is intended to interfere with Directv proceedings before any other Judge. It is solely within the discretion of other Judges of this District whether to stay Directv proceedings pending before them during this limited purpose assignment.

Any legal memorandum required by this Order shall be filed on or before May 3, 2004. Any defendant wishing to submit a response, shall file the response on or before May 17, 2003. Any reply shall be filed on or before May 27, 2004. Pursuant to the Standing Order of this Division, the parties shall lodge a copy of any papers filed pursuant to this Order with the Chambers of Judge Ware.

A hearing pursuant to this Order shall take place on June 21, 2004 at 9:00 a.m.

///

Dated: March 15, 2004

James Ware

JAMES WARE
United States District Judge



**United States District Court**
For the Northern District of California