Apple Inc. v. Psystar Corporation Doc. 647

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**DATE: MARCH 15,2004**

**Case No. 02-02158 JUDGE: JAMES WARE**

**COMPAQ COMPUTER CORP.-v-MAG-TEK, INC.**
**Title**

______________________ ______________________

______________________ ______________________

**Attorneys Present** **Present**

**Deputy Clerk: RONALD L. DAVIS** **COURT REPORTER: UNREPORTED**

**PROCEEDINGS**

**PRELIMINARY PRETRIAL CONFERENCE-HELD; THE COURT SET THE FOLLOWING NEW TRIAL SCHEDULE: JURY SELECTION CONTINUED TO TUES.JANUARY 11, 2005 AT 9AM; TRIAL SHALL CONTINUE ON THE FOLLOWING DAYS FROM 1PM TO 4PM: 1/12, 1/13, 1/14, 1/18, 1/19, 1-20, 1-21, 1-25, 1-26, 1-27, AND ARGUE AND SUBMIT ON 1-28-05 AT 1PM**

**EXPERT DISCLOSURE:** **DISCOVERY CLOSE(ALL)**

**CASE CONTINUED TO: DEC. 13, 2004@3PM for FINAL P/T Conference**

**CASE CONTINUED TO: JAN. 11, 2005@9AM for Jury Trial**

**CASE CONTINUED TO: PRELIMINARY PRETRIAL CONFERENCE**

**CASE CONTINUED TO: for PRETRIAL MOTIONS**

**CASE CONTINUED TO: DISMISSAL CALENDAR**

**ORDER AFTER HEARING**

**( ) SUBMITTED ( ) BRIEFS TO BE FILED**

**Briefing Schedule: Opening Answer**

**Reply Deemed Submitted**

Dockets.Justia.com