Apple Inc. v. Psystar Corporation Doc. 651

E-filing

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

Levi Strauss & Co.,

Plaintiff(s),

v.

Esprit Holdings, Ltd.,

Defendant(s).

No. C 03-03072 VRW MED

**Certification of ADR Session**

***Instructions:*** ***The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.***

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) March 9, 2004

2. Did the case settle? ☐ fully ☒ partially ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) __________

   ☒ phone discussions expected by (date) continuing basis

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?** ☐ **YES** ☒ **NO**

Dated: March 16, 2004

[signature]

**Mediator**
**M. Scott Donahey**
Tomlinson, Zisko, Morosoli & Maser, LLP
200 Page Mill Rd., 2nd Fl.
Palo Alto, CA 94306



Dockets.Justia.com