Apple Inc. v. Psystar Corporation
Doc. 658

RONALD L. OLSON (SBN 044597)
GREGORY P. STONE (SBN 078329)
BRADLEY S. PHILLIPS (SBN 085263)
TED G. DANE (SBN 143195)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

HOJOON HWANG (SBN 184950)
ROHIT K. SINGLA (SBN 213057)
MUNGER, TOLLES & OLSON LLP
33 New Montgomery Street, 19th Floor
San Francisco, CA 94105-9781
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

EDWARD D. JOHNSON (SBN 189475)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALNETWORKS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CASE NO. C 03-5717 (JW) (EAI)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>*MODIFIED BY THE COURT |



Dockets.Justia.com

Plaintiff RealNetworks Inc. ("RealNetworks") and Defendant Microsoft Corporation ("Microsoft") (collectively, the "Parties"), through their respective counsel, stipulate with respect to the following facts:

WHEREAS RealNetworks filed its Complaint and Demand for Jury Trial on December 18, 2003;

WHEREAS Microsoft filed its Answer on February 20, 2004;

WHEREAS the Court has entered an Order Setting Initial Case Management Conference setting a Case Management Conference on April 19, 2004;

WHEREAS due to the unavailability of Microsoft's counsel on April 19, 2004, the Parties desire to continue the Case Management Conference until May 3, 2004;

WHEREAS the Judicial Panel on Multi-District Litigation is scheduled to consider Microsoft's motion to stay the transfer of this action to the United States District Court for the District of Maryland (MDL-1332- *In re Microsoft Corp. Windows Operating System Antitrust Litigation*) on March 23, 2004;

WHEREAS the Parties do not intend that this stipulation and proposed continuance affect in any way the transfer of this action to MDL-1332;

WHEREAS the only other time modification in this case was a stipulation extending Microsoft's time to answer, move, or otherwise respond to the complaint to February 20, 2004; and

WHEREAS this extension of two weeks will not affect the schedule of this case because of the impending transfer to MDL-1332.

NOW THEREFORE the Parties hereby stipulate and jointly request as follows:

1. The Case Management Conference currently scheduled for April 19, 2004 shall be continued until May 3, 2004;

2. The deadline for complying with the requirements of Rule 26(f), ADR Local Rule 3-5 and Civil Local Rule 16-8, as set forth in the Court's Order Setting Initial Case Management Conference, shall be continued until April 12, 2004; and

3. The deadline for complying with the requirements of Rule 26(a)(1) and

Civil Local Rule 16-9 as set forth in the Court's Order Setting Initial Case Management Conference, shall be continued until April 26, 2004.

DATED: March 15, 2004

MUNGER, TOLLES & OLSON LLP

By: HOJOON HWANG

Attorneys for Defendant
MICROSOFT CORPORATION

DATED: March 15, 2004

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By: ERIC R. OLSON

Attorneys for Plaintiff
REALNETWORKS INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED. THE PARTIES SHALL FILE A JOINT CASE MANAGEMENT STATEMENT NO LATER THAN APRIL 23, 3004.

Dated: MARCH 19 , 2004

/s/ JAMES WARE
UNITED STATES DISTRICT JUDGE