Apple Inc. v. Psystar Corporation Doc. 662

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
EVAN H. ACKIRON, State Bar #164628
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4268
Facsimile: (415) 554-3837
E-Mail: robert.bonta@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
(ERRONEOUSLY SUED AS SAN FRANCISCO
POLICE DEPARTMENT)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR V. TOVARES,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT, OFFICERS, CALTA GIRONE, SILVA, AND DOES 1-100 INCLUSIVE,<br><br>Defendants. | Case No. 04-01090 SC<br><br>**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S DEMAND FOR JURY TRIAL**<br><br>Date Action Filed: February 6, 2004<br>Trial Date: Not assigned |

Defendant City And County Of San Francisco (Erroneously Sued As San Francisco Police Department) hereby demands trial by jury.



Dockets.Justia.com

Dated: March 18, 2004

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
EVAN H. ACKIRON
ROBERT A. BONTA
Deputy City Attorneys

By:/S/____________________________
ROBERT A. BONTA

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
(ERRONEOUSLY SUED AS SAN FRANCISCO POLICE DEPARTMENT)

## PROOF OF SERVICE

I, **ROSEMARY MENDOZA**, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On March 19, 2004, I served the attached:

**DEFENDANT'S CITY AND COUNTY OF SAN FRANCISCO'S DEMAND FOR JURY TRIAL**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

**Horacio J. Martinez Baca, Esq.**
**Law Offices of Horacio J. Martinez Baca**
**870 Market Street, Suite 1084**
**San Francisco, CA 94102**

**Tel: 415-296-0396**
**Fax: 415-296-0395**

and served the named document in the manner indicated below:

☒ **E-FILED/BY MAIL** I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 19, 2004, at San Francisco, California.

______________________________
**ROSEMARY MENDOZA**