Apple Inc. v. Psystar Corporation Doc. 673

JOSEPH P. NORELLI
ROBERT J. BUFFIN
PAULA R. KATZ
KATHLEEN C. SCHNEIDER
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California 94103-1737
Telephone Number: (415)356-3197/356-5194/356-5154
Facsimile: (415)356-5156
Region 20's E-Mail: Region20@nlrb.gov

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. MILLER, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>DISTRICT COUNCIL NO. 16, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO<br><br>Respondent. | Civil No. C-03-4918-WHA<br><br>PROOF OF SERVICE |

I am employed as a Field Attorney by the National Labor Relations Board, Region 20. My office address is 901 Market Street, Suite 400, San Francisco, California 94103-1735. My office telephone number is (415) 356-5197. I am Co-Counsel for Petitioner in the above-captioned action.

I hereby declare under penalty of perjury that on November 14, 2003:

1. I served on David A. Rosenfeld, Counsel for Respondent, by facsimile transmission to (510)891-0400, and by first class mail to him at Weinberg, Roger



Dockets.Justia.com

& Rosenfeld, 180 Grand Avenue, Suite 1400, Oakland, CA 94612, a copy of the Second Supplemental Affidavits, Declarations and Exhibits in Support of Application of Temporary Restraining Order that was filed with the Court on November 13, 2003.

2. I served on David A. Rosenfeld, by first class mail to him at Weinberg, Roger & Rosenfeld, 180 Grand Avenue, Suite 1400, Oakland, CA 94612, a copy of each of the following documents that were filed with the Court on November 13, 2003:
    a. Acknowledgement of Service, dated November 4, 2003
    b. Affidavit of Service, dated November 4, 2003
    c. Proof of Service, dated November 12, 2003
3. I served on Doug Christopher, representative of Respondent, by first class mail to him at District Council No. 16, 2705 Constitution Drive, Livermore, CA 94550, a copy of each of the following documents that were filed with the Court on November 13, 2003:
    a. Second Supplemental Affidavits, Declarations and Exhibits in Support of Application for Temporary Restraining Order
    b. Acknowledgement of Service, dated November 4, 2003
    c. Affidavit of Service, dated November 4, 2003
    d. Proof of Service, dated November 12, 2003

EXECUTED AT San Francisco, California this 14th day of November, 2003

/s/ Paula R. Katz
Paula R. Katz