Apple Inc. v. Psystar Corporation

Doc. 676

SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN: 114822)
Dana L. Peterson (SBN: 178499)
Adrienne E. Nelson (SBN: 209305)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
MONTEREY INSTITUTE OF INTERNATIONAL STUDIES, CHESTER D. HASKELL, STEVEN BAKER, RUTH LARIMER (erroneously sued herein as Ruth Larimar), and DONNA BARDO

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERIAL KAREN ARDALAN,<br><br>Plaintiff,<br><br>v.<br><br>MONTEREY INSTITUTE OF INTERNATIONAL STUDIES, CHESTER D. HASKELL, President, STEVEN BAKER, Vice President/Provost, RUTH LARIMAR, Dean of Translation & Linguistics, DONNA BARDO, Director, Human Resources,<br><br>Defendants. | Case No. C 03 01075 JF PVT<br><br>**DEFENDANTS' NOTICE RE EXHIBITS** |

Exhibits 1 through 13 which are attachments to Declaration of Ruth Larimer and Exhibits A-F to Declaration of Dana Peterson in Support of Defendants' Motion for Summary Judgment are in paper form only and are being maintained in the case file in the Clerk's office. The reason for manual filing is because the exhibits exceed the specified page limit for electronic transmission.



Dockets.Justia.com

DATED: March ~~19~~ 22, 2004

SEYFARTH SHAW LLP

By [signature]
Dana L. Peterson
Attorneys for Defendants
MONTEREY INSTITUTE OF INTERNATIONAL STUDIES, CHESTER D. HASKELL, STEVEN BAKER, RUTH LARIMER (ERRONEOUSLY SUED HEREIN AS RUTH LARIMAR), AND DONNA BARDO