Apple Inc. v. Psystar Corporation Doc. 702

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS EVANS,<br>Plaintiff,<br>v.<br>FAIR BANKS CAPITAL, et al.,<br>Defendants.<br>_______________________/ | No. C03-0494 EMC<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendants Toews' Motion to Dismiss has been rescheduled from April 28, 2004 at 3:00 p.m. to **May 12, 2004 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

Dated:March 26, 2004

RICHARD W. WIEKING, CLERK

By: /s/ Betty Fong
Betty Fong
Deputy Clerk

Dockets.Justia.com