Apple Inc. v. Psystar Corporation Doc. 706

COOLEY GODWARD LLP
WILLIAM S. FREEMAN (82002)
GRANT P. FONDO (181530)
JULIE C. LANZ (216763)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
JOHN KERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY WATTERSON, Derivatively On Behalf of RIVERSTONE NETWORKS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ROMULUS PEREIRA, et al.<br><br>Defendants,<br><br>– and –<br><br>RIVERSTONE NETWORKS, INC., a Delaware corporation.<br><br>Nominal Defendant. | Case No. C-03-0637 SBA<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Saundra Brown Armstrong |

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:



Dockets.Justia.com

1) **DEFENDANT JOHN KERN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S VERIFIED FIRST AMENDED SHAREHOLDER DERIVATIVE COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; AND REQUEST FOR JUDICIAL NOTICE;**

2) **DEFENDANT JOHN KERN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS MOTION TO DISMISS PLAINTIFF'S VERIFIED FIRST AMENDED SHAREHOLDER DERIVATIVE COMPLAINT;**

3) **DECLARATION OF GRANT FONDO IN SUPPORT OF DEFENDANT JOHN KERN'S REQUEST FOR JUDICIAL NOTICE; AND**

4) **[PROPOSED] ORDER GRANTING DEFENDANT JOHN KERN'S MOTION TO DISMISS PLAINTIFF'S VERIFIED FIRST AMENDED SHAREHOLDER DERIVATIVE COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**

I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery on the following part(ies) in this action:

Eric J. Belfi, Esq.
Rabin Murray & Frank LLP
275 Madison Avenue
34th Floor
New York, NY 10016
FACSIMILE NO.: (212) 682-1892

John G. Emerson, Jr., Esq.
Scott E. Poynter, Esq.
Emerson Poynter LLP
P.O. Box 164810
Little Rock, AR 72216-4810
FACSIMILE NO.: (501) 907-2556

Robert Scott Dreher, Esq.
835 Fifth Avenue
Suite 202
San Diego, CA 92101
FACSIMILE NO.: (619) 687-0136

Craig Martin, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
FACSIMILE NO.: (415) 268-7522

Executed on March 26, 2004, at Palo Alto, California.

/s/
Jocelyn McIntosh