Apple Inc. v. Psystar Corporation Doc. 709

ROBERT T. HASLAM (SBN 71134)
MICHAEL K. PLIMACK (SBN 133869)
HELLER EHRMAN WHITE & McAULIFFE LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

MARK E. FERGUSON
CHRISTOPHER D. LANDGRAFF
STEVEN E. DERRINGER
ANDREW R. DEVOOGHT
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

Attorneys for Plaintiffs and Counterclaim Defendants
HEWLETT-PACKARD COMPANY,
HEWLETT-PACKARD DEVELOPMANT COMPANY, L.P. and
COMPAQ COMPUTER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.

Plaintiffs,

v.

EMC CORPORATION,

Defendant and Counterclaimant,

v.

HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., COMPAQ COMPUTER CORPORATION,

Counterclaim Defendants.

Case No.: C02-04709 JF

**DECLARATION OF CHRISTOPHER D. LANDGRAFF IN SUPPORT OF PLAINTIFFS' AND COUNTERCLAIM DEFENDANTS' REPLY BRIEF ON KEY TERMS**

**Date: April 5-6, 2004**

The Honorable Jeremy Fogel



Dockets.Justia.com

I, Christopher D. Landgraff, having been duly sworn, declare as follows:

1. I am a member in good standing of the bar of the State of Illinois and a partner at the law firm of Bartlit Beck Herman Palenchar & Scott LLP, counsel of record for Plaintiffs and Counterclaim Defendants Hewlett-Packard Company, Hewlett-Packard Development Company, L.P., and Compaq Computer Corporation. I have been admitted *pro hac vice* to practice before the Court in this matter. I make this declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. I previously submitted a seven-volume separate appendix relating to Plaintiffs' and Counterclaim Defendants' Opening Claim Construction Brief On Key Terms.

3. I am submitting herewith a separate appendix (Volume 8) relating to Plaintiffs' and Counterclaim Defendants' Reply Brief On Key Terms.

4. Volume 8 of the separate appendix contains a true and correct copy of: excerpts from the *Digital Large System Mass Storage Handbook* (1986); the Declaration of Randy H. Katz (with exhibits); the Declaration of Richard Mattson (with exhibits); excerpts from the deposition of Richard Mattson; United States Patent No. 3,818,237, issued to Straus; and dictionary excerpts from *IBM Dictionary of Computing* (10th ed. 1993) and *A Dictionary of Storage Networking Terminology*, Storage Networking Industry Association, http://www.snia.org/education/dictionary.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of March, 2004 at Chicago, Illinois.

Chris D. Landgraff

CHRISTOPHER D. LANDGRAFF