Chris Scott Graham (State Bar No. 114498)
Michael N. Edelman (State Bar No. 180948)
Guadalupe M. Garcia (State Bar No. 205795)
Jose Luis Martin (State Bar No. 203709)
DECHERT LLP
975 Page Mill Road
Palo Alto, California 94304
Telephone: 650.813.4800
Facsimile: 650.813.4848

Attorneys for Plaintiff and Counter-Defendant,
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>NASSDA CORPORATION, a Delaware Corporation,<br><br>Defendant and Counter-Claimant. | Case No. C 03-2664 SI<br><br>**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS** |

As set forth in plaintiff Synopsys, Inc.'s ("Synopsys") Miscellaneous Administrative Request Pursuant to Local Rules 7-10 and 79-5 to Seal Documents (hereinafter, "Synopsys' Miscellaneous Administrative Request"), Synopsys lodged with the Court the following in connection with its Reply in Support of Motion for Partial Summary Judgment Based on the Doctrine of Assignor Estoppel:

1. Martin Declaration, Exhibit G - the deposition of Jeh-Fu Tuan, Ph.D., taken on February 13, 2004, marked "Attorneys and Consultants Only" pursuant to the stipulated Protective Order entered in this action.

2. Martin Declaration, Exhibit H - the deposition of Tak Young, Ph.D., taken on February 24, 2004, marked "Attorneys and Consultants Only" pursuant to the stipulated Protective



Dockets.Justia.com

Order entered in this action.

3. Martin Declaration, Exhibit I - the deposition of Han Young Koh, Ph.D., taken on February 25, 2004, marked "Attorneys and Consultants Only" pursuant to the stipulated Protective Order entered in this action.

Having considered Synopsys' Miscellaneous Administrative Request, and for good cause appearing therefor,

IT IS HEREBY ORDERED that Martin Declaration, Exhibits G, H, and I are to be filed under seal.

Dated: ____________________, 2004

_________________________________________
HONORABLE SUSAN ILLSTON