TRACY L. MAINGUY, Bar No. 176928
OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUNDS- MULTI-SERVICES
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| KEN WALTERS, DON DOSER, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS MARKET PRESERVATION FUND; and OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>COYOTE CONSTRUCTION, INC., a California Corporation and GEORGE ALVIN HARDY JR II, individually and doing business as COYOTE CONSTRUCTION,<br><br>Defendants. | Case No.: C 03-0707 SI<br><br>**CERTIFICATE OF SERVICE** |

/////

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1620 South Loop Road, Alameda California 94502. On March 26, 2004, I served the following documents:

1. **MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION;**
2. **[PROPOSED] ORDER REGARDING MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION;**
3. **SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS; MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, SUMMARY ADJUDICATION;**
4. **DECLARATION OF WAYNE E. MCBRIDE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION;**
5. **NOTICE OF EXHIBIT ATTACHMENT TO DECLARATION OF WAYNE E. MCBRIDE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION;**
6. **DECLARATION OF TRACY L. MAINGUY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION;**
7. **NOTICE OF EXHIBIT ATTACHMENT TO DECLARATION OF TRACY L. MAINGUY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**
8. **CERTIFICATE OF SERVICE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in Alameda, California, addressed as follows:

Willie E. Phillips, Esq.
Law Offices of Willie E. Phillips
675 Hegenberger Road, Suite 203
Oakland, CA 94621

/////

I certify under penalty of perjury that the above is true and correct. Executed this 26th day of March 2004.

Erica Gonzalez
Secretary to Tracy L. Mainguy