JENNIFER C. RASMUSSEN (SBN 194358)
**POND NORTH, LLP**
450 Sansome Street
Suite 1200
San Francisco, CA 94111

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation**,**<br><br>Plaintiff,<br><br>UNITED PARCEL SERVICE, INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C 03 5562 EMC<br><br>**UPS'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(1) AND FED.R.CIV.P. 12(b)(6)**<br><br>**Hearing Date:** April 14, 2004<br>**Time:** 10:30 a.m.<br>**Judge:** Hon. Edward M. Chen |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on April 14, 2004 at 10.30 a. m, or as soon thereafter as the matter may be heard by the above-titled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, in the courtroom of such Judge as is determined based on Defendant's Notice of Related Case, filed contemporaneously herewith, Defendant United Parcel Service, Inc. will, and hereby does, move to dismiss Plaintiff Northern California River Watch's Complaint.

The Motion is brought pursuant to Fed.R.Civ.P. 12(b)(1) (lack of subject matter jurisdiction) and 12(b)(6) (failure to state a claim upon which relief can be granted). UPS's



Dockets.Justia.com

Motion is based on this Notice of Motion and Motion, the Supporting Memorandum of Points and Authorities filed herewith, the pleadings and papers on file herein, and upon such other matters and argument as may be presented to the Court at or before the time the Court takes the Motion under submission.

Dated: March 5, 2004

POND NORTH LLP

By: /s/ Jennifer C. Rasmussen
Jennifer C. Rasmussen
Attorneys for Defendant
UNITED PARCEL SERVICE, INC