Apple Inc. v. Psystar Corporation

Doc. 715

DAVID E. KENDALL (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*Attorneys for the Motion Picture Studio Plaintiffs (other than the Time Warner studio plaintiffs)*

RUSSELL J. FRACKMAN (Bar No. 049087)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
*Attorneys for Record Company Plaintiffs (other than the Time Warner record company plaintiffs) Plaintiffs)*

STEVEN B. FABRIZIO (*pro hac vice*)
JENNER & BLOCK LLC
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005-3823
Telephone: (202) 639-6000
*Attorneys for Record Company Plaintiffs (other than Time Warner record company*

ROBERT M. SCHWARTZ (Bar No. 117166)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
*Attorneys for Time Warner Plaintiffs*

CAREY R. RAMOS (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
*Attorneys for Music Publisher Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| METRO-GOLDWYN-MAYER STUDIOS INC., et al., Plaintiffs, v. GROKSTER, LTD., et al., Defendants. | Case No. CV 04 0033-MISC MJJ EDL<br><br>MISCELLANEOUS ACTION<br><br>United States District Court<br>Central District of California<br>Case No. CV 01-08541 SVW (PJWx)<br>(Consolidated with: CV 01-09923 SVW (PJWx)) |
| JERRY LEIBER, et al., Plaintiffs, v. CONSUMER EMPOWERMENT BV a/k/a FASTTRACK, et al., Defendants. | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD-PARTY PERKINS COIE LLP**<br><br>DATE: April 20, 2004<br>TIME: 9:00 a.m.<br>DEPT: E (15th Floor) |



Dockets.Justia.com

AND RELATED COUNTERCLAIMS.

TO DEFENDANTS AND THIRD-PARTY PERKINS COIE LLP AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs' motion for an Order compelling third-party respondent Perkins Coie LLP ("Perkins Coie"), former counsel for defendant Kazaa BV f/k/a Consumer Empowerment BV ("Kazaa"), to produce certain Kazaa documents in Perkins Coie's custody, set for hearing on April 20, 2004, at 9:00 a.m., at the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, in the courtroom of the Honorable Magistrate Elizabeth D. Laporte, Courtroom E, Fifteenth Floor, has been taken off calendar.

March 29, 2004

By: [signature]
Brian A. Ross

RUSSELL J. FRACKMAN
PATRICIA H. BENSON
GEORGE M. BORKOWSKI
MITCHELL SILBERBERG & KNUPP LLP

MATTHEW J. OPPENHEIM
DEAN GARFIELD
RECORDING INDUSTRY ASSOCIATION OF AMERICA

STEVEN B. FABRIZIO
JENNER & BLOCK LLC

*Attorneys for Plaintiffs Arista Records, Inc., Bad Boy Records, Capitol Records, Inc., Hollywood Records, Inc., Interscope Records, LaFace Records, Motown Records Company, L.P., The RCA Records Label, a unit of BMG Music d/b/a BMG Entertainment, Sony Music Entertainment, Inc., UMG Recordings, Inc., Virgin Records America, Inc., Walt Disney Records, and Zomba Recording Corporation*

DAVID E. KENDALL
ROBERT J. SHAUGHNESSY
THOMAS G. HENTOFF
BETH A. LEVENE
WILLIAMS & CONNOLLY LLP

GREGORY P. GOECKNER
MARK D. LITVACK
MOTION PICTURE ASSOCIATION OF AMERICA

JAN B. NORMAN

*Attorneys for Plaintiffs Metro-Goldwyn-Mayer Studios, Inc., Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, and Universal City Studios, Inc.*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On March 29, 2004, I served the foregoing document(s) described as **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD-PARTY PERKINS COIE LLP** on the parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows, and taking the action described below:

**See Attached Service List**

☒ **BY FAX**: I sent a copy of the above-described document(s) via telecopier to each of the individuals set forth below, at the facsimile telephone number opposite each name; and

☒ **BY PLACING FOR COLLECTION AND MAILING:** I sealed and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 11377 West Olympic Boulevard, Los Angeles, California in the ordinary course of business.

Executed on March 29, 2004, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Liz Piscitelli

Mitchell Silberberg & Knupp LLP

**MGM STUDIOS, INC., et al. v. GROKSTER, LTD., et al.**
**Miscellaneous Action No. CV 04 0033-MISC MJJ (EDL)**
**SERVICE LIST**

| | |
|---|---|
| Michael H. Page, Esq.<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, California 94111-1704<br>(Fax) 415-397-7188 | (Kazaa attorney)<br>(have not replaced Perkins Coie with another law firm) |
| Charles S. Baker, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>600 Congress, Suite 2900<br>Austin, Texas 78701<br>(Fax) 512-391-6149 | Cindy A. Cohn, Esq.<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110<br>(Fax) 415- 436-9993 |
| Roderick G. Dorman, Esq.<br>Hennigan Bennett & Dorman LLP<br>601 So. Figueroa St., Suite 3300<br>Los Angeles, CA 90017<br>(Fax) (213) 694-1234 | David B. Casselman, Esq.<br>Wasserman Comden Casselman & Pearson<br>5567 Reseda Blvd., Suite 330<br>Tarzana, CA 91357-7033<br>(Fax) (818) 705-8147 |
| Jeffrey F. Gersh, Esq.<br>Zimmerman, Rosenfeld, Gersh & Leeds LLP<br>9107 Wilshire Boulevard, Ste 300<br>Beverly Hills, CA 90210-5528<br>Fax: (310) 273-5602 | |
| David E. Kendall, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(Fax) (202) 434-5029 | Jan B. Norman, Esq.<br>Gregory P. Goeckner, Esq.<br>Mark D. Litvak, Esq.<br>Law Office<br>15503 Ventura Boulevard<br>Encino, CA 91436-3103<br>(Fax) 818- 382-1797 |
| Robert M. Schwartz, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, Suite 700<br>Los Angeles, CA 90067<br>Fax: (310) 246-6779 | Carey R. Ramos, Esq.<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-0064<br>Fax: (212) 757-3900 |
| Kelli Sager, Esq.<br>Davis Wright Tremaine LLP<br>865 So. Figueroa St., Suite 2400<br>Los Angeles, CA 90017-2566<br>Fax: (213) 633-6899 | Stanley Pierre-Louis, Esq.<br>Dean Garfield, Esq.<br>The RIAA<br>1330 Connecticut Ave. N.W., Ste 300<br>Washington, D.C. 20036<br>Fax: (202) 775-7253 |
| Steven B. Fabrizio, Esq.<br>Jenner & Block LLC<br>601 Thirteenth Street, NW<br>Suite 1200 South<br>Washington, D.C. 20005<br>Fax: (202) 661-4823 | Kenneth B. Wilson, Esq.<br>Kurt B. Opsahl, Esq.<br>Perkins Coie LLP<br>180 Townsend Street, Third Floor<br>San Francisco, CA 94107-1909<br>Fax: (415) 344-7050 |