United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARPER IMAGE CORPORATION,

Plaintiff,

v.

SUAREZ CORPORATION INDUSTRIES,

Defendant.

______________________________________/

No. C 03-03465 WHA
No. C 03-04983 WHA
No. C 04-01062 WHA

**ORDER RE NOTICE OF RELATED CASE**

Suarez Corporation Industries filed a notice of related case in reference to a case number C 04-01062 WHA. The request to relate the case is **DENIED** as moot since the case number C 04-01062 WHA has been assigned to this Court since its removal to this district.

**IT IS SO ORDERED.**

Dated: March 30, 2004.

s/ WILLIAM ALSUP
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com