HELANE L. MORRISON (State Bar No. 127752)
JAMES A. HOWELL (State Bar No. 92721)
MICHAEL S. DICKE (State Bar No. 158187)
JUDITH L. ANDERSON (State Bar No. 124281)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL G. SMERASKI, TIMOTHY S. HEYERDAHL, DAVID F. HELD, ELAINE A. DECKER, and DEBORAH J. MATTIFORD,<br><br>Defendants. | Case No. C-01-3651 MJJ<br><br>NOTICE OF RELATED CASE |

Plaintiff Securities and Exchange Commission (the "Commission") pursuant to Local Rule 3-12, hereby gives notice that this action is related to a recently filed action in this District Court: *Securities and Exchange Commission v. Richard H. Hawkins*, Civ. No. 04-1259 CW. The Court has already assigned to the Honorable Martin J. Jenkins several other related criminal and civil actions – *United States v. Albert J. Bergonzi, Charles W. McCall, et al.*, CR 00-00505 MJJ, *United States v. Dominick DeRosa*, CR 00-00213 MJJ, *United States v. Timothy S. Heyerdahl*, CR 01-0002 MJJ, *SEC v. Albert Bergonzi, et al.*, Civ. No. C - 00-3570 MJJ, *SEC v. Lapine*, Civ. No. C-01-3650 MJJ, and *SEC v. Michael G. Smeraski, et al.*, Civ. No. C - 01-3651 MJJ and *SEC v. McCall*, Civ. No. 03-2603 MJJ. The Commission expects that the United States will ask that another recently filed



Dockets.Justia.com

criminal action, *United States v. Richard H. Hawkins*, CR 04-0106 PJ, be related to the other criminal actions assigned to Judge Jenkins.

*SEC v. Hawkins* and the other actions identified above involve some of the same transactions and events. All of the actions allege that the defendants participated in a fraudulent scheme to misstate the revenue and net income of McKesson HBOC, Inc. The criminal and civil actions against Hawkins, McCall, Bergonzi and Lapine each allege violations of the securities laws with respect to the reporting of revenue from a transaction between McKesson HBOC, Inc. and Data General Corporation in April 1999.

In addition, all of the actions have common issues concerning discovery – an issue now on appeal to the Ninth Circuit in *US v. Bergonzi*.

Accordingly, this civil action and the other identified actions share many of the same questions of fact and law. The Commission believes that assignment of all actions to Judge Jenkins is likely to conserve judicial resources, promote efficient resolution of the actions and facilitate consistency in the determination of the facts and applicable law.

DATED: March 31, 2004

Respectfully Submitted,

James A. Howell
Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION