Apple Inc. v. Psystar Corporation
Doc. 734

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

March 31, 2004

RE: CV 03-04154 JW DIRECTV, INC.-v- GEORGE BOOHER, ET AL

Default is declined as to defendant Marco Perez, aka Marc Perez on 3/26/04.

RICHARD W. WIEKING, Clerk

by: Cindy Vargas
Case Systems Administrator

Dockets.Justia.com