Apple Inc. v. Psystar Corporation

Doc. 735

COOLEY GODWARD LLP
THOMAS J. FRIEL, JR. (80065)
BRIAN E. MITCHELL (190095)
KENNETH B. OPLINGER (219095)
One Maritime Plaza, 20th Floor
San Francisco, CA 94111-3580
Telephone: (415) 693-2000
Facsimile: (415) 951-3699

Attorneys for Plaintiffs
LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BJ CRYSTAL, INC., a California corporation; CRYSTAL MAGIC, INC., a Florida corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING, INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; C. STIEFELMAYER GMBH & Co. KG, a German limited liability partnership; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; HIRSCH GIFT INC., a Texas corporation; VISIONS IN CRYSTAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company; VITRO INTERNATIONAL, LLC, a Nevada limited liability company; VITRO USA, LLC, a Nevada limited liability company; MERITAGE GRAPHICS, INC., a Nevada corporation; 3DLI, Inc., a Nevada corporation; and DOES 1-20, | Lead Case No. C 03-1179 JSW<br>Consolidated with No. C 03-3905 JSW<br><br>**ANSWER TO JIMAC MARKETING, INC.'S COUNTERCLAIMS;**<br><br>**DEMAND FOR TRIAL BY JURY** |



Dockets.Justia.com

Defendants.

AND RELATED COUNTERCLAIMS

Plaintiffs and counterdefendants Laser Design International, LLC ("LDI") and Norwood Operating Company d/b/a Norwood Promotional Products ("Norwood") (collectively "Plaintiffs"), by their undersigned attorneys, respond to the counterclaims of Defendant Jimac Marketing, Inc. ("Jimac") as follows:

**The Parties**

1. Plaintiffs admit the allegations of Paragraph 36 [sic].
2. Plaintiffs admit the allegations of Paragraph 37 [sic].
3. In response to Paragraph 38 [sic], Plaintiffs admit that Norwood is a corporation organized and existing under the laws of the State of Delaware, but deny that its principal place of business is at 1309 Plainfeld Avenue, Janesville, Wisconsin 35545.

**Jurisdiction and Venue**

4. Plaintiffs admit the allegations of Paragraph 39 [sic].
5. Plaintiffs admit the allegations of Paragraph 40 [sic].

**Intra-District Assignment**

6. Plaintiffs deny the allegations of Paragraph 41 [sic].

**FIRST COUNTERCLAIM FOR DECLATORY RELIEF**

**(Declaratory Relief Regarding the '496-C1 Patent)**

7. Paragraph 42 [sic] contains no new factual allegations such that there is nothing to admit or deny.
8. Plaintiffs admit the allegations of Paragraph 43 [sic].
9. Plaintiffs admit the allegations of Paragraph 44 [sic].
10. Plaintiffs deny the allegations of Paragraph 45 [sic].
11. Plaintiffs deny the allegations of Paragraph 46 [sic].
12. In response to Paragraph 47 [sic], Plaintiffs admit that a justiciable controversy has

arisen and exists between Jimac and Plaintiffs, but deny the remaining allegations

**JIMAC'S PRAYER FOR RELIEF**

13. Plaintiffs deny each and every allegation contained in Jimac's Prayer for Relief, which follows Paragraph 47 [sic].

**WHEREFORE**, Plaintiffs pray for judgment as set forth in the prayer for relief.

**PRAYER FOR RELIEF**

Plaintiffs respectfully request that this Court enter judgment:

**a.** That Jimac take nothing by way of its Counterclaim;

**b.** In favor of Plaintiffs;

**c.** That Plaintiffs recover their reasonable attorney's fees and costs; and

**d.** For such other and further relief as this Court may deem just and proper.

Dated: March 31, 2004

COOLEY GODWARD LLP

s/Kenneth B. Oplinger

Kenneth B. Oplinger
Attorneys for Plaintiff
LASER DESIGN INTERNATIONAL, LLC and
NORWOOD OPERATING COMPANY

DEMAND FOR JURY TRIAL

Plaintiffs hereby request a trial by jury on the counterclaim.

Dated: March 31, 2004

COOLEY GODWARD LLP

s/Kenneth B. Oplinger

Kenneth B. Oplinger
Attorneys for Plaintiffs
LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY