COOLEY GODWARD LLP
THOMAS J. FRIEL, JR. (80065)
BRIAN E. MITCHELL (190095)
KENNETH B. OPLINGER (219095)
One Maritime Plaza, 20th Floor
San Francisco, CA 94111-3580
Telephone: (415) 693-2000
Facsimile: (415) 951-3699

Attorneys for Plaintiffs
LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BJ CRYSTAL, INC., a California corporation; CRYSTAL MAGIC, INC., a Florida corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING, INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; C. STIEFELMAYER GMBH & Co. KG, a German limited liability partnership; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; HIRSCH GIFT INC., a Texas corporation; VISIONS IN CRYSTAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company; VITRO INTERNATIONAL, LLC, a Nevada limited liability company; VITRO USA, LLC, a Nevada limited liability company; MERITAGE GRAPHICS, INC., a Nevada corporation; 3DLI, Inc., a Nevada corporation; and DOES 1-20, | Lead Case No. C 03-1179 JSW<br>Consolidated with No. C 03-3905 JSW<br><br>**ANSWER TO BJ CRYSTAL, INC.'S COUNTERCLAIMS;**<br><br>**DEMAND FOR TRIAL BY JURY** |



Dockets.Justia.com

Defendants.

AND RELATED COUNTERCLAIMS

Plaintiffs and counterdefendants Laser Design International, LLC ("LDI") and Norwood Operating Company d/b/a Norwood Promotional Products ("Norwood") (collectively "Plaintiffs"), by their undersigned attorneys, respond to the counterclaims of Defendant BJ Crystal, Inc. ("BJ Crystal") as follows:

**The Parties**

1. Plaintiffs admit the allegations of Paragraph 36 [sic].
2. Plaintiffs admit the allegations of Paragraph 37 [sic].
3. In response to Paragraph 38 [sic], Plaintiffs admit that Norwood is a corporation organized and existing under the laws of the State of Delaware, but deny that its principal place of business is at 1309 Plainfeld Avenue, Janesville, Wisconsin 35545.

**Jurisdiction and Venue**

4. Plaintiffs admit the allegations of Paragraph 39 [sic].
5. Plaintiffs admit the allegations of Paragraph 40 [sic].

**Intra-District Assignment**

6. Plaintiffs deny the allegations of Paragraph 41 [sic].

**FIRST COUNTERCLAIM FOR DECLATORY RELIEF**

**(Declaratory Relief Regarding the '496-C1 Patent)**

7. Paragraph 42 [sic] contains no new factual allegations such that there is nothing to admit or deny.
8. Plaintiffs admit the allegations of Paragraph 43 [sic].
9. Plaintiffs admit the allegations of Paragraph 44 [sic].
10. Plaintiffs deny the allegations of Paragraph 45 [sic].
11. Plaintiffs deny the allegations of Paragraph 46 [sic].
12. In response to Paragraph 47 [sic], Plaintiffs admit that a justiciable controversy has

arisen and exists between BJ Crystal and Plaintiffs, but deny the remaining allegations

**BJ CRYSTAL'S PRAYER FOR RELIEF**

13. Plaintiffs deny each and every allegation contained in BJ Crystal's Prayer for Relief, which follows Paragraph 47 [sic].

**WHEREFORE**, Plaintiffs pray for judgment as set forth in the prayer for relief.

**PRAYER FOR RELIEF**

Plaintiffs respectfully request that this Court enter judgment:

**a.** That BJ Crystal take nothing by way of its Counterclaim;

**b.** In favor of Plaintiffs;

**c.** That Plaintiffs recover their reasonable attorney's fees and costs; and

**d.** For such other and further relief as this Court may deem just and proper.

Dated: March 31, 2004

COOLEY GODWARD LLP

s/Kenneth B. Oplinger
Kenneth B. Oplinger
Attorneys for Plaintiff
LASER DESIGN INTERNATIONAL, LLC and
NORWOOD OPERATING COMPANY

## DEMAND FOR JURY TRIAL

Plaintiffs hereby request a trial by jury on the counterclaim.

Dated: March 31, 2004

COOLEY GODWARD LLP

s/Kenneth B. Oplinger

Kenneth B. Oplinger
Attorneys for Plaintiffs
LASER DESIGN INTERNATIONAL, LLC and
NORWOOD OPERATING COMPANY