Matthew J. Kemner, No. 188124
Scott D. Long, No. 203505
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932

Attorneys for Defendants
Internet Press Association, Inc., a corporation, and
James Warwick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDITORS TRADE ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET PRESS ASSOCIATION, INC., and JAMES WARWICK,<br><br>Defendants. | Case No. C 04 0555 SI<br><br>**SEPARATE ANSWER OF DEFENDANT INTERNET PRESS ASSOCIATION, INC.**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: February 10, 2004 |

COMES NOW Defendant Internet Press Association, Inc. ("Internet Press") and for its separate Answer and Affirmative Defenses to the Complaint of Plaintiff Creditors Trade Association d/b/a Great Western Collection Bureau ("Plaintiff") states as follows:

PARTIES

1. Internet Press lacks sufficient information to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint and, therefore, denies same.

2. Internet Press lacks sufficient information to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint and, therefore, denies same.



Dockets.Justia.com

3. Internet Press admits that it is a corporation.

4. Internet Press admits that James Warwick is a resident of the State of Missouri. Internet Press denies each and every allegation contained in Paragraph 4 of Plaintiff's Complaint not expressly admitted herein.

**JURISDICTION AND VENUE**

5. Internet Press states that the allegations in Paragraph 5 of Plaintiff's Complaint constitute legal conclusions which it is neither required to admit nor deny. To the extent an answer may be deemed necessary, Internet Press denies each and every allegation contained in Paragraph 5 of Plaintiff's Complaint.

6. Internet Press states that the allegations in Paragraph 6 of Plaintiff's Complaint constitute legal conclusions which it is neither required to admit nor deny. To the extent an answer may be deemed necessary, Internet Press denies each and every allegation contained in Paragraph 6 of Plaintiff's Complaint.

7. Internet Press states that the allegations in Paragraph 7 of Plaintiff's Complaint constitute legal conclusions which it neither required to admit nor deny. To the extent an answer may be deemed necessary, Internet Press denies each and every allegation contained in Paragraph 7 of Plaintiff's Complaint.

**GENERAL ALLEGATIONS**

8. Internet Press denies the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Internet Press denies the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10. Internet Press denies the allegations contained in Paragraph 10 of Plaintiff's Complaint.

FIRST CLAIM OF RELIEF
(Promissory Fraud)
(James Warwick)

11. Internet Press incorporates fully and by reference herein its responses to Paragraphs 1-10 of Plaintiff's Complaint as if fully set out herein.

12. Internet Press states that the allegations contained in Paragraph 12 of Plaintiff's Complaint are not directed against it and no response by Internet Press is necessary. To the extent that the allegations are directed to Internet Press, Internet Press denies the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13. Internet Press states that the allegations contained in Paragraph 13 of Plaintiff's Complaint are not directed against it and, therefore, no response by Internet Press is necessary. To the extent that the allegations are directed to Internet Press, Internet Press denies the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. Internet Press states that the allegations contained in Paragraph 14 of Plaintiff's Complaint are not directed against it and therefore, no response by Internet Press is necessary. To the extent that the allegations are directed to Internet Press, Internet Press denies the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Internet Press states that the allegations contained in Paragraph 15 of Plaintiff's Complaint are not directed against it and, therefore, no response by Internet Press is necessary. To the extent that the allegations are directed to Internet Press, Internet Press denies the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. Internet Press states that the allegations contained in Paragraph 16 of Plaintiff's Complaint are not directed against it and, therefore, no response by Internet Press is necessary. To the extent that the allegations are directed to Internet Press, Internet Press denies the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. Internet Press states that the allegations contained in Paragraph 17 of Plaintiff's Complaint are not directed against it and, therefore, no response by Internet Press is necessary. To the extent that the allegations are directed to Internet Press, Internet Press denies the allegations contained in Paragraph 17 of Plaintiff's Complaint.

**SECOND CLAIM FOR RELIEF**
**(Intentional Misrepresentation)**
**(All Defendants)**

18. Internet Press incorporates fully and by reference herein its responses to Paragraphs 1-17 of Plaintiff's Complaint as if fully set out herein.

19. Internet Press denies the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20. Internet Press denies the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21. Internet Press denies the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22. Internet Press denies the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23. Internet Press denies the allegations contained in Paragraph 23 of Plaintiff's Complaint.

**THIRD CLAIM FOR RELIEF**
**(For Breach of Written Contract)**
(Internet Press Association)

24. Internet Press incorporates fully and by reference herein its responses to Paragraphs 1-23 of Plaintiff's Complaint as if fully set out herein.

