UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEBBLE BEACH COMPANY, a California General Partnership
Plaintiff(s),

v.

HUNTER DOUGLAS, INC., a Delaware Corporation
Defendant(s).

**CASE NO.** C04 00602 MMC

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Stephen M. Trattner, an active member in good standing of the bar of USDC D. C., whose business address and telephone number is 77 West Street, Suite 310, Annapolis, MD 21401, 443.482.9155, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Pebble Beach Company,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ______________

MAXINE M. CHESNEY
United States District/Magistrate Judge