ORIGINAL
FILED
04 MAR 19 PM 3:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES S. KNOPF (CSBN 178934)
KEVIN G. DALEY (CSBN 170995)
CHRISTINA GONZAGA (CSBN 221187)
LAW OFFICES OF JAMES S. KNOPF
1840 Gateway Drive, Suite 200
San Mateo, CA 94404
Telephone: (650) 627-9500
Facsimile: (888) 715-9583

Attorney for
VEDATECH INC. and VEDATECH, K.K.

MANI SUBRAMANIAN (PRO PER)
LAW OFFICES OF JAMES S. KNOPF
1840 Gateway Drive, Suite 200
San Mateo, CA 94404
Telephone: (650) 627-9500
Facsimile: (888) 715-9583

**UNITED STATED DISTRICT COURT**
FOR THE NORTHERN DISTRICT OF CALIFORNIA (**San Francisco Division**)

| | |
|---|---|
| QAD INC., a Delaware corporation, and QAD JAPAN K.K., a Japanese corporation,<br><br>Plaintiffs,<br>v.<br><br>MANI SUBRAMANIAN, an individual, VEDATECH INCORPORATED, a Washington corporation, and DOES 1 through 50, inclusive<br>Defendants | **C04 01035 PJH**<br><br>**CIVIL L.R. 7-10 (B)**<br><br>**ADMINISTRATIVE REQUEST TO**<br><br>**WITHDRAW ERRONEOUSLY FILED NOTICE OF RELATED CASE** |
| **Consolidated with:**<br><br>VEDATECH K.K., a Japanese corporation; MANI SUBRAMANIAN, an individual,<br><br>Plaintiffs and Counterdefendants<br>v.<br><br>QAD INC., a Delaware Corporation; QAD Japan Inc., a Delaware Corporation; ARTHUR ANDERSEN LLP a limited partnership located in California JOHN DOORDAN, an individual; LAI FOON LEE, an individual; NOMURA RESEARCH HONG KONG Limited, a Hong Kong Company, NOMURA RESEARCH LTD, a Japanese corporation, and ISAO Takatori, an individual<br><br>Defendants and counterclaimants | Removed from the Superior Court of California for Santa Clara County<br><br>Case No. CV 771638<br><br>And Consolidated with<br>CV 784685 |

Apple Inc. v. Psystar Corporation Doc. 775

1. On Monday March 15, 2004, removing parties (Subramanian, Vedatech Inc., and Vedatech K.K.) erroneously and in an abundance of caution, filed a "Notice of Related Action".

2. Moving parties realize now that this is an error. There are no such "Related Cases" currently in the San Jose Division. The correct position is that these very same two cases, informally consolidated, were once pending in the San Jose Division under the Honorable Judge Spencer Williams. The Honorable Judge has retired and is no longer presiding in the San Jose Division.

3. Accordingly, defendants seek to withdraw their Notice of Related Case and request the Court to ignore the previously filed Notice.

4. The original Notice of "Related Case" was meant to advise this Court that this action, currently filed under C04-01035 and removed from State Court where it was designated CV 771638, and the consolidated action CV 784685 both had previously and independently been removed to Federal Court in the San Jose division where they had been filed under case numbers C99-21241 and C98-20792 and informally consolidated under the Honorable Spencer Williams.

5. The actions were, by stipulation, both remanded to the State Court where they were formally consolidated for all purposes including for trial and have been treated and proceeding as a single action until Monday March 15, 2004 when defendants in the lead action removed them to federal court.

6. Thus, the current action filed under case number C04 01035 is "related" to the prior actions filed under case numbers C99-21241 and C98-20792 to the extent they are "ghosts" of these very same cases, and were assigned to Judge Spencer Williams in the sense that they are the same case. C04 01035 has "superseded" case numbers C 99-21241 and C98-20792 which no longer exist or are closed.

7. It is defendants' understanding that Judge Williams has since retired. Therefore, the instant action C04 01035 cannot be transferred back to the judge to which case numbers C 99-21241 and C98-20792 were originally assigned.

8. Nor can C04 01035 be transferred to be consolidated with any other "related" actions currently pending in the San Jose division. Case numbers C 99-21241 and C98-20792 no longer exist and are not currently pending in San Jose.

9. There are no other "related cases".

10. Accordingly, the whole purpose of the Local Rules regarding "related cases" will not be served and there are no issues regarding any unduly burdensome duplication of labor and expense or conflicting results because there are not multiple cases being conducted before different Judges. See Civil LR 3-12 (b)(2) and (c)(3).

