Matthew T. Powers (SBN 124493)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street, Suite 5000
San Francisco, CA 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 397-4621

David T. Pritikin *(Pro Hac Vice)*
Hugh A. Abrams *(Pro Hac Vice)*
Lisa A. Schneider *(Pro Hac Vice)*
Stephanie P. Koh *(Pro Hac Vice)*
SIDLEY AUSTIN BROWN & WOOD LLP
10 S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendant
CORDIS NEUROVASCULAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CORDIS CORPORATION,<br><br>Defendant. | Case No. C 02 1474 JW (RS)<br><br>**NOTICE OF MANUAL FILING OF DEFENDANT CORDIS' REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENTS NOS. 5,895,385, 6,010,498 AND 6,238,415**<br><br>Hearing Date: April 19, 2004<br>Time: 9:00 A.M.<br>Place: Courtroom of the Hon. James Ware |



Dockets.Justia.com

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Cordis' Reply in Further Support of its Motion for Summary Judgment of Noninfringement of U.S. Patents Nos. 5,895,385, 6,010,498 and 6,238,415 is being filed in paper form only and is being maintained in the case file in the Clerk's office.

The document is being manually filed pursuant to the Stipulation of the parties because it contains confidential information.

Dated: April 5, 2004

By: /s/Matthew T. Powers
Matthew T. Powers, (SBN 124493)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street, Suite 5000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 397-4621

David T. Pritikin (*Pro Hac Vice*)
Hugh A. Abrams (*Pro Hac Vice*)
Lisa A. Schneider (*Pro Hac Vice*)
Stephanie P. Koh (*Pro Hac Vice*)
SIDLEY AUSTIN BROWN & WOOD LLP
10 S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendant
CORDIS NEUROVASCULAR, INC.

SF1 1391108v1