Apple Inc. v. Psystar Corporation Doc. 792

E-filing

FILED
APR 0 6 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS S. SAELTZER (CA SBN 173088)
MICHON M. HERRIN (CA SBN 220494)
WALKUP, MELODIA, KELLY, WECHT & SHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108-2615
Telephone: 415-981-7210
Facsimile: 415-391-6965

Attorneys for Plaintiffs

KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
Mark St. Angelo (CA SBN 74045)
Assistant United States Attorney
280 South First Street, Room 371
San Jose, California 95113
Telephone: 408-535-5087
Facsimile: 408-535-5081

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRUCE W. McGOVERT, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | **No. C-03-2540 MJJ** **STIPULATION TO CONTINUE DEADLINE FOR HEARING DISPOSITIVE MOTION(S), AND [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED AND AGREED between and among all parties hereto that the deadline for hearing any dispositive motion(s) in this case may and should be continued from May 11, 2004 until May 25, 2004.

At the Case Management Conference held on February 10, this Court orally instructed counsel to file on April 6, and schedule for hearing on May 11, any dispositive motion(s) concerning the issue of whether Seaman Apprentice Ghuman was acting within the scope of his employment at the time of the accident giving rise to this lawsuit. Subsequently, Judge Fogel sua sponte continued until May 3 the trial



Dockets.Justia.com

in *Pereira v. Potter*, No. C-01-20096 JF, in which the undersigned counsel for the United States in this case is co-counsel for the Postmaster General. The trial in that case is expected to last at least two weeks, and as a result, counsel for the United States will not be able to attend a hearing on May 11 in this Court. Therefore, the parties have agreed, subject to the Court's approval, to continue the deadline for hearing dispositive motions in this case from May 11 until May 25.

Respectfully submitted,

WALKUP, MELODIA, KELLY, WECHT & SHOENBERGER

/s/ Douglas S. Saeltzer
Douglas S. Saeltzer
Attorneys for Plaintiffs

Dated: 4-5-04

KEVIN V. RYAN
United States Attorney

/s/ Mark St. Angelo
Mark St. Angelo, Assistant U.S. Attorney
Attorneys for Defendant

Dated: 4/2/04

********************************************************************************

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/5/2004

Hon. MARTIN J. JENKINS
United States District Judge