Apple Inc. v. Psystar Corporation

Doc. 793

Joseph J. Tabacco, Jr. (75284)
Christopher T. Heffelfinger (118058)
Nicole Lavallee (165755)
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Jeffrey C. Block
Michael G. Lange
N. Nancy Ghabai
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

Counsel for Proposed Lead Plaintiff
Massachusetts Laborers' Pension Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GHYSELINK<br><br>Plaintiff,<br><br>v.<br><br>MICROMUSE INC.<br><br>Defendant. | No. CV 04-00136 SBA<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE** |

I, Tyler Kelly, declare that I am over the age of 18 years and not a party to this action. On April 6, 2004, I served true copies of the following documents:

1. MEMORANDUM OF LAW OF THE MASSACHUSETTS LABORERS' PENSION FUND IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL;

2. [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS,



Dockets.Justia.com

APPOINTING LEAD PLAINTIFF AND APPROVING ITS CHOICE OF COUNSEL on the following:

Patrick J. Coughlin
MILBERG WEISS BERSHAD HYNES
& LERACH LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Peter E. Seidman
Steven G. Schulman
MILBERG WEISS BERSHAD HYNES
& LERACH LLP
One Pennsylvania Plaza
New York, NY 10119-0165

John E. Keefe, Jr.
LYNCH MARTIN
830 Broad Street
Shrewsbury, NJ 07702

Eric James Belfi
RABIN & PECKEL LLP
275 Madison Avenue, 34th Floor
New York, NY 19916

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111

David A. Rosenfeld
Mario Alba
Samuel H. Rudman
CAULEY GELLER BOWMAN & RUDMAN LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

Marc A. Topaz
Sean Handler
SCHIFFRIN & BARROWAY
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Michael M. Goldberg
Lionel Z. Glancy
Peter A. Binkow
GLANCY & BINKOW LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Jeffrey M. Norton
Robert I. Harwood
WECHSLER HARWOOD HALEBIAN
& FEFFER LLP
488 Madison Avenue, 8th Floor
New York, NY 10022

Michael D. Braun
STULL STULL & BRODY
10940 Wilshire Blvd., Suite 2300
Los Angeles, CA 90024

Jules Brody
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017

Kevin J. Yourman
WEISS & YOURMAN
10940 Wilshire Blvd., Suite 2300
Los Angeles, CA 90024

Evan J. Smith
BRODSKY & SMITH LLC
Two Bala Avenue, Suite 602
Bala Cynwyd, PA 19004

Francis J. Bottini, Jr.
Betsy C. Manifold
Francis M. Gregoreck
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101

Robert S. Green
GREEN & JIGARJIAN LLP
235 Pine Street, 15th Floor
San Francisco, CA 94104

William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102

Mel E. Lifshitz
Gregory M. Egleston
BERNSTEIN LIEBHARD & LIFSHITZ LLP
10 East 40th Street
New York, NY 10016

Dale E. Barnes, Jr.
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111

by placing same in sealed envelopes addressed as shown above, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California.

I declare under penalty of perjury pursuant to Federal law and the law of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, on April 6, 2004.

/s/ Tyler Kelly
TYLER KELLY