Apple Inc. v. Psystar Corporation Doc. 809

ROBERT C. NIESLEY, ESQ. (SBN 131373)
KIRSTEN A. ROE, ESQ. (SBN 222513)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 810
San Francisco, California 94104
Telephone (415) 623-7000
Facsimile (415) 623-7001

Attorneys For Plaintiff and Counter-Defendant
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>Plaintiff, Counter-Defendant,<br><br>vs.<br><br>DENNIS J. AMOROSO CONSTRUCTION CO., INC., a California corporation; AMOROSO INVESTMENTS, LLC, a California limited liability corporation; DENNIS J. AMOROSO, an individual; and GERDA AMOROSO, an individual,<br><br>Defendants, Counter-Claimants.<br><br>And Related Counterclaim. | CASE NO. C 03-5746 PJH<br><br>**TRAVELERS' NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)); OR ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT (FRCP 12(e)); MOTION TO STRIKE (FRCP 12(f))**<br><br>**Hearing Information:**<br>Date: May 12, 2004<br>Time: 9:00 a.m.<br>Judge: Honorable Phyllis J. Hamilton<br>Courtroom: 3, 17th Floor |

TO DEFENDANTS / COUNTERCLAIMANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 12, 2004 at 9:00 a.m. in the above-referenced Court, or as soon thereafter as the matter may be heard in the above-entitled Court, Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("TRAVELERS") will move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss each and every cause of action alleged by Defendants in their Counterclaim for failure to state a claim upon which relief can be granted. Alternatively, TRAVELERS will move this Court pursuant to Federal Rule of Civil Procedure 12(e) for a



Dockets.Justia.com

more definite statement from Defendants and Counter-claimants. Further in the alternative, TRAVELERS will move this Court pursuant to Federal Rule of Civil Procedure 12(f) to strike certain improper allegations in the Counterclaim. This motion will be based upon this notice of motion and motion, the memorandum of points and authorities filed herewith, and upon such oral and documentary evidence as may be presented at the time of hearing.

Dated: April 7, 2004

Respectfully submitted,

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

By: ______________________

Robert C. Niesley, Esq.
Kirsten A. Roe, Esq.
Attorneys for Plaintiff and Cross-Defendant
Travelers Casualty and Surety Company of America

1948