Apple Inc. v. Psystar Corporation Doc. 811

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEECOMM NETWORK SERVICES CORPORATION, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>COLT TELECOMMUNICATIONS, an unlimited English corporation; COLT TELECOM GROUP Plc, an unlimited English corporation; and DOES 1-100, Inclusive<br><br>Defendant. | **Case No. C 04-1283 MEJ**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

THIS MATTER having come before this Court on May 20, 2004 on Defendants Colt Telecommunications and Colt Telecom Group Plc's (collectively "Defendants") Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6), and upon consideration of that Motion, the Memorandum of Points and Authorities, the Declarations and materials in support thereof, oral argument, and the entire record herein:

//

//

//

//



Dockets.Justia.com

IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss is GRANTED and this action is dismissed in its entirety,

Dated:__________, 2004

By: ______________________________
Judge Maria-Elena James
United States District Court