**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date:4/9/04

Case No. C-04-0341.e SI Judge: SUSAN ILLSTON

Title: KIM -v- RIDGE

Attorneys: Nightingale, VanderHout, Johnson Olsen

Deputy Clerk: Tracy Sutton Court Reporter: R. Flores

**PROCEEDINGS**

1) Petitioner's Motion for Leave of Court to Pursue Discovery - HELD

2) ______

3) ______

Order to be prepared by: ( )Pltf ( )Deft ( X )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( X) GRANTED/DENIED IN PART ( ) SUBMITTED

Case continued to _ for Further Case Management Conference

Case continued to _ for Motions
(Motion due , Opposition Reply )

Case continued to _ for Pretrial Conference

Case continued to _ for Trial (: Days)
Discovery Cutoff: Designate Experts by:
Expert Discovery Cutoff:

ORDERED AFTER HEARING:

Dockets.Justia.com