Apple Inc. v. Psystar Corporation Doc. 821

JACK RUSSO (State Bar No. 96068)
TIM C. HALE (State Bar No. 114905)
JOHN KELLEY (State Bar No. 100714)
WILLIAM C. MILKS, III (State Bar No. 114083)
RUSSO & HALE LLP
401 Florence St.
Palo Alto, CA 94301
Tel.: 650-327-9800
Fax: 650-327-3737

Attorneys for Plaintiff and Counterdefendant
ULTRATECH, INC.

JAN P. WEIR (State Bar No. 106652)
KEVIN W. KIRSCH (State Bar No. 166184)
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Tel: (949) 725-4000
Fax: (949) 725-4100

Attorneys for Defendant and Counterclaimant
TAMARACK SCIENTIFIC CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRATECH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TAMARACK SCIENTIFIC CO., INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C 03-03235 CRB<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM, TO FILE REPLY TO THE OPPOSITION, AND THE HEARING DATE**<br><br>Before: The Hon. Charles R. Breyer, United States District Judge |



Dockets.Justia.com

<u>**STIPULATION TO EXTEND TIME**</u>

The parties to the above-entitled action, through their respective counsel, hereby agree and stipulate that:

1. due to the present scheduling of discovery in this action and other unrelated matters, the parties agree that it would be beneficial to extend the deadline for the filing of Plaintiff's Opposition to Defendant's Motion for Leave to Amend (the "Opposition") in this matter until and including April 16, 2004; to extend the deadline for the filing of Defendant's Reply to the Opposition until and including April 30, 2004; and to extend the hearing on the motion to May 14, 2004;
2. the parties hereby jointly request that the Court enter an order extending the deadline for filing the Opposition in this matter until and including April 16, 2004, the Reply to the Opposition until and including April 30, 2004, and the hearing until May 14, 2004; and,
3. this Stipulation to Extend Time (a) may be executed in counterparts, and (b) signatures upon it may be exchanged by facsimile or PDF file, may be presented to and filed with the Court, and may be relied upon with the same force and effect as if they were originals.

STRADLING YOCCA
CARLSON & RAUTH

By: [signature]
Jan P. Weir
Kevin W. Kirsch

Attorneys for Defendant and
Counterclaimant
TAMARACK SCIENTIFIC CO., INC.

Dated: April 8, 2004

RUSSO & HALE LLP

By: William C. Milks, III
Jack Russo, Tim C. Hale,
John Kelley, and William C. Milks, III

Attorneys for Plaintiff and
Counterdefendant
ULTRATECH, INC.

Dated: April 7, 2004

**ORDER**

Based upon the accompanying "Stipulation to Extend Time to File Opposition to Defendant's Motion for Leave to Amend Answer and Counterclaim, to File Reply to the Opposition, and the Hearing Date," the deadline for filing the Opposition to the Motion for Leave to Amend in this action is hereby extended until and including April 16, 2004, the deadline for filing the Reply is hereby extended until and including April 30, 2004, and the hearing date is extended until May 14, 2004.

Dated: April 12, 2004

Honorable Charles R. Breyer
United States District Court