United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**SHARON K ROLLINS,**

Plaintiff(s),

v.

**CCSF,**

Defendant(s),
_______________________________________/

No. **C03-5609 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Defendant's Motion to Dismiss** for **Tuesday, May 11, 2004 @ 9:30 a.m.** before the Honorable Martin J. Jenkins.

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: April 7, 2004

FOR THE COURT,

Richard W. Wieking, Clerk

By:________/s/___________
Monica Tutson
Courtroom Deputy

Please refer to Judge Jenkins' standing order located @ www.cand.uscourts.gov for additional information. Pursuant to this Court's Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply is due not less than 14 days prior to the *originally noticed* hearing date.

Dockets.Justia.com