Robert S. Green (State Bar No. 136183)
Robert A. Jigarjian (State Bar No. 171107)
**GREEN & JIGARJIAN LLP**
235 Pine Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Liaison Counsel for Plaintiff and the Class

Stuart L. Berman (*Admitted Pro Hac Vice)*
Darren Check (*Admitted Pro Hac Vice*)
Katharine M. Ryan
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Lead Plaintiff and the Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CORNERSTONE PROPANE PARTNERS LP SECURITIES LITIGATION | Case No. C03-2522 MHP<br><br>Consolidated with:<br>C03-2566 (MHP)<br>C03-2637 (MHP)<br>C03-2685 (MHP)<br>C03-2759 (MHP)<br>C03-3076 (MHP)<br>C03-3163 (MJJ)<br>C03-3265 (MHP)<br><br>**CLASS ACTION**<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTIONS TO DISMISS** |

Rescheduling-STIP(2).wpd



Dockets.Justia.com

WHEREAS, on November 3, 2003, the Court approved the parties' stipulation providing that (a) Lead Plaintiff file a consolidated amended complaint by October 27, 2003, (b) Defendants file responses to the complaint by January 9, 2004, (c) Lead Plaintiff file an opposition to any motion to dismiss by February 23, 2004, and (d) Defendants file their replies in support of any motion to dismiss by March 19, 2004;

WHEREAS, on January 8, 2003, the Court approved the parties' stipulation extending the time (a) for Cornerstone Propane Partners, L.P. to answer, move or otherwise respond to the complaint from January 9, 2004 to March 8, 2004, (b) for Lead Plaintiff to file an opposition to motions to dismiss from February 23, 2004 to April 22, 2004, and (c) for Defendants' to file replies in support of motions to dismiss from March 19, 2004 to May 20, 2004;

WHEREAS, on February 27, 2004, the parties submitted a stipulation and proposed order providing that (a) Lead Plaintiff file a corrected consolidated complaint by March 2, 2004, (b) Defendants' time to file responses to the corrected consolidated complaint be extended from March 8, 2004 to March 22, 2004, (c) Lead Plaintiffs' time to oppose any motion to dismiss be extended from April 22, 2004 to May 6, 2004, and (d) Defendants' time to file replies in support of any motions to dismiss be extended from May 20, 2004 to June 3, 2004;

WHEREAS, on March 5, 2004, the Court filed its order approving the parties' February 27, 2004 stipulation;

WHEREAS, Defendants filed their motions to dismiss and noticed the hearing for June 21, 2004 at 2:00 p.m.;

WHEREAS, the parties have conferred and agreed that the hearing on motions to dismiss be reset for July 12, 2004 to accommodate conflicts in the schedule of the primary attorney for Lead Plaintiff due to a previously scheduled family vacation;

///

///

///

IT IS HEREBY STIPULATED AND AGREED that the hearing on motions to dismiss be reset for July 12, 2004 at 2:00 p.m.

Dated April 13, 2004

**SCHIFFRIN & BARROWAY, LLP**

By: ______________________
Katharine M. Ryan
Lead Counsel for Lead Plaintiff and the Class

Dated April 13, 2004

**GREEN & JIGARJIAN LLP**

By: ______________________
Robert A. Jigarjian
Liaison Counsel for Plaintiff and the Class

Dated April 13, 2004

**KIRKLAND & ELLIS LLP**

By: ______________________
Wendy E. Long (*Admitted Pro Hac Vice*)
Attorneys for Defendant
CORNERSTONE PROPANE PARTNERS, L.P.

Dated April 13, 2004

**COOLEY GODWARD LLP**

By: ______________________
Cory E. Manning
Attorneys for Individual Defendants
KEITH G. BAXTER, RONALD J. GOEDDE, RICHARD R. HYLLAND, CHARLES J. KITRELL, MERLE D. LEWIS,K DANIEL K. NEWELL, RICHARD D. NYE and WILLIAM L. WOODS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________

______________________
The Honorable Marilyn Hall Patel
Chief Judge, United States District Court