Apple Inc. v. Psystar Corporation Doc. 830

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**April 13, 2004**

**CASE NUMBER: CV 04-00307 HRL**
**CASE TITLE: LAFAYETTE BUSINESS PARTNERS-v-CLIFFORD E. HINSON, ET AL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/13/04

FOR THE EXECUTIVE COMMITTEE:

Richard W. Wieking

Clerk

NEW CASE FILE CLERK:

| | | | |
|---|---|---|---|
| Copies to: Courtroom Deputies | | Special Projects | |
| Log Book Noted | 4/13/04 | Entered in Computer | 4/13/04 |

CASE SYSTEMS ADMINISTRATOR:

| | | | |
|---|---|---|---|
| Copies to: All Counsel | 4/13/04 | Transferor CSA | 4/13/04 Bjw |

Dockets.Justia.com