Apple Inc. v. Psystar Corporation Doc. 834

Russell L. Johnson (SBN 53833)
Matthew T. Powers (SBN 124493)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street, Suite 5000
San Francisco, California 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 397-4621

David T. Pritikin (*Pro Hac Vice)*
Hugh A. Abrams (*Pro Hac Vice*)
Lisa A. Schneider (*Pro Hac Vice*)
SIDLEY AUSTIN BROWN & WOOD LLP
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Plaintiffs
Edwards Lifesciences LLC
and EndoGAD Research Pty Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC., MEDTRONIC AVE, INC., COOK INCORPORATED, and W. L. GORE & ASSOCIATES, INC.<br><br>Defendants. | Case No. C 03-3817 JSW (WDB)<br><br>**PROOF OF SERVICE** |



Dockets.Justia.com

# PROOF OF SERVICE

I declare I am over the age of 18 years, and not a party to this action. My place of employment and business address is Sidley Austin Brown & Wood LLP, 555 California Street, Suite 5000, San Francisco, California 94104.

On April 13, 2004, I served copies of the following document(s) entitled:

**APRIL 13, 2004 LETTER BRIEF TO MAGISTRATE JUDGE WAYNE D. BRAZIL**

on the following individuals and entities, as addressed below, by the means indicated below:

| | |
|---|---|
| Bradley G. Lane, Esq.(*Pro Hac Vice*)<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, Illinois 60611<br>Telephone: (312) 321-4200<br>Facsimile: (312) 321-4299 | Attorney for Defendant and Counterclaim-Plaintiff, Cook Incorporated |
| Christopher K. Hu, Esq. (*Pro Hac Vice*)<br>MORGAN & FINNEGAN, L.L.P.<br>345 Park Avenue<br>New York, NY 10154<br>Telephone: (212) 758-4800<br>Facsimile: (212) 751-6849 | Attorney for Defendants W.L. Gore & Associates, Inc. |
| Stephen K. Shahida, Esq. (*Pro Hac Vice*)<br>McDERMOTT, WILL & EMERY<br>600 Thirteenth Street, N.W., 12th Floor<br>Washington, D.C. 20005-3096<br>Telephone: (202) 756-8000<br>Facsimile: (202) 756-8087 | Attorney for Defendant Medtronic, Inc. and Medtronic Vascular, Inc. (sued under its former name Medtronic AVE, Inc.) |

☒ (BY FACSIMILE) I caused the above document(s) to be transmitted by facsimile from fax number (415) 397-4621 to the fax numbers listed above.

☒ (BY FEDERAL EXPRESS) I caused the above document(s) to be sent by Federal Express for priority overnight delivery. The above-mentioned document(s) would have been deposited with Federal Express on with all charges paid.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2004.

*Lisa Donohue*

Lisa Donohue