SUSAN K. JAMISON (State Bar # 131867)
CLIFFORD E. YIN (State Bar # 173159)
J. TIMOTHY NARDELL (State Bar # 184444)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

Attorneys for Defendants
FAIRMONT HOTELS & RESORTS (U.S.), INC.; LIGHT TOWER ASSOCIATES, L.P.; LIGHT TOWER ASSOCIATES I., L.L.C.; FAIRMONT HOTEL MANAGEMENT L.P.; and AMPCO SYSTEM PARKING

COBLENTZ, PATCH, DUFFY & BASS, LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE FITZGERALD & CONNIE ARNOLD,<br><br>Plaintiffs,<br><br>vs.<br><br>FAIRMONT HOTELS RESORT INC.; LIGHT TOWER ASSOCIATES L.P.; LIGHT TOWER ASSOCIATES I., L.L.C.; FAIRMONT HOTEL MANAGEMENT LP; AMPCO SYSTEM PARKING; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C03-4690 RMW<br><br>**[PROPOSED] CASE MANAGEMENT ORDER**<br><br>Date: April 9, 2004<br>Time: 10:30 a.m.<br>Dept: Six, 4th Floor<br>Judge: The Honorable Ronald M. Whyte |

On April 9, 2004, a case management conference was held in the above-captioned case before this Court. Paul L. Rein, Esq., of the Law Offices of Paul L. Rein, appeared on behalf of plaintiffs Christine Fitzgerald and Connie Arnold. Clifford E. Yin, Esq., of Coblentz, Patch, Duffy & Bass, LLP, appeared on behalf of defendants Fairmont Hotels & Resorts (U.S.), Inc., Light Tower Associates, L.P., Light Tower Associates I., L.L.C., Fairmont Hotel Management L.P., and AMPCO Systems Parking.

With good cause appearing, the Court HEREBY ORDERS:

1. The parties will appear for an early settlement conference before the Magistrate Judge Howard A. Lloyd within the next 90 to 120 days. The parties will schedule directly with



Dockets.Justia.com

Magistrate Judge Lloyd's clerk the specific date for the conference. Prior to the settlement conference, the parties will conduct a voluntary site inspection at the Fairmont Hotel in San Jose.

2. The parties will appear before this Court for a further Case Management Conference on September 3, 2004 at 10:30 a.m.

3. The parties are encouraged to exchange documents informally in order to facilitate settlement discussions. Prior to the further Case Management Conference, all formal discovery is stayed, unless otherwise ordered by the Court. Any party may bring a motion for leave to serve formal discovery if it is unable to obtain documents and/or information informally, and such motion will be heard by Magistrate Judge Howard A. Lloyd.

IT IS SO ORDERED.

Dated: ___________________

_______________________________
Hon. Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM.

Dated: April __, 2004

LAW OFFICES OF PAUL L. REIN

By: ________/ S /________________
PAUL L. REIN
Attorneys for Plaintiffs Christine Fitzgerald and Connie Arnold

Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building, Suite 200, San Francisco, CA 94111-4213
(415) 391-4800 • Fax (415) 989-1663