**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **04/14/2004**

**C02-4187 BZ**

**Noe Muro v. Officer Sunseri, et al.**

Attorneys: Not Present Not Present

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT** Reporter: **David Disbrow - 10:10 -10:10**

**PROCEEDINGS:** **RULING:**

1. Plaintiff's Motion to Withdraw as Counsel ____________ Not Held ________
2. ________________________________________ ________________

( ) Status Conference ( ) P/T Conference ( ) Case Management Conference

**ORDERED AFTER HEARING:**

Matter placed on calendar for 04/28/2004 at 2:00 p.m. ____________________
________________________________________

( ) ORDER TO BE PREPARED BY: Plntf ___ Deft ___ Court_____

( ) Referred to Magistrate Judge for a Settlement Conference to occur

( ) By Court ( ) Parties to approach Magistrate in future

( ) CASE CONTINUED TO______________________ for ___________________

Discovery Cut-Off______________________________ Expert Discovery Cut-Off______________

Plntf to Name Experts by _______________________ Deft to Name Experts by______________

P/T Conference Date - Trial Date-
Type of Trial:

Notes: ____________________________________________________________

Dockets.Justia.com