MARY DRYOVAGE, CSBN 112551
Law Offices of Mary Dryovage
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone: (415) 956-1360 Ext 321
Facsimile: (415) 487-2646

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL A. KOEL,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, U.S. ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. C 02-01289 EDL<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO REQUIRE PLAINTIFF TO DESIGNATE AND PAY FOR TRIAL TRANSCRIPT**<br><br>Date: May 4, 2004<br>Time: 2:00 p.m.<br>Courtroom: E |

I, Mary Dryovage, hereby declare:

1. I represent the plaintiff in the above-entitled action. I make this declaration in support of plaintiffs' opposition to defendant's Motion to Require Plaintiff to Designate and Pay for Trial Transcript.

2. I am a member in good standing of the State Bar of California, the U.S. Supreme Court, the Court of Appeals for the Ninth Circuit and admitted to practice in this court.

3. I have read the memorandum of points and authorities in opposition to the defendant's Motion to Require Plaintiff to Designate and Pay for Trial Transcript and have personal knowledge of the facts stated therein. If called to testify under oath, I could do so truthfully and competently.

4. Attached hereto as Exhibit 1 is a true and exact copy of the first letter which was faxed and emailed to Joseph Maloney from Mary Dryovage, dated March 16, 2004.



Dockets.Justia.com

5. Attached hereto as Exhibit 2 is a true and exact copy of the second letter which was faxed and emailed to Joseph Maloney from Mary Dryovage, dated March 16, 2004.

6. At no time did the undersigned receive any response to the letter requesting that Mr. Maloney specify which portions of the trial transcript were necessary to the appeal.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Evergreen, Colorado, this 14th day of April, 2004.

/s/

MARY DRYOVAGE
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL A. KOEL,<br>Plaintiff,<br>v.<br>JOHN ASHCROFT, U.S. ATTORNEY GENERAL,<br>Defendant. | No. C 02-01289 EDL<br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States and have an office in the County of San Francisco; I am over the age of eighteen years and not a party to the above-entitled action; my business address is 240 Stockton Street, 9th Floor, San Francisco, CA 94108.

On April 14, 2004, I served the within **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO REQUIRE PLAINTIFF TO DESIGNATE AND PAY FOR TRIAL TRANSCRIPT; DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S OPPOSITION and PROPOSED ORDER** on the parties in said action by e-mailing it to the following address:

Joseph Maloney
Assistant U.S. Attorney
Civil Division
Sacramento, CA
501 "I" Street, Suite 10-100
Sacramento, CA 95814

Via fax: 916 554-2900
and via email: josephmaloney@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct and was executed on April 14, 2004, at Evergreen, Colorado.

/s/
MARY DRYOVAGE

MARY DRYOVAGE, CSBN 112551
Law Offices of Mary Dryovage
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone: (415) 956-1360 Ext 321
Facsimile: (415) 487-2646

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL KOEL,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, U.S. ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. C 02-01289 EDL<br><br>**[Proposed] ORDER RE: PAYMENT OF TRIAL TRANSCRIPT** |

Defendant's Motion to Require Plaintiff to Designate and Pay for Trial Transcript having been filed on April 1, 2004 and Plaintiff's Objections to same having been filed on April 14, 2004, the Court having considered the papers and the entire record herein filed herein by the parties hereto, the court finds as follows:

Defendant's Motion to Require Plaintiff to Designate and Pay for Trial Transcript is denied. Defendant shall designate the portions of the Trial Transcript which are necessary to the appeal and shall make arrangements with the court reporter to pay for ½ of the cost of preparation.

IT IS SO ORDERED.

DATED:

________________________________
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE