MATTHEW D. POWERS (Bar No. 104795)
CHRISTOPHER J. COX (Bar No. 151650)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

MATTHEW J. ANTONELLI (admitted pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Plaintiffs and Counter-Defendants
TRUSTEES OF BOSTON UNIVERSITY and
CREE LIGHTING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY and CREE LIGHTING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>AXT, INC.,<br><br>Defendant. | Case No. C 03 2700 JF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |
| AXT, INC.,<br><br>Counter-claimant,<br><br>vs.<br><br>TRUSTEES OF BOSTON UNIVERSITY and CREE LIGHTING COMPANY,<br><br>Counter-defendants. | |



Dockets.Justia.com

Pursuant to Fed. R. Civ. P. § 41(a)(1), Trustees of Boston University, Cree Lighting Company, and AXT, Inc., and their attorneys, request that all claims and all counterclaims be dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

Dated: April, 16, 2004

WEIL, GOTSHAL & MANGES LLP

By /s/
CHRISTOPHER COX

Attorneys for Plaintiffs
TRUSTEES OF BOSTON UNIVERSITY and CREE LIGHTING COMPANY

Dated: April 16, 2004

SONNENSCHEIN NATH & ROSENTHAL LLP

By ______________________________
DONALD M. CARLEY

Attorneys for Defendant
AXT, INC.

**SO ORDERED:**

Dated: ______________

______________________________
Hon. Jeremy Fogel
United States District Judge