Apple Inc. v. Psystar Corporation Doc. 871

Duncan M. McNeill
375 South Mayfair Ave, Suite 200
Daly City, CA 94015
650.994.2295 Telephone
650.994.2297 Facsimile
dmcneill1@netzero.com
Fed. Bar No. 136416

David Fink (pro hac vice pending)
Timothy W. Johnson (pro hac vice)
7519 Apache Plume
Houston, Texas 77071
713.729.4991 Telephone
713.729.4951 Facsimile
litigation@houston.rr.com

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FUZZYSHARP TECHNOLOGIES INCORPORATED,

Plaintiff,

vs.

SILICON GRAPHICS, INC.,

Defendants.
_______________________________________/

Civil Action No. C 03-4404 SBA

**ANSWER TO THE COUNTERCLAIMS OF SILICON GRAPHICS, INC.'S ANSWER TO FIRST AMENDED COMPLAINT**

Plaintiff, FUZZYSHARP TECHNOLOGIES INCORPORATED ("FST"), responds to the Counterclaims of Silicon Graphics, Inc. ("SGI") set forth in SGI's Answer to the First Amended Complaint, as follows:

1. In response to the specific allegations of SGI's Counterclaims, FST admits, denies and alleges as hereinafter specified. Each and every allegation of SGI's Counterclaims are denied unless specifically admitted in this answer.



Dockets.Justia.com

2. FST admits the allegations set forth in paragraph 1 of the SGI's Counterclaims.

3. FST admits the allegations set forth in paragraph 2 of the SGI's Counterclaims.

4. FST admits the allegations set forth in paragraph 3 of the SGI's Counterclaims.

5. FST admits the allegations set forth in paragraph 4 of the SGI's Counterclaims.

6. FST admits in part the allegations set forth in paragraph 5 of the SGI's Counterclaims. FST denies that SGI does not and is not currently infringing any claims of the '679 patent.

7. FST denies the allegations set forth in paragraph 6 of SGI's Counterclaims.

8. Regarding paragraph 7 of SGI's Counterclaims, FST admits that SGI contents that an actual and justiciable controversy exists between SGI and FST over whether the claims of the '679 patent are invalid for failure to meet the conditions for patentability set forth in 35 U.S.C. §§ 101, 102, 103 and/or 112 *et seq*. FST denies that the claims of the '679 patent are invalid.

9. FST denies the allegations set forth in paragraph 8 of SGI's Counterclaims.

10. FST admits in part the allegations set forth in paragraph 9 of the SGI's Counterclaims. FST denies that SGI does not and is not currently infringing any claims of the '047 patent.

11. FST denies the allegations set forth in paragraph 10 of SGI's Counterclaims.

12. Regarding paragraph 11 of SGI's Counterclaims, FST admits that SGI contents that an actual and justiciable controversy exists between SGI and FST over whether the claims of the '047 patent are invalid for failure to meet the conditions for patentability set forth in 35 U.S.C. §§ 101, 102, 103 and/or 112 *et seq*. FST denies that the claims of the '047 patent are invalid.

13. FST denies the allegations set forth in paragraph 10 of SGI's Counterclaims.

14. FST opposes in its entirety the relief sought by SGI in its relief requested.

COUNTERCLAIM DEFENDANT
FUZZYSHARP TECHNOLOGIES
INCORPORATED

s/David Fink

Timothy W. Johnson (pro hac vice)
David Fink (pro hac vice applied for)
7519 Apache Plume
Houston, Texas 77071
713.729.4991 Telephone
713.729.4951 Facsimile
litigation@houston.rr.com