FILED

APR 2 1 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

PATRICIA ANTOINE et al,

Plaintiff(s),

v.

OCWEN FINANCIAL SERVICES INC et al,

Defendant(s).
_______________________________/

No. C 03-05503 MHP

**ORDER**

This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: April 20, 2004

MARILYN HALL PATEL
Chief Judge, United States District Court