Alan J. Kessel, Esq. (Cal. Bar No.: 130707)
Suzanne M. Burke, Esq. (Cal. Bar No.: 188597)
Kimberly R. Colombo, Esq. (Cal. Bar No.: 210451)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEUTZ, et al.<br><br>Defendants. | CASE NO. C 03-cv-02389 JF (HRL)<br><br>Hon. Jeremy Fogel<br><br>**APPLICATION FOR SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |

**TO THE COURT AND ALL INTERESTED PARTIES**

PLEASE TAKE NOTICE that Plaintiff DIRECTV, INC. hereby requests that the Court enter an order substituting the following counsel in the place and stead of its current counsel, DANNER & MARTYN:

Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Kimberly R. Colombo (Cal. Bar No.: 210451)
BUCHALTER, NEMER FIELDS & YOUNGER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

E-Mail: akessel@buchalter.com
sburke@buchalter.com
kcolombo@buchalter.com

Former legal representative consents to this substitution.

DATED: March __, 2004

DANNER MARTYN, LLP

By:_________________________________
Susan L. Wilson

New legal representative consents to this substitution.

DATED: April 16, 2004

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

/s/
By:_________________________________
Kimberly R. Colombo
Attorneys for Plaintiff DIRECTV, INC.

**ORDER**

Having read the foregoing application re Substitution of Attorney, and good cause appearing therefore, IT IS SO ORDERED.

Dated: 4/21/04

Jeremy Fogel /s/electronic signature authorized
_________________________________
Judge of the United States District Court,
Northern District of California

Former legal representative consents to this substitution.

DATED: March 12, 2004

DANNER MARTYN, LLP

By: ______________________
Susan L. Wilson

New legal representative consents to this substitution.

DATED: March __, 2004

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: ______________________
Suzanne M. Burke
Attorneys for Plaintiff DIRECTV, INC.

**ORDER**

Having read the foregoing application re Substitution of Attorney, and good cause appearing therefore, IT IS SO ORDERED.

Dated:

______________________
Judge of the United States District Court,
Northern District of California