Apple Inc. v. Psystar Corporation
Doc. 916 Att. 1


25 Metro Drive
Suite 700
San Jose
California 95110
T: 408-453-9200
F: 408-453-7979

skjerven morrill LLP

November 12, 2002

**VIA FACSIMILE**

Todd E. Thompson, Esq.
Howard, Rice, Nemerovski,
Canady, Falk & Rabkin
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024

Re: Misha Consulting v. Source Medical Solutions, Inc.,
U.S. District Court, N.D.Cal., Case No. C02 04908 (HRL)

Dear Todd:

Thank you for agreeing to a 30-day extension for Source Medical Solutions, Inc. to respond to your client's Complaint in the above entitled matter. As a result of this extension, Source Medical will have until December 19, 2002 to file and serve any response. As you requested, I confirm that Source Medical will not raise in the response the question of defect in service of process, nor will Source Medical contend that this 30-day extension prejudices your client's basis, if any, for seeking an attachment. Source Medical reserves the right to assert any and all other applicable responses and arguments to the complaint and any motion presented by your client.

If you have any further questions or comments, please feel free to contact me.

Sincerely,

Bryan K. Anderson

BKA:djs

cc: Bruce D. Fischman

903767

Dockets.Justia.com