Apple Inc. v. Psystar Corporation

Doc. 916 Att. 4

File
12944.05
A101

FISCHMAN, HARVEY & DUTTON, P.A.
ATTORNEYS AT LAW
3050 BISCAYNE BOULEVARD, SUITE 600
MIAMI, FLORIDA 33137-4165

TELEPHONE: (305) 576-5522
FACSIMILE: (305) 576-7079

WEBSITE: www.fhdlaw.com
E-MAIL FOR AUTHOR:
jkanov@fhdlaw.com

November 26, 2003

Jason S. Gerlach, Esq.
Howard, Rice, Nemerovski, Canady, Falk & Rabkin
Three Embarcadero Center, 7th Floor
San Fransisco, CA 94111-4024

***Via Facsimile Transmission***
***(415) 217-5910***

Re: Misha Consulting Group, Inc. v. Source Medical Solutions, Inc.
Case No.: C 02-04908 JW (HRL)

Dear Jason:

I have told my client to add to its search those categories of documents listed in your November 20 letter. Source is working expeditiously to gather all additional documents needed for this litigation.

I would like to get a copy of the complete set of invoices which EBD submitted to Source for EBD's work on the SourceRad project (including the PACS and Fax components) and the surgery product. You indicated in previous correspondence and EBD's response to Source Medical's Second Set of Requests for Production that these documents will be produced.

Third, I am including a Request for Copies of any documents you receive from HealthSouth pursuant to your subpoena. As for any depositions you need to take of Source personnel, just let me know who you want to depose and the proposed dates and I will assist with the scheduling.

Lastly, I would like to jointly agree to extend the deadline for disclosure of expert witnesses and their written reports until December 31, 2003. Source's proposed experts will be unable to properly review the necessary materials and file a written report by the current December 5, 2003 deadline. As you know, since both parties have numerous other depositions to be taken in December, it is highly unlikely that the parties will depose each other's experts until January, 2004 at the earliest. Thus, I do not think that extending the deadline for disclosure of expert witnesses will impede the progress of the case or prejudice either side.

Dockets.Justia.com

Please let me know if you consent to the filing of a joint motion for said extension. I would also propose that the deadline for rebuttal expert witnesses gets pushed back accordingly, which would result in a new deadline of January 10, 2004. If I do not hear from you by Monday, or if you object to the extension of the deadline, I will file a motion simply on Source's behalf.

Lastly, I know that the parties have taken and have scheduled a number of depositions in this case, and there are a plethora of depositions which could potentially be taken in the future. What are your thoughts on the need to extend the discovery deadline of February 5, 2004? I am obviously planning to complete all discovery by then, but I am certainly amenable to any concerns you have on this issue.

Thanks for your anticipated cooperation and attention to these matters. Have a great Thanksgiving Day holiday.

Very truly yours,

FISCHMAN, HARVEY & DUTTON, P.A.

JONATHAN E. KANOV

JEK/jdp
Enclosure