Apple Inc. v. Psystar Corporation

Doc. 916 Att. 5

BRYAN K. ANDERSON (SBN 170666)
TRACY J. PHILLIPS (SBN 209505)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street, Suite 5000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 397-4621

BRUCE D. FISCHMAN
JONATHAN E. KANOV
FISCHMAN, HARVEY & DUTTON, P.A.
3050 Biscayne Boulevard , Suite 600
Miami, Florida 33137
Telephone: (305) 576-5522
Facsimile: (305) 576-7079

Attorneys for Defendant
SOURCE MEDICAL SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MISHA CONSULTING GROUP, INC., a California corporation, d/b/a EbusinESS DESIGN,<br><br>Plaintiff,<br><br>vs.<br><br>SOURCE MEDICAL SOLUTIONS, INC., a Delaware corporation,<br><br>Defendant. | Case No.: C02-04908 JW (HRL)<br><br>**~~[PROPOSED]~~ ORDER ON STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DISCLOSURE OF EXPERT WITNESSES AND REBUTTAL EXPERT WITNESSES** |



Dockets.Justia.com

WHEREAS the Plaintiff MISHA CONSULTING GROUP, INC. d/b/a eBUSINESS DESIGN and Defendant SOURCE MEDICAL SOLUTIONS, INC. filed a Stipulated Request for Order Changing Time for Disclosure of Expert Witnesses and Rebuttal Expert Witnesses extending the deadline for disclosure of expert witnesses to December 31, 2003 and disclosure of rebuttal expert witnesses until January 12, 2004.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Dec. 5, 2003

By: /s/ James Ware
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE