Apple Inc. v. Psystar Corporation

Doc. 916 Att. 7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MISHA CONSULTING GROUP, INC., a California corporation, d/b/a eBUSINESS DESIGN,<br><br>Plaintiff/CounterDefendant,<br><br>v.<br><br>SOURCE MEDICAL SOLUTIONS, INC., a Delaware corporation,<br><br>Defendant/CounterPlaintiff. | Action Filed: October 9, 2002<br><br>No. C02-04908 JW (HRL)<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DISCLOSURE OF EXPERT WITNESSES AND REBUTTAL EXPERT WITNESSES AND FOR CLOSE OF DISCOVERY |

WHEREAS the Plaintiff MISHA CONSULTING GROUP, INC. d/b/a eBUSINESS DESIGN and Defendant SOURCE MEDICAL SOLUTIONS, INC. hereby file this stipulation, conforming to Local Rules 6-2 and 7-11, requesting an order extending the deadline for disclosure of expert witnesses to January 30, 2004, disclosure of rebuttal expert witnesses until February 10, 2004, the deadline for hearing any motions to exclude experts or expert testimony to March 1, 2004, and the close of discovery until March 1, 2004, and the parties state as follows:

1. There is currently a December 31, 2003 deadline for the parties to disclose expert witnesses and a January 12, 2004 deadline to disclose rebuttal expert witnesses. Pursuant to the Court's February 27, 2003 Scheduling Order, the close of discovery is currently scheduled for February 5, 2004.

2. Discovery has not been completed in this action and thus the parties are in agreement that their proposed respective experts are not able to complete their necessary work prior to the



Dockets.Justia.com

December 31, 2003 deadline. As a result, the experts will be unable to timely submit reports fully compliant with Federal Rule of Civil Procedure 26(a)(2)(B) as currently required by the Court.

3. Therefore the parties stipulate to an extension of the deadline for disclosure of expert witnesses until January 30, 2004 in order to allow their respective experts to take into consideration all further discovery by the parties. In addition, the parties stipulate to an accompanying extension of the deadline for rebuttal expert witnesses to February 10, 2004, in order to allow their respective experts time to sufficiently review the disclosures and reports of the opposing party's experts.

4. Given the agreed-to extensions of the deadlines for expert disclosure, the parties also stipulate to an extension of the deadline for hearing any motions to exclude experts or expert testimony to March 1, 2004.

5. Finally, to allow sufficient time for the deposition of expert witnesses, the parties also agree that the close of discovery should be extended until March 1, 2004.

6. Given that the trial of this matter is not set until July 13, 2004, and none of the other deadlines will be affected by these proposed changes, the parties believe that the stipulated extension should in no way impede the progress of the case or prejudice either side or the Court.

7. All other dates set forth in the Court's Scheduling Order remain unaffected by this Stipulation and the parties agree that they will comply with all other deadlines stated in the Scheduling Order.

8. This stipulation is being filed in good faith and in the best interests of justice.

9. Pursuant to General Order 45, Section X(B) of this Court, Plaintiff's counsel Jason Gerlach has been duly authorized by Defendant's counsel to electronically file this stipulation, as well

as the concurrently-filed Proposed Order, on both parties' behalf using his ECF User ID and Password in lieu of signature by Defendant's counsel.

Dated: December 31, 2003.

SIDLEY AUSTIN BROWN & WOOD LLP

By: s/Tracy J. Phillips
TRACY J. PHILLIPS
Attorneys for Defendant
Source Medical Solutions, Inc.

Dated: December 31, 2003.

HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN

By: s/Jason S. Gerlach
JASON S. GERLACH
Attorneys for Plaintiff
Misha Consulting Group, Inc.