Apple Inc. v. Psystar Corporation

Doc. 916 Att. 8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MISHA CONSULTING GROUP, INC., a California corporation, d/b/a eBUSINESS DESIGN,

Plaintiff/CounterDefendant,

v.

SOURCE MEDICAL SOLUTIONS, INC., a Delaware corporation,

Defendant/CounterPlaintiff.

Action Filed: October 9, 2002

No. C02-04908 JW (HRL)

~~[PROPOSED]~~ ORDER ON STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DISCLOSURE OF EXPERT WITNESSES AND REBUTTAL EXPERT WITNESSES AND FOR CLOSE OF DISCOVERY

WHEREAS the Plaintiff MISHA CONSULTING GROUP, INC. d/b/a eBUSINESS DESIGN and Defendant SOURCE MEDICAL SOLUTIONS, INC. filed a Stipulated Request for Order Changing Time for Disclosure of Expert Witnesses and Rebuttal Expert Witnesses and for Close of Discovery, extending the deadline for disclosure of expert witnesses to January 30, 2004 and disclosure of rebuttal expert witnesses until February 10, 2004, extending the deadline for hearing any motions to exclude experts or expert testimony until March 1, 2004, and for close of discovery to March 1, 2004.



Dockets.Justia.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Jan. 8, 2004

By: /s/ James Ware
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE