Apple Inc. v. Psystar Corporation

Doc. 916 Att. 10

United States District Court
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Misha Consulting Group,

Plaintiff(s),

v.

Source Medical Solutions, Inc et al,

Defendant(s).

/

NO. C 02-04908 JW

**ORDER GRANTING DEFENDANT'S MOTION TO CHANGE DISCOVERY DEADLINES**

Defendant Source Medical Solutions, Inc., has moved to extend several discovery deadlines because it needs additional time to complete important depositions and to prepare rebuttal expert witness reports. The Court has reviewed Defendant's motion and Plaintiff's opposition and finds that an extension is warranted. Accordingly, the following deadlines are changed for both parties:

1. The deadline for disclosure of rebuttal experts is moved from February 10, 2004 to March 22, 2004;
2. The deadline for hearing motions to exclude experts or expert testimony is moved from March 1, 2004 to April 5, 2004;
3. The deadline for close of discovery is moved from March 1, 2004 to April 12, 2004;
4. The dealine for hearing pretrail dispositive motions is moved from April 5, 2004 to May 10, 2004.

Dockets.Justia.com

The parties are reminded that a preliminary pretrial conference is scheduled for May 10, 2004 at 10:00 a.m.

Dated: February 18, 2004

/s/ James Ware
JAMES WARE
United States District Judge

02eciv4908sched2

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Derrick Hoyt Robinson drobinson@howardrice.com
Elizabeth R. Potts lizraepotts@sbcglobal.net
Jason Gerlach jgerlach@howardrice.com
John Eichhorst jeichhorst@hrice.com
Lisa Turbis lturbis@howardrice.com
Todd Elliott Thompson todd.thompson@jud.ca.gov
Tracy J. Phillips tphillips@sidley.com

**Dated: February 18, 2004**

**Richard W. Wieking, Clerk**

**By:__/s/ JW CHAMBERS________**
**Ronald L. Davis**
**Courtroom Deputy**