Apple Inc. v. Psystar Corporation Doc. 916 Att. 12

BRYAN K. ANDERSON (SBN 170666)
TRACY J. PHILLIPS (SBN 209505)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street, Suite 5000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 397-4621

BRUCE D. FISCHMAN
JONATHAN E. KANOV
FISCHMAN, HARVEY & DUTTON, P.A.
3050 Biscayne Boulevard , Suite 600
Miami, Florida 33137
Telephone: (305) 576-5522
Facsimile: (305) 576-7079

Attorneys for Defendant
SOURCE MEDICAL SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MISHA CONSULTING GROUP, INC., a California corporation, d/b/a eBUSINESS DESIGN,<br><br>Plaintiff/CounterDefendant,<br><br>vs.<br><br>SOURCE MEDICAL SOLUTIONS, INC., a Delaware corporation, P. DARYL BROWN, an individual and MICHAEL A. PLAIA, an individual,<br><br>Defendant/CounterPlaintiff. | Case No.: C02-04908 JW (HRL)<br><br>**DEFENDANT SOURCE MEDICAL SOLUTIONS, INC'S AMENDED INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Action Filed: October 9, 2002<br>Trial Date: July 13, 2004 |

Defendant, SOURCE MEDICAL SOLUTIONS, INC. ("SOURCE") makes the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. SOURCE submits these amended disclosures based on the information now reasonably available to it and expressly reserves the right to supplement and/or modify the disclosures as additional information becomes available.



Dockets.Justia.com

## A. WITNESSES

SOURCE identifies the following individuals who are likely to have discoverable information that Defendant may use to support its claims or defenses:

1. Ed Field, Source Medical Solutions
   100 Grandview Place, Suite 400
   Birmingham, Alabama 35243
   Telephone No. (205) 972-1222

2. Michael Lamb, Source Medical Solutions
   100 Grandview Place, Suite 400
   Birmingham, Alabama 35243
   Telephone No. (205) 972-1222

3. Daryl Brown, Source Medical Solutions
   100 Grandview Place, Suite 400
   Birmingham, Alabama 35243
   Telephone No. (205) 972-1222

4. Michael Plaia, Source Medical Solutions
   100 Grandview Place, Suite 400
   Birmingham, Alabama 35243
   Telephone No. (205) 972-1222

5. Dharmesh Vora, Source Medical Solutions
   100 Grandview Place, Suite 400
   Birmingham, Alabama 35243
   Telephone No. (205) 972-1222

6. Srinivas Chari, Source Medical Solutions
   100 Grandview Place, Suite 400
   Birmingham, Alabama 35243
   Telephone No. (205) 972-1222

7. Hareesh Pereira, Source Medical Solutions
   100 Grandview Place, Suite 400
   Birmingham, Alabama 35243
   Telephone No. (205) 972-1222

8. Diva Fleming, Source Medical Solutions
   100 Grandview Place, Suite 400
   Birmingham, Alabama 35243
   Telephone No. (205) 972-1222

9. Rhonda Eckstein, Source Medical Solutions
   100 Grandview Place, Suite 400
   Birmingham, Alabama 35243
   Telephone No. (205) 972-1222

10. Marty Heim, Source Medical Solutions
100 Grandview Place, Suite 400
Birmingham, Alabama 35243
Telephone No. (205) 972-1222

11. Tom Hui, Source Medical Solutions
3675 Mount Diablo, Suite 310
Lafayette, California 94549
Telephone No. (925) 299-4800

12. Jiunn Lim, Source Medical Solutions
3675 Mount Diablo, Suite 310
Lafayette, California 94549
Telephone No. (925) 299-4800

13. Ajit Goel, Source Medical Solutions
3675 Mount Diablo, Suite 310
Lafayette, California 94549
Telephone No. (925) 299-4800

14. Vinod Shetye, Source Medical Solutions
3675 Mount Diablo, Suite 310
Lafayette, California 94549
Telephone No. (925) 299-4800

15. Yogesh Agrawal, Source Medical Solutions
3675 Mount Diablo, Suite 310
Lafayette, California 94549
Telephone No. (925) 299-4800

