Apple Inc. v. Psystar Corporation
Doc. 916 Att. 14

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
--oOo--

| | |
|---|---|
| MISHA CONSULTING GROUP, INC., a California corporation, d/b/a eBUSINESS DESIGN, | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | No. C02-04908JW(HRL) |
| SOURCE MEDICAL SOLUTIONS, INC., a Delaware corporation, | |
| Defendants. | |

VIDEOTAPED DEPOSITION OF
JEFFREY M. JACOBS

Monday, April 5, 2004

CERTIFIED COPY

REPORTED BY: SHERRI STARR, CRR; CSR 10245 (01-347556)

LEGALINK®
A WORDWAVE COMPANY

LegaLink San Francisco
601 Van Ness Ave, Suite 2052
San Francisco, CA 94102

tel (415) 359-2040
tel (800) 869-9132
fax (415) 359-2050

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

Dockets.Justia.com

A. It was a magazine devoted to artificial intelligence.

Q. And that magazine is no longer in publication to the best of your knowledge?

A. Not to the best of my knowledge.

MR. KANOV: Can we take a quick bathroom break?

MR. GERLACH: Yeah, let's take a break. It's a good stopping point. Off the record.

THE VIDEOGRAPHER: Going off the record. The time is 10:31.

(Whereupon, a recess was taken.)

THE VIDEOGRAPHER: Back on the record. The time is 10:42.

MR. GERLACH: Okay. Back on the record.

Q. You've been retained as we've discussed by Source Medical to consult in this matter, correct?

A. I believe that is a correct characterization of my role.

Q. And you're also serving as an expert witness?

A. Yes.

Q. But consulting generally? I'm just using the term very generically.

A. Yeah, I just wanted to be sure we were clear.

Q. When did that consultation begin?

A. In mid-January. Possibly, I might have been initially contacted in late December, but the engagement began in January.

Q. So it's your testimony that you believe you were initially contacted with respect to this action in late December. Do you mean late December of 2003?

A. Yes.

Q. And how were you first contacted about this matter for Source Medical?

A. My initial contact would have been either to -- I believe I was given Jonathan's phone number to call, or it might have been the other way around. I don't recall.

Q. And who gave you Jonathan's number to call?

A. A gentleman whose name I cannot pronounce or spell, other than his first name which is Jovan. And his last name is Russian, and I cannot spell it or pronounce it.

Q. So this individual named Jovan, was this the first person you ever talked to about potentially working on this litigation for Source Medical?

A. I did not discuss working on Source Medical with him. He simply told me that there was an opportunity for an expert witness, and if I was interested to contact Jonathan, is how I recall things.

CERTIFICATE OF REPORTER

I, SHERRI STARR, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: 4-20, 2004.

Sherri Starr

SHERRI STARR, CRR; CSR 10245