Apple Inc. v. Psystar Corporation
Doc. 916 Att. 15

FISCHMAN, HARVEY & DUTTON, P.A.
ATTORNEYS AT LAW
3050 BISCAYNE BOULEVARD, SUITE 600
MIAMI, FLORIDA 33137-4165

TELEPHONE: (305) 576-5522
FACSIMILE: (305) 576-7079

WEBSITE: www.fhdlaw.com
E-MAIL FOR AUTHOR:
jkanov@fhdlaw.com

March 26, 2004

Jason S. Gerlach, Esq.
Howard, Rice, Nemerovski, Canady, Falk & Rabkin
Three Embarcadero Center, 7th Floor
San Fransisco, CA 94111-4024

Re: Misha Consulting Group, Inc. v. Source Medical Solutions, Inc.
Case No.: C 02-04908 JW (HRL)

Dear Jason:

I am enclosing copies of additional documentation which Source has provided me in response to your production request. These documents are Bates stamped numbered SM29269-SM29710.

Very truly yours,

FISCHMAN, HARVEY & DUTTON, P.A.

JONATHAN E. KANOV

JEK/jdp
Enclosures

Dockets.Justia.com