**FedEx Express** *USA Airbill* FedEx Tracking Number 8383 4438 1130

0215 Recipient's Copy

**1 From** This portion can be removed for Recipient's records.

Date 04/13/04 FedEx Tracking Number 838344381130

Sender's Name Jonathan E. Kanov. Phone 305 576-5522

Company FISCHMAN, HARVEY & DUTTON, PA

Address 3050 BISCAYNE BLVD STE 600 Dept./Floor/Suite/Room

City MIAMI State FL ZIP 33137-4153

**2 Your Internal Billing Reference** 408-001 Source Medical - EBD

**3 To** Recipient's Name Jason Gerlach Phone 415 434-1600

Company Howard, Rice, Nemerovski, Canady, Falk & Rabkin

Address

To "HOLD" at FedEx location, print FedEx address. We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address Three Embarcadero Center, 7th Floor Dept./Floor/Suite/Room

City San Francisco State CA ZIP 941

RECIPIENT: PEEL HERE

8383 4438 1130

L

0234553431

**4a Express Package Service** *Packages up to 150 lbs.* Delivery commitment may be later in some areas.

- [x] FedEx Priority Overnight — Next business morning
- [ ] FedEx Standard Overnight — Next business afternoon
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations
- [ ] FedEx 2Day — Second business day
- [ ] FedEx Express Saver — Third business day

FedEx Envelope rate not available. Minimum charge: One-pound rate

**4b Express Freight Service** *Packages over 150 lbs.* Delivery commitment may be later in some areas.

- [ ] FedEx 1Day Freight* — Next business day
- [ ] FedEx 2Day Freight — Second business day
- [ ] FedEx 3Day Freight — Third business day

* Call for Confirmation:

**5 Packaging** * Declared value limit $50

- [ ] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak
- [x] Other FEDEX Lg. Box

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — Available only for FedEx Priority Overnight and FedEx 2Day to select ZIP codes
- [ ] HOLD Weekday at FedEx Location — Not available for FedEx First Overnight
- [ ] HOLD Saturday at FedEx Location — Available only for FedEx Priority Overnight and FedEx 2Day to select locations

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes — As per attached Shipper's Declaration
- [ ] Yes — Shipper's Declaration not required
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____

Dangerous Goods (including Dry Ice) cannot be shipped in FedEx packaging.

- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below. Obtain Recip. Acct. No.

- [x] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

[redacted]

| Total Packages | Total Weight | | Total Charges |
|---|---|---|---|
| 1 | 5 | [redacted] | |

Credit Card Auth.

1 Our liability is limited to $100 unless you declare a higher value. See the *FedEx Service Guide* for details.

**8 Release Signature** *Sign to authorize delivery without obtaining signature.*

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

**Questions? Visit our Web site at fedex.com**

or call 1.800.Go.FedEx® 800.463.3339.

SRS • Rev. Date 4/02 • Part #157610S • ©1994–2002 FedEx • PRINTED IN U.S.A.

447

# 'he World On T

FedEx

emp: 3293

TRK# 83

94111