Apple Inc. v. Psystar Corporation
Doc. 916 Att. 17


FedEx.

Close Window

Track Shipments

# Detailed Results

Print

| | | | |
|---|---|---|---|
| **Tracking number** | 838344381130 | **Reference number** | SOURVE MEDICAL EBD |
| **Signed for by** | M.HALL | **Delivered to** | Mailroom |
| **Ship date** | Apr 13, 2004 | **Delivery location** | PITTSBURG CA |
| **Delivery date/Time** | Apr 14, 2004 10:03 am | **Service type** | Priority Box |

| **Date/Time** | | **Status** | **Location** | **Comments** |
|---|---|---|---|---|
| **Apr 14, 2004** | 10:03 am | **Delivered** | PITTSBURG CA | |
| | 8:29 am | On FedEx vehicle for delivery | SAN FRANCISCO CA | |
| | 7:20 am | Arrived at FedEx Destination Location | SAN FRANCISCO CA | |
| | 5:51 am | Arrived at FedEx Ramp | SAN FRANCISCO CA | |
| | 5:40 am | Left FedEx Ramp | SAN FRANCISCO CA | |
| | 3:12 am | Left FedEx Sort Facility | MEMPHIS TN | |
| **Apr 13, 2004** | 11:27 pm | Arrived at Sort Facility | MEMPHIS TN | |
| | 9:56 pm | Left FedEx Ramp | FORT LAUDERDALE FL | |
| | 9:56 pm | Arrived at FedEx Ramp | FORT LAUDERDALE FL | |
| | 8:23 pm | Left FedEx Origin Location | NORTH MIAMI BEACH FL | |
| | 5:38 pm | Picked up by FedEx | NORTH MIAMI BEACH FL | |

Track more shipments

**Email your detailed tracking results (optional)**

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From

To

Add a message to this email.

Send email

Close Window


Dockets.Justia.com