Darryl Parker, Esq., California Bar No. 95914
PREMIER LAW GROUP PLLC
6333 N.E. Radford Drive, Suite 3511
Seattle, Washington 98115-8716
Telephone: (206) 934-5681
Facsimile: (206) 281-7930

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAYNE JOHSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. C-03-0162 EDL |
| | ) | |
| vs. | ) | DECLARATION OF JELANI JOHNSON |
| | ) | IN OPPOSITION TO DEFENDANTS' |
| CITY OF OAKLAND, et al., | ) | MOTION FOR SUMMARY JUDGMENT |
| | ) | |
| Defendants. | ) | Date: April 27, 2004 |
| | ) | Time: 9 00 a.m. |
| | ) | Courtroom: E |
| | ) | Complaint filed: January 10, 2003 |
| | ) | Before Honorable Magistrate |
| | ) | Judge Elizabeth D. Laporte |
| | ) | |
| | ) | |

I, Jelani Johnson, declare as follows:

1. I am a citizen of Oakland, California, and am one of the plaintiffs in the above-entitled action. My date of birth is August 11, 1984.

///

///



**Premier Law Group PLLC**
6333 N.E. Radford Drive, Suite 3511
Seattle, Washington 98115-8716
(206) 934-5681

FILE COPY

Dockets.Justia.com

2. On Saturday, January 12, 2002, I was living at 4106 Kuhnle Avenue in Oakland with my father Wayne Johnson and my brother Zuberi Johnson. It is a single-family house with two levels, a main living area upstairs and a garage and a bedroom downstairs.

3. At approximately 8:30 p.m., I was sleeping in a bedroom downstairs when I heard the sounds of police radios and walkie-talkies coming from inside the house. I then heard my brother Zuberi talking to what sounded like policemen. He said "What are you doing?" and "What did I do?"

4. I heard my brother cry out in pain.

5. I was concerned because my brother is a very quiet person, a student at San Francisco State University, who rarely speaks. I knew he had not done anything to the police. I knew he may have had difficulty expressing himself to the police. He is slow to respond to questions and is sometime difficult to understand.

6. I knew I had to run upstairs to assist him.

7. I heard a male voice say "get down." I waited a few seconds and then I began ascending the stairs. When I reached the top of the stairs, which ends in the kitchen, I saw a police officer handcuff Zuberi with his hands behind his back and push him forward over the back of the sofa. Another officer stood in the doorway to my upstairs bedroom, which would have been behind me as I stood at the top of the kitchen stairs facing the front door. You cannot see into that room without going to the back of the house. I was about twenty feet away from the entrance to that room.

///

///

///

8. This officer asked me if I lived there, and I said "yes." He then asked me for and I provided a valid California I.D. card which had my picture on it. There were family photographs all over the house, including several of my brother and me. There were also various pieces of mail addressed to each of us.

9. The officer then had me place my hands behind my back and he handcuffed me. The officers never asked me if I had made a 911 call or whether there was an emergency or whether a crime had been committed. At this time, I was wearing only pajama pants and I was not wearing shoes.

10. My father forbids the wearing of shoes inside the house. The police officers wore shoes inside the house, which would have upset my father had he seen them doing so.

11. Before the officer escorted me out of the house, he allowed me to put on a shirt and some shoes. He then took me outside and had me sit on a lawn chair and wait.

12. I asked the officer why he entered my home. I also asked them why they had arrested us and placed us in handcuffs. He never responded to my questions

13. After sitting there for a few minutes, I was placed in the back seat of a patrol car where I stayed between fifteen minutes and one half hour, while the officers awaited the arrival of an Evidence Technician.

14. After the residence was photographed, the police released me and allowed me to re-enter my home.

15. I have personal knowledge of the foregoing facts and, if called as a witness, can and will competently testify to them under oath.

///

///



**Premier Law Group PLLC**
6333 N.E. Radford Drive, Suite 3511
Seattle, Washington 98115-8716
(206) 934-5681

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on the date below at Oakland, California.

Dated: April 6, 2004

____________________________________

JELANI JOHNSON



**Premier Law Group PLLC**
6333 N.E. Radford Drive, Suite 3511
Seattle, Washington 98115-8716
(206) 934-5681