John E. Gartman (CA Bar No. 152300)
Juanita R. Brooks (CA Bar No. 75934)
Todd G. Miller (CA Bar No. 163200)
Peter D. Weinstein (CA Bar No. 212948)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Kelly C. Hunsaker (CA Bar No. 168307)
Christopher K. Ridder (CA Bar No. 218691)
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

*Additional counsel listed on last page*

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. C02-02385 JSW (EDL)<br><br>**NOTICE OF MANUAL FILING**<br><br>Date: May 28, 2004<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White |

Pursuant to General Order 45 VII(a), Defendant Microsoft Corporation is filing in paper form only Exhibits 1 –4 to the Declaration of Kelly C. Hunsaker in Support of Microsoft's Motion for Summary Judgment of Invalidity of U.S. Patent Nos. 6,418,532; 6,249,863; and 5,795,156

/ / /

/ / /

/ / /



Dockets.Justia.com

Pursuant to 35 U.S.C. § 112, ¶ 2. The Exhibits exceed the 3MB document size limit allowed for electronic filing.

Dated: April 24, 2004

FISH & RICHARDSON P.C.

By: /s/
Kelly C. Hunsaker

Attorneys for Defendant
MICROSOFT CORPORATION

*Additional Counsel:*

Of Counsel:
R. Danny Huntington
B. Jefferson Boggs, Jr.
William N. Hughet
Timothy A. Molino
Burns Doane Swecker & Mathis LLP
1737 King Street, Suite 500
Alexandria, VA 22314
Telephone: (703) 836-6620
Facsimile: (703) 836-2021

T. Andrew Culbert
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052
Telephone: (425) 882-8080
Facsimile: (425) 936-7329

50211917.doc