Denise M. De Mory (SBN 168076)
Howrey Simon Arnold & White, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel: (415) 848-4900

Jefferson T. Stamp (SBN 187975)
Attorney at Law
15650-A Vineyard Blvd., #146
Morgan Hill, CA 95037
Tel: (408) 623-8414

Attorneys for Plaintiff
EXCEL INNOVATIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EXCEL INNOVATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INDIVOS CORPORATION, SOLIDUS NETWORKS, INC., AND DOES 1 TO 100, inclusive,<br><br>Defendants. | CASE NO. C-03-3125 MMC<br><br>**CORRECTED DECLARATION OF JEFFERSON T. STAMP IN OPPOSITION TO INDIVOS CORPORATION AND SOLIDUS NETWORKS, INC.'S MOTION FOR SUMMARY JUDGMENT REAGRDING PATENT OWNERSHIP**<br><br>Date: May 14, 2004<br>Time: 9:00 a.m.<br>Dept: Courtroom 7<br>Judge: Hon. Maxine M. Chesney |



Dockets.Justia.com

I, Jefferson T. Stamp, declare and state as follows:

1. I am counsel of record for Plaintiff Excel Innovations, Inc. The facts set forth herein are true and correct and I could and would testify to them if called upon to do so.
2. Attached hereto as Exhibit 1 is a true and correct copy of the June 16, 1995 SmartTouch Operating Agreement.
3. Attached hereto as Exhibit 2 is a true and correct copy of the First Amendment to the June 16, 1995 SmartTouch Operating Agreement dated to be effective June 30, 1995.
4. Attached hereto as Exhibit 3 is a true and correct copy of the Second Amendment to the June 16, 1995 SmartTouch Operating Agreement dated to be effective August 31, 1995.
5. Attached hereto as Exhibit 4 is a true and correct copy of the Third Amendment to the June 16, 1995 SmartTouch Operating Agreement dated to be effective January 1, 1996.
6. Attached hereto as Exhibit 5 is a true and correct copy of the Fourth Amendment to the June 16, 1995 SmartTouch Operating Agreement dated to be effective June 17, 1996.
7. Attached hereto as Exhibit 6 is a true and correct copy of the Solidus Private Placement Memorandum produced by Indivos as bates-labeled documents no. INV 18617- INV 18714.
8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Deposition of Thomas A. Maier, dated March 2, 2004.
9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Deposition of Ali Kamarei, dated March 12, 2004.
10. Attached hereto as Exhibit 9 is a true and copy of the master patent and cover page produced by Indivos as bates-labeled documents no. INV 15618 – INV 15831. I found this document while reviewing what appeared to be the prosecution files for the patents at issue produced by Indivos as bates-labeled documents no. INV 14464 – INV 16769. Attached as Exhibit 9A are a number of other Indivos labeled documents that I located in the same box.
11. Attached hereto as Exhibit 10 is a true and correct copy of a document labeled 18465 - INV 18647.

12. Attached hereto as Exhibit 11 are true and correct copies of excerpts of the Deposition of Ned Hoffman taken on February 3, 2004.

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct.

Executed this 24th Day of April, 2004 at San Francisco, California.

_______/S/_____________________
Jefferson T. Stamp