Apple Inc. v. Psystar Corporation Doc. 925

MELVIN R. GOLDMAN, (BAR NO. 34097)
JORDAN ETH (BAR NO. 121617)
TERRI GARLAND (BAR NO. 169563)
MIA A. MAZZA (BAR NO. 184158)
MELANIE C. HAGAN (BAR NO. 212866)
SANDRA M. HANNA (BAR NO. 215831)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
PROVIDIAN FINANCIAL CORPORATION,
SHAILESH J. MEHTA, DAVID ALVAREZ,
JAMES ROWE, and DAVID J. PETRINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re PROVIDIAN FINANCIAL CORP. SECURITIES LITIGATION | Master File No. C-01-3952 CRB (JCS) |
| This document relates to: ALL ACTIONS | **CLASS ACTION**<br>**PROOF OF SERVICE**<br>Judge: Honorable Charles R. Breyer |



Dockets.Justia.com

**PROOF OF SERVICE BY FACSIMILE AND OVERNIGHT DELIVERY**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on April 25, 2004, I served a copy of:

**LETTER BRIEF**

**[PROPOSED] ORDER FOR THE APPOINTMENT OF A DISCOVERY MASTER**

**DECLARATION OF MIA MAZZA IN SUPPORT OF DEFENDANTS' PROPOSED ORDER FOR THE APPOINTMENT OF A DISCOVERY MASTER**

**PROOF OF SERVICE**

☒ **[BY FACSIMILE, CCP § 1013(e), FRCP § 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number (415) 268-7522 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

☒ **BY OVERNIGHT DELIVERY, CCP § 1013(d); FRCP§ 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by **UPS**, at 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by **UPS** or delivered to an authorized courier or driver authorized by **UPS** to receive documents.

Martin D. Chitwood
Stuart J. Guber
**Chitwood & Harley**
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: 404-873-3900
Facsimile: 404-876-4476

…

…

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 25th day of April, 2004.

| Karen L. Mercier | /s/ Karen L. Mercier |
|---|---|
| (typed) | (signature) |