Apple Inc. v. Psystar Corporation Doc. 926

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No. C-02-0844 CW                Date: May 10th, 2004

FIROOZEH AHRABI        vs.        NEIMAN MARCUS GROUP, INC.

# EXHIBIT LIST

: Plaintiff        9 Defendant

| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | Date Marked for Identification | Date Admitted In Evidence |
|---|---|---|---|---|
| 1 | Additional I-9 documentation from Neiman Marcus | Defendant Stipulation | | |
| 2 | Plaintiff's green card | Plaintiff Firoozeh Ahrabi | | |
| 3 | Plaintiff's Original Complaint for Damages | Plaintiff Firoozeh Ahrabi | | |
| 4 | Plaintiffs' Amended Complaint for Damages | Plaintiff Firozzeh Ahrabi | | |
| 5 | Defendant's Answer to Plaintiff's Original Complaint | Defendant Stipulation | | |
| 6 | Defendant's Answer to Plaintiff's First Amended Complaint | Defendant Stipulation | | |
| 7 | I-9 Form of Firoozeh Ahrabi | Plaintiff Firoozeh Ahrabi | | |



Dockets.Justia.com

| | | | | |
|---|---|---|---|---|
| 8 | Plaintiff's Social Security card number verification | Plaintiff Firoozeh Ahrabi | | |
| 9 | Plaintiff's social security card | Plaintiff Firoozeh Ahrabi | | |
| 10 | Notice of Receipt of Application of United States citizenship | Plaintiff Firoozeh Ahrabi | | |
| 11 | Certificate of Naturalization | Plaintiff Firoozeh Ahrabi | | |
| 12 | Nancy Fellom, Esquire's letter of October 26, 2001 to U.S. Immigration & Naturalization Service re Firoozeh Ahrabi | Nancy Fellom or Plaintiff Firoozeh Ahrabi | | |
| 13 | Nancy Fellom Exquire's letter of November 26, 2001 to NMG re Ms. Ahrabi's employment eligibility. Four pages in Fax Cover Sheet to Dallas, to pages missing. | Nancy Fellom or Plaintiff Firoozeh Ahrabi | | |
| 14 | Sherri Rahmani Associate Sales Rep of NMG sales record dated 12/04/03 | Sherri Rahami | | |
| 15 | Termination Letter to Firoozeh Ahrabi dated November 19, 2001 (signed) | Plaintiff Firoozeh Ahrabi | | |

| | | | | |
|---|---|---|---|---|
| 16 | Termination Letter to Firroozeh Ahrabi dated November 19, 2001 ( unsigned with attached FedEX Airbill) | Plaintiff Firoozeh Ahrabi | | |
| 17 | California Department of Fair Employment & Housing Charge Discrimination Form dated 1/11/02 | Plaintiff Firoozeh Ahrabi | | |
| 18 | Notice Of Right To Sue dated 1/16/2002 | Firoozeh Ahrabi | | |
| 19 | Plaintiff's First Set Of Interrogatories to Defendant Neiman Marcus dated 8/8/03 | Plaintiff Firoozeh Ahrabi | | |
| 20 | Defendant NMG responses to Plaintiff's First Set Of Interrogatories dated 9/09/03 | Defendant Stipulation | | |
| 21 | NMG Employee Saving Plan, Summary Plan Description, Dental Plan and Employee Assistance Program | Defendant Stipulation | | |
| 22 | Plaintiff's Request For Admission, Set One dated 6/13/03 | Plaintiff Firoozeh Ahrabi | | |
| 23 | Defendant NMG Supplemental Responses to Plaintiff's Request For Admission, Set One dated 9/18/03 | Defendant Stipulation | | |

