Apple Inc. v. Psystar Corporation Doc. 928 Att. 1



United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**SPECIAL NOTICE REGARDING MOTIONS**

Except for summary judgment motions, all briefs or memoranda of points and authorities shall not exceed FIFTEEN (15) pages in length, exclusive of title pages, indexes of cases, table of contents, exhibits, affidavits and summaries of argument. Counsel shall submit a proposed form of order with all motion and opposition papers.

**IT IS SO ORDERED.**

Dated: February 11, 2003

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com