Apple Inc. v. Psystar Corporation Doc. 935

ROBERT R. POWELL, ESQ. CSB# 159747
DOUGLAS D. DURWARD, ESQ. CSB#215910
LAW OFFICES OF ROBERT R. POWELL
95 South Market Street, Suite 260
San Jose, California 95113
408-271-2300 Telephone
408-271-2303 Facsimile

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| PETER SINGLETON, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, et al<br><br>Defendants. | Case No. C 04-00469 SI<br><br>PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND ORDER THEREON |

Robert R. Powell, attorney for the Plaintiffs herein, makes this petition on behalf of Petitioner Olga Singleton, as follows;

1. Petitioner is a minor of the age 17 years.

2. Petitioner commenced the above-captioned action against various parties due to violations of her civil rights, as well as other related claims, that arose out of her detention by Defendants.

3. I nominate Lisa Quijano whose address is 4215 Patricia Street, Fremont, California 94536 to serve as guardian ad litem for Petitioner in this matter.

Dockets.Justia.com

4. Lisa Quijano is a competent and responsible person and fully competent to act as Petitioner's guardian ad litem.

5. Lisa Quijano is willing to act as guardian ad litem for Petitioner, as appears by her consent appearing hereinbelow.

WHEREFORE, Petitioner moves the court for an order appointing Lisa Quijano, as guardian ad litem of Petitioner for the purpose of continuing the above-captioned proceeding.

Dated: 4-12-04

ROBERT R. POWELL, ESQ.

**CONSENT OF NOMINEE**

I, *LISA QUIJANO*, the nominee of the petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: 04/02/04

LISA QUIJANO

**ORDER**

The petition for an order appointing Lisa Quijano as guardian ad litem for petitioner is GRANTED. IT IS SO ORDERED.

Date: 4/23/04

s/Susan Illston

UNITED STATES DISTRICT COURT JUDGE