Apple Inc. v. Psystar Corporation

Doc. 940

JEFFREY F. RYAN, SBN 129079
OLIMPIA, WHELAN, LIVELY & RYAN
1723 Hamilton Avenue, Second Floor
San Jose, California 95125-5436
(408) 978-9100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NIELSEN<br>Plaintiff,<br>v.<br>JAMES S. TYLER, JR., a.k.a. JIM TYLER, KAREN A. TYLER, RONALD E JORASCH, and SUSAN MUSICK, individually,<br>Defendants. | NO. C-04-01273 JW<br>**DECLARATION OF CHRISTOPHER REAM**<br>**Hearing Date: May 3, 2004**<br>**Time: 9:00 a.m.**<br>**Judge: Hon. James Ware** |



Dockets.Justia.com

I, Christopher Ream, declare and state as follows:

1. If called upon to testify, I could and would competently testify to the facts contained in this Declaration of my own personal knowledge.

2. On April 22, 2004, I placed the original of the letter attached hereto as Exhibit A signed by me into an envelope addressed to "Robert Nielsen, 835 Webster Street, Apartment A, Palo Alto, CA 94301," and then taped that envelope containing the letter onto the door of Mr. Nielsen's apartment at 835 Webster Street, Palo Alto.

3. At the same time, I placed a duplicate original of the letter attached hereto as Exhibit A signed by me in a similarly addressed envelope and placed it in Mr. Nielsen's mailbox at 835 Webster Street, Palo Alto, California.

4. On April 22, 2004, I emailed copies of the letter attached hereto as Exhibit A to Heidi Li, Esq. at heidil@lawfoundation.org. At the same time, I emailed copies to James S. Tyler and Jeffrey F. Ryan, Esq.

5. On April 22, 2004, I mailed copies of the letter attached hereto as Exhibit A by U.S. Mail to Heidi Li, Esq. in an envelope addressed to Heidi Li, Esq., Law Foundation of Silicon Valley, 111 West St. John Street, Suite 315, San Jose, CA 95113. At the same time, I mailed copies by U.S. Mail to James S. Tyler and to Jeffrey F. Ryan, Esq.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of April, 2004, at Palo Alto, California.

Christopher Ream