HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP
DOUGLAS H. BARTON – 42698
SARAH D. MOTT – 148597
SANDRA L. RAPPAPORT – 172990
333 Market Street, Suite 2300
San Francisco, California 94105-2173
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

OFFICE OF LABORATORY COUNSEL
LAWRENCE LIVERMORE NATIONAL LABORATORY
JANET G. TULK – 84039
MAX CREAMER – 88183
7000 East Avenue, L-701
Livermore, California 94550
Telephone: (925) 423-7125
Facsimile: (925) 423-8259

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
DENNIS K. FISHER, JOSEPH E. KRUEGER,
ERIC R. STEELE, AND KORY J. PORTER

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MATHEW ZIPOLI and CHARLES QUINONES,<br><br>Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, DENNIS K. FISHER, JOSEPH E. KRUEGER, ERIC R. STEELE, and KORY J. PORTER,<br><br>Defendants. | No. C 02 4858 CW<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiffs Mathew Zipoli and Charles Quinones, and Defendants The Regents of the University of California, Dennis Fisher, Joseph

Krueger, Eric Steele, and Kory Porter, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), and without costs to either party.

The parties have reached a settlement of Plaintiffs' claims.

DATED: March 9, 2004

GOVERNMENT ACCOUNTABILITY PROJECT

By: ______________________
THAD GUYER
STEPHANI L. AYERS
Attorneys for Plaintiffs
MATHEW ZIPOLI
CHARLES QUINONES

DATED: March 9, 2004

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

By: ______________________
DOUGLAS BARTON
SANDRA L. RAPPAPORT
Attorneys for Defendants

4/29/04

