Apple Inc. v. Psystar Corporation
Doc. 952

E-filing

FILED

APR 2 8 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RESIDENTS OF MENDOCINO,

Plaintiff,

v.

MAJOR CRIMES TASK FORCE

Defendant.

No. C03-5864 MJJ

**ORDER OF REFERRAL TO EARLY NEUTRAL EVALUATION**

The court hereby refers the above case to the ADR unit for Early Neutral Evaluation. Counsel will be contacted.

Dated: 4/28/2004

MARTIN J. JENKINS
United States District Judge

cc: ADR Unit

United States District Court
For the Northern District of California

Dockets.Justia.com