NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

KERRY LANGSTAFF and BRADSHAW LANGSTAFF, Individually, and as Representatives of the Estate of, and Successors in Interest of, KAITLYN SIERRA LANGSTAFF, deceased,

Plaintiffs,

v.

MCNEIL CONSUMER & SPECIALTY PHARMACEUTICALS, a Division of MCNEIL-PPC, INC.; and JOHNSON & JOHNSON,

Defendants.

Case Number C 03-01116 JF (HRL)

**ORDER RE OBJECTION TO MAGISTRATE JUDGE'S MARCH 29, 2004 ORDER**

Plaintiffs have filed an objection to Magistrate Judge Lloyd's Order Granting in Part and Denying in Part Plaintiffs' Second Amended Motion to Compel Discovery, dated March 29, 2004. Defendants shall file opposition to the motion, if any, on or before May 10, 2004.

IT IS SO ORDERED.

DATED: April 27, 2004

/s/ (electronic signature authorized)
JEREMY FOGEL
United States District Judge



Dockets.Justia.com

Copies of this Order have been sent to:

Mary E. Alexander
malexander@maryalexanderlaw.com

James Conner Barber
lojcb@aol.com
rhonda.bartlett@sbcglobal.net

Kenneth P. Conour
kenneth.conour@dbr.com
kristi.baughman@dbr.com

Megan Faust-Craig
mfc@ssem.com

Cheryl A. Jorgensen
Cheryl.jorgensen@dbr.com

Thomas W. Pulliam
thomas.pulliam@dbr.com
may.huang@dbr.com
Anders.Winther@DBR.com

Charles F. Preuss
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235

Howard A Specter
Specter, Specter, Evans, & Manogue
Koppers Building, 26th Floor 436 7th Ave
Pittsburgh, PA 15219-1818