Apple Inc. v. Psystar Corporation

Doc. 960

LAW OFFICES OF WILLIAM WEBB FARRER
William Webb Farrer (SBN 095276)
300 Montgomery Street, Suite 600
San Francisco, California 94104
(415) 765-9100
(415) 765-9109 (fax)

Attorneys for Plaintiff
COREMETRICS, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREMETRICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ATOMICPARK.COM, LLC, a/k/a ATOMICPARK.COM, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 04-00222-EMC<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

**PLEASE TAKE NOTICE** that the undersigned, counsel for Coremetrics, Inc., will be out of town and unavailable from May 1, 2004 through May 17, 2004.

Dated: April 14, 2004

LAW OFFICES OF WILLIAM WEBB FARRER

By________________________
William Webb Farrer



LAW OFFICES OF WILLIAM WEBB FARRER
300 MONTGOMERY STREET, SUITE 600
SAN FRANCISCO, CA 94104
(415) 765-9100

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I, Laurel Knapp, certify and declare as follows:

I am over the age of eighteen years, and not a party to this action. My business address is 300 Montgomery Street, Suite 600, San Francisco, California 94104, which is located in the county where the mailing described below took place.

I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 30, 2004, the following document:

* **Notice of Unavailability of Counsel**

was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid, addressed to:

William C. Wilka, Esq.
Dudnick Detwiler Rivin & Stikker LLP
351 California Street, 15th Floor
San Francisco, CA 94104

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 30, 2004 at San Francisco, California.

/s/ Laurel Knapp
Laurel Knapp