**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: April 30, 2004 Time: 3 hours

Case No: **C-** 03-04086 MJJ **(EDL)**

Case Name: SONY MUSIC ENTERTAINMENT, et al. **v.** OAKES

Deputy Clerk: Dennis King Court Reporter: N/A

Attorneys: Plt: Jeffrey Knowles, Zuzana Svihra Def: Glenn Moss

---

**PROCEEDINGS**

[x] SETTLEMENT CONFERENCE

[] FURTHER SETTLEMENT CONFERENCE

[] Case settled

[x] Did not settle

[] Partial settlement

[] DISCOVERY CONFERENCE

[] STATUS CONFERENCE RE:____________________________________

[] TELEPHONIC CONFERENCE RE:________________________________

[] OTHER:__________________________________________________

NOTES: Parties are to continue settlement discussions. Plaintiffs' counsel is to update this Court by faxed letter by 5/7/04. Fax number is (415) 522-2002 (not to be used except with permission).

cc: MJJ, EDL