Apple Inc. v. Psystar Corporation Doc. 969

LAW OFFICES OF R. MICHAEL HOFFMAN
R. Michael Hoffman SBN 154481
Marilyn E. Minger SBN 154307
601 Montgomery Street, Suite 325
San Francisco, CA 94111
Telephone: 415/362-1111
Facsimile: 415/362-1112

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES NAVARRO,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL NUTRITION CORPORATION, a Pennsylvania corporation; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. C03-0603 SBA<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE RE: PRECLUDING EVIDENCE REGARDING CLAIMS OF EMOTIONAL DISTRESS AND UNFAIR COMPETITION**<br><br>Courtroom: 3<br>Judge: Saundra B. Armstrong<br>Trial: May 17, 2004 |

In this motion, GNC argues that evidence that related to Plaintiff's cause of action for intentional infliction of emotional distress (IIED), and unfair competition should be precluded. The evidence depicted in Defendant's footnote 3, which GNC wishes precluded are: 1) Plaintiff's supervisor, Lorraine Crisp refused to provide her with FMLA in a timely fashion; 2) Ms. Crisp refused to acknowledge her leave; Crisp was acting under the "direct and indirect influence" of Corporate headquarters at GNC; 3) Crisp told Plaintiff to come into work when Plaintiff should



Dockets.Justia.com

have been on protected FMLA leave or she would be fired; 4) Crisp called Plaintiff to a meeting when she had a doctor's appointment and ordered her to open a store that was not hers so that her supervisor could terminate her.

While Defendant wishes this evidence to be excluded, these matters must obviously be included in Plaintiff's case in chief, as these facts are relevant to whether or not :

1. GNC interfered with the exercise of Plaintiff's rights under FMLA/CFRA;
2. GNC terminated Plaintiff's employment because Plaintiff requested leave under FMLA/CFRA
3. Plaintiff suffered loss of wages, and emotional distress damages as a result of GNC's conduct, and whether the imposition on exemplary damages is appropriate.
4. GNC has failed to implement FMLA/CFRA.
5. GNC has failed to designated FMLA/CFRA.
6. GNC has failed to properly train on FMLA/CFRA.

Thus the above-referenced evidence should be admitted.

Dated: April 27, 2004 ___________________/s/_______________
R. Michael Hoffman, Attorney