LAW OFFICES OF R. MICHAEL HOFFMAN
R. Michael Hoffman SBN 154481
Marilyn E. Minger SBN 154307
601 Montgomery Street, Suite 325
San Francisco, CA 94111
Telephone: 415/362-1111
Facsimile: 415/362-1112

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES NAVARRO,<br><br>Plaintiff,<br>v.<br><br>GENERAL NUTRITION CORPORATION, a Pennsylvania corporation; and DOES 1-30, inclusive,<br>Defendants. | Case No. C03-0603 SBA<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE RE: PRECLUDING EVIDENCE OF DISPARATE TREATMENT**<br><br>Courtroom: 3<br>Judge: Saundra B. Armstrong<br>Trial: May 17, 2004<br>Pre-trial<br>Conf.: May 11, 2004<br>Time: 1:00 pm |

Defendant GNC moved the court for an order to preclude Plaintiff from testifying regarding "disparate treatment" of Plaintiff. While Plaintiff is unsure of what GNC means by disparate treatment, Plaintiff does not at this time plan on offering evidence that other individuals were treated better or worse than Plaintiff. Plaintiff does however plan on offering evidence that GNC engaged in a 'pattern and practice of failing to offer FMLA to its employees.

Dated: April 27, 2004

/s/
R. Michael Hoffman, Attorney for Plaintiff