United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN et al,

Plaintiffs,

v

HORIZON PACIFIC GLASS COMPANY et al,

Defendants.
_________________________________/

No C 01-3209 VRW

ORDER

No activity occurred in the above-captioned case between March 13, 2002, and March 25, 2004. On the latter date, the court issued an order to show cause why the case should not be dismissed for failure to prosecute. Doc # 16.

Plaintiffs responded on April 21, 2004. Doc # 18. Plaintiffs explained that the parties have been unable to reach a settlement and that plaintiffs intend "promptly" to file a motion for summary judgment. Id.

Dockets.Justia.com

United States District Court
For the Northern District of California

Plaintiffs' submission suffices to discharge the order to show cause. Plaintiffs may serve and file a motion for summary judgment not later than May 27, 2004. If plaintiffs have not served and filed a motion for summary judgment by May 27, 2004, the court DIRECTS the parties to attend a case management conference at 9:00 am on June 1, 2004, or if this date is not convenient, the court DIRECTS the parties to confer to determine an alternative date and contact the deputy clerk to set up a conference at a date convenient to their schedules.

IT IS SO ORDERED.

Date: 5/4/2004 /S/

VAUGHN R WALKER
United States District Judge