LAW OFFICES OF R. MICHAEL HOFFMAN
R. Michael Hoffman SBN 154481
Marilyn E. Minger SBN 154307
601 Montgomery Street, Suite 325
San Francisco, CA 94111
Telephone: 415/362-1111
Facsimile: 415/362-1112

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES NAVARRO,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL NUTRITION CORPORATION, a Pennsylvania corporation; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. C03-0603 SBA<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE RE: PRECLUDING EVIDENCE OF FRANCHISE BENEFITS DAMAGES**<br><br>Courtroom: 3<br>Judge: Saundra B. Armstrong<br>Trial: May 17, 2004<br>Pre-trial Conf.: May 11, 2004<br>Time: 1:00 pm |

Plaintiff does not intend to seek economic damages for lost franchise opportunity. Plaintiff instead seeks to recover emotional distress damages based on her desire and intention of opening a GNC franchise. Thus Plaintiff will not be introducing economic damages relating to the lost franchise, and will only be seeking emotional distress damages from this loss.

Dated: April 27, 2004

/s/

R. Michael Hoffman, Attorney for Plaintiff



Dockets.Justia.com