Apple Inc. v. Psystar Corporation Doc. 974

LAW OFFICES OF R. MICHAEL HOFFMAN
R. Michael Hoffman SBN 154481
Marilyn E. Minger SBN 154307
601 Montgomery Street, Suite 325
San Francisco, CA 94111
Telephone: 415/362-1111
Facsimile: 415/362-1112

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES NAVARRO,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL NUTRITION CORPORATION, a Pennsylvania corporation; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. C03-0603 SBA<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE ANY EVIDENCE OF GNC'S NET WORTH UNTIL LIABILITY FOR PUNITIVE DAMAGES HAS FIRST BEEN ESTABLISHED**<br><br>Courtroom: 3<br>Judge: Saundra B. Armstrong<br>Trial: May 17, 2004 |

GNC apparently seeks to bifurcate the issue of GNC's net worth prior to a finding by the jury on oppression, malice or fraud. Plaintiff has no objection for the jury to be first asked to determine if GNC's conduct justifies an award of punitive damages in a single phase, and then, if the jury finds the requisite fraud, malice, or oppression, that a second phase wherein GNC's net worth may be presented.

Dated: April 27, 2004

/s/
R. Michael Hoffman, Attorney for Plaintiff



Dockets.Justia.com