Apple Inc. v. Psystar Corporation Doc. 976

LAW OFFICES OF R. MICHAEL HOFFMAN
R. Michael Hoffman SBN 154481
Marilyn E. Minger SBN 154307
601 Montgomery Street, Suite 325
San Francisco, CA 94111
Telephone: 415/362-1111
Facsimile: 415/362-1112

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES NAVARRO,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL NUTRITION CORPORATION, a Pennsylvania corporation; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. C03-0603 SBA<br><br>**DECLARATION OF R. MICHAEL HOFFMAN IN OPPOSITION TO GNC'S MOTION TO COMPEL DISCOVERY RESPONSES OR ALTERNATIVELY TO STRIKE PLAINTIFF'S CLAIMS FOR PSYCHOLOGICAL AND/OR EMOTIONAL DAMAGES**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 3<br>Judge: Saundra B. Armstrong<br>Trial: May 17, 2004 |

I, R. Michael Hoffman, declare as follows:

1. I am an attorney at law, licensed to practice before all the Courts of the State of California, and before the Northern District of California of the Federal District Court. I have



Dockets.Justia.com

personal knowledge of the matters set forth in this declaration and, if called at a witness, could and would testify competently thereto.

2. I am counsel for Plaintiff Mercedes Navarro in this action.

3. Attached as Exhibit A hereto is a true and correct copy of a letter that was produced to me by Christopher Holland. It is a letter dated April 29, 2004, from Dr. Stuart Eisendrath, M.D., to Christopher Holland.

4. The depositions that have taken place in this case after the discovery cut-off date were depositions that were noticed before the cur-off date and that were rescheduled afterward as a convenience to counsel or witnesses. In each case, the depositions taken after the discovery cut-off date have been specifically agreed to by counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 4, 2004

/s/
R. Michael Hoffman