R. MICHAEL HOFFMAN 154481
601 Montgomery Street, Ste. 325
San Francisco, CA 94111
(415) 362-1111 tel
(415) 362-1112 fax
e-mail:mhoffman@employment-lawyers.com

Attorneys for Plaintiff
MERCEDES NAVARRO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MERCEDES NAVARRO,<br><br>Plaintiff,<br><br>v.k<br><br>GENERAL NUTRITION CORP.,<br><br>Defendant. | CASE NO. C 03-00603 SBA<br><br>**AMENDMENT TO PLAINTIFF'S EXHIBIT LIST**<br><br>Trial Date: May 17, 2004 |

Amendment to Exhibit List

XXII. Plaintiff's W2s from 1999 to the present.

LAW OFFICES OF R. MICHAEL HOFFMAN

By:
/s/
R. Michael Hoffman, Esq.
Attorney For Plaintiff

Dated: 5/4/04