IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PADCO LEASE CORP.,

Plaintiff,

v.

HARTFORD,

Defendant.

_____________________________________/

No. C 04-01300SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initialcase management conference has been scheduled to occur on FRIDAY, AUGUST 6, 2004, AT 2:00 P.M. Counsel shall comply with the attached order when preparing for the conference.

Dated: May 5, 2004

RICHARD W. WIEKING, Clerk

S/Tracy Sutton

Tracy Sutton
Deputy Clerk

**United States District Court**
For the Northern District of California