Vernon Goins, Esq. (CA Bar No. 195461)
N. Maxwell Njelita, Esq. (CA Bar No. 200772)
TAYLOR & GOINS LLP
1330 Broadway, Suite 1701
Oakland, CA 94612
Telephone: (510) 893-9465
Facsimile: (510) 893-4228

Attorneys for Plaintiffs
EAST COAST FOODS, INC., doing business as
ROSCOE'S HOUSE OF CHICKEN N WAFFLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST COAST FOODS, INC., doing business as ROSCOE'S HOUSE OF CHICKEN N WAFFLES,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL WILSON, JULIAN HEARD, DERRECK JOHNSON, all doing business as ROSCOE'S CHICKEN AND WAFFLES, and DOES 1 – 50, inclusive,<br><br>Defendants. | Case No. C 04 1734 VRW<br><br>**ATTORNEY'S CERTIFICATION RE SERVICE OF NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER ON DEFENSE COUNSEL**<br><br>Date: May 6, 2004<br>Time: 2:00 p.m.<br>Place: Courtroom 6<br>Assigned Judge: Hon. Vaughn R. Walker |

I, MAXWELL NJELITA, under penalty of perjury, declare as follows:

1. I am an attorney at law who is duly licensed to practice in all courts of the State of California, and admitted to practice before this court. I am counsel of record for plaintiff East Coast Foods, Inc. ("plaintiff") in the above-captioned action.

///

2. After being informed, on May 4, 2004 by the clerk of this court, of the date, time and place of the hearing of plaintiff's instant motion for Temporary Restraining Order, I took the following steps to provide defense counsel with notice thereof:

3. On May 4, 2004, at about 5:55 p.m., I personally attempted to deliver the moving papers, ADR documents, the Summons and Complaint to defense counsel in this case, Byron C. Thompson, Esq. I found his office closed and was unable to deliver the documents.

4. The next day, May 5, 2004, I caused the said documents and papers regarding this application, including the letter attached hereto as Exhibit 1, to be delivered to Mr. Byron's office. The delivery was made at about 9:45 a.m. to one of his office employees named Janelli Moss.

5. On the same day, I personally faxed the said letter, along with Notice of this Motion, supporting Brief and Summary of Points and Authorities to Mr. Byron.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 6th day of May 2004 at Oakland, California.

M. Maxwell Nj

MAXWELL NJELITA