Apple Inc. v. Psystar Corporation Doc. 1000

JOHN E. MORAN (State Bar No. 94179)
SUSAN L. WILSON (State Bar No. 195022)
**DANNER & MARTYN, LLP**
100 E. Thousand Oaks Blvd., Suite 244
Thousand Oaks, CA 91360
Telephone: (805) 777-8700; Facsimile: (805) 778-0736

Attorneys for Plaintiff
DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE BUCKMAN; RAMON ALVAREZ; KEN MILLER; JASON FUCHS; JIM SERENA,<br><br>Defendants. | CASE NO.: C 03-02309 BZ<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT RAMON ALVAREZ AND ORDER THEREON**<br><br>Assigned to Hon. Bernard Zimmerman |

Plaintiff, DIRECTV, through its counsel of record, and Defendant Pro Se, RAYMOND ALVAREZ, Stipulate that Defendant RAYMOND ALVAREZ only, be dismissed with prejudice from the above referenced matter, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each side to bear its/his own attorneys fees and costs.

Dated: May 6, 2004

DANNER & MARTYN, LLP

By: /s/
Susan L. Wilson
Attorneys for Plaintiff, DIRECTV, INC.

Dated: May 6, 2004

By: /s/
Ramon Alvarez
Defendant In Pro Se

**ORDER**

**IT IS SO ORDERED.**

Dated: __________, 2004

By: ______________________________
Honorable Bernard Zimmerman
United States District Court Judge



Dockets.Justia.com