Apple Inc. v. Psystar Corporation Doc. 1012

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
JOHN T. HANSEN - #34639
50 California Street, 34th Floor
San Francisco, CA 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
ANN BRICK - #65296
ALAN L. SCHLOSSER - #49957
MARK SCHLOSBERG - #209144
1663 Mission Street, Suite 460
San Francisco, CA 94103
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

KEKER & VAN NEST, LLP
STACEY L. WEXLER - #184466
CHRISTINE P. SUN - #218701
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN BENITEZ, a minor, by BENJAMIN BENITEZ, his guardian ad litem; VICTOR MUNOZ, a minor, by ANGELA MUNOZ, his guardian ad litem; and JESSICA PRENTICE, a minor, by RONALD PRENTICE, her guardian ad litem, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DON MONTOYA, Principal Logan High School, in his personal and official capacities; SUSAN SPEAKMAN Acting Superintendent, New Haven Unified School District, in her official capacity; GWEN ESTES, President, New Haven Unified School District Board of Education, in her personal and official | Case No. C 03 0392 JSW<br><br>**NOTICE OF MANUAL FILING**<br><br>Date: May 28, 2004<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th Floor |



Dockets.Justia.com

capacities; BARBARA AROVALLE, JONAS DIÑO, LINDA FERNANDES, JIM NAVARRO, Members, and CATHY KELLEY, Former Member, New Haven Unified School District Board of Education, in their personal and official capacities; RUTH ANN McKENNA, Former Superintendent, New Haven Unified School District, in her personal capacity; LORRIE BARRERA, Logan High School House Three Principal in her personal and official capacities; CRAIG LANG, Logan High School House Principal in his personal and official capacities; JESUS VARELA, Logan High School House Principal in his personal and official capacities; JASON ROBARGE, Logan High School Former Assistant Principal, Activities, in his personal and official capacities; DAN FOWLER, Logan High School Assistant Principal in his personal and official capacities; STERLING BRUNER, Logan High School Administrator, in his personal and official capacities; LISA GARCIA, Logan High School Administrator, in her personal and official capacities; JENNIFER DANIELS CROWELL, Logan High School Administrator, in her personal and official capacities; CITY OF UNION CITY; RANDY ULIBARRI, Police Chief, City of Union City, in his personal and official capacities; UNION CITY POLICE LIEUTENANT DONALD SCHUITEMAKER, in his personal and official capacities; UNION CITY POLICE OFFICERS JEFFREY BILODEAU, TODD BLACKWELL, RAOUL GALINDO, GLORIA LOPEZ-VAUGHN, BOB MARTIN, RAY MUNOZ, DEAN SATO and BRIAN SIMON, in their personal and official capacities; CITY OF FREMONT; POLICE AGENTS WILLIAM CARRATINI and RUSSELL SCHATZINGER, in their personal and official capacities; and DOES 4-25 and 30-50, in their personal and official capacities, inclusive,

Defendants.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Declaration of Stacey L. Wexler ISO Plaintiffs' Motion For Class Certification and exhibits thereto are being filed in paper form only, and are being maintained, under seal, in the case file in the Clerk's office. The Declaration and exhibits are being manually filed because they contain information that must be filed under seal under the terms of the protective order entered in this case on April 7, 2004.

Dated: May 7, 2004

KEKER & VAN NEST, LLP

By: /s/ Stacey L. Wexler
STACEY L. WEXLER
Attorneys for Plaintiffs