Michael Mortimer [SBN 164096]
A. T. Kippes [SBN 171688]
MORTIMER LAWYERS & COUNSELORS
351 California Street, Suite 500
Post Office Box 2342
San Francisco, CA 94126-2342

415.398.5050; sanfrancisco@att.net; www.employlaw.com; Telefax: 415.398.5088

Attorneys for Plaintiff Robert Hooley

P.O. Box 2342
San Francisco 94126-2342
415.398.5050
sanfrancisco@att.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HOOLEY,<br>Plaintiff,<br>vs.<br>BIOGENEX LABORATORIES,<br>Defendant. | Case No.: **C-03-3308 SI**<br>**ORDER [proposed]**<br>Date: May 28, 2004<br>Time: 9:00 a.m.<br>Court: 10<br>Judge: Hon. Susan Illston |

Defendant Biogenex Laboratories Motion to Amend its August 15, 2003 Answer is currently pending before this Court. Having carefully considered the argument of the parties and the papers submitted, Defendant's Motion to Amend its Answer is DENIED, with prejudice.

**ORDER**

1. Plaintiff's Motion to Strike is GRANTED.
2. Plaintiff's Objections are SUSTAINED.
3. On Defendant's Motion to Amend its August 15, 2003 Answer:

(a) Civil Local Rule 7-2(d) requires that a motion must be accompanied by declarations pursuant to Civil L.R. 7-5.

/ / /

(b) Civil Local Rule 7-5 requires that factual contentions made in any motion must be supported by declarations and by appropriate references to the record.

(c) The Court finds that all factual contentions made by defense counsel in Defendant's moving papers are not supported by declarations or reference to the record.

(d) Civil Local Rule 10-1 requires that any party moving to file an amended pleading must reproduce the entire proposed pleading and submit such with the motion. Defendant did not submit a proposed pleading for the Court's consideration.

(e) While Federal Rules of Civil Procedure, Rule13(f) permits Defendant to seek leave of this Court to amend its August 15, 2003, Answer, the Motion can be granted only if Defendant established to the satisfaction of this Court that Defendant's error in not filing its counterclaim in August 2003 was due to oversight, inadvertence, excusable neglect, or because justice so requires.

(f) Defendant's Motion does not contain evidence to establish or explain why Defendant did not file a counterclaim in August 2003, nor did Defendant substantively discuss Rule 13(f) factors the Court takes into consideration on motions to amend or file counterclaims.

Defendant's Motion to Amend is DENIED, with prejudice.

Dated May ____, 2004

________________________________

SUSAN ILLSTON
United States District Judge

P.O. Box 2342
San Francisco 94126-2342
415.398.5050
sanfrancisco@att.net

MORTIMER
LAWYERS & COUNSELORS
San Francisco