Apple Inc. v. Psystar Corporation

Doc. 1041

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA,
TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D.,
J. MICHAEL BISHOP, M.D.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN EMBURY, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D., J. MICHAEL BISHOP, M.D., in their individual and official capacities, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. C 01-01448 CW<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT OR SEPARATE CASE MANAGEMENT STATEMENT** |

Plaintiff Stephen Embury ("plaintiff") and defendants Regents of the University of California, Talmadge E. King, Lee Goldman and J. Michael Bishop ("defendants") (collectively referred to as the "parties") through their respectively counsel stipulate as follows:

WHEREAS, under the Court's May 3, 2004 Order Denying Without Prejudice Request and Motion for Status Conference, the parties are to file either a joint or separate Case Management Statement within 10 days of the Order (i.e., May 13, 2004);

WHEREAS, the parties seek to extend a four-day extension of time to confer further on matters that would be the subject of the joint or separate Case Management Statement to be filed with this Court;



Dockets.Justia.com

WHEREAS, the parties stipulate to extend the time to file a joint or separate Case Management Statement by four (4) calendar days, from Thursday, May 13, 2004, to Monday, May 17, 2004.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That the time for the parties to file either a joint or separate Case Management Statement be extended by four (4) calendar days, from Thursday, May 13, 2004, to Monday, May 17, 2004.

Dated: May 13, 2004

LAFAYETTE & KUMAGAI LLP

s/ FORREST E. FANG
FORREST E. FANG
Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA, TALMADGE E. KING, JR., M.D., LEE GOLDMAN, M.D. and J. MICHAEL BISHOP, M.D.

Dated: May 13, 2004

BASSI, MARTINI & BLUM

s/ FRED BLUM
FRED BLUM
Attorneys for Plaintiff Stephen Embury, M.D.

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on May 13, 2004, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ Forrest E. Fang

uc\embu\pldg\stip-filing cm statemt.doc

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605