United States District Court
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lafayette Business Partners, LLC,<br><br>Plaintiff(s),<br>v.<br><br>Hinson et al,<br><br>Defendant(s).<br>______________________________/ | NO. C 04-00307 JW<br><br>**ORDER RESCHEDULING MOTION TO DISMISS** |

Defendants' motion to dismiss, currently set for hearing on June 14, 2004, is rescheduled to Friday, June 11, 2004 at 9:00 a.m. The briefing scheduling shall remain unaffected.

Dated: May 14, 2004

/s/James Ware
JAMES WARE
United States District Judge

Dockets.Justia.com

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cheri MacArthur cmacarthur@pahl-gosselin.com
Gary A. Sloboda gary.sloboda@sdma.com
Keith M. Casto keith.casto@sdma.com

**Dated: May 14, 2004**

**Richard W. Wieking, Clerk**

**By:_/s/JW Chambers_________**
**Ronald L. Davis**
**Courtroom Deputy**