UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT
## Northern District of California

EEOC,

Plaintiff(s),

v.

Academy of Art College,

Defendant(s).

/

No. C 03-04383 PJH ENE

**NOTICE OF REMOVAL OF EVALUATOR**

TO COUNSEL OF RECORD:

That the Evaluator presently assigned to this case, Lynne C. Hermle, is hereby removed due to conflict and the ADR Unit will appoint another Evaluator to this matter as soon as possible.

Dated: May 18, 2004

RICHARD W. WIEKING, Clerk
by: Alice M. Fiel

/s/
ADR CASE ADMINISTRATOR
415-522-3148

Dockets.Justia.com

UNITED STATES DISTRICT COURT
For the Northern District of California

**PROOF OF SERVICE**

Case Name: Equal Employment Opportunity Commission v. Academy of Art Coll.
Case Number: 03-04383 PJH ENE

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

ADR Program
United States District Court
Norther District of California
450 Golden Gate Avenue Floor 16
San Francisco, CA 94102

On May 18, 2004, I served a true and correct copy of:

**Notice of Removal of Evaluator**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

Jonathan T. Peck
U.S. EEOC
JPeck@eeoc.gov

William Robert Tamayo
U.S. EEOCwilliam.tamayo@eeoc.gov

Sanya P. Hill
U.S. EEOC
sanya.hill@eeoc.gov

Jennifer J. Walt
Littler Mendelson, P.C.
jjwalt@littler.com

Kristin E. Hutchins
Littler Mendelson, P.C.
kehutchins@littler.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[X] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

Lynne C. Hermle
Orrick Herrington & Sutcliffe
1020 Marsh Road
Menlo Park, CA 94025

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 18, 2004 in San Francisco, California.

RICHARD W. WIEKING, Clerk
by: Alice M. Fiel
/s/
ADR Case Administrator
415-522-3148