Apple Inc. v. Psystar Corporation Doc. 1071 Att. 1


Marc Van Der Hout (California Bar #80778)
Stacy Tolchin (California Bar #217431)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003

Attorneys for Plaintiff
Javier LOPEZ-URENDA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOPEZ-URENDA, Javier<br><br>Petitioner,<br><br>v.<br><br>Nancy ALCANTAR, in her Official Capacity, Director San Francisco Office of Detention and Removal, U.S. Immigration and Customs Enforcement; Tom RIDGE, Secretary, Department of Homeland Security; John ASHCROFT, Attorney General, Department of Justice; UNITED STATES OF AMERICA.<br><br>Respondents. | Case No. C 04-2014 (EDL)<br><br>**AUTHENTICATING DECLARATION OF MARC VAN DER HOUT IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |



Dockets.Justia.com

I, Marc Van Der Hout, hereby declare the following:

1. I am a partner at Van Der Hout, Brigagliano and Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, California 94104. I make this declaration in support of Javier Lopez-Urenda's Motion for Temporary Restraining Order and Preliminary Injunction.
2. On May 20, 2004, Congressman Tom Lantos sent a letter in support of Petitioner to U.S. ICE. I received a facsimile of this letter and a copy is attached as Exhibit 1.
3. On May 18, 2004, Congressman Sam Farr sent letters in support of Petitioner to U.S. ICE. I received a facsimile of this letter and a copy is attached as Exhibit 2.
4. On May 19, 2004, Senator Barbara Boxer sent a letter in support of Petitioner to U.S. ICE. I received a facsimile of this letter and a copy is attached as Exhibit 3.
5. On May 20, 2004, California Senator John Burton, President Pro Tempore, sent a letter in support of Petitioner to U.S. ICE. A copy of this letter is attached as Exhibit 4.
6. On December 1, 2003, Reverend. Father. Jose Antonio Medina at St. Patrick Proto-Cathedral wrote a letter in support of Petitioner. The original of that letter is attached as Exhibit 5.
7. On May 22, 2004 Courtney McDermed, an associate in my office, executed a declaration regarding her discussions with Senator Leahy's office and Congressman Pete Stark's office regarding their effort to assist Petitioner in his immigration matters. That declaration is attached as Exhibit 6.
8. On May 24, 2004, my office received a facsimile of a declaration executed by Solange Goncalves Altman dated May 24, 2004 regarding requests for deferred action. A copy of this facsimile is attached as Exhibit 7.

I declare under penalty of perjury that the foregoing statement is true to the best of my own personal knowledge. Executed on this 24th day of May 2004 at San Francisco, California.

_______/s/______________________

Marc Van Der Hout
Declarant