Marc Van Der Hout (California Bar #80778)
Stacy Tolchin (California Bar #217431)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003

Attorneys for Plaintiff
Javier LOPEZ-URENDA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOPEZ-URENDA, Javier<br><br>Petitioner,<br><br>v.<br><br>Nancy ALCANTAR, in her Official Capacity, Director San Francisco Office of Detention and Removal, U.S. Immigration and Customs Enforcement; Tom RIDGE, Secretary, Department of Homeland Security; John ASHCROFT, Attorney General, Department of Justice; UNITED STATES OF AMERICA.<br><br>Respondents. | Case No. C 04-2014 (EDL)<br><br>**EXHIBITS 1 THROUGH 7** |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBITS 1 through 7 of Authenticating Declaration of Marc Van Der Hout in Support of Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).



Dockets.Justia.com

This filing was not efiled for the following reason(s):

_X__ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): ________________________________________

______________________________________________________________________

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): ________________________________________________

______________________________________________________________________

**PROOF OF SERVICE BY PERSONAL DELIVERY**

I, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, California 94104.

On May 24, 2004, I caused to be served the within:

**MANUAL FILING NOTIFICATION**

on opposing counsel by personal service to the following address:

Edward Olsen
Office of the United States Attorney
Northern District of California
450 Golden Gate Ave.
Tenth Floor, Box 36055
San Francisco, CA 94102

Executed on May 24, 2004, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/
Marc Van Der Hout
Declarant