Apple Inc. v. Psystar Corporation Doc. 1071 Att. 4



Marc Van Der Hout (California Bar #80778)
Stacy Tolchin (California Bar #217431)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003

Attorneys for Petitioner
Javier Lopez-Urenda

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOPEZ-URENDA, Javier<br><br>Petitioner,<br><br>v.<br><br>Nancy ALCANTAR, in her Official Capacity, Director San Francisco Office of Detention and Removal, U.S. Immigration and Customs Enforcement; Tom RIDGE, in his Official Capacity, Secretary Department of Homeland Security, John ASHCROFT, in his Official Capacity, Attorney General Department of Justice; UNITED STATES OF AMERICA.<br><br>Respondents. | Case No. C 04-2014 (EDL)<br><br>**[PROPOSED] ORDER TO SHOW CAUSE** |



Dockets.Justia.com

The Court, having reviewed the Petition for Writ of Habeas Corpus, Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction, Petitioner's Points and Authorities in Support thereof, and having heard argument from counsel, HEREBY ORDERS:

(1) That Respondents are enjoined from removing Petitioner, pending further order of this Court.

(2) That Respondents appear before this Court on _____________, at ___________ a.m./p.m. to show cause why they should not be enjoined from removing Petitioner during the pendency of this action.

Dated: _________ ______________________________________________

United States District Court Judge