Apple Inc. v. Psystar Corporation

Doc. 1079

CYNTHIA L. MELLEMA (State Bar No. 122798)
LETITIA R. TODD (State Bar No. 200142)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472

Attorneys for Defendant
ALLSTATE INDEMNITY
COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARIAR SHOHEIL,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>Defendant. | Case No. C 04-01745 (ADR)<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING AMOUNT IN CONTROVERSY |

## STIPULATION

The parties to this action stipulate as follows:

1. Plaintiff Shariar Shoheil has thoroughly investigated the basis for his damages claims against Allstate Indemnity Company ("Allstate") in this action. Based on that thorough investigation, plaintiff expressly waives all claims in excess of $75,000 against Allstate. In light of that waiver, the parties agree that this action does not seek damages of any kind in excess of $75,000.

2. Given the waiver set forth in Paragraph 1, plaintiff understands and agrees that any judgment in excess of $75,000 is expressly waived and unenforceable.



Dockets.Justia.com

3. The parties further agree that, in view of the stipulation set forth in Paragraph 1, this case should be remanded to the Superior Court of California for the County of Santa Clara, for further proceedings under Case No. 104 CV 014220, pursuant to 28 U.S.C. section 1332.

4 The parties further agree they shall bear their own attorneys' fees and costs associated with the removal and remand of this action.

IT IS SO STIPULATED.

Dated. 5 21/ 04

SONNENSCHEIN NATH & ROSENTHAL LLP

By ______________________
Letitia R. Todd
Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

Dated: 5/11/04

JEAN G. ASHTON
______________________
Attorney for Plaintiff
SHAHIAR SHOHEIL

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6th FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

**ORDER**

Having reviewed the above stipulation between the parties, and good cause appearing therefor, the Court hereby adopts the stipulation and remands the case to the Superior Court of California for the County of Santa Clara.

IT IS SO ORDERED.

Dated: ______________

______________________
The Honorable James Ware
UNITED STATES DISTRICT JUDGE