BARRACK, RODOS & BACINE
LEONARD BARRACK
DANIEL E. BACINE
DAVID E. ROBINSON
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
JOHN L. HAEUSSLER (215044)
SAMUEL M. WARD (216562)
MARISA C. LIVESAY (223247)
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

Attorneys for the Plumbers and Pipefitters National Pension Fund, and the Policemen's Annuity and Benefit Fund of Chicago, and [Proposed] Lead Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WILLIAM WOLLRAB, On Behalf of Himself and All Others Similarly Situated.<br><br>Plaintiffs,<br><br>vs.<br><br>SIEBEL SYSTEMS, INC., THOMAS M. SIEBEL, KENNETH A. GOLDMAN and DAVID SCHMAIER,<br><br>Defendants. | ) | Master File No.: 3:04-cv-00983-CRB<br><br>CLASS ACTION |

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***



Dockets.Justia.com

Pursuant to Civil L.R. 11-3, Leonard Barrack, an active member in good standing of the bar of the Supreme Court of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Plumbers and Pipefitters National Pension Fund, and the Policemen's Annuity and Benefit Fund of Chicago and the Policemen's Annuity and Benefit Fund of Chicago in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Stephen R. Basser
Barrack, Rodos & Bacine
402 West Broadway, Suite 850
San Diego, CA 92101
(619) 230-0800

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 19, 2004

LEONARD BARRACK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOLLRAB, On Behalf of Himself and All Others Similarly Situated.<br><br>Plaintiffs,<br><br>vs.<br><br>SIEBEL SYSTEMS, INC., THOMAS M. SIEBEL, KENNETH A. GOLDMAN and DAVID SCHMAIER,<br><br>Defendants. | Master File No.: 3:04-cv-00983-CRB<br><br><u>CLASS ACTION</u> |

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Leonard Barrack, an active member in good standing of the bar of the Supreme Court of Pennsylvania, whose business address and telephone number is 3300 Two Commerce Square, 2001 Market Street, Philadelphia, Pennsylvania 19103, (215) 963-0600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plumbers and Pipefitters National Pension Fund, the Policemen's Annuity and Benefit Fund of Chicago, and the Policemen's Annuity and Benefit Fund of Chicago,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. **All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.**

Dated:______________________________

______________________________
Honorable Charles R. Breyer
United States District Judge

BARRACK, RODOS & BACINE
LEONARD BARRACK
DANIEL E. BACINE
DAVID E. ROBINSON
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
JOHN L. HAEUSSLER (215044)
SAMUEL M. WARD (216562)
MARISA C. LIVESAY (223247)
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

Attorneys for the Plumbers and Pipefitters National Pension Fund, and the Policemen's Annuity and Benefit Fund of Chicago, and [Proposed] Lead Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WOLLRAB, On Behalf of Himself and All Others Similarly Situated.<br><br>Plaintiffs,<br><br>vs.<br><br>SIEBEL SYSTEMS, INC., THOMAS M. SIEBEL, KENNETH A. GOLDMAN and DAVID SCHMAIER,<br><br>Defendants. | Master File No.: 3:04-cv-00983-CRB<br><br><u>CLASS ACTION</u> |

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Daniel E. Bacine, an active member in good standing of the bar of the Supreme Court of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Plumbers and Pipefitters National Pension Fund, and the Policemen's Annuity and Benefit Fund of Chicago and the Policemen's Annuity and Benefit Fund of Chicago in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Stephen R. Basser
Barrack, Rodos & Bacine
402 West Broadway, Suite 850
San Diego, CA 92101
(619) 230-0800

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 19, 2004

DANIEL E. BACINE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM WOLLRAB, On Behalf of Himself and All Others Similarly Situated.<br><br>Plaintiffs,<br><br>vs.<br><br>SIEBEL SYSTEMS, INC., THOMAS M. SIEBEL, KENNETH A. GOLDMAN and DAVID SCHMAIER,<br><br>Defendants. | Master File No.: 3:04-cv-00983-CRB<br><br><u>CLASS ACTION</u> |

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Daniel E. Bacine, an active member in good standing of the bar of the Supreme Court of Pennsylvania, whose business address and telephone number is 3300 Two Commerce Square, 2001 Market Street, Philadelphia, Pennsylvania 19103, (215) 963-0600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plumbers and Pipefitters National Pension Fund, the Policemen's Annuity and Benefit Fund of Chicago, and the Policemen's Annuity and Benefit Fund of Chicago,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. **All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.**

Dated:______________________________

______________________________
Honorable Charles R. Breyer
United States District Judge

BARRACK, RODOS & BACINE
LEONARD BARRACK
DANIEL E. BACINE
DAVID E. ROBINSON
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
JOHN L. HAEUSSLER (215044)
SAMUEL M. WARD (216562)
MARISA C. LIVESAY (223247)
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

Attorneys for the Plumbers and Pipefitters National Pension Fund, and the Policemen's Annuity and Benefit Fund of Chicago, and [Proposed] Lead Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WOLLRAB, On Behalf of Himself and All Others Similarly Situated.<br><br>Plaintiffs,<br><br>vs.<br><br>SIEBEL SYSTEMS, INC., THOMAS M. SIEBEL, KENNETH A. GOLDMAN and DAVID SCHMAIER,<br><br>Defendants. | Master File No.: 3:04-cv-00983-CRB<br><br><u>CLASS ACTION</u> |

