Apple Inc. v. Psystar Corporation

Doc. 1092



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL CREDIT REPORTING ASSOCIATION, INC.,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX, INC., and TRANSUNION, LLC, and DOES 1 through 50, inclusive,

Defendants.
____________________________________/

No. C 04-01661 WHA

**ORDER CONTINUING HEARINGS ON PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION TO TRANSFER**

The parties filed a stipulation and proposed order to continue the hearing dates for plaintiff's motion to remand and defendants' motion to transfer, as well as, the time for the parties to file corresponding opposition and reply briefs. The Court is unavailable on the proposed date for the hearings. Accordingly, the hearing on plaintiff's motion to remand will be **CONTINUED** to **JULY 8, 2004, at 8 a.m.**; the hearing on defendants' motion to transfer will be continued to the same date. The parties shall file their opposition and reply briefs according to Civil Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: May 25, 2004.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com