Apple Inc. v. Psystar Corporation Doc. 1107

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 28, 2004

RE: CV 03-01179 JSW LASER DESIGN INTERNATIONA-v- BJ CRYSTAL, INC, ET AL

Default is entered as to Vitro International, LLC, Vitro USA and 3DLI, Inc. on May 28, 2004.

RICHARD W. WIEKING, Clerk

by Valerie Kyono
Case Systems Administrator

NDC TR-4 Rev. 3/89

Dockets.Justia.com