Apple Inc. v. Psystar Corporation

Doc. 1118

KAREN L. UNO State Bar #117410
LONG & LEVIT LLP
601 Montgomery, Suite 900
San Francisco, CA 94111
TEL: (415) 397-2222 FAX: (415) 397-6392

Attorneys for Defendant
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, erroneously also sued as AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BITTNER, INC; BITTNER FINE STATIONARY; DETLEF BITTNER,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PROPERTY & CASUALTY INSURANCE COMPANY; AMCO INSURANCE COMPANY; and DOES 1 through 100,<br><br>Defendants. | CASE No. C 04-02093 RS ARB<br><br>**PROOF OF SERVICE RE DOCUMENTS FROM THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA** |



Dockets.Justia.com

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 601 Montgomery Street, Suite 900, San Francisco, CA 94111.

On June 3, 2004, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of ***Bittner, Inc. et al. v. Allied Property & Casualty Ins. Co.***, United States District Court, Northern District of California, San Jose Division, Case No. C 04-02093 RS ARB

Dispute Resolution Procedures in the Northern District of California;
Order Setting Initial Case Management Conference;
Guidelines from the United States District Court, San Jose Division;
Notice of Electronic Availability of Case File Information;
Joint Case Management Statement and Proposed Order;
Waiver of Service of Summons;
Standing Order Regarding Case Management in Civil Cases;
Instructions for Completion of ADR Forms Regarding Selction [sic] of an ADR Process;
Notice of Need for ADR Phone Conference / ADR Certification;
General Order No. 40 Prohibition of Bias;
Standing Order Re: Initial Case Management;
Notice of Assignment of Case to a United States Magistrate Judge;
Consent to Proceed Before a United States Magistrate Judge; and
Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge

SERVED UPON: **ATTORNEY(S) NAMES – OR – "SEE ATTACHED SERVICE LIST"**

*Attorneys for Plaintiffs*
Charles G. Warner, Esq.
Law offices of Charles G. Warner
10 Ragsdale Drive, Suite 175
Monterey, CA 93940
Fax: 831-375-4159

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business. [CCP § 1013]

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 3, 2004, at San Francisco, California.

PATRICIA JEFFERIES

DOCS\S5240-194\479793.V1



LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222