LSI LOGIC

# Integra™ Architecture
# A Powerful, Flexible, Low-Cost Solution for Set-Top Box Design
White Paper

## Integration of Peripherals and Glue Logic

Another opportunity to reduce the cost of the set-top box comes from reducing the glue logic required to interconnect the different modules. Glue logic is required to solve such problems as bus formatting, handshake requirements and hardware workarounds. Glue logic is expensive if implemented discretely. Integration of more functional blocks on-chip decreases the amount of discrete glue logic required since all of the required interfacing between the blocks is done on-chip. Use of a chipset for the entire set-top box from the same IC vendor rather than mixing and matching between IC vendors can result in cleaner interfaces and possibly eliminate the need for glue logic.

Commonly used peripherals in a set-top box are serial ports that connect to smart card interfaces and modems; parallel ports that can be used to transfer data between the set-top and a PC; teletext and $I^2C$ interfaces. These peripherals can add substantially to the cost of the set-top box if implemented discretely as has been done to date. By combining them with some of the other functional blocks shown in Figure 1, the incremental cost from adding these peripherals is minimal.

Other benefits that accrue with the increased level of integration: include a reduced power dissipation, lower package count, increased reliability, lower EMI radiation, cleaner printed circuit boards and less interconnects.

## Upgrade of CPU's

Many set-top boxes are based on older CPU's and have a serious limitation: CPU upgradability within the processor family is limited because of the price/performance curve. See Figure 2 for price/performance curves. In this figure, "EC000" stands for the Motorola 68K family of embedded processors. This shows that as performance increases from one family member to the next, the core area and hence, the cost increases disproportionately. Many companies have recognized this limitation. Since the 68K family is not powerful enough to keep up with future requirements, Motorola has announced "Coldfire" as its successor. However, Coldfire is not software compatible with the 68K family. Consequently, there is a development cost associated with the transition from 68K to Coldfire. Motorola also introduced the PowerPC family of processors but since this family is even less compatible with the 68K family, it requires a major rewrite of all code. Essentially, going forward, the choice of CPU is open, since code has to be rewritten. Selecting the right CPU today prevents this problem from recurring in the future.

With older CPU families, it is hard to upgrade the performance because one pays a progressively higher price for each incremental mips (million instructions per second). This means making do with mediocre CPU performance which has two negative consequences:

1. Additional dedicated hardware is required for tasks that could be done in software. Since CPU power is limited, all the tasks that vary between service providers cannot be moved to software, so for each different network requirement, this hardware will have to be redesigned.

2. If a less powerful CPU is used, then time-critical portions of the software have to be coded in assembler (instead of a high-level language), making it difficult to reuse the software in other applications.



EXHIBIT E



Dockets.Justia.c

**Requirements of a Development Platform**

Now examine what kind of development platform may be needed to design a set-top box. general guideline is to have the development platform look very similar to an actual set-tc box. In fact, if the development platform can actually perform as a set-top box, then it has many advantages. For one, it serves as a proof of concept of the chips provided by the vendor and thereby provides the reassurance that the chips perform together as a comple! system. Additionally, it serves as a reference for hardware and software development. In particular, debugging can be done for each subsystem separately because the demonstratic platform can be substituted for the remaining subsystems.

Since the development platform should function like a real set-top box, a demonstration program is required which allows many features such as play, fast-forward, record, stop, pause, mute, etc. A complete system with operating system, device drivers and other soft ware that is used in a real set-top design needs to be developed. Third party developmen tools support that allows the capability to create and debug our application completes this ideal platform.

**LSI Logic's Integrated Solution**

LSI Logic offers an integrated solution for set-top design that is both powerful and flexible. The various enhancements proposed in "How to Enhance Today's Architecture" have beer incorporated into the implementation. Additionally, LSI Logic offers "Integra™ SDP 1000", which is a development platform that allows for the concurrent development of software fo MiniRISC based set-top decoders with CSIC development and hardware design. In this section, the set-top box chipset and the development platform are briefly discussed.

**LSI Logic's Implementation**

The proposed Integra architecture has been implemented in a chipset consisting of the following three chips: (see Figure 6)

1. L64005 MPEG2 Audio/Video decoder with SDRAM interface.
2. L64008 Integrated MPEG2 transport demultiplexer, MiniRISC CPU and Descrambler.
3. L64704 Single chip DBS satellite receiver with QPSK demodulator and FEC.

   or

   L64768 Single chip cable receiver with QAM demodulator and FEC.

EXHIBIT E

LSI LOGIC

# Integra™ Architecture
# A Powerful, Flexible, Low-Cost Solution for Set-Top Box Design
White Paper




**Figure 6. Integra Architecture**

The L64008 chip consists of a MPEG2, JSAT, DVB-compliant transport demultiplexer, a MiniRISC CPU, commonly used system peripherals, glue logic and a DVB-compliant descrambler all integrated on a single chip. The chip is flexible and allows the user to handle transport layer variations via a highly programmable section filter. The on-chip CPU has the power to perform all system tasks and all transport related functions currently performed by external host processors. It has enough processing power to perform additional tasks such as graphics, ATM SAR and high level coding. Third party software support is available for the MIPS CPU.

The L64704 is a single chip DBS receiver that integrates QPSK/BPSK variable rate demodulator cores and FEC. It is fully DVB-compliant and interfaces seamlessly with the L64008. In cable applications, the L64768 cable receiver can be substituted. The L64005 is a singlechip MPEG2 Audio/Video decoder which is switchable between DRAM and SDRAM memory types. It requires only 16 Mbits of memory to support either PAL or NTSC and interfaces seamlessly with the L64008.



EXHIBIT E

# SC2000 Single-Chip Source Decoder

**Features**

- High level of integration
- Industry-standard TinyRISC 108 Mhz MIPS CPU
- 5-Plane graphics engine
- ISO/IEC 13818 (MPEG-2) MP@ML-compliant
- DVB transport coprocessor and descrambler
- Unified OSG/CPU/Transport memory architecture and dedicated A/V memory
- DVD support (SC2100)
- Integrated multistandard encoder
- Independently programmable Video DACs
- Integrated Audio DACs
- Anti-taping (Macrovision)
- General-purpose DMA controllers
- IEEE1284 port
- SmartCard Interface
- UARTs / Modem Codec Interface
- Infrared ports
- $I^2C$-compatible interface
- Auxport Glueless Interface to External 1394 PHY chips
- Dolby AC3 support (SC2100)
- External CPU support
- General-purpose I/Os
- Software libraries and development tools
- Embedded debug capabilities (EJTAG)
- LSI Logic also offers a worldwide support organization with offices located throughout the world and backed by corporate product-line and design engineers, to ensure customer success with the company's set-top box products.




SC2000 System Block Diagram

## Leading Class CPU

SC2000 features a high-performance 108 MHz 32-bit TinyRISC MIPS microprocessor, offering industry-standard software compatibility while providing:

- Significant headroom for applications and system services to expand after system deployment.
- Wide choice, from recognized industry leaders, of professional software development tools.
- Smooth migration of software developed for previous-generation LSI Logic set-top box solutions.
- Protection of software investment for future LSI Logic MIPS-based set-top box solutions.
- Support for a compact MIPS16 instruction set that can offer up to a 40 percent reduction in code size, while retaining full compatibility with existing 32-bit binary code.

