FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
JEFFREY E. BARNES (212154)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

*Attorneys for Receiver Stephen E. Anderson*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>CHICAGO D&P, INC., PATRICIA MORGEN and SHALOM GIBSON,<br><br>*Defendants,*<br><br>and<br><br>REALTOPIA, INC.,<br><br>*Relief Defendant.* | Case No. C 04-1742 CRB<br><br>**NOTICE OF ENTRY OF ORDER AUTHORIZING RECEIVER TO RETAIN GEORGIA COUNSEL** |

**PLEASE TAKE NOTICE** that on June 8, 2004, the Court entered the attached Order.

Dated: June 8, 2004

FUTTERMAN & DUPREE LLP

By: ______________________
Jeffrey E. Barnes
Attorneys for Receiver Stephen E. Anderson



Dockets.Justia.com

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
JEFFREY E. BARNES (212154)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

*Attorneys for Receiver Stephen E. Anderson*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff,*

v.

CHICAGO D&P, INC., PATRICIA MORGEN and SHALOM GIBSON,

*Defendants,*

and

REALTOPIA, INC.,

*Relief Defendant.*

Case No. C 04-1742 CRB

**[[redacted]] ORDER AUTHORIZING RECEIVER TO RETAIN GEORGIA COUNSEL**

On May 11, 2004, the Court issued an "Order Appointing Temporary Receiver for Chicago D&P Inc. and its Subsidiaries and Order to Show Cause for Appointment of Permanent Receiver." Pursuant to the May 11, 2004 Order, for good cause shown, and in order to empower and authorize the Receiver to carry out his duties and obligations,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

Effective as of June 1, 2004, the Receiver was and is hereby authorized, empowered and directed to employ and engage Paul J. Morochnik of the law firm of Thompson, O'Brien, Kemp & Nasuti, P.C., located in Norcross, Georgia, to assist the Receiver to file with the Georgia

District Court the Complaint and Order Appointing Receiver in this Action pursuant to 28 U.S.C. § 754, and to assist the Receiver and Receiver's counsel in any other matter requiring legal counsel authorized to practice in Georgia. The Court hereby authorizes and approves Mr. Morochnik's hourly rate of $250 and the rates of Mr. Morochnik's associates, Lisa Frank ($210/hour), Ted Hight ($195/hour), Tim Aaron ($195/hour), Jennifer Geada ($160/hour) and other associates at comparable rates.

Dated: June 07, 2004

By: ______________________
Charles R. Breyer
Judge of the United States District Court

# CERTIFICATE OF SERVICE

*Action:* ***Securities and Exchange Commision v. Chicago D&P, Inc., et al.***
**U.S.D, N. District of California San Francisco, No.: C 04-1742 CRB**

The undersigned hereby certifies as follows:

I am an employee of the law firm of Futterman & Dupree LLP, 160 Sansome Street, 17th Floor, San Francisco, CA 94104. I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice of Futterman & Dupree, LLP for the collection and processing of correspondence for U.S. Mail delivery.

On June 8, 2004, I served a copy of the following document(s):

- **NOTICE OF ENTRY OF ORDER AUTHORIZING RECEIVER TO RETAIN GEORGIA COUNSEL**

on the below parties in this action via U.S. Mail by placing true copies thereof in sealed envelopes, airbills addressed as shown, for collection and delivery pursuant to the ordinary business practice of this office, which is that correspondence for U.S. Mail delivery collected and deposited with the appropriate representative in San Francisco, California on the same day in the ordinary course of business:

Realtopia, Inc.
c/o Resident Agents of Nevada
711 S. Carson Street, #4
Carson City, NV 89701
*Defendant*

Patricia Morgen
6363 Christie Avenue, No. 2317
Emeryville, CA 94608
*Defendant*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: June 8, 2004

[signature]
Karen Stephenson



FUTTERMAN & DUPREE LLP