Apple Inc. v. Psystar Corporation Doc. 1132

# CIVIL TRIAL MINUTES
## NORTHERN DISTRICT OF CALIFORNIA

**JUNE 9, 2004**

**Before:** JUDGE JAMES WARE

RONALD L. DAVIS Courtroom Deputy Clerk

IRENE RODRIGUEZ Court Reporter

**CASE NO.** C-02-2427 JW

SECURITIES AND EXCHANGE COMM -v- DAVID MALMSTEDT, ET AL

Trial Began ____________ Further Trial HELD

Trial Motions Heard: Disposition

1) ____________ ______

2) ____________ ______

3) ____________ ______

Other: PLAINTIFF REST, DEFENDANT REST

SETTLEMENT OF JURY INSTRUCTIONS HELD; JURY ADMONISHED CONTINUED

TO 8:30 A.M. FOR INSTRUCTIONS AND CLOSING ARGUMENTS

Verdict:

Disposition of Exhibits:

Dockets.Justia.com