Apple Inc. v. Psystar Corporation

Doc. 1137

**Paul E. Rice/Bar No. 062509**
**Paul E. Rice, A Professional Corporation**
122 Sherman Avenue
Palo Alto, CA 94306
Telephone: (650) 289-9088
Facsimile: (650) 289-9093

Attorneys for Plaintiff
First National Mortgage Company

PAUL E. RICE
Paul E. Rice, A Professional Corporation
122 Sherman Avenue
Palo Alto, CA 94306
650/289-9088

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **FIRST NATIONAL MORTGAGE COMPANY**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL REALTY INVESTMENT TRUST,**<br><br>Defendant. | Case No.: C 03-02013 RMW<br><br>**DECLARATION OF PAUL E. RICE IN OPPOSITION TO DEFENDANT'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT EXCEEDING APPLICABLE PAGE LIMITATION, AND IN SUPPORT OF PLAINTIFF'S CONDITIONAL ADMINISTRATIVE REQUEST TO ENLARGE TIME** |

I, Paul E. Rice, declare and state:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and this Court, and am the principal of Paul E. Rice, A Professional Corporation, attorneys for Plaintiff herein. I have personal knowledge of all facts set forth in this Declaration, and I am competent to so testify if called upon as a witness.

2. Plaintiff seeks to enlarge time to oppose Defendant in its Motion for Summary Judgment. If Defendant's Administrative Request is granted, it will be extremely difficult for me, within the prescribed two-week time period, to adequately prepare an opposition to a 35-page motion, which will no doubt be accompanied by a voluminous declaration and a substantial number of exhibits. This is based upon numerous factors, including the number of hours required in



Dockets.Justia.com

responding to such a motion, as well as my schedule of other matters requiring my attention during the two-week time period, such as depositions, court appearances, drafting pleadings, as well as my long-planned scheduled three-day vacation with my wife to celebrate our 34th anniversary.

3. I have not made any efforts to obtain a stipulation to the time change, as Defendant's preference is that there be no time change and no order permitting exceeding of the page limits. Plaintiff's Request for a time change is only a conditional request in the event the Court determines it appropriate to grant Defendant's Administrative Request.

4. I believe that Plaintiff would sustain substantial harm or prejudice were the Court to grant Defendant's Administrative Request without enlarging Plaintiff's time to oppose said Motion, in that given the limited amount of time available, particularly taking into consideration other matters on my calendar, and a long-planned anniversary trip, I would not be able to properly and fully reply to Defendant's potentially dispositive Motion.

5. The only prior time modification, other than modifications to discovery responses and extending Defendant's time to file an answer to Plaintiff's First Amended Complaint, is the Order Continuing Summary Judgment Hearing and Case Management Conference, signed by the Court on April 1, 2004.

6. This proposed time modification should have no effect on the schedule for this case. No trial date has been set, and no discovery or motion cutoff has been scheduled.

7. Defendant's counsel was advised by me approximately one month ago that I was scheduled to start trial on June 7, 2004.

8. This scheduled trial has been on telephone standby in Santa Clara County until 2:30 p.m. today.

9. It was not until late Sunday afternoon, that Plaintiff's counsel sent me an email with the proposed page limit extensions, which we discussed via telephone the following day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2004

____/s/____________________________________
Paul E. Rice

PAUL E. RICE
Paul E. Rice, A Professional Corporation
122 Sherman Avenue
Palo Alto, CA 94306
650/289-9088