Apple Inc. v. Psystar Corporation Doc. 1168

ROBERT TED PARKER (SBN 43024)
BERG & PARKER LLP
Four Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 397-6000
Facsimile: (415) 397-9449

CYNTHIA ROCKWELL
HALLER & COLVIN, P.C.
444 East Main Street
Fort Wayne, IN 46802
(260) 426-0444
(260) 426-2218 - Fax

Attorneys for Defendant DEAN V. KRUSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| eBAY INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DEAN V. KRUSE,<br><br>Defendants. | Case No. C03-03038 RS<br><br>**DECLARATION OF ROBERT TED PARKER SUPPORTING MOTION FOR SUMMARY JUDGMENT OR PARTIAL ADJUDICATION UNDER RULE 56, FED. R. CIV. PROC.**<br><br>Date: July 28, 2004<br>Before: Magistrate Judge Seeborg<br><br>Date of Filing: June 30, 2003<br>Trial Date: September 14, 2004 |

I, **ROBERT TED PARKER**, declare as follows:

1. I am an attorney at law admitted to practice in the State of California and before this Honorable Court, the District Court for the Northern District of California, and I am co-counsel for Dean Kruse in this matter. I make this declaration on personal knowledge, and if called as a witness I would and could testify accordingly.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the 1998 Equity Incentive Plan of eBay, Inc. as produced in discovery in this case.



Dockets.Justia.com

3. Attached hereto as Exhibit B is a true and correct copy of page 2, section 2(k), of the 2001 Equity Incentive Plan of eBay, Inc., as produced in discovery in this case.

4. Attached hereto as Exhibit C is a true and correct copy of the Separation and Consulting Agreement between Dean Kruse and eBay, Inc. dated December 18, 2002, as produced in discovery.

5. Attached hereto as Exhibit D is a true and correct copy of Action by Unanimous Consent of the Compensation Committee of the Board of Directors of eBay, Inc., as produced in discovery in this case.

6. Attached hereto as Exhibit E is a true and correct copy of Minutes of a Telephonic Meeting of the Compensation Committee of the Board of Directors of eBay, Inc. dated April 14, 2003, as produced in discovery in this case.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: June 21, 2004

/s/ Robert Ted Parker
Robert Ted Parker

1491.001
0406tp004.sjmotion.declRTP