Apple Inc. v. Psystar Corporation Doc. 1168 Att. 3

# ACTION BY UNANIMOUS WRITTEN CONSENT
# OF THE COMPENSATION COMMITTEE OF
# THE BOARD OF DIRECTORS OF
# eBay Inc.

**Effective as of: March 25, 2003**

The undersigned, constituting all of the members of the Compensation Committee of the Board of Directors of eBay Inc., a Delaware corporation, pursuant to Section 141(f) of the Delaware General Corporation Law, hereby adopt the following resolutions by unanimous written consent:

## ADMINISTRATION GUIDELINES ADOPTED FOR EBAY INC. EQUITY COMPENSATION PLANS -DETERMINATION OF "DISABILITY"

WHEREAS, the Board of Directors of eBay Inc., a Delaware corporation (the "***Company***") has delegated the authority to administer, interpret and prescribe rules and regulations relating to each of the Company's 1998 Equity Incentive Plan (as amended, the "***1998 Plan***"), 2001 Equity Incentive Plan (as amended, the "***2001 Plan***"), and 1999 Global Equity Incentive Plan (as amended, the "***1999 Plan***", and collectively with the 1998 Plan and the 2001 Plan, the "***Plans***") to the Compensation Committee (the "***Committee***") of the Board of Directors;

WHEREAS, Section 23 of the 1998 Plan defines "Disability" to mean what the Committee shall determine, whether partial or total, temporary or permanent;

WHEREAS, the Committee deems it advisable and in the best interests of the Company to delegate to the Company's Human Resources department, in consultation with appropriate medical advisors, the task of determining whether an optionee is "disabled" under the 1998 Plan in accordance with the following definition:

> "Disability" shall mean the inability of a Participant, by reason of any medically determinable physical or mental impairment, to engage in any services for more than nominal remuneration for a period that is expected to be of a continuous duration of at least three (3) months."

WHEREAS, Section 2(k) of the 2001 Plan and Section 2(j) of the 1999 Plan each provides a definition of "Disability" that the Committee desires to be determined, applied and administered using the definition set forth in the foregoing preamble as a decision-making benchmark.



EBA/KRU 0229

EXHIBIT D

Dockets.Justia.com

**NOW, THEREFORE, BE IT RESOLVED**, that the Committee hereby delegates to the Company's Human Resources department, in consultation with such medical advisors or consultants it may deem necessary or appropriate, the authority granted to the Committee in Section 23 of the 1998 Plan, to determine whether an optionee is disabled under such plan in accordance with the following definition:

> "Disability" shall mean the inability of a Participant, by reason of any medically determinable physical or mental impairment, to engage in any services for more than nominal remuneration for a period that is expected to be of a continuous duration of at least three (3) months."

**RESOLVED FURTHER**, that the Committee hereby delegates to the Company's Human Resources department, in consultation with such medical advisors or consultants as it may deem necessary or appropriate, the authority to apply the definition set forth in the previous resolution as a decision-making benchmark when applying or making a determination as to whether a disability exists with respect to an optionee under Section 2(k) of the 2001 Plan and/or Section 2(j) of the 1999 Plan.

**RESOLVED FURTHER**, that the proper officers of the Company, and any one of them, hereby are authorized and directed, for and on behalf of the Company, to take such further action and execute and deliver such additional documents as each may deem necessary or appropriate to carry out the foregoing resolutions.

**RESOLVED FURTHER**, that the Committee hereby ratifies, confirms, adopts and approves, for and on behalf of the Company, any and all acts and other things done to make, execute, and deliver, or cause to be made, executed, and delivered, in the name and on behalf of the Company or otherwise, including the preparation and delivery of such documents or instruments as were deemed necessary or advisable in order to effectuate fully the purposes and intent of the foregoing resolutions.

[redacted]

This written consent may be signed in counterparts, each of which shall be deemed an original, and which together shall constitute one and the same instrument. This action is effective March 25, 2003, and shall be filed with the minutes of the proceedings of the Compensation Committee of the Board of Directors of the Company.

**IN WITNESS WHEREOF,** the undersigned directors have hereunto set their hands.

Robert C. Kagle

Howard D. Schultz

Philippe Bourguignon

Thomas J. Tierney

This written consent may be signed in counterparts, each of which shall be deemed an original, and which together shall constitute one and the same instrument. This action is effective March 25, 2003, and shall be filed with the minutes of the proceedings of the Compensation Committee of the Board of Directors of the Company.

**IN WITNESS WHEREOF,** the undersigned directors have hereunto set their hands.

____________________________
Robert C. Kagle

____________________________
Howard D. Schultz

____________________________
Philippe Bourguignon

____________________________
Thomas J. Tierney

This written consent may be signed in counterparts, each of which shall be deemed an original, and which together shall constitute one and the same instrument. This action is effective March 25, 2003, and shall be filed with the minutes of the proceedings of the Compensation Committee of the Board of Directors of the Company.

**IN WITNESS WHEREOF,** the undersigned directors have hereunto set their hands.

______________________________
Robert C. Kagle

______________________________
Howard D. Schultz

______________________________
Philippe Bourguignon

______________________________
Thomas J. Tierney

This written consent may be signed in counterparts, each of which shall be deemed an original, and which together shall constitute one and the same instrument. This action is effective March 25, 2003, and shall be filed with the minutes of the proceedings of the Compensation Committee of the Board of Directors of the Company.

**IN WITNESS WHEREOF,** the undersigned directors have hereunto set their hands.

Robert C. Kagle

Howard D. Schultz

Philippe Bourguignon

Thomas J. Tierney