BRIAN L. JOHNSRUD, State Bar No. 184474
MONA M. BADANI, State Bar No. 227389
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 900
Palo Alto, CA 94306-2212
Telephone: 650.843.4000
Facsimile: 650.843.4001

Attorneys for Defendant
SAP America, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SULLIVAN,<br><br>Plaintiff,<br><br>vs.<br><br>SAP AMERICA, INC., and DOES 1 – 25, Inclusive,<br><br>Defendant. | Case No. C 04-02175 RS<br><br>**PROOF OF SERVICE** |

///

///

///

///

///

///

///

///

///

///

///

///

**PROOF OF SERVICE**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 900, Palo Alto, CA 94306-2212. On June 4, 2004, I served the within documents:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**

**HANDBOOK – DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**

**CLERK'S INFORMATION**

**STANDING ORDER RE: PRETRIAL PREPARATION AND CASE MANAGEMENT IN CIVIL CASES**

**VARIOUS FORMS RE: ADR PROCEDURE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed ______________ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a ______________ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Michael J. Korda<br>Korda, Johnson & Wall LLP<br>Sixty-Six E. Santa Clara St., Suite 250<br>San Jose, CA 95113 | Attorney for Plaintiff Matthew Sullivan |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2004, at Palo Alto, California.

Teresa Hillstrom