Apple Inc. v. Psystar Corporation Doc. 1183

MICHAEL B. ROGER, Bar No. 041042
BARRY E. HINKLE, Bar No. 071223
KRISTINA HILLMAN, Bar No. 208599
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
180 Grand Avenue, Suite 1400
Oakland, California 94612
Telephone (510) 839-6600

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD, and ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>SANDY LUE MOORE, individually; SANDY LUE MOORE, individually and doing business as R G CONSTRUCTION; and R G CONSTRUCTION,<br><br>Defendants. | No. C 04 0725 CRB<br><br>**AMENDED NOTICE OF ENTRY OF JUDGMENT** |



Dockets.Justia.com

NOTICE IS HEREBY GIVEN that Judgment by this Court was entered in the above-entitled matter on May 28, 2004, against Defendants Sandy Lue Moore, individually; Sandy Lue Moore, individually and doing business as RG Construction; and RG Construction. A copy of said Judgment is attached hereto as Exhibit "A."

Dated: June 25, 2004

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: ______________________________
KRISTINA L. HILLMAN
Attorneys for Plaintiffs

104234/348481

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA 94612-3752
(510) 839-6600

# PROOF OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 180 Grand Avenue, Suite 1400, Oakland, California 94612-3752. On June 25, 2004, I served upon the following parties in this action:

Sandy Lue Moore, Individually
477 W. 20th Street
Tracy, CA 95736

Sandy Lue Moore, Individually and
doing business as R G Construction
477 W. 20th Street
Tracy, CA 95736

R G Construction
477 W. 20th Street
Tracy, CA 95736

copies of the document(s) described as:

**AMENDED NOTICE OF ENTRY OF JUDGMENT**

**[X]** **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]** **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]** **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Oakland, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]** **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Oakland, California, on June 25, 2004.

____________________________
Linda Dobbins

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA 94612-3752
(510) 839-6600