James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Plaintiffs
WSB Walnut Associates, LLC,
Joseph Brady and Carol West

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WSB Walnut Associates, LLC, Joseph Brady and Carol West,<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America and the Internal Revenue Service,<br><br>Defendants. | Case No.: C 04-0898 MHP<br><br>**PROOF OF SERVICE** |

///

///

///

///

///

///

///

///

///

///

///



CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788· Facsimile: 415/732-7783

Dockets.Justia.com

**PROOF OF SERVICE**

I, Kristen Drake, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is Craigie, McCarthy & Clow, 540 Pacific Avenue, San Francisco, California 94133.

___X___ **BY MAIL**: I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On June 27, 2004, at my place of business at Craigie, McCarthy & Clow, 540 Pacific Avenue, San Francisco, California 94133, I placed the document(s) described on the attached document list for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid, addressed to those persons listed in the attached service list.

______ **BY FAX**: On June 27, 2004, I transmitted from a facsimile transmission machine, whose telephone number (415) 732-7783, the following document(s) described on the attached document list and a copy of this declaration to the recipient and their fax number as indicated on the attached service list. The transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine immediately following the transmission. A true and correct copy of the transmission report may be requested from the undersigned by calling (415) 732-7788.

______ **BY FEDERAL EXRPESS**: On June 27, 2004, I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by this express service carrier to receive documents, a copy of the document(s) described on the attached document list, together with a copy of this declaration, in an envelope designated by the this express service carrier, with delivery fees paid or provided for, addressed to those persons listed on the attached service list.

_____ **BY HAND DELIVERY**: On June 27, 2004, I caused a copy of the document(s) described on the attached document list, together with a copy of this declaration, to be hand delivered, with delivery fees paid or provided for, to those persons listed on the attached service list.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on June 27, 2004.

____________________________
Kristen Drake

Document and Service Lists Attached

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

## DOCUMENT LIST

PLAINTIFFS' REQUEST FOR CONTINUANCE OF THE CASE MANAGEMENT/STATUS CONFERENCE AND DECLARATION OF COUNSEL IN SUPPORT OF SAME and

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR CONTINUANCE OF THE CASE MANAGEMENT/STATUS CONFERENCE

## SERVICE LIST

United States Attorney's Office
450 Golden Gate Avenue
Floor 11
San Francisco, CA 94102

Mike Norris
Internal Revenue Service
1301 Clay Street, Suite 1600-S
Oakland, CA 94612

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788· Facsimile: 415/732-7783