Apple Inc. v. Psystar Corporation

Doc. 1193

E-filing

FILED

JUN 2 8 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERGREEN SPORTS, INC., *et al.*<br>Plaintiff,<br>v.<br>BILL A. DUFFY, *et al.*<br>Defendant | No. CV04-00798 MJJ<br>**[~~PROPOSED~~] ORDER FOR REFERRAL TO EARLY NEUTRAL EVALUATION** |

Pursuant to the Stipulation Selecting ADR Process submitted by the parties, the captioned matter is hereby referred to Early Neutral Evaluation.

IT IS SO ORDERED.

Dated: 6/25/2004

UNITED STATES DISTRICT JUDGE



Dockets.Justia.com