PROOF OF SERVICE

State of: Delaware Case#C 04-2040 WHA ARB
County of: New Castle

I hereby certify that I have served the following documents upon the individual(s) and other legal entities to be served, named below, by delivering or leaving true copies of said documents mentioned forthwith, namely, Summons, First Amended Complaint, Civil Cover Sheet, Complaint, Court Guidelines, Frequently Asked Questions, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, ECF Registration Information Handout, Order Setting Initial **Case Management Conference, and Dispute Resolution Procedures Brochure in the following manner:**

***Personal Service Upon Individual***

Upon ________, by delivering such true copy to him/her, personally and in person, at ________ on ________, 200__, at ____ o'clock __M.
Upon ________, by delivering such true copy to him/her, personally and in person, at ________ on ________, 200__, at ____ o'clock __M.

***Substituted Service Upon Individual (Include Relation or Title)***

Upon ________, by delivering such true copy at his/her dwelling house or usual place of abode, to wit: ________
to ________, who is a person over the age of 14 years and a member of the household of the person served on ________, 200__, at ____ o'clock __M.
Upon ________, by delivering such true copy at his/her dwelling house or usual place of abode, to wit: ________
to ________, who is a person over the age of 14 years and a member of the household of the person served on ________, 200__, at ____ o'clock __M.

***Office Service Upon Individual (Include Title of Person Served)***

Upon ________, at the office which he/she maintains for the conduct of business at address ________ by leaving such true copy with ________ the person who is apparently in charge, on ________, 200__, during normal working hours, at ____ o'clock, __M.

***Service on Corporation, Limited Partnership or Unincorporated Association Subject Under a Common Name***

Upon Barr Laboratories c/o The Corporation Service Company, by
(a) delivering such true copy, personally and in person, to Mary Messina who is a/the
* Process Agent for the Registered Agent thereof: OR
(b) leaving such true copy with ________ person who is apparently in charge of the office of ________, who is a/the * ________, thereof,
at 2711 Centerville Road, Wilmington, DE, on June 16, , 200 4, at 1:30 o'clock P. M.
*Specify title: eg. registered agent, officer (by title), director, general partner, managing agent, ect.

***AFFIDAVIT OF NON-SERVICE***

I attempted to make service of the above mentioned documents upon ________, but after due and diligent search and inquiry, as decribed below, I have been unable to find and/or serve the person(s) named above, at ________ therefore service was not made.
Reason for non-service ________

I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party nor an officer, director or employee of, nor attorney for any party, corporate or other; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

Date June 16, ,200 4 Signed [signature]

**NOTARY**
Subscribed and sworn to before me
This 16th day of June ,200 4
Signature [signature]
Notary Public for the State of DE
My Commision Expires 11/23/06

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 23, 2006

Print Name DeNorris Britt
Address P.O. Box 1360
City Wilmington ST DE Zip 19899
TLP: 270857.00

Dockets.Justia.com