L. Scott Spears, JD, MBA SBN 195993
Attorney at Law
115 N. State St., Suite 1
Ukiah, CA 95482
707.462.4606 (telephone)
707.462.4692 (fax)

Attorney for Defendant Virgil Quiroga

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DirecTV, Incorporated, a California Corporation<br><br>Plaintiff<br><br>v.<br><br>Virgil Quiroga<br><br>Defendant | Case No.: C 03 4181 MHP<br><br>**Notice of Change of Address** |

To the Court and All Counsel of Record:

Please take Notice that, effective immediately, counsel for Defendant Virgil Quiroga has changed their address and their fax number. Our new address and other information is:

L. Scott Spears, JD, MBA SBN 195993
Attorney at Law
115 N. State St., Suite 1
Ukiah, CA 95482

707.462.4606 (telephone)
707.462.4692 (fax)

sspears@mindspring.com

Please forward all future correspondence to this address, fax number, or email.

Dated: June 29, 2004

/S/
L. Scott Spears
Attorney for Virgil Quiroga



Dockets.Justia.com