Apple Inc. v. Psystar Corporation Doc. 1210


# LAW OFFICES OF HUNTER PYLE

1330 Broadway, Suite 1830
Oakland, CA 94612

510/663-9240 vox
510/663-9241 fax


June 29, 2004

***By Electronic Filing, U.S. Mail and facsimile to: 415/522-2176***

The Honorable Elizabeth D. Laporte
United States District Court
Northern District of California
Courtroom E
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

**Re: Buna et al. v. City of Hayward et al.**
**United States District Court**
**Northern District Case No. C 03-02946 EDL**

Dear Judge Laporte:

Please consider this letter to constitute plaintiffs' reply to Randolph Hom's letter to the Court dated June 28, 2004.

Preliminarily, when the subject dispute arose, I suggested to Mr. Hom that we draft a joint letter to the Court requesting clarification of the Case Management and Pretrial Order. Unfortunately, Mr. Hom elected to send a letter directly to the Court without further input from me. Because of the accusatory tone of his letter, I feel compelled to respond regarding plaintiffs' position on this issue.

During the course of discovery, plaintiffs propounded one set of 29 requests for production on all defendants. Defendants responded jointly to these requests. Defendants refused to provide supplemental responses to requests for production 26 through 29 because, among other things, these requests "exceed[ed] the maximum number of requests set forth in the Case Management and Pretrial Order for Jury Trial dated October 29, 2003."

Additionally, defendants objected to each request to produce documents at the deposition of the Custodian of Records on the same grounds.

Accordingly, defendants have taken the position that plaintiffs are limited to 25 total requests for production of documents.

Dockets.Justia.com

At the same time, defendants have taken the position that they are entitled to propound 25 special interrogatories and 25 requests for production on each plaintiff. Plaintiffs have objected to this interpretation of the Pretrial Order because it is both unfair and inconsistent: Either both sides are entitled to 25 discovery requests per party, or both sides are entitled to 25 discovery requests total. Defendants are not entitled to limit plaintiffs in a manner that they do not intend to limit themselves.

Whichever way the Court wishes the parties to interpret the Pretrial Order, plaintiffs request that the interpretation apply to both sides to this matter.

Very truly yours,

LAW OFFICES OF HUNTER PYLE

Hunter Pyle

HP:hp
Cc: Randolph Hom, Esq.