**HERDELL & YOST LLP**
**KATHLEEN A. HERDELL, SBN 142836**
**1030 Main Street, Suite 215**
**St. Helena, CA 94574**
**Telephone: (707) 963-3800**
**Facsimile: (707) 963-2622**

**Attorneys for Plaintiff,**
**PETER HONEYCUTT**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(San Francisco Division)**

| | |
|---|---|
| **PETER L. HONEYCUTT,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**USA WASTE OF CALIFORNIA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,**<br><br>**Defendants.** | **CASE NO: C-03-04694-PJH**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

///

IT IS HEREBY STIPULATED by and between the parties to this action through their designated

counsel that pursuant to settlement of this matter at the court-ordered mediation held on May 21, 2004, the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: June 21, 2004

HERDELL & YOST, LLP

Kathleen A. Herdell

KATHLEEN A. HERDELL,
Attorney for plaintiff, PETER L. HONEYCUTT

DATED: June 30, 2004

LITTLER MENDLESON

/S/

RONALD J. HOLLAND,
Defendant U.S.A. WASTE MANAGEMENT, INC.

I, Kathleen A. Herdell, declare:

I am the originator of this e-filed document. This Stipulation Re Dismissal is filed with the concurrence of Ronald J. Holland, whose original signature on the documnt is in the possession of and shall be maintained at Herdell & Yost LLP.

I declare under penalty of perjury that the forgoing is true and correct.

June 30, 2004 Kathleen A. Herdell