**Kevin R. Martin, SBN 176853**
**Ryan C. Donlon, SBN 229292**
**McNICHOLS RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California 94588
Telephone (925) 460-3700
Facsimile (925) 460-0969

Attorneys for Plaintiff,
KB HOME NORTH BAY, INC.,
a California Corporation

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO FACILITY**

| | |
|---|---|
| KB HOME NORTH BAY, INC., a California Corporation, as successor in interest to KAUFMAN AND BROAD OF NORTHERN CALIFORNIA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation,<br><br>Defendants. | Case No.: C 04-00009 CRB ARB<br><br>**STIPULATION FOR MEDIATION IN LIEU OF ARBITRATION**<br><br>**ADR LOCAL RULE 4-2(C)(2)** |

Pursuant to ADR Local Rule 4-2(c)(2), IT IS HEREBY STIPULATED by and between the parties to this action, Kevin R. Martin of McNichols, Randick O'Dea & Tooliatos representing plaintiff KB HOME NORTH BAY, INC., and Hee Young Lee of Willougby, Stuart & Bening representing defendant NATIONWIDE MUTUAL INSURANCE COMPANY, that

the parties will participate in private or court ordered mediation in lieu of the reference to judicial arbitration with a deadline for completion of the mediation to be ordered by the Court.

IT IS SO STIPULATED.

Date: June 28, 2004

McNICHOLS RANDICK O'DEA & TOOLIATOS, LLP

By: [signature]
Kevin R. Martin
Attorney for KB Home North Bay, Inc.

Date: June 30, 2004

WILLOUGHBY, STUART & BENING

By: [signature]
Hee Young Lee
Attorney for Nationwide Mutual Insurance Company.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ________, 2004

______________________________
United States District Court/Magistrate