Apple Inc. v. Psystar Corporation
Doc. 1220

ENDORSED
FILED
San Francisco County Superior Court

JUN 1 8 2004

GORDON PARK-LI, Clerk
BY: JUDITH C. NUÑEZ
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 10, 2004

San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102

RE: CV 04-01210 MMC STEPHEN HOOK-v-CONESCO LIFE INS. CO.
Your Case Number: (CGC 04-428872)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(✔) Certified copies of docket entries

(✔) Certified copies of Remand Order

( ) Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: ~~Sheila Rash~~
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg

Dockets.Justia.com

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

ALFRED AMISTOSO

RECEIVED
04 JUN 29 AM 11:43
RICHARD W. WIEKING
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

FILED
JUN 2 9 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA