Apple Inc. v. Psystar Corporation Doc. 1231

WILLIAM L. ANTHONY (STATE BAR NO. 106908)
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
MONTE M.F. COOPER (STATE BAR NO. 196746)
DONALD DAYBELL (STATE BAR NO. 210961)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendants
INKTOMI CORPORATION and YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TEKNOWLEDGE CORPORATION,,

Plaintiff,

v.

AKAMAI TECHNOLOGIES, INC., INKTOMI CORPORATION, and CABLE & WIRELESS INTERNET SERVICES, INC.,

Defendants.

---

TEKNOWLEDGE CORPORATION,

Plaintiff,

v.

YAHOO!, INC., MICROSOFT CORPORATION, and AOL TIME WARNER, INC.,,

Defendants.

Case No. C02-5741 SI

**NOTICE REGARDING EXHIBIT ATTACHMENT**



Dockets.Justia.com

## NOTICE REGARDING EXHIBIT ATTACHMENT

Exhibits B and C which are attachments to the Declaration of Monte Cooper in Support of Yahoo! and Inktomi's Motion for Summary Judgment of Invalidity and Noninfringement of Claim 29 of U.S. Patent No. 6,029,175, are in paper form only and are being maintained in the case file in the Clerk's office.

Reason for manual filing: Voluminous Exhibits.

Dated: July 1, 2004

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ I. Neel Chatterjee /s/

I. Neel Chatterjee
Attorneys for Defendant
INKTOMI CORPORATION and YAHOO! INC.