Apple Inc. v. Psystar Corporation Doc. 1235

JAMES M. WAGSTAFFE (95535)
ALEX K. GRAB (203002)
**KERR & WAGSTAFFE LLP**
100 Spear St., Suite 1800
San Francisco, CA 94105–1528
Tel: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendant
WILLIAM A. EXLINE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

Z-ROCK COMMUNICATIONS CORP., a Florida corporation; and ROOK BROADCASTING OF IDAHO, INC., an Idaho corporation,

Plaintiffs,

v.

WILLIAM A. EXLINE, INC., a California corporation; W. DEAN LeGRAS; AGM-NEVADA, LLC, a Nevada limited liability company; ANTHONY S. BRANDON; L. ROGERS BRANDON; and CHARLES H. SALISBURY,

Defendants.

Case No. C 03-2436 WHA

**DEFENDANT WILLIAM A. EXLINE, INC.'S OBJECTIONS TO PLAINTIFFS' EVIDENCE SUBMITTED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

DATE: July 22, 2004
TIME: 8:00 a.m.

Hon. William H. Alsup
Courtroom 9

TRIAL: September 7, 2004



Dockets.Justia.com

Defendant William A. Exline, Inc. ("Exline") hereby submits the following objections to the evidence submitted by Plaintiffs in support of their motion for summary judgment.

| Plaintiffs' Memorandum | Evidence Cited | Objection |
|---|---|---|
| 1. Memo. at 3:7-9 | Goffin Declaration Ex. P | Lacks foundation (no reference to testimony authenticating document) |
| 2. Memo. at 3:13 | LeGras Depo. at 30:21-31:1 and 52:18-21 (attached as Ex. E to Goffin Declaration) | Misstates the evidence |
| 3. Memo. at 3:16 | Goffin Declaration Ex. Q | Lacks foundation (no reference to testimony authenticating document) |
| 4. Memo. at 3:16 | Goffin Declaration Ex. R | Lacks foundation (no reference to testimony authenticating document) |
| 5. Memo. at 3:21 | A. Brandon Depo. at 128:9-16 (attached as Ex. A to Goffin Declaration) | Misstates the evidence |
| 6. Memo. at 4:5-10 | Hochstadt Depo. at 159:5-161:13 and 257:19-258:4 (attached as Ex. D to Goffin Declaration) | Misstates the evidence |
| 7. Memo. at 4:14-17 | A. Brandon Depo. 154:20-25, 156:17-157:16 & 158:21-24 (attached as Ex. A to Goffin Declaration) | Misstates the evidence |
| 8. Memo. at 4:15-16 | LeGras Depo. at 151:4-11 (attached as Ex. E to Goffin Declaration) | Misstates the evidence |
| 9. Memo. at 4:20-23 | A. Brandon Depo. at 152:19-24, 156:17-157:16, 158:21-24 (attached as Ex. A to Goffin Declaration) | Misstates the evidence |
| 10. Memo. at 4:27 | Goffin Declaration Ex. J | Lacks foundation (no reference to testimony |

| Plaintiffs' Memorandum | Evidence Cited | Objection |
|---|---|---|
| | | authenticating document) |
| 11. Memo. at 4:28 | Goffin Declaration Ex. N | Lacks foundation (no reference to testimony authenticating document) |
| 12. Memo. at 5:4-5 | A. Brandon Depo. at 167:17-168:1 (attached as Ex. A to Goffin Declaration); L. Brandon Depo. at 131:21-132:3 (attached as Ex. C to Goffin Declaration); Hochstadt Depo. at 256:15-257:3 (attached as Ex. D to Goffin Declaration) | Misstates the evidence |
| 13. Memo. at 5:10-12 | Hochstadt Depo. at 279:12-23 (attached as Ex. D to Goffin Declaration) | Evidence not presented to court |
| 14. Memo. at 5:15-17 | Hochstadt Depo. at 280:5-7 (attached as Ex. D to Goffin Declaration) | Misstates the evidence; Evidence not presented to court |
| 15. Memo. at 5:18-19 | Goffin Declaration Ex. K | Lacks foundation (no reference to testimony authenticating document); misstates the evidence |
| 16. Memo. at 5:22-25 | Goffin Declaration Ex. J | Lacks foundation (no reference to testimony authenticating document) |
| 17. Memo. at 6:4 | Goffin Declaration Ex. M | Lacks foundation (no reference to testimony authenticating document) |
| 18. Memo. at 6:7, 11 & 14 | Goffin Declaration Ex. N | Lacks foundation (no reference to testimony authenticating document); misstates the evidence |

| Plaintiffs' Memorandum | Evidence Cited | Objection |
|---|---|---|
| 19. Memo. at 6:12 | Goffin Declaration Ex. O | Lacks foundation (no reference to testimony authenticating document) |

DATED: July 1, 2004

**KERR & WAGSTAFFE LLP**

By /s/ James M. Wagstaffe

JAMES M. WAGSTAFFE

Attorneys for Defendants
WILLIAM A. EXLINE, INC., and
W. DEAN LeGRAS

16847