UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW OSPECK, an individual and resident of California,<br><br>Plaintiff,<br><br>v.<br><br>SPEEDSTER MOTORCARS OF CENTRAL FLORIDA, INC., a Florida Corporation and K. Michael Akins, an individual and resident of Florida,<br><br>Defendants. | No. C-04-1826 JSW<br><br>**DECLARATION OF K. MICHAEL AKINS** |

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

I, K. Michael Akins, declare as follows:

1. I am over 21 years of age, am of sound mind and am otherwise competent to testify.
2. I have personal knowledge of the facts stated in this declaration, and if called upon by a court of law to do so, I could and would testify competently to them.
3. I am a resident of the State of Florida, and reside at 321 Harbor Passage, Clearwater Beach, FL 33767.
4. I have never resided in California.
5. I have no offices in California.
6. I neither own nor lease any property in California.
7. I have no bank accounts in California.
8. I have no licenses from California.
9. I have no agent for service of process in California.

10. I am not a shareholder, officer or director of any California company.

11. I visited California on one occasion. That visit was to Universal Studios as a tourist well over 20 years ago, sometime in the late 1970's. I have never been to California before or since that time.

12. I have not transacted any business in California, nor have I contracted with anyone to market, distribute, or offer to sell any products in the State of California on my behalf.

13. For purposes of this dispute, I consent to personal jurisdiction in the Southern District of Indiana.

14. I declare under penalty of perjury that all of the foregoing is true and correct, as required by Section 1746 of Title 28 of the United States Code.

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

Dated: June 30, 2004

K. Michael Akins