United States District Court
For the Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**FIRST NATIONAL MORTGAGE CO.,**

**Plaintiff(s),**

**vs.**

**FEDERAL REALTY INVESTMENT TRUST,**

**Defendant(s).**

**NO. C 03-02013 RMW(RS)**

**CLERK'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Based on the request from counsel for the moving party, the above motion, scheduled for **July 28, 2004 at 9:30 A.M.** before Magistrate Judge Richard Seeborg is withdrawn from the Court's calendar without prejudice.

Dated: July 2, 2004

RICHARD W. WIEKING,
Clerk of Court

/s/
By: Martha Parker Brown
Deputy Clerk

Dockets.Justia.com