Apple Inc. v. Psystar Corporation Doc. 1244

UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIRECTV,

Plaintiff,

v.

BENJAMIN CABUTAGE,

Defendant,

Case Number: **CV-03-5345-JF**

**Case Management Conference**

**Monday, July 26, 2004**

**CLERK'S NOTICE**

To all parties and attorneys of record in the above named matter:

The Case Management Conference in this case has been rescheduled for Monday, July 26, 2004 at 10:30 A.M. before Judge Jeremy Fogel. Please report at that time to Courtroom 3 on the 5th floor of the United States Courthouse at 280 South First Street in San Jose, California.

July 2, 2004

Date

For the Court
Richard W. Wieking, Clerk

By: Diana Munz

Diana Munz
Courtroom Deputy Clerk

**Note:** The United States District Court is now on the Worldwide Web. Current court calendars, procedural questions, and directions to the court can be found on our web site:

Dockets.Justia.com