UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS et al, No C 03-1916 VRW

Plaintiffs,

v ORDER

JOSEPH EDWARD HUFFORD individually and dba JOSEPH HUFFORD SAND & GRAVEL and/or HUFFORD CONSTRUCTION,

Defendants.
_____________________________/

On February 17, 2004, plaintiffs filed a motion to substitute attorney Barry E Hinckle in place of Tracy L Mainguy. Doc # 18. The court granted plaintiffs' motion on February 18, 2004. Doc # 20. The motion to substitute, however, remains pending on the court's docket. Accordingly, the court

/

/

/

Dockets.Justia.com

**TERMINATES the motion to substitute (Doc # 18) as an administrative matter.**

**IT IS SO ORDERED.**

_____________/s/_____________
**VAUGHN R WALKER**
**United States District Judge**