WEIL, GOTSHAL & MANGES LLP
SILICON VALLEY OFFICE
201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CALIFORNIA 94065
(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
NEW YORK
PARIS
PRAGUE
SINGAPORE
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE
650-802-3163
eugene.mar@weil.com

June 1, 2004

**BY FACSIMILE AND MAIL**

Andrei Iancu, Esq.
Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Re: *Immersion v. SCEI, SCEA, and Microsoft,*
N.D. Cal., Case No. C02-0710 CW (WDB)

Dear Mr. Iancu:

I write to follow up on my correspondence to you dated May 28, 2004, with regards to giving Sony in-house counsel Anne-Marie Dinius access to confidential materials pursuant to Section 6 of the stipulated Protective Order in this case. Attached please find signed copies of Ms. Dinius' Acknowledgment of Protective Order and Acknowledgment of In-House Counsel. Please let us know promptly if you have any objections.

Yours truly,

Eugene Y. Mar

Enclosures

SV1:\197096\01\482W01!.DOC\75008.0003

**EXHIBIT A**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMERSION CORPORATION, Plaintiff, v. SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY COMPUTER ENTERTAINMENT INC., and MICROSOFT CORPORATION, Defendants. | Case No. C 02-00710 JF **ACKNOWLEDGMENT OF PROTECTIVE ORDER** |

I, Anne-Marie Dinius, state that:

I have read and reviewed in its entirety the annexed Protective Order ("Protective Order") that has been signed and entered in this matter.

I hereby agree to be bound by and comply with the terms of the Protective Order, and not to disseminate or disclose any information subject to the Protective Order that I review or about which I am told, to any person, entity, party, or agency for any reason, except in accordance with the terms of the Protective Order.

I hereby agree that to the extent I am provided any documents or items designated "ATTORNEYS' EYES ONLY – SOURCE CODE" in conjunction with this litigation, I will

maintain those materials in a secure location accessible only to me, and I will not disclose those materials or the fact I have those materials to any other person. I also agree not to make any copies of such materials, and to return them when requested to do so by the party that hired me. I further agree that, at the conclusion of this litigation, I will return or destroy any notes made about such materials.

I understand that contempt sanctions may be entered for violation of this Protective Order and further agree to submit to the jurisdiction of this Court for the purposes of enforcement of the terms of this Protective Order.

DATED this 1st day of June, 2004, 2002. amd

[signature]

(Signature)

Anne-Marie Dinius

(Typed or Printed Name)

EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br>Plaintiff,<br>v.<br>SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY COMPUTER ENTERTAINMENT INC., and MICROSOFT CORPORATION,<br>Defendants. | Case No. C 02-00710 CW<br><br>**ACKNOWLEDGMENT OF IN-HOUSE COUNSEL** |

I, Anne-Marie Dinius, declare under penalty of perjury under the laws of the State of California that I hold the position of Corporate Counsel at Microsoft/Sony/Immersion. I am not subject to the patent prosecution restriction of Paragraph 5(d) of the Protective Order, and I agree to be bound by that restriction with respect to future prosecution activities. I am not involved in "competitive decision-making" on behalf of any party and do not anticipate during the course of this litigation and for one year after the conclusion of this litigation, including any appeals process, being so involved. "Competitive decision making" is defined as "counsel's activities, association, and relationship with a client that are such as to involve counsel's

advice and participation in any or all of the client's decisions (pricing, product design, etc.) made in light of similar or corresponding information about a competitor." See U.S. Steel Corp. v. United States, 730 F.2d 1465, 1468, n. 3 (Fed. Cir. 1984).

Name: Anne-Marie Dinius

Signature: [signature]

Date: June 1, 2004