WEIL, GOTSHAL & MANGES LLP
SILICON VALLEY OFFICE
201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CALIFORNIA 94065
(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
NEW YORK
PARIS
PRAGUE
SINGAPORE
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE
650.802.3163
eugene.mar@weil.com

May 28, 2004

**BY FACSIMILE AND MAIL**

Andrei Iancu, Esq.
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Re: *Immersion v. SCEI, SCEA, and Microsoft*,
N.D. Cal., Case No. C02-0710 CW (WDB)

Dear Mr. Iancu:

Pursuant to Section 6 of the stipulated Protective Order in this case, Sony Computer Entertainment America, Inc. ("SCEA") proposes to disclose confidential material to in-house counsel Anne-Marie Dinius. In her capacity at SCEA, Ms. Dinius is not engaged in patent prosecution or competitive decision-making. She will shortly be signing the Ackowledgment of Protective Order and the Acknowledgment of In-House Counsel. Please let us know promptly if you have any objections.

Truly yours,

Eugene Y. Mar