IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7537
FACSIMILE (310) 203-7199
aiancu@irell.com

June 1, 2004

**VIA FACSIMILE**

Eugene Y. Mar, Esq.
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94045

Re: Immersion v. SCE, SCEA and Microsoft, Case No. C-02-0710 CW (WDB)

Dear Eugene:

I write in response to your letter of May 28, 2004, regarding in-house counsel Anne-Marie Dinius. The Protective Order limits the disclosure of protected information to two in-house attorneys. Sony has already identified at least Jennifer Liu and Daniel Herp. Accordingly, Immersion objects to your proposed disclosure of confidential material to Ms. Dinius, a third attorney.

Sincerely,

Andrei Iancu

AI:gc

1133874.1 01