IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7033
FACSIMILE (310) 203-7199
cbird@irell.com

July 6, 2004

**VIA FACSIMILE**

Matthew Sarboraria, Esq.
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175

Re: Immersion v. Sony Computer Entertainment, Inc., et al.
Case No. C02-0710 CW (WDB)

Dear Matt:

We write pursuant to paragraph 7 of the Protective Order. Immersion plans to disclose to Mr. James Berger documents that were designated confidential by Sony. Enclosed please find a copy of Mr. Berger's resume for your review and the Acknowledgment of Protective Order signed by Mr. Berger. Please let us know promptly whether you have any objections.

Sincerely yours,

Tina

Christine Byrd

CB:ye

Enclosures

1148345

CURRICULUM VITAE

# James T. Berger

*IP Litigation Services & Surveys: Trademarks/Brands/Marketing*

790 Frontage Road - Suite 206, Northfield, IL 60093
847-441-2482 Fax 847-441-2483
j-berger@northwestern.edu WEB:www.jamesberger.net

## EDUCATION

MBA University of Chicago, Graduate School of Business, concentrations in marketing and finance.

MS Northwestern University, Medill School of Journalism, concentration in news/editorial sequence.

BA University of Michigan, College of Literature, Science and the Arts, major in journalism.

## PROFESSIONAL EXPERIENCE

MARKET STRATEGIES, Chicago and Northbrook, IL (1983 to present) Principal of this marketing services/consulting firm, which specializes in:

- Strategic marketing planning including creating written market plan documents.
- Implementing marketing programs.
- Integrated marketing communications services including advertising, public relations, sales promotion, direct mail.
- Project management including building and directing creative and production teams to execute marketing plans and specific tasks.
- Helping clients develop and maintain business relationships.

As a "hands-on" consultant, I help clients develop strategies and programs as well as assist in the implementation. The firm concentrates on business-to-business marketing with specific focus on financial services, accounting and consulting services, commercial real estate, eldercare, office technology, manufacturing and distribution. Concurrent with the management of Market Strategies, I became involved with::

THE INVESTOR RELATIONS COMPANY, Northbrook, IL (June 1998 to July 1999) As Senior Vice President, I was involved in the full array of Investor Relations activities including account management; working with the financial press including magazines, newsletter and wire services; direct contacts with analysts and brokers; and writing of financial news releases, quarterly and annual reports, profiles and fact sheets.

THE FINANCIAL RELATIONS BOARD, INC., Chicago, IL (April 1997 to June 1998) As an Account Manager for this large, national investor relations firm, I:

- Coordinated account service, market intelligence and media activities.
- Created investment profiles and fact sheets; developed and wrote annual reports, quarterly earnings releases and other news releases.

STERN WALTERS/EARLE LUDGIN, Inc., Chicago, IL (1980-83) Vice President -- Account Supervisor:

- Account manager for Associates Commercial Corporation account, a commercial finance company with advertising billings in excess of $7 million.
- Account manager for Sears, Roebuck & Co. Contract Sales Group division.
- Developed marketing strategies, planning and account management.

THE WITTLEDER COMPANY, Inc., Chicago, IL (1976-80) Vice President -- Account Supervisor:

- Created and implemented marketing strategies and programs.
- Clients involved in office products and services, data systems, micrographics, commercial real estate, automotive aftermarket and financial services.

BRAND ADVERTISING, Inc., Chicago, IL (1973-76) Vice President -- Director of Public Relations:

- Responsible for firm's public relations profit center.
- Programming, planning, client and media contact, writing and editing.
- Active in new business development.
- Clients involved in automotive aftermarket, industrial equipment, agriculture.

GOLIN/HARRIS COMMUNICATIONS, Inc., Chicago, IL (1971-73) Account Supervisor for this large public relations agency:

- Worked on McDonald's restaurants, agency's major account.
- Created national model awareness program for Chicagoland market.
- Managed McDonald's involvement in public affairs, ecology, energy conservation, labor relations and the inner city.
- Involved in financial relations and marketing-support activities.

