Apple Inc. v. Psystar Corporation Doc. 1329

CHERYL A. STEVENS (SBN 146397)
JAMES T. DIAMOND, JR. (SBN 131525)
**STEVENS & DIAMOND LLP**
The Arlington Building
492 Ninth Street, Suite 300
Oakland, California 94607
Telephone: (510) 267-0900
Facsimile: (510) 267-0901

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MYUNG-SUP SHIN, and HAN-SUP SHIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF UNION CITY, CALIFORNIA, UNION CITY CALIFORNIA POLICE DEPARTMENT, BRUCE VANCE, DENNIS BENITEZ, MIKE DALISAY, and DOES 1-50,<br><br>Defendants. | No. C-02-2648-CRB<br><br>**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR PROPOSED JURY INSTRUCTION NO. 6**<br><br>Date: July 26, 2004<br>Time: 1:30 p.m.<br>Dept.: Courtroom 2, 17th Floor<br>Hon. Charles R. Breyer |

## INTRODUCTION

Defendants Bruce Vance, Dennis Benitez and Mike Dalisay ("defendants") hereby file this memorandum of law in support of their Proposed Jury Instruction No. 6. The instruction is supported by evidence that will be introduced at trial, is supported by the law, and is not argumentative or cumulative. Accordingly, defendants respectfully submit that they are entitled to have this instruction read to the jury.

## PROPOSED INSTRUCTION

> Obstructing a police officer in the performance of her duty is a crime that is legally defined as, among other things, resists, delays or obstructs the officer in the discharge or attempt to discharge the officer's duty.



Dockets.Justia.com

## ARGUMENT

A party has a right to have the jury instructed on its defense, if that theory is supported by some evidence, or by reasonable inferences from facts in evidence, and the instruction is legally correct. *Williams v. Jader Fuel Co., Inc.*, 944 F.2d 1388, 1402 (7th Cir. 1991). The basic requirement is that the proposed instruction fairly and adequately cover the issues presented, correctly state the applicable law, and not be misleading. *Gulliford v. Pierce County*, 136 F.3d 1345, 1348 (9th Cir. 1998).

### A. THE PROPOSED INSTRUCTION IS SUPPORTED BY EVIDENCE.

Defendants' Proposed Jury Instruction No. 6 is merely a recitation of California Penal Code §148. Plaintiff was arrested on June 5, 2001 for a violation of California Penal Code § 148.

### B. THE PROPOSED INSTRUCTION CORRECTLY STATES THE LAW.

Defendants' Proposed Jury Instruction No. 6 fairly and accurately restates the statute under which plaintiff was arrested on June 5, 2001. Defendants therefore request this instruction to advise the jury of the specific statutory elements of the misdemeanor of obstructing an officer during the performance of his duty.

Defendants are not proposing another jury instruction on this issue.

Defendants' Proposed Jury Instruction No. 6 is therefore not misleading, repetitive, cumulative or argumentative.

Accordingly, for all these reasons, defendants' Proposed Jury Instruction No. 6 should be read to the jury. *Gulliford*, 136 F.3d at 1348.

## CONCLUSION

Defendants respectfully request that their Proposed Jury Instruction No. 6 should be read to the jury.

Dated: July 14, 2004

STEVENS & DIAMOND LLP

By: ______________________________

CHERYL A. STEVENS
Attorneys for Defendants
BRUCE VANCE, DENNIS
BENITEZ, and MIKE DALISAY

M:\DOCS\CLIENT\Geohill.shin\Trial\juryinstructions\Memorandum of Law -Proposed Jury Instruction 6.wpd