Apple Inc. v. Psystar Corporation Doc. 1331

**SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON**
Steven A. Gibson, Esq.
Nevada Bar No. 6656
James D. Boyle, Esq.
Nevada Bar No. 8384
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
Email: sgibson@nevadafirm.com
Email: jboyle@nevadafirm.com

*Appearing Pro Hac Vice*

**HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP**
Susan G. O'Neill, Esq.
California Bar No. 115133
Hussein M. Saffouri, Esq.
California Bar No. 177863
333 Market Street, Suite 2300
San Francisco, California 94105-2173
Telephone: (415) 777-3200
Fax: (415) 541-9366
ccoates@hansonbridgett.com
hsaffouri@hansonbridgett.com

Attorneys for Defendants Jan R. Coyle and Kolbet Labs

SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor, Las Vegas, Nevada 89101
(702) 791-0308 - Fax (702) 791-1912

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ELECTRONICS FOR IMAGING, INC., a Delaware corporation,

Plaintiff,

v.

JAN R. COYLE, an individual; and KOLBET LABS, a Nevada sole proprietorship,

Defendants.

Case No. C 04-0652 MJJ

**RE-NOTICE OF HEARING ON DEFENDANTS' MOTION TO QUASH OR STAY DISCOVERY**

**(Discovery Matter)**

Judge: Hon. Martin J. Jenkins

Date: August 24, 2004
Time: 9:30 A.M.
Location: Courtroom 11, 19th Floor

Dockets.Justia.com

Defendants Jan R. Coyle and Kolbet Labs (collectively "Defendants") hereby clarify the notice of hearing on Defendants' Motion to Quash or Stay Discovery (the "Motion to Quash") (Docket Nos. 52 and 53), for Tuesday, August 24, 2004, at the hour of 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 11of the Phillip E. Burton Federal Courthouse, located at 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Martin J. Jenkins.

DATED this 14th day of July, 2004.

**SANTORO, DRIGGS, WALCH,**
**KEARNEY, JOHNSON & THOMPSON**

/s/ James D. Boyle
STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
JAMES D. BOYLE, ESQ.
Nevada Bar No. 8384
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912

Of Counsel for Defendants Jan R. Coyle and Kolbet Labs

Appearing before this Court *pro hac vice*

SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 · FAX (702) 791-1912