Apple Inc. v. Psystar Corporation

Doc. 1347 Att. 1



Encapsule Precise - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.rubicor.com/Precise.htm

RUBICOR

- Home
- About Rubicor
- Products
- Physicians
- Patients
- Contact Us

EnCapsule Precise Breast Biopsy Device

The minimally invansive EnCapsule Precise Breast Biopsy Device offers:

- *Optimized dimensions for sterotactic application*
- *Large and Intact Specimen Capture*
  - Enables pathology comparable to open surgical biopsy
  - Preserves specimen architecture
- *Adjustable device*
  - Physician controlled and real-time feedback
  - Ability to start and stop at any time during the procedure
- *Simple Procedure*
  - Easy placement and single specimen capture
- *Isolated Specimen*

Done

Internet

start | Steven Longwell - Inb... | Encapsule Precise - M... | Document1 - Microsof... | 9:37 AM



Encapsule Precise - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.rubicor.com/Precise.htm

- Patients
- Contact Us

The minimally invansive EnCapsule Precise Breast Biopsy Device offers:

- *Optimized dimensions for sterotactic application*
- *Large and Intact Specimen Capture*
  - Enables pathology comparable to open surgical biopsy
  - Preserves specimen architecture
- *Adjustable device*
  - Physician controlled and real-time feedback
  - Ability to start and stop at any time during the procedure
- *Simple Procedure*
  - Easy placement and single specimen capture
- *Isolated Specimen*
  - Consistent with principles of surgical oncology
- *Capable of multiple biopies per patient*
  - In the event of larger lesions and abnormalities, multiple tissue samples can be collected
- *Easy to Incorporate in Practice*
  - Stereotactic and Ultrasound compatible
  - No capital equipment purchase necessary (works with standard RF generators)
  - Facilitates office-based procedure

Home | Company Info | Products | Physicians | Patients | Contact Us

Done

Internet

start | Steven Longwell - Inb... | Encapsule Precise - M... | Document1 - Microsof... | 9:37 AM



Dockets.Justia.com

Stereotactic Procedure - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.rubicor.com/Stereo.htm

RUBICOR



- Home
- About Rubicor
- Products
- Physicians
- Patients
- Contact Us

## Stereotactic Procedure

The EnCapsule Breast Biopsy Device is designed to complete a breast biopsy by removing a single contiguous core of tissue through a small incision The EnCapsule is compatible with either stereotactic or ultrasound imaging. A stereotactic case is described below.
The EnCapsule System for stereotactic procedures consists of the EnCapsule Precise device and either a Fischer or Lorad table holder.





### Step 1: Lesion Location

- The lesion is located with normal stereotactic imaging. The pre-procedure image is shown.

Done | Internet

start | Steven Longwell - Inb... | Stereotactic Procedur... | Document1 - Microsof... | 9:40 AM

Stereotactic Procedure - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.rubicor.com/Stereo.htm



### Step 1: Lesion Location

- The lesion is located with normal stereotactic imaging. The pre-procedure image is shown.



### Step 2: Cutting and Collecting the Target Lesion

- The physician, under local anesthesia, makes an incision and advances the EnCapsule probe to the appropriate coordinates.
- The EnCapsule RF loop and bag assembly is deployed to completely encircle the target. The handle is rotated, simultaneously cutting and collecting the breast biopsy specimen.



### Step 3: Part off and Removal

- The EnCapsule RF loop and bag assembly is retracted completely, capturing the target tissue, and enclosing it in the bag.
- The device is then withdrawn and the enclosed, intact specimen is oriented and preserved for pathological review as shown in this post-procedure view.



Done | Internet

start | Steven Longwell - Inb... | Stereotactic Procedur... | Document1 - Microsof... | 9:40 AM

Stereotactic Procedure - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://www.rubicor.com/Stereo.htm



and advances the EnCapsule probe to the appropriate coordinates.

- The EnCapsule RF loop and bag assembly is deployed to completely encircle the target. The handle is rotated, simultaneously cutting and collecting the breast biopsy specimen.



### Step 3: Part off and Removal

- The EnCapsule RF loop and bag assembly is retracted completely, capturing the target tissue, and enclosing it in the bag.
- The device is then withdrawn and the enclosed, intact specimen is oriented and preserved for pathological review as shown in this post-procedure view.



A picture of a typical specimen.



Done Internet

start Steven Longwell - Inb... Stereotactic Procedu... Document1 - Microsof... 9:40 AM

Ultrasound Procedure - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address: http://www.rubicor.com/Ultrasound.htm

RUBICOR



- Home
- About Rubicor
- Products
- Physicians
- Patients
- Contact Us

# Ultrasound Procedure

The EnCapsule Breast Biopsy Device is designed to complete a breast biopsy by removing a single contiguous core of tissue through a small incision The EnCapsule is compatible with either stereotactic or ultrasound imaging, an ultrasound case is described below.





### Step 1: Targeting and Insertion

- The physician identifies the lesion with ultrasound. Under local anesthesia, a small skin incision is made. The portion of the shaft containing the EnCapsule RF loop and bag assembly is advanced to a position directly under the targeted lesion using ultrasound guidance.

Done | Internet

start | Steven Longwell - Inb... | Ultrasound Procedure... | Document1 - Microsof... | 9:43 AM

Ultrasound Procedure - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address: http://www.rubicor.com/Ultrasound.htm



The portion of the shaft containing the EnCapsule RF loop and bag assembly is advanced to a position directly under the targeted lesion using ultrasound guidance.




### Step 2: Cutting and Collecting the Lesion

- The EnCapsule RF loop and bag assembly is deployed to completely encircle the target. The handle is rotated, simultaneously cutting and collecting the breast biopsy specimen.




### Step 3: Real Time Adjustment

- Under ultrasound guidance, the RF loop and bag assembly can be adjusted during the cut to maximize accuracy during the biopsy procedure.
- Additionally, the physician has the option of starting or stopping at any point during the procedure.

Done | Internet

start | Steven Longwell - Inb... | Ultrasound Procedure... | Document1 - Microsof... | 9:43 AM



Ultrasound Procedure - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.rubicor.com/Ultrasound.htm



### Step 4: Part off and Removal

- Upon completion of rotation, the cutting loop is retracted to part off and completely capture the target tissue within the bag.
- The device is then withdrawn and the enclosed, intact specimen is oriented and preserved for pathological review.



A picture of a typical specimen.





Ultrasound Procedure - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.rubicor.com/Ultrasound.htm

### Step 4: Part off and Removal

- Upon completion of rotation, the cutting loop is retracted to part off and completely capture the target tissue within the bag.
- The device is then withdrawn and the enclosed, intact specimen is oriented and preserved for pathological review.



A picture of a typical specimen.



Home | Company Info | Products | Physicians | Patients | Contact Us