Apple Inc. v. Psystar Corporation Doc.

JARED BOBROW (Bar No. 133712)
NICHOLAS BROWN (Bar No. 198210)
DAVID POLLOCK (Bar No. 217546)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
Neothermia Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEOTHERMIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RUBICOR MEDICAL, INC.,<br><br>Defendant. | **Case No. C-03-4277 (VRW)** |

**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO FILE DOCUMENTS UNDER SEAL**



Dockets.Justia

As set forth in plaintiff Neothermia Corporation's ("Neothermia") Miscellaneous Administrative Request to Seal Documents, Neothermia lodged with the Court the following documents dated July 15, 2004 in connection with the summary judgment motion before this Court:

1) Neothermia's Opposition to Rubicor's Motion for Summary Judgment;

2) The Confidential Declaration of Nicholas Brown In Support Of Opposition to Rubicor's Motion for Summary Judgment;

3) The Confidential Declaration of Philip Eggers In Support Of Opposition to Rubicor's Motion for Summary Judgment.

Having considered Neothermia' Miscellaneous Administrative Request to Seal Documents, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-referenced documents are to be filed under seal.

IT IS SO ORDERED.

DATED:

By:______________________________
HON. VAUGHN R. WALKER
United States District Court Judge