Howard Wollitz [SBN 58674]
Alan H. Lazar [SBN 46308]
Robin Zukin [SBN 128388]
Thomas S. Flynn [SBN 194231]
CHARLSTON, REVICH & CHAMBERLIN LLP
1925 Century Park East, Suite 1250
Los Angeles, CA 90067-2746
Telephone: (310) 551-7000
Facsimile: (310) 203-9321

Attorneys for Plaintiffs/counterdefendants
Legion Insurance Company, Inc. and
Berkley Insurance Company

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

LEGION INSURANCE COMPANY, INC., BERKLEY INSURANCE COMPANY, formerly known as Signet Star Reinsurance Company,

Plaintiffs,

v.

PEGLAR AND ASSOCIATES, INC.,

Defendant.

Case No. C 01-4743 CRB (EDL)

SUPPLEMENTAL DECLARATION OF ROBIN ZUKIN IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL DISCOVERY

Hon. Elizabeth D. Laporte
United States District Court Magistrate Judge

I, Robin Zukin, declare as follows:

1. I am an attorney at law duly licensed to practice before this court and all of the courts of the State of California. I am an associate of Charlston, Revich & Chamberlin, LLP, attorneys of record for Plaintiffs Legion Insurance Company ("Legion") and Berkley Insurance Company ("Berkley"). I have personal knowledge of the facts set forth herein, except such facts I state on information and belief. If called to testify to the matters herein, I could and would competently do so.

2. This supplemental declaration is being filed and served at the court's request.

3. On May 7, 2004, Berkley served its responses to Peglar's third request for production. At the same time, plaintiffs served their privilege log. A true and correct copy of the privilege log is attached hereto as Exhibit "A."

4. On May 21, 2004, plaintiffs served their supplemental privilege log. A true and correct copy of the supplemental privilege log is attached hereto as Exhibit "B."

Executed July 16, 2004, in Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

[signature]

Robin Zukin

[redacted] A

**PRIVILEGE LOG**
**RE: PLAINTIFFS' RESPONSES TO**
**PEGLAR'S THIRD REQUESTS FOR PRODUCTION**

***Legion Insurance Company, Inc., et al. v. Peglar and Associates, Inc.***
**USDC Case No. C 01-04743 CRB ARB**

| Log Number | Date of Document | Identity and Position of Recipients | Identity and Position of Author | Document Description | Privilege Claimed | Present Location |
|---|---|---|---|---|---|---|
| 1 | October 26, 2001 | A. Walsh | C. La Punzina | E-mail re claim against Peglar | Attorney-Client and Work Product | Plaintiffs' counsel has a copy |
| 2 | October 26, 2001 | A. Walsh | C. LaPunzina | E-mail re claim against Peglar including e-mail from H. Wollitz | Attorney-Client and Work Product | Plaintiffs' counsel has a copy |

EXHIBIT B

**SUPPLEMENTAL PRIVILEGE LOG**
**RE: PLAINTIFFS' RESPONSES TO**
**PEGLAR'S THIRD REQUESTS FOR PRODUCTION**

***Legion Insurance Company, Inc., et al. v. Peglar and Associates, Inc.***
**USDC Case No. C 01-04743 CRB ARB**

| Log No. | Identity and Capacity of Author | Identity and Position of Recipients | Date of Document | Title and Description | Subject Matter | Purpose | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 1 | C. La Punzina (senior vice president, general counsel and secretary) | A. Walsh (senior vice president and general counsel) | 10/26/2001 | Untitled; e-mail. (L0004159) | Peglar & Associates | Discussion of claim against Peglar including opinions, legal theories and conclusions of H. Wollitz. | Attorney-Client and Work Product |
| 2 | C. LaPunzina | A. Walsh | 10/26/2001 | Untitled; e-mail. (L0004160) | Peglar commission | Discussion of claim against Peglar including October 23, 2001 e-mail from H. Wollitz. | Attorney-Client and Work Product |
| 3 | J. Selleck (Legion's counsel) | N. Green (vice president and associate general counsel), A. Walsh | 06/25/2001 | Untitled; e-mail. (L0004161) | Lockton-Employers/UMIS | Discussion of TLC audit including June 25, 2001 e-mail from N. Greene to J. Selleck. | Attorney-Client and Work Product |

| Log No. | Identity and Capacity of Author | Identity and Position of Recipients | Date of Document | Title and Description | Subject Matter | Purpose | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 4 | D. Cohen (Legion's counsel) | A. Walsh | 07/06/2001 | Untitled; e-mail. (L0004162) | Signet Star - Erickson | Discussion of E. Erickson interview including July 5, 2001 e-mail from J. Waksman (Legion's counsel) to D. Cohen. | Attorney-Client and Work Product |
| 5 | D. Cohen | A. Walsh, G. Frederick (Legion employee), J. Waksman | 07/12/2001 | Untitled; E-mail. (L0004163) | Signet Star | Discussion of J. Rivers interview. | Attorney-Client and Work Product |
| 6 | A. Walsh | J. Waksman, A. Walsh, D. Cohen | 07/16/2001 | Untitled; e-mail. (L0004164) | Signet Star position - draft | Discussion of Signet Star position and draft of Legion's position paper for mediation including July 16, 2001 e-mail from J. Waksman to A. Walsh and D. Cohen. | Attorney-Client and Work Product |
| 7 | J. Waksman | A. Walsh, D. Cohen | 07/16/2001 | Untitled; e-mail. Position Paper in Support of Legion Insurance Company - draft. (L0004165-L0004185) | Signet Star position - draft | Discussion of Signet Star position and draft of Legion's position paper for mediation and attached draft. | Attorney-Client and Work Product |

