Apple Inc. v. Psystar Corporation

Doc. 1376

KUTAK ROCK LLP

SUITE 1100
18201 VON KARMAN AVENUE
IRVINE, CALIFORNIA 92612-1077

949-417-0999
FACSIMILE 949-417-5394

www.kutakrock.com

FILED
2004 JUL 19 PM 1:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATLANTA
CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
KANSAS CITY
LINCOLN
LITTLE ROCK
OKLAHOMA CITY
OMAHA
PASADENA
RICHMOND
SCOTTSDALE
WASHINGTON
WICHITA

PAUL F. DONSBACH
paul.donsbach@kutakrock.com
(949) 417-0963

July 16, 2004

Honorable Wayne D. Brazil
Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street, Courtroom 4, Third Floor
Oakland, California 94612-5212

33

Re: *Hansch v. Eli Lilly and Company, et al.*
U.S. District Court Case No.: C04-122 CW MED

Dear Judge Brazil:

On behalf of Defendant GlaxoSmithKline, Inc. ("Glaxo") and pursuant to ADR L.R. 6-9(d), we respectfully request that the Court excuse Glaxo's corporate representative from personal attendance at the mediation scheduled for September 21, 2004. Glaxo is continuing its efforts to resolve this matter through settlement and, if a settlement cannot be reached before the mediation, Glaxo's corporate representative will be available by phone throughout the mediation.

Under the circumstances of this case, personal attendance by Glaxo's corporate representative would impose an extraordinary or otherwise unjustifiable hardship. Plaintiff Susan Lynne Hansch's ("Plaintiff" or "Ms. Hansch") claims are asserted under the theory of market share liability set forth in *Sindell v. Abbott Laboratories*, 26 Cal.3d 588 (1980), and Glaxo's market share for the relevant time periods was approximately 1.2% and 1.3%.

Glaxo is a peripheral defendant and does not have any significant exposure in this case (and Glaxo reserves all rights, including all rights as to whether the theory of market share liability applies to this case). Nevertheless, Glaxo is seeking to resolve this case through a settlement and, if it has not settled prior to the mediation, will participate in the mediation through counsel in person, and upon the Court's approval through its corporate representative by telephone.

The undersigned counsel has advised all parties of this request, and each party's counsel has stated that they have no objections to this request.



Dockets.Justia.com

Thank you for your consideration of this matter.

Very truly yours,

Paul F. Donsbach

cc: All Counsel (see attached service list)
Mediator John Skelton, Esq.

| | |
|---|---|
| Renee Lynne Robinson-Meyer<br>Aaron M. Levine<br>Brandon Levine<br>Steven Jay Lewis<br>Aaron M. Levine & Associates<br>1320 19th Street, NW Suite 500<br>Washington, DC 20036<br><br>Attorneys for Plaintiff<br>Susan Lynne Hansch | Rachel Abrams, Esq.<br>Hersh & Hersh<br>601 Van Ness Avenue<br>Suite 2080<br>San Francisco, CA 94102<br>Tel: (415) 441-5544<br>Fax: (415) 441-7586<br><br>Attorneys for Plaintiff<br>Susan Lynne Hansch |
| James M. Wood<br>David J. de Jesus<br>James M. Neudecker<br>REED SMITH LLP<br>1999 Harrison Street, 22nd Floor<br>Oakland, CA 94612-3672<br>Tel: (510) 763-2000<br>Fax: (510) 273-8832<br><br>Attorneys for Defendant<br>Eli Lilly and Company | Sidney G. Leech<br>Goodell Devries Leech & Dann<br>One South Street<br>Suite 2000<br>Baltimore, MD 21202<br>Tel: (410) 783-4017<br>Fax: (410) 783-4040<br><br>Attorneys for Defendant<br>Bristol-Myers Squibb Company<br>Pharmacia & Upjohn aka The Upjohn Company |
| Janet K. Coleman<br>Whitney & Bogris LLP<br>401 Washington Ave.<br>12th Floor<br>Towson, MD 21204<br>Tel: (410) 583-8000<br>Fax: (410) 583-8031<br><br>Attorneys for Defendant<br>GlaxoSmithKline, Inc. suc Massengill suc Burroughs-Wellcome | Jennifer Gardner Levy<br>Kirkland & Ellis<br>655 15th Street NW<br>Suite 1200<br>Washington, DC 20005<br>Tel: (202) 879-5211<br>Fax: (202) 879-5200<br><br>Attorney for Defendant<br>Abbott Laboratories, Inc. |