**GRAYSON S. TAKETA, ESQ. (34008)**
**GRAYSON S. TAKETA, INC.**
1764 The Alameda
San Jose, CA 95126
Telephone: 408/288-9400
Facsimile: 408/288-9090

Attorney for Defendants K&L Supply Co., Joseph Lee, Robert Katsura, and Brian O Hagan

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED - 7/21/04*

Young Kil Pak,

Plaintiff,

v.

K & L Supply Co., et al,

Defendants.

___________________________________/

Case No. C03-04787 RMW
ORDER GRANTING
**SUBSTITUTION OF ATTORNEY**

THE COURT AND ALL PARTIES ARE NOTIFIED that defendant, Brian O Hagan, makes the following substitution:

Former legal representative, Grayson S. Taketa

NewNew legal representative, Haeyoung Lee,New legal representative, Haeyoung Lee, 1550 Th

Telephone number: 408/293-3462

The party making the substitution is defendant, Brian O Hagan.

Dated: July 8, 2004

/s/ Brian O Hagan /s/ Brian O Ha
Brian O Hagan

The undersigned consents to the above substitution.

Dated: July 12, 2004

/s/ Grayson S. Taketa
Grayson S. Taketa



Dockets.Justia.com

The undersigned accepts the above substitution.

Dated: July 8, 2004

/s/ Haeyoung Lee
Haeyoung Lee

IT IS SO ORDERED.

Dated: 7/21/04

/s/ Ronald M. Whyte
______________________
U.S. District Judge