IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

April Schneider, et al.

Plaintiff,

v.

City of Pacifica, et al.

Defendant.

No. C 04 1381 MHP

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

**ADR CERTIFICATION**

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration ☒ ENE ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

Apple Inc. v. Psystar Corporation Doc. 1383

**Private Process:**

☐ Private ADR (*please identify process and provider*)

Dated: 7/19/04 Constance J. [signature]
Attorney for Plaintiff

Dated: 7/20/04 [signature]
Attorney for Defendant

IT IS SO ORDERED:

Dated: ______________

UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

**Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.**

*(Note: This Certification must be signed by each party and its counsel.)*

**Dated:** ____________ ______________________________
[Typed name and signature of plaintiff]

**Dated:** ____________ ______________________________
[Typed name and signature of counsel for plaintiff]

**Dated:** 7/20/04 Cecilia M. Quick
Cecilia Quick
Pacifica City Attorney
[Typed name and signature of defendant]

**Dated:** 7/20/04 G. Thornton
Gregg A. Thornton
[Typed name and signature of counsel for defendant]



United States District Court
For the Northern District of California