Apple Inc. v. Psystar Corporation

Doc. 1387

DUANE B. BEESON, SBN 20215
**BEESON, TAYER & BODINE, APC.**
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 625-9700
Facsimile: (510) 625-8275

Attorneys for Plaintiff
Teamsters Local 78

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS LOCAL 78,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE BAKERY GROUP,<br><br>Defendant. | Case No. C-04-2948 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 21, 2004

//ss//
Duane B. Beeson
Counsel for Plaintiff



Dockets.Justia.com