JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
JULIA TEN EYCK, Attorney - State Bar #108755
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6520 Fax: (510) 238-6500
Telephone: (510) 637-0269
23220/327650
Attorneys for Defendants,
CITY OF OAKLAND, et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENNY FISH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, A Municipal corporation; RICHARD WORD, individually and in his capacity as Chief of Police for the City of Oakland; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 03 4554 EDL<br><br>**DEFENDANTS CITY OF OAKLAND, RICHARD WORD AND OFFICER S. GLOVER AND R. VIERRA'S ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS; BATTERY; FALSE ARREST AND IMPRISONMENT** |

THE CITY OF OAKLAND, RICHARD WORD, Chief of Police for the City of Oakland, and OFFICER S. GLOVER and R. VIERRA, Oakland Police Officers for the City of Oakland ("Defendants"), hereby answer, object and otherwise respond to the First Amended Complaint herein as follows.

**<u>GENERAL ALLEGATIONS</u>**

1. Defendants admit each and every allegation set forth in the paragraphs 1, 2, 3 and 4 of the First Amended Complaint.

2. Defendants lack information or belief sufficient to enable them to answer paragraphs 5, 6, 7 and 8 of the First Amended Complaint and based on this lack of



Dockets.Justia.com

information and belief deny each and every allegation set forth therein.

## STATEMENT OF FACTS

3. Defendants lack information or belief sufficient to enable them to answer paragraphs 9, 10, 11, 12, and 14 of the First Amended Complaint and based on this lack of information and belief deny each and every allegation set forth therein.

4. Defendants deny each and every allegation set forth in paragraphs 13, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27 and 28 of the First Amended Complaint.

5. Defendants admit that plaintiff was arrested as alleged in paragraph 15 of the First Amended Complaint. Defendants deny each and every remaining allegation set forth in said paragraph.

## FIRST CAUSE OF ACTION
**(42 U.S.C. §1983 Against S. Glover, R. Vierra and Does 1-50)**

6. In response to paragraph 29 of the First Amended Complaint on file herein, defendants incorporate herein, by this reference as though fully set forth at length, their answers to paragraphs 1 through 28.

7. Defendants deny each and every allegation contained in paragraphs 30, 31, 32, 33 and 34 of the First Amended Complaint.

## SECOND CAUSE OF ACTION
**(42 U.S.C. §1983 Against Defendants CITY OF OAKLAND, RICHARD WORD and Does 1-50)**

8. In response to paragraph 35 of the First Amended Complaint on file herein, defendants incorporate herein, by this reference as though fully set forth at length, their answers to paragraphs 1 through 28.

9. Defendants deny each and every allegation contained in paragraphs 36, 37, 38, 39, 40, 41 and 42 of the First Amended Complaint.

## THIRD CAUSE OF ACTION
**(Against S. Glover, R. Vierra and Does 1-50 for Battery)**

10. In response to paragraph 43 of the First Amended Complaint on file herein,

defendants incorporate herein, by this reference as though fully set forth at length, their answers to paragraphs 1 through 28.

11. Defendants deny each and every allegation contained in paragraphs 43, 44, 45 and 46 of the First Amended Complaint.

**FOURTH CAUSE OF ACTION**
**(Against S. Glover, R. Vierra, and Does 1-50 for False Arrest and Imprisonment)**

12. In response to paragraph 47 of the First Amended Complaint on file herein, defendants incorporate herein, by this reference as though fully set forth at length, their answers to paragraphs 1 through 28.

13. Defendants deny each and every allegation contained in paragraphs 48, 49, 50, 51 and 52 of the First Amended Complaint.

**STATEMENT OF DAMAGES**

14. In response to paragraph 53 of the First Amended Complaint on file herein, defendants incorporate herein, by this reference as though fully set forth at length, their answers to paragraphs 1 through 52.

15. Defendants deny each and every allegation contained in paragraphs 54, 55, and 56 of the First Amended Complaint.

16. Defendants hereby reserve the right to demand trial by jury.

**AFFIRMATIVE DEFENSES**

**I.**

AS A FURTHER, FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that the First Amended Complaint fails to state a cause of action against these defendants.

**II.**

AS A FURTHER, SECOND, SEPARATE AND AFFIRMATIVE DEFENSE,

defendants, on information and belief, allege that plaintiff was careless and/or negligent in or about the events alleged in the First Amended Complaint, and assumed the risks of the events or accident, and said conduct was the proximate cause of the injuries and damages alleged.

**III.**

AS A FURTHER, THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege, on information and belief, that plaintiff did not exercise ordinary care, caution, or prudence to avoid the alleged event and/or accident; consequently, the subsequent injuries or damages, if any, sustained by plaintiff was proximately caused by and contributed to by plaintiff's comparative negligence, and any damages he might otherwise be entitled to should be proportionately reduced by the degree of plaintiff's negligence.

**IV.**

AS A FURTHER, FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that the injuries and damages plaintiff complains of resulted from the acts and/or omissions of others, or acts of God, and without any fault on the part of defendants.

**V.**

AS A FURTHER, FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that any party or individual who was negligent and/or contributed to the alleged injuries and damages was not acting as its agent or with its knowledge or within the course and/or scope of employment with defendant CITY OF OAKLAND.

**VI.**

AS A FURTHER, SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that this action is barred by all applicable Government Code immunities, including, but not limited to, sections 815 through 900. Said sections are pleaded as

though fully set forth herein.

**VII.**

AS A FURTHER, SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that they are not liable for punitive damages pursuant to Government Code section 818.

**VIII.**

AS A FURTHER, EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that all of the actions of defendants were undertaken in good faith and with the reasonable belief that such actions were valid, necessary, reasonable, lawful and constitutionally proper, entitling defendants to the qualified immunity of good faith.

**IX.**

AS A FURTHER, NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that, if they in any fashion caused the injuries or damages alleged, although such liability is expressly denied herein, their acts and/or omissions were reasonable and privileged.

**X.**

AS A FURTHER, TENTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege, on information and belief, that plaintiff failed to mitigate damages.

**XI.**

AS A FURTHER, ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that, to the extent that plaintiff alleges or asserts matters not contained in a legally sufficient claim filed by her, this action is barred by the claims requirements set forth in Government Code Section 905 et seq.

**XII.**

AS A FURTHER, TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that this action is barred by all applicable statutes of limitations.

**WHEREFORE,** defendants pray that:

1. Plaintiffs take nothing by reason of their complaint;
2. Defendants have judgment against plaintiffs;
3. Defendants be awarded their costs of suit incurred herein, including costs; and
4. The Court award such other relief as it may deem proper.

Dated: July 26, 2004

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
WILLIAM E. SIMMONS, Deputy City Attorney
JULIA TEN EYCK, Attorney

By: /s/
Attorneys for Defendants