Apple Inc. v. Psystar Corporation

Doc. 1429

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Robert A. Ford, State Bar No. 056311
Reuben B. Jacobson, State Bar No. 167972
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
THE KELLOGG COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE HOOVER COMPANY, THE HOOVER COMPANY LIMITED, AND KELLOGG COMPANY AND DOES 1 TO 20,<br><br>Defendants. | CASE NO. C03-00631 SBA<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION** |

It is hereby stipulated by and between Counsel of Record for plaintiff STATE FARM INSURANCE COMPANY and defendants THE HOOVER COMPANY and KELLOGG COMPANY that this action be dismissed in its entirety.

Dated: 6/30, 2004

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/
Reuben B. Jacobson
Attorneys for Defendant
THE KELLOGG COMPANY



Dockets.Justia.com

Dated: __July 19__, 2004 HOLLAND & KNIGHT

By _/s/_____________________________________
Lawrence Conlan
Attorneys for Defendant
HOOVER COMPANY and HOOVER LIMITED LLC

Dated: _July 6_____, 2004 CHOLAKIAN & ASSOCIATES

By _/s/__________________________________________
Heidi Quan
Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE COMPANY

Good cause appearing therefore based upon the foregoing stipulation of Counsel of Record for each of the parties herein following the global settlement of this matter,

It is hereby ordered that this action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: July 27, 2004 /s/ Saundra Brown Armstrong________________________
THE HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE