Apple Inc. v. Psystar Corporation Doc. 1430

STEVEN CHERENSKY (Bar No. 168275)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

R. BRUCE RICH *(pro hac vice)*
KENNETH L. STEINTHAL *(pro hac vice)*
JONATHAN T. WEISS *(pro hac vice)*
ADAM I. COHEN *(pro hac vice)*
JONATHAN BLOOM *(pro hac vice)*
BENJAMIN E. MARKS *(pro hac vice)*
SAMANTHA G. FISHERMAN *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendants
BERTELSMANN AG, BERTELSMANN, INC.,
and BeMUSIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIDGEPORT MUSIC, INC. et al. v. BERTELSMANN AG et al. | Case No. **04-CV-02149 MHP**<br><br>**NOTICE OF APPEARANCE OF SAMANTHA G. FISHERMAN** |



Dockets.Justia.com

The undersigned hereby files this notice of appearance on behalf of defendants Bertelsmann AG, Bertelsmann, Inc. and BeMusic, Inc.

Samantha G. Fisherman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10023
Tel: (212) 310-8000
Fax: (212) 310-8007
samantha.fisherman@weil.com

Dated: July 28, 2004

R. Bruce Rich
Kenneth L. Steinthal
Jonathan T. Weiss
Adam I. Cohen
Jonathan Bloom
Benjamin E. Marks
Samantha G. Fisherman
WEIL, GOTSHAL & MANGES LLP

By: /s/ Samantha G. Fisherman
Samantha G. Fisherman

Attorneys for Defendants
BERTELSMANN AG,
BERTELSMANN, INC. and
BEMUSIC, INC.