Apple Inc. v. Psystar Corporation Doc. 1462

Joan M. Haratani, SBN 118221
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

B. Trent Webb (Admitted *Pro Hac Vice*)
Eric A. Buresh (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Attorneys for Plaintiff
PALMTOP PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMTOP PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LO-Q PLC, LO-Q VIRTUAL QUEUING, INC., SIX FLAGS, INC., SIX FLAGS THEME PARKS INC., AND SIX FLAGS OPERATIONS, INC.,<br><br>Defendants. | Case No. C 02-03807 JSW (ADR)<br><br>**CERTIFICATE OF SERVICE VIA U.S. MAIL** |

I, Ruby A.R. Gonzales, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San Francisco, California 94104.

I am readily familiar with the business practices of this office for collection and processing of documents for mailing with the U.S. postal service, which is that correspondence for mailing via U.S. Mail is collected and deposited on the same day in the ordinary course of business.



Dockets.Justia.com

On July 28, 2004, I served the following document(s):

- NOTICE OF VOLUNTARY DISMISSAL OF SIX FLAGS HOLDINGS, INC.

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

**Attorneys for Defendant**
**LO-Q PLC**

Ronald S. Kravitz, Esq.
Kim S. Zeldin, Esq.
LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, California 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701

Andrew N. Gross, Esq.
SLATER & KING
400 Colony Square, Suite 1100
1201 Peachtree Street, NE
Atlanta, Georgia 30361
Telephone: (404) 888-0500
Facsimile: (404) 888-9863

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on July 28, 2004.

RUBY A.R. GONZALES