IRELL & MANELLA LLP
Morgan Chu (70446)
Christine Byrd (67753)
Richard M. Birnholz (151543)
Andrei Iancu (184973)
Alan J. Heinrich (212782)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

ATTORNEYS FOR PLAINTIFF
IMMERSION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY COMPUTER ENTERTAINMENT, INC.; and MICROSOFT CORPORATION,<br><br>Defendants.<br>______________________________<br><br>AND RELATED COUNTERCLAIMS<br>______________________________ | Case No. C-02-0710 CW (WDB)<br><br>**NOTICE OF MANUAL FILING OF DEPOSITION TRANSCRIPTS: TOSHIO HONDA; STEVE POULSON; KIYOSHI AKUTSU; YOKO IGUCHI**<br><br>Trial Date: August 16, 2004<br>Time: 8:30 a.m.<br>Ctrm: 2 – Hon. Claudia Wilken |



Dockets.Justia.com

Pursuant to General Order 45 VII(A), plaintiff Immersion Corporation ("Immersion") is manually filing Exhibits B (Honda), C (Poulson), D (Akutsu) and E (Iguchi) to Immersion Corporation's Revised Submission of Deposition Transcripts.

These documents were not efiled because the documents are voluminous, contain color highlighting of designated deposition testimony, and contain information designated “confidential” under the protective order.

Dated: July 28, 2004

Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ Andrei Iancu
Andrei Iancu

Attorneys for Plaintiff
Immersion Corporation