UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASAT HOLDINGS, LTD., and ASAT, INC.,<br>Plaintiffs,<br>vs.<br>MOTOROLA, INC.,<br>Defendant. | No. C 03 01514 RS ARB<br>**[PROPOSED] ORDER DENYING ASAT HOLDINGS AND ASAT, INC.'S MOTION TO DISMISS THE FIRST AND SECOND COUNTS OF MOTOROLA'S THIRD AMENDED COUNTERCLAIM**<br>Date: August 18, 2004<br>Time: 9:30 a.m.<br>Place: Courtroom 4, 5th Floor |
| AND RELATED CROSS-ACTIONS. | Honorable Richard Seeborg |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.



Dockets.Justia.com

On August 18, 2004 at 9:30 a.m. in this Court, Plaintiffs and Counterdefendants ASAT Holdings, Ltd. and ASAT, Inc.'s (collectively, the "ASAT plaintiffs") Motion to Dismiss the First and Second Count of Defendant Motorola, Inc.'s ("Motorola") Third Amended Counterclaim came on regularly for hearing. The ASAT plaintiffs and Motorola appeared through their respective counsel of record. Based on the papers filed by the parties, oral argument and the record in this action, and good cause appearing, IT IS HEREBY ORDERED THAT:

The Court finds that Motorola has sufficiently stated a claim upon which relief for breach of express and implied contract can be granted and, therefore, the ASAT Plaintiffs' Motion to Dismiss the First Count of Motorola's Third Amended Counterclaim is DENIED.

IT IS SO ORDERED.

DATED: ____________, 2004.

Honorable Richard Seeborg
United States District Magistrate Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.