Apple Inc. v. Psystar Corporation Doc. 1507

Scott D. Baker (State Bar No. 084923)
Morgan W. Tovey (State Bar No. 136242)
Kerry Hopkins (State Bar No. 219406)
Elizabeth A. Tedesco (State Bar No. 221162)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant and Counterclaimant
Motorola, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ASAT HOLDINGS, LTD. and ASAT, INC.,

Plaintiffs,

vs.

MOTOROLA, INC.,

Defendant.

AND RELATED CROSS-ACTIONS.

No. C 03 01514 RS ARB

**MOTOROLA, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**



Dockets.Justia.com

Defendant and Counterclaimant Motorola, Inc. ("Motorola") hereby requests that it be allowed to file its Opposition to ASAT Holdings and ASAT, Inc.'s Motion to Dismiss the Second and Third Counts of Motorola's Third Amended Counterclaim ("Motorola's Opposition"), along with "Exhibit B" to the Declaration of Elizabeth A. Tedesco in Support of Motorola's Opposition ("Exhibit B").

Motorola manually filed "Exhibit B" because the document has been designated "Highly Confidential, Attorneys' Eyes Only" by Plaintiffs and Counterdefendants ASAT Holdings, Ltd. and ASAT, Inc., pursuant to the Protective Order entered in this case on March 8, 2004. [*See* Declaration of Elizabeth A. Tedesco in Support of Motorola, Inc.'s Miscellaneous Administrative Request to File Documents Under Seal]. "Exhibit B" reflects the financial transactions of privately held companies and should be shielded from public view. Although a publicly available version has been electronically filed, the full text of Motorola's Opposition has also been manually filed because it discusses and contains excerpts from "Exhibit B"

DATED: July 28, 2004.

REED SMITH LLP

By: /s/ Elizabeth Tedesco
Elizabeth Tedesco
Attorneys for Defendant and Counterclaimant
MOTOROLA, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.