Apple Inc. v. Psystar Corporation Doc. 1509

McCARTHY, JOHNSON & MILLER
Law Corporation
DIANE SIDD-CHAMPION, SBN 78140
STEPHEN A. SOMMERS, SBN 225742
595 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 882-2992
Fax: (415) 882-2999

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY CHARLES MURPHY, individually and doing business as MURPHY CONSTRUCTION AND PLASTERING, a California partnership; GARETT KEVIN MURPHY, individually and doing business as MURPHY CONSTRUCTION AND PLASTERING, a California partnership; and MURPHY CONSTRUCTION AND PLASTERING, a California partnership,<br><br>Defendants. | Case No. C 04 1559 EDL<br><br>**<u>REQUEST TO ENTER DEFAULT</u>** |



Dockets.Justia.com

To Richard W. Wieking, Clerk of the United States District Court for the Northern District of California:

Plaintiffs hereby respectfully request that you enter the default of all defendants for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Stephen A. Sommers in Support of Request to Enter Default filed herewith.

McCARTHY, JOHNSON & MILLER
LAW CORPORATION

Dated: July 28, 2004

By: /s/
STEPHEN A. SOMMERS
Attorneys for Plaintiffs