**RIMAC & MARTIN**
a Professional Corporation
JOSEPH M. RIMAC - State Bar No. 72381
WILLIAM REILLY - State Bar No. 177550
KEVIN GILL - State Bar No. 226819
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Plaintiff
CHARLES R. MEEKER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES R. MEEKER, dba THE MEEKER VINEYARD,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN MEEKER, AHLGREN VINEYARD, PELICAN RANCH WINERY, SANTA CRUZ MOUNTAIN VINEYARD, SAVANNAH-CHANELLE VINEYARDS, and DOES 1 through 10, inclusive,<br><br>Defendants. | ***E-FILING***<br><br>CASE NO. C 02-00741 JSW<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF AND [PROPOSED] ORDER** |

Plaintiff CHARLES R. MEEKER, dba THE MEEKER VINEYARD (herinafter "Plaintiff") and defendants MARTIN MEEKER, AHLGREN VINEYARD, PELICAN RANCH WINERY, SANTA CRUZ MOUNTAIN VINEYARD, SAVANNAH-CHANEL VINEYARDS (hereinafter collectively "Defendants") by and through their counsel request that the Court extend the Discovery cut-off so that the deposition of SANTA CRUZ MOUNTAIN VINEYARD and expert discovery can be completed on or before August 31, 2004.

GOOD CAUSE exists for this brief and limited extension as the parties have been diligently completing the noticed discovery and because of the parties and counsel's calendars they have



Dockets.Justia.com

been unable to complete all of the discovery on or before July 30, 2004.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendants' counsel has signed this document; and (3) the signed document is available for inspection upon request.

**IT IS SO STIPULATED**.

RIMAC & MARTIN, P.C.

By: /s/

WILLIAM REILLY
Attorneys for Plaintiff
CHARLES R. MEEKER, d/b/a
THE MEEKER VINEYARD

DATE: March 26, 2004

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/

PHILIP L. GREGORY
Attorneys for the DEFENDANTS

## ORDER

The request in the stipulation filed on July 28, 2004 in the above captioned case is GRANTED.

**IT IS SO ORDERED.**

Dated:_________________________

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE