Apple Inc. v. Psystar Corporation Doc. 1529

July 28, 2004

Hon. Phyllis J. Hamilton
450 Golden Gate Ave.
Courtroom 3, 17th Floor
San Francisco, CA 94102

Re: *Cheil Electric Wiring Devices Co., Ltd. v. Expeditors International Ocean, et al.*, U.S.D.C. N.D. Cal. – San Francisco Division, Case No. C 03-4335 MEJ ARB
**Our Ref.: CMA.Gauguin/2108**

Dear Judge Hamilton:

On July 21, 2004 CMA CGM filed an unnoticed motion to dismiss based on improper forum, pursuant to your February 5, 2004 case management order.

We assume that the deadlines for filing an opposition and reply brief nevertheless will be calculated according to your honor's standing orders for noticed civil law and motion hearings(Wednesdays), and the notice and service provisions of the Northern District Local Rules. Our understanding of the briefing schedule therefore requires that the opposition brief is filed by **August 4, 2004** and the reply brief is filed by **August 11, 2004.** If this understanding is not correct, we would appreciate notification.

In addition, CMA CGM's moving papers referenced a service contract that was not filed concurrently with those papers, pending a decision by the respective parties about how best to comply with the confidentiality provision of that service contract. The parties have since agreed to seek the court's permission to file the service contract under seal. A request therefore will be filed pursuant to your honor's standing order for cases

Dockets.Justia.com

involving sealed or confidential documents.

Sincerely,

Lynn L. Krieger
COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

cc: Paul B. Arenas, Counsel for Defendant/Third-Party Plaintiff, Expeditors International Ocean and Expeditors International of Washington, Inc.
***VIA FACSIMILE***

Marilyn Raia, Counsel for Plaintiff, Cheil Electric Wiring Devices Co., Ltd.
***VIA FACSIMILE***