LESLIE F. LEVY, ESQ., State Bar No. 104634
JEAN K. HYAMS, ESQ., State Bar No. 144425
BOXER & GERSON
300 Frank H. Ogawa Plaza, Suite 500
Oakland, California 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA VACCAREZZA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, ANTHONY NELSON, CHIEF EARL SANDERS, ASSISTANT CHIEF ALEX FAGAN, LT. MICHAEL CONNOLLY, SGT. ROBERT DEL TORRE, and DOES 1 through 100, inclusive,<br><br>Defendants. | No.C 04 1021WHA<br><br>WAIVER OF SERVICE OF SUMMONS FOR PRENTICE EARL SANDERS |

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: LESLIE F. LEVY, ESQ.
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Prentice Earl Sanders, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of Linda Vaccarezza v. CCSF, et al.,
(CAPTION OF ACTION)

which is case number Co-04-1021 WDB in the United States District Court
(DOCKET NUMBER)

for the NORTHERN District of CALIFORNIA.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after July 8, 2004
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

7/24/04
(DATE)

[signature]
(SIGNATURE)

Printed/Typed Name: Prentice Earl Sanders

As ______________ of ______________
(TITLE) (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

**PROOF OF SERVICE**
*Vaccarezza v. City and County of San Francisco, et al.*

I am a citizen of the United States and employed in the County of Alameda, State of California; I am over the age of 18 years and not a party to the within entitled action; my business address is 300 Frank H. Ogawa Plaza,, Suite 500, Oakland, California 94612.

On this date, I served the following documents

WAIVER OF SERVICE OF SUMMONS

on the interested parties to said action by the following means:

X (By Mail) By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, for\collection and mailing on that date following ordinary business practices, in the United States Mail at the offices of Boxer & Gerson, Oakland, California, addressed as shown below or on the attached sheet. I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

(By Personal Service) By personally delivering a true copy thereof, enclosed in a sealed envelope, to the addressees shown below.

(By Hand Delivery) By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the addresses shown below.

(By Overnight Delivery) By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges prepaid, to be sent by __________________, addressed as shown below.

X (By Facsimile Transmission) By transmitting a true copy thereof by facsimile transmission from facsimile number (510) 987-7690, to the interested parties to said action as listed below or on the attached sheet.

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 28, 2004 at Oakland, California.

Julia Cato
______________________________
Julia Cato/ Chris Muñoz

**NAME AND ADDRESS OF PARTY SERVED:**
Evan Ackiron, Esq.
Deputy City Attorney
Office of the City Attorney
1390 Market Street, Sixth Floor
San Francisco, CA 94102
Phone: 415-554-3800
Fax: 415-554-3837
Attorneys for Defendants City and County of San Francisco