UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Plaintiff,<br><br>v.<br><br>TESSERA TECHNOLOGIES, INC., a Delaware corporation, and TESSERA, INC., a Delaware corporation,<br><br>Defendants. | Case No. C 02-05837 CW<br><br>**ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5(d) TO SEAL SAMSUNG'S CORRECTED MOTION FOR SUMMARY JUDGMENT OF NO TERMINATION, NONINFRINGEMENT, AND INVALIDITY** |
| TESSERA, INC., a Delaware corporation,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, a New York corporation and SAMSUNG SEMICONDUCTOR, INC., a California corporation,<br><br>Counterclaim Defendants. | |



Dockets.Justia.com

As set forth in Samsung Electronics Co., Ltd., Samsung Electronics America, and Samsung Semiconductor, Inc.'s ("Samsung") Miscellaneous Administrative Request, Samsung lodged its Corrected Motion For Summary Judgment Of No Termination, Noninfringement, And Invalidity on July 26, 2004. The documents referred to in the Corrected Motion For Summary Judgment Of No Termination, Noninfringement, And Invalidity refer to documents designated as "Confidential – Attorney's Eyes Only" by the parties.

IT IS HEREBY ORDERED AS FOLLOWS:

Samsung's Corrected Motion For Summary Judgment Of No Termination, Noninfringement, And Invalidity is hereby ordered sealed.

Dated: 7/28, 2004

/s/ CLAUDIA WILKEN
Hon. Claudia Wilken
United States District Court Judge