UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,

Plaintiff,

v.

TESSERA TECHNOLOGIES, INC., a Delaware corporation, and TESSERA, INC., a Delaware corporation,

Defendants.

TESSERA, INC., a Delaware corporation,

Counterclaim Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, a New York corporation and SAMSUNG SEMICONDUCTOR, INC., a California corporation,

Counterclaim Defendants.

Case No. C 02-05837 CW

**ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5(d) TO SEAL CORRECTED DECLARATION OF GWANGHO KIM**

As set forth in Samsung Electronics Co., Ltd., Samsung Electronics America, and Samsung Semiconductor, Inc.'s ("Samsung") Miscellaneous Administrative Request, Samsung lodged the Corrected Declaration Of Gwangho Kim on July 26, 2004. The documents referred to in the Corrected Declaration Of Gwangho Kim refer to documents designated as "Confidential – Attorney's Eyes Only" by the parties.

IT IS HEREBY ORDERED AS FOLLOWS:

The Corrected Declaration Of Gwangho Kim is hereby ordered sealed.

Dated: 7/28, 2004

/s/ CLAUDIA WILKEN
Hon. Claudia Wilken
United States District Court Judge