Apple Inc. v. Psystar Corporation

Doc. 1551

STEVEN CHERENSKY (Bar No. 168275)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

R. BRUCE RICH *(pro hac vice)*
KENNETH L. STEINTHAL *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendants
BERTELSMANN AG, BERTELSMANN, INC.,
and BeMUSIC, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | No. C-MDL-00-1369 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AN EXTENSION OF TIME TO FILE ANSWERS** |



Dockets.Justia.com

| | |
|---|---|
| UMG RECORDINGS, INC. et al.,<br>Plaintiffs,<br><br>v.<br><br>BERTELSMANN AG et al.,<br>Defendants.<br>/ | No. C 04-1351 MHP |
| LIEBER et al.,<br>Plaintiffs,<br><br>v.<br><br>BERTELSMANN AG et al.,<br>Defendants.<br>/ | No. C 04-1671 MHP |
| CAPITOL RECORDS, INC. et al.,<br>Plaintiffs,<br><br>v.<br><br>BERTELSMANN AG et al.,<br>Defendants.<br>/ | No. C 04-2121 MHP |
| BRIDGEPORT MUSIC, INC. et al.,<br>Plaintiffs,<br>v.<br><br>BERTELSMANN AG et al.,<br>Defendants.<br>/ | No. C 04-2149 MHP |
| UMG RECORDINGS, INC. et al.,<br>Plaintiffs,<br><br>v.<br><br>HUMMER WINBLAD VENTURE PARTNERS et al.,<br>Defendants. | No. C 04-1166 MHP |

By and through their respective attorneys, plaintiffs UMG RECORDINGS, INC. et al., LEIBER et al., CAPITOL RECORDS, INC. et al., and BRIDGEPORT MUSIC, INC. et al. (collectively the "Plaintiffs") and defendants BERTELSMANN AG, BERTELSMANN, INC. and BeMUSIC, INC., HUMMER WINBLAD VENTURE PARTNERS, HUMMER WINBLAD VENTURE PARTNERS IV, L.P., HUMMER WINBLAD TECHNOLOGY FUND IV, L.P.,

HUMMER WINBLAD EQUITY PARTNERS IV LLC, HANK BARRY and JOHN HUMMER (collectively the "Defendants") hereby stipulate and agree that the time for the Defendants to answer the Plaintiffs' complaints (not including Bridgeport's complaint against Hummer Winblad et al.) shall be extended up to and including August 13, 2004.

IT IS HEREBY ORDERED that the Defendants' time to answer the Plaintiffs' respective complaints shall be extended up to and including August 13, 2004.

Dated: 7/28/2004

/s/ Glenn D. Pomerantz
Glenn D. Pomerantz
MUNGER, TOLLES & OLSON LLP
Attorneys for Plaintiffs UMG Recordings, Inc. et. al.

Dated: 7/28/2004

/s/ Carey R. Ramos
Carey R. Ramos *(pro hac vice)*
PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP
Attorneys for Plaintiffs Lieber et. al.

Dated: 7/28/2004

/s/ Peter L. Simmons
Peter L. Simmons *(pro hac vice)*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Attorneys for Plaintiffs Capitol Records, Inc. et. al.

Dated: 7/28/2004

/s/ Paul Duvall
Paul Duvall
KING & BALLOW
Attorneys for Plaintiff Bridgeport Music, Inc. et al.

Dated: 7/28/2004

/s/ R. Bruce Rich
R. Bruce Rich *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
Attorneys for Defendants Bertelsmann AG, Bertelsmann, Inc. and BeMusic, Inc.

Dated: 7/28/2004

/s/ Michael H. Page
Michael H. Page
KEKER & VAN NEST LLP
Attorneys for Defendants Hummer Winblad Venture Partners et al.

IT IS SO ORDERED:

Dated: ____________________

____________________________________
Chief Judge Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE