Apple Inc. v. Psystar Corporation Doc. 1561

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OKINAWA DUGONG,

Plaintiff(s),

v.

DONALD H. RUMSFELD,

Defendant(s).
_______________________________________/

No. C 03-04350 MHP

**CLERK'S NOTICE**
**(Rescheduling Hearing)**

The parties are notified that the hearing of the motion(s) in this matter currently on calendar for August 4, 2004 at 2:00 pm, is hereby accelerated to **August 4, 2004, at 10:00 am.** Please note that **only** the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

Richard W. Wieking
Clerk, U.S. District Court

Dated: July 30, 2004

/s/
Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

Dockets.Justia.com