United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*e-filed 07-30-04*

Susan Mezzetti,

Plaintiff,

v.

State Farm Mutual Automobile Insurance Company,

Defendant.

/

No. C04-03022

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 30, 2004 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **December 6, 2004 at 10:00 a.m..**, before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on November 22, 2004.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: July 30, 2004

RICHARD W. WIEKING,
Clerk of Court

/s/*Patty Cromwell*
Patty Cromwell
Deputy Clerk

Dockets.Justia.com

United States District Court
For the Northern District of California

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Stephen P. Ellingson sellingson@hayesdavis.com, abowman@hayesdavis.com

Howard G. Frank howardfrank@hgfranklaw.com,

Stephen M. Hayes shayes@hayesdavis.com

Robert L. Mezzetti rob@mezzettilaw.com