Apple Inc. v. Psystar Corporation
Doc. 1565

Kymberly E. Speer – 121703
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 380
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LUQUE, ALEX LUQUE<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., DOES I Through Doe X, inclusive<br><br>Defendants. | Action No.: C 04-03065 WHA<br><br>**PROOF OF SERVICE** |



Dockets.Justia.com

# PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service. My business address is 1600 South Main Street, Suite 380, Walnut Creek, California 94596. On July 30, 2004, I served the following document(s):

Dispute Resolution Procedures Booklet
Order Setting Initial Case Management Conference
Supplemental Order to Order Setting Initial Case Management Conference
Notice of Availability of Magistrate Judge to Exercise Jurisdiction
Notice of Lawsuit and Request for Waiver of Summons (Form)
Waiver of Summons (Form)
Instructions for Completion of ADR Forms
Stipulation and [Proposed] Order Selecting ADR Process – ADR Certification (Form)
Notice of Need for ADR Phone Conference – ADR Certification (Form)
Joint Case Management Statement and Proposed Order (Form)
ECF Registration Information Handout

upon the following at the address(es) stated below:

Maurice Moyal, Esq.
1849 Clayton Road
Concord, CA 94520
P: 925-686-0200
F: 925-686-0204

Service was accomplished as follows:

✓ **BY US MAIL, According to Normal Business Practices.** On the above date, at my place of business at the above address, I sealed the about document(s) in an envelope addressed to the above, and I placed that sealed envelope for collection and mailing following ordinary business practices, for deposit with the U.S. Postal Service. I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service the same day in the ordinary course of business, postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 30, 2004, at Walnut Creek, California.

Sandra Nelson