Apple Inc. v. Psystar Corporation Doc. 1591

BILL LOCKYER
Attorney General of the State of California
THOMAS GREENE
Chief Assistant Attorney General
DAMON M. CONNOLLY (SBN: 139779)
Supervising Deputy Attorney General
PAUL STEIN (SBN: 184956)
CATHERINE A. JACKSON (SBN: 191599)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5480

HARVEY SAFERSTEIN (SBN: 49750)
NADA I. SHAMONKI (SBN: 205359)
YEE WAH CHIN
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, PC
1620 26th Street, Suite 2068 North
Santa Monica, California 90404
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Plaintiffs, People of the State of California ex rel Bill Lockyer, Attorney General, the Department of Water Resources and the State of California

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel BILL LOCKYER ATTORNEY GENERAL, et al.,<br>Plaintiffs,<br><br>v.<br><br>RELIANT ENERGY, INC., et al.<br>Defendants. | Case No. C 02-01788 VRW<br><br>**Related Case:**<br><br>C-02-1787-VRW<br><br>**NOTICE REGARDING MANUAL FILING OF DECLARATION OF CHETAN SANGHVI IN SUPPORT OF THE PEOPLE OF THE STATE OF CALIFORNIA'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date: September 17, 2004<br>Time: 10:00 a.m.<br>Ctrm.: 6 (17th Floor)<br>Judge: Hon. Vaughn R. Walker |



Dockets.Justia.com

Plaintiffs, People of the State of California ex rel Bill Lockyer, Attorney General, the Department of Water Resources and the State of California (collectively the "Attorney General") manually filed the Declaration of Chetan Sanghvi in Support of the People of the State of California's Response to Motion for Summary Judgment, which was filed in support of Plaintiffs' Opposition to Reliant Defendants' Motion for Summary Judgment, because the Attorney General and Reliant have requested that this document be filed under seal.

Therefore, this document is in paper form only and is being maintained in the case file in the Clerk's office.

Dated: August 5, 2004

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California
KEN ALEX
Acting Senior Assistant Attorney General
DAMON M. CONNOLLY
Supervising Deputy Attorney General
PAUL STEIN
Deputy Attorney General

By: */s/ Catherine A. Jackson*
CATHERINE A. JACKSON
Deputy Attorney General

Attorney for Plaintiffs
People of the State of California, ex rel Bill Lockyer, Attorney General, the Department of Water Resources and the State of California

BILL LOCKYER
Attorney General of the State of California
THOMAS GREENE
Chief Assistant Attorney General
DAMON M. CONNOLLY (SBN: 139779)
Supervising Deputy Attorney General
PAUL STEIN (SBN: 184956)
CATHERINE A. JACKSON (SBN: 191599)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5480

HARVEY SAFERSTEIN (SBN: 49750)
NADA I. SHAMONKI (SBN: 205359)
YEE WAH CHIN
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, PC
1620 26th Street, Suite 2068 North
Santa Monica, California 90404
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Plaintiffs, People of the State of California ex rel Bill Lockyer, Attorney General, the Department of Water Resources and the State of California

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

PEOPLE OF THE STATE OF CALIFORNIA, ex rel BILL LOCKYER ATTORNEY GENERAL, et al.,

Plaintiffs,

v.

RELIANT ENERGY, INC., et al.

Defendants.

Case No. C 02-01788 VRW

**Related Case:**

C-02-1787-VRW

**DECLARATION OF CHETAN SANGHVI IN SUPPORT OF THE PEOPLE OF THE STATE OF CALIFORNIA'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

Date: September 17, 2004
Time: 10:00 a.m.
Ctrm.: 6 (17th Floor)
Judge: Hon. Vaughn R. Walker

# FILED UNDER SEAL