Apple Inc. v. Psystar Corporation Doc. 1592

BILL LOCKYER
Attorney General of the State of California
THOMAS GREENE
Chief Assistant Attorney General
DAMON M. CONNOLLY (SBN: 139779)
Supervising Deputy Attorney General
PAUL STEIN (SBN: 184956)
CATHERINE A. JACKSON (SBN: 191599)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5480

HARVEY SAFERSTEIN (SBN: 49750)
NADA I. SHAMONKI (SBN: 205359)
YEE WAH CHIN
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, PC
1620 26th Street, Suite 2068 North
Santa Monica, California 90404
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Plaintiffs, People of the State of California ex rel Bill Lockyer, Attorney General, the Department of Water Resources and the State of California

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel BILL LOCKYER ATTORNEY GENERAL, et al.,<br>Plaintiffs,<br><br>v.<br><br>RELIANT ENERGY, INC., et al.<br>Defendants. | Case No. C 02-01788 VRW<br><br>**Related Case:**<br><br>C-02-1787-VRW<br><br>**(PROPOSED) ORDER DENYING RELIANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: September 17, 2004<br>Time: 10:00 a.m.<br>Ctrm.: 6 (17th Floor)<br>Judge: Hon. Vaughn R. Walker |



Dockets.Justia.com

On September 17, 2004, the Motion for Summary Judgment of the Defendants Reliant Energy, Inc., Reliant Energy Services, Inc., Reliant Energy Power Generation, Inc., Reliant Resources, Inc., Reliant Energy Coolwater, L.L.C., Reliant Energy Ellwood, L.L.C., Reliant Energy Etiwanda, L.L.C., Reliant Energy Mandalay, L.L.C., Reliant Energy, Ormond Beach, L.L.C. (collectively "Reliant") came on for hearing before the Hon. Vaughn R. Walker in Courtroom 6 of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.

Having considered the Motion, the declarations and evidence submitted in support of the Motion, Plaintiffs People of the State of California, ex rel., Bill Lockyer, Attorney General of the State of California, Department of Water Resources, and the State of California's (collectively "the Attorney General") Opposition, the declarations and evidence submitted in support of the Attorney General's Opposition, Reliant's reply, and the pleadings, documents, records and files in this action, and the arguments of counsel, and good cause appearing, the Court hereby finds as follows:

1. The Attorney General has established the essential elements of a violation of section 7 of the Clayton Act, as alleged in the Complaint;
2. Reliant fails to meet its burden to prove that the case is moot, either due to regulatory circumstances or allegedly increased supply; and
3. As a matter of law, divestiture is one of the potential remedies available to the Court, if appropriate following trial, to remedy the alleged Section 7 violation.

Accordingly,

IT IS HEREBY ORDERED THAT:

Reliant Defendants' Motion for Summary Judgment is denied.

DATED: ____________________ 2004

THE HONORABLE VAUGHN R. WALKER
United States District Court Judge