Apple Inc. v. Psystar Corporation

Doc. 1594

FILED

AUG 0 6 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

United States District Court
Northern District of California

Rodas

Plaintiff(s),

v.

American Airlines

Defendant(s).

No. C 04-00041 MMC ENE

**Certification of ADR Session**

***Instructions:*** ***The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.***

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☑ ENE session on (date) 8/4/04

2. Did the case settle? ☐ fully ☐ partially ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) ____________

   ☐ phone discussions expected by (date) ____________

   ☑ no

**4. IS THIS ADR PROCESS COMPLETED?** ☑ **YES** ☐ **NO**

Dated: 8/4/04

Deborah Shefler

**Evaluator**
**Deborah S. Shefler**
Pacific Gas and Electric Company
77 Beale St. Rm. 3017
San Francisco, CA 94105



Dockets.Justia.com