Apple Inc. v. Psystar Corporation Doc. 1605

FILED

AUG 10 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CAREY R. RAMOS (*pro hac vice*)
THEODORE K. CHENG (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Leiber et al.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | No. C-MDL-00-1369 MHP<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE** |



Dockets.Justia.com

| | |
|---|---|
| UMG RECORDINGS, INC. et al., Plaintiffs, v. BERTELSMANN AG et al., Defendants. / | No. C 04-1351 MHP |
| LEIBER et al., Plaintiffs, v. BERTELSMANN AG et al., Defendants. / | No. C 04-1671 MHP |
| CAPITOL RECORDS, INC. et al., Plaintiffs, v. BERTELSMANN AG et al., Defendants. / | No. C 04-2121 MHP |
| BRIDGEPORT MUSIC, INC. et al., Plaintiffs, v. BERTELSMANN AG et al., Defendants. / | No. C 04-2149 MHP |
| UMG RECORDINGS, INC. et al., Plaintiffs, v. HUMMER WINBLAD VENTURE PARTNERS et al., Defendants. | No. C 04-1166 MHP |

By and through their respective attorneys, plaintiffs UMG RECORDINGS, INC. et al., LEIBER et al., CAPITOL RECORDS, INC. et al., and BRIDGEPORT MUSIC, INC. et al. and defendants BERTELSMANN AG, BERTELSMANN, INC. and BeMUSIC, INC., HUMMER WINBLAD VENTURE PARTNERS, HUMMER WINBLAD VENTURE PARTNERS IV, L.P., HUMMER WINBLAD TECHNOLOGY FUND IV, L.P., HUMMER

WINBLAD EQUITY PARTNERS IV LLC, HANK BARRY and JOHN HUMMER hereby stipulate and agree that a joint case management conference for the above-captioned matters be scheduled for September 8, 2004 at 2:00 p.m. PST.

IT IS HEREBY ORDERED that the case management conference in the Bridgeport Music matter scheduled for October 4, 2004 is VACATED; and

IT IS FURTHER ORDERED that a joint case management conference for the above-captioned matters is scheduled for September 8, 2004 at 2:00 p.m. PST.

Dated: 8/4/2004

/s/ Glenn D. Pomerantz
Glenn D. Pomerantz
MUNGER, TOLLES & OLSON LLP
Attorneys for Plaintiffs UMG Recordings, Inc. et. al.

Dated: 8/4/2004

/s/ Carey R. Ramos
Carey R. Ramos *(pro hac vice)*
PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP
Attorneys for Plaintiffs Leiber et. al.

Dated: 8/4/2004

/s/ Peter L. Simmons
Peter L. Simmons *(pro hac vice)*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Attorneys for Plaintiffs Capitol Records, Inc. et. al.

Dated: 8/4/2004

/s/ Paul H. Duvall
Paul H. Duvall
KING & BALLOW
Attorneys for Plaintiffs Bridgeport Music, Inc. et al.

Dated: 8/4/2004

/s/ R. Bruce Rich
R. Bruce Rich *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
Attorneys for Defendants Bertelsmann AG, Bertelsmann, Inc. and BeMusic, Inc.

Dated: 8/4/2004

/s/ Michael H. Page
Michael H. Page
KEKER & VAN NEST LLP
Attorneys for Defendants Hummer Winblad Venture Partners et al.

IT IS SO ORDERED:

Dated: 8/6/04

[signature]
Chief Judge Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE