(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES OF
GLASS & GOLDBERG
A LAW CORPORATION
21700 OXNARD STREET, SUITE 430
WOODLAND HILLS, CALIFORNIA 91367-3665
TELEPHONE (818) 888-2220
TELECOPIER (818) 888-2229
State Bar No. 163150

Specially Appearing for Defendants,
DON L. LEASING and DON L. LEASING FLA., LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUES DUPEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DON L. LEASING; DON L. LEASING, USA, LLC; DON L. LEASING FLA., LLC; ALL POINTS CAPITAL CORPORATION, and Does 1 through 500, inclusive,<br><br>Defendants. | **CASE NO: C 04 3200 JSW**<br><br>**DELCARATION OF RALPH KHALIL IN SUPPORT OF MOTION TO DISMISS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(b)(2)**<br><br>**Date: November 19, 2004**<br>**Time: 9:00 a.m.**<br>**Ctrm: 2** |

I, RALPH KHALIL, declare as follows:

1. I am a Sales Agent for defendant, DON L. LEASING USA, LLC ("Don L. USA"). As Sales Agent, I am responsible for sales functions for Don L. USA, including communications with prospective buyers/lessees of vehicles, and negotiating and helping close deals with prospective buyers/lessees of vehicles.

2. I participated in many of the communications between Don L. USA and plaintiff, JACQUES DUPEE, an individual ("Dupee"), both

in his capacity as the president of Construction Technologies and in his individual capacity in connection with the transaction that is at issue in this action. I have personal, first-hand knowledge of all facts set forth in this Declaration. If called as a witness to testify to any facts set forth herein, I could and would competently do so.

3. At all relevant times, when I was communicating with Dupee, I did so on behalf of Don L. USA and not on behalf of defendants, DON L. LEASING ("Don L.") or DON L. LEASING FLA., LLC ("Don L. Fla."). Don L. and Don L. Fla. did not participate in the transaction in any way, and any use of Don L. or Don L. Fla. letterhead or forms by me or other persons representing Don L. USA during the course of that transaction was inadvertent and mistaken. All of the lease documents and instructions for payment to Construction Technologies or Dupee indicated that Don L. USA was the lessor of the vehicle.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 5th day of August 2004, at Pompano, Florida.

RALPH KHALIL