Apple Inc. v. Psystar Corporation Doc. 1641

United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIRECTV, INC.,

Plaintiff,

v.

JOHNNY NORMAL, MICHAEL PEARSON, JERRY LOCKE, GUY PAGSOLINGAN, and PETER TSE,

Defendants
_________________________________/

No. 03-2224 MMC

**ORDER CLOSING ACTION**

On September 27, 2003, the Court, upon request of plaintiff Directv, Inc. dismissed plaintiff's claims against Johnny Normal, the first-named defendant. Thereafter, on May 3, 2004 and June 15, 2004, respectively, the Court dismissed plaintiff's claims against Michael Pearson and Guy Pagsolingan. Pursuant to the Order Regarding Limited Assignment to Determine Issues Regarding Joinder of Defendants and Showing Needed to Establish a Prima Facie Case Under Statutory Claims, signed by Judge James Ware and filed in the above-titled action on August 4, 2004, plaintiff's claims against the remaining defendants, Jerry Locke and Peter Tse, have been dismissed without prejudice to plaintiff's filing a separate action against those defendants.

Accordingly, as no defendant remains in the above-titled action, the Clerk of the Court is hereby directed to close the file.

**IT IS SO ORDERED.**

Dated: August 12, 2004

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge

Dockets.Justia.com