Apple Inc. v. Psystar Corporation Doc. 1647

DOUGLAS J. CLARK, State Bar No. 171499
CYNTHIA A. DY, State Bar No. 172761
CAMERON P. HOFFMAN, State Bar No. 229316
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

JENNY L. DIXON, State Bar No. 192638
CLAUDIA MAIN, State Bar No. 212200
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (410) 947-2099

Attorneys for Defendants
SHAW HONG, RAYMOND WU, JOHN T. ROSSI, EDWARD C.V. WINN, JOSEPH JENG, and NOMINAL DEFENDANT OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OMNIVISION TECHNOLOGIES, INC.<br><br>This Document Relates To:<br><br>*Torriani v. Hong*, Case No. C-04-2443 (Derivative Action)<br><br>*Betts v. Hong*, Case No. C-04-2518 (Derivative Action) | MASTER FILE NO.: C-04-2297-SC<br><br>NOTICE OF PENDENCY OF STATE COURT ACTIONS |



Dockets.Justia.com

TO THE COURT AND ALL PARTIES OF RECORD

Pursuant to Local Rule 3-13, defendants hereby give notice of the following cases pending in the Superior Court of the State of California for the County of Santa Clara:

*Gantt v. Winn, et al.*, Case No. 1-04-CV-021453, filed June 14, 2004;

*Piatigorsky v. Winn, et al.*, Case No. 1-04-CV-021454, filed June 14, 2004; and

*Devinsky v. Winn, et al.*, Case No. 1-04-CV-022397, filed June 28, 2004.

Each of the above-listed actions is a putative shareholder derivative action asserting claims for Breach of Fiduciary Duty, Abuse of Control, Gross Mismanagement, Waste of Corporate Assets, Unjust Enrichment and Violation of California Corporations Code section 25402. The purported relevant period for each action is February 12, 2003, to the date of filing. Each of the actions purports to be brought derivatively, on behalf of OmniVision Technologies, Inc., against defendants Edward C.V. Winn, Joseph Jeng, H. Gene McCown, Shaw Hong, John T. Rossi, Raymond Wu, and Nominal Defendant OmniVision Technologies, Inc. Each of the above actions is based on the same facts and transactions alleged in the subsequently-filed purported federal shareholder derivative actions, *Torriani v. Hong, et al.*, Case No. C-04-2443-SC, and *Betts v. Hong, et al.*, Case No. C-04-2518-SC.

Each of the state court actions relates to the purported shareholder derivative actions in that it concerns substantially identical defendants, the identical or substantially similar transactions or events, and calls for the determination of identical or substantially similar questions of law and fact. Defendants intend to move to dismiss the purported federal shareholder derivative actions. If the federal derivative actions are not dismissed, defendants believe they should be stayed in favor of the first-filed state court actions, or, at a minimum, coordinated with the instant action to avoid conflicts, conserve resources and promote an efficient determination of the actions.

/////

/////

/////

/////

Dated: August 13, 2004

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Cameron P. Hoffman
Cameron P. Hoffman

Attorneys for Defendants
SHAW HONG, RAYMOND WU, JOHN T. ROSSI, EDWARD C.V. WINN, JOSEPH JENG, and NOMINAL DEFENDANT OMNIVISION TECHNOLOGIES, INC.