United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the Matter of DirecTV, Inc. Cases pending in front of Judge Laporte in the Northern District of California

_______________________________________/

Nos. C-03 2146 EDL; C-03-2216 EDL; C-03-2239 EDL; C-03-4152 EDL; C-03-4175 EDL; C-03-5251 EDL; C-03-5294 EDL; C-03-5332 EDL; C-03-5401 EDL

**ORDER PURSUANT TO JULY 26, 2004 ORDER DISMISSING WITHOUT PREJUDICE ALL DEFENDANTS EXCEPT THE FIRST-NAMED DEFENDANT**

On February 27, 2004, Chief Judge Patel issued an Order of Limited Assignment, assigning all DIRECTV cases pending in the Northern District of California to Judge Ware to determine issues of proper joinder of Defendants and the showing Plaintiff must make to be entitled to relief. On July 26, 2004, Judge Ware issued an Order Regarding Limited Assignment to Determine Issues Regarding Joinder of Defendants and Showing Needed to Establish a Prima Facie Case Under Statutory Claims. ("July 26, 2004 Order.") The July 26, 2004 Order held that Plaintiff had improperly joined Defendants and provided, *inter alia*, that: "In all DIRECTV actions pending in this District, unless the individually assigned District Judge or Magistrate Judge otherwise orders, the action is dismissed without prejudice against all defendants except the first-named defendant." Id. at 18.

//

//

//

Dockets.Justia.com

United States District Court
For the Northern District of California

This Court concurs with the July 26, 2004 Order and declines to order otherwise. Accordingly, It Is Hereby Ordered that the above actions are dismissed without prejudice against all defendants except the first-named defendants in each case.

IT IS SO ORDERED.

Dated: August 12, 2004

(Electronic Signature Authorized )
ELIZABETH D. LAPORTE
United States Magistrate Judge