Apple Inc. v. Psystar Corporation

Doc. 1665

PROOF OF SERVICE

*Randy Murphy v. City of Oakland, et al.*
*USDC* Case No. C 04-3062

I, Gerald Bennett Jr. declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action; my business address is the Law Offices of John L. Burris, 7677 Oakport Street, Suite 1120, Oakland, CA 94621. On the date below, I served the following documents in the manner indicated on the below named parties and / or counsel of record:

**COMPLAINT FOR DAMAGES**

____ By mail: I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United State Postal Service, following ordinary business practices and placing for collection and mailing, placing a true and correct copy of the above referenced document, enclosed in a sealed envelope, in the ordinary course of business. The above documents were deposited for first-class delivery with the United States Postal Service the same day there were placed for deposit, with postage thereon fully prepaid and addressed to the individual identified below.

____ By facsimile: At ______ a.m./p.m., by use of facsimile machine telephone number (510) 839-3882, I caused a true and correct copy(ies) of the above-referenced document(s) on the below mentioned party at the telephone number below. The facsimile machine I used complied with California Rules of court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

✓ By Personally delivering a true copy thereof the person(s) at the address(es) set forth below:

____ By causing, to be personally delivered a true copy thereof to the person(s) at the address(es) set forth below:

Chief Richard Word
Internal Affairs
250 Frank Ogawa Plaza, Suite C
Oakland, CA 94612
Person Served: Officer Bobby Hookfin at time 1450

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed August 10, 2004, in Oakland, California.

[signature]
Gerald Bennett Jr.



Dockets.Justia.com