AppleInc.v.PsystarCorporation Doc.1671

***LAPLANTE & SPINELLI***
*A PROFESSIONAL CORPORATION*
*501 J Street, Suite 110*
*Sacramento, California 95814*
*TELEPHONE (916) 448-7888 - FAX (916) 448-6888*

*ROSS R. NOTT, ESQ./STATE BAR NO. 172235*
***ATTORNEYS FOR DEFENDANT***
*ABC SECURITY SERVICE, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ERLINDA URSUA, et al., Plaintiffs, vs. ALAMEDA COUNTY MEDICAL CENTER, Defendants. ____________________________________/ | Case No. 3:04-cv-3006-BZ **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the caes, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 16, 2004

**LAPLANTE & SPINELLI**

By:_________/s/ [Ross R. Nott]
**ROSS R. NOTT**
Attorneys for Defendant
*ABC SECURITY SERVICE, INC.*



Dockets.Justia.com