United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLETON COOK,

Petitioner,

v.

DON HORSLEY, Sheriff,

Respondent.
______________________________/

No. C 04-01821 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying the instant petition for writ of habeas corpus, **JUDGMENT IS HEREBY ENTERED** in favor of respondent Don Horsley and against petitioner Carleton Cook.

**IT IS SO ORDERED.**

Dated: August 17, 2004.

/S/ WILLIAM ALSUP
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com