Apple Inc. v. Psystar Corporation Doc. 1681

***E-FILED***
**August 17, 2004**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EXTREME NETWORKS, INC.,

Plaintiff,

v.

SEICOM COMMUNICATION SYSTEMS,

Defendant.
_________________________________________/

No. C 03-04308 RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The further case management conference in the above-captioned matter currently set for September 22, 2004 at 9:30 a.m. will be heard on **September 22, 2004 at 2:30 p.m.**

Dated: August 17, 2004

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
Courtroom Deputy Clerk

United States District Court
For the Northern District of California

Dockets.Justia.com

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Christopher Van Gundy, Esq.
Email: christopher.vangundy@bakernet.com

**Counsel for Defendant(s)**

Michele K. Trausch, Esq.
Email: mtrausch@hansonbridgett.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: August 17, 2004

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

United States District Court
For the Northern District of California