Apple Inc. v. Psystar Corporation
Doc. 1686

# CIVIL TRIAL MINUTES
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/17/04*

August 16, 2004

Before: JUDGE RONALD M. WHYTE

JACKIE GARCIA Courtroom Deputy Clerk

LEE-ANNE SHORTRIDGE Court Reporter

CASE NO. CR-02-05907-RMW

TRUDY SHARP, et al. vs. CITY OF SAN JOSE, et al.

PROCEEDINGS: JURY SELECTION

Jury selection began. 8 jurors were selected and sworn in. Trial to began on August 18, 2004 @ 8:00 am. The Court to meet with counsel to go over motions in-limine and proposed jury instructions on August 17, 2004 @ 10:00 am.

Dockets.Justia.com