Chris Scott Graham (State Bar No. 114498)
Bryan Sinclair (State Bar No. 205885)
Guadalupe M. Garcia (State Bar No. 205795)
Sarah Wager (State Bar No. 209277)
DECHERT LLP
975 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Attorneys for Defendant and Counter-Claimant
ADVANCED ANALOGIC TECHNOLOGIES, INC.

David Eiseman (State Bar No. 114758)
Albert P. Bedecarré (State Bar No. 148178)
Patrick C. Doolittle (State Bar No. 203659)
Daniel N. Kassabian (State Bar No. 215249)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff and Counter-Defendant
SILICONIX INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SILICONIX INCORPORATED, a Delaware Corporation,

Plaintiff,

vs.

ADVANCED ANALOGIC TECHNOLOGIES, INCORPORATED, a California Corporation,

Defendant.

AND RELATED COUNTERCLAIMS.

Case No. C 04-00344 SI

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE FOR CONDUCTING A MEDIATION AND SETTING NEW MEDIATION DEADLINE**



Dockets.Justia.com

Plaintiff and counter-defendant Siliconix, Incorporated and defendant and counter-claimant Advanced Analogic Technologies Incorporated's Joint Motion to Extend the Deadline for Conducting a Mediation came before this Court.

The Court, having considered the submissions of the parties, and good cause appearing, hereby ORDERS as follows:

The September 16, 2004 deadline to conduct a mediation in this matter has been extended to no later than October 15, 2004.

Dated: ___________________

___________________________________
UNITED STATES DISTRICT JUDGE