Apple Inc. v. Psystar Corporation

Doc. 1697

H. PETER KLEIN, County Counsel SBN 69078
DOUGLAS L. LOSAK, Deputy SBN 220443
County of Mendocino - Administration Center
501 Low Gap Road, Room 1030
Ukiah, CA 95482

Telephone: (707) 463-4446
Facsimile: (707) 463-4592

Attorneys for Defendants County of Mendocino,
And Mendocino County Sheriff Anthony J. Craver

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BOWER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MENDOCINO, and DOES 1-25, inclusive,<br><br>Defendants. | No. C 03-05264 CRB<br><br>**[P~~ROPOSED~~] ORDER GRANTING DEFENDANTS, COUNTY OF MENDOCINO AND MENDOCINO COUNTY SHERIFF ANTHONY J. CRAVER'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>**Date: August 20, 2004**<br>**Time: 8:30 a.m.**<br>**Judge: Honorable Charles R. Breyer** |

Defendants County of Mendocino and Mendocino County Sheriff Anthony Craver filed a Request to Appear Telephonically. After considering Defendants motion and the file and records contained within the Court file, the Court hereby ORDERS that Defendants' motion is GRANTED.

IT IS SO ORDERED.

DATED: August 17, 2004

CHARLES R. BREYER
Judge of the United States District Court,
Northern District of California



Dockets.Justia.com