Apple Inc. v. Psystar Corporation

Doc. 1707

DUANE B. BEESON, SBN 20215
**BEESON, TAYER & BODINE, APC.**
1404 Franklin St., Fifth Floor
Oakland, CA 94612
Telephone: (510) 625-9700
Facsimile: (510) 625-8275

Attorneys for Plaintiff
Teamsters Local 78

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS LOCAL 78,<br><br>Plaintiff,<br><br>v.<br><br>SARA LEE BAKERY GROUP,<br><br>Defendant. | Case No. C-04-2948 FMS<br><br>**PROOF OF SERVICE OF CLERK'S NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |



Dockets.Justia.com

**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT CASE NO. C-04-2948 FMS

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1404 Franklin Street, Suite 500, Oakland, California 94612. On this day I served the foregoing Document(s):

CLERK'S NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

☒ **By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Oakland, California, addressed as follows:

Randolph Roeder, Esq.
Littler Mendelson, P.C.
650 California Street, 20th Floor
San Francisco, CA 94111

☐ **By Personal Delivering** a true copy thereof, in accordance with Code of Civil Procedure §1011, to the person(s) and at the address(es) set forth below:

☐ **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail.

☐ **By Facsimile Transmission,** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland, California, on August 18, 2004.

//ss//
Esther Aviva
Secretary to Duane B. Beeson