IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CHRISTOPHER FLOYD,**

Plaintiff(s),

v.

**U.S. DRUG ENFORCEMENT**,

Defendant(s),
____________________________________/

No. **C04-0863 MJJ**

**Clerk's Notice Vacating Judgment entered August 17, 2004**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT on August 17, 2004, a Judgment was inadvertently entered in the above captioned case. Please be advised that the judgement entered is hereby **vacated.**

Dated: August 18, 2004

FOR THE COURT,

Richard W. Wieking, Clerk

By:________/s/___________
Monica Tutson
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

United States District Court
For the Northern District of California

Dockets.Justia.com