JOSEPH M. BURTON (SBN 142105)
BRIDGET K. MOORHEAD (SBN 166298)
MINH T. HOANG (SBN 198104)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 371-2200
Facsimile: (415) 371-2201

LAWRENCE J. KOTLER (*Pro Hac Vice*)
**DUANE MORRIS LLP**
One Liberty Place
Philadelphia, PA 19103-7396
Telephone: (617) 289-9200
Facsimile: (617) 289-9201

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

PACIFIC GAS and ELECTRIC COMPANY, a corporation,

Plaintiff,

v.

FEDERAL INSURANCE COMPANY, a corporation,

Defendant.

**Case No.: C04-1391 WHA**

**DEFENDANT FEDERAL INSURANCE COMPANY'S SUPPLEMENTAL CONCURRENTLY FILED REQUEST FOR JUDICIAL NOTICE PURSUANT TO FEDERAL RULES OF EVIDENCE RULE 201, IN SUPPORT OF ITS REPLY TO ITS RULE 12(B)(6) MOTION TO DISMISS**

Date: September 9, 2004
Time: 8:00 a.m.
Dept.: 9, The Hon. William H. Alsup

Defendant, Federal Insurance Company ("Federal"), by and through its attorneys, hereby respectfully requests that this Court take judicial notice, pursuant to Federal Rule of Evidence 201 ("Rule 201"), of the following documents and/or pleadings submitted in support of Federal's Reply to its Rule 12(b)(6) Motion to Dismiss Pacific Gas & Electric Company's ("PG&E") complaint for failure to state a claim upon which relief can be granted:



Dockets.Justia.com

Rule 201 authorizes and directs a court to take judicial notice of any fact if requested by a party and supplied with the necessary information, provided the fact is not subject to reasonable dispute and is either (1) generally known within the territorial jurisdiction of the trial court, or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. (Fed. Rules of Evid., Rule 201(a), (b), (d) and (f).) This authority allows the Court to take judicial notice of the following judicial electronically filed documents which are publicly available through the electronic PACER filing docket system:

1. PG&E's Reply to Responses to Debtor's Motion for Order Approving Settlement Agreement Among the Debtor, Enron Canada Corp., Enron Energy Marketing Corp., Enron Energy Services, Inc., Enron North America Corp. and Enron Power Marketing, Inc., Docket No. 14797 ("PG&E Response"), filed in *In re Pacific Gas & Electric Company,* on or about March 1, 2004, in the United States Bankruptcy Court, in the Northern District of California, Case No. 01-30923 (DM). A true and correct copy of the PG&E Response is attached hereto as **Exhibit K**. Accordingly, pursuant to Rule 201, Federal respectfully requests that the Court take judicial notice of the PG&E Response, a publicly available document, as a document that is "generally known within the territorial jurisdiction of the trial court, or capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

**DUANE MORRIS LLP**

Dated: August 19, 2004.

By: /s/

Joseph M. Burton
Bridget K. Moorhead
Minh Hoang
One Market, Spear Tower, Ste. 2000
San Francisco, CA 94105-1104
Telephone: (415) 371-2200
Facsimile: (415_ 371-2201

Lawrence J. Kotler (*Prospective Pro Hac Vice*)
DUANE MORRIS LLP
One Liberty Place
Philadelphia, PA 19103
Telephone: (215) 979-1000
Facsimile: (215) 979-1020

Attorneys for Defendant
FEDERAL INSURANCE COMPANY