Apple Inc. v. Psystar Corporation Doc. 1732

MICHAEL F. TUBACH (S.B. #145955)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants
Crompton Corporation and Uniroyal Chemical Company, Inc.

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RAHCO RUBBER PRODUCTS, INC., On Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

BASF A.G.; BASF CORP.; BAYER A.G.; BAYER CORP.; BAYER POLYMERS L.L.C.; RHEIN CHEMIE GMBH; RHEIN CHEMIE CORP.; CROMPTON, INC.; UNIROYAL CHEMICAL CO., INC; and TSE INDUSTRIES, INC.

Defendants.

Case No. C-04-1272 SBA

**STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE**

Plaintiff Rahco Rubber Products, Inc., ("Rahco") and defendants BASF Corporation; Crompton Corporation; Uniroyal Chemical Company, Inc.; and TSE Industries, Inc. (the "Served Defendants"), hereby stipulate to continuing the Case Management Conference currently set for September 1, 2004. The parties jointly request that the Case Management Conference be postponed to October 15, 2004, or a date thereafter convenient to the Court.

The above-entitled action was filed on March 31, 2004, as a purported



Dockets.Justia.com

antitrust class action alleging a conspiracy to fix prices of urethanes and/or urethane chemicals. This action is one of approximately twenty similar actions that have been filed in various United States District Courts around the country. All of these cases, including the instant action, are subject to motions to consolidate currently pending before the Judicial Panel on Multidistrict Litigation ("MDL Panel") in *In re Urethane Antitrust Litigation*, MDL No. 1616. The parties to these actions have variously requested that the actions be sent to one of seven districts, including the Northern District of California. On July 22, 2004, the MDL Panel held a hearing on the motions to consolidate, and a ruling is expected in the near future.

In light of the motions currently pending before the MDL Panel, and the prospect that this case may be transferred to another district, the parties believe that it would be prudent to defer the Case Management Conference for 45 days—to October 15, 2004, or a date thereafter convenient to the Court.

Respectfully submitted.

Dated: August 20, 2004

O'MELVENY & MYERS LLP

By: [signature]
Michael F. Tubach (S.B. # 145955)

Michael F. Tubach
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants Crompton Corporation and Uniroyal Chemical Company, Inc.

Dated: August 19, 2004

THE FURTH FIRM LLP

By: [signature]
Michael P. Lehmann (S.B. # 77152)

Michael P. Lehmann
Thomas P. Dove
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Steven A. Kanner
Douglas A. Millen
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615
Telephone: (312) 521-2000
Facsimile: (312) 521-2100

Stephen J. Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
Architects Building, 22nd Floor
117 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 564-5182
Facsimile: (215) 569-0958

Garrett D. Blanchfield, Jr.
REINHARDT WENDORF & BLANCHFIELD
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100
Facsimile: (651) 287-2103

Andrew B. Sacks

Dated: August 20, 2004

MAYER, BROWN, ROWE & MAW LLP

By: Ian Feinberg /MFT by permission
Ian Feinberg (S.B. # 88324)

Ian Feinberg
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Andrew S. Marovitz
Terri A. Mazur
Jason B. Fliegel
MAYER, BROWN, ROWE & MAW LLP
190 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Attorneys for Defendant
BASF Corporation

Dated: August 20, 2004

By: Richard T. Catalano /MFT by permission
Richard T. Catalano

Richard T. Catalano
TSE Corporate Counsel
TSE Industries, Inc.
4370 112th Terrance North
Clearwater, FL 33762
Telephone: (727) 540-1240
Facsimile: (727) 540-1241

Corporate Counsel for Defendant
TSE Industries, Inc.

**ORDER**

The Case Management Conference scheduled for September 1, 2004, is taken off calendar and rescheduled for October 15, 2004. PURSUANT TO STIPULATION, IT IS SO ORDERED.

THE HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

SF1:558597.1