Allen Ruby, Esq. SB #47109
Glen W. Schofield, Esq. SB #47308
Anne-Marie Waggoner, Esq., SB #173407
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500

Attorneys for Third Party Defendants
BOBBY R. JOHNSON, JR.,
H. EARL FERGUSON, AND
JEFFREY PRINCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOUNDRY NETWORKS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTEL NETWORKS, INC., a Delaware corporation, and NORTEL NETWORKS LIMITED, a Canadian corporation,<br><br>Defendants. | CASE NO. C 02-04909 ~~EMC~~ JRB<br><br>**~~[PROPOSED]~~ ORDER GRANTING THIRD PARTY DEFENDANTS BOBBY R. JOHNSON, JR., H. EARL FERGUSON AND JEFFREY PRINCE'S EX PARTE MOTION TO FILE UNDER SEAL CERTAIN PAPERS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>[Civil Local Rules 7-10 and 79-5] |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY COMPLAINT | |

Date Action Filed: October 9, 2002
Trial Date: Monday, November 29, 2004

Good cause appearing from Third Party Defendants Bobby R. Johnson, Jr., H. Earl Ferguson, and Jeffrey Prince's *Ex Parte* Motion to File Under Seal Certain Papers in Support of Their Motion for Summary Judgment or Partial Summary Judgment, and the supporting declaration of Anne-Marie Waggoner, it is hereby ordered that Third Party Defendants' *ex parte* motion is GRANTED.



Dockets.Justia.com

IT IS ORDERED that the following documents lodged with the Court on August 20, 2004 are to be filed under seal and shall not be made available for public viewing, unless otherwise ordered by the Court

1. THIRD PARTY DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

2. DECLARATION OF BOBBY R. JOHNSON, JR. FILED UNDER SEAL IN SUPPORT OF THIRD PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT

3. DECLARATION OF GLEN W. SCHOFIELD FILED UNDER SEAL IN SUPPORT OF THIRD PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT

IT IS SO ORDERED.

Dated: August 23, 2004

JUDGE OF THE UNITED STATES
DISTRICT COURT

I:\FOUNDRY\P\Summary Judgment\Proposed Order.Seal Motion.doc