ALAN J. WILHELMY, ESQ. (#121161)
RICHARDSON & WILHELMY
1801 N. California Blvd., Suite 103
Walnut Creek, CA 94596
Tel: 925.934.7700

Attorney for Plaintiff/Counter-Defendant
SACK, MILLER AND ROSENDIN, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACK, MILLER AND ROSENDIN, LLP, Plaintiff, v. GENERAL REFRACTORIES COMPANY, a corporation, Defendant. | Case No. C 03-00880 JSW |
| AND RELATED COUNTER-ACTIONS. | **STIPULATION AND ORDER REGARDING DATE FOR COMPLETION OF ALTERNATIVE DISPUTE RESOLUTION** Hon. Jeffrey S. White |

Pursuant to the court's Case Management Order dated March 19, 2004, the court directed that the parties complete mediation by June 30, 2004.

Upon agreement of the parties to use retired Judge Alfred Chiantelli as mediator, the parties and mediator were not able to schedule a mutually available date for mediation until September 9, 2004. The matter is scheduled for mediation on that date.

The parties hereby stipulate and respectfully request that the court modify the Case Management Order to provide that the parties undertake mediation on September 9, 2004.

IT IS SO STIPULATED.



Dockets.Justia.com

Dated: ____________________, 2004

RICHARDSON & WILHELMY

By /S/
ALAN J. WILHELMY
Attorneys for Plaintiff

Dated: ____________________, 2004

MORGENSTEIN & JUBELIRER

By /S/
BITA S. KARABIAN
Attorneys for Defendant

• • • • • • •

ORDER

The court hereby orders that the parties undertake mediation by September 9, 2004.

Dated: August 24, 2004

/s/
Jeffrey S. White
Judge