BORIS FELDMAN, State Bar No. 128838
IGNACIO E. SALCEDA, State Bar No. 164017
CHERYL W. FOUNG, State Bar No. 108868
KASSRA P. NASSIRI, State Bar No. 215405
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK COLANDREA, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTRABIOTICS PHARMACEUTICALS, INC., HENRY J. FUCHS, DETLEF ALBRECHT, and DAVID J. TUCKER,<br><br>Defendants. | CASE NO: C-04-2675 JSW<br><br>NOTICE OF RELATED CASES |
| WILLIAM H. LYONS, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTRABIOTICS PHARMACEUTICALS, INC., HENRY J. FUCHS, DETLEF ALBRECHT, and DAVID J. TUCKER,<br><br>Defendants. | CASE NO: C-04-3064 JSW |

[CAPTIONS CONTINUED ON NEXT PAGE]

| | | |
|---|---|---|
| STEVEN SHARPE, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTRABIOTICS PHARMACEUTICALS, INC., HENRY J. FUCHS, DETLEF ALBRECHT, and DAVID J. TUCKER,<br><br>Defendants. | ) | CASE NO: C-04-3408-VRW |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 3-12, notice is hereby give that the following cases pending in the Northern District of California are related:

*Colandrea v. IntraBiotics Pharmaceuticals, Inc., et al.*, Case No. C-04-2675-JSW, filed July 2, 2004;

*Lyons v. IntraBiotics Pharmaceuticals, Inc., et al.*, Case No. 04-CV3064-MHP, filed July 28, 2004;

*Sharpe v. IntraBiotics Pharamaceuticals, Inc., et al.*, Case No. C-04-3408-VRW, filed August 19, 2004.

The above actions are putative shareholder class actions that assert claims for alleged violations of the federal securities laws during the period of September 5, 2003 to June 22, 2004. These actions are brought against the same defendants, concern the identical or substantially similar transactions or events, and call for the determination of identical or substantially similar questions of law and fact.

Given these similarities, the litigation of these cases before different judges would result in the duplication of labor and expense for both parties and the Court. Defendants, therefore, request that this action and all other subsequent related actions be assigned to the Honorable

Jeffrey S. White, the Judge assigned to the first-filed action, *Colandrea v. IntraBiotics Pharmaceuticals, Inc., et al.*, Case No. C-04-2675-JSW, filed July 2, 2004.

Dated: August 25, 2004

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Ignacio E. Salceda
Ignacio E. Salceda

Attorneys for Defendants

## CERTIFICATE OF SERVICE BY MAIL

I, Sherri L. Mills, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served **Notice of Related Cases** on each person listed below, by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I placed the envelope(s) for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

Richard A. Maniskas, Esq.
Tamara Skvirsky, Esq.
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Jeff S. Westerman, Esq.
Milberg Weiss Bershad & Schulman LLP
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071-3172

Mel E. Lifshitz, Esq.
Joseph R. Seidman, Esq.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016

Kim E. Levy, Esq.
Sharon M. Lee, Esq.
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10019-0165

Bruce G. Murphy, Esq.
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on August 25, 2004.

/s/ Sherri L. Mills
Sherri L. Mills