JOHN S. SIMONSON, State Bar Number 58311
MATTHEW S. KENEFICK, State Bar Number 227298
**ROPERS, MAJESKI, KOHN & BENTLEY**
80 North First Street
San Jose, California 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Attorneys for Defendants and Cross-Complainants
DARYOUSH FARAHMAND and SHAHLA FARAHMAND

ALAN MARTINI, State Bar Number 77316
**SHEUERMAN, MARTINI & TABARI**
1033 Willow Street
San Jose, CA 95125
(408) 288-9700
Fax: (408) 295-9900
Attorneys for Plaintiffs
MARGUERITE KIRKORIAN, MARGUERITE KIRKORIAN, AS TRUSTEE OF THE MARGUERITE KIRKORIAN 1989 TRUST, and KIRKORIAN PROPERTIES, LP.

Gregory P. O'Hara (Bar No. 131963)
Lisa A. Cole (Bar No. 184267)
**THELEN REID & PRIEST LLP**
225 West Santa Clara Street, Suite 1200
San Jose, California 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040
Attorneys for Defendants and Cross-Defendants
DEUK HYUN and YONG B. HYUN

UNITED STATES DISTRICT COURT

FOR THE COUNTY OF CALIFORNIA

SAN JOSE DIVISION

Apple Inc. v. Psystar Corporation Doc. 1773

| | |
|---|---|
| MARGUERITE KIRKORIAN, MARGUERITE KIRKORIAN, AS TRUSTEE OF THE MARGUERITE KIRKORIAN 1989 TRUST, and KIRKORIAN PROPERTIES, LP., <br><br> Plaintiffs, <br><br> v. <br><br> HERBERT GONG, DEBBIE GONG, DARYOUSH FARAHMAND, SHAHLA FARAHMAND, DEUK HYUN, YONG B. HYUN, Individuals, and DOES 1 through 5, Inclusive, <br><br> Defendants | CASE NO. C02-05396 RMW <br><br> **DECLARATION OF MATTHEW S. KENEFICK IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON NOTICE FOR MOTION FOR DISMISSAL WITH PREJUDICE BY ORDER OF COURT AND GOOD FAITH DETERMINATION OF SETTLEMENT** <br><br> Accompanying Papers: Ex-Parte Application; Memorandum of Points and Authorities; Proposed Order <br><br> **E-FILING** |



Dockets.Justia.com

| | |
|---|---|
| DARYOUSH FARAHMAND, SHAHLA FARAHMAND,<br><br>Cross-Complainant,<br><br>v.<br><br>DEUK HYUN, YONG B. HYUN, Individuals, and ROES 1 to 20, inclusive,<br><br>Cross-Defendants. | Trial Date: September 13, 2004<br><br>**Complaint Filed:** November 13, 2002<br>**Cross-Complaint Filed:** November 10, 2003 |

I, Matthew S. Kenefick Declare:

1. I am an attorney licensed to practice law in the State of California. I am an Associate with the law firm of Ropers, Majeski, Kohn & Bentley, attorneys of record for Cross-Defendants Daryoush and Shayla Farahmand. The matters stated herein are true and correct to the best of my knowledge, except as to those matters stated on information and belief, and as to those matters I believe them to be true. If called upon to testify to the matters stated herein, I will do so honestly and competently.

2. This Declaration is submitted in support of the Ex Parte Application for an Order Shortening Time On Notice to Motion for Dismissal with Prejudice By Order of Court and Good Faith Determination of Settlement..

3. This is an action for costs and damages arising from contamination allegedly caused by the operation of a dry cleaning business. Specifically, the Kirkorians (Plaintiffs) own a shopping center in Salinas. In this shopping center, since 1977, a dry cleaning business has been operated. This dry cleaning operation was initially owned and operated by the Gong defendants, then by Farahmand defendants, and presently by the Hyun defendants. In 2002, the Kirkorians discovered contamination in and around the Salinas shopping center. Initial testing indicated that this contamination was related to the dry cleaning business. The Kirkorians estimate that they have spent $126,000, including attorney's fees, for remediation of such contamination. Their suit is for recovery of such costs.

4. A hearing before this Court on Shortened Time is necessary because of the impending Pre-Trial Conference on September 2, 2004, and trial date on September 13, 2004.

5. I am joined in this application by Counsel for Deuk and Yong B. Hyun and Counsel

LAW OFFICES
Ropers, Majeski, Kohn & Bentley
A Professional Corporation
80 North First Street
San Jose, CA 95113
(408) 287-6262

for the Kirkorians. On August 25, 2004, I informed counsel for Herbert and Debbie Gong of this request for shortened time. I requested that Counsel for the Gongs stipulate to this Application. Attached hereto as **Exhibit A** is a true and correct copy of such notice. Counsel for the Gongs has not stipulated.

6. Attached is a proposed order granting the application. On behalf of Plaintiffs, I respectfully request the Court to shorten time on notice for the Motion for Dismissal with Prejudice by Order of Court and Good Faith Determination of Settlement so that such Motion can be heard at the Pre-Trial Conference presently calendared for Thursday, September 2, 2004.

7. I hereby certify that this Application for Order Shortening Time is made in good faith and for good cause.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was made on August 26th, 2004 at San Jose, California.

By______________________________
MATTHEW S. KENEFICK

LAW OFFICES
Ropers, Majeski, Kohn & Bentley
A Professional Corporation
80 North First Street
San Jose, CA 95113
(408) 287-6262

# EXHIBIT A

SAN JOSE
Los Angeles
New York
San Francisco
Redwood City

80 North First Street
San Jose, CA 95113
Telephone (408) 287-6262
Facsimile (408) 918-4501
www ropers com

LAWYERS
RMKB
ROPERS MAJESKI KOHN BENTLEY

MATTHEW S. KENEFICK
(408) 918-4542

August 25, 2004

MKENEFICK@ROPERS.COM

Samuel Philips, Esq.
**Borton Petrini & Conron LLP**
99 Almaden Boulevard, Ste. 700
San Jose, CA 95103

Re: **Kirkorian v. Gong, et al.**
*Our file no. ICW 0044J*

Dear Mr. Philips-

This letter is to inform you that we intend to apply to the Court, on an *ex-parte* basis, for an order shortening time to the notice on our Joint Motion for Dismissal with Prejudice under Court Order. Specifically, we are jointly requesting, with the Kirkorians and Hyuns, that the Court make a good faith determination and dismiss with prejudice all claims against the Farahmands and Hyuns. Our basis for this is the fair and reasonable settlement reached between the Farahmands, Hyuns and Kirkorians.

Please inform me if you are willing to stipulate to the Motion for Dismissal with Prejudice under Court Order and the Application for Order Shortening Time on notice for such.

Sincerely,

Matthew S. Kenefick

cc: Lisa Cole