Apple Inc. v. Psystar Corporation Doc. 1774

JEFFREY I. WEINBERGER (#056214)
TED G. DANE (#143195)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9288
Facsimile: (213) 687-3702

Attorneys for Plaintiff
THERASENSE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC.,<br>Plaintiff,<br>vs.<br>BECTON, DICKINSON AND COMPANY,<br>Defendant. | CASE NO. 04-2123 (MJJ)<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>**(NORTHERN DISTRICT LR 6-2)** |

Pursuant to Civil Local Rules 6-2, 7-10 and 7-11, Plaintiff TheraSense, Inc. ("TheraSense") and defendant Becton Dickinson and Company ("BD"), by their undersigned counsel, stipulate that BD shall have until September 10, 2004 to file and serve its response to TheraSense's Complaint in the above-captioned matter. In support of this stipulation, BD and TheraSense state as follows:

1. On May 28, 2004, TheraSense filed its complaint in the above-captioned patent infringement action (hereinafter the "TheraSense Action") in the Northern District of California (hereinafter "the District Court").

2. On March 23, 2004, BD filed a claim for declaratory judgment of non-infringement



Dockets.Justia.com

and invalidity of two TheraSense patents (hereinafter "the BD action") in the United States District Court of Massachusetts (hereinafter " the Massachusetts Court"), Case No. 04-10574 (JLT).

3. The TheraSense Action and the BD Action involve the same parties and patents.

4. On June 1, 2004, TheraSense filed a motion to dismiss, stay, or transfer (hereinafter "the TheraSense Motion") the BD Action pursuant to Fed. R. Civ. P. 12(b)(1), 28 U.S.C. § 2201(a) and 28 U.S.C. § 1404(a).

5. On July 13, 2004, the District Court extended the date on which BD must file its answer to the TheraSense Action until ten (10) days after the Massachusetts Court had ruled on the TheraSense Motion.

6. On August 10, 2004, the Massachusetts Court granted the TheraSense Motion to transfer the BD Action to the Northern District of California.

7. The transferred case was docketed into the Northern District of California on August 16, 2004 as Becton Dickinson and Co. v. TheraSense, Inc., Civil Action No. 04-03327 (PVT).

8. To permit discussions concerning possible resolution of this matter, BD has requested, and TheraSense has agreed, that the time in which BD is required to file a response to the TheraSense Action be further extended until September 10, 2004

NOW, THEREFORE, the parties, through their undersigned counsel and subject to the approval of the District Court, hereby stipulate and agree that BD shall have until September 10, 2004 to file a response to the TheraSense Action, all other dates as set forth in the Court's Case Management Order shall remain the same.

Dated: August 26, 2004

RESPECTFULLY SUBMITTED,

MUNGER, TOLLES & OLSON LLP

By: /s/ Ted G. Dane
Ted G. Dane

COUNSEL FOR THERASENSE, INC.

Dated: August 26, 2004

RESPECTFULLY SUBMITTED,

KEKER & VAN NEST, LLP

By: /s/ Daniel Jackson
Daniel Jackson

COUNSEL FOR BECTON DICKINSON AND COMPANY.

ORDER

The foregoing Stipulation, having been read and approved and good cause appearing therefore,

IT IS HEREBY ORDERED that the Case Management Order is modified as set forth above.

Dated: August __, 2004

______________________________

Martin J. Jenkins

United States District Court Judge