Apple Inc. v. Psystar Corporation Doc. 1785

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035

RICHARD W. WIEKING
CLERK OF COURT

August 27, 2004

James E. McGlamery, Esq.
Law Offices of James McGlamery
555 Capitol Mall, Ste 600
Sacramento, CA 95814

Robert M. Pattison, Esq.
Jackson Lewis LLP
199 Fremont St., 10th Floor
San Francisco, CA 94105

**Re: ROSA TILCOCK, ET AL. v. KNOWLEDGE LEARNING CORP**
C04-03551 (JCS)

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **September 10, 2004.** These forms can be found on the Court's website at www.cand.uscourts.gov.

Sincerely,

RICHARD W. WIEKING

/s/ Karen L. Hom
By: Karen L.Hom
Deputy Clerk

Attachments

Dockets.Justia.com

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSA TILCOCK, ET AL.,

Plaintiff(s),

v.

KNOWLEDGE LEARNING CORP,

Defendant(s).

___________________________________/

No. C 04-03551 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: ________________________

_____________________________________
Signature

Counsel for _________________________
(Name or party or indicate "pro se")

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSA TILCOCK, ET AL.,

Plaintiff(s),

v.

KNOWLEDGE LEARNING CORP,

Defendant(s).

_____________________________________/

No. C 04-03551 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _________________________

_____________________________________
Signature

Counsel for _________________________
(Name or party or indicate “pro se”)