Apple Inc. v. Psystar Corporation Doc. 1791

Mario Martinez, #200721
Annabelle Cortez-Gonzalves, #183258
Marcos Camacho, a Law Corporation
29700 Woodford-Tehachapi Road
P.O. Box 310
Keene, CA 95351
(661) 823-6220 (telephone)
(661) 823-6177 (telefax)

Stephen G. Seliger, #123859
155 North Michigan Avenue
Suite 500
Chicago, IL 60601
(312) 616-4244 (telephone)
(312) 565-7289 (telefax)

Paul Strauss, #153937
Miner, Barnhill & Galland
14 W. Erie Street
Chicago, IL 60610
(312) 751-1170 (telephone)
(312) 751-0438 (telefax)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| GRACIELA ZAMORA, et al., on behalf of themselves and all other persons similarly situated, | ) | CLASS ACTION |
| | ) | No. C 04-47 JW |
| Plaintiffs, | ) | PLAINTIFFS' EX PARTE APPLICATION TO SHORTEN TIME TO CONSIDER MOTION TO COMPEL DEFENDANT TO ANSWER INTERROGATORIES AND PRODUCE DOCUMENTS |
| v. | ) | |
| D'ARRIGO BROTHERS COMPANY OF CALIFORNIA, | ) | |
| Defendant. | ) | Complaint filed January 7, 2004 |

Pursuant to Local Rule 6-3, plaintiffs, by their undersigned counsel, move the Court to shorten the time for consideration of plaintiffs' attached Motion for to Compel Defendant to answer Plaintiffs' First Set of Interrogatories and First Request for Production of Documents. Plaintiffs request the following schedule:

A. The Court order the parties to confer, as stated in the attached Motion, on or before September 3, 2004.



Dockets.Justia.com

B. The Court order the parties to submit a report to the Court as requested in attached Motion by September 8, 2004.

C. The Court order such other relief as is stated in the attached proposed order.

Filed concurrently with this Motion are:

1. Declaration of Stephen G. Seliger, attorney for plaintiffs.

2. A proposed order shortening the time for consideration of the Motion to Compel Defendant to Answer Plaintiff's First Set of Interrogatories and First Request for Production of Documents

Respectfully submitted,

/s/ Stephen G. Seliger
Stephen G. Seliger
One of the Attorneys for Plaintiffs

Mario Martinez, #200721
Annabelle Cortez-Gonzalves, #183258
Marcos Camacho, a Law Corporation
29700 Woodford-Tehachapi Road
P.O. Box 310
Keene, CA 95351
(661) 823-6220 (telephone)
(661) 823-6177 (telefax)

Stephen G. Seliger, #123859
155 North Michigan Avenue
Suite 500
Chicago, IL 60601
(312) 616-4244 (telephone)
(312) 565-7289 (telefax)

Paul Strauss, #153937
Miner, Barnhill & Galland
14 W. Erie Street
Chicago, IL 60610
(312) 751-1170 (telephone)
(312) 751-0438 (telefax)