United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Bonelli<br><br>Plaintiff(s),<br><br>v.<br><br>County of Marin<br><br>Defendant(s). | No. C 03-01508 SI MED<br><br>**Certification of ADR Session** |

***Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a Mediation on 1/21/2004

2. Did the case settle? No

3. If the case did not settle fully, is any follow-up contemplated?

   another session scheduled for

   phone discussions expected by on going

   no

**4. IS THIS ADR PROCESS COMPLETED? No**

Dated: September 1, 2004

/s/
**Mediator**
**Steven J. Rosenberg**
Mediation Offices
775 East Blithedale Avenue #363
Mill Valley, CA 94941



Dockets.Justia.com