**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** September 1, 2004

**Case No:** C04-1185 EMC **Time:** 1:51 - 2:05 p.m.

**Case Name:** Lopez v. Lincoln General Insurance

**Attorneys:** Leandro Duran for Plaintiff
Tyler Olpin for Defendant

**Deputy Clerk:** Betty Fong **FTR:** 1:51 - 2:05 p.m.

**PROCEEDINGS:**

CMC - HELD

**ORDERED AFTER HEARING:** This case is referred to ADR for ENE to be completed within 90 days. 2-day court trial set for 4/25/05 at 8:30 a.m. Hearing on Motion for Summary Judgment set for 01/26/05 at 10:30 a.m. Court to issue other deadlines in the case management conference order.

**Order to be prepared by:** [ ] Plntf [ ] Deft [x] Court

**Case continued to:** 12/1/04 at 2:30 p.m. for Status Conference. An updated Joint Status Conference Statement due 11/24/04.

Dockets.Justia.com

**cc: EMC/ADR**