CHARLES F. PREUSS (State Bar No. 45783)
VERNON I. ZVOLEFF (State Bar No. 81380)
THOMAS W. PULLIAM, JR. (State Bar No. 46322)
KENNETH P. CONOUR (State Bar No. 148064)
CHERYL A. JORGENSEN (State Bar No. 224323)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
MCNEIL CONSUMER & SPECIALTY
PHARMACEUTICALS, a Division of MCNEIL-PPC,
INC.; and JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KERRY LANGSTAFF and BRADSHAW LANGSTAFF, individually, and on behalf of KAITLYN SIERRA LANGSTAFF, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>MCNEIL CONSUMER & SPECIALTY PHARMACEUTICALS, et al.,<br><br>Defendants. | Case No. 5:03-CV-01116 JF HRL<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO EXTEND DEFENDANTS' EXPERT DISCOVERY DISCLOSURE DEADLINE AND ALL CASE MANAGEMENT DEADLINES**<br><br>Date: September 17, 2004<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Jeremy Fogel |

///

///

///

///

Pursuant to Civil Local Rule 7-7(e), Defendants MCNEIL CONSUMER & SPECIALTY PHARMACEUTICALS, a Division of MCNEIL-PPC, INC.; and JOHNSON & JOHNSON respectfully withdraw their Motion to Extend Defendants'



Dockets.Justia.com

Expert Disclosure Deadline and All Case Management Deadlines, which is set to be heard on September 17, 2004, at 10:00 a.m. in Courtroom 3, the Honorable Jeremy Fogel presiding. Although Defendants respectfully disagree with the assertions made by Plaintiffs in their opposition to this motion, Defendants agree that the motion is moot.

Dated: September 2, 2004

DRINKER BIDDLE & REATH LLP

/s/ Thomas W. Pulliam, Jr.
THOMAS W. PULLIAM, JR.

Attorneys for Defendants
MCNEIL CONSUMER & SPECIALTY PHARMACEUTICALS, a Division of MCNEIL-PPC, INC.; and JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I, CONNIE B. GUTIERREZ, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On September 2, 2004, I caused to be served the following document(s):

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO EXTEND DEFENDANTS' EXPERT DISCOVERY DISCLOSURE DEADLINE AND ALL CASE MANAGEMENT DEADLINES**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY FEDERAL EXPRESS OVERNIGHT MONDAY MORNING DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☑ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

James C. Barber, Esq.
LAW OFFICES OF JAMES C. BARBER
4310 Gaston Avenue
Dallas, TX 75246
Telephone: (214) 821-8840
Facsimile: (214) 821-3834

Howard A Specter & John Evans
SPECTER, SPECTER, EVANS & MANOGUE
26th Floor, 436 7th Ave
Pittsburgh, PA 15219-1818
Telephone: (412) 642-2300
Facsimile: (412) 642-2309

Michael L. Berry
THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

Frank L. Hill
THOMPSON & KNIGHT LLP
98 San Jacinto Boulevard, Suite 200
Austin, TX 78701
Telephone: (512) 469-6100
Facsimile: (512) 469-6180

Mary E. Alexander
MARY ALEXANDER & ASSOC., P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 2, 2004 at San Francisco, California.

CONNIE GUTIERREZ