Apple Inc. v. Psystar Corporation

Doc. 1851

United States District Court
For the Northern District of California

# E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of DIRECTV, INC.Cases pending in the Northern District of California,
.
_______________________________________/

CASE NO: c-02-5912 JW and related matters subject to special referral

**ORDER RE ASSIGNMENT AND RELATION OF CASES**

On July 26, 2004, Judge Ware of this court, pursuant to a specific and limited assignment, entered an order that held that numerous cases filed by this plaintiff had been filed with improper joinder of defendants. Among other rulings the court ordered that all defendants other than the first named be dismissed and that new actions filed as to those defendants or new defendants must comply with the joinder rules articulated in the order.

Plaintiff DIRECTV has since filed a number of actions and attempted to relate them to the earlier actions. This effort is as misdirected as their earlier ones in joining defendants who were not properly joinable. Therefore, in consultation with and approval of Chief Judge Walker, the current Chief Judge, and Judge Ware, this court issues on behalf of the entire court the following order.

IT IS HEREBY ORDERED that

1. All actions filed by plaintiff DIRECTV shall be assigned in the ordinary course under this court's random assignment plan, <u>See</u> Civil Local Rules 3-2 and 3-3 and General Order No. 44. The cases shall not be deemed related to the judge to which they were originally assigned before the July

Dockets.Justia.com

26 order.

2. Plaintiff DIRECTV shall not routinely file related case notices, but may only do so when there is an actual relationship within the meaning of the related case rule, Civil Local Rule 3-12. When that occurs the Judge assigned to the earlier filed action will determine whether the cases are related within the meaning of that rule. The court notes that based on a review of these cases ordinarily they are not related. Plaintiff DIRECTV is placed on notice that the court will not countenance abuse of the related case device.

Date: September 2, 2004

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California