BILL LOCKYER
Attorney General of the State of California
TOM GREENE
Chief Assistant Attorney General
KEN ALEX
Senior Assistant Attorney General
DANETTE E. VALDEZ (SBN 141780)
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Fax: (415) 703-5754

MARTIN GOYETTE (State Bar No. 118344)
Supervising Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612
Telephone: (510) 622-2207
Fax: (510) 622-2121

Attorneys for the People of the State of California ex rel.
Bill Lockyer, Attorney General of the State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL. BILL LOCKYER, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>ENRON CORPORATION, ENRON ENERGY SERVICES, INC.; ENRON ENERGY SERVICES OPERATIONS, INC.; ENRON ENERGY SERVICES, LLC; ENRON NORTH AMERICA CORP.; ENRON POWER MARKETING, INC. AND DOES 1-100,<br><br>Defendants. | Case No. C 04 2877 SBA<br><br>**NOTICE OF OPPOSITION TO NOTICE OF RELATED CASES; CASE NOS. C-02-1787-VRW; C-02-1788-VRW; C-02-1791-VRW; C-02-1854-VRW; C-02-1914-VRW; C-02-2061-VRW; C-02-2207-VRW; C-02-2400-VRW; C-02-3036-VRW; C-02-3040-VRW; C-02-3041-VRW; C-02-3042-VRW; C-02-3127-VRW; C-02-3311-VRW; C-02-3318-VRW; and C-02-3731-VRW** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff the People of the State of California ex rel Bill Lockyer, Attorney General of the State of California ("the Attorney General") filed the attached



Dockets.Justia.com

Opposition to Notice of Related Cases on August 30, 2004. The Attorney General opposes Defendants' Enron Corporation, et al. ("Defendants") notice that this case is related to the following cases pending in this district:

1. *People of the State of California, et al. v. Mirant Corporation, et al.*, Case No. C-02- 1787-VRW

2. *People of the State of California, et al. v. Reliant Energy, Inc., et al.*, Case No. C-02- 1788-VRW;

3. *People of the State of California, et al. v. Reliant Energy, Inc., et al.*, Case No. C-02- 1791-VRW;

4. *People of the State of California, et al. v. Dynegy, Inc., et al.*, Case No. C-02- 1854-VRW;

5. *People of the State of California, et al. v. Mirant Corporation, et al.*, Case No. C-02- 1914-VRW;

6. *People of the State of California, et al. v. Reliant Energy, Inc., et al.*, Case No. C-02- 2061-VRW;

7. *People of the State of California, et al. v. Mirant Corporation, et al.*, Case No. C-02- 2207-VRW;

8. *People of the State of California, et al. v. Coral Power, L.L.C.,* Case No. C-02- 2400-VRW;

9. *People of the State of California, et al. v. Puget Sound Energy, Inc.,* Case No. C-02- 3036-VRW;

10. *People of the State of California, et al. v. Transalta Energy Marketing (California), Inc., et al.,* Case No. C-02- 3040-VRW;

11. *People of the State of California, et al. v. Tucson Electric Power Company.,* Case No. C-02- 3041-VRW;

12. *People of the State of California, et al. v. Idaho Power Company,* Case No. C-02- 3042-VRW;

13. *People of the State of California, et al. v. Merrill Lynch Capital Services, Inc.,* Case No. C-02- 3127-VRW;

14. *People of the State of California, et al. v. BP Energy Company,* Case No. C-02- 3311-VRW;

15. *People of the State of California, et al. v. Portland General Electric Company,* Case No. C-02- 3318-VRW; and

16. *People of the State of California, et al. v. Transcanada Power L.P.,* Case No. C-02- 3731-VRW.

DATED: September 2, 2004

BILL LOCKYER
Attorney General of the State of California
TOM GREENE
Chief Assistant Attorney General
KEN ALEX
Acting Senior Assistant Attorney General
DANETTE E. VALDEZ
MARTIN GOYETTE
Supervising Deputy Attorneys General

*/s/ Danette E. Valdez*
DANETTE E. VALDEZ

Attorneys for the People of the State of California ex rel. Bill Lockyer, Attorney General of the State of California

BILL LOCKYER
Attorney General of the State of California
TOM GREENE
Chief Assistant Attorney General
KEN ALEX
Acting Senior Assistant Attorney General
DANETTE E. VALDEZ (SBN 141780)
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Fax: (415) 703-5754

