Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
Reginald Jackson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINALD JACKSON,

Plaintiff,

vs.

TOMMY THOMPSON, etc., et al.,

Defendants.

/

No. CV 04-01239 SC

STIPULATION AND ORDER FOR DISMISSAL

This matter having become moot, the parties stipulate that the within case be dismissed, each side to bear their own attorneys' fees and costs.

Dated: August 29, 2004

Laurence F. Padway
Attorney for plaintiff

Dated: August __, 2004

Andrew Cheng
Assistant United States Attorney
Attorneys for Tommy Thompson, etc.

Dated: August 30, 2004.

Richard B. Wolf
Lewis, Brisbois, Bisgaard and Smith
Attorneys for Health Net

Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
Reginald Jackson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD JACKSON,<br><br>Plaintiff,<br>vs.<br><br>TOMMY THOMPSON, etc., et al.,<br><br>Defendants.<br>_________________________/ | No. CV 04-01239 SC<br><br>STIPULATION AND ORDER FOR DISMISSAL |

This matter having become moot, the parties stipulate that the within case be dismissed, each side to bear their own attorneys' fees and costs.

Dated: August 29, 2004

_________________________
Laurence F. Padway
Attorney for plaintiff

Dated: August 30, 2004

_________________________
Andrew Cheng
Assistant United States Attorney
Attorneys for Tommy Thompson, etc.

Dated: August __, 2004.

_________________________
Richard B. Wolf
Lewis, Brisbois, Bisgaard and Smith
Attorneys for Health Net