Apple Inc. v. Psystar Corporation Doc. 1885

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

CASE NOS.: C-04-0881 SI (JCS) and C-03-1826 SI (JCS)

CASE NAME: *Shop Ironworkers Local 790 Pension Trust, et al. v. AGH, Inc.*

MAGISTRATE JUDGE JOSEPH C. SPERO CLERK: Mary A. Macudzinski-Gomez

DATE: 9/7/2004 TIME: 3.0 hrs. COURT REPORTER: not reported

COUNSEL FOR PLAINTIFF(S):

Muriel B. Kaplan
Michele R. Stafford

COUNSEL FOR DEFENDANT(S):

Laura Maechtlen

---

PROCEEDINGS

X SETTLEMENT CONFERENCE

☐ FURTHER SETTLEMENT CONFERENCE

☐ DISCOVERY CONFERENCE

☐ STATUS CONFERENCE RE:______________________________

☐ TELEPHONIC CONFERENCE RE:______________________________

☐ OTHER:______________________________

CASE CONTINUED TO:__________________FOR__________________

NOTES:

Settlement Conference held. Cases settled. The parties signed a "Judgment Pursuant to Stipulation," and will submit same to Judge Illston for her signature.

Dockets.Justia.com