Apple Inc. v. Psystar Corporation Doc. 1891

ROBERT E. FREITAS (STATE BAR NO. 80948)
MELISSA A. FINOCCHIO (STATE BAR NO. 150632)
MICHAEL C. SPILLNER (STATE BAR NO. 205785)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Petitioner
NITGen Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NITGEN CO., LTD., a Korea corporation,

Petitioner,

v.

SECUGEN CORPORATION, a California corporation; JUN-YOUNG AHN, an individual; and DONG-WON LEE, an individual,

Respondents.

Case No. 5:04-02912 JW

**[PROPOSED] ORDER DENYING RESPONDENTS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL**

The Honorable James Ware



Dockets.Justia.com

Before the Court is the “Respondents’ Miscellaneous Administrative Request To Seal Exhibits ‘1’ Through ‘5’ To The Declaration Of Erica D. Wilson In Support of Respondents’ Memorandum In Opposition To NITGen’s Petition Pursuant To 9 U.S.C. §§ 9-11” [Docket No. 47], filed September 3, 2004.

Having considered the respondents’ request and papers filed in support thereof, and the papers filed by the petitioner in opposition to the request, and the applicable law,

**IT IS HEREBY ORDERED** as follows:

1. The respondents’ miscellaneous administrative request [Docket No. 47] shall be, and it hereby is, **DENIED.**

Dated: ________________ ________________________________________

The Honorable James Ware
United States District Judge