MICHAEL CHARLSON (State Bar No. 122125)
LAWRENCE ACHORN (State Bar No. 144407)
HELLER EHRMAN WHITE & MCAULIFFE LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Attorneys Appearing Specially
for Defendant JAMES A. HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX MOGLIA, as Liquidating Trustee for and on Behalf of the Liquidating Trust of debtor U.S. AGGREGATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. HARRIS and MICHAEL J. STONE,<br><br>Defendants. | Case No.: C 04 2663<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT JAMES A. HARRIS TO RESPOND TO COMPLAINT BY ANSWER OR MOTION; STIPULATION OF ACCEPTANCE OF SERVICE OF PROCESS AS TO DEFENDANT JAMES A. HARRIS** |

Dockets.Justia.com

The parties to the above-entitled action stipulate that Heller Ehrman White & McAuliffe LLP, attorneys for Defendant James A. Harris in related actions, may enter a limited appearance in this action for the purposes of accepting service of process on behalf of Mr. Harris in the above captioned action, and seeking an extension of time for Mr. Harris to respond to the complaint in this action by Motion or Answer. Pursuant to that stipulation, Heller Ehrman White & McAuliffe LLP hereby accepts service on behalf of Mr. Harris in the above captioned action.

The parties further stipulate and request the following: that the time for Defendant James A. Harris to respond to the Complaint in this action by Answer or Motion be extended to, and including, October 15, 2004.

September 8, 2004

Respectfully submitted,

HELLER EHRMAN WHITE & MCAULIFFE LLP

By ________/s/________
LAWRENCE S. ACHORN

Attorneys Appearing Specially for Defendant
JAMES A. HARRIS

WEGMAN, LEVIN & STANLEY

By: ________/s/________
DEBRA J. WEGMAN

Attorneys for Plaintiff
ALEX D. MOGLIA

*     *     *

ORDER

Pursuant to foregoing stipulation, IT IS ORDERED that:

The time for Defendant James A. Harris to respond to the Complaint in this action by Answer or Motion be extended to, and include, October 15, 2004.

DATED: 9/8/04

/s/ CLAUDIA WILKEN

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE BY MAIL**

I, Karen Strong, declare as follows:

I am employed with the law firm of Heller Ehrman White & McAuliffe LLP, whose address is 275 Middlefield Road, Menlo Park, CA 94025-3506. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On September 7, 2004, I served the following:

**STIPULATION TO EXTEND TIME FOR DEFENDANT JAMES A. HARRIS TO RESPOND TO COMPLAINT BY ANSWER OR MOTION; STIPULATION OF ACCEPTANCE OF SERVICE OF PROCESS AS TO DEFENDANT JAMES A. HARRIS**

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

Debra J. Wegman, Esq.
WEGMAN, LEVIN & STANLEY
3800 W. Alameda Ave., Suite 1500
Burbank, CA 91505
Tel: (818) 557-7300
Fax: (818) 557-7363

Robert C. Gebhardt
David R. Ongaro
SCHNADER, HARRISON, SEGAL & LEWIS LLP
601 California Street, Suite 1200
San Francisco, California 94108-2817
Tel: (415) 364-6700
Fax: (312) 364-6785

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this proof of service was executed on September 7, 2004 at Menlo Park, California.

/s/
Karen Strong