Apple Inc. v. Psystar Corporation Doc. 898

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

450 Golden Gate Avenue,10th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-6813
Facsimile: (415) 436-6748

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULLETTE E. BASS,<br>Plaintiff,<br><br>vs.<br><br>GORDON R. ENGLAND, Secretary, United States Department of the Navy,<br><br>Defendant. | No. C 02-4697 VRW<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 10, 2005<br>Time: 2:00 p.m.<br>Ctrm: 6, 17th Floor, SF |

PLEASE TAKE NOTICE THAT Defendant Gordon R. England, Secretary of the United States Department of the Navy, hereby moves, pursuant to Fed. R. Civ. P. 56(c) and Civil L.R. 7-2, for summary judgment dismissing Plaintiff's complaint with prejudice. This motion is based on this Notice and a Memorandum of Points and Authorities, appropriate declarations and the exhibits thereto that will be filed 35 days prior to the hearing date, and such other evidence as may be submitted or considered by the Court.

//

//

//

//

//



Dockets.Justia.com