John L. Burris, Esq.- State Bar No. 69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Ste. 1120
Oakland, CA 94621
Telephone: (510) 839-5200 Fax: (510) 839-3882

James Chanin, Esq.- State Bar No. 76043
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, CA 94611
Telephone: (510)848-4752 Fax: (510)848-5819

Attorneys for the Plaintiff

JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865 Fax: (510) 238-6500
23178/322567

Attorneys for Defendants
CITY OF OAKLAND et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMEEL HARRIEL,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. C 03 3091 EDL<br><br>**STIPULATION FOR CONDITIONAL DISMISSAL AND ORDER THEREON** |



Dockets.Justia.com

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE AS FOLLOWS:

The parties have reached a settlement in principle of the entire action which is subject to the approval of the City of Oakland City Council and payment of the settlement funds to Plaintiff and his attorneys. The parties do hereby agree and stipulate that the action may be conditionally dismissed subject to either party advising the Court within ninety (90) days of the date of the filing of this Stipulation and Order that the settlement has not been fully performed. In the event that either party advises the Court within ninety (90) days of the filing of this Stipulation and Order that the settlement has not been fully performed, the Court shall vacate this conditional dismissal and shall set a further Case Management Conference within 45 days thereafter. In the event that neither party advises the Court within ninety (90) days of the filing of this Stipulation and Order that the settlement has not been fully performed, the action shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED AND AGREED:

Dated: September 8, 2004

__________/s/______________________
JAMES B. CHANIN
Attorney for Plaintiff

Dated: September 8, 2004

__________/s/______________________
STEPHEN Q. ROWELL
Attorney for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED

Dated: September ___, 2004

______________________________
ELIZABETH D. LAPORTE
MAGISTRATE JUDGE