Apple Inc. v. Psystar Corporation Doc. 1904

KEVIN V. RYAN (**California State Bar No. 118321**)
United States Attorney
JAY R. WEILL (**California State Bar No. 75434**)
Assistant United States Attorney
Chief, Tax Division
EMILY J. KINGSTON (**California State Bar No. 184752**)
Assistant United States Attorney
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7000

Attorneys for the United States of America

04 SEP -2 PM 1:57
FILED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**JW**

**UNITED STATES OF AMERICA and JOE SMITH, Revenue Officer,**

**Petitioners,**

**v.**

**MICHAEL F. BONA,**

**Respondent.**

**C 04 3709 HRL**

**VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **JOE SMITH,** allege and petition as follows:

1. This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

2. Petitioner **JOE SMITH** is and at all times mentioned herein was an employee and officer of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

3. Petitioner **JOE SMITH** is and at all times mentioned herein was attempting in the course of his authorized duties to collect certain federal income tax liabilities of **MICHAEL F. BONA.**

Dockets.Justia.com

4. Petitioner **JOE SMITH** is and at all times herein was attempting in the course of his authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to his attempt to collect the federal tax liabilities of **MICHAEL F. BONA.**

5. Respondent **MICHAEL F. BONA's** last known address is 100 Glen Lake Dr., Pacific Grove, 93950, which is within the venue of this Court.

6. Petitioner **JOE SMITH** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7. On April 19, 2004, in accordance with law, petitioner **JOE SMITH** served a summons on respondent **MICHAEL F. BONA** in respect to the subject matter described in paragraphs 3, 4, and 6 above. by handling a copy of the summons to the respondent. The requirements of said summons is self-explanatory, and the true copies thereof are attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

8. The items sought by the summons described in paragraph 7 above are relevant to and can reasonably be expected to assist in the collection of the federal tax liabilities of **MICHAEL F. BONA.** It was and now is essential to completion of petitioner's inquiry regarding the collection the federal income tax liabilities of **MICHAEL F. BONA** that respondent produce the items demanded by said summons.

9. The respondent did not appear on May 19th 2004, as requested in the summons.

10. As of the date of this petition, the respondent has failed to comply with the summons.

11. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why he should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

B. That respondent be ordered by the Court to appear before the petitioner **JOE SMITH** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

C. That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

KEVIN V. RYAN
United States Attorney

EMILY J. KINGSTON
Assistant United States Attorney
Tax Division

# Summons

In the matter of Michael F. Bona, 100 Glen Lake Dr., Pacific Grove, CA. 93950

Internal Revenue Service (Division): Small Business/Self Employed

Industry/Area (name or number): Small Business/Self Employed Area: 13

Periods See attachment for Period Information

## The Commissioner of Internal Revenue

To Michael F. Bona

At 26435 Carmel Rancho Blvd, Carmel, CA. 93923

You are hereby summoned and required to appear before Joe Smith, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1. All bank statements for the most recent twelve months for each bank (checking, saving, mutual fund, IRA, retirement accounts, broker accounts, etc.) account for which you have signature authority. This includes both personal and business accounts including but not limited to Michael F. Bona and Bonafide Properties, Inc.
2. Provide the last three statements for each credit card account for which you have signature authority or are otherwise able to control.
3. Provide the most recent statement for any life insurance policy in your name or in the name of any company you control.
4. Provide the most recent balance sheet(s) and profit and loss statement for any and all companies you control.
5. Provide copies of the most recent federal income tax returns for you and companies you control.
6. Provide trust documents, articles of incorporation, and/or partnership agreements for all entities you control or for which you have a controlling interest. This should include but is not limited to, all documents pertaining to the establishment and governance of these entities.
7. Provide copies of all deeds to real property, which you own jointly or individually, or in which you have or may have an interest.
8. Provide all books, documents, papers and records in your possession or under your control relating to your personal assets and liabilities; a blank copy of said Financial Statement (Form 433A and 433B)are attached hereto to guide you in your production of the necessary books, papers, documents, and records.
9. Provide a listing of all properties for which you and/or Bonafide Properties Inc. is/are the listing agent. Provide a listing of all properties for which you and/or Bonafide Properties Inc. is/are representing the purchaser.

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

303 Water St. Ste 3, Santa Cruz, CA. 95060 (831) 416-4567 x400

**Place and time for appearance at:** 303 Water St. Ste 3, Santa Cruz, CA. 95060

on the 19th day of May, 2004 at 10 o'clock A m.

Issued under authority of the Internal Revenue Code this 19 day of April, 2004

IRS
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

Joe Smith
Signature of Issuing Officer — Revenue Officer (Title)

B. Robinson
Signature of Approving Officer (if applicable) — Group Manager (Title)

**Exhibit 1**

# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| April 19 2004 | 12:56 |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.
2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): ______
3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|---|---|
| Joseph [illegible] Smith | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: ______ Time: ______

Name of Noticee: ______

Address of Noticee (if mailed): ______

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☒ No notice is required.

| Signature | Title |
|---|---|
| J. Smith | Revenue Officer |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

# VERIFICATION

I, **JOE SMITH,** pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed revenue officer in the Santa Cruz, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I belief them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2004 at Santa Cruz, California.

Joe Smith
**JOE SMITH**