ARENT FOX PLLC
ANTHONY V. LUPO (*Admitted Pro Hac Vice*)
ANNE L. MILEM (*Admitted Pro Hac Vice*)
SAVALLE C. SIMS (*Admitted Pro Hac Vice*)
RANDALL A. BRATER (Cal. Bar No. 211140)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

GLYNN & FINLEY, LLP
ANDREW T. MORTL, Bar No. 177876
DAWN CEIZLER, Bar No. 214873
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendant
Discovery Communications, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MONSTER CABLE PRODUCTS, INC.,

Plaintiff,

v.

DISCOVERY COMMUNICATIONS, INC.,

Defendant.

Case No. 03-CV-3250 (WHA)

**DECLARATION OF JEFFREY M. SAMUELS IN SUPPORT OF DEFENDANT DISCOVERY COMMUNICATIONS, INC.'S MOTION FOR SUMMARY JUDGMENT**

**Hearing Date:** **October 14, 2004**
**Time:** **8:00 a.m.**
**Before** **Hon. William Alsup**
**Courtroom:** **9**

I, Jeffrey M. Samuels, pursuant to 28 U.S.C. §1746, hereby declare under the penalty of perjury, the following:

1. I, Jeffrey M. Samuels, am a resident of Virginia, over the age of eighteen and have never been convicted of a crime. I am fully competent to testify and I am in no way disqualified to make this Declaration. I provide this Declaration in support of Discovery Communications, Inc.'s Motion for Summary Judgment. I have personal knowledge of the facts set forth herein, they are all true and correct, and if called as a witness, could and would testify competently thereto.

2. I am a practicing lawyer and the David L. Brennan Professor of Law and Director for the Center for Intellectual Property Law and Technology at the University of Akron School of Law. I am also the current Chair of the Trademark Public Advisory Committee of the United States Patent and Trademark Office. I was retained by Discovery Communications, Inc. ("DCI") to serve as an expert witness in conjunction with this case.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report, dated July 22, 2004, that I prepared in this case.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Sur-Rebuttal Expert Report, dated August 13, 2004, that I prepared in this case.

I solemnly declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7 day of September 2004.

Jeffrey M. Samuels