4005003

MICHAEL MEHEEN – BAR NO. 36467
FISCHER, NORRIS & SCHRADER, LLP
5 Harris Court, Building N, Suite 2
Monterey, California 93940
Telephone: (831) 649-3600
Facsimile: (831) 656-1244

Attorneys for Plaintiff,
CHATMAR, INC. DBA
MONTEREY BEACH HOTEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CHATMAR, INC. DBA MONTEREY BEACH HOTEL,<br><br>Plaintiff,<br><br>vs.<br><br>BANKERS INSURANCE COMPANY and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 04-02347 JW<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS STATE LAW CLAIMS**<br><br>**DATE: September 20, 2004**<br>**TIME: 9:00 A.M.**<br>**COURTROOM: 8** |

The Court, having reviewed the pleadings and documents on file herein, and after hearing argument of counsel, and for good cause shown,

IT IS HEREBY ORDERED that defendant's motion to dismiss state law claims is denied.

IT IS SO ORDERED.

Dated: September ______, 2004

________________________________________
HON. JAMES WARE



Dockets.Justia.com