Apple Inc. v. Psystar Corporation

Doc. 1940

MICHAEL M. HERRICK (CA SBN 63666)
HERRICK LAW OFFICES
1750 Montgomery St., Suite 1104
San Francisco, CA 94111-1063
Telephone: (415) 781-2804
Facsimile: (415) 781-8446

Attorney for Plaintiff
JUSTO ALVAREZ

MATTHEW F. GRAHAM (CA SBN 095194)
TAMMY A. BROWN (CA SBN 172612)
AIKEN KRAMER & CUMMINGS LLP
1111 Broadway, Suite 1500
Oakland, CA 94607
Telephone: (510) 834-6800
Facsimile: (510) 834-9017

Attorneys for Defendant
ANDRIGHETTO PRODUCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTO ALVAREZ,<br>Plaintiff,<br>v.<br>ANDRIGHETTO PRODUCE, INC. dba SHASTA PRODUCE, Does One through Five, inclusive,<br>Defendant. | Case No. C 03-0551 [redacted] JCS<br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

THE FOLLOWING IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective attorneys of record, Michael M. Herrick, on behalf of Plaintiff Justo Alvarez ("Plaintiff"), and Matthew F. Graham of Aiken Kramer & Cummings LLP, on behalf of Defendant Andrighetto Produce, Inc. ("Defendant"):

1. Plaintiff and Defendant have amicably resolved their differences, including the claims alleged or that could have been alleged in this action.



Dockets.Justia.com

2. Plaintiff and Defendant agree and request that the Court order that this action be dismissed in its entirety with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Dated: September 8, 2004

MICHAEL M. HERRICK
HERRICK LAW OFFICES

By: ______________________
Michael M. Herrick

Attorneys for Plaintiff
JUSTO ALVAREZ

Dated: September 9, 2004

MATTHEW F. GRAHAM
TAMMY A. BROWN
AIKEN KRAMER & CUMMINGS LLP

By: ______________________
Matthew F. Graham

Attorneys for Defendant
ANDRIGHETTO PRODUCE, INC.

**IT IS SO ORDERED.**

**DATED:** 09/13/04

By: /s/ Joseph C. Spero
**The Honorable Joseph C. Spero**
**United States [redacted] Judge**
Magistrate