MICHAEL J. AGOGLIA (CA SBN 154810)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
WMC MORTGAGE CORP.; WMC FINANCE CO.; APOLLO MANAGEMENT L.P.; WMCDIRECT; AND GE CONSUMER FINANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Patricia C. Barbera,<br>Plaintiff,<br>v.<br>WMC Mortgage Corp., a California Corporation; WMC Finance Co.; Apollo Management L.P.; WMCDirect; GE Consumer Finance, a unit of General Electric Company; Fairbanks Capital Corp., a Utah Corporation; Fairbanks Capital Holding Corp., a Delaware Corporation; California Land Title Company of Marin, a California business entity; Does 1 through 100, inclusive.,<br>Defendants. | CASE NO. C-04-3738-EMC<br><br>PROOF OF SERVICE |

**PROOF OF SERVICE**
(CCP 1013a, 2015.5)

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof, I served a copy of:

1. **CIVIL COVER SHEET**
2. **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28.U.S.C. § 1441(B) and (C) (FEDERAL QUESTION JURISDICTION)**
3. **DISPUTE RESOLUTION PROCEDURES**
4. **ECF REGISTRATION INFORMATION HANDOUT**
5. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**
6. **PUBLIC NOTICE - MAGISTRATE JUDGE**
7. **WELCOME TO U.S. DISTRICT COURT, SAN FRANCISCO (GUIDELINES)**
8. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

☐ By sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number (415) 268-7522 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

☐ by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California, 94105, in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by **United Parcel Service** at Morrison & Foerster LLP, 425 Market Street, San Francisco, California, 94105,

in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by **United Parcel Service** or delivered to an authorized courier or driver authorized by **United Parcel Service** to receive documents on the same date that it (they) is (are) placed at Morrison & Foerster LLP for collection.

| | |
|---|---|
| Daniel A. Gamer<br>55 Prof. Ctr. Pkwy.<br>San Rafael, California 94903 | John G. Warner<br>Law Office of John G. Warner<br>21 Tamal Vista Blvd., Suite 196<br>Corte Madera, CA 94925 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at San Francisco, California, this 7th day of September 2004.

| | |
|---|---|
| /s/ Linda Roiz | /s/ Linda Roiz |
| Linda Roiz | Linda Roiz |

I, Michael J. Agoglia, am the ECF User whose ID and password are being used to file this Proof of Service. In compliance with General Order 45, X.B., I hereby attest that Linda Roiz has concurred in this filing.