WESLEY M. LOWE, ESQ. (SBN 111761)
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

Attorney for Plaintiff
MICHAEL WONG

THOMAS M. HERLIHY (SBN 83615)
SEAN P. NALTY (SBN 121253)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendants
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WONG,<br><br>Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 30, inclusive<br><br>Defendants. | CASE NO. C03-3117 PJH ARB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; ~~[PROPOSED]~~ ORDER THEREON**<br><br>**E-Filing** |



Dockets.Justia.com

Plaintiff Michael Wong ("plaintiff"), and defendants the Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America ("defendants"), through their respective attorneys of record, Wesley M. Lowe, Esq., Mannion & Lowe, on behalf of plaintiff, and Sean P. Nalty, Esq., Kelly, Herlihy & Klein, on behalf of defendants, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein can be dismissed with prejudice and in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own costs.

IT IS SO STIPULATED.

MANNION & LOWE

Dated: September 9, 2004

By [signature]
Wesley Lowe
Attorneys for Plaintiff
MICHAEL WONG

KELLY, HERLIHY & KLEIN LLP

Dated: September 1, 2004

By [signature]
Sean P. Nalty
Attorneys for Defendants
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA

**ORDER**

IT IS SO ORDERED.

Date: 9/13/04

[signature]
Judge, U.S. District Court
Northern District of California

E:\23138\P15