LAWRENCE A HILDES (SB#178610)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

Attorney for Plaintiff:
CAROL DENNEY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CAROL DENNEY,** | **) CASE NO. C02-5935CW** |
| | **) PLAINTIFF'S DISMISSAL OF** |
| **Plaintiff,** | **) DEFENDANTS ALTON** |
| | **) MANAGEMENT CORPORATION,** |
| **vs.** | **) EDNA PARKER, ALFRED REYNOLDS,** |
| | **) WILLIAM HUTTON, SUNDAY VON** |
| **CITY OF BERKELEY; et al.** | **) DRASEK; (WITH PREJUDICE )** |
| **Defendants.** | **)** |
| ________________________________ | **)** |

Plaintiff hereby dismisses Defendant Edward Rivera from this action with prejudice, due to settlement, and Defendants' apparent compliance with the terms of settlement. Plaintiff asks that the court enter this dismissal as to these Defendants as soon as is practicable. Plaintiff reserves the right to bring the matter as to these Defendant back before this court if Defendants have not and/or do not fully comply with the terms of the settlement agreement.

RESPECTFULLY SUBMITTED:

DATED: September 13, 2004

_________________________________
LAWRENCE A. HILDES
Attorney for Plaintiff
CAROL DENNEY