Apple Inc. v. Psystar Corporation

Doc. 1957

Neil D. Greenstein (SBN 123980)
TECHMARK
55 S. Market Street, 16th Floor
San Jose, CA 95113
Telephone: (408) 208-2229
Facsimile: (408) 358-9240

Robert A. Mittelstaedt (SBN 60359)
Caroline N. Mitchell (SBN 143124)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 680-2344

Attorneys for Defendant and Counter-Claimant
FLORISTS' TRANSWORLD DELIVERY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TELEFLORA LLC, a Delaware limited liability company,

Plaintiff,

v.

FLORISTS' TRANSWORLD DELIVERY, INC., a Michigan Corporation,

Defendant.

**Case No. C-03-5858 JW (HRL)**

**DECLARATION OF PAUL PLEVA IN SUPPORT OF DEFENDANT FLORISTS TRANSWORLD DELIVERY, INC.'S OPPOSITION TO TELEFLORA LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: October 4, 2004
Time: 9:00 a.m.
Courtroom 8, 4th Floor



Dockets.Justia.com

I, PAUL PLEVA, declare as follows:

1. The facts stated herein are true and correct based upon my personal knowledge. If called as a witness, I could and would competently testify as stated below.

2. I am the Director of Publications for Florists Transworld Delivery, Inc. As part of my job responsibilities, I am responsible for overseeing the retention of FTD's membership records. FTD tracks changes made to FTD florist memberships and keeps records of these changes in the course of its regularly conducted business activity.

3. Attached as Exhibit A to my declaration is a true and correct copy of Montevideo Greenhouse's termination of its FTD membership. This is part of the membership records that I oversee and I am personally familiar with how to read this document. This document reflects that Montevideo Greenhouse, located in Montevideo, MN, terminated its membership on Friday, November 22, 2002.

4. Attached as Exhibit B to my declaration is a true and correct copy of Heather Floral and Greenhouses' termination of its FTD membership. This document is also part of the membership records that I oversee and I am personally familiar with how to read this document. This document reflects that Heather Floral and Greenhouses, located in Montevideo, MN, terminated its FTD membership on Friday, November 29, 2002.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __ day of September 2004, in _______, ___________.

By:___________________________________
PAUL PLEVA