```
*********************************************************************************
      MSG TYPE:  GEN
FILL FLST CODE:  90-0217AA
SEND FLST CODE:  25-3211AA  MONTEVIDEO GREENHOUSE
                 MONTEVIDEO, MN 56265       320-269-7181
      PRIORITY:  X
          TEXT:  TERMINATION OF FTD
      OPERATOR:  CH   FRI NOV 22 02 12:21P     P2309R-9501
*********************************************************************************
```

Dockets.Justia.com

```
*******************************************************************************
      MSG TYPE:  GEN
FILL FLST CODE:  90-0217AA
SEND FLST CODE:  25-0431AA  HEATHER FLORAL AND GREENHOUSES
                 MONTEVIDEO, MN 56265       320-269-8801
      PRIORITY:  A
          TEXT:  THIS MESSAGE IS TO TERMINATE OUR MEMBERSHIP WITH FTD.  PLEASE C
ANCEL OUR MEMBERSHIP EFECTIVE IMMEDIENTLY.
      OPERATOR:  DUANE HASTAD  FRI NOV 29 02  2:46P    Q41500-9515

*******************************************************************************
```