A p p l e I n c . v . P s y s t a r D o C

ARENT FOX PLLC
ANTHONY V. LUPO (*Admitted Pro Hac Vice*)
ANNE L. MILEM *(Admitted Pro Hac Vice)*
SAVALLE C. SIMS *(Admitted Pro Hac Vice)*
RANDALL A. BRATER (Cal. Bar No. 211140)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

GLYNN & FINLEY, LLP
ANDREW T. MORTL, Bar No. 177876
DAWN CEIZLER, Bar No. 214873
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendant
Discovery Communications, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MONSTER CABLE PRODUCTS, INC.,

Plaintiff,

v.

DISCOVERY COMMUNICATIONS, INC.,

Defendant.

Case No. 03-CV-3250 (WHA)

**NOTICE OF MOTION AND MOTION OF DEFENDANT DISCOVERY COMMUNICATIONS, INC. TO EXCLUDE EXPERT TESTIMONY BY GEOFFREY NUNBERG**

**Hearing Date:** **October 21, 2004**
**Time:** **8:00 a.m.**
**Before** **Hon. William Alsup**
**Courtroom:** **9**

**Accompanying Documents:**
**1. Memorandum of Points and Authorities**
**2. Declaration of Anne L. Milem**
**3. Appendix of Foreign Authorities**
**4. [Proposed] Order**



D o c k

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **October 21, 2004,** at **8:00 a.m.**, or as soon thereafter as the matter may be heard, defendant Discovery Communications, Inc. will bring on for hearing this Motion to Exclude Expert Testimony by Geoffrey Nunberg.

Said motion is made upon the grounds that Dr. Nunberg's report contains inappropriate legal conclusions, opinions on matters exceeding his expertise, and opinions on matters for which no expert testimony is needed. Accordingly, Dr. Nunberg's expert testimony should be excluded.

This motion is based on this notice, the attached memorandum of points and authorities, the declaration of Anne L. Milem, and on such other matters of which the Court shall take judicial notice, including matters contained in the Court's file.

Respectfully submitted,

Arent Fox PLLC

/s

Anthony V. Lupo (*admitted pro hac vice*)
Anne L. Milem (*admitted pro hac vice*)
Savalle C. Sims (*admitted pro hac vice*)
Randall A. Brater (Bar No. 211140)
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

Glynn & Finley LLP
Andrew T. Mortl, Bar No. 177876
Dawn Ceizler, Bar No. 214873
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

*Counsel for Defendant*