UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VELASAM VEAL CONNECTION CORPORATION,

Plaintiff(s),

v.

HYATT CORPORATION, ET AL.,

Defendant(s).

_____________________________________/

No. C-04-1898 MEJ (JCS)

**ORDER OF RECUSAL**

**(E-FILING CASE)**

This court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: September 14, 2004

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
For the Northern District of California

Dockets.Justia.com