ORIGINAL

James D. Curran, Esq., SBN 126586
Lyndon Y. Chee, Esq., SBN178842
WOLKIN • CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: (415) 982-9390
Facsimile: (415) 982-4328
E-mail: lchee@wolkincurran.com

Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY**, a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**GEN-CON, INC.**, a California corporation; **ALVARO A. ANZOATEGUI**, an individual; **DAISY M. ANZOATEGUI**, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 02 03551 pvt adr<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: September 14, 2004<br>Time: 2:00 p.m.<br>Dept.: 5<br>Judge: Magistrate Judge Trumbull |

This stipulation is entered into by and between Plaintiff, St. Paul Fire and Marine Insurance Company ("St. Paul"), Defendant, Alvaro A. Anzoategui and Defendant, Daisy M. Anzoategui by and through their respective counsel.

Whereas St. Paul has obtained summary judgment against Daisy Anzoategui in the amount of $1.5 million dollars, and partial summary judgment against Alvaro A. Anzoategui in the amount of $1.5 million dollars, whereas a Case Management Conference is on calendar Tuesday, September 14, 2004 at 2:00 p.m. before this court; and whereas none of the parties have filed a Case Management

Conference Statement and are not prepared to make any representations at the Case Management Conference,

**NOW THEREFORE**, the parties hereby Stipulation and agree as follows:

The Case Management Conference currently on calendar for September 14, 2004 be continued to sixty (60) days or as the Court determines is appropriate.

Dated: September 14, 2004

WOLKIN • CURRAN, LLP

By: ______________________
Lyndon Y. Chee

Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: September 14, 2004

BERLINER COHEN

By: ______________________
Christian Picone

Attorneys for Defendant
ALVARO A. ANZOATEGUI

Dated: September 14, 2004

FERRARI OTTOBONI, LLP.

By: ______________________
John M. Ottoboni
Kevin J. Kelly

Attorneys for Defendant
DAISY M. ANZOATEGUI

Conference Statement and are not prepared to make any representations at the Case Management Conference,

**NOW THEREFORE**, the parties hereby Stipulation and agree as follows:

The Case Management Conference currently on calendar for September 14, 2004 be continued to sixty (60) days or as the Court determines is appropriate.

Dated: September 14, 2004

WOLKIN CURRAN, LLP

By: ______________________
Lyndon Y. Chee

Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: September 14, 2004

BERLINER COHEN

By: ______________________
Christian Picone

Attorneys for Defendant
ALVARO A. ANZOATEGUI

Dated: September 14, 2004

FERRARI OTTOBONI, LLP.

By: ______________________
John M. Ottoboni
Kevin J. Kelly

Attorneys for Defendant
DAISY M. ANZOATEGUI

## [PROPOSED] ORDER

The Court having considered the foregoing Stipulation, and for good cause shown,

**IT IS HEREBY ORDERED** that the Case Management Conference currently on calendar for September 14, 2004 at 2:00 p.m. is continued to ______________________.

Dated: ______________________

______________________
HON. PATRICIA V. TRUMBULL,
The United States Magistrate Judge