Apple Inc. v. Psystar Corporation Doc. 1980 Att. 1



MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 85713)
J. BRUCE MCCUBBREY (Bar. No. CA 38817)
ROBERT D. BECKER (Bar No. CA 160648)
EUGENE L. HAHM (Bar No. CA 167596)
SHAWN G. HANSEN (Bar No. CA 197033)
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for Plaintiff*
Large Scale Biology Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

**LARGE SCALE BIOLOGY CORPORATION**, a Delaware corporation,

Plaintiff,

vs.

**PRODIGENE, INC.**, a Delaware corporation,

Defendant.

And Related Counter-Action

Case No. 04-2069 SBA

**[PROPOSED] ORDER GRANTING PLAINTIFF LARGE SCALE BIOLOGY CORPORATION'S *EX PARTE* APPLICATION FOR EXPEDITED DISCOVERY AND CONTINUING DATE OF PRELIMINARY INJUNCTION HEARING**

Plaintiff Large Scale Biology Corporation ("LSBC") filed an *ex parte* application for 1) leave to conduct expedited discovery to serve a limited document production demand and to take the depositions of Prodigene, Inc.'s witnesses who submitted declarations in support of ProdiGene's motion for preliminary injunction and 2) a continuance of the hearing date of the preliminary injunction motion. Having considered LSBC's Application, and good cause appearing, LSBC's *ex parte* application is hereby GRANTED.



Dockets.Justia.com

The Court hereby orders as follows:

1. LSBC shall be permitted to serve a request for production of documents to ProdiGene, which shall be limited to issues raised by ProdiGene's motion for preliminary injunction. Such document requests shall be served no later than _______ and shall be limited to no more than twenty requests. ProdiGene shall serve responses and produce documents in response to such requests within 15 days service thereof. The parties shall promptly meet and confer in good faith on any disputes regarding this document discovery.

2. LSBC is granted leave to take the depositions of John Howard and John Reiher. The parties shall meet and confer regarding the scheduling of these depositions. ProdiGene shall make these witnesses available for deposition no later than _______.

3. The hearing on ProdiGene's motion for preliminary injunction is continued until ___________. LSBC shall file and serve its opposition to that motion no later than ____________. ProdiGene shall file and serve its reply in support of its motion no later than ____________.

Dated: ______________________________

______________________________________
Hon. Saundra Brown Armstrong
United States District Judge

20118883.1