Apple Inc. v. Psystar Corporation Doc. 1983

MICHAEL L. WHITCOMB, ESQ. (SBN: 86744)
JOHN D. FEENEY, ESQ. (SBN: 84373)
UNION PACIFIC RAILROAD COMPANY
Law Department
49 Stevenson Street, Suite 1050
San Francisco, CA 94105

Phone: (415) 541-7012
Fax: (415) 541-7017

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **EDDIE SHANE JOHNSON,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**UNION PACIFIC RAILROAD COMPANY, a corporation, GRANITE ROCK COMPANY, a corporation,**<br><br>**Defendants,** | **Case No.: C 03-04574 RMW**<br><br>**AMENDED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT BY DEFENDANT UNION PACIFIC RAILROAD COMPANY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; DECLARATIONS OF JOHN D. FEENEY AND FOSTER PETERSON; [PROPOSED] ORDER**<br><br>**[Fed.R.Civ.P. 56(d)]**<br><br>**Date: October 22, 2004**<br>**Time: 9:00 a.m.**<br>**Honorable Ronald M. Whyte**<br><br>**Trial Date: February 15, 2005**<br>**Filed: October 9, 2003** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE that Defendant Union Pacific Railroad Company ("Union Pacific") moves the Court under Federal Rule of Civil Procedure 56(d) for an order that partial summary judgment be entered in favor of this Defendant and against Plaintiff EDDIE SHANE**



Dockets.Justia.com

**JOHNSON as to the Second and Third Causes of Action. The grounds for issuance of this order are that no triable issue exists for any material fact in these two causes of action, and Defendant is entitled to a judgment as a matter of law.**

**This motion is based on the attached documents and exhibits, including the Declarations of John D. Feeney and Foster Peterson; specified contents of the file in this case; the Memorandum of Points and Authorities; and any evidence received at the hearing.**

**DATED: September 15, 2004**

**UNION PACIFIC RAILROAD COMPANY**

**By______________________________**
**JOHN D. FEENEY**
**Attorney for Defendant**
**Union Pacific Railroad Company**

**PROOF OF SERVICE**

***Eddie Shane Johnson v. UP***

**I, Anita Murdock, am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 49 Stevenson Street, Suite 1050, San Francisco, California 94105.**

**On September 15, 2004, I served the foregoing document(s) described as the following:**

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY DEFENDANT UNION PACIFIC RAILROAD COMPANY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; DECLARATIONS OF JOHN D. FEENEY AND FOSTER PETERSON; [PROPOSED] ORDER**

**[X] by placing the true copy thereof enclosed in sealed envelopes addressed as follows:**

**Attorney for Plaintiff**
**Anthony Petru, Esq.**
**Hildebrand McLeod & Nelson**
**350 Frank H. Ogawa Plaza, 4th Floor**
**Oakland, CA 94612**
**510-451-6732**
**510-465-7023 facsimile**

**Attorney for Defendant Granite Rock**
**Gregory C. Simonian, Esq.**
**Clapp, Moroney, Bellagamba & Vucinich**
**15 Southgate Avenue, Suite 200**
**Daly City, CA 94015**
**650-758-1199**
**650-758-2299 facsimile**

**[X] BY MAIL: I am familiar with the regular mail collection and processing practices of said business, and in the ordinary course of business, the mail is deposited with the United States Postal Service that same day.**

**I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.**

**[] BY FACSIMILE TRANSMISSION: I faxed to counsel at the above-listed fax numbers.**

**[] BY UPS: I facilitated this envelope to the service of this particular overnight delivery company to be delivered the following day to the above designated addressee(s).**

**[] BY PERSONAL SERVICE: I caused such an envelope to be delivered by hand to the offices of the addressee.**

**[X] FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 15th day of September, 2004, at San Francisco, California.**

**Anita Murdock**