Apple Inc. v. Psystar Corporation Doc. 1987

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES
AMENDED

Date: 9/10/04

Case No. C-04-1842.eSI Judge: SUSAN ILLSTON

Title: RICOH -v- CMC MAGNETICS

Attorneys: Chen, Devinsky, Parekh Miclean, Fraizer

Deputy Clerk: Tracy Sutton Court Reporter: none

**PROCEEDINGS**

1) Initial Case Management Conference - HELD
2) ______
3) ______

Order to be prepared by: ( )Pltf ( )Deft ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART ( ) SUBMITTED

Case continued to **10/15/04 @ 2:30 P.M.** for Further Case Management Conference

Case continued to **10/15/04 @ 9:00 A.M.** for Motions
(Motion due , Opposition Reply )

Case continued to _ for Pretrial Conference

Case continued to _ for Trial (: Days)
Discovery Cutoff: Designate Experts by:
Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties shall comply with the following schedule re: discovery:
Initial Disclosures: 9/3/04
Deadline to Join parties and/or Amend Pleadings: 9/20/04
Disclosure of Asserted Claims and Preliminary Infringement Contentions: 10/1/04

This case shall be referred to a magistrate judge for settlement purposes. The settlement conference shall occur in December 2004.

Cc: Wings

Dockets.Justia.com