Apple Inc. v. Psystar Corporation Doc. 1991

HENRY WEISSMANN (SBN 132418)
BURTON A. GROSS (SBN 166285)
ROSEMARIE T. RING (SBN 220769)
MUNGER, TOLLES & OLSON LLP
33 New Montgomery Street, 19th Floor
San Francisco, CA 95105-9781
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ELAINE M. DUNCAN (SBN 110889)
VERIZON CALIFORNIA INC.
711 Van Ness Avenue, #300
San Francisco, CA 94102
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff
VERIZON CALIFORNIA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. PEEVEY, LORETTA M. LYNCH, CARL W. WOOD, GEOFFREY F. BROWN, AND SUSAN P. KENNEDY, in their official capacities as Commissioners of the Public Utilities Commission of the State of California, and not as individuals; AND PAC-WEST TELECOMM, INC.<br><br>Defendants<br><br>PAC-WEST TELECOMM, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>VERIZON CALIFORNIA INC.<br><br>Counterdefendant. | CASE NO. C 03-03441 CW<br><br>**NOTICE OF CHANGE OF ADDRESS** |



Dockets.Justia.com

PAC-WEST TELECOMM, INC.,

Cross-claimant,

vs.

THE PUBLIC UTILITIES COMMISSION OF THE STATE OF CALIFORNIA, MICHAEL R. PEEVEY, LORETTA M. LYNCH, CARL W. WOOD, GEOFFREY F. BROWN, AND SUSAN P, KENNEDY, in their official capacities as Commissioners of the Public Utilities Commission of the State of California, and not as individuals,

Cross-defendants.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of September 20, 2004, the new address for the San Francisco office of Munger, Tolles & Olson LLP, counsel of record for plaintiff Verizon California Inc., is 560 Mission Street, 27th Floor, San Francisco, California 94105-2907. The phone and fax number remain the same – telephone (415) 512-4000; fax (415) 512-4077.

Dated: September 14, 2004

MUNGER, TOLLES & OLSON LLP

By: ______________________
BURTON A. GROSS

Attorneys for Plaintiff
VERIZON CALIFORNIA INC.