Salvador Zavala v. Prometheus
United States District Court,
Northern District Case No.: C04 00722 RMW

**PROOF OF SERVICE**

State of California )
) ss
County of Santa Clara )

I am a citizen of the United States and an employee of the County aforesaid. I am over the age of eighteen years and not a party to the within action. My business address is 160 West Santa Clara Street, 14th Floor, San Jose, California 95113-1700. On the date mentioned below, I caused a true copy(ies) of the following document(s) to be served on the parties below using the method(s) checked:

Notice of Motion and Motion of Defendant Prometheus Real Estate Group, Inc.'s Motion to Dismiss Plaintiff's Employment Discrimination Complaint, or Alternatively, Motion for a More Definite Statement; Memorandum of Points and Authorities in Support of Defendant Prometheus Real Estate Group, Inc.'s Motion to Dismiss Plaintiff's Employment Discrimination Complaint, or Alternatively, Motion for a More Definite Statement; *and* Request for Judicial Notice in Support of Defendant Prometheus Real Estate Group, Inc.'s Motion to Dismiss Plaintiff's Employment Discrimination Complaint, or Alternatively, Motion for a More Definite Statement

on the Addressee(s) below named in said action by:

[X] First Class Mail. I am familiar with the regular mail collection and processing practices of the business. The mail will be deposited with the United States Postal Service on the same day following ordinary business practices. I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at San Jose, California.

[ ] Express Mail Delivery.

[ ] Facsimile at the fax numbers shown after each name below.

[ ] By Personal Delivery.

[ ] By Federal Express.

**Addressee(s):**

Salvador R. Zavala
1675 Kingman Ave.
San Jose, CA 95128

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on September 15, 2004 at San Jose, California.

Cora Alvarado

Pahl & Gosselin
A Professional Corp.
160 W. Santa Clara St.
Fourteenth Floor
San Jose, CA 95113
(408) 286-5100