MERTON A. HOWARD (SBN 161125)
ERIC W. JUNGINGER (SBN 209619)
HANCOCK ROTHERT & BUNSHOFT LLP
Four Embarcadero Center, Suite 300
San Francisco, California 94111-4168
Telephone: (415) 981-5550
Facsimile: (415) 955-2599

Attorneys for Defendant
TRUCKCRAFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH J. MARQUIS, JR., Plaintiff, v. TRUCKCRAFT CORPORATION, and DOES 1 through 40, inclusive, Defendants. | CASE NO. C03-05218 HRL ARB<br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br>Judge: Magistrate Judge Howard Lloyd<br>Action Filed: June 19, 2003<br>Trial Date: January 18, 2005 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff KENNETH D. MARQUIS, JR. ("plaintiff") and defendant TRUCKCRAFT CORPORATION hereby submits this stipulation and order of dismissal and requests that the Court dismiss, with prejudice, the entire action herein, including each of plaintiff's causes of action and claims for damages or other relief against defendants TRUCKCRAFT CORPORATION, and DOES 1 through 40, inclusive. Plaintiff warrants that he has the sole and unfettered right and discretion to bring this action and to dismiss this action. Each party shall bear their own costs and attorneys' fees.

DATED: 9/14/04

LAW OFFICES OF DANIEL L. LAPIN

By: ______________________
Daniel L. Lapin
Attorneys for Plaintiff KENNETH D. MARQUIS, JR.

DATED: 9/2/04

HANCOCK ROTHERT & BUNSHOFT LLP

By: [signature]
Merton A. Howard
Eric W. Junginger
Attorneys for Defendant TruckCraft Corporation

# ORDER

Pursuant to plaintiff's request, IT IS HEREBY ORDERED that the entire action herein, including each cause of action and claim for damages or other relief asserted by plaintiff KENNETH D. MARQUIS, JR. against defendants TRUCKCRAFT CORPORATION, and DOES 1 through 40, inclusive, is hereby dismissed, *with prejudice*.

Each party shall bear their own costs and attorneys' fees.

DATED: ____________

______________________________

Magistrate Judge Howard Lloyd