Apple Inc. v. Psystar Corporation Doc. 2002

JEREMY PASTERNAK, ESQ., BAR NO.: 181618
BETH W. MORA, ESQ., BAR NO.: 208859
LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California 94583
Telephone: (925) 820-8949
Facsimile: (925) 820-0278

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY GREENFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICA WEST AIRLINES, INC., DOUGLAS STOLLS,<br><br>Defendants. | NO. CV 03-05183 MHP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br><br>DATE: October 25, 2004<br>TIME: 2:00 p.m.<br>COURTROOM: 15, 18TH Floor<br><br>THE HONORABLE MARILYN HALL PATEL<br><br>Trial Date: March 8, 2005 |

Plaintiff KELLY GREENFIELD's Motion for Protective Order came on regularly before this Court on October 25, 2004 at 2:00 p.m. in Courtroom 15. Christopher Scanlan, Esq., of the Law Offices of O'MELVENY & MYERS LLP appeared for Defendants AMERICA WEST AIRLINES, INC., and DOUGLAS STOLLS. Beth W. Mora, Esq. of the Law Offices of Lucius A. Cooper appeared for Plaintiff KELLY GREENFIELD.

After full consideration of the evidence, memorandums of points and authorities and oral arguments of counsel, the Court hereby grants Plaintiff's Motion for Protective Order in its entirety.



Dockets.Justia.com

IT IS SO ORDERED.

Dated: _______________

By:________________________________________

MARILYN HALL PATEL
U.S. DISTRICT COURT JUDGE