Apple Inc. v. Psystar Corporation Doc. 2015



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ISRAEL SHURKIN, On Behalf of Himself and All Others Similarly Situated,

Plaintiff,

v.

GOLDEN STATE VINTNERS, INC., JEFFREY J. BROWN, JEFFREY B. O'NEILL, JOHN G. KELLEHER and O'NEILL ACQUISITION CO., LLC,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **C 04 3434 MJJ**

TO:

See attachment hereto

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Dennis J. Herman (220163)
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

AUG 19 2004

DATE

Helen L. Almacen

(BY) DEPUTY CLERK

Dockets.Justia.com

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: ................................................
.........................................................................................................

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and ..... discretion then residing therein.
Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________
*Date*

____________________
*Signature of Server*

____________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ATTACHMENT TO SUMMONS

GOLDEN STATE VINTNERS, INC.
607 Airpark Road
Napa, CA 94558

JEFFREY J. BROWN
Work:
Forrest Binkley & Brown
840 Newport Center Drive, Suite 480
Newport Beach, CA 92660

JEFFREY B. O'NEILL
106 Cypress Avenue
Kentfield, CA 94904

JOHN G. KELLEHER
2030 Granite Bar Way
Rancho Cordova, CA 95670

O'NEILL ACQUISITION CO., LLC
Registered Agent:
CSC-Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DENNIS J. HERMAN, ESQ. (220163)<br>LERACH COUGHLIN STOIA & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111<br>Attorneys for: ISRAEL SHURKIN | (415) 288-4545<br>Ref. No. Or File No.<br>W2424205 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |

Plaintiff:
ISRAEL SHURKIN, etc.

Defendant:
GOLDEN STATE VINTNERS, INC., et al.

| PROOF OF SERVICE | Date: 11/23/2004 | Time: 2:00 p.m. | Dept/Div: 11 | Case Number: C 04 3434 MJJ |
|---|---|---|---|---|

I, Shannon L. Castanon, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; NOTICE OF PUBLICATION; ECF REGISTRATION INFORMATION HANDOUT; LOCAL RULES OF THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND CERTIFICATION; NOTICE OF NEED FOR ADR PHONE CONFERENCE AND CERTIFICATION; JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; STIPULATED PROTECTIVE ORDER; MODEL STIPULATION AND PROPOSED CONSOLIDATION ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ADR INFORMATION PACKAGE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | | |
|---|---|---|
| Defendant | : | GOLDEN STATE VINTNERS, INC. |
| By Serving | : | **TAMMY HUTCHINSON, Receptionist** |
| Address | : | 607 Airpark Road , Napa, California 94558 |
| Date & Time | : | Wednesday, September 1, 2004 @ 1:08 p.m. |
| Witness fees were | : | Not demanded or paid. |

Person serving:
Shannon L. Castanon
**Wheels of Justice, Inc.**
55 New Montgomery Street, Suite 828
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.: S2804
(3) County: Napa
(4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 14, 2004

Signature: Shannon Castanon
Shannon L. Castanon

Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DENNIS J. HERMAN, ESQ. (220163)<br>LERACH COUGHLIN STOIA & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| Attorneys for: ISRAEL SHURKIN | Ref. No. Or File No.<br>W2424205 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |

Plaintiff:
ISRAEL SHURKIN, etc.

Defendant:
GOLDEN STATE VINTNERS, INC., et al.

| POS BY MAIL | Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | 2:00 p.m. | 11 | C 04 3434 MJJ |

At the time of service I was at least 18 years of age and not a party to this action.
On September 2, 2004, I served the within :

SUMMONS; COMPLAINT; NOTICE OF PUBLICATION; ECF REGISTRATION INFORMATION HANDOUT; LOCAL RULES OF THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND CERTIFICATION; NOTICE OF NEED FOR ADR PHONE CONFERENCE AND CERTIFICATION; JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; STIPULATED PROTECTIVE ORDER; MODEL STIPULATION AND PROPOSED CONSOLIDATION ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ADR INFORMATION PACKAGE

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

GOLDEN STATE VINTNERS, INC.
607 Airpark Road
Napa, California 94558

Person serving:
Matt Flores
**Wheels of Justice, Inc.**
55 New Montgomery Street, Suite 828
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.: 406
(3) County: San Francisco
(4) Expires: 07/22/05

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 14, 2004

Signature:________________________
Matt Flores

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DENNIS J. HERMAN, ESQ. (220163)<br>LERACH COUGHLIN STOIA & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| Attorneys for: ISRAEL SHURKIN | Ref. No. Or File No.<br>W2424206 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>ISRAEL SHURKIN, etc. | | |
| Defendant:<br>GOLDEN STATE VINTNERS, INC., et al. | | |

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | 11/23/2004 | 2:00 p.m. | 11 | C 04 3434 MJJ |

I, Kelley Hansen, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; NOTICE OF PUBLICATION; ECF REGISTRATION INFORMATION HANDOUT; LOCAL RULES OF THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND CERTIFICATION; NOTICE OF NEED FOR ADR PHONE CONFERENCE AND CERTIFICATION; JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; STIPULATED PROTECTIVE ORDER; MODEL STIPULATION AND PROPOSED CONSOLIDATION ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ADR INFORMATION PACKAGE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : JEFFREY J. BROWN |
| By Serving | : ADRIENNE M. TERRAZAS, Executive Assistant |
| Address | : 1990 Macarthur Blvd., #570, Irvine, CA 92612-8408 |
| Date & Time | : Tuesday, August 31, 2004 @ 10:56 a.m. |
| Witness fees were | : Not applicable. |

Person serving:
Kelley Hansen
**Wheels of Justice, Inc.**
55 New Montgomery Street, Suite 828
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.: 3784
(3) County: Los Angeles
(4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 1, 2004

Signature: ____________________
Kelley Hansen

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DENNIS J. HERMAN, ESQ. (220163)<br>LERACH COUGHLIN STOIA & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| Attorneys for: ISRAEL SHURKIN | Ref. No. Or File No.<br>W2424206 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>ISRAEL SHURKIN, etc. | | |
| Defendant:<br>GOLDEN STATE VINTNERS, INC., et al. | | |

| **POS BY MAIL** | Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | 2:00 p.m. | 11 | C 04 3434 MJJ |

At the time of service I was at least 18 years of age and not a party to this action.
On September 1, 2004, I served the within:

SUMMONS; COMPLAINT; NOTICE OF PUBLICATION; ECF REGISTRATION INFORMATION HANDOUT; LOCAL RULES OF THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND CERTIFICATION; NOTICE OF NEED FOR ADR PHONE CONFERENCE AND CERTIFICATION; JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; STIPULATED PROTECTIVE ORDER; MODEL STIPULATION AND PROPOSED CONSOLIDATION ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ADR INFORMATION PACKAGE

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

JEFFREY J. BROWN
1990 Macarthur Blvd., #570
Irvine, CA 92612-8408

Person serving:
Matt Flores
**Wheels of Justice, Inc.**
55 New Montgomery Street, Suite 828
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.: 406
(3) County: San Francisco
(4) Expires: 07/22/05

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 1, 2004

Signature:______________________
Matt Flores

Printed on recycled paper

Judicial Council form, rule 982(a) (23)

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DENNIS J. HERMAN, ESQ. (220163)<br>LERACH COUGHLIN STOIA & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| Attorneys for: ISRAEL SHURKIN | Ref. No. Or File No.<br>W2424207 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>ISRAEL SHURKIN, etc. | | |
| Defendant:<br>GOLDEN STATE VINTNERS, INC., et al. | | |

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | 11/23/2004 | 2:00 p.m. | 11 | C 04 3434 MJJ |

I, Matthew B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; NOTICE OF PUBLICATION; ECF REGISTRATION INFORMATION HANDOUT; LOCAL RULES OF THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND CERTIFICATION; NOTICE OF NEED FOR ADR PHONE CONFERENCE AND CERTIFICATION; JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; STIPULATED PROTECTIVE ORDER; MODEL STIPULATION AND PROPOSED CONSOLIDATION ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ADR INFORMATION PACKAGE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : JEFFREY B. O'NEILL
By Serving : DARICE O'NEILL, Wife/co-occupant

Address : 106 Cypress Avenue, Kentfield, California 94904
Date & Time : Friday, August 27, 2004 @ 11:10 a.m.
Witness fees were : Not applicable.

Person serving:
Matthew B. Anderson
**Wheels of Justice, Inc.**
55 New Montgomery Street, Suite 828
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.: 97
(3) County: Marin
(4) Expires: 2/9/2005

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 31, 2004

Signature: [signature]
Matthew B. Anderson

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DENNIS J. HERMAN, ESQ. (220163)<br>LERACH COUGHLIN STOIA & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111<br>Attorneys for: ISRAEL SHURKIN | (415) 288-4545<br><br>Ref. No. Or File No.<br>W2424207 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>ISRAEL SHURKIN, etc. | | |
| Defendant:<br>GOLDEN STATE VINTNERS, INC., et al. | | |

| POS BY MAIL | Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | 2:00 p.m. | 11 | C 04 3434 MJJ |

At the time of service I was at least 18 years of age and not a party to this action.
On August 27, 2004, I served the within:

SUMMONS; COMPLAINT; NOTICE OF PUBLICATION; ECF REGISTRATION INFORMATION HANDOUT; LOCAL RULES OF THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND CERTIFICATION; NOTICE OF NEED FOR ADR PHONE CONFERENCE AND CERTIFICATION; JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; STIPULATED PROTECTIVE ORDER; MODEL STIPULATION AND PROPOSED CONSOLIDATION ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ADR INFORMATION PACKAGE

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

JEFFREY B. O'NEILL
106 Cypress Avenue
Kentfield, California 94904

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
55 New Montgomery Street, Suite 828
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.: 542
(3) County: San Francisco
(4) Expires: 11/30/2004

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 31, 2004

Signature:______________________
Scott Simons

Printed on recycled paper

Attorney Or Party Without Attorney (Name and Address)
DENNIS J. HERMAN, ESQ. (220163)
LERACH COUGHLIN STOIA & ROBBINS, LLP
100 Pine Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 288-4545
Attorneys for: ISRAEL SHURKIN

Ref. No. Or File No.: W2424208

FOR COURT USE ONLY

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ISRAEL SHURKIN, etc.

Defendant:
GOLDEN STATE VINTNERS, INC., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div | Case Number: |
|---|---|---|---|---|
| | 11/23/2004 | 2:00 p.m. | 11 | C 04 3434 MJJ |

I, Jeff King, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; NOTICE OF PUBLICATION; ECF REGISTRATION INFORMATION HANDOUT; LOCAL RULES OF THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND CERTIFICATION; NOTICE OF NEED FOR ADR PHONE CONFERENCE AND CERTIFICATION; JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; STIPULATED PROTECTIVE ORDER; MODEL STIPULATION AND PROPOSED CONSOLIDATION ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ADR INFORMATION PACKAGE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : JOHN G. KELLEHER
By Serving : JOHN G. KELLEHER

Address : 2030 Granite Bar Way, Rancho Cordova, California 95670
Date & Time : Saturday, August 28, 2004 @ 12:31 p.m.
Witness fees were : Not applicable.

Person serving:
Jeff King
**Wheels of Justice, Inc.**
55 New Montgomery Street, Suite 828
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.: 2002-50
(3) County: Sacramento
(4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 1, 2004

Signature: ____________________
Jeff King

Attorney Or Party Without Attorney (Name and Address)

DENNIS J. HERMAN, ESQ. (220163)
LERACH COUGHLIN STOIA & ROBBINS, LLP
100 Pine Street, Suite 2600
San Francisco, California 94111

Telephone: (415) 288-4545

Attorneys for: ISRAEL SHURKIN

Ref. No. Or File No. W2424209

FOR COURT USE ONLY

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

ISRAEL SHURKIN, etc.

Defendant:

GOLDEN STATE VINTNERS, INC., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number: |
| --- | --- | --- | --- | --- |
| | 11/23/2004 | 2:00 p.m. | 11 | C 04 3434 MJJ |

I, Lisa M. Santos, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; NOTICE OF PUBLICATION; ECF REGISTRATION INFORMATION HANDOUT; LOCAL RULES OF THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND CERTIFICATION; NOTICE OF NEED FOR ADR PHONE CONFERENCE AND CERTIFICATION; JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; STIPULATED PROTECTIVE ORDER; MODEL STIPULATION AND PROPOSED CONSOLIDATION ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ADR INFORMATION PACKAGE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | | |
| --- | --- | --- |
| Witness | : | O'NEILL ACQUISITION CO., LLC |
| By Serving | : | **BECKY DEGEORGE**, authorized to accept service of process at given business address. |
| Address | : | 2730 Gateway Oaks Drive, Suite 100 , Sacramento, California 95833 |
| Date & Time | : | Thursday, August 26, 2004 @ 1:15 p.m. |
| Witness fees were | : | Not applicable. |

Person serving:
Lisa M. Santos
**Wheels of Justice, Inc.**
55 New Montgomery Street, Suite 828
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.:
(3) County:
(4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 26, 2004

Signature:____________________
Lisa M. Santos

Printed on recycled paper