Apple Inc. v. Psystar Corporation Doc. 2019

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**VAUGHN R. WALKER**
Chief Judge for the Northern District of California

Date: **September 16, 2004**

**C04-1249 VRW Vedatech Inc et al v St Paul Fire & Marine Ins, QAD, Randall Wulff**
**Related Cases: C04-1403 and C04-1818 VRW St Paul Fire v Vedatech**

Attorneys: Mani Subramanian, Christina Gonzaga Enoch Wang, James Greenan - St Paul,
William Connell - QAD,
Douglas Young, R Thompson - Wulff

Deputy Clerk: CORA DELFIN Reporter: Diane Skillman

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Def's Motion to Dismiss 1st Amd Complaint | SUBMITTED |
| 2. Cross-Motion for Rule11 Sanctions | SUBMITTED |
| 3. St Paul's Motion to Remand in 04-1403 & 04-1818 | SUBMITTED |

Notes: Court granted leave to St Paul, QAD and Randall Wulff to file Motion for Rule 11 Sanctions against Vedatech,,when fully briefed, the matter will be submitted.

ORDER TO BE PREPARED BY: Plntf______ Deft______ Court_x_

Dockets.Justia.com