United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

Buchanan,

Plaintiff(s),

v.

County of Alameda,

Defendant(s).

04-01130 CW ENE

**Notice of Appointment of Evaluator**

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Kerry M. Gough**
Gough & Cohen
160 Franklin Street Ste 200
Oakland, CA 94607
510-832-5800
kerrygough@mindspring.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.



Dockets.Justia.com

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: September 17, 2004

RICHARD W. WIEKING
Clerk
by: Claudia M. Forehand

/s/
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**PROOF OF SERVICE**

Case Name: Buchanan v. County of Alameda

Case Number: 04-01130 CW ENE

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

ADR Program
United States District Court
Norther District of California
450 Golden Gate Avenue Floor 16
San Francisco, CA 94102

On September 17, 2004, I served a true and correct copy of:

**Notice of Appointment of Evaluator**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

**Walter L. Davis**
Attorney at Law
22320 Foothill Blvd., Suite 600
Hayward, CA 94541-3102
wldlaw@aol.com

**Robert D. Reiter**
Patton Wolan Boxer
80 Grand Ave., Suite 600
Oakland, CA 94612
efiling@pwblaw.com

**Andre Mark Chernay**
Porter, Scott, Weiberg & Delehant
350 University Ave., Suite 200
Sacramento, CA 95825
Achernay@pswdlaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[X] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

**Kerry M. Gough**
Gough & Cohen
160 Franklin Street Ste 200
Oakland, CA 94607

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 17, 2004 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by: Claudia M. Forehand

/s/
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov