Apple Inc. v. Psystar Corporation Doc. 2042

# UNITED STATES DISTRICT COURT
**Judge Jeremy Fogel, Presiding**
Courtroom No. 3 - 5th Floor

## Civil Minute Order

Court Proceedings: **Law and Motion Hearing, Fri, Sep 17, 2004 @ 1:30 PM**
Case Number: **CV-01-20821-JF/RS and Related Case Number CV-02-1723-JF/RS**

Courtroom Deputy Clerk Diana Munz (408) 535-5166
Courtroom Reporter Peter Torreano (408) 999-0623



**TITLE: AMERICAN MOTORISTS INSURANCE CO., INC. V. IDEC CORPORATION**

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| American Motorists Ins. Co., Inc. | IDEC Corp. |
| **Attorneys Present:** Clifford Hirsch | **Attorneys Present:** Douglas Maynard |

**PROCEEDINGS:**

Hearing on Motion for Summary Judgment held. Parties present.

Motion for Summary Judgment is taken under submission.

Case Management conference held. No further case management conference is set.



Dockets.Justia.com