THOMAS E. FRANKOVICH (State Bar No. 074414)
SARAH E. KRAEMER (State Bar No. 227286)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs
PATRICK CONNALLY
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
HELP OTHERS

Apple Inc. v. Psystar Corporation | Doc. 2055

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PEKING PALACE; MOHAMMED AHMADI; ALI A MAHMOODI; and JASON SUM, an individual dba PEKING PALACE,<br><br>Defendants. | **CASE NO. C04-2921 MMC**<br><br>**RETURN OF SERVICE RE DEFENDANT MOHAMMED AHMADI** |



Dockets.Justia.com

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THE FRANKOVICH GROUP<br>2806 VAN NESS AVENUE<br>SAN FRANCISCO, CA 94109 | (415) 674-8600 | |
| ATTORNEY FOR (NAME) PLAINTIFF | REFERENCE NUMBER<br>0G939118-01 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT | | |
| SHORT NAME OF CASE<br>PATRICK CONNALLY, AN vs. PEKING PALACE | | |

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C04-2921 MMC |
|---|---|---|---|---|

**I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;**

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS SERVED

**Name:** MOHAMMED AHMADI

**Person Served:** SAIID KAHANGI
**Title:** PERSON APPARENTLY IN CHARGE

**Date of Delivery:** 09/07/04
**Time of Delivery:** 04:39 pm

**Place of Service:** 587 YGNACIO VALLEY ROAD
WALNUT CREEK, CA 94596 (Business)

**Physical Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **AGE:** | *38* | **HAIR:** | *BLK* | **HEIGHT:** | *5'9"* | **RACE:** | *M.E.* |
| **SEX:** | *M* | **EYES:** | | **WEIGHT:** | *190* | | |

**Manner of Service:** **Personal Service - By Personally Delivering Copies.**

**Fee for service:** $ 96.63

[X] Registered: CONTRA COSTA County,
Number: 588

**Attorney's Diversified Services**
**3640 Grand Ave. Suite 206**
**OAKLAND, CA 94610**
**(510) 835-9176**
302/0G939118-01

*Client File # NONE*

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: September 9, 2004,
at: Oakland, CA 94610, California.

Signature:
Name: ROBERT RONALD, SURE SERVE INC.
Title: REGISTERED INDEPENDANT CONTRACTOR

Mohammed Ahmadi

*LIST OF DOCUMENTS SERVED*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***Connally v. Peking Palace***
**USDC N.D. Ca Case No. C04-2921 MMC**

XXX Letter from Thomas E. Frankovich

XXX United States District Court Summons in a Civil Case

XXX Complaint for Injunctive Relief and Damages; Demand for Jury

XXX Civil Cover Sheet

XXX Order Setting Initial Case Management Conference

XXX Standing Orders for Civil Cases Assigned to the Honorable Judge Maxine M. Chesney

XXX Notice of Availability of Magistrate Judge to Exercise Jurisdiction

XXX Appendix A: Joint Case Management Statement and Proposed Order

XXX ADR Forms:

- Instructions for Completion of ADR Forms
- Notice of Need for ADR Phone Conference/ADR Certification
- Signature and Certification by Parties and Lead Trial Counsel
- Stipulation and [Proposed] Order Selecting ADR Process/ADR Certification
- Signature and Certification by Parties and Lead Trial Counsel

XXX Notice of Lawsuit and Request for Waiver of Service of Summons

XXX Waiver of Service of Summons

XXX ECF Registration Information Handout

XXX Dispute Resolution Procedures in the Northern District of California

**CERTIFICATE OR PROOF OF SERVICE**

State of California )
) ss
County of San Francisco )

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States and a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**RETURN OF SERVICE RE DEFENDANT MOHAMMED AHMADI**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
- ☒ in first class U.S. Mail
- ☐ in ___ priority or ____ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

**Mohammed Ahmadi**
**1991 N. Broadway**
**Walnut Creek, CA 94596**

**Ali A. Mahmoodi**
**1991 N. Broadway**
**Walnut Creek, CA 94596**

**Jason Sum**
**411 Third Street**
**San Rafael, CA 94901**

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on September 17, 2004, at San Francisco, California.

Christine J. Cunanan
Christine J. Cunanan
(Original signed)