JOHN M. SKONBERG, Bar No. 069409
KRISTIN E. HUTCHINS, Bar No. 184429
TARA G. BEDEAU, Bar No. 230658
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
APPLERA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS TURNER,<br><br>Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION, APPLIED BIOSYSTEMS DIVISION, and DOES 1-20,<br><br>Defendants. | Case No. C 03 4134 MMC<br><br>**DECLARATION OF LAURENT R. BELLON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 22, 2004<br>Time: 9:00 a.m.<br>Dept: Courtroom 7<br>Judge: The Hon. Maxine M. Chesney<br>Complaint Filed: July 25, 2003<br>Trial Date: December 6, 2004 |

I, LAURENT R. BELLON, hereby declare and state:

1. I have personal knowledge of the following and, if called as a witness, could competently testify thereto.

2. I am the Director of Scientific Operations for the Oligo Group of Applied Biosystems. I held that position in December 2002 and January 2003 as well.

3. In January 2003 Applied Biosystems underwent a series of organization-wide cost reductions, which included a nine-percent reduction in force ("RIF") in each group and within each department.

4. I first learned of the mandatory cuts in December 2002. Paul Brown, Deborah Lutkenhouse, Ozzie Rodriguez and I jointly made the decisions regarding who would be laid off

from the Oligo Group, including the Platform Services Department, in January 2003. I took the lead in identifying the individuals under my chain of command (people within the Oligo Development Department) who were most easily expendable, and I reviewed in the final decisions for layoffs in other parts of the Oligo Group.

5. Douglas Turner was not under my chain of command, but I knew him through minor interaction. He was an instrument service technician who specialized in the Model 3948 DNA synthesizer.

6. At the time of the RIF, we were "obsoleting" the 3948. We had done our risk assessment regarding the conversion to new machines in September 2002, and we were in the process of phasing out the 3948. The phase out coincided almost perfectly with the RIF, and was complete in May 2003.

7. Because we were phasing out the machine on which Mr. Turner specialized, we selected him to be laid off from the Platform Services Department.

8. At no time did Mr. Turner's age (or the age of any other individual) ever arise in our discussions about the RIF, nor was it ever considered.

9. Until Mr. Turner his filed his lawsuit against the Company, I did not know that Mr. Turner had any moles or that he had undergone any mole-removal procedures.

I declare under penalty of perjury under the laws of the State of California that the foregoing declaration is true and correct. Executed at San Mateo, California on September 16th, 2004.

Laurent R. Bellon

LAURENT R. BELLON

San_Francisco:31197104.1 008292.1044