Apple Inc. v. Psystar Corporation Doc. 2081

JOHN A. STURGEON (SBN: 33670)
BRYAN A. MERRYMAN (SBN: 134357)
ROBERT P. PONGETTI (SBN: 189823)
MARIA R. HARRINGTON (SBN: 201901)
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: 213-620-7700
Facsimile: 213-687-0758

ROBERT B. PRINGLE (SBN: 51365)
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendants Mirant Corporation; Mirant Americas, Inc.; Mirant California Investments, Inc.; Mirant California, LLC; Mirant Americas Development, Inc.; Mirant Americas Energy Marketing, LP; Mirant Delta, LLC; Mirant Potrero, LLC

ORIGINAL FILED
04 SEP 17 AM 11:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL. BILL LOCKYER, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>MIRANT CORPORATION; MIRANT AMERICAS, INC.; MIRANT CALIFORNIA INVESTMENTS, INC.; MIRANT CALIFORNIA, L.L.C.; MIRANT AMERICAS DEVELOPMENT, INC.; MIRANT AMERICAS ENERGY MARKETING, L.P.; MIRANT DELTA, L.L.C.; MIRANT POTRERO, L.L.C. AND DOES 1-100,<br><br>Defendants. | No. PJH<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16 |



Dockets.Justia.com

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Mirant Corporation - parent company of defendant Mirant Americas, Inc.;

2. Defendant Mirant Americas, Inc. - parent company of Mirant Americas Generation, LLC and defendant Mirant Americas Development, Inc.;

3. Mirant Americas Generation, LLC - parent company of defendant Mirant California Investments, Inc. and Mirant Americas Energy Marketing Investments, Inc.;

4. Mirant Americas Energy Marketing Investments, Inc. - possesses a 99% ownership interest as a limited partner in defendant Mirant Americas Energy Marketing, LP;

5. Mirant Americas Development, Inc. - possesses a 1% ownership interest of defendant Mirant Americas Energy Marketing, LP, and is its general partner;

6. Defendant Mirant California Investments, Inc. - parent company of defendant Mirant California, LLC; and

7. Defendant Mirant California, LLC. - parent company of defendant Mirant Delta, LLC, and defendant Mirant Potrero, LLC.

September 16, 2004

WHITE & CASE LLP

By [signature]
BRYAN A. MERRYMAN
Attorneys for Defendants Mirant Corporation; Mirant Americas, Inc.; Mirant California Investments, Inc.; Mirant California, LLC; Mirant Americas Development, Inc.; Mirant Americas Energy Marketing, LP; Mirant Delta, LLC; Mirant Potrero, LLC

PROOF OF SERVICE
1013A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, Los Angeles, CA 90071-2007.

On September 17, 2004, I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Annadel A. Almendras, Esq.**
**Office of the Attorney General**
**455 Golden Gate Avenue, Suite 11000**
**San Francisco, CA 94102-7004**

**Telephone: (415) 703-5565**
**Facsimile: (415) 703-5480**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I delivered such envelope by hand to the offices of the addressee.

☐ BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐ BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

Executed September 17, 2004 at Los Angeles, California.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Charlene Ephraim
Type or Print Name

Signature