MURIEL B. KAPLAN (SBN: 124607)
MICHELE R. STAFFORD (SBN: 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94l05
Telephone: (415) 882-7900
Facsimile: (415) 882-9287

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as Trustee;<br><br>SHOP IRONWORKERS LOCAL 790 WELFARE TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 WELFARE TRUST; and STEVE FOX as Trustee;<br><br>SHOPMEN IRONWORKERS APPRENTICESHIP TRAINING TRUST; JOINT BOARD OF TRUSTEES of the SHOPMEN IRONWORKERS APPRENTICESHIP TRAINING TRUST; and MICHAEL NEWINGTON as Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>COFAB STEEL CORPORATION,<br><br>Defendant | Case No.: C 04-0600 BZ<br><br>**APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiffs hereby request the Court issue a temporary restraining order to enjoin the Defendant from selling, transferring, encumbering, or otherwise depleting any assets of Cofab Steel Corporation, including, but not limited to materials, equipment, furniture, vehicles or accounts receivable.

///

///

The basis for this application is that this Court possesses inherent equitable jurisdiction to freeze assets, as further described in the accompanying Memorandum of Points and Authorities. In addition, in the absence of such an order, Plaintiffs will not only suffer irreparable injury, but the public policy in favor of pension plans will be significantly impaired. The accompanying documents also establish that Plaintiffs already have a judgment against Cofab Steel Corporation and thus have already prevailed on the merits in this action, as defendant has conceded that the amounts claimed are due.

This application is supported by the Declarations of Muriel B.Kaplan and Mark Pangelina, and the accompanying Memorandum of Points and authorities.

As set forth in the Declaration of Mark Pangelina, defendant has already begun the process of depleting its assets, and must be enjoined immediately to prevent further harm to plaintiffs.

In addition to the request for issuance of a Temporary Restraining Order, plaintiffs request that an Order to Show Cause be set, on shortened time, relative to issuance of a Preliminary Injunction.

Dated: September 20, 2004

SALTZMAN & JOHNSON
LAW CORPORATION

By: /s/
Muriel B. Kaplan
Attorneys for Plaintiffs

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105

On September 20, 2004, I served the foregoing documents on the parties to this action, addressed as follows, in the manner described below:

**APPLICATION FOR TEMPORARY RESTRAINING ORDER**

XXX **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

____ **FACSIMILE** be causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

____ **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

____ **PERSONAL DELIVERY** by placing said document is a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

Charles Albert Bock
Cofab SteelCorporation
1667 Marine World Parkway
Vallejo, CA 94589-1993

Marie Martin-Kerr
VIRTUAL LEGAL, P.C.
777 E. Williams Street, Suite 211
Carson City, NV 89701

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 20th day of September, 2004 at San Francisco, California.

_______________/s/___________________
BRANDIE L. MULLER