United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCEDES NAVARRO,

Plaintiff,

v.

GENERAL NUTRITION CORPORATION, a Pennsylvania corporation, and DOES 1-50, inclusive,

Defendants.

______________________________________________

No. C 03-603 SBA

**ORDER**

IT IS HEREBY ORDERED that Defendants' motion for attorneys' fees [Docket No. 296] and Plaintiff's motion for attorneys' fees [Docket No. 293] are referred to a Magistrate Judge for a report and recommendation.

IT IS FURTHER ORDERED THAT the October 5, 2004 hearing on the parties' respective motions is VACATED.

IT IS SO ORDERED.

Dated: 9/21/04

/s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge

Dockets.Justia.com