IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SCOGNAMILLO, et al.,<br>Plaintiffs,<br>v.<br>CREDIT SUISSE FIRST BOSTON LLC, et al.,<br>Defendants. | NO. C03-2061 TEH<br><br>SCHEDULING ORDER AND ORDER STAYING DISCOVERY |

United States District Court
For the Northern District of California

The Court is in receipt of Defendants' September 9, 2004 letter proposing a revised briefing schedule for Defendants' four motions to dismiss and one motion to strike. The Court has decided to proceed as follows:

1. The four currently pending motions to dismiss and one motion to strike are VACATED.

2. Because Defendants have expressed that their briefs will adopt arguments of other Defendants "as appropriate," it is clear that there will be some overlap between the various Defendants' arguments. As a result, the Court believes it would save judicial resources to consider the motions serially. The Court will hear two motions first, followed by the third and fourth motions, followed by the final motion. Defendants shall meet and confer and agree upon the order in which the motions shall be filed and heard.

3. The first two motions shall be filed on or before **Monday, September 27, 2004.** The oppositions shall be filed on or before **Tuesday, October 12, 2004,** and the replies shall be filed on or before **Tuesday, October 19, 2004.** The matter will be heard on **Monday, November 15, 2004, at 10:00 AM.** The Court will set filing and briefing deadlines for the next round of motions when it rules on the initial two motions.

Dockets.Justia.com

United States District Court
For the Northern District of California

4. All motions, oppositions, and replies shall comply with the Local Rules, including the rules governing page limits.

5. If any Defendant does not need to revise a previously filed motion because of page limits or for any other reason, then that Defendant need not re-file the motion. Instead, a revised notice of motion will be sufficient to place the previously filed motion before the Court. For the third, fourth, and fifth motions to be considered, the Court fully expects Defendants to narrow their motions based on the guidance received from the Court's rulings on the first and second motions.

6. The initial case management conference is continued from Monday, October 18, 2004, at 1:30 PM, to **Monday, November 15, 2004, at 10:00 AM.** The parties shall file a joint case management statement on or before **Monday, November 8, 2004.**

7. The Court agrees that allowing discovery to go forward at this stage would be premature. Accordingly, unless otherwise ordered by the Court, all discovery is STAYED pending resolution of the motions to dismiss and motion to strike.

**IT IS SO ORDERED.**

DATED 09/21/04

/s/
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT