SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MICHELLE D. KAHN, Cal. Bar No. 124528
MICHELLE J. HIRTH, Cal. Bar No. 200024
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Plaintiff
BARE ESCENTUALS, INC.

ROBERT L. SHERMAN *(admitted pro hac vice)*
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000
Facsimile: (212) 318-6847

KEVIN C. McCANN (State Bar. No. 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
L'OREAL USA, INC. and LANCÔME
PARFUMS ET BEAUTE & CIE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARE ESCENTUALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>L'ORÉAL USA, INC., LANCÔME, a Division of L'ORÉAL USA, INC. and LANCÔME PARFUMS ET BEAUTÉ & CIE,<br><br>Defendants. | CASE NO. C04-0173 RMW<br><br>**STIPULATION TO CONTINUE THE HEARING OF DEFENDANT LANCÔME PARFUMS ET BEAUTE & CIE'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND TO CONTINUE CORRESPONDING DEADLINES; [PROPOSED] ORDER** |

**STIPULATION TO CONTINUE THE HEARING OF DEFENDANT LANCÔME PARFUMS ET BEAUTE & CIE'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND TO CONTINUE CORRESPONDING DEADLINES**

This Stipulation to Continue the Hearing of Defendant Lancôme Parfums et Beaute & Cie's Motion to Dismiss for Lack of Personal Jurisdiction and to Continue Corresponding Deadlines is entered into by plaintiff Bare Escentuals ("Bare Escentuals"), Inc., defendant L'Oreal USA, Inc. ("L'Oreal") and defendant Lancôme Parfums et Beaute & Cie ("Lancôme") based on the following facts:

A. On June 29, 2004, Lancôme filed a motion to dismiss this action as to Lancôme for lack of personal jurisdiction. At the time the motion was filed, the motion was scheduled to be heard by this Court at 9:30 a.m. on August 13, 2004;

B. As Bare Escentuals and Lancôme were attempting to informally resolve Lancôme's motion to dismiss for lack of personal jurisdiction and Bare Escentuals, L'Oreal and Lancôme were engaged in mediation before the Ninth Circuit Court of Appeals Mediation Program, Bare Escentuals and Lancôme twice stipulated to a continuance of the hearing of Lancôme's motion to dismiss. On July 22, 2004, this Court entered an Order continuing the hearing of Lancôme's motion to dismiss to September 10, 2004 at 9:00 a.m. and continuing all corresponding deadlines. On August 18, 2004, this Court entered an Order continuing the hearing of Lancôme's motion to dismiss to October 29, 2004 at 9:00 a.m. and continuing all corresponding deadlines.

C. Bare Escentuals, L'Oreal and Lancôme continue to be engaged in mediation before Ninth Circuit Court of Appeals Mediator Peter Sherwood. The mediation before the Ninth Circuit Court of Appeals Mediation Program encompasses and is intended to resolve all claims raised in this action and is not limited to the appeal of the order denying Bare Escentuals' motion for preliminary injunction. At this time, the parties believe that the mediation before the Ninth Circuit Court of Appeals Mediation Program is likely to lead to a resolution of this action in its entirety.

IT IS HEREBY STIPULATED, by and between Bare Escentuals, L'Oreal and Lancôme, through their counsel of record, that:

1. The hearing of Lancôme Parfums et Beaute & Cie's Motion to Dismiss for Lack of Personal Jurisdiction, currently set for October 29, 2004, should be continued to December 3, 2004 at 9:00 a.m. in Courtroom 6 of this Court, the Honorable Ronald M. Whyte presiding;

2. The deadline for filing and service of Bare Escentuals' opposition, if any, to Lancôme Parfums et Beaute & Cie's Motion to Dismiss for Lack of Personal Jurisdiction should be continued from October 8, 2004 to November 12, 2004;

3. The deadline for filing and service of Lancôme's reply, if any, in support of its motion to dismiss for lack of personal jurisdiction is continued from October 15, 2004 to November 19, 2004; and

4. Lancôme enters into this Stipulation to Continue the Hearing of Defendant Lancôme Parfums et Beaute & Cie's Motion to Dismiss for Lack of Personal Jurisdiction and to Continue Corresponding Deadlines without prejudice to its position that this Court does not have personal jurisdiction over Lancôme. This Stipulation to Continue the Hearing of Defendant Lancôme Parfums et Beaute & Cie's Motion to Dismiss for Lack of Personal Jurisdiction and to Continue Corresponding Deadlines should not be construed as an appearance in this action for purposes of personal jurisdiction.

DATED: September 13, 2004

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By ______________________
Michelle J. Hirth
Attorneys for Plaintiff
BARE ESCENTUALS, INC.

Dated: September __, 2004

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By ______________________
Robert L. Sherman
Attorneys for Defendants
L'OREAL USA, INC. and
LANCOME PARFUMS ET BEAUTE & CIE

1. The hearing of Lancôme Parfums et Beaute & Cie's Motion to Dismiss for Lack of Personal Jurisdiction, currently set for October 29, 2004, should be continued to December 3, 2004 at 9:00 a.m. in Courtroom 6 of this Court, the Honorable Ronald M. Whyte presiding;

2. The deadline for filing and service of Bare Escentuals' opposition, if any, to Lancôme Parfums et Beaute & Cie's Motion to Dismiss for Lack of Personal Jurisdiction should be continued from October 8, 2004 to November 12, 2004;

3. The deadline for filing and service of Lancôme's reply, if any, in support of its motion to dismiss for lack of personal jurisdiction is continued from October 15, 2004 to November 19, 2004; and

4. Lancôme enters into this Stipulation to Continue the Hearing of Defendant Lancôme Parfums et Beaute & Cie's Motion to Dismiss for Lack of Personal Jurisdiction and to Continue Corresponding Deadlines without prejudice to its position that this Court does not have personal jurisdiction over Lancôme. This Stipulation to Continue the Hearing of Defendant Lancôme Parfums et Beaute & Cie's Motion to Dismiss for Lack of Personal Jurisdiction and to Continue Corresponding Deadlines should not be construed as an appearance in this action for purposes of personal jurisdiction.

DATED: September __, 2004

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By ______________________________
Michelle J. Hirth
Attorneys for Plaintiff
BARE ESCENTUALS, INC.

Dated: September 22, 2004

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By Robert L. Sherman
Robert L. Sherman
Attorneys for Defendants
L'OREAL USA, INC. and
LANCOME PARFUMS ET BEAUTE & CIE