JAMES B. CHANIN (SB# 76043)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
(510) 848-4752

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.S., a minor, by and through His as guardian ad litem, LAVINIA HORN,<br><br>Plaintiff,<br><br>vs.<br><br>SAN LEANDRO UNIFIED SCHOOL DISTRICT, et al.<br><br>Defendants. | CASE NO. C04-1064 TEH<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT:

The parties have reached a tentative settlement which is subject to the Court's approval of the compromise of the minor's claims. The Court has not yet ruled on the Plaintiff's application for approval of the Minor's compromise. Therefore, the parties respectfully request that the Court continue the further Case Management Conference that is currently scheduled for October 4, 2004, at 1:30 p.m. to November 8, 2004, at 1:30 p.m. to afford the parties additional time to obtain the Court's



Dockets.Justia.com

ruling on the application for approval of the minor's compromise and to finalize the settlement in the event that the application is approved.

IT IS SO STIPULATED AND AGREED:

September 27, 2004

______/S/___________________
JAMES B. CHANIN
Attorney for Plaintiff

September 27, 2004

______/S/___________________
LOUIS A. LEONE
Attorney for Defendant
San Leandro Unified
School District

IT IS SO ORDERED:

Dated: _________, 2004

___________________________
THELTON E. HENDERSON
Judge of the United States
District Court