PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VORRIS BLANKENSHIP, Plaintiff, v. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AS ADMINISTRATOR AND FIDUCIARY OF THE KPMG EMPLOYEE LONG-TERM DISABILITY PLAN AND THE KPMG EMPLOYEE LONG-TERM DISABILITY PLAN, Defendant. | CASE NO. C 03-1132 SC<br>**PROOF OF SERVICE** |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Apple Inc. v. Psystar Corporation
Doc. 2163 Att. 2



Dockets.Justia.com

CASE NAME: **Blankenship v. Liberty Life**

ACTION NO.: **C03-1132 SC**

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 1001 Marshall Street, Redwood City, CA 94063. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S NOTICE OF AND MOTION TO AMEND, ALTER OR VACATE THE JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES;**

**DECLARATION OF JEANNE M. SASEK IN SUPPORT OF LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S MOTION TO AMEND OR ALTER THE JUDGMENT;**

**DECLARATION OF KATHRYN C. CURRY IN SUPPORT OF LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S MOTION TO AMEND, ALTER OR VACATE THE JUDGMENT;**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO AMEND, ALTER OR VACATE THE JUDGMENT**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

| | |
|---|---|
| Scott Kalkin, Esq.<br>ROBOOSTOFF & KALKIN<br>369 Pine Street, Suite 610<br>San Francisco, CA 94104 | Attorney for Plaintiff<br>Vorris Blankenship<br><br>Phone: 415-732-0282<br>Fax: 415-732-0287 |

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.



Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Executed on September 29, 2004, at Redwood City, California.

Rose Love

Rose Love



Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City