GIBSON, DUNN & CRUTCHER LLP
H. MARK LYON, SBN 162061
SHELLEY K. MACK, SBN 209596
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
DEAN G. BOSTOCK
DAVID F. CROSBY
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorneys for Defendants
NORTEL NETWORKS INC. and
NORTEL NETWORKS LTD.

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDRY NETWORKS, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTEL NETWORKS INC., a Delaware corporation, and NORTEL NETWORKS LIMITED, a Canadian corporation,<br><br>Defendants. | CASE NO. C02 04909 CRB<br><br>**(~~PROPOSED~~)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**<br><br>***PRO HAC VICE*** |

Timur E. Slonim, an active member in good standing of the bar of New York, whose business address and telephone number is MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C., Chrysler Center, 666 Third Avenue, New York, New York 10017, Telephone (212) 935-3000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Nortel Networks Inc. and Nortel Networks Ltd.



Dockets.Justia.com

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: SEP 27 2004

United States District/~~Magistrate~~ Judge



Gibson, Dunn & Crutcher LLP
1881 Page Mill Rd.
Palo Alto, CA 94304
(650) 849-5300