Apple Inc. v. Psystar Corporation Doc. 2189

NINI T. LEE, SBN 199109
GIANELLI & FORES
A Professional Law Corporation
1014 - 16th Street
Modesto, CA 95354
Tel.: (209) 521-6260
Fax: (209) 521-5971

Attorneys for Plaintiff/ Counter-Defendant, FREDERIC BELLETON, individually and d.b.a. EURODES INTERNATIONAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FREDERIC BELLETON, individually and d.b.a. EURODES INTERNATIONAL,

Plaintiff,

vs.

JAS FORWARDING (USA), INC.; and DOES 1 through 25, inclusive,

Defendants.

Case No. C 04 1613 WHA

ANSWER TO COUNTERCLAIM

Plaintiff and Counter-Defendant, Frederic Belleton, individually and d.b.a. Eurodes International ("Eurodes"), hereby answers the Counterclaim on file herein as follows:

1. Eurodes admits the allegation contained in Paragraph 1.

2. Eurodes admits the allegation contained in Paragraph 2.

3. Eurodes admits that during the course and scope of said relationship JAS issued Eurodes invoices for services provided; however, Eurodes lacks sufficient information or belief to admit or deny the remaining allegations contained in Paragraph 3 and denies the remaining allegations contained in Paragraph 3.

4. Eurodes admits the allegation contained in Paragraph 4.



Dockets.Justia.com

5. Eurodes denies the allegations contained in Paragraph 5.

6. Eurodes admits that JAS sent a letter to Eurodes dated March 1, 2004 and responds that said document speaks for itself and denies the remaining allegations in Paragraph 6.

7. Eurodes denies the allegations contained in Paragraph 7.

**COUNT 1 – Breach of Contract**

8. Eurodes repeats and incorporates its answers set forth in Paragraph 1 through 7.

9. Eurodes denies the allegations contained in Paragraph 9.

10. Eurodes denies the allegations contained in Paragraph 10.

11. Eurodes denies the allegations contained in Paragraph 11.

**COUNT II – Foreclosure of Lien**

12. Eurodes repeats and incorporates its answers set forth in Paragraph 1 through 7.

13. Eurodes admits the allegations contained in Paragraph 13.

14. Eurodes denies the allegations contained in Paragraph 14.

15. Eurodes denies the allegations contained in Paragraph 15.

WHEREFORE, COUNTER-DEFENDANT PRAYS AS FOLLOWS:

1. For judgment for Counter-Defendants as to all cause of action;
2. For attorney’s fees to Counter-Defendants;
3. For costs incurred; and
4. For such other relief as the court may deem proper.

**AFFIRMATIVE DEFENSES**

Further, Eurodes sets forth, upon information and belief, the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

(Failure to Set a Cause of Action)

Eurodes alleges that the Counterclaim fails to state facts sufficient to constitute a cause of action against Eurodes.

///

**SECOND AFFIRMATIVE DEFENSE**

(Statute of Limitations)

Eurodes alleges that Counter-Claimant's claims are barred, in whole or in part, by the applicable statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

(Laches)

Eurodes alleges that the Counter-Claimant's claims are barred, in whole or in part, by the doctrine of laches.

**FOURTH AFFIRMATIVE DEFENSE**

(Acts of Others)

Eurodes alleges that the Counter-Claimant's damages, if any there be, are the result of the acts, conduct or negligence of others, including, but not limited to Counter-Claimant, and not the results of acts by Eurodes.

**FIFTH AFFIRMATIVE DEFENSE**

(Estoppel)

Eurodes alleges that Counter-Claimant is estopped from asserting any claim against Eurodes arising out of the subject matter of the Counterclaim because of Counter-Claimant is prevented by its own acts to the detriment of Eurodes who was entitled to rely on such conduct and has acted accordingly.

**SIXTH AFFIRMATIVE DEFENSE**

(Unclean Hands)

Eurodes alleges that Counter-Claimant acted with unclean hands by reason of its acts and/ or failure to act, which conduct has prejudiced and damaged Eurodes and bars any recovery herein.

**SEVENTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate)

Eurodes alleges that Counter-Claimant has failed to properly mitigate its damages, if any there be, as required by law, and are thereby precluded from recovery.

**EIGHTH AFFIRMATIVE DEFENSE**

(Offset)

Eurodes alleges that Counter-Claimant is indebted to Eurodes by virtue of obligations owed to Eurodes by Counter-Claimant. Eurodes prays for such sums, according to proof, to be set off against any amount awarded to Counter-Claimant in this action.

**NINTH AFFIRMATIVE DEFENSE**

(Counter-Claimant's Breach)

Eurodes alleges that Counter-Claimant has materially breach its duty to perform under the contract, thereby excusing any performance which Eurodes may have owed.

**TENTH AFFIRMATIVE DEFENSE**

(No Damage)

Eurodes alleges that Counter-Claimant has not suffered any damages as a result of any actions by Eurodes. Accordingly, Counter-Claimant is barred from asserting any cause of action against Eurodes.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Insufficient Information)

Eurodes has insufficient information at this time upon which to allege, on information or belief, as to whether Eurodes may have additional affirmative defenses. Therefore, Eurodes reserves the right to assert affirmative defenses at any time during the course of this litigation, up to and including the time of trial.

DATED: September 30, 2004. GIANELLI & FORES

By: ______/N/____________________________

NINI T. LEE, SBN 199109
Attorney for Plaintiff/ Counter-Defendant,
FREDERIC BELLETON, individually and
d.b.a. EURODES INTERNATIONAL