Apple Inc. v. Psystar Corporation Doc. 2195

**Kevin R. Martin, SBN 176853**
**Ryan C. Donlon, SBN 229292**
**McNICHOLS RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California 94588
Telephone (925) 460-3700
Facsimile (925) 460-0969

Attorneys for Plaintiff,
KB HOME NORTH BAY, INC.,
a California Corporation

**Alexander F. Stuart, SBN 96141**
**Hee Young Lee, SBN 207295**
**WILLOUGHBY, STUART & BENING, INC.**
50 W. San Fernando St., Suite 400
San Jose, California 95113
Telephone (408) 289-1972
Facsimile (408) 295-6375

Attorneys for Defendant
NATIONWIDE MUTUAL
INSURANCE COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO FACILITY**

| | |
|---|---|
| KB HOME NORTH BAY, INC., a California Corporation, as successor in interest to KAUFMAN AND BROAD OF NORTHERN CALIFORNIA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation,<br><br>Defendants. | Case No.: C 04-00009 CRB ARB<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

The parties to the above-entitled action jointly submit this Case Management Conference

Statement.

## DESCRIPTION OF THE CASE

This case involves a dispute between KB Home North Bay, Inc. and Nationwide Mutual Insurance Company regarding insurance coverage for underlying construction defect claims.

## STATUS

The parties to this action participated in a one-day mediation session on September 15, 2004 and successfully resolved this dispute. The settlement documents have been circulated and are in process. The parties expect to have final signatures obtained and a dismissal filed within 30 days. The parties respectfully request this matter be set over for a dismissal review hearing in 45 days from the date of this hearing.

## ATTESTATION OF KEVIN R. MARTIN

I, Kevin R. Martin, as the filer of this Joint Case Management Conference Statement and attorney for Plaintiff KB HOME, attest that concurrence in the filing of this document has been obtained from each of the signatories below.

Date: September 30, 2004

McNICHOLS RANDICK O'DEA & TOOLIATOS, LLP

By: Kevin R. Martin

Kevin R. Martin
Attorney for KB Home North Bay, Inc.

Date: September 30, 2004

WILLOUGHBY, STUART & BENING

By: [signature]

Hee Young Lee
Attorney for Nationwide Mutual Insurance Company.

# CERTIFICATE OF SERVICE

I, Dawn M. Brum, declare:

I am employed in Alameda County, State of California, am over the age of eighteen years, and not a party to the within action. My business address is 5000 Hopyard Road, Suite 400, Pleasanton, California 94588. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and/or other overnight delivery. Under overnight delivery practice, all mailings are deposited in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business. On the date set forth below, I served the within:

## JOINT CASE MANAGEMENT CONFERENCE STATEMENT

on the parties in this action by placing a true copy thereof in a sealed envelope, and each envelope addressed as follows:

| | |
|---|---|
| Alexander F. Stuart, Esq.<br>Hee Young Lee, Esq.<br>Willoughby, Stuart and Bening<br>50 W. San Fernando St., Suite 400<br>San Jose, CA 95113<br><br>(408) 289-1972 (Main)<br>(408) 295-6375 (Fax) | **Attorneys for Defendant NATIONWIDE MUTUAL INSURANCE COMPANY** |

[ ] (By U.S. Mail) I caused each such envelope to be served by depositing same, with postage thereon fully prepaid, to be placed in the United States Postal Service in the ordinary course of business at Pleasanton, California.

[ X ] (By Facsimile) The above-referenced document(s) was transmitted by facsimile transmission to the number(s) shown and the transmission was reported as complete and without error.

[ ] (By Overnight Delivery) I caused each such envelope to be served by depositing same in an authorized area for pick-up by an authorized express service courier (UPS Overnight) the same day it is collected and processed in the ordinary course of business .

[ ] (By Personal Service) I caused each such envelope to be delivered by hand to the persons named above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 1, 2004, at Pleasanton, California.

Dawn M. Brum