Apple Inc. v. Psystar Corporation Doc. 2199

THOMAS E. FRANKOVICH (State Bar No. 074414)
JULIA M. ADAMS (State Bar No. 230795)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs
PATRICK CONNALLY
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTO STELLE, INC., a California corporation; and ESBERN EDWARD ENEVOLD and MARGARET CHRISTINE ENEVOLD, as trustees of the ENEVOLD TRUST (1991),<br><br>Defendants.<br>_______________________________ | **CASE NO. C04-3170 JSW**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT CENTO STELLE, INC. TO RESPOND TO COMPLAINT** |

Plaintiffs PATRICK CONNALLY; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS through their undersigned counsel, and defendant CENTO STELLE, INC., a California corporation stipulate as follows:



Dockets.Justia.com

1. Defendant CENTO STELLE, INC., a California corporation, is granted an extension of time to and including November 15, 2004, to answer or otherwise respond to plaintiffs' complaint.

2. In the event defendant CENTO STELLE, INC., a California corporation, files a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the filing of said motion.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

3. Defendant further stipulates that defendant will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendant's responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: October 1, 2004

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: ________/s/____________________
Julia M. Adams
Attorneys for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

DATED: October 1, 2004

LAW OFFICE OF SHERRE C. STURM

By: _________/s/___________________
Sherre C. Sturm
Attorney for Defendant CENTO STELLE, INC., a California corporation

**ORDER**

IT IS SO ORDERED.

DATED: October ___, 2004

____________________________________
Hon. Jeffrey S. White
United States District Court Judge

## CERTIFICATE OR PROOF OF SERVICE

State of California )
) ss
County of San Francisco )

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States and a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT CENTO STELLE, INC. TO RESPOND TO COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:

- ☒ in first class U.S. Mail
- ☐ in ___ priority or ____ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

**Sherre C. Sturm**
**PO Box 5637**
**Novato, CA 94948-5637**

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on October 1, 2004, at San Francisco, California.

_______________/s/____________________
Christine J. Cunanan
(Original signed)