Apple Inc. v. Psystar Corporation Doc. 2208

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

***CIVIL MINUTES***

**Judge: Thelton E. Henderson**

**Date**: October 4, 2004

**Case No:** C 04-01043 TEH

**Case Title**: MICHELLE ROBERSON v. KAISER PERMANENTE

**Appearances:**

For Plaintiff(s): Jaynelle Bell

For Defendant(s): Kathleen Hurly

**Deputy Clerk**: Rowena B. Espinosa **Court Reporter**: not reported

***PROCEEDINGS:***

1. Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
( ) Denied
( ) Granted in part/Denied in part
( ) Taken under submission
( ) Withdrawn/Off Calendar
(X) Continued to: **Monday, 11/22/04 @ 1:30 PM for Further CMC**

Order to be prepared by: ( ) Plaintiff ( ) Defendant ( ) Court

***ORDERED AFTER HEARING:***

Disclosures are to be done by the end of the week. Plaintiff's counsel is looking to withdraw from the case. A joint CM statement shall be filed 5 days prior to the next hearing.

Dockets.Justia.com