Apple Inc. v. Psystar Corporation Doc. 2212

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## EVIDENTIARY HEARING MINUTES

October 1, 2004

**before:** PHYLLIS J. HAMILTON, U.S. District Judge
**Courtroom Deputy:** Lurline Moriyama
**Court Reporter:** Kathy Wyatt

**Case No:** C-03-1103(ADR)PJH
**Case Name:** THOMAS RACHFORD, et al. v. AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al.
**Case No:** C-03-1449(ADR)PJH
**Case Name:** AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al. v. EMERY WORLDWIDE AIRLINES, INC., et al.
**Case No:** C-03-3618(ADR)PJH
**Case Name:** THOMAS RACHFORD, et al. v. AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al.
**(related cases)**

**Counsel for the Plaintiff(s):** 03-1443: Stephen Berzon, Jeffrey Demain & Barbara Chisholm
03-1103 & 03-3618: Noah Lebowitz
**Counsel for the Defendant(s):** 03-1449: Andrew Cannady, Michael Hallerud, Sheldon Kline & Ray Donahue

**Proceedings** E-filing

Further Evidentiary Hearing. 10/8/04 - Depositions Designations and 10 p. briefs. Upon receipt, matter will then be taken under submission.

**Witness(es):** Sheldon Murray Kline (continued)
Marcus Migliore

**Disposition of Exhibits:** Pltfs exhibits were placed into a small manila expando file, Defts exhibits were placed into a large (3 inch) black binder; given to PJH's CSA.

**cc:**

Dockets.Justia.com