Apple Inc. v. Psystar Corporation Doc. 2213

ROBERT S. SHWARTS (State Bar No. 196803)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Plaintiff
ViCHIP CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ViCHIP CORPORATION,<br>Plaintiff,<br>v.<br>TSU-CHANG LEE,<br>Defendant. | No. C-04-02914 PJH<br><br>**PROOF OF SERVICE BY MAIL** |



Dockets.Justia.com

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On October 4, 2004, I served upon defendant Tsu-Chang Lee by placing a copy thereof in a sealed envelope addressed as follows:

Daniel F. Pyne
Tracy E. Loftesness
Hopkins & Carley
A Law Corporation
P. O. Box 1469
San Jose, California 95109-1469

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelopes for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

Executed on October 4, 2004, in the City and County of San Francisco, State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Maria L. Swirky