James D. Boughey (State Bar No. 44880)
Debra S. Blum (State Bar No. 116645)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
650 California Street, 14th Floor
San Francisco, California 94108-2718
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
ACORDIA OF CALIFORNIA INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE BURGER, an individual; EUGENE BURGER MANAGEMENT CORPORATION, a California corporation, EUGENE BURGER MANAGEMENT CORPORATION, a Nevada corporation, and EUGENE BURGER MANAGEMENT CORPORATION, a Texas corporation, in their corporate capacities; and other named plaintiffs listed in Appendix A to the Complaint and incorporated herein by reference,

Plaintiffs,

v.

MICHAEL B. KUIMELIS, individually and doing business as MBK INSURANCE SERVICES; MBK INSURANCE SERVICES; KATIE LUCEY (also known as KATIE O'LEARY); ACORDIA LLOYD INSURANCE SERVICES; THE TRAVELERS INSURANCE COMPANIES; THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS; THE TRAVELERS LLOYD'S COMPANY; and FIREMANS FUND INSURANCE COMPANY,

Defendants.

Case No.: C 02-2309 VRW (WDB)

**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DISCOVERY (1) REQUIRED UNDER THE INITIAL DISCLOSURE REQUIREMENTS OF 26(A)(1) AND (2) PURSUANT TO ACORDIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO 72 NEWLY NAMED PLAINTIFFS**

Date: 10/19/04
Time: 2:30 p.m.
Courtroom: 4, 3rd Floor Oakland
Judge: The Honorable Wayne D. Brazil

Apple Inc. v. Psystar Corporation Doc. 2218

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 19, 2004, at 1:30pm, or as soon thereafter as the matter may be heard in Courtroom 4, 3rd Floor, United States Courthouse, located at 1301 Clay

Street, Oakland, CA 94612 in the Courtroom of The Honorable Wayne D. Brazil, defendant ACORDIA OF CALIFORNIA INSURANCE SERVICES (hereinafter "Acordia") will and hereby does move this Court for an order compelling each of the named plaintiffs in this action to serve additional initial disclosures and to provide responses to each of the Requests for Production of Documents that were served on the newly added plaintiffs on January 30, 2004. This motion is made on the grounds that said documents and disclosure information are relevant to the subject matter of the action and do not relate to privileged matters and plaintiffs refusal to comply is without justification.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and the Declaration filed herewith, the court's prior order dated July 20, 2004, and the pleadings and papers filed herein.

Dated: October 5, 2004

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: [signature]
James D. Boughey
Debra S. Blum
Attorneys for Defendant
ACORDIA OF CALIFORNIA INSURANCE SERVICES.

## DECLARATION OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 650 California Street, 14th Floor San Francisco, California 94108. On this date I served the following document(s):

**NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY (1) REQUIRED UNDER THE INITIAL DISCLOSURE REQUIREMENTS OF 26(a)(I) AND (2) PURSUANT TO ACORDIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO 72 NEWLY NAMED PLAINTIFFS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DISCOVERY (1) REUIRED UNDER THE INITIAL DISCLOSURE REQUIREMENTS OF 26(A)(1) AND (2) PURSUANT TO ACORDIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO 72 NEWLY NAMED PLAINTIFFS; and DECLARATION OF JAMES D. BOUGHEY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DISCOVERY (1) REQUIRED UNDER THE INITIAL DISCLOSURE REQUIREMENTS OF 26(A)(1) AND (2) PURSUANT TO ACORDIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO 72 NEWLY NAMED PLAINTIFFS**

on the parties identified on the attached service list, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**PLEASE SEE LIST OF ADDRESSEES ON THE NEXT PAGE**

<u>XXX</u> : **<u>By First Class Mail</u>** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

__: **<u>By Personal Service</u>** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **<u>By Electronic E-Mail</u>** -- I caused each such envelope to be electronically served to the office of the address.

___: **<u>Facsimile</u>** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP 5(e). Not currently authorized in N.D.CA.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on October 5, 2004 at San Francisco, California.

[signature]
S. Stephen Hetzler

SERVICE LIST

Eugene Burger Management Corp., et al. v. Michael Kuimelis, et al.

USDC, Northern District of California Case No. C 02-2309 JCS

Marcus S. Topel, Esq.
Daniel F. Cook, Esq.
TOPEL & GOODMAN
832 Sansome Street, 4th Floor
San Francisco, CA 94111
Facsimile: (415) 398-5030
Telephone: (415) 421-6140
Counsel for Plaintiff Eugene J. Burger

Daniel B. Beck, Esq.
Beck Law Offices
404 Mendocino Avenue, Ste. 200
Santa Rosa, CA 95401
Tel: (707) 576-7175
Fax: (707) 576-1878
Counsel for Plaintiffs/Cross-defendants Eugene Burger Management Corporation

James M. Wagstaffe, Esq.
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500

Mathew B. Pavone, Esq.
Attorney at Law
Courtyard Square
750 Grant Avenue, Suite 250
Novato, CA 95401
Telephone: (415) 209-9610
Facsimile: (415) 892-0337
Counsel for MBK Insurance Services

Frank S. Moore, Esq.
The Swinford Bank Building
1374 Pacific Avenue
San Francisco, CA 94109
Tel: (415) 292-6091
Fax: (415) 292-6694
Counsel for Michael B. Kuimelis

Mary McNamara, Esq.
Swanson & McNamara LLP
300 Montgomery Street, #1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
Counsel for Katie Lucy (O'Leary)