UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: PETER TORREANO DATE: 10/6/04
COURTROOM DEPUTY: MARTHA PARKER BROWN

CASE #: C 03-04157 RS

CASE TITLE: DIRECTV, INC. VS. RICARDO PATTERSON, ET AL

**Appearances for Plaintiff(s)** **Appearances for Defendant(s)**

**RANDALL L. MANVITZ** **NO APPEARANCES**

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF. { } PRETRIAL CONF. { X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| {X } | { } | { } | 1. TO SEVER |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED [ ] NOT SETTLED [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED [ ] DENIED [ ] SUBMITTED [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to @ For

**ORDER TO BE PREPARED BY:** [ ]PLTF; [ ]DEFT; [ ]COURT
Additional Comments: COURT WILL ISSUE WRITTEN ORDER.

HOURS IN SETTLEMENT: Copies to:

Dockets.Justia.com