United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTOS SALAS, et al.

Plaintiffs,

v.

HILLTOP FINANCIAL, et al.

Defendants.
_______________________________________/

No. C-04-01682 EDL (EDL)

**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**

On October 6, 2004, counsel for Defendants Hilltop Financial and Abraham Kaba filed a request to appear telephonically at the hearing on Defendant Encore Credit Corp.'s Motion to Dismiss and at the case management conference set for October 12, 2004. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution. The court disfavors telephonic appearances because the technology prevents the court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length. Accordingly, any party appearing by telephone shall only speak in response to a direct question from the court and shall pause at regular intervals to allow the court to comment on the information presented. If the court wishes a rebuttal from the opposing party, the court shall inform the party from whom information is requested. No party shall attempt to present information without a request from the court. If the parties cannot follow the rules set forth in this order, or at the first sign of improper decorum, the telephonic appearance will be terminated and a new hearing date will be set for personal appearances.

Dockets.Justia.com

Counsel shall stand by beginning at 9:00 a.m. on October 12, 2004 until called by the Court. No later than October 8, 2004, counsel for Defendants Hilltop Financial and Abraham Kaba shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on October 12, 2004.

Dated: October 7, 2004

( Electronic Signature Authorized )
ELIZABETH D. LAPORTE
United States Magistrate Judge



United States District Court
For the Northern District of California