e. robert (bob) wallach (SBN 29078)
Lawyer-Counselor
Law Offices of e. robert (bob) wallach, P.C.
P. O. Box 2670
San Francisco, CA 94126-2670
155 Jackson Street, No. 602
San Francisco, CA 94111
Telephone: (415) 989-6445
Facsimile: (415) 989-3802

Alan L. Barry (*pro hac vice*)
Amy O'Toole (*pro hac vice*)
Noelle J. Quinn (*pro hac vice*)
Bell, Boyd & Lloyd LLC
Three First National Plaza
70 West Madison, Suite 3300
Chicago, IL 60610
Telephone: (312) 372-1121

Jeffrey W. Shopoff (SBN 46278)
Gregory S. Cavallo (SBN 173270)
Shopoff & Cavallo LLP
353 Sacramento Street, Suite 1040
San Francisco, CA 94111
Telephone: (415) 984-1975

*Attorneys for Plaintiffs Sharper Image Corporation and Zenion Industries, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SHARPER IMAGE CORPORATION and ZENION INDUSTRIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC. and KAZ, INC.,<br><br>Defendants. | Lead Case No. 02-4860 CW (Consolidated)<br><br>**MOTION TO STRIKE DEFENDANTS' RESPONSE TO PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Hearing Date/Time:<br>As soon as it may be heard |
| SHARPER IMAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAZ, INC.,<br><br>Defendant. | Case No. 04-0529 CW |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that as soon as counsel may be heard, plaintiffs Sharper Image Corporation and Zenion Industries, Inc. (collectively "Sharper Image") shall appear before the Honorable Judge Wilken, or any other Judge sitting in her stead, in Courtroom 2 in the United States Courthouse for the Northern District of California, Oakland Division, and present this **Motion to Strike Defendants' Response to Plaintiffs' Opening Claim Construction Brief**.

## RELIEF REQUESTED

Sharper Image respectfully requests that the Court strike from the record Defendants' Response to Plaintiffs' Opening Claim Construction Brief, which was filed on September 30, 2004 (docket entry # 232).

## SUPPORTING POINTS & AUTHORITIES

1. On September 30, 2004, Defendants filed their claim construction brief, which responded to Sharper Image's Opening Claim Construction Brief.

2. On page 16 of their brief, Defendants' reproduced a picture of one of the accused Environizer products.

3. It is well-settled that accused products should not be considered during the claim construction process. *See SRI Int'l v. Matsushita Elec. Corp.*, 775 F.2d 1107, 1118 (Fed. Cir. 1985) ("A claim is construed in light of the claim language, the other claims, the prior art, the prosecution history, and the specification, *not* in light of the accused device.") (emphasis in original). Courts must refrain from construing claims in light of the accused device because such a procedure "would make infringement a matter of judicial whim." *Id*. Indeed, infringement is properly determined "only *after* the claims have been *construed without reference to the accused device*." *Id.* (emphasis in original – citations omitted).

4. Defendants' claim construction brief not only argues for certain constructions based on the accused products, ***it actually includes a picture of the accused product***. This is a flagrant invitation for error. Indeed, if this Court were to rely on those portions of Defendants' brief referring to the accused products, it would constitute reversible error. Accordingly, Defendants'

brief must be immediately stricken from the record in order to preserve the integrity of the claim construction process.

## CONCLUSION

WHEREFORE Sharper Image respectfully requests that the Court strike from the record Defendants' Response to Plaintiffs' Opening Claim Construction Brief.

Dated: October 7, 2004.

SHARPER IMAGE CORPORATION and ZENION INDUSTRIES, INC. Plaintiffs

By: /s/ Noelle J. Quinn (electronically filed)
e. robert (bob) wallach, esq.
Lawyer Counselor
Law Offices of e. robert (bob) wallach, P.C.

Alan L. Barry
Amy G. O'Toole
Noelle J. Quinn
Bell, Boyd & Lloyd, LLC

Jeffrey W. Shopoff
Gregory S. Cavallo
Shopoff & Cavallo, LLP

*Attorneys for Plaintiffs Sharper Image and Zenion Industries, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SHARPER IMAGE CORPORATION and ZENION INDUSTRIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC. and KAZ, INC.,<br><br>Defendants. | Lead Case No. 02-4860 CW (Consolidated)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE DEFENDANTS' RESPONSE TO PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF** |
| SHARPER IMAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAZ, INC.,<br><br>Defendant. | Case No. 04-0529 CW |

**[PROPOSED] ORDER**

This matter came to be heard on Plaintiffs Sharper Image Corporation and Zenion Industries Inc.'s Motion to Strike. The Court has considered the Motion, and good cause being shown,

**IT IS HEREBY ORDERED** that Defendants' Response to Plaintiffs' Opening Claim Construction Brief is stricken from the record.

IT IS SO ORDERED:

Dated:__________________

______________________________
U.S. DISTRICT JUDGE CLAUDIA WILKEN

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Chicago, Illinois. I am over the age of 18 and not a party to the within action. My business address is 70 West Madison Street, Suite 3300, Chicago, Illinois 60602.

On October 7, 2004, I served the foregoing **MOTION TO STRIKE DEFENDANTS' RESPONSE TO PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF** by electronic filing and regular U.S. mail, postage prepaid, on the parties or their counsel shown below:

Munir R. Meghjee, Esq.
Cole M. Fauver, Esq.
Krishna K. Juvvadi, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

John P. Bovich, Esq.
Reed, Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Robert S. Weisbein, Esq.
Pierre R. Yanney, Esq.
Darby & Darby
805 Third Avenue
New York, NY 10022

/s/ Noelle J. Quinn (electronically signed & filed)