PETER L. SIMON (Bar No. 178393)
STEVEN J. BLEASDELL (Bar No. 191522)
BEYERS, COSTIN & CASE
917 College Avenue
Post Office Box 878
Santa Rosa, California 95402-0878
Telephone: (707) 545-0142

Attorneys for Plaintiff
Marcia Flores

JAMES D. BOUGHEY, ESQ. (SBN 44880)
BETH A. FRUECHTENICHT, ESQ. (SBN 208847)
KATY E. GARRIGAN, ESQ. (SBN 209177)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
650 California Street, 14th Floor
San Francisco, California 94108-2718
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants,
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA;

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcia Flores,<br><br>Plaintiff,<br>vs.<br><br>Prudential Insurance Co. of America,<br><br>Defendant. | CASE NO. C003-5589 MMC (ARB)<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE: October 22, 2004<br>TIME: 10:30 a.m.<br>DEPT: 7<br>JUDGE: Hon. Maxine M. Chesney |

This is an ERISA case for benefits under a long-term disability policy. The Court's recent determination on the cross-motion for summary judgment has resolved the issue of the standard of review. This matter will be tried under a de novo standard of review.



Dockets.Justia.com

Plaintiff will be filing a motion to supplement the administrative records with the testimony of plaintiff, her husband and her treating physician. Defendant will oppose this request.

The parties anticipate providing to the Court a jointly proposed schedule for trial and pretrial matters once a determination on the augmentation of the record is in hand.

Respectfully submitted,

DATED: October 8, 2004 BEYERS, COSTIN & CASE

/s/
By: ______________________________
Peter L. Simon
Attorneys for Plaintiff Marcia Flores

DATED: October 8, 2004 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/
By: ______________________________
James D. Boughey
Attorneys for Defendant Prudential