Apple Inc. v. Psystar Corporation Doc. 2250

ORRICK, HERRINGTON & SUTCLIFFE LLP
James E. Burns, Jr. (State Bar No. 53250)
Kenneth P. Herzinger (State Bar No. 209688)
Tarek J. Helou (State Bar No. 218225)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Plaintiffs and Counterdefendants
CATHERINE LEGO, JAMES P. CAMPBELL,
and ERIC GALYEAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE LEGO, JAMES P. CAMPBELL, and ERIC GALYEAN<br><br>Plaintiffs,<br><br>v.<br><br>STRATOS LIGHTWAVE, INC., a Delaware corporation,<br><br>Defendant. | **Case No. C 02-03743 JW**<br><br>**NOTICE OF PLAINTIFFS /COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 15, 2004<br>Time: 10:00 a.m.<br>Dept: 8<br>Judge: The Honorable James Ware |
| STRATOS LIGHTWAVE, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CATHERINE LEGO, JAMES P. CAMPBELL, and ERIC GALYEAN,<br><br>Counterdefendants. | |



Dockets.Justia.com

TO: COUNTERCLAIMANT AND ITS ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that at 9:00 a.m. on Monday, November 15, 2004, in Courtroom 8 of the above-entitled Court, located at 280 South First Street, San Jose, California, before the Honorable James Ware, Plaintiffs/Counterdefendants Catherine Lego, James P. Campbell, and Eric Galyean will and hereby do move the Court for an order granting summary judgment on the ground that there is no genuine issue of any material fact as to each and every claim for relief in Stratos International, Inc.'s (f/k/a Stratos Lightwave, Inc.) Fourth Amended Counterclaim, or in the alternative, partial summary judgment, and the moving parties are entitled to judgment as a matter of law.

The motion is based on this Notice of Motion, Memorandum of Points and Authorities in support thereof, the pleadings on file, the declaration of Tarek J, Helou and exhibits attached thereto, the Declaration of James E. Burns, Jr. and exhibits attached thereto, and such other matters as may be judicially noticed or come before the Court at the hearing on this matter.

Dated: October 11, 2004

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ James E. Burns, Jr.
James E. Burns, Jr.

ORRICK, HERRINGTON & SUTCLIFFE LLP
James E. Burns, Jr.
Kenneth P. Herzinger
Tarek J. Helou
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Attorneys for Plaintiffs and Counterdefendants Catherine Lego, James P. Campbell, and Eric Galyean