Apple Inc. v. Psystar Corporation Doc. 2252



E-filing

STEPHEN C. KENNEY (SBN 53883)
SAMANTHA D. HILTON (SBN 215585)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

ORIGINAL FILED
SEP 30 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JAMES VARRIALE, an individual,

Plaintiff,

v.

JETBLUE AIRWAYS CORPORATION and DOES 1 through 20, inclusive,

Defendants.

CASE NO. C 04 4166

**DEFENDANT JETBLUE AIRWAYS CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**
L.R. 3-16

BY FAX

Pursuant to Civil L.R. 3-16, the undersigned counsel of record for defendant JetBlue Airways Corporation certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff James Varriale;

2. Defendant JetBlue Airways Corporation;

3. Global Aerospace/Associated Aviation Underwriters, Inc., insurance carrier for defendant JetBlue Airways Corporation;



Dockets.Justia.com

These representations are made only on behalf of defendant JetBlue Airways Corporation so the Court may evaluate the need for possible disqualification or recusal.

DATED: September 30, 2004

**KENNEY & MARKOWITZ L.L.P**

By: ______________________

STEPHEN C. KENNEY
SAMANTHA D. HILTON
Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

*James Varriale, an individual v. Jetblue Airways Corporation, et al.*
Alameda County Superior Court # RG04172184

## PROOF OF SERVICE

[C.C.P.§2008, F.R.C.P. Rule 5]

I, the undersigned, state:

I am a citizen of the United States. My business address is 255 California Street, Suite 1300, San Francisco, California 94111. I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as follows:

**DEFENDANT JETBLUE AIRWAYS CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** (L.R. 3-16)

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Clay Robbins III<br>MAGANA, CATHCART & McCARTHY<br>1801 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067-5899<br>Fax: 310/785-9143<br>**(PLAINTIFF'S COUNSEL)** | Clem C. Trischler, Jr.<br>PIETRAGALLO, BOSICK & GORDON<br>One Oxford Centre, 38th Floor<br>Pittsburgh, PA 15219<br>Fax: 412/261-5295<br>**(GLOBAL COORDINATING COUNSEL FOR DVT CASES)** |
| | |

[X] BY FIRST CLASS MAIL – I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

[ ] BY PERSONAL SERVICE – Following ordinary business practices, I caused to be served, by hand delivery, such envelope(s) by hand this date to the offices of the addressee(s).

[ ] BY OVERNIGHT MAIL – I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

[ ] BY FACSIMILE – I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date in San Francisco, California.

Dated: September 30, 2004

Alma Caliz Roque

Kenney & Markowitz L.L.P.