Apple Inc. v. Psystar Corporation Doc. 225

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT (Bar No. 48965)
JULIA J. RIDER (Bar No. 67277)
J.T. WELLS BLAXTER (Bar No. 190222)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys Specially Appearing for Defendant
MICHAEL J. STONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX MOGLIA, as Liquidating Trustee for and on Behalf of the Liquidating Trust of debtor U.S. AGGREGATES, INC.,<br><br>vs.<br><br>JAMES A. HARRIS and MICHAEL J. STONE,<br><br>Defendants. | **CASE NO.: C 04-2663**<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS MICHAEL J. STONE AND JAMES A. HARRIS TO RESPOND TO COMPLAINT BY ANSWER OR MOTION** |



Dockets.Justia.com

The parties stipulate and request that the time for Defendants Michael J. Stone and James A. Harris to respond to the Complaint in this action by Answer or Motion be extended to, and including, November 15, 2004.

DATED: October 7, 2004

Respectfully submitted,

JEFFER, MANGELS, BUTLER & MARMARO LLP

BY: ______________ / S / ________________________
ROBERT C. GEBHARDT
Attorneys Specially Appearing for Defendant
MICHAEL J. STONE

DATED: October 7, 2004

HELLER EHRMAN WHITE & McAULIFFE LLP

BY: ______________ / S / ________________
DEBORAH KRAVITZ
Attorneys Specially Appearing for Defendant
JAMES A. HARRIS

DATED: October 7, 2004

WEGMAN, LEVIN & STANLEY

BY:______________ / S / ________________________
DEBRA J. WEGMAN
Attorneys for Plaintiff ALEX MOGLIA

*        *        *

ORDER

Pursuant to foregoing stipulation, IT IS ORDERED that:

The time for Defendants Michael J. Stone and James A. Harris to respond to the Complaint in this action by Answer or Motion be extended to, and include, November 15, 2004.

DATED: ________________________

____________________________________
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE