DENNIS B. COOK, BAR NO. 093432
LAURA J. MAECHTLEN, BAR NO. 224923
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CA 95814
TELEPHONE: (916) 442-3100
FACSIMILE: (916) 442-4227

Attorneys for Defendant.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>CUSTOM SPRAY SYSTEMS, INC.<br><br>Defendant. | CASE NO. C 04-2519 PJH<br><br>**[PROPOSED] ORDER AND REQUEST BY DEFENDANT'S COUNSEL TO APPEAR BY TELEPHONIC CONFERENCE AT CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCTOBER 21, 2004**<br><br>Date: October 21, 2004<br>Time: 2:30 p.m.<br>Courtroom: 3, 17th Floor |

Pursuant to Northern District Court Local Rule No. 16-10, attorneys for Defendant, CUSTOM SPRAY SYSTEMS, INC. respectfully petition the court, and request that they be allowed to appear via telephone conference call at the case management conference scheduled at 2:30 p.m. on October 21, 2004. Defendant's Counsel has offices in Sacramento, and therefore, in order to save time, costs and expense to both Defendant and Defendant's counsel, Defendant



Dockets.Justia.com

respectfully requests a telephonic appearance so that counsel who is prepared to address all the matters set forth in the Honorable Judge Hamilton's Standing Case Management Conference Order can appear on behalf of Defendant, CUSTOM SPRAY SYSTEMS, INC. on October 21, 2004.

Dated: October 12, 2004

COOK BROWN, LLP

By: ______________________
DENNIS B. COOK
LAURA J. MAECHTLEN
Attorneys for Defendant

**PROPOSED ORDER**

It is hereby ORDERED, ADJUDGED AND DECREED that Defendant may appear via telephone conference call at the case management conference on October 21, 2004 at 2:30 p.m.

Dated: _____________

By: ______________________
UNITED STATES DISTRICT COURT JUDGE

*Plastering Industry Welfare Trust Fund v. Custom Spray Systems, Inc.*(Case No. C 04-2519 PJH)

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Cook Brown, LLP, 555 Capitol Mall, Suite 425, Sacramento, California 95814. On October 12, 2004, I served the within documents described as:

**[Proposed] Order and Request by Defendant's Counsel to Appear by Telephonic Conference at Case Management Conference Scheduled for October 21, 2004**

✓ (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

✓ (BY U.S. MAIL) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

___ (BY OVERNIGHT MAIL) I caused such document(s) to be sent by overnight mail by using Federal Express Mail (____________) Under that practice it would be deposited that same day in a Federal Express drop box for delivery the next business day.

___ (BY PERSONAL SERVICE) by causing personal delivery by ______________ of the document(s) listed above to the person(s) at the address(es) set forth below.

___ (BY PERSONAL SERVICE) by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**Diane Sidd-Champion, Esq.**
**595 Market Street, Suite 2200**
**San Francisco, CA 94105**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid.

✓ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 12, 2004, at Sacramento, California.

Colleen R. Clay

Colleen R. Clay

M:\LJM\My Documents\Custom Spray Systems, Inc\PlasteringInd.Welfare.Fund\pleadings\Telephonic.appearance.request.wpd