WILLIAM J. FLYNN, S.B. # 95371
SCOTT M. DE NARDO, S.B. # 216749
NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel: (415) 677-9440
Fax: (415) 677-9445

Attorneys for Plaintiffs

NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080 SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E.I.S.B., INC.; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; SAN FRANCISCO COUNTY ELECTRICAL INDUSTRY APPRENTICESHIP AND TRAINING TRUST; ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; NATIONAL ELECTRICAL BENEFIT FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6 VACATION FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6; JOHN O'ROURKE, as Trustee of each the Plaintiff Trust Funds except the National Electrical Benefit Fund and the Electrical Industry Trust; and BARTLETT DICKSON as Trustee of each of the Plaintiff Trust Funds except the National Electrical Benefit Fund and as agent for Plaintiff National Electrical Benefit Fund,

Plaintiffs,

v.

CBF, INC. and SANDRA ESCALANTE,

Defendants.

Case No. C-03 -04965 (PJH)

STIPULATION AND [PROPOSED] ORDER, RE: CASE MANAGEMENT CONFERENCE

IT IS STIPULATED by and among the parties through their counsel of record that the

parties' Joint Case Management Conference scheduled for October 14, 2004 be continued to October 28, 2004 at 2:30 p.m. before United States District Court Judge Phyllis J. Hamilton in order to permit the parties enough time to finalize a Settlement Agreement and file a dismissal. The parties have agreed to a settlement, but are in the process of obtaining the necessary signatures to finalize the agreement.

IT IS FURTHER STIPULATED by and among the parties that a Joint Case Management Conference Statement must be filed on or before October 21, 2004.

Dated: October 12, 2004

NEYHART, ANDERSON, FREITAS FLYNN & GROSBOLL

Scott M. De Nardo
Attorneys for Plaintiffs

Dated: October 12, 2004

GREEN, CHAUVEL, DESCALSO & MINOLETTI

Marc Hershman
Attorneys for Defendants

IT IS SO ORDERED.

Dated: October ___, 2004

U.S. District Court Judge

NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080 SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440



H:\WP WINDOWS\PLEADINGS DNMK\STIP ORDER_CMC_47321.F50 47026.850