PAUL D. SCOTT, ESQ.
LAW OFFICES OF PAUL D. SCOTT
A Professional Corporation
California State Bar No. 145975
201 Filbert, Suite 401
San Francisco, California 94133
Telephone: (415) 981-1212

Attorney for Defendant Peter Chiu

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DURVASULA V. SASTRY, RAMALAKSHMI SASTRY, and PETER CHIU,<br><br>Defendants. | **CASE NO.** CV-03-03382 MJJ<br><br>**[PROPOSED] ORDER**<br><br>Date: November 16, 2004<br>Time: 9:30 a.m.<br>Courtroom: 11 |

Defendant Peter Chiu's Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted (FRCP 12(b)(6)) or, in the Alternative, Motion for Partial Summary Judgment (FRCP 56) came on regularly for hearing on November 16, 2004 at 9:30 a.m. in Courtroom 11 of the above captioned Court, Paul Scott appearing for defendant Peter Chiu and Lawrence Guslani appearing for plaintiff State Farm.

After consideration of the briefs, declarations, exhibits and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that plaintiff State Farm's claim for declaratory relief based on claims of alleged misrepresentations by Durvasula and Ramalakshmi

Dockets.Justia.com

Sastry shall be and hereby are dismissed under Fed. R. Civ. P. 12(b)(6), based on State Farm's failure to state a claim upon which relief can be granted.

The Court further holds that there is no genuine issue of fact that would precludes partial summary judgment against State Farm on these same claims under Civil Code § 3399 and under the doctrine of waiver set forth in Waller v. Truck Ins. Exchange, Inc., 11 Cal. 4th 1, 33 (1995).

Dated: __________

_______________________________________
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE BY FIRST-CLASS MAIL

I, the undersigned, declare:

I am over the age of 18 and not a party to this cause. My business address is 201 Filbert, Suite 401, San Francisco, California 94133.

On the date set forth below, I caused to be served a copy of **[PROPOSED] ORDER** on the interested parties in said action, by placing a true and correct copy thereof in an envelope and causing same to be delivered by first-class mail on **October 12, 2004** to the following address(es)**:**

Durvasula Sastry
207 Forest Park Drive
Pacifica, California 94044

Rama Lakshmi Sastry
207 Forest Park Drive
Pacifica, California 94044

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on **October 12, 2004** at San Francisco, California.

/S/