Geri Lynn Green (SBN 127709)
LAW OFFICES OF GERI LYNN GREEN
5214-F Diamond Hts. Blvd., #332
San Francisco, CA 94131-2118
T: (415) 575-3235
F: (415) 648-7648

Attorneys for Plaintiffs
SHANELL RENEE STEWART, MARY PAYNE,
HERLINDA ARROYO-DE HERNANDEZ and
CAROL BIRDSONG

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANELL RENEE STEWART, MARY PAYNE, HERLINDA ARROYO-DE HERNANDEZ and CAROL BIRDSONG,<br><br>Plaintiffs,<br>v.<br><br>KATHLEEN HAWK SAWYER, ROBERT M. HARO, MICHAEL BENOV, PAUL SCHULTZ, JOHNSIE DONALDSON, SHEILA CLARK, FEDERAL BUREAU OF PRISONS, and Does 1-100, inclusive.<br><br>Defendants. | Case No.: C 01-4058 MJJ (JCS)<br>**E-FILING CASE**<br><br>**DECLARATION OF GERI LYNN GREEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Geri Lynn Green, declare:

I am an attorney licensed to practice in all the courts of this state. I represent Plaintiffs Shanell Renee Stewart, Mary Payne, Herlinda Arroyo-De Hernandez and Carol Birdsong in this action. I have personal knowledge of the matters set forth herein and could competently testify to them if called as a witness.



Dockets.Justia.com

1. Attached hereto as Exhibit A is a true and correct copy of materials from the Bureau of Prisons section PS 1330.13, entitled Administrative Remedy Program, Change Notice Number CN-03, dated 10/7/97, signed by Director, Kathleen M. Hawk;

2. Attached hereto as Exhibit B is a true and correct copy of the Federal Bureau of Prisons' Program Statement, Number 5324.04, dated 12/31/97, entitled Sexual Abuse/Assault Prevention and Intervention Programs, signed by Director, Kathleen M. Hawk, Bates stamped USA03893-03892. Said exhibit was submitted as Exhibit 7 to the deposition of Warden Paul Schultz, taken on May 26, 2004;

3. Attached hereto as Exhibit C is a true and correct copy of the Federal Bureau of Prisons FCI/FPC/FDC Dublin, California, document, entitled, Pat Search Evaluation, dated 4/23/01, re: Plaintiff Carol Ann Birdsong, Bates stamped USA02139-02141. Said exhibit was submitted as an exhibit to Dr. Formanski, taken on May 26, 2004;

4. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition of Linda R. Thomas, taken on September 8, 2004;

5. Attached hereto as Exhibit E is a true and correct copy of excerpts from the deposition of Warden Paul Schultz, taken on May 26, 2004;

6. Attached hereto as Exhibit F is a true and correct copy of the Federal Correctional Institution, Dublin, California, entitled Institution Supplement, Number DUB 5324.04(C), dated June 15, 2004, subject: Sexual Abuse/Assault Prevention and Intervention Programs, signed by Warden, Paul M. Schultz, Bates stamped

USA03912-03915. Said exhibit was submitted as Exhibit 8 to the deposition of Warden Paul Schultz, taken on May 26, 2004;

7. Attached hereto as Exhibit G is a true and correct copy of the Federal Bureau of Prisonsf' materials from the Introductory Correctional Training Program Manual; entitled, Search Procedures; Conducting a Pat Search and Visual Search, Bates stamped USA00020-00029. Said exhibit was submitted as Exhibit 5 to the deposition of Warden Paul Schultz, taken on May 26, 2004;

8. Attached hereto as Exhibit H is a true and correct copy of the Federal Bureau of Prisons' Sexual Abuse/Assault Prevention and Intervention training manual, Bates Stamped USA00001-00019. Said exhibit was submitted as Exhibit 9 to the deposition of Warden Paul Schultz, taken on May 26, 2004;

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED this 12th day of October 2004

Respectfully submitted,

**LAW OFFICES OF GERI LYNN GREEN**

-S-

Geri Lynn Green (SBN 127709)
5214-F Diamond Hts. Blvd., #332
San Francisco, CA 94131-2118

Attorney for Plaintiffs
Shanell Renee Stewart, Mary Payne,
Herlinda Arroyo-De Hernandez, Carol Birdsong