Apple Inc. v. Psystar Corporation Doc. 2281

KELLY L. BORELLI (State Bar #161499)
BRIAN S. CRONE (State Bar #191731)
MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G Street, Third Floor
Sacramento, CA 95814
Post Office Box 1319
Sacramento, CA 95812-1319
Telephone: 916/446-2300
Facsimile: 916/503-4000

Attorneys for Defendants
HOLIDAY INN CONCORD and WINSHIP PROPERTIES,
A CALIFORNIA REAL ESTATE INVESTMENT TRUST,
successor by merger to Peregrine Real Estate Trust
dba Holiday Inn

THOMAS E. FRANKOVICH (State Bar #074414)
THUY M. HOANG (State Bar #221206)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs MARSHALL LOSKOT
and DISABILITY RIGHTS ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HOLIDAY INN CONCORD; PEREGRINE REAL ESTATE TRUST, aka WINSHIP PROPERTIES, dba HOLIDAY INN CONCORD,<br><br>Defendants. | CASE NO. C 04-1356 JL<br><br>**JOINT REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |



Dockets.Justia.com

Plaintiffs Marshall Loskot and Disability Rights Enforcement, Education Services: Helping You Help Others ("Plaintiffs") and Defendants HOLIDAY INN CONCORD and WINSHIP PROPERTIES, A CALIFORNIA REAL ESTATE INVESTMENT TRUST, successor by merger to Peregrine Real Estate Trust dba Holiday Inn ("Defendants"), hereinafter sometimes collectively referred to herein as "the Parties," by and through their respective counsels of record, hereby request that the Court continue the Case Management Conference currently scheduled for November 10, 2004. The basis for the Parties' request is that scheduling conflicts beyond the Parties' control have caused the Parties to schedule the Court ordered mediation to occur on December 1, 2004, as described more fully below.

On August 11, 2004, the Parties appeared through counsel at the first case management conference before Magistrate Judge James Larson. Thuy Hoang appeared on behalf of Plaintiffs and Kelly L. Borelli and Brian Crone appeared on behalf of Defendants. At the hearing, the Court referred the matter to ADR for mediation and a continued case management conference was scheduled for November 10, 2004 at 10:30 a.m. During the hearing, the Parties believed that three months would be a sufficient amount of time to exchange expert reports, schedule the mediation, and conduct the mediation.

Immediately after the case management conference, Defendants' counsel contacted Plaintiffs' counsel and requested that the Parties exchange expert witness in a staggered sequence. Because this matter concerns Plaintiffs' claim that Defendants' property does not comply with the Americans with Disabilities Act, Defendants' counsel requested that Plaintiff's counsel disclose its expert witness report first so as to permit Defendants' counsel an opportunity to review the issues identified in Plaintiffs' report and respond accordingly. Plaintiffs' counsel agreed to this arrangement. Unfortunately, before plaintiffs' counsel could obtain the expert report, plaintiffs' expert went on vacation until September 21, 2004.

The Parties discussed the matter with the Court appointed mediator Henry Hewitt during a pre-mediation conference call on September 27, 2004. During the conference call, the Parties and the mediator exchanged available dates for the mediation. Based on the Parties', the Parties' counsel's, and the mediator's schedules, the first available date to conduct the mediation was

December 1, 2004. The Parties discussed with the mediator the need to continue the Case Management Conference and the mediator is agreeable to such a continuance.

The Parties are diligently working to ensure that the mediation will successfully resolve the case. The Parties and the mediator recognize that the best way to conduct the mediation is to try and resolve most if not all of the injunctive relief issues before the mediation. Plaintiffs' recent disclosure of their expert witness report will now permit the Defendants' to more fully understand the nature of Plaintiffs' allegations.

Based on the foregoing, the Parties' respectfully request that the Court continue the Case Management Conference currently scheduled for November 10, 2004 to a date after December 1, 2004. The Parties jointly suggest continuing the Case Management Conference to a date on or about December 13, 2004. The Parties are willing to work with any date selected by the Court.

Dated: October 7, 2004

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: /s/ Brian Crone
KELLY L. BORELLI
BRIAN CRONE
Attorneys for Defendants
HOLIDAY INN CONCORD and
WINSHIP PROPERTIES, A
CALIFORNIA REAL ESTATE
INVESTMENT TRUST,
successor by merger to Peregrine
Real Estate Trust dba Holiday Inn

Dated: October 4, 2004

THOMAS E. FRANKOVICH
A PROFESSIONAL LAW CORPORATION

By: /s/ Thuy Hoang
THOMAS FRANKOVICH
THUY HOANG
Attorneys for Plaintiffs
MARSHALL LOSKOT and DISABILITY
RIGHTS ENFORCEMENT,
EDUCATION SERVICES:
HELPING YOU HELP OTHERS

**SIGNATURE ATTESTATION**

I, Brian S. Crone, am the e-filer of the foregoing Joint Request to Continue Further Case Management Conference and Order Thereon and attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document. The original of this efiled document and the holograph signatures will be maintained in my office for subsequent production for the court, if so ordered, or for inspection upon request by a party, until one year after final resolution of the action.

I declare under penalty of perjury that the foregoing is true and correct and that this attestation was executed on October 7, 2004, at Sacramento, California.

/s/ Brian Crone
BRIAN CRONE

**ORDER**

IT IS SO ORDERED. The Further Case Management Conference in this action is continued from November 10, 2004 to December 15, 2004, at 10:30 a.m, in Courtroom No. F.

/s/ James Larson
UNITED STATES MAGISTRATE JUDGE