Apple Inc. v. Psystar Corporation Doc. 2290

6. I did in fact meet with a CDC investigator approximately one hour later, on the same day that Dr. Baron had approached me. In that interview, I was asked specific questions about what I knew about the events in question. I told the truth to the investigator.

7. In the period following my interview by CDC, up to and including the date I left CDC, I can attest to the fact that the events surrounding April 14, 2004 and CDC's investigation of Doctor Baron were of common knowledge to the doctors, nurses, medical technical assistants, and medical support staff at CCC Susanville.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed this _th day of October, 2004, at Susanville, California.

M L Watson, MD

Malbour L. Watson, M.D.



Dockets.Justia.com