KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ALISON E. DAW (CSBN 137026)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
FAX: (408) 535-5081

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONG JIAN XU<br><br>Petitioners,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General, et al.,<br><br>Respondents. | No. C 04-4290 WHA<br><br>STIPULATION RE BRIEFING OF HABEAS PETITION AND EXECUTION OF DEPORTATION ORDER; ~~[PROPOSED]~~ ORDER |

Petitioner Rong Jian Xu ("Xu") has a notice requiring him to surrender for deportation on October 14, 2004. On October 12, 2004, Xu filed a petition for writ of habeas corpus challenging the deportation order. In order to permit the parties time to brief the issues raised in the habeas petition and the Court the opportunity to consider those briefs, the parties stipulate, subject to approval of the Court, to the following schedule:

1. Xu shall appear at ICE on October 14, 2004, as set forth in the notice referred to above. However, he will not be removed at that time. The purpose of his appearance on October 14, 2004 is to complete any paperwork necessary for processing of a travel document.

2. Respondents shall e-file their return in opposition to the habeas petition no later than October 25, 2004.

3. Petitioner shall e-file his traverse no later than November 8, 2004.



Dockets.Justia.com

4. The Department of Homeland Security, Immigrations & Customs Enforcement ("ICE") will issue a new notice requiring Xu to surrender for deportation on November 17, 2004. ICE further agrees not to execute the removal order against Xu prior to his surrender on November 17, 2004.

DATED: October 12, 2004

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/ Alison E. Daw
ALISON E. DAW
Assistant United States Attorney

DATED: October 12, 2004

LAW OFFICES OF MARTIN RESENDEZ GUAJARDO

/s/ Martin Resendez Guajardo
MARTIN RESENDEZ GUAJARDO
Counsel for Petitioner

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

DATED: 10-13-04

WILLIAM H. ALSUP
United States District Judge