KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JOCELYN BURTON (CSBN 135879)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7198
FAX: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN PEACHER,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Treasury, and Doe 1 through Doe 10<br><br>Defendants. | No. C04-2396 VRW<br><br>DECLARATION OF JOCELYN BURTON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PORTIONS OF THE COMPLAINT PURSUANT TO 12(b)(1) AND 12(b)(6), OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES<br><br>Date: December 2, 2004<br>Time: 2:00 p.m.<br>Hon. Vaughn R. Walker |

Pursuant to Local Rule 7-5 and 28 U.S.C. Section 1746, I, Jocelyn Burton, declare as follows:

1. I am employed as an Assistant United States Attorney for the Northern District of California and have been assigned Peacher v. Snow, Case No. C 04-02396 VRW. As such, I have personal knowledge of the following facts and could testify regarding these facts if called to do so.

2. Attached as Exhibit 1 is a true and correct copy of the administrative file in Peacher v. Snow, EEOC Case No. 370-A4-00179X.

3. Attached as Exhibit 2 is a true and correct copy of Susan C. Peacher's resume.

4. Attached as Exhibit 3 are true and correct copies of various Department of Treasury policies on sexual harassment.



Dockets.Justia.com

4. Attached as Exhibit 4 is the Declaration of Sharon E. Marley.

5. Attached as Exhibit 5 is the Declaration of Dorothy J. Ramos.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this 12th day of October 2004 in San Francisco, California.

JOCELYN BURTON

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DECLARATION OF JOCELYN BURTON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PORTIONS OF THE COMPLAINT PURSUANT TO 12(b)(1) AND 12 (b)(6), OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES**

**Susan Peacher v. United States Department of Treasury, and Doe 1 through Doe 10**
**C 04-2396 VRW**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

____ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_√_ **PERSONAL SERVICE (BY MESSENGER)**

____ **FEDERAL EXPRESS via Priority Overnight**

____ **FACSIMILE (FAX)** Telephone No.: See Below

to the party(ies) addressed as follows:

Robert E. Lazo
Employment Lawyers' Group, PLC
177 Post Street
Suite 600
San Francisco, CA 94108

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 15, 2004 at San Francisco, California.

MANIK BOWIE
Legal Assistant