Apple Inc. v. Psystar Corporation Doc. 2301

ROBERT T. HASLAM (SBN 71134)
HELLER EHRMAN WHITE & McAULIFFE LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

MARK E. FERGUSON
CHRISTOPHER D. LANDGRAFF
STEVEN E. DERRINGER
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

Attorneys for Plaintiffs and Counterclaim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.

Plaintiffs,

v.

EMC CORPORATION,

Defendant.

AND RELATED CROSS ACTION.

Case No.: C02-04709 JF (PVT)

**[PROPOSED] ORDER GRANTING HEWLETT-PACKARD COMPANY'S, HEWLETT-PACKARD DEVELOPMENT COMPANY L.P.'S AND COMPAQ COMPUTER COMPANY'S MOTION FOR A PROTECTIVE ORDER**

**Date:** November 23, 2004
**Time:** 10:00 a.m.

The Honorable Patricia V. Trumbull



Dockets.Justia.com

The Court, having considered Hewlett-Packard Company's, Hewlett-Packard Development Company, L.P.'s and Compaq Computer Company's Motion For A Protective Order, the Declaration of Christopher D. Landgraff in support of the motion and the exhibits attached thereto, and good cause appearing,

**IT IS HEREBY ORDERED** that the motion for a protective order is **GRANTED**. Hewlett-Packard Company, Hewlett-Packard Development Company, L.P. and Compaq Computer Company shall be relieved from responding to the following discovery requests:

1. EMC Corporation's Third Set of Request for Admissions;
2. EMC Corporation's Eighth Set of Requests for Production of Documents and Things; and
3. EMC Corporation's Sixth Set of Interrogatories.

**IT IS SO ORDERED.**

Dated: _____________, 2004

_____________________________________

The Honorable Patricia V. Trumbull
United States Magistrate Judge