LEONIDOU & ROSIN
Professional Corporation
JANETTE G. LEONIDOU (SBN 155257)
SLOAN C. BAILEY (SBN 188113)
DAVID COUNTRYMAN (SBN 226995)
5 Thomas Mellon Circle, Suite 205
San Francisco, CA 94134
Telephone: (415) 715-2860
Facsimile: (415) 715-2870

Attorneys for Plaintiff
SVALA CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVALA CONSTRUCTION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH NORTH AMERICAN, a business entity, form unknown; COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a purported Maryland corporation; and DOES 1 through 75, inclusive,<br><br>Defendants. | Case No.: C 04-00262 MJJ<br><br>[Alameda County Superior Court Case No. HG04136312 filed January 14, 2004]<br><br>DECLARATION OF RAMON YUEN-GARCIA<br><br>Date: November 16, 2004<br>Time: 9:30 a.m.<br>Courtroom: 11 |

I, Ramon Yuen-Garcia, declare:

1. I am an attorney for the Division of Labor Standards Enforcement (the "DLSE"). I make this declaration of my own knowledge, and if called to do so, I could and would competently testify as to the matters set forth herein.

///

///

///

///



Dockets.Justia.com

2. The Division of Labor Standards Enforcement sent to Lis electric and its sureties, including Fidelity and Deposit Company of Maryland, notice of its action regarding violations of the prevailing wage law—DLSE Case No. 40-08425/357 (Irvington High School)—in a letter dated June 3, 2001. Attached hereto as Exhibit A is a true and correct copy of that letter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 26, 2004

Ramon Yuen-Garcia

# EXHIBIT A

STATE OF CALIFORNIA Department of Industrial Relations Gray Davis, GOVERNOR

**DIVISION OF LABOR STANDARDS ENFORCEMENT**
**Public Works Investigations**
1515 Clay Street, Suite 801
Oakland, CA 94612-1499
FAX (510) 622-3257

June 3, 2001

LIS Electric Inc.
3254 19th Street
San Francisco, CA 94110
Attention: Vladimir Litvak, President

**Subject:** **DLSE Case No. 40-05958/357 (Tenderloin Elementary School)**
**DLSE Case No. 40-06822/357 (Miller Junior High School)**
**DLSE Case No. 40-07455/357 (San Francisco EDD)**
**DLSE Case No. 40-08425/357 (Irvington High School)**
**DLSE Case No. 40-08874/357 (Del Rey Elementary School)**
**DLSE Case No. 40-08890/357 (Colonial Acres Elementary School)**

Dear Mr. Litvak:

As you are aware, the Division of Labor Standards Enforcement (DLSE) is conducting an investigation of alleged violations of prevailing wage law by LIS Electric Inc. on several Bay Area public works including: Tenderloin Elementary School; Miller Junior High School; San Francisco EDD; Irvington High School; Del Rey Elementary School and Colonial Acres Elementary School.

Additional information is required to further clarify documents previously submitted by LIS Electric, Inc., specifically as follows:

1. Please provide an index as to all job numbers listed on the Timesheets submitted by LIS Electric, Inc. for the workers employed on these public works, including the project name and awarding body. It may expedite matters to simply provide a master list of "Customer:Jobs" rather than attempting to edit out projects that may or may not appear on the timesheets submitted for the above-referenced projects.

2. Please provide the criteria used by LIS Electric, Inc. to determine when a Work Classification will be utilized, specifically the Communications & Systems Installer, Communications & Systems Technician, Telephone Installer and Light Fixture Maintenance classifications.

3. Please provide a copy of the LIS Apprenticeship Program (as approved by the State of California), as well as the Apprenticeship Indentureship Agreements for all workers appearing on Certified Payroll Reports for each of the above-referenced projects. Also, please include a training schedule for current employees, as well as a list of workers who have successfully completed the training program.

4. Please provide original bank statements (as well as any other supporting documents) to confirm that the correct amount of fringe benefits and health contributions have been paid to, or on behalf of, each worker for all hours worked on each of the above-referenced public works. In accordance with the prevailing wage requirements, workers must be compensated at the total hourly rate, which includes Health and Welfare, as well as Pension contributions. Please note that these Employer Payments are irrevocably made and, as per Section § 1778 of the California Labor Code:

"Every person, who individually or as a representative of an awarding or public body or officer, or as a contractor or subcontractor doing public work, or agent or officer thereof, who takes, receives or conspires with another to take or receive, for his own use or the use of any other person any portion of the wages of any workman or working subcontractor, in connection with services rendered upon any public work is guilty of a felony."

Please be reminded that only those contributions which are shown to be paid or placed in an irrevocable trust or fund pursuant to the applicable benefit plan will be credited against the prevailing wage. Furthermore, neither LIS Electric, Inc. nor any corporate officers may have access or use of the funds for LIS Electric, Inc. to be entitled to take credit for these contributions.

Pursuant to Labor Code Section 1776, please forward these document with ten (10) days or LIS Electric will be subject to penalties as described in Sec 1776 (g) of the California State Labor Code.

Sincerely,

**STATE LABOR COMMISSIONER**

By [signature]

Bob Twomey
Deputy Labor Commissioner

Cc: American Insurance Company
San Francisco Unified School District
San Francisco City Attorney
Nielsen Dillingham Builders, Inc.
Fidelity and Deposit Company of Maryland
Cupertino Unified School District
Surety Company of the Pacific
California Department of General Services
Thompson Pacific Construction, Inc.
Fremont Unified School District
Svala Construction Inc.
San Lorenzo Unified School District
Ernie Behm, DIR Division of Apprenticeship Standards
Charlie Atilano, Senior Deputy, DIR Division of Labor Standards Enforcement
Shirley Trevino, DIR Division of Labor Standards Enforcement