Apple Inc. v. Psystar Corporation Doc. 2334 Att. 2

THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
By: Michael P. Murphy, Chief Deputy (SBN 83887)
By: Miruni Soosaipillai, Deputy (SBN 160858)
By: Timothy Fox, Deputy (SBN 190084)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-1960
Fax: (650) 363-4034

Attorneys for Defendant
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR BRAUN, ANDREA BRAUN and the OSCAR BRAUN TRUST DATED 1996, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO,<br><br>Defendant. | Case No. CV 03-03415 MJJ<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**<br><br>Date: November 9, 2004<br>Time: 9:30 a.m.<br>Dept: Honorable Martin J. Jenkins<br><br>Trial Date: February 14, 2005 |

Defendant County of San Mateo respectfully requests that the Court take judicial notice of the following official acts and documents, which are readily ascertainable matters and not subject to reasonable dispute, pursuant to Federal Rules of Evidence, Rule 201(b). *See Zimomra v. Alamo Rent-A-Car, Inc.*, 111 F.3d 1495, 1503–04 (10th Cir. 1997) (ordinances may be judicially noticed).

**EXHIBITS TO REQUEST FOR JUDICIAL NOTICE:**

1. SMC Ordinance Code, Chapter 2.205, Campaign Contribution Limits, consisting of Sections 2.205.010 – 2.205.040.



Dockets.Justia.com

Dated: October 26, 2004

THOMAS F. CASEY III, COUNTY COUNSEL

By: /s/
Michael P. Murphy, Chief Deputy

Attorneys for Defendant
COUNTY OF SAN MATEO