EXHIBIT 1

Dockets.Justia

Chapter 2.205 CAMPAIGN CONTRIBUTION LIMITS

---

## Section 2.205.010 Definitions.

(a) The definitions and other provisions of the applicable provisions of the California Political Reform Act of 1996 (Government Code sections 85100 et seq.) and the regulations of the Fair Political Practices Commission shall govern the interpretation and application of this section to the extent practicable.

(b) "County office" means the office of member of the Board of Supervisors, Assessor-County Clerk-Recorder, Controller, District Attorney, Sheriff, Coroner, Treasurer-Tax Collector.

(c) Independent committees are "persons" for purpose of the contribution limitations. Any expenditure by an independent committee in aid of or in opposition to a candidate which is not an "independent expenditure" is deemed to be a contribution to that candidate, subject to limitation.

(d) "Expenditure" means any purchase, payment distribution, loan, advance, deposit, or gift of money, or anything of value, made by any person for the purpose of influencing any election for County office.

(e) "Independent expenditure" means an expenditure that is not made in cooperation, consultation or concert with the candidate, or the candidate's campaign officers, campaign employees or volunteers.

(f) "Per election" means the time period commencing on the date the candidate files a statement of intention to be a candidate form with the Secretary of State as required by Government Code section 85200 and ending a year after the date of the election.

(g) "Surplus funds" means campaign funds in excess of expenses incurred for the campaign that are remaining in the campaign account after the election. (Ord. 3892, 03/16/99)

Chapter 2.205 CAMPAIGN CONTRIBUTION LIMITS

---

## Section 2.205.020 Limitation of campaign contributions to candidates in county elections.

No person shall make to any candidate for County office or the candidate's controlled committee and no candidate or the candidate's controlled committee shall accept from any person a contribution or contributions totaling more than one thousand dollars ($1000) for each election in which the candidate is attempting to be on the ballot or is a write in candidate. (Ord. 3892, 03/16/99)

Chapter 2.205 CAMPAIGN CONTRIBUTION LIMITS

---

## Section 2.205.030 Disclosure of independent expenditures exceeding one thousand dollars.

Any independent expenditure, as defined in section 2.204.090(e), that is valued at over one thousand dollars ($1000) with respect to any election for County office shall be disclosed on Independent Expenditure Report forms and filed with the Elections Division of the Assessor-County Clerk-Recorder. These forms shall be filed 30 days and 16 days prior to the election. All independent expenditures valued at over $1000 made during the 16 days immediately preceding the election shall be disclosed on a Late Expenditure Report form. Late Independent Expenditure Report forms must be filed via fax with the Elections Division within 24 hours of the time that the late independent expenditure is made via fax, guaranteed overnight delivery service or personal delivery. (Ord. 3892, 03/16/99)

Chapter 2.205 CAMPAIGN CONTRIBUTION LIMITS

---

## Section 2.205.040 Use of surplus campaign funds.

Surplus funds may only be used for the following purposes:

(a) Payment of outstanding campaign debts;

(b) Prorata repayment to contributors;

(c) Donations to nonprofit tax-exempt organizations;

(d) Contributions to a political party or committees, except that funds cannot be used for contributions supporting or opposing candidates for county office. (Ord. 3892, 03/16/99)