BORIS FELDMAN, State Bar No. 128838
KEITH E. EGGLETON, State Bar No. 159842
CYNTHIA A. DY, State Bar No. 172761
CAMERON P. HOFFMAN, State Bar No. 229316
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
Netflix, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD NOEL, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETFLIX, INC., REED HASTINGS, BARRY McCARTHY, and LESLIE J. KILGORE,<br><br>Defendants. | CASE NO.: C-04-2978 FMS<br><br>CERTIFICATE OF SERVICE |



Dockets.Justia.com

## CERTIFICATE OF SERVICE BY MAIL

I, Mary Jo Stinson, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served

1. **DEFENDANTS' STATEMENT RE MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFFS**
2. **DECLARATION OF CAMERON P. HOFFMAN IN SUPPORT OF DEFENDANTS' STATEMENT RE MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFFS**

on each person listed below, by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I placed the envelope(s) for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

Neil R. Rothstein
Scott + Scott LLC
108 Norwich Avenue
Colchester, CT 06415

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on October 28, 2004.

/s/ Mary Jo Stinson
Mary Jo Stinson