FELICIA R. REID (SBN 155481)
ROBERT S. NELSON (SBN 220984)
CURIALE DELLAVERSON HIRSCHFELD
& KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
Varnell Struck & Associates, Inc.

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID A. DUDASH,<br><br>Plaintiff,<br><br>vs.<br><br>VARNELL STRUCK & ASSOCIATES, INC.,<br><br>Defendant. | Case No. C 04 2748<br><br>**DECLARATION OF BARRY KILBURN IN SUPPORT OF REPLY TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT, PURSUANT TO FRCP RULE 12(B)**<br><br>**Date:** November 15, 2004<br>**Time:** 2:00 p.m.<br>**Judge:** Marilyn Hall Patel<br>**Ctrm:** 15 |

Apple Inc. v. Psystar Corporation

I, BARRY KILBURN, declare as follows:

1. I have personal knowledge of the facts stated herein, and could testify competently thereto if called upon to do so.

2. I am an employee of Varnell Struck & Associates, Inc. ("Varnell Struck"). At all times relevant to this litigation, I was Varnell Struck's Western Regional Manager for the VST division. I first became the regional manager for the VST division in March 2001.

3. The western region encompasses California. I was directly responsible for all of VST's service specialists operating in and around San Francisco, Oakland and San Jose. I was also responsible for additional service specialists in California who operated in Los Angeles and



Dockets.Justia.com

Orange counties.

4. Lowe's opened its first store in the San Francisco/Oakland/San Jose region in 2001, when the company opened a store in San Bruno In 2002, Lowe's opened additional stores in Antioch, Livermore and Union City, and in 2003, Lowe's opened another store in Gilroy. At all times relevant to this litigation, Lowe's did not have any other stores in the San Francisco/Oakland/San Jose area.

5. Throughout the time that Lowe's has maintained stores in the San Francisco/Oakland/San Jose region, VST has assigned only one (1) employee to regularly service and work out of those stores.

6. As of the filing of this lawsuit, VST had four (4) employees regularly working in and around Los Angeles and Orange counties.

7. At all times relevant to this litigation, VST had capacity for only one employee to be working in the San Francisco/Oakland/San Jose region, whereas there was capacity for as many as four (4) employees to be working in and around Los Angeles and Orange counties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 1st day of November, 2004 in Spokane, Washington.

Barry Kilburn

Barry Kilburn





GERHALF DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SAN FRANCISCO