QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Kevin P. B. Johnson (Bar No. 177129)
John D. van Loben Sels (Bar No. 201354)
R. Tulloss Delk (Bar No. 229442)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for DEFENDANTS
Oriental Trading Company, Inc. and
Teresa Martini

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EXCELLIGENCE LEARNING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ORIENTAL TRADING COMPANY, INC. AND TERESA MARTINI,<br><br>Defendants. | CASE NO. C 03-04947 JF<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I, Jackie Valenzuela, declare under penalty of perjury under the laws of The State of California that the foregoing is true and correct:

I am employed in the City of Redwood Shores, County of San Mateo, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. My business address is at the law firm QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065.

I caused to be served the following documents(s):

1. **REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING PLAINTIFF'S CLAIMS OF TRADE SECRET MISAPPROPRIATION, BREACH OF CONFIDENTIALITY AGREEMENT AND TORTIOUS INTERFERENCE WITH CONTRACT (COUNTS I, VII AND VIII)**

2. **DECLARATION OF KEVIN P. B. JOHNSON IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF EXCELLIGENCE LEARNING CORP.'S CLAIMS OF TRADE SECRET MISAPPROPRIATION, BREACH OF CONFIDENTIALITY AGREEMENT AND TORTIOUS INTERFERENCE WITH CONTRACT**

3. **DEFENDANTS' *EX PARTE* MOTION TO FILE UNDER SEAL DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING PLAINTIFF'S CLAIMS OF UNFAIR COMPETITION AND COPYRIGHT INFRINGEMENT (COUNTS II, IV, V and VI), DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING PLAINTIFF'S CLAIMS OF TRADE SECRET MISAPPROPRIATION, BREACH OF CONFIDENTIALITY AGREEMENT AND TORTIOUS INTERFERENCE WITH CONTRACT (COUNTS I, VII AND VIII), EXHIBITS B – E, G, I, K, AND N TO THE LIANG DECLARATION, AND EXHIBITS A - E, G – K, AND M TO THE JOHNSON DECLARATION**

I enclosed true and correct copies of said documents in an envelope, and consigned it for hand delivery by messenger on the following party:

Wendy M. Lazerson, Esq.
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Ph: (415) 743-6900
Fax: (415) 743-6910

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the matter indicated above, to with, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on November 2, 2004, in Redwood Shores, California.

JACKIE VALENZUELA