Apple Inc. v. Psystar Corporation Doc. 2385

HAROLD J. MCELHINNY (CA SBN 66781)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUMPSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEDSTROM CORPORATION, a Delaware corporation; KMART CORPORATION, a Michigan corporation; TARGET CORPORATION, a Minnesota corporation; TOYS "R" US-DELAWARE, INC., a Delaware corporation, and DOES 1 through 100,<br><br>Defendants. | Case No. 3:04-cv-00199-PJH<br><br>**NOTICE OF APPEARANCE BY MORRISON & FOERSTER LLP AS COUNSEL FOR DEFENDANT TARGET CORPORATION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel has been retained to represent defendant Target Corporation in this action. Copies of all documents and pleadings relating to this litigation should be served on the undersigned counsel, in addition to the existing counsel of record for defendant Target Corporation.



Dockets.Justia.com

Dated: November 8, 2004

TARGET CORPORATION

By: /s/ Harold J. McElhinny (e-filing signature)
MORRISON & FOERSTER LLP
Harold J. McElhinny

Attorneys for Defendant
TARGET CORPORATION