Apple Inc. v. Psystar Corporation Doc. 2390

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD KAPLAN,

Plaintiff,

v.

NATIONAL CHECK FRAUD CENTER,

Defendant.
_______________________________________/

No. C-04-2394 EDL

**ORDER FOR REASSIGNMENT**

In view of the Report and Recommendation dated November 9, 2004, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: November 9, 2004

/electronic signature authorized/
ELIZABETH D. LAPORTE
United States Magistrate Judge

Dockets.Justia.com