25. Internet Press denies the allegations contained in Paragraph 25 of Plaintiff's Complaint.

26. Internet Press denies the allegations contained in Paragraph 26 of Plaintiff's Complaint.

27. Internet Press denies the allegations contained in Paragraph 27 of Plaintiff's Complaint.

28. Internet Press denies the allegations contained in Paragraph 28 of Plaintiff's Complaint.

**FOURTH CLAIM FOR RELIEF**
**(For Services Rendered and Performed)**
**(All Defendants)**

29. Internet Press incorporates fully and by reference herein its responses to Paragraphs 1-28 of Plaintiff's Complaint as if fully set out herein.

30. Internet Press denies the allegations contained in Paragraph 30 of Plaintiff's Complaint.

31. Internet Press denies the allegations contained in Paragraph 31 of Plaintiff's Complaint.

**FIFTH CLAIM FOR RELIEF**
**(Open Account)**
**(All Defendants)**

32. Internet Press incorporates fully and by reference herein its responses to Paragraphs 1-31 of Plaintiff's Complaint as if fully set out herein.

33. Internet Press denies the allegations contained in Paragraph 33 of Plaintiff's Complaint.

34. Internet Press denies the allegations contained in Paragraph 34 of Plaintiff's Complaint.

35. Internet Press states that the allegations in Paragraph 35 of Plaintiff's Complaint constitute legal conclusions which it is neither required to admit nor deny. To the extent an answer may be deemed necessary, Internet Press denies each and every allegation contained in Paragraph 35 of Plaintiff's Complaint.

**SIXTH CLAIM FOR RELIEF**
**(For Account Stated)**
(Internet Press Association)

36. Internet Press incorporates fully and by reference herein its responses to Paragraphs 1-35 of Plaintiff's Complaint as if fully set out herein.

37. Internet Press denies the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38. Internet Press denies the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39. Internet Press denies the allegations contained in Paragraph 39 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES COMMON TO ALL COUNTS

A. Further answering Plaintiff's Complaint, and as a separate and affirmative defense, Internet Press states that Plaintiff's Complaint fails to state a claim or claims or any facts upon which relief can be granted and should therefore be dismissed.

B. Further answering Plaintiff's Complaint, and as a separate and affirmative defense, Internet Press states that Plaintiff's Complaint is barred, in whole or in part, by a failure of consideration.

C. Further answering Plaintiff's Complaint, and as a separate and affirmative defense, Internet Press states that Plaintiff has waived the claims in its Complaint.

D. Further answering Plaintiff's Complaint, and as a separate and affirmative defense, Internet Press states that Plaintiff had a duty to mitigate its damages and failed to do so.

E. Further answering Plaintiff's Complaint, and as a separate and affirmative defense, Internet Press states that, to the extent that discovery may so demonstrate, this Court lacks subject matter jurisdiction over the action.

F. Further answering Plaintiff's Complaint, and as a separate and affirmative defense, Internet Press states that venue is improper in the United States District Court for the Northern District of California.

G. Further answering Plaintiff's Complaint, and as a separate and affirmative defense, Internet Press states that Plaintiff's claims are barred by insufficiency of process.

H. Further answering Plaintiff's Complaint, and as a separate and affirmative defense, Internet Press states that Plaintiff's claims are barred by insufficiency of service of process.

I. Further answering Plaintiff's Complaint, and as a separate and affirmative defense, Internet Press states that it has acted in good faith and Plaintiff has not acted in good faith.

J. Further answering Plaintiff's Complaint, and as a separate and affirmative defense, Internet Press states that Plaintiff has waived all claims or is estopped from asserting its claims.

K. Internet Press hereby reserves the right to rely on any further affirmative defenses which may become available or apparent during the course of discovery and reserves the right to amend its Answer to assert any such defense.

**DEMAND FOR JURY TRIAL**

Internet Press respectfully requests that this matter be tried before a jury.

WHEREFORE, Internet Press respectfully requests that the Court dismiss Plaintiff's claims against Internet Press, enter judgment in favor of Internet Press and against Plaintiff, award Internet Press its costs herein and award any additional relief the Court deems just and appropriate.

Dated: April 1, 2004

CARROLL, BURDICK & McDONOUGH LLP

By /s/
Matthew J. Kemner
Attorneys for Defendants
Internet Press Association, Inc., a corporation, and James Warwick