11. There is only a single action, C04 01035, which was previously before Judge Spencer Williams (who has since retired) as two different actions under previous case numbers C 99-21241 and C98-20792 but which were remanded by stipulation to state court and consolidated.

12. There are no multiple pending actions because C04 01035 has superseded and replaced the prior consolidated actions.

13. Accordingly to the extent the previously filed "Notice of Related Case" was erroneously filed, defendants request the Court to allow them to withdraw it.

Dated: March 19, 2004

LAW OFFICES OF JAMES S. KNOPF

By ______________________

KEVIN G. DALEY
Attorneys for
VEDATECH INC. AND VEDATECH K.K.

Dated: March 19, 2004

By [signature]
MANI S. SUBRAMANIAN
PRO SE.

JAMES S. KNOPF (CSBN 178934)
KEVIN G. DALEY (CSBN 170995)
CHRISTINA GONZAGA (CSBN 221187)
LAW OFFICES OF JAMES S. KNOPF
1840 Gateway Drive, Suite 200
San Mateo, CA 94404
Telephone: (650) 627-9500
Facsimile: (888) 715-9583

Attorney for Defendants
VEDATECH INC. and VEDATECH, K.K.

MANI SUBRAMANIAN (PRO PER)
LAW OFFICES OF JAMES S. KNOPF
1840 Gateway Drive, Suite 200
San Mateo, CA 94404
Telephone: (650) 627-9500
Facsimile: (888) 715-9583

**UNITED STATED DISTRICT COURT**
FOR THE NORTHERN DISTRICT OF CALIFORNIA (**San Francisco Division**)

| | |
|---|---|
| QAD INC., a Delaware corporation, and QAD JAPAN K.K., a Japanese corporation,<br><br>Plaintiffs,<br>v.<br><br>MANI SUBRAMANIAN, an individual, VEDATECH INCORPORATED, a Washington corporation, and DOES 1 through 50, inclusive<br><br>Defendants | **C04 01035 PJH**<br><br>**[PROPOSED] ORDER FOR REQUEST**<br><br>**PURSUANT TO CIVIL L.R. 7-10 (B)** |
| **Consolidated with:**<br><br>VEDATECH K.K., a Japanese corporation; MANI SUBRAMANIAN, an individual,<br><br>Plaintiffs and Counterdefendants<br>v.<br><br>QAD INC., a Delaware Corporation; QAD Japan Inc., a Delaware Corporation; ARTHUR ANDERSEN LLP a limited partnership located in California JOHN DOORDAN, an individual; LAI FOON LEE, an individual; NOMURA RESEARCH HONG KONG Limited, a Hong Kong Company, NOMURA RESEARCH LTD, a Japanese corporation, and ISAO Takatori, an individual<br><br>Defendants and counterclaimants | **PERMITTING DEFENDANTS TO**<br><br>**WITHDRAW THEIR PREVIOUSLY FILED "NOTICE OF RELATED CASE"** |

Having considered the Civil Local Rule 7-10(b) administrative request filed by defendants VEDATECH INC., AND VEDATECH K.K. and MANI SUBRAMANIAN, concerning the "Notice or Related Case" filed by defendants and all other papers timely filed related to this request, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. Defendants' Request for an Order permitting defendants to withdraw their Notice or Related Case is GRANTED;

2. The Notice of Related Case was erroneously filed because the previously pending actions at case numbers C 99-21241 and C98-20792 no longer exist are not currently pending in San Jose and therefore it does not "appear likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." See Civil LR 3-12(b)(2).

IT IS SO ORDERED.

DATED March ___, 2004

HONORABLE PHYLLIS J. HAMILTON
United States District Judge

Copy - 2

RECEIVED
04 MAR 25 AM 11:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES S. KNOPF (CSBN 178934)
KEVIN G. DALEY (CSBN 170995)
CHRISTINA GONZAGA (CSBN 221187)
LAW OFFICES OF JAMES S. KNOPF
1840 Gateway Drive, Suite 200
San Mateo, CA 94404
Telephone: (650) 627-9595
Facsimile: (888) 715-9583

Attorney for
VEDATECH INC. and VEDATECH, K.K.

MANI SUBRAMANIAN (PRO PER)
c/o LAW OFFICES OF JAMES S. KNOPF
1840 Gateway Drive, Suite 200
San Mateo, CA 94404
Telephone: (650) 627-9595
Facsimile: (888) 715-9583

**UNITED STATED DISTRICT COURT**
FOR THE NORTHERN DISTRICT OF CALIFORNIA **(San Francisco Division)**

| | |
|---|---|
| QAD INC., a Delaware corporation, and QAD JAPAN K.K., a Japanese corporation,<br>Plaintiffs,<br>v.<br>MANI SUBRAMANIAN, an individual, VEDATECH INCORPORATED, a Washington corporation, and DOES 1 through 50, inclusive<br>Defendants | **C-04-01035 PJH**<br><br>**STIPULATION and [Proposed] ORDER** |
| **Consolidated with:**<br>VEDATECH K.K., a Japanese corporation; MANI SUBRAMANIAN, an individual,<br>Plaintiffs and Counterdefendants<br>v.<br>QAD INC., a Delaware Corporation; QAD Japan Inc., a Delaware Corporation; ARTHUR ANDERSEN LLP a limited partnership located in California JOHN DOORDAN, an individual; LAI FOON LEE, an individual; NOMURA RESEARCH HONG KONG Limited, a Hong Kong Company, NOMURA RESEARCH LTD, a Japanese corporation, and ISAO Takatori, an individual<br>Defendants and counterclaimants | regarding previously filed motions under Civil L-R 7-10(b)for<br>1. **Permission for *pro se* party SUBRAMANIAN to be an E-Filer**<br>2. **Designation of this case as one under the E-FILING program**<br>3. **Permitting the Notice of Related Cases to be withdrawn and transfer of all necessary files before the assigned Judge, the Honorable Judge Hamilton** |

**STIPULATION**

1. All parties to this consolidated action that have been served and/or have appeared, including, MANI SUBRAMANIAN, acting as a *pro se* party, KEVIN DALEY, attorney for Vedatech Inc. and Vedatech K.K., WILLIAM CONNELL, attorney for QAD Inc., QAD Japan K.K., QAD Japan Inc., John Doordan and LaiFoon Lee, and FREDERICK FIELDS, attorney for Arthur Andersen LLP, jointly agree not to oppose the previously filed motions of Mani Subramanian under Civil L-R 7-10(b) regarding the following matters and stipulate to the following order:

   a. THAT Mani Subramanian be permitted to be an E-Filer and that the Court order the E-Filer Registration department to permit him to be registered as such and enjoy all the benefits of the program;

   b. THAT this case be re-designated for E-FILING;

   c. THAT the Notice of Related Cases previously filed in this case be withdrawn to the extent necessary, and that files that may have been transferred back to San Jose be ordered to be brought back to the San Francisco division and that any other acts necessary to bring the case properly before the assigned Judge, the Honorable Phyllis Hamilton be taken by the appropriate court staff;

**IT IS SO STIPULATED:**

Date: March 24, 2004

GCA LAW PARTNERS
~~GENERAL COUNSEL ASSOCIATES~~ LLP

[signature]

WILLIAM D. CONNELL
Attorneys for QAD Inc., QAD Japan K.K., QAD Japan Inc., John Doordan, and LaiFoon Lee

Date: March 25, 2004

Coblentz, ~~COBLENZ,~~ PATCH, DUFFY and BASS

Frederick S. Fields

FREDERICK FIELDS
Attorneys for Arthur Andersen

Date: March 25, 2004

LAW OFFICES OF JAMES KNOPF

Kevin G Daley

KEVIN DALEY
Attorneys for Vedatech K.K. and Vedatech Inc.

Date: March 25, 2004

MANI SUBRAMANIAN (PRO PER)

S. Subramanian

MANI SUBRAMANIAN

STIPULATED [PROPOSED] ORDER ON NEXT PAGE →

## ORDER

**It is hereby ordered THAT**

1. **Mani Subramanian, a *pro se* party, be permitted to be an E-Filer;** The E-Filer Registration department of the Clerk's Office of the US District Court at 450 Golden Gate Avenue, San Francisco, CA 94012 is ordered to permit Mani Subramanian to register as a *pro se* E-Filer henceforth; and that

2. **this case be re-designated as an E-FILING case** and all parties be required to file documents consistent with the applicable rules including those set out in the General Order No.45 ("ELECTRONIC CASE FILING GUIDELINES") and Judge Hamilton's General Standing Order; and that

3. **the Notice of Related Cases previously filed in this case be withdrawn to the extent necessary**; and that

4. **all files relating to this case be transferred to the San Francisco division under the case number C-04-01035 PJH**, and that

5. all other acts necessary to bring the case properly before the assigned Judge, the Honorable Phyllis Hamilton be taken by the appropriate court staff;

**IT IS SO ORDERED**

Date: March ____, 2004

______________________________

Honorable JUDGE PHYLLIS HAMILTON
UNITED STATES DISTRICT COURT
San Francisco Division