16. Harry Yee, Source Medical Solutions
3675 Mount Diablo, Suite 310
Lafayette, California 94549
Telephone No. (925) 299-4800

17. Terry DuFour, Source Medical Solutions
3675 Mount Diablo, Suite 310
Lafayette, California 94549
Telephone No. (925) 299-4800

18. Jose Martinez-Cuellar
Source Medical Solutions, Inc.
200-1500 West Georgia Street
Vancouver, BC V6G2Z6 Canada
Telephone No. (604) 692-4400

19. Geoff Harris
Source Medical Solutions, Inc.
200-1500 West Georgia Street
Vancouver, BC V6G2Z6 Canada
Telephone No. (604) 692-4400

20. Billy Douglass
HealthSouth Corporation
One HealthSouth Parkway
Birmingham, Alabama 35243
Telephone No. (800) 765-4772

21. Steve Spicer
HealthSouth Corporation
One HealthSouth Parkway
Birmingham, Alabama 35243
Telephone No. (800) 765-4772

22. Becky Brown
Neuro Imaging Institute
27 E. Hibiscus Boulevard
Melbourne, Florida 32901
Telephone No. (312) 952-7300

23. Jane Bagnall
115 Medical Drive, Suite 107
Victoria, TX 77904

24. Carol Barrera
HealthSouth Diagnostic of Oak Hill
7010 Highway 71 West, Suite 250
Oak Hill, TX 78735

25. Janet Young
HealthSouth Corporation
One HealthSouth Parkway
Birmingham, Alabama 35243
Telephone No. (800) 765-4772

26. Cozz Wilson
Source Medical Solutions, Inc.
100 Grandview Place, Suite 400
Birmingham, Alabama 35243
Telephone No. (205) 972-1222

27. Sam Ayounbpour
3675 Mount Diablo, Suite 310
Lafayette, California 94549
Telephone No. (925) 299-4800

28. Trina Woo
3675 Mount Diablo, Suite 310
Lafayette, California 94549
Telephone No. (925) 299-4800

29. Co-Chang Hsiang
3675 Mount Diablo, Suite 310
Lafayette, California 94549
Telephone No. (925) 299-4800

30. Dan Kosai
3675 Mount Diablo, Suite 310
Lafayette, California 94549
Telephone No. (925) 299-4800

31. Terry Mayfield
Source Medical Solutions, Inc.
100 Grandview Place, Suite 400
Birmingham, Alabama 35243
Telephone No. (205) 972-1222

32. Nancy Legitt
Park Avenue
Moscow, Tennessee

33. Brad Leonard
Source Medical Solutions, Inc.
100 Grandview Place, Suite 400
Birmingham, Alabama 35243
Telephone No. (205) 972-1222

34. Lee Roy Hardeman
Source Medical Solutions, Inc.
100 Grandview Place, Suite 400
Birmingham, Alabama 35243
Telephone No. (205) 972-1222

**B. DOCUMENTS**

SOURCE has identified and produced copies of all non-privileged documents that are in the possession, custody or control of SOURCE and that SOURCE may use to support its claims or defenses. SOURCE reserves the right to, and will, supplement or amend this disclosure as further discovery is taken in this case.

**C. DAMAGES**

SOURCE has filed its counterclaims seeking over $20,000,000 in damages, not including damages which it will also be seeking for lost revenues/sales opportunities for potential or actual clients other than HealthSouth and damages to its business reputation. Source will supplement this disclosure when appropriate.

**D. INSURANCE**

SOURCE is not aware of any insurance policies called for by Fed.R.Civ.P. 26(a)(1)(D) at this time.

## E. RIGHT TO SUPPLEMENT

SOURCE reserves the right to, and will, supplement or amend this disclosure as the case progresses and as appropriate.

Dated: March 26, 2004

Respectfully Submitted,

SIDLEY AUSTIN BROWN & WOOD LLP

By: s/Tracy J. Phillips

TRACY J. PHILLIPS
Attorneys for Defendant
SOURCE MEDICAL SOLUTIONS, INC.