| | | | | |
|---|---|---|---|---|
| 24 | E-Mail Memo re INS Discusses Reverification of Work Eligibility for Permanent Residents dated 12/10/02 | Leslie Jewell | | |
| 25 | News Memo re Right To Work | Sanna Bouchikhi | | |
| 26 | Notes of Craig Mackenhausen re conversations with Plaintiff dated 11/20/01 | Craig Mackenhausen | | |
| 27 | Opinion of Leslie A. Jewell re Firoozeh Ahrabi with attachments | Leslie Jewell | | |
| 28 | Written report of Daniel Vencill re Firoozeh Ahrabi | Daniel Vencille Ph.D. | | |
| 29 | Documents re Termination of Sanaa Bouchikhi from Jennifer Reisch to Craig Mackenbausen | Sanaa Bouchikhi | | |
| 30 | Refugee Travel Document of Sanaa Bouchikhi | Sanaa Bouchikhi | | |
| 31 | NMG Associate Exit Form of Faye Ahrabi | Craig Mackenbausen or Jack King | | |
| 32 | NMG Associate Exit Form of Gisele Phillips with related documents | Lois Allujms | | |

| | | | | |
|---|---|---|---|---|
| 33 | Memo from Craig Mackenhausen to Nina Fabian NMG regarding Faye and Findley dated 11/20/01 | Craig Mackenhausen | | |
| 34 | NMG Policy Manual re Associate Relations (Two Page Excerpt dated June 2000) | Defendant Stipulation | | |
| 35 | NMG Policy Manual re Employment Laws (Six Pages) dated June 2000 | Defendant Stipulation | | |
| 36 | NMG Policy Manual re Employment Status (Classifications) (Two Pages) | Defendant Stipulation | | |
| 37 | Eviction Notice and Complaint for Firoozeh Ahrabi by Thomas Pierce Smith (Eleven Pages) dated 12/06/02 | Plaintiff Firoozeh Ahrabi | | |
| 38 | Notice to Vacate and Writ of Possession re Thomas Pierce Smith v. Firoozeh Ahrabi dated Dec. 20, 2002 | Defendant Stipulation | | |

| | | | | |
|---|---|---|---|---|
| 39 | Defendant NMG Second Supplemental Responses to Plaintiff's Request For Production of Documents, Set No One, Dated May 16, 2003 | Defendant Stipulation | | |
| 40 | Entry of Default re Firoozeh Ahrabi December 10, 2002 | Plaintiff Firoozeh Ahrabi | | |
| 41 | Memo dated 1/12/03 from Thomas Pierce Smith to Firoozeh Ahrabi re Judgment | Plaintiff Firoozeh Ahrabi | | |
| 42 | Receipts and statement for services from Law Offices of Fellom & Solorio to Firoozeh Ahrabi | Plaintiff Firoozeh Ahrabi | | |
| 43 | Letter dated 11/26/01 from Nancy Fellom to Firoozeh Ahrabi re lawful permanent resident | Plaintiff Firoozeh Ahrabi | | |
| 44 | Fax cover dated 11/26/01 from Nancy Fellom, Esq to Neiman Marcus re Firoozeh Ahrabi as a lawful permanent resident of the United States | Plaintiff Firoozeh Ahrabi | | |

| | | | | |
|---|---|---|---|---|
| 45 | Letter dated 10/26/01 from Nancy A. Fellmon, Esq., to U.S. Immigration & Naturalization Service re Firoozeh Ahrabi application | Plaintiff Firoozeh Ahrabi | | |
| 46 | Memo dated 9/1/97 from Ann Paoline to Faye Ahrabi re appreciation of all her hard work. | Plaintiff Firoozeh Ahrabi | | |
| 47 | Memo dated 2/26/00 from Trude See to Faye Ahrabi re letter of appreciation | Plaintiff Firoozeh Ahrabi | | |
| 48 | Neiman Marcus Associate Exit Form dated 4/1/97 re Faye Ahrabi | Plaintiff Firoozeh Ahrabi | | |
| 49 | EDD Notice of Unemployment Insurance Award re Faye Ahrabi dated 12/14/202 | Plaintiff Firoozeh Ahrabi | | |
| 50 | EDD Notice of Benefits To Be Paid Pending Verification re Raye Ahrabi dated 12/19/01 | Plaintiff Firoozeh Ahrabi | | |
| 51 | Copies of Firoozeh Ahrabi California Drivers License and Resident Alien Card See also Exhibit 7 | Plaintiff Firoozeh Ahrabi | | |

| | | | | |
|---|---|---|---|---|
| 52 | Memo from Ann Paolini of Neiman Marcus to Faye Ahrabi dated 1/12/99 re letter of appreciation for shoplift apprehension recovery | Plaintiff Firoozeh Ahrabi | | |
| 53 | University of California Memo dated 10/15/01 re Employment authorization for Sanaa Bouchikhi and related documents with attached documents | Sanaa Bouchikhi | | |
| 54 | Immigration and Naturalization Service Employment Eligibility Verification I-9 Instruction forms | Leslie Jewell | | |
| 55 | Neiman Marcus Fax dated 12/4/01 re Fay Ahrabi re updated ID | Jack King | | |
| 56 | Copies of Rite Aid money orders from Firoozeh Ahrabi | Plaintiff Firoozeh Ahrabi | | |
| 57 | Employment Records of Firoozeh Ahrabi from Neiman Marcus (48 pages) | Plaintiff Firoozeh Ahrabi | Dan do you want the whole 48 pages copied? | |

| | | | | |
|---|---|---|---|---|
| 58 | June 2000 revision of Neiman Marcus Associate Relations Manual re Fair Treatment and Open Door | Plaintiff Firoozeh Ahrabi | Dan do you just want a copy of the first page re Fair Treatment or do you want more? | |
| 59 | Letter dated 12/10/01 from Paula Sotelo, Paralegal to Jennifer A. Reisch re Sanaa Bouchichi | Sanaa Bouchikhi | | |
| 60 | Miscellaneous receipts for debts of Plaintiff Firoozeh Ahrabi which includes ACI Collection, Action Card, Alan R. Malouf, D.D.S., Anesthes, Consultants of Marin, CAMCO, Capital One, CBSJ Collections, CASE, Chrysler Financial, Daly City Anesthesia Medical Group, EMERGE, Encore, Fresno Credit Bureau, I.C. System, Marin General Hospital, Marin Medical Lags, Neiman Marcus, Providian, Thomas Pierce Smith, UNION76, UNILAB (Total of 26 pages) | Plaintiff Firoozeh Ahrabi | | |

| | | | | |
|---|---|---|---|---|
| 61 | Neiman Marcus Memo of 10/23/01 from Human Resources to Faye Ahrabi re Work Authorization Expiration | Defendant Stipulation | | |
| 62 | Judgment After Trial dated 4/28/03 | Defendant Stipulation | | |
| 63 | Opposition To Defendant's Motion For Stay Of Execution Of Judgment dated 8/15/03 | Defendant Stipulation | | |
| 64 | Summons dated 9/5/02 from Neiman Marcus re being sued by Neiman Marcus to Firoozeh Ahrabi | Defendant Stipulation | | |
| 65 | General Denial with related Affirmative Defenses documents dated 10/7/02 regarding Neiman Marcus Group suit against Firoozeh Ahrabi | Plaintiff Firoozeh Ahrabi | | |
| 66 | Report of Dr. Van Hagan | Dr. John Van Hagan | | |
| 67 | Report of Lois Allums with exhibits | Lois Allums | | |
| 68 | Income records from Georgiou | Plaintiff | | |

| | | | | |
|---|---|---|---|---|
| 69 | Employment documentation of Sanaa Bouchiki from Neiman Marcus | Defendant stipulation? | | |
| 70 | I-9 documentation of Neiman Marcus provided on Apriol 16, 2003 | Defendant stipulation? | | |