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, David E. Robinson, an active member in good standing of the bar of the Supreme Court of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Plumbers and Pipefitters National Pension Fund, and the Policemen's Annuity and Benefit Fund of Chicago and the Policemen's Annuity and Benefit Fund of Chicago in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Stephen R. Basser
Barrack, Rodos & Bacine
402 West Broadway, Suite 850
San Diego, CA 92101
(619) 230-0800

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 19, 2004

DAVID E. ROBINSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOLLRAB, On Behalf of Himself and All Others Similarly Situated.<br><br>Plaintiffs,<br><br>vs.<br><br>SIEBEL SYSTEMS, INC., THOMAS M. SIEBEL, KENNETH A. GOLDMAN and DAVID SCHMAIER,<br><br>Defendants. | Master File No.: 3:04-cv-00983-CRB<br><br><u>CLASS ACTION</u> |

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

David E. Robinson, an active member in good standing of the bar of the Supreme Court of Pennsylvania, whose business address and telephone number is 3300 Two Commerce Square, 2001 Market Street, Philadelphia, Pennsylvania 19103, (215) 963-0600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plumbers and Pipefitters National Pension Fund, the Policemen's Annuity and Benefit Fund of Chicago, and the Policemen's Annuity and Benefit Fund of Chicago,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. **All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.**

Dated:______________________________

______________________________
Honorable Charles R. Breyer
United States District Judge

BARRACK, RODOS & BACINE
LEONARD BARRACK
DANIEL E. BACINE
DAVID E. ROBINSON
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
JOHN L. HAEUSSLER (215044)
SAMUEL M. WARD (216562)
MARISA C. LIVESAY (223247)
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

Attorneys for the Plumbers and Pipefitters National Pension Fund, and the Policemen's Annuity and Benefit Fund of Chicago, and [Proposed] Lead Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WOLLRAB, On Behalf of Himself and All Others Similarly Situated.<br><br>Plaintiffs,<br><br>vs.<br><br>SIEBEL SYSTEMS, INC., THOMAS M. SIEBEL, KENNETH A. GOLDMAN and DAVID SCHMAIER,<br><br>Defendants. | Master File No.: 3:04-cv-00983-CRB<br><br><u>CLASS ACTION</u> |

**<u>CERTIFICATE OF SERVICE</u>**

**COMMONWEATH OF PENNSYLVANIA, CITY OF PHILADELPHIA**

I, Marianna Bonatara, am employed in the City and County of Philadelphia, Commonwealth of Pennsylvania. I am over the age of 18 and not a party to the within action. My business address is 3300 Two Commerce Square, 2001 Market Street, Philadelphia, Pennsylvania 19103.

On May 19, 2004, I served the following:

1. APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF LEONARD BARRACK; (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

2. APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* DANIEL E. BACINE; (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

3. APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* DAVID E. ROBINSON; (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

on interested party(ies) in this action by first class mail by placing a copy of said document in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the above is true and correct.

Executed on May 19, 2004, at Philadelphia, Pennsylvania.

Marianna Bonatara (signature)

Marianna Bonatara

## SIEBEL SYSTEMS, INC. - SERVICE LIST

**Counsel for Plaintiffs:**

Lionel Z. Glancy
Michael M. Goldberg
Dale MacDiarmid
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Susan G. Kupfer
GLANCY BINKOW & GOLDBER LLP
455 Market Street, Suite 1810
San Francisco, CA 94105
Telephone: (415) 972-8160

Robert S. Schachter
Richard A. Speirs
Shaye J. Fuchs
ZWERLING, SCHACHTER
& ZWERLING, LLP
845 Third Avenue, 6th Floor
New York, NY 10022
Telephone: (212) 223-3900
Facsimile: (212) 371-5969

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

Andrew L. Barroway
Stuart L. Berman
Darren J. Check
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Samuel H. Rudman
Mario Alba, Jr.
David A. Rosenfeld
GELLER RUDMAN PLLC
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Bernard M. Gross
Deborah R. Gross
Susan R. Gross
LAW OFFICES OF
BERNARD M. GROSS, PC
1515 Locust Street, 2nd Floor
Philadelphia, PA 19102
Telephone: (215) 561-3600
Facsimile: (215) 561-3000

Michael D. Braun
Marc L. Godino
STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024
Telephone: (310) 209-2468
Facsimile: (310) 209-2087

Jules Brody
Aaron L. Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

Joseph H. Weiss
WEISS & YOURMAN
551 Fifth Avenue, Suite 1600
New York, NY 10176
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

Kevin J. Yourman
WEISS & YOURMAN
10940 Wilshire Boulevard
24th Floor
Los Angeles, CA 90024
Telephone: (310) 208-2800
Facsimile: (310) 209-2348

Robert I. Harwood
Jeffrey M. Norton
WECHSLER HARWOOD LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

Mel E. Lifshitz
Joseph R. Seidman, Jr.
BERNSTEIN LIEBHARD
& LIFSHITZ, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

Christopher J. Keller
GOODKIND LABATON
RUDOFF & SUCHAROW LLP
100 Park Avenue
New York, NY 10017
Telephone: (212) 907-0853
Facsimile: (212) 818-0477

Eric Belfi
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

**Counsel for Defendants:**

Thomas M. Siebel, Chairman & CEO
Kenneth M. Goldman, SVP & CFO
R. David Schmaier, Executive VP
SIEBEL SYSTEMS, INC.
2207 Bridgepoint Parkway
San Mateo, CA 94404
Telephone: (650) 295-5000

Penelope Grayboys
CLIFFORD CHANCE
One Market, Steuart Tower
San Francisco, CA 94105
Telephone: (415) 778-4700
Facsimile: (415) 778-4701