EXHIBIT E

New Standard of Performance

By combining LSI Logic's market-proven technologies and cores with an optimized architecture, SC2000 with its rich feature set delivers definitive performance to meet future generation set-top box requirements.

SC2000 features a dual memory architecture that provides two significant benefits for system performance.

- The dedicated A/V memory bus provides the high bandwidth required for MPEG-2 decoding without compromising the CPU and graphics subsystem performance.
- The unification of the CPU and OSG memories delivers high-performance graphics processing.

The On-Screen Graphics (OSG) subsystem provides a 5-plane display architecture and a high-performance 2D Block Move engine. This technology, combined with the on-chip TinyRISC MIPS CPU, is essential for delivering compelling Electronic Programming Guides (EPG), information service and entertainment applications. The embedded Video Mixer, combined with the six independently programmable Video DACs, provides a very flexible output stage.



SC2000 Block Diagram

## Benefits

- Lower system cost, smaller form factor
- Simplified inventory management
- The CPU architecture of choice for consumer electronics systems, with a large third-party software base offers a smooth software migration path
- Compact code size of MIPS16 reduces the amount of FLASH memory required to implement a set-top box
- Rapid time-to-market and reduced development costs
- System-level product differentiation by software
- Robust digital video and audio decoding
- DVB, MULTI2 or external descrambling
- High performance graphics processing
- Single H/W platform for multiple markets
- Content piracy protection

LSI LOGIC

EXHIBIT E

# SC2000 Single-Chip Source Decoder

### New Standard of Performance (continued)

A flexible, independent expansion bus (E-Bus) allows glueless connection of FLASH memory (including synchronous flash) for program storage and additional system peripherals. The E-Bus supports 8-, 16-, and 32-bit wide devices in any combination, and also supports an external bus master.

### LSI Logic Integra Set-top Development Platform

With maximum integration, flexibility and reliability, the SC2000 combined with LSI Logic's L64733/34 Tuner-Receiver chip set offers a complete three-chip satellite set-top box solution. In addition, the SC2000 complements LSI Logic's Cable and Digital Terrestrial Channel Products offering a complete End-to-End Silicon solution for set-top box manufactures.




**SC2000 Daughter Card, part of the Set-Top Development Platform**

With the Integra Set-top Development Platform (SDP2000), LSI Logic provides a complete development environment, combining its powerful hardware and software components into a comprehensive platform that accelerates the development of customized, leading-edge set-top box solutions. It permits designers to implement complete set-top box solutions, ranging from graphics-rich satellite broadcast receiver boxes to advanced entertainment systems supporting web browsing, video gaming or high-speed Internet access.

For more information please call:
Europe +32.11.300.351
408.433.7700 Dept. JDS
www.lsilogic.com

LSI Logic Corporation
North American Headquarters
Milpitas, CA
Tel: 408.433.8000

LSI Logic Europe Ltd
European Headquarters
United Kingdom
Tel: 44.1344.426544
Fax: 44.1344.481039

LSI Logic KK Headquarters
Tokyo, Japan
Tel: 81.3.5463.7821
Fax: 81.3.5463.7820

ISO 9000 Certified

LSI Logic logo design, Integra and TinyRISC are trademarks or registered trademarks of LSI Logic Corporation. All other brand and product names may be trademarks of their respective companies.

LSI Logic Corporation reserves the right to make changes to any products and services herein at any time without notice. LSI Logic does not assume any responsibility or liability arising out of the application or use of any product or service described herein, except as expressly agreed to in writing by LSI Logic; nor does the purchase, lease, or use of a product or service from LSI Logic convey a license under any patent rights, copyrights, trademark rights, or any other of the intellectual property rights of LSI Logic or of third parties.

Copyright ©1999 by LSI Logic Corporation.
All rights reserved.

LSI LOGIC

Order No. I20058
5399.3K.CM.L - Printed in USA

EXHIBIT E

# SC2000 Single-Chip Source Decoder

## Integra™ 2000 Solution for Set-Top Box Manufacturers

### Overview

The SC2000 Source Decoder sets the performance, flexibility and functionality standard for next-generation, interactive set-top boxes and convergence products on a single chip. As a component of the Integra 2000 set-top box platform, the SC2000 integrates the functions of DVB transport and MPEG-2 decoding, a 2D graphics engine, a multistandard video encoder, audio DACs and a TinyRISC™ MIPS CPU in a powerful, cost-optimized single-chip solution. Supporting multiple broadcast requirements and offering an advanced feature set that utilizes an optimized internal architecture, SC2000 delivers significantly higher performance and graphics capabilities than current-generation set-top box solutions.

### Application Flexibility

SC2000 enables OEMs, for the first time, to target the high-volume mass markets with a range of interactive set-top box or embedded solutions, allowing them to leverage new forms of information and entertainment in the set-top box platform.

SC2000 provides the full spectrum of video and audio entertainment, enabling sophisticated applications in a cost-effective solution that does not compromise overall box performance.




SC2000 brings performance, flexibility and functionality to the next-generation consumer products.




SC2000

*By integrating the functionality of multiple components into a single chip, SC2000 delivers advanced functionality and superior performance in a small form-factor device designed for high reliability and low manufacturing cost.*

*SC2000 extends today's set-top box specifications to meet the requirements of more sophisticated, higher-performing platforms of the future.*

LSI LOGIC

EXHIBIT E

# L64724 Satellite Receiver

Preliminary Datasheet

LSI

The L64724 is designed specifically to meet the needs of satellite broadcast digital TV and is compliant with the European digital video broadcast (DVB-S) standard and the technical specifications for DSS systems. A block diagram of the L64724 is shown in Figure 1.

**Figure 1 L64724 Block Diagram**





Copyright © 1995–1997 by LSI Logic Corporation. All rights reserved.


EXHIBIT E

The L64724 contains the following main blocks:

- BPSK/QPSK demodulator
- Concatenated forward error correction (FEC) decoder

The BPSK/QPSK module performs binary and quadrature phase-shift keying (BPSK/QPSK) demodulation, a method of extracting a digital signal from a phase-modulated analog signal.

The concatenated FEC decoder is a complete concatenated FEC decoder that uses a Viterbi inner code and a Reed-Solomon outer code. The FEC decoding pipeline also contains all of the necessary synchronization, deinterleaving, and scrambling functions for a complete decoding solution.

The L64724 provides maximum integration and flexibility for system designers at a minimum cost. It contains an on-chip dual 6-bit analog-to-digital converter (ADC) as well as an on-chip microcontroller. The microcontroller controls the tuner as well as acquisition and tracking, which eliminates interaction from the main CPU, freeing up the CPU to perform other functions. The number of external components required to build a system is minimal because both clock and carrier loops are incorporated into the device.



EXHIBIT E

## Features and Benefits

- Supports DVB and DSS system specifications.
- BPSK/QPSK demodulation rates from 1 to 45 Mbaud.
- Matched filter (square root raised cosine filter with roll off factor of 20% or 35%).
- Anti-aliasing filters for operation from 1 to 45 MBaud without switching external SAW filters or the need for low-pass filters.
- On-chip digital clock synchronization.
- On-chip digital carrier synchronization, featuring a frequency sweep capability for signal acquisition.
- Auto-acquisition demodulator mode and tuner control through an on-chip microcontroller.
- Integrated phase-locked loop (PLL) for clock synthesis, allowing the use of a fundamental mode crystal.
- Dual ADC.
- Fast channel switching mode.
- Power estimation for AGC control.
- Programmable Viterbi decoder module for rates 1/2, 2/3, 3/4, 5/6, 6/7, and 7/8.
- (204/188), (146/130) Reed-Solomon decoder.
- Auto-synchronization for Viterbi decoder.
- Programmable synchronization for deinterleaver, Reed-Solomon decoder, and descrambler.
- Bit error monitoring for channel performance measurements.
- Depth 12 convolutional deinterleaver.
- Serial host interface compatible with the LSI Logic Serial Control bus interface.
- Power-down mode.
- On-chip microcontrolled acquisition and tracking, eliminating microcontroller interaction, and simplifying software development.

## Typical Application

- A typical application of the L64724 is satellite digital TV reception in accordance with the DVB 1110 Rev. 7 standard. Figure 2 shows the



EXHIBIT E

L64724 satellite receiver implemented in a typical satellite receiver set-top decoder box. Also shown are two other LSI Logic products:

- L64008 MPEG-2 Transport Demultiplexer
- L64005 MPEG-2 Audio/Video Decoder

**Figure 2 Set-Top Decoder Box Block Diagram**






EXHIBIT E

## Signal Descriptions

This section provides detailed information on the L64724 signals. Figure 3 shows the logic symbol of the L64724.

**Figure 3 L64724 Logic Symbol**






EXHIBIT E

224

As shown in Figure 3, the L64724 has the following major interfaces:

- Channel
- Channel Clock
- Channel Data Output
- PLL
- ADC
- AGC/Clock Control
- Microcontroller
- Control Signal

The following signal descriptions are listed according to the major interface groups.

## Channel Interface

The Channel Interface is the input path to the L64724 satellite receiver. The two signals IVIN and QVIN are the I and Q streams from the satellite tuner circuit. The CLK signal strobes in the data signals.

**IBYPASS[5:0]** **I Channel Data** **Input**
The IBYPASS[5:0] signals form the Digital Received I Channel data input bus, which supplies the I Stream to the L64724 when the ADC is bypassed.

**IVIN** **I Channel Data** **Input**
The IVIN signal is the Analog Received I Channel data input bus, which supplies the I Stream to the L64724.

**QBYPASS[5:0]**
**Q Channel Data** **Input**
The QBYPASS[5:0] signals form the Digital Received Q Channel data input bus, which supplies the Q Stream to the L64724 when the ADC is bypassed.

**QVIN** **Q Channel Data** **Input**
The QVIN signal is the Analog Received Q Channel data input bus, which supplies the Q Stream to the L64724.



EXHIBIT E

## Channel Clock Interface

**CLK** — **IVIN/QVIN Input Clock** — **Input**

CLK is a positive, edge-triggered clock that strobes input data to the L64724.

**XOIN** — **Crystal Oscillator In** — **Input**

The XOIN pin is used for a crystal oscillator or external reference clock input.

**XOOUT** — **Crystal Oscillator Out** — **Output**

The XOOUT pin is the crystal oscillator output pin.

## Channel Data Output Interface

The Channel Data Output Interface is the output path from the L64724. It is typically connected to the input of the transport demultiplexer in a set-top decoder application.

**BCLKOUT** — **Byte Clock Out** — **Output**

The BCLKOUT output signal is a strobe that indicates valid data bytes on the CO[7:0] bus when the L64724 is in Parallel Channel Output mode. The BCLKOUT signal cycles once every valid output data byte and is used by the transport demultiplexer to latch output data from the L64724 at the BCLKOUT rate. The BCLKOUT signal must be disregarded in Serial Channel Output mode.

**CO[7:0]** — **Channel Data Out** — **Output**

The CO[7:0] signals form the decoded output data port. In Parallel Channel Output mode (OF=1, Group 4, APR 17) the L64724 outputs the channel data as 8-bit wide parallel data on the CO[7:0] signals. In Serial Channel Output mode (OF = 0) the L64724 outputs the channel data as serial data on CO[0]. It is latched on every bit clock cycle. The chronological ordering in Serial Channel output mode is MSB oldest, LSB newest.

**COE** — **Channel Output Enable** — **Input**

When asserted, the COE signal enables the ERROROUT, CO[7:0], DVALIDOUT, BCLKOUT, and FSTARTOUT pins. Operation of the receiver continues regardless of the state of the COE signal.



EXHIBIT E

**DVALIDOUT** **Valid Data Out** **Output**

The DVALIDOUT signal indicates that the CO[7:0] signals contain the corrected channel data. New data is valid on the output when the DVALIDOUT signal is asserted. DVALIDOUT is not asserted during the propagated check and GAP bytes. The DVALIDOUT signal is deasserted after the FEC_RST register bit (Group 4, APR 55) is set to a one.

**ERROROUT** **Error Detection Flag** **Output**

The L64724 asserts the ERROROUT pin to flag uncorrectable errors. The L64724 asserts the ERROROUT signal at the beginning of any frame that contains an uncorrectable error, and deasserts it at the end of the frame if the error condition is removed. ERROROUT is exactly aligned with the output data stream.The ERROROUT signal is asserted after the FEC_RST register bit (Group 4, APR 55) is set to a one.

**FSTARTOUT** **Frame Start Output** **Output**

The L64724 asserts the FSTARTOUT signal during the first bit of every frame with valid data in Serial Channel Output mode and during the first byte in Parallel Channel Output mode. FSTARTOUT is valid only when the DVALIDOUT signal is asserted. The FSTARTOUT signal is deasserted after the FEC_RST register bit (Group 4, APR 55) is set to a one.

## PLL Interface

The PLL circuitry multiplies the Channel Clock Recovery circuit Serial Clock (SCLK) signal (XCTR_OUT[0] functions as SCLK) by 2, 3, or 4 times the symbol rate, based on the Viterbi code rate.

**LCLK** **Decimated Clock Output** **Output**

The L64724's internal clock generation module generates the LCLK signal. LCLK is derived from CLK by dividing by the value of the CLK_DIV2 parameter.

**LP2** **Input to VCO** **Input**

The LP2 signal is the input to the internal voltage-controlled oscillator. It is normally connected to the output of an external RC timing circuit.



EXHIBIT E

**PCLK** — **PLL Clock Output** — **Output**

The L64724's internal PLL clock synthesis module generates the PCLK signal. The CLK signal drives the PLL. The PLL clock synthesis module can be configured to generate a PCLK rate that is appropriate for all data rates.

**PLLAGND** — **PLL Analog Ground** — **Input**

PLLAGND is the analog ground pin for the PLL module and is normally connected to the system ground plane.

**PLLVDD** — **PLL Power** — **Input**

PLLVDD is the power supply pin for the PLL module and is normally connected to the system power ($V_{DD}$) plane.

**PLLVSS** — **PLL Ground** — **Input**

PLLVSS is the ground pin for the PLL module and is normally connected to the system ground plane.

## ADC Interface

The ADC module converts the incoming IVIN and QVIN signals into an internal 6-bit digital representation for processing. The following pins support the ADC module.

**ADCVDDI/Q** — **ADC Power** — **Input**

ADCVDDI/Q are the analog power supply pins for the ADC module and are normally connected to the system power ($V_{DD}$) plane.

**ADCVREFI/Q** — **ADC Reference** — **Input**

ADCVREFI/Q are connected to the ADC reference voltage.

**ADCVREFNI/Q**

**ADC Reference** — **Input**

ADCVREFNI/Q are connected to the ADC reference voltage.

**ADCVSSI/Q** — **ADC Analog Ground** — **Input**

ADCVSSI/Q are the analog ground pins for the ADC module and are normally connected to the system ground plane.



EXHIBIT E

**IBIAS** — **Current Bias I** — **Input**

The IBIAS pin supplies the current bias for the I channel ADC.

**QBIAS** — **Current Bias Q** — **Input**

The QBIAS pin supplies the current bias for the Q channel ADC.

## AGC/Clock Control Interface

**PWRP** — **Power Control** — **Output**

The PWRP signal is the positive modulated output used for power control and can drive an external passive RC filter that feeds the gain control stage.

## Microcontroller Interface

The Microcontroller Interface connects the L64724 to a microcontroller, such as the 64008.

**A[2:0]** — **Address** — **Input**

The A[2:0] signals form the receiver address bus. The address bus is used in conjunction with an eight-bit data bus D[7:0], a read/write strobe (READ/WRITE), a chip select strobe (CS), and an address strobe (AS) to select, read, and write internal registers.

**AS** — **Address Strobe** — **Input**

The AS signal is an active-LOW address strobe input. The L64724 latches the address on the A[2:0] signals on the falling edge of the AS signal.

**CS** — **Chip Select** — **Input**

The CS signal is an active-LOW chip select strobe input. During a read cycle, the microcontroller must assert CS (LOW) to access the on-chip data registers. The controller must latch the data from the L64724 on the rising edge of CS. During a write cycle, CS must be asserted prior to data being valid from the controller to the L64724. After the data has met the minimum setup time, the microcontroller deasserts CS (HIGH) to strobe the data. There is a minimum write time to allow for internal synchronization. Setup and hold times are measured with respect to the falling edge of CS.



EXHIBIT E

**D[7:0]** — **Data** — **Bidirectional**

The D[7:0] signals form the bidirectional data bus, which is the input data bus when data is written to the L64724 chip and the data output bus when the L64724 chip is read in Parallel Host Interface mode (the HOST_MODE pin is HIGH). The data lines are 3-stated when not being read or written. When Serial Host Interface mode is selected (the HOST_MODE pin is LOW), D[0] is used as the Serial Clock (SCLK) signal to synchronize the transfer of serial data on the Serial Data (SDATA) pin (XCTR_OUT[1] functions as SDATA), D[1] is used as the SDATA signal to transfer of serial data, and D[2] and D[3] are used as the two LSBs of the L64724 slave address.

**DTACK/POL** — **Data Acknowledge/Wait Polarity** — **Input**

The DTACK/POL signal determines the polarity of the Data Acknowledge/Wait Signal. When the DTACK/POL signal is LOW, DTACK/WAIT is active-LOW. When DTACK/POL is HIGH, DTACK/WAIT is active-HIGH.

**DTACK/WAIT** — **Data Acknowledge/Wait** — **Output**

The DTACK/WAIT signal is an output indicating that the transaction on the D[7:0] bus has been completed. It is active-LOW when DTACK/POL is LOW and active-HIGH when DTACK/POL is HIGH.

**HOST_MODE** — **Serial or Parallel Host Interface Select** — **Input**

When the HOST_MODE signal is deasserted, it selects the Serial Host Interface mode. When it is asserted, it selects the Parallel Host Interface mode.

**INT** — **Interrupt** — **Output**

The L64724 asserts the INT signal (LOW) when an internal unmasked interrupt flag is set. The INT signal remains asserted as long as the interrupt condition persists and the interrupt flag is not masked.

**READ/WRITE** — **Read/Write Strobe** — **Input**

The microcontroller asserts the READ/WRITE signal (HIGH) to indicate that the current transaction is a read from the L64724, and deasserts it (LOW) to indicate that it is a write to the L64724.



EXHIBIT E

## Control Signal Interface

The Control Signal Interface signals control the operation of the L64724. They are not associated with any particular interface.

**IDDTN** **Test Pin** **Input**
The IDDTN pin is an LSI Logic internal test pin. Set the IDDTN pin LOW for normal operation.

**RESET** **Reset** **Input**
RESET is an active-HIGH signal that resets all internal data paths. RESET timing is asynchronous to the device clocks and does not affect the configuration registers. It performs the same operation as the reset bits specified in the Group 4 APR 36 register.

**XCTR_IN** **Control Input Pin** **Input**
The XCTR_IN pin is an external input control pin. It is sensed by reading the corresponding bit in the Group 3, APR 6 register.

**XCTR_OUT[3]** **Control Output/Sync Status Flag** **Output**
The XCTR_OUT[3] pin indicates the synchronization status for one of three synchronization modules in the L64724 (Viterbi decoder sync, DI/RS sync, and descrambler sync) or the XCTR.3 field in Group 4, APR 55. For any of the three synchronization outputs, the XCTR_OUT[3] signal, when asserted, indicates that synchronization has been achieved for the chosen sync module. When deasserted, the signal indicates an out-of-synchronization condition.

**XCTR_OUT[2:0]** **Control Output Pins** **Output**
The XCTR_OUT[2:0] pins are external output control pins. They are set by programming the corresponding bits in the Group 4, APR 55 register. XCTR_OUT[0] can function as the Serial Clock (SCLK) signal, and XCTR_OUT[1] can function as the Serial Data (SDATA) signal.



EXHIBIT E

# Specifications

This section contains the electrical, timing, and mechanical specifications for the L64724 satellite receiver.

## Electrical Specifications

This section contains the electrical parameters for the L64724. Table 1 lists the absolute maximum values. Exceeding the values listed may cause damage to the L64724. Table 2 gives the recommended operating supply voltage and temperature. Table 3 shows the pin capacitance, Table 4 gives the DC characteristics, and Table 5 summarizes the pins.

**Table 1 L64724 Absolute Maximum Rating (Referenced to $V_{SS}$)**

| Symbol | Parameter | Limits[1] | Units |
|---|---|---|---|
| $V_{DD}$ | DC Supply Voltage | –0.3 to +3.9 | V |
| $V_{IN}$ | LVTTL Input Voltage | –1.0 to $V_{DD}$ + 0.3 | V |
| $V_{IN}$ | 5 V Compatible Input Voltage | –1.0 to 6.5 | V |
| $I_{IN}$ | DC Input Current | ±10 | mA |
| $T_{STG}$ | Storage Temperature Range (Plastic) | –40 to +125 | ° C |

1. Note that the ratings in this table are those beyond which permanent device damage is likely to occur. These values should not be used as the limits for normal device operation.

**Table 2 L64724 Recommended Operating Conditions**

| Symbol | Parameter | Limits[1] | Units |
|---|---|---|---|
| $V_{DD}$ | DC Supply Voltage | +3.14 to 3.47 | V |
| $T_A$ | Operating Ambient Temperature Range (Commercial) | 0 to +70 | ° C |
| $T_C$ | Case Temperature | 0 to +85 | ° C |

1. For normal device operation, adhere to the limits in this table. Sustained operation of a device at conditions exceeding these values, even if they are within the absolute maximum rating limits, may result in permanent device damage or impaired device reliability. Device functionality to stated DC and AC limits is not guaranteed if conditions exceed recommended operating conditions.



EXHIBIT E

**Table 3 L64724 Capacitance**

| Symbol | Parameter[1] | Max | Units |
|---|---|---|---|
| $C_{IN}$ | Input Capacitance | 5 | pF |
| $C_{OUT}$ | Output Capacitance | 5 | pF |

1. Measurement conditions are $V_{IN}$ = 3.3 V, $T_A$ = 25 °C, and clock frequency = 1 MHz.

**Table 4 DC Characteristics of the L64724**

| Symbol | Parameter[1] | Condition[2] | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|
| $V_{DD}$ | Supply Voltage | | 3.0 | 3.3 | 3.6 | V |
| $V_{IL}$ | Input Voltage LOW | | $V_{SS}$ – 0.5 | | 0.8 | V |
| $V_{IH}$ | Input Voltage HIGH | LVTTL Com/Ind/Mil Temp Range | 2.0 | | $V_{DD}$ + 0.3 | V |
| | | 5-V compatible | 2.0 | | 5.5 | V |
| $V_T$ | Switching Threshold | | | 1.4 | 2.0 | V |
| $I_{IL}$ | Input Current Leakage | $V_{DD}$ = Max, $V_{IN}$ = $V_{DD}$ or $V_{SS}$ | –10 | 1 | 10 | µA |
| $I_{IPU}$ | Input Current Leakage w/Pull-up | $V_{IN}$ = $V_{SS}$ | –62 | –215 | –384 | µA |
| $I_{IPD}$ | Input Current Leakage w/Pull-down | $V_{IN}$ = $V_{DD}$ | –62 | –215 | –384 | µA |
| $V_{OH}$ | Output Voltage HIGH | $I_{OH}$ = –1.0, –2.0, –4.0, –6.0, –8.0, –12.0 mA | 2.4 | | $V_{DD}$ | V |
| $V_{OL}$ | Output Voltage LOW | $I_{OH}$ = 1.0, 2.0, 4.0, 6.0, 8.0, 12.0 mA | | 0.2 | 0.4 | V |
| $I_{OZ}$ | 3-state Output Leakage Current | $V_{DD}$ = Max, $V_{OUT}$ = $V_{SS}$ or 3.5 V | –10 | 1 | 10 | µA |
| $I_{DD}$ | Quiescent Supply Current | $V_{IN}$ = $V_{DD}$ or $V_{SS}$ | | | 2 | mA |
| $I_{CC}$ | Dynamic Supply Current | f = MHz, $V_{DD}$ = Max | TBD | | | mA |



EXHIBIT E

**Table 5 L64724 Pin Description Summary**

| Mnemonic | Description | Type |
|---|---|---|
| A[2:0] | Address | TTL input with pull-down[1] |
| ADCVDDI/Q | ADC Power | Input |
| ADCVREFI/Q | ADC Reference | Input |
| ADCVREFNI/Q | ADC Input Reference | Input |
| ADCVSSI/Q | ADC Ground | Input |
| AS | Address Strobe | TTL Input with pull-up[1] |
| BCLKOUT | Byte Clock Out | 3-State Output |
| CLK | Clock | TTL Input |
| CO[7:0] | Channel Data Out | 3-State Output |
| COE | Channel Output Enable | TTL Input with pull-up[1] |
| CS | Chip Select | TTL Input with pull-up[1] |
| D[7:0] | Data | Bidirectional TTL |
| DTACK/POL | Data Acknowledge/Wait Polarity | Input |
| DTACK/WAIT | Data Acknowledge/Wait | Open Drain Output |
| DVALIDOUT | Valid Data Output | 3-State Output |
| ERROROUT | Error Detection Flag | 3-State Output |
| FSTARTOUT | Frame Start Output | 3-State Output |
| HOST_MODE | Interface Select | Input |
| IBIAS | Current Bias I | Input |
| IBYPASS[5:0] | I Channel Data | TTL Inputs |
| IDDTN | Test Pin | Input |
| INT | Interrupt | Open Drain Output |
| IVIN | I Channel Data | Input |
| LCLK | Decimated Clock Output | Output |
| (Sheet 1 of 2) | | |



EXHIBIT E

Table 5 L64724 Pin Description Summary (Cont.)

| Mnemonic | Description | Type |
|---|---|---|
| LP2 | PLL Loop Filter | Input |
| PCLK | PLL Clock Output | Output |
| PLLAGND | PLL Analog Ground | Input |
| PLLVDD | PLL Power | Input |
| PLLVSS | PLL Ground | Input |
| PWRP | Power Control | Open Drain Output |
| QBIAS | Current Bias Q | Input |
| QBYPASS[5:0] | Q Channel Data | TTL Inputs |
| QVIN | Q Channel Data | Input |
| READ/WRITE | Read/Write Strobe | TTL Input with pull-up[1] |
| RESET | Reset | TTL Input |
| XCTR_IN | Control Input Pin | CMOS Input |
| XCTR_OUT[3:0] | Control Output Pins | CMOS Outputs |
| XOIN | Crystal Oscillator In | CMOS Input |
| XOOUT | Crystal Oscillator Out | CMOS Output |
| VDD | Digital Power Supply | Input |
| VSS | Digital Ground | Input |
| (Sheet 2 of 2) | | |

1. Do not use pull-up or pull-down signals for active edge timing.

This section includes AC timing information for the L64724. During AC testing, HIGH inputs are driven to 3.0 V and LOW inputs are driven to 0 V. For transitions between HIGH, LOW, and invalid states, timing measurements are made at 1.5 V, as shown in Figure 4.



EXHIBIT E

**Figure 4 AC Test Load and Waveform for Standard Outputs**




For 3-state outputs, timing measurements are made from the point at which the output turns ON or OFF. An output is ON when its voltage is greater than 2.5 V or less than 0.5 V. An output is OFF when its voltage is less than $V_{DD}$ – 0.5 V or greater than 0.5 V, as shown in Figure 5

**Figure 5 AC Test Load and Waveforms for 3-State Outputs**




Synchronous timing is shown in Figure 6. Synchronous inputs must have a setup and hold relationship with respect to the clock signal that samples them. Synchronous outputs have a delay from the clock edge that asserts them.

**Figure 6 L64724 Synchronous AC Timing**




The reset pulse requirements are shown in Figure 7.

**Figure 7 L64724 RESET Timing Diagram**




Figure 8 shows the relationship of the L64724 3-state signals to the COE signal.

**Figure 8 L64724 Bus 3-State Delay Timing**




Figure 9 and Figure 10 show the L64724 read and write cycle timing requirements.



EXHIBIT E

**Figure 9 L64724 Receiver Read Cycle**




**Figure 10 L64724 Receiver Write Cycle**






EXHIBIT E

The numbers in the first column of Table 6 (microcontroller disabled) and Table 7 (microcontroller enabled) refer to the timing parameters shown in the preceding figures. All parameters in the timing tables apply for $T_A$ = 0 °C to 70 °C and a capacitive load of 15 pF.

**Table 6 L64724 AC Timing Parameters with Microcontroller Disabled**

| Parameter | | Description | Register Groups | 90 MHz | | Units |
|---|---|---|---|---|---|---|
| | | | | Min | Max | |
| 1 | $t_{CYCLE}$ | Clock Cycle for PCLK and CLK | | 11.1 | – | ns |
| 2 | $t_{PWH}$ | Clock Pulse Width HIGH | | TBD | – | ns |
| 3 | $t_{PWL}$ | Clock Pulse Width LOW | | TBD | – | ns |
| 4 | $t_S$ | Input Setup Time to CLK | | TBD | – | ns |
| 5 | $t_H$ | Input Hold to CLK | | TBD | – | ns |
| 6 | $t_{OD}$ | Output Delay from CLK | | TBD | TBD | ns |
| 7 | $t_{RWH}$ | Reset Pulse Width HIGH | | 3 | – | CLK cycles |
| 8 | $t_{WK}$ | Wake-Up Time | | 280 | – | CLK cycles |
| 9 | $T_{DLY}$ | Delay from COE | | – | 15.0 | ns |
| 10 | $t_{SURCS}$ | READ/WRITE Setup before CS LOW | | 0.0 | – | ns |
| 11 | $t_{SUA}$ | A[2:0] Setup before AS LOW | | 15.0 | – | ns |
| 12 | $t_{HLDA}$ | A[2:0] Hold after AS LOW | Groups 0,1,4<br>Groups 2,3 | 0.0<br>0 | – | ns<br>CLK cycles |
| 13 | $t_{DCSDTL}$ | Data Valid to DTACK/WAIT LOW | Groups 0,1,4<br>Groups 2,3 | – | 15.0<br>1 | ns<br>CLK cycles |
| 14 | $t_{HLDD}$ | Write Data Hold after CS HIGH | | 0.0 | – | ns |
| 15 | $t_{CYCLE_CS}$ | Minimum CS Width | Groups 0,1,4<br>Groups 2,3 | 45.0<br>5 | – | ns<br>CLK cycles |
| 16 | $t_{HLDRCS}$ | READ/WRITE Hold after CS HIGH | | 0.0 | – | ns |
| (Sheet 1 of 2) | | | | | | |



EXHIBIT E

**Table 6 L64724 AC Timing Parameters with Microcontroller Disabled (Cont.)**

| Parameter | | Description | Register Groups | 90 MHz Min | 90 MHz Max | Units |
|---|---|---|---|---|---|---|
| 17 | $t_{WRREC}$ | Write Recovery Time | Groups 0,1,4<br>Groups 2,3 | 30.0<br>3 | – | ns<br>CLK cycles |
| 18 | $t_{DCSDTH}$ | CS HIGH to DTACK/WAIT HIGH | Groups 0,1,4<br>Groups 2,3 | – | 28.0<br>28.0 | ns<br>ns |
| 19 | $t_{DELD}$ | CS LOW to Data Valid | Groups 0,1,4<br>Groups 2,3 | 17.0<br>17.0 | 30.0<br>4 | ns<br>CLK cycles |
| 20 | $t_{DELLZ}$ | CS HIGH to Data 3-State | Groups 0,1,4<br>Groups 2,3 | 14.0 | 24.0 | ns<br>ns |
| 21 | $t_{SUD}$ | Data Setup before CS Change | | 15.0 | – | ns |
| 22 | $t_{HLDW}$ | AS Hold after CS LOW | Groups 0,1,4<br>Groups 2,3 | 10.0<br>2 | – | ns<br>CLK cycles |
| 23 | $t_{DELDTL}$ | CS LOW to DTACK/WAIT LOW | Groups 0,1,4<br>Groups 2,3 | – | 45<br>5 | ns<br>CLK cycles |
| 24 | $t_{RDREC}$ | Read Recovery Time | Groups 0,1,4<br>Groups 2,3 | 30.0<br>5.0 | – | ns<br>CLK cycles |
| (Sheet 2 of 2) | | | | | | |



EXHIBIT E

**Table 7 L64724 AC Timing Parameters with Microcontroller Enabled**

| Parameter | | Description | Register Groups | 90 MHz | | Units |
|---|---|---|---|---|---|---|
| | | | | Min | Max | |
| 1 | $t_{CYCLE}$ | Clock Cycle for PCLK and CLK | | 11.1 | – | ns |
| 2 | $t_{PWH}$ | Clock Pulse Width HIGH | | TBD | – | ns |
| 3 | $t_{PWL}$ | Clock Pulse Width LOW | | TBD | – | ns |
| 4 | $t_S$ | Input Setup Time to CLK | | TBD | – | ns |
| 5 | $t_H$ | Input Hold to CLK | | TBD | – | ns |
| 6 | $t_{OD}$ | Output Delay from CLK | | TBD | TBD | ns |
| 7 | $t_{RWH}$ | Reset Pulse Width HIGH | | 3 | – | CLK cycles |
| 8 | $t_{WK}$ | Wake-Up Time | | 280 | – | CLK cycles |
| 9 | $T_{DLY}$ | Delay from COE | | – | 15.0 | ns |
| 10 | $t_{SURCS}$ | READ/WRITE Setup before CS LOW | | 0.0 | – | ns |
| 11 | $t_{SUA}$ | A[2:0] Setup before AS LOW | | 15.0 | – | ns |
| 12 | $t_{HLDA}$ | A[2:0] Hold after AS LOW | Groups 0–4 | 0.0 | – | ns |
| 13 | $t_{DCSDTL}$ | Data Valid to DTACK/WAIT LOW | Groups 0–4 | – | 7 ns + 1 cycle | ns CLK cycles |
| 14 | $t_{HLDD}$ | Write Data Hold after CS HIGH | | 0.0 | – | ns |
| 15 | $t_{CYCLE_CS}$ | Minimum CS Width | Groups 0–4 | 31 | – | CLK cycles |
| 16 | $t_{HLDRCS}$ | READ/WRITE Hold after CS HIGH | | 0.0 | – | ns |
| 17 | $t_{WRREC}$ | Write Recovery Time | Groups 0–4 | 5 | – | CLK Cycles |
| 18 | $t_{DCSDTH}$ | CS HIGH to DTACK/WAIT HIGH | Groups 0–4 | – | 28.0 | ns |
| (Sheet 1 of 2) | | | | | | |



EXHIBIT E

**Table 7 L64724 AC Timing Parameters with Microcontroller Enabled (Cont.)**

| Parameter | | Description | Register Groups | 90 MHz | | Units |
|---|---|---|---|---|---|---|
| | | | | Min | Max | |
| 19 | $t_{DELD}$ | CS LOW to Data Valid | Groups 0–4 | 17.0 | 28 | CLK cycles |
| 20 | $t_{DELLZ}$ | CS HIGH to Data 3-State | Groups 0–4 | 14.0 | 24.0 | ns |
| 21 | $t_{SUD}$ | Data Setup before CS Change | | 15.0 | – | ns |
| 22 | $t_{HLDW}$ | AS Hold after CS LOW | Groups 0–4 | 2 | – | CLK cycles |
| 23 | $t_{DELDTL}$ | CS LOW to DTACK/WAIT LOW | Groups 0–4 | – | 30 | CLK cycles |
| 24 | $t_{RDREC}$ | Read Recovery Time | Groups 0–4 | 5 | – | CLK cycles |
| (Sheet 2 of 2) | | | | | | |

# Pinout, Package, and Ordering Information

The L64724 is available in a 100-pin PQFP and an 80-pin TQFP package. Table 8 lists ordering information for the L64724.

**Table 8 L64724 Ordering Information**

| Order Number | Clock Frequency (MHz) | Package Type | Operating Range |
|---|---|---|---|
| L64724QC | 90 MHz | 100-pin PQFP | Commercial |
| L64724BC | 90 MHz | 80-pin TQFP | Commercial |

The tables and figures that follow provide a pinout and a mechanical drawing for each package.

## Pinouts

Figure 11 gives the pinout for the 100-pin PQFP L64724 package, and Figure 12 gives the 80-pin TQFP pinout. The 80-pin version offers a serial, rather than a parallel, microcontroller interface and makes use of the internal ADC module instead of external ADCs.



EXHIBIT E

**Figure 11**
**100-Pin PQFP Pinout**






EXHIBIT E

EXHIBIT

**Figure 12 80-Pin TQFP Pinout**






EXHIBIT E

## Mechanical Drawings

Figure 14 is a mechanical drawing for the 100-pin PQFP L64724 package, and Figure 14 shows the 80-pin TQFP drawing.

**Figure 13 100-pin PQFP (UD) Mechanical Drawing**




| REVISIONS | | |
|---|---|---|
| DESCRIPTION | DATE | REV. |
| SEE DOCUMENT CONTROL TITLE PAGE | 3-19-97 | 2 |

| DIMENSIONS IN MM | | | | |
|---|---|---|---|---|
| SYM | MIN | NOM | MAX | NOTE |
| A | | | 3.40 | |
| A1 | 0.25 | | | |
| A2 | 2.55 | 2.80 | 3.05 | |
| B | 0.22 | | 0.38 | 8,10 |
| B1 | 0.22 | | 0.33 | |
| C | 0.11 | | 0.23 | 8,10 |
| C1 | 0.11 | | 0.17 | |
| D | 23.65 | 23.90 | 24.15 | 4 |
| D1 | 19.90 | 20.00 | 20.10 | 5 |
| D3 | | 18.85 REF | | |
| e | | 0.65 TYP | | |
| E | 17.65 | 17.90 | 18.15 | 4 |
| E1 | 13.90 | 14.00 | 14.10 | 5 |
| E3 | | 12.35 REF | | |
| L | 0.73 | 0.88 | 1.03 | |
| L1 | | 1.95 REF | | |
| N | | 100 | | |
| θ | 0 | | 7 | |
| θ1 | 0 | | | |
| θ2 | 5 | | 16 | |
| θ3 | 5 | | 16 | |
| ccc | | | 0.10 | |



EXHIBIT E

## Figure 13 (Cont.) 100-pin PQFP (UD) Mechanical Drawing




For board layout and manufacturing, obtain the most recent engineering drawings from your LSI Logic marketing representative by requesting the outline drawing for package code UD.



EXHIBIT E

246

## Figure 14 80-pin TQFP (UJ) Mechanical Drawing




For board layout and manufacturing, obtain the most recent engineering drawings from your LSI Logic marketing representative by requesting the outline drawing for package code UJ.



EXHIBIT E

## Figure 14 (Cont.) 80-pin TQFP (UJ) Mechanical Drawing




DETAIL D

For board layout and manufacturing, obtain the most recent engineering drawings from your LSI Logic marketing representative by requesting the outline drawing for package code UJ.

| DIMENSIONS IN MM | | | | |
|---|---|---|---|---|
| SYM | MIN | NOM | MAX | NOTE |
| A | | | 1.60 | |
| A1 | 0.05 | | 0.15 | |
| A2 | 1.35 | 1.40 | 1.45 | |
| B | 0.220 | 0.320 | 0.380 | 6, 10 |
| B1 | 0.220 | 0.300 | 0.330 | |
| C | 0.080 | 0.150 | 0.200 | 10 |
| C1 | 0.09 | | 0.16 | |
| D | 15.90 | 16.00 | 16.10 | 2 |
| D1 | 13.90 | 14.00 | 14.10 | 3 |
| e | | 0.65 BSC | | 8 |
| E | 15.90 | 16.00 | 16.10 | 2 |
| E1 | 13.90 | 14.00 | 14.10 | 3 |
| L | 0.45 | 0.60 | 0.75 | |
| L1 | | 1.00 | | |
| N | | 80 | | |
| R | 0.08 | 0.15 | 0.20 | |
| R1 | 0.08 | | | |
| S | 0.20 | | | |
| fff | | | 0.05 | |
| θ | 0 | 2.5 | 5 | |
| θ1 | 0 | 2.5 | 5 | |
| θ2 | 11 | 12 | 13 | |
| θ3 | 11 | 12 | 13 | |
| aaa | | | 0.20 | |
| bbb | | | 0.20 | |
| ccc | | | 0.10 | |
| ddd | | | 0.12 | 11 |

NOTES: UNLESS OTHERWISE SPECIFIED

1 DATUM PLANE –H– LOCATED AT MOLD PARTING LINE AND IS COINCIDENT WITH THE BOTTOM OF LEAD, WHERE THE LEAD EXITS THE PLASTIC BODY.

2 TO BE DETERMINED AT SEATING PLANE –C–.

3. DIMENSION D1 AND E1 DO NOT INCLUDE MOLD PROTUSION. ALLOWABLE PROTUSION IS .25mm PER SIDE.

4 THESE DIMENSIONS TO BE DETERMINED AT DATUM PLANE –H–.

5 ALL DIMENSIONS IN MILLIMETERS. CONTROLLING DIMENSION IN MILLIMETER. INCHES SHALL BE ROUNDED TO NEAREST .001 INCH.

6 DIMENSION B DOES NOT INCLUDE DAMBAR PROTRUSION. ALLOWABLE DAMBAR PROTRUSION SHALL BE 0.08mm TOTAL IN EXCESS OF THE B DIMENSION AT MAXIMUM MATERIAL CONDITION. DAMBAR CANNOT BE LOCATED ON THE LOWER RADIUS OR THE FOOT MINIMUM SPACE BETWEEN ADJACENT LEADS TO BE 0.07mm.

[7] COPLANARITY OF ALL LEADS SHALL BE WITHIN 0.1mm DIFFERENCE BETWEEN HIGHEST AND LOWEST LEAD WITH SEATING PLANE –C– AS REFERENCE.

8 LEAD PITCH DETERMINED AT DATUM –H–.

[9] MARKING AREA FREE OF PROTRUSION AND INTRUSION.

10 PLATING THICKNESS INCLUDED. PLATING THICKNESS TO BE 0.005 mm MIN; 0.020 mm MAX.

11 FROM TRUE LEAD LOCATION MEASURED AT SEATING PLANE –C–.

12 DATUM –A–, –B– AND –D– DETERMINE CENTERLINE OF LEADFRAME.

| LSI LOGIC CORPORATION | |
|---|---|
| [illegible] KATO ROAD FREMONT CA [illegible] | |
| TITLE 80 PLASTIC THIN QUAD FLAT PACKAGE | |
| CODE UJ | MD97.UJ-2 |
| DWG NO. JZ01–000371–00 | REV. 1 |
| SCALE NOT TO SCALE | SHEET 2 of 2 |



EXHIBIT E

## Notes



EXHIBIT E

## Notes



EXHIBIT E

## Sales Offices and Design Resource Centers

**LSI Logic Corporation**
**Corporate Headquarters**
**Tel: 408.433.8000**
**Fax: 408.433.8989**

**NORTH AMERICA**

**California**
Irvine
◆ Tel: 714.553.5600
Fax: 714.474.8101

San Diego
Tel: 619.635.1300
Fax: 619.635.1350

Silicon Valley
Sales Office
Tel: 408.433.8000
Fax: 408.954.3353
Design Center
◆ Tel: 408.433.8000
Fax: 408.433.7695

**Colorado**
Boulder
Tel: 303.447.3800
Fax: 303.541.0641

**Florida**
Boca Raton
Tel: 561.989.3236
Fax: 561.989.3237

**Georgia**
Atlanta
Tel: 770.395.3808
Fax: 770.395.3811

**Illinois**
Schaumburg
◆ Tel: 847.995.1600
Fax: 847.995.1622

**Kentucky**
Bowling Green
Tel: 502.793.0010
Fax: 502.793.0040

**Maryland**
Bethesda
Tel: 301.897.5800
Fax: 301.897.8389

**Massachusetts**
Waltham
◆ Tel: 617.890.0180
Fax: 617.890.6158

**Minnesota**
Minneapolis
◆ Tel: 612.921.8300
Fax: 612.921.8399

**New Jersey**
Edison
◆ Tel: 908.549.4500
Fax: 908.549.4802

**New York**
New York
Tel: 716.223.8820
Fax: 716.223.8822

**North Carolina**
Raleigh
Tel: 919.783.8833
Fax: 919.783.8909

**Oregon**
Beaverton
Tel: 503.645.0589
Fax: 503.645.6612

**Texas**
Austin
Tel: 512.388.7294
Fax: 512.388.4171

Dallas
◆ Tel: 972.788.2966
Fax: 972.233.9234

Houston
Tel: 281.379.7800
Fax: 281.379.7818

**Washington**
Bellevue
Tel: 206.822.4384
Fax: 206.827.2884

**Canada**
**Ontario**
Ottawa
◆ Tel: 613.592.1263
Fax: 613.592.3253

Toronto
◆ Tel: 416.620.7400
Fax: 416.620.5005

**Quebec**
Montreal
◆ Tel: 514.694.2417
Fax: 514.694.2699

**INTERNATIONAL**

**Australia**
**Reptechnic Pty Ltd**
New South Wales
◆ Tel: 612.9953.9844
Fax: 612.9953.9683

**Denmark**
**LSI Logic Development Centre**
Ballerup
Tel: 45.44.86.55.55
Fax: 45.44.86.55.56

**France**
**LSI Logic S.A.**
Paris
◆ Tel: 33.1.34.63.13.13
Fax: 33.1.34.63.13.19

**Germany**
**LSI Logic GmbH**
Munich
◆ Tel: 49.89.4.58.33.0
Fax: 49.89.4.58.33.108

Stuttgart
Tel: 49.711.13.96.90
Fax: 49.711.86.61.428

**Hong Kong**
**AVT Industrial Ltd**
Hong Kong
Tel: 852.2428.0008
Fax: 852.2401.2105

**India**
**LogiCAD India Private Ltd**
Bangalore
Tel: 91.80.526.2500
Fax: 91.80.338.6591

**Israel**
**LSI Logic**
Ramat Hasharon
◆ Tel: 972.3.5.403741
Fax: 972.3.5.403747

Netanya
◆ Tel: 972.9.657190
Fax: 972.9.657194

**Italy**
**LSI Logic S.P.A.**
Milano
◆ Tel: 39.39.687371
Fax: 39.39.6057867

**Japan**
**LSI Logic K.K.**
Tokyo
◆ Tel: 81.3.5463.7821
Fax: 81.3.5463.7820

Osaka
◆ Tel: 81.6.947.5281
Fax: 81.6.947.5287

**Korea**
**LSI Logic Corporation of Korea Ltd**
Seoul
◆ Tel: 82.2.561.2921
Fax: 82.2.554.9327

**Singapore**
**LSI Logic Pte Ltd**
Singapore
Tel: 65.334.9061
Fax: 65.334.4749

**Spain**
**LSI Logic S.A.**
Madrid
◆ Tel: 34.1.3672200
Fax: 34.1.3673151

**Sweden**
**LSI Logic AB**
Stockholm
◆ Tel: 46.8.444.15.00
Fax: 46.8.750.66.47

**Switzerland**
**LSI Logic Sulzer AG**
Brugg/Biel
Tel: 41.32.536363
Fax: 41.32.536367

**Taiwan**
**LSI Logic Asia-Pacific**
Taipei
◆ Tel: 886.2.718.7828
Fax: 886.2.718.8869

**Cheng Fong Technology Corporation**
Tel: 886.2.910.1180
Fax: 886.2.910.1175

**Lumax International Corporation, Ltd**
Tel: 886.2.788.3656
Fax: 886.2.788.3568

**Macro-Vision Technology Inc.**
Tel: 886.2.698.3350
Fax: 886.2.698.3348

**United Kingdom**
**LSI Logic Europe Ltd**
Bracknell
◆ Tel: 44.1344.426544
Fax: 44.1344.481039

◆ Sales Offices with Design Resource Centers

*To receive product literature, call us at 1-800-574-4286 (U.S. and Canada); +32.11.300.531 (Europe); 408.433.7700 (outside U.S., Canada, and Europe) and ask for Department JDS; or visit us at http://www.lsilogic.com*

**ISO 9000 Certified**

Printed on Recycled Paper

This document is preliminary. As such, it contains data derived from functional simulations and performance estimates. LSI Logic has not verified the functional descriptions or electrical and mechanical specifications using production parts.

LSI Logic logo design is a registered trademark of LSI Logic Corporation. All other brand and product names may be trademarks of their respective companies.

LSI Logic Corporation reserves the right to make changes to any products and services herein at any time without notice. LSI Logic does not assume any responsibility or liability arising out of the application or use of any product or service described herein, except as expressly agreed to in writing by LSI Logic; nor does the purchase, lease, or use of a product or service from LSI Logic convey a license under any patent rights, copyrights, trademark rights, or any other of the intellectual property rights of LSI Logic or of third parties.

Printed in USA
Order No. I15022
Doc. No. DB08-000056-00

EXHIBIT E