## EARLY EXPERIENCE

Began career as copy, wire and make-up editor for CHICAGO DAILY NEWS. Moved into corporate public relations as editor of an employee publication for ILLINOIS BELL TELEPHONE COMPANY in Chicago and Springfield, IL. As a publicity specialist for MORTON INTERNATIONAL INC., I became involved in the consumer, industrial, institutional, automotive and agricultural markets. My first experience in agency public relations was with THE PUBLIC RELATIONS BOARD, INC., (now known as PORTER NOVELLI), first as an account executive and later as an account supervisor.

## PROFESSIONAL MEDIA EXPERIENCE

- Copy Editor for *Chicago Daily News*, Chicago, IL
- Editor and General Assignment Reporter for *The Patriot Ledger*, Quincy, MA
- Correspondent for *United Press International* in Ann Arbor, MI
- Part-time general assignment reporter for *Pioneer Press* newspapers, Wilmette and Highland Park, IL
- Free-lance columnist for *Homelife* section of *Chicago Sun Times*

## ARTICLES PUBLISHED

Intellectual property litigation-related articles:

- "10 Frequently Asked Questions about Intellectual Property Litigation Surveys" published in the August 2003 issue of *Intellectual Property Today.*

Marketing-related articles:

- *Crain's Chicago Business*, a weekly business publication.
- *Services Marketing Today,* published by the American Marketing Association.
- *Talking To The Boss*, a weekly business publication.
- University of Chicago Graduate School of Business alumni magazine.
- *Your Business*, a quarterly magazine published for GE Capital by Baumer Financial Publishing, Chicago.
- *Independent Business*, a monthly magazine published by Group IV Communications, Thousand Oaks, CA.

Business-related articles in:

- *Active Times*
- *Business Life*
- *Office Dealer*
- *Office System*
- *Chicago Sun-Times*
- *Dow Jones Business Employment Weekly*
- *Texas Realtor*
- *Multifamily Executive*
- *Office and Industrial Properties*
- *Real Estate Profiles*
- *Kiwanis Magazine*
- *The Rotarian*
- *Home Business Journal*
- *Business Sense*
- *Real Estate Chicago*
- *American Fitness*
- *Area Development*
- *Real Estate Chicago*
- *Grid*
- *Plants, Sites & Parks*
- *Journal of Property Management*
- *Commercial Investment Real Estate*
- *Crain's Chicago Business*

## TEACHING EXPERIENCE

NORTHWESTERN UNIVERSITY

Kellogg Graduate School of Management

- Business Marketing -- A graduate level course focusing on industrial and business-to-business marketing principles and cases.

School of Continuing Studies

- Principles of Marketing -- An introductory survey course that covers basic principles including market research.
- Strategic Marketing: Cases in Decision-Making -- A more advanced, case-method course.
- Business-to-Business Marketing -- A course that explores the differences between consumer marketing and business marketing.
- Introduction to Public Relations -- An introductory course that focuses on the various facets of public relations and publicity.
- Integrated Marketing Communications -- A course that I created that focuses on the synergies of coordinating all the promotional blend elements.

ROOSEVELT UNIVERSITY
Walter E. Heller College of Business Administration

- Marketing in Theory and Practice -- A graduate level course that covers basic principles of marketing and market research.
- Selling and Sales Management -- An undergraduate course focusing on consultative selling and the management of the sale force.
- Consumer Behavior -- An undergraduate course that explored the how's and why's of consumer purchasing.
- Introduction to Advertising -- An undergraduate course focusing on advertising, sales promotion and integrated marketing communications.
- International Marketing Analysis -- A graduate level course that probes how foreign companies market in the United States and how domestic companies market abroad.

UNIVERSITY OF ILLINOIS AT CHICAGO

- Advertising and Sales Promotion -- An undergraduate course that introduces students to the basic principles of advertising.
- New Product Management -- An undergraduate course focusing on the new product development and marketing process.

DE PAUL UNIVERSITY
College of Commerce -- Graduate Level

- Marketing Strategy -- A case-oriented course focusing on decision-making.
- Industrial Marketing -- A course utilizing cases and text that concentrates on industrial and business-to-business marketing.

College of Commerce -- Undergraduate Level

- Principles of Marketing -- A basic, survey course that introduces all the College of Commerce students to marketing.
- Marketing Management -- A second-tier course that uses cases to illustrate basic marketing principles.
- Introduction to Advertising -- A course for marketing majors that introduces students to basic advertising.
- Industrial Marketing -- A course for marketing majors focusing on industrial and business-to-business marketing.
- Personal Selling -- A course for marketing majors that concentrates on consultative selling.

LAKE FOREST GRADUATE SCHOOL OF MANAGEMENT

- Marketing Management -- An executive graduate-level course that uses cases and a major team project to introduce students to the principles of marketing and marketing management.

MINNESOTA STATE BAR ASSOCIATION
Continuing Legal Education

- Faculty member for "The Effective Use of Survey Experts and Evidence in Trademark Cases." Minneapolis State Bar Association, Minneapolis, MN, March 7, 2002.

## LITIGATION EXPERIENCE

I have been deposed in the following cases:

Allan J. DeMars, as Trustee for Weisser Eyecare, Inc., v. NBD Highland Park, October 12, 1996.

Black & Decker (U.S.) Inc., Black & Decker Inc., and The Black & Decker Corporation v. Pro-Tech Power Inc., P&F Brother Industrial Corporation and Nu-Way Machinery Corporation, February 5, 1998 And March 5, 1998.

Euromarket Designs, Inc., dba Crate & Barrel Limited, Miriam Peters and Point Blank Multimedia, August 3, 2000.

Atlas Electric Devices Co. v. Q-Panel Lab Products Corporation, April 26, 2001.

Motor Werks Partners, L.P. v. BMW of North America, June 11, 2001.

Sparks & Crain v. AT&T and Lucent Technologies, February 18, 2002.

Native American Arts v. Earth Dweller, Ltd., and The Waldron Corporation, April 5, 2002.

Heartland Corporation v. Don Siphers et al., June 25, 2002.

Master Tech Products, Inc., v. Prism Enterprises, Inc., September 11, 2002.

Mansfield Plumbing Products L.L.C. v. Mariner Partners, Inc., et al., March 4, 2003.

## BILLING RATE

$250 per hour.

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br>Plaintiff,<br>v.<br>SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY COMPUTER ENTERTAINMENT INC., and MICROSOFT CORPORATION,<br>Defendants. | Case No. C 02-00710 JF<br>**ACKNOWLEDGMENT OF PROTECTIVE ORDER** |

I, James D. Berger, state that:

I have read and reviewed in its entirety the annexed Protective Order ("Protective Order") that has been signed and entered in this matter.

I hereby agree to be bound by and comply with the terms of the Protective Order, and not to disseminate or disclose any information subject to the Protective Order that I review or about which I am told, to any person, entity, party, or agency for any reason, except in accordance with the terms of the Protective Order.

I hereby agree that to the extent I am provided any documents or items designated "ATTORNEYS' EYES ONLY – SOURCE CODE" in conjunction with this litigation, I will

maintain those materials in a secure location accessible only to me, and I will not disclose those materials or the fact I have those materials to any other person. I also agree not to make any copies of such materials, and to return them when requested to do so by the party that hired me. I further agree that, at the conclusion of this litigation, I will return or destroy any notes made about such materials.

I understand that contempt sanctions may be entered for violation of this Protective Order and further agree to submit to the jurisdiction of this Court for the purposes of enforcement of the terms of this Protective Order.

DATED this 1st day of July, 2004

(Signature)

James T. Berger
(Typed or Printed Name)