| Log No. | Identity and Capacity of Author | Identity and Position of Recipients | Date of Document | Title and Description | Subject Matter | Purpose | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 8 | J. Waksman | A. Walsh | 07/17/2001 | Untitled; e-mail. Position Paper in Support of Legion Insurance Company - revised draft. (L0004186-L0004205) | Revised draft of Legion's position paper for mediation. | Discussion of revised draft and attached revised draft. | Attorney-Client and Work Product |
| 9 | C. LaPunzina | A. Walsh, I. Lederman (Berkley employee) | 07/31/2001 | Untitled; e-mail. CRC resume. (L0004206-L0004218) | CRC retention | Discussion of retention of CRC and firm resume including e-mail from H. Wollitz and resume. | Attorney-Client and Work Product |
| 10 | J. Selleck | L. Horton (Legion employee), A. Walsh | 09/19/2001 | Untitled; e-mail and letter. (L0004219-L0004221) | Letter to Lockton | Discussion of letter to Lockton re audit and attached letter. | Attorney-Client and Work Product |
| 11 | N. Greene | R. Turner (Legion employee), A. Walsh, J. Rivers (CRS employee) | 04/26/2001 | Untitled; e-mail (redacted L0002207, L0002210, L0002213, L0002216-L0002218, L0002220, L0002222, L0002223, L0002224, L0002225, L0002227, L0002229, L0002231, L0002233, L0002234, L0002236 and L0002238 - each page has same redaction). | Lockton/UMIS update | Discussion of Employers Resource lawsuit including opinions, legal theories and conclusions of Legion's outside counsel. | Attorney-Client and Work Product |

| Log No. | Identity and Capacity of Author | Identity and Position of Recipients | Date of Document | Title and Description | Subject Matter | Purpose | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 12 | J. Naugle | R. Turner, M. Quist, A. Lewis, J. Peichel | 12/05/2001 | Untitled; e-mail (redacted L0002248-L0002271 - same e-mails repeated). | Lockton | Discussion of Lockton tax accruals including e-mails of December 4, 2001 from R. Turner to A. Lewis and M. Quist to R. Turner and J. Naugle, e-mail of December 3, 2001 from A. Lewis to R. Turner, e-mail of November 20, 2001 from A. Lewis to J. Naugle, e-mail of November 14, 2001 from N. Bilimoria to J. Peichel and J. Schilling, and e-mail of November 14, 2001 from J. Schilling to N. Bilimoria. | Privacy, tax return privilege |
| 13 | N. Greene | R. Turner, A. Walsh | 09/26/2000 | Untitled; e-mail (redacted L0002110, L0002111 and L0002112 - same e-mails repeated). | UMIS Lockton Lawsuit | Discussion of Lockton lawsuit including opinions, legal theories and conclusions of Legion's outside counsel. | Attorney-Client and Work Product |

| Log No. | Identity and Capacity of Author | Identity and Position of Recipients | Date of Document | Title and Description | Subject Matter | Purpose | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 14 | N. Greene | R. Turner, A. Walsh, J. Kessock, G. Partridge | 10/17/2000 | Untitled; e-mail (redacted L0002109). | Lockton Lawsuit UMIS | Discussion of Lockton lawsuit including opinions, legal theories and conclusions of Legion's outside counsel. | Attorney-Client and Work Product |

# PROOF OF SERVICE

1013A (3) C.C.P. Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 Century Park East, Suite 1250, Los Angeles, California 90067.

On the date shown below, I served the foregoing document described as: SUPPLEMENTAL DECLARATION OF ROBIN ZUKIN IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL DISCOVERY by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Phillip Walsh
Anthony Cicchetti
Jorden Burt LLP
175 Powder Forest Drive, Suite 201
Simsbury, Connecticut 06089
Telephone: (860) 392-5000
Facsimile: (860) 392-5058

Jerome N. Lerch
Brett Broge
LERCH STURMER LLP
350 California Street, Suite 1700
San Francisco, California 94104
Telephone: (415) 217-6340
Facsimile: (415) 217-2782

_ **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

x **(BY ELECTRONIC FILING)** I have reviewed the Order re Electronic Service of Pleadings in Case No. C01-4743 CRB ARB pursuant to Local Rule 5-4 and General Order 45. I am serving the above document as required by the Order re Electronic Service of Pleadings in Case No. C01-4743 CRB ARB and as instructed under the Electronic Case Filing Program.

xx **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 16, 2004, at Los Angeles, California.

Barbara Holbrook [signature]

Barbara Holbrook