MARTIN GOYETTE (SBN 118344)
Supervising Deputy Attorney General
1515 Clay Street, 20th Floor
Post Office Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-2207
Fax: (510) 622-2121

Attorneys for the People of the State of California ex rel.
Bill Lockyer, Attorney General of the State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL. BILL LOCKYER, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>ENRON CORPORATION, ENRON ENERGY SERVICES, INC.; ENRON ENERGY SERVICES OPERATIONS, INC.; ENRON ENERGY SERVICES, LLC; ENRON NORTH AMERICA CORP.; ENRON POWER MARKETING, INC. AND DOES 1-100,<br><br>Defendants. | Case No. C 04 2877 SBA<br><br>**OPPOSITION TO NOTICE OF RELATED CASES** |

I. INTRODUCTION

Defendants Enron Corporation, et al. ("Defendants") filed Notices of Related Cases under Local Rule 3-12, seeking to relate this case to numerous other cases pending in this district and

related before Judge Vaughn R. Walker ("the pending cases"). Defendants removed this case to the Northern District and it was assigned to Judge Saundra Brown Armstrong. The California Attorney General (the "Attorney General") is filing a motion to remand concurrently with this Opposition.

The Attorney General opposes Defendants' notice of related cases on the grounds that this case raises distinct issues of law and fact and has a different procedural status from the pending cases. The issues presented in this case regarding remand are not the same, or even substantially related to, the issues generally presented by the other pending cases. The absence of substantially the "same parties, property, transaction, event, or question of law," as required by Civil Local Rule 3-12, precludes this Court from finding this case is related.

## II. SUMMARY OF THE GROUPS OF CASES TO WHICH DEFENDANTS SEEK TO RELATE THIS ACTION

The pending cases fall into three groups: (1) the Acquisition Cases; (2) the Overcharge / Failure to File Cases; and (3) the Ancillary Services Cases. The Defendants are not parties to any of these pending cases. The pending cases are all either well into litigation in the District Court or are on appeal to the United States Court of Appeals for the Ninth Circuit.

The Acquisition Cases are brought under the federal antitrust laws (Section 7 of the Clayton Act, 15 U.S.C. § 18) and allege that the acquisitions of power plants by the various merchant generators "substantially lessened" competition in the California electricity markets. One of the Acquisition Cases, *People v. Reliant Energy Inc., et al.*, currently is pending before Judge Walker. The other Acquisition Case, *People v. Mirant Corporation, et al.*, is subject to a stay order issued by Judge Walker. The stay order currently is on appeal to the Ninth Circuit, Case No. 04-15024, and oral argument is scheduled for September 14, 2004.

The Ancillary Services Cases contain allegations of unfair business practices by various defendants involving ancillary services, also known as operating reserves. Ancillary services is generating capacity that can be converted to energy and delivered to the grid during a system emergency (*e.g.*, a major plant outage), or to correct a routine imbalance between supply and demand on the high voltage transmission system serving California. The Overcharge/Failure to

File cases allege that various defendants violated California's Unfair Competition Law, Cal. Bus. & Prof. Code Section 17200, *et. seq*., by charging "unjust and unreasonable" prices in California's wholesale power market, and by failing to file their rates with the Federal Energy Regulatory Commission ("FERC"). The Ancillary Services and Overcharge/Failure to File Cases were dismissed by Judge Walker and the Attorney General appealed both groups of cases to the United States Court of Appeals for the Ninth Circuit. The Ninth Circuit upheld the dismissal of the Ancillary Services cases and the Attorney General filed a Petition for Panel Rehearing and Rehearing En Banc on July 27, 2004. The Attorney General's appeal of the dismissal of the Overcharge/Failure to File cases is pending before the Ninth Circuit.

## III. THE CASES ARE NOT "RELATED" WITHIN THE MEANING OF RULE 3-12 MERELY BECAUSE THEY ALL INVOLVE SOME ASPECT OF THE WHOLESALE POWER MARKET.

Defendants base their claim that this case should be related to these varied groups of cases on a bare assertion that all the actions "implicate" the Federal Power Act ("FPA") and tariffs regarding the wholesale energy market, relate to wholesale power markets, have the Attorney General as the plaintiff, and arise from the California energy crisis in 2000-2001. These cursory statements, however, do not show how the present case is "substantially the same" as the pending cases. In fact, the present case involves completely separate issues regarding removal and remand and has a procedural history distinct from the pending cases.

The present case is a law enforcement action brought by the Attorney General, on behalf of the People of the State of California, pursuant to the Attorney General's authority to prosecute violations of California's Commodity Law and Unfair Competition Law. *See* Complaint for Restitution, Disgorgement, and/or Damages, and Civil Penalties (California Business & Professions Code § 17200, California Corporations Code § 29536); Demand for Jury Trial ("Complaint"), ¶¶ 1. The alleged violations involve Defendants' unfair, unlawful, and fraudulent trading schemes. Complaint, ¶¶ 52-63. Defendants improperly removed this case, and it should be remanded to proceed in state court because it is an exercise of the Attorney General's police and regulatory power to enforce state law that is not removable. 28 U.S.C. Section 1452(a).

Defendants never state just how the FPA is "implicated" in the present case. The issues in

front of Judge Armstrong relate to removal and remand pursuant to federal bankruptcy law. Even if the case were to remain in District Court beyond the remand phase, the case is a state law action, and any alleged "implication" of the FPA or FERC tariffs necessarily would be as a defense. The mere presence of a common defense, however, does not mean that this case and the pending cases concern "substantially the same question of law," as required by Local Rule 3-12. Relating a case due to a potential common defense alone would be letting the tail wag the dog.

Likewise, the historical background of the wholesale energy markets in California will do nothing to assist the Court in determining the discrete removal and remand issues in this case. Defendants do not specify what, if any, facts are common to all the cases other than that the cases "involve claims arising out the wholesale energy markets." The field of "wholesale power" is incredibly broad. The events of the 2000-2001 energy crisis giving rise to litigation were complex and varied. Numerous disparate "part[ies], property, transaction[s] or event[s]" could be involved in the field of wholesale power markets during the energy crisis. Defendants make no showing that the allegations of the present case share the same factual basis as the pending cases.

The present case also has a procedural history distinct from the pending cases. The fact that the Attorney General is the plaintiff in each of these cases hardly means that the parties to the cases are "substantially the same." In fact, Defendants were not defendants in *any* of the pending cases, and the removal and remand issues specific to Defendants have not been raised in the pending cases.

Finally, there is no benefit to relating this case in terms of judicial economy or avoidance of conflicting results. Defendants claim that the cases should be related as they all involve "participants in these federally-regulated markets." The pending cases have not dealt with the same removal and remand issues presented in this case. Again, Defendants do not show any specific similarity that compels relating this case; to follow Defendants' sweeping categorization of similarity would require relation of virtually any case involving hundreds of entities who participate in wholesale energy transactions. Accordingly, there is no risk of inconsistent rulings, and no possible benefit of judicial economy, in relating this case to the pending cases.

## IV. CONCLUSION.

The factual and legal issues presented in the pending cases have no bearing on whether the present case was properly removed and whether it should be remanded. The legal issues facing the Court in the present case involve interpretation of the Bankruptcy Code and state law, not federal law regarding wholesale energy markets. The historical background of the energy crisis and resulting litigation will not assist the Court in determining these issues. For the above reasons, the Attorney General opposes Defendants' Notice of Related Cases, and respectfully requests this action remain assigned to Judge Armstrong for all purposes.

DATED: August 30, 2004

BILL LOCKYER
Attorney General of the State of California
TOM GREENE
Chief Assistant Attorney General
KEN ALEX
Acting Senior Assistant Attorney General
DANETTE E. VALDEZ
MARTIN GOYETTE
Supervising Deputy Attorneys General

MARTIN GOYETTE

Attorneys for the People of the State of California ex rel. Bill Lockyer, Attorney General of the State of California

## Responses and Replies

4:04-cv-02877-SBA People of the State of California ex rel. et al v. Enron Corporation et al

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available.***
See the FAQ posting "I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink..." on the ECF home page at

---

The following transaction was received from Goyette, Martin Holmes on 8/30/2004 at 5:33 PM

**Case Name:** People of the State of California ex rel. et al v. Enron Corporation et al
**Case Number:** 4:04-cv-2877
**Filer:** People of the State of California ex rel.
**Document Number:** 17

**Docket Text:**
Memorandum in Opposition *to Notice of Related Cases* filed by People of the State of California ex rel.. (Goyette, Martin) (Filed on 8/30/2004)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\DAT\2 Goyette\People v. Enron, et al\8-30 Filing\Opposition to Notice of Related Cases.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/30/2004] [FileNumber=1412930-0]
[462f91fad185a5db8756a73f337661d721cd14fc45c7cb0b780786c0bf6160d732a9b
30fcfd9b4205326183c1f5040d1d803dc79461c8bc16f1206e6a50e26b6]]

**4:04-cv-2877 Notice will be electronically mailed to:**

Martin Holmes Goyette martin.goyette@doj.ca.gov,

Dean Hansell dhansell@llgm.com

Jared M. Katz jkatz@llgm.com,

Seth W. Wiener seth.wiener@llgm.com

Keith Yamanaka Keith.Yamanaka@doj.ca.gov,

**4:04-cv-2877 Notice will not be electronically mailed to:**

Bennett G. Young
Leboeue Lamb Greene & Macrae, LLP
One Embarcadero Center
Suite 400
San Francisco, CA 94111

# PROOF OF SERVICE

**CASE:** *People of the State of California ex rel. Bill Lockyer, Attorney General of the State of California v. Enron Corporation, Enron Energy Services, Inc.; Enron Energy Services Operations, Inc.; Enron Energy Services, LLC; Enron North America Corp.; Enron Power Marketing, Inc. and Does 1-100*

**CASE NO:** U. S. District Court Case No. C 04 2877 SBA

I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within entitled cause; my business address is 1515 Clay Street, 20th Floor, P. O. Box 70550, Oakland, California 94612-0550. On August 31, 2004, I served the following document(s):

## OPPOSITION TO NOTICE OF RELATED CASES

on the parties through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

(A) **By First Class Mail**: I caused each such envelope to be placed in the internal mail collection system at the Office of the Attorney General with first-class postage thereon fully prepaid in a sealed envelope, for deposit in the United States Postal Service that same day in the ordinary course of business.

(B) **By Messenger Service**: I caused each such envelope to be delivered by a courier employed by Professional Messenger, with whom we have a direct billing account, who personally delivered each such envelope to the office of the address on the date last written below.

(C) **By Overnite Mail**: I caused each such envelope to be placed in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for.

(D) **By Facsimile**: I caused such document to be served via facsimile electronic equipment transmission (fax) on the parties in this action by transmitting a true copy to the following fax numbers listed under each addressee below.

(E) **By Electronic Mail (e-mail)**: I caused such document to be served by e-mail by transmitting a true copy as an attachment to an electronic mail to the following e-mail addresses listed adjacent to each addressee below.

| TYPE OF SERVICE | ADDRESSEE |
|---|---|
| A, D, E | Bennett G. Young, byoung@llgm.com<br>LeBoeuf, Lamb Greene & MacRae LLP<br>One Embarcadero Center, Ste. 400<br>San Francisco, CA 94111-3619<br>*Fax: (415) 951-1180* |

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on August 31, 2004, at Oakland, California.

JANICE KENDRICKS

# PROOF OF SERVICE

Case Name: *People of the State of California ex rel. Bill Lockyer, Attorney General of the State of California v. Enron Corporation, Enron Energy Services, Inc.; Enron Energy Services Operations, Inc.; Enron Energy Services LLC: Enron North America Corp.· Enron Power Marketing, Inc. and Does 1-100*

Case No.: **U.S. District Court Case No. C 04 2877 SBA**

I declare:

I am employed in the Office of the Attorney General in San Francisco, California. I am over the age of 18 years and not a party to the within entitled cause; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102. On September 2, 2004, I served the following documents:

**NOTICE OF OPPOSITION TO NOTICE OF RELATED CASES**

(A) By First Class Mail: I caused each such envelope to be placed in the internal mail collection system at the Office of the Attorney General with first-class postage thereon fully prepaid in a sealed envelope, for deposit in the United States Postal Service that same day in the ordinary course of business

(D) By Facsimile: I caused such document to be served via facsimile electronic equipment transmission (fax) on the parties in this action by transmitting a true copy to the following fax numbers listed under each addressee below.

(E) By Electronic Mail (e-mail): I caused such document to be served by e-mail by transmitting a true copy as an attachment to an electronic mail to the following e-mail addresses listed adjacent to each addressee below:

| TYPE OF SERVICE: | ADDRESSEE: |
|---|---|
| A, D & E | Bennett G. Young (byoung@llgm.com)<br>LeBouef, Lamb Green & MacRae LLP<br>One Embarcadero Center, Ste. 400<br>San Francisco, CA 94111-3619<br>Fax: (415) 951-1180 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 2, 2004, at San Francisco, California.

JAMES J. MIRARCHI
Declarant

Signature