Apple Inc. v. Psystar Corporation Doc. 2397

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No.83908)
KATHRYN J. ALLEN (Bar No. 196544)
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3824
Telephone: (415) 398-8080
Fax: (415) 398-5584

Attorneys for Defendants
SYDRAN FOOD SERVICES, L.P.
SYDRAN, INC., and SYDRAN
SERVICES, LLC

ORIGINAL
FILED
OCT 22 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CONNIE ARNOLD,<br>Plaintiff,<br>v.<br>BURGER KING CORPORATION, SYDRAN FOOD SERVICES, L.P., SYDRAN, INC., and SYDRAN SERVICES, LLC; LO FONG, DOE 1 TRUST, MALL PARKING LOT OWNER DOE 2 AND DOES 3 through 50, inclusive,<br>Defendants. | Civil Action No. C-03-2893 RS<br><br>**NOTICE OF FILING OF CHAPTER 11 BANKRUPTCY OF DEFENDANTS SYDRAN FOOD SERVICES, L.P., SYDRAN, INC., AND SYDRAN SERVICES, LLC** |

PLEASE TAKE NOTICE that on September 30, 2004, Defendants Sydran Services, L.P., Sydran, Inc., and Sydran Services, LLC ("Defendants") filed voluntary petitions in the United States Bankruptcy Court, Northern District of California, under Chapter 11 of the Bankruptcy Code, as Case Numbers 04-45343 and Case No. 04-45346 (the "Bankruptcy Cases"). True and correct copies of the Voluntary Petitions ("Petitions") are attached hereto as Exhibit 1 and Exhibit 2.

As a result of the filing of the Bankruptcy Cases, the automatic stay provisions of United States Bankruptcy Code Section 362 were put into effect. Therefore, Plaintiff is precluded from further prosecuting this action against these Defendants at this time to and until the date of dismissal of the Bankruptcy Cases currently pending in the United States Bankruptcy Court or

COPY

PRINTED ON RECYCLED PAPER



Dockets.Justia.com

until the automatic stay in the Bankruptcy Cases is lifted with respect to the above-captioned action.

Dated: October 20, 2004

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK
KATHRYN J. ALLEN

By:______________________
MARTIN H. ORLICK, Attorneys for
SYDRAN FOOD SERVICES, L.P., SYDRAN, INC., and SYDRAN SERVICES, LLC

PRINTED ON
RECYCLED PAPER

(Official Form 1) (12/02)
FORM B1

# United States Bankruptcy Court
# Northern District of California

**VOLUNTARY PETITION**

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): SYDRAN SERVICES, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden and trade names): SYDRAN SERVICES, INC. | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): 68-0430151 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 3000 Executive Parkway, Suite 515 San Ramon, CA 94583 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: CONTRA COSTA | County Of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address listed above):

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type Of Debtor** (Check all boxes that apply)

☐ Individual(s) ☐ Railroad
☐ Corporation ☐ Stockbroker
☐ Partnership ☐ Commodity Broker
☒ Other: Limited Liability Company ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7 ☒ Chapter 11 ☐ Chapter 13
☐ Chapter 9 ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debt** (Check one box)

☐ Consumer/Non-Business ☒ Business

**Filing Fee** (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Case # : 04-45343-EDJ11
Debtor : SYDRAN SERVICES, LLC
Judge : Edward Jellen
341 Mtg: 10/25/04 @ 09:30am
Oakland, CA
Tentative - Notice to be mailed
Chapter: 11 Office 4 - OK
Receipt# 40052273 Deputy : TL
Amount : $839.00
From : PACHULSKI
Filed : September 30, 2004 02:50 PM
Order for Relief
Clerk, U.S. Bankruptcy Court
Northern District of California



EXHIBIT 1

(Official Form 1) (12/02)

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s) SYDRAN SERVICES, LLC | FORM B1, Page 2 |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor: SEE RIDER A ATTACHED HERETO | Case Number: | Date Filed: CONCURRENTLY |
| District: NORTHERN DISTRICT OF CALIFORNIA | Relationship: AFFILIATE | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Signature of Debtor

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of Attorney**

Signature of Attorney for Debtor

WILLIAM P. WEINTRAUB
Printed Name of Attorney for Debtor(s)

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
Three Embarcadero Center, Suite 1020
San Francisco, CA 94111
(415) 263-7000
(415) 263-7010 Fax

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Signature of Authorized Individual

Mathew Schoenbaum
Printed Name of Authorized Individual

President, Chief Executive Officer and Chief Financial Officer
Title of Authorized Individual

9-30-04
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15d of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States code, and have explained the relief available under each such chapter.

Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the Debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

Signature of Authorized Individual

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Sydran Services, LLC

**Rider A to Voluntary Petition**
**Pending Bankruptcy Cases Filed Concurrently by**
**Affiliates of the Debtor in the Northern District of California**
**Oakland Division**

| |
|---|
| The Sydran Group, LLC |
| Sydran Development, LLC |
| Sydran BK Services, LLC |
| Sydran Food Services, L.P. |
| Sydran Food Services II, L.P. |
| Sydran Food Services III, L.P. |
| Sydran Food Services IV, LLC |
| Sydran Casual Dining Services, LLC |
| Sydran III Texas, Inc. |

82700-002\DOCS_SF:30075.1

**RESOLUTIONS OF SYDRAN SERVICES, LLC,**
**a Nevada limited liability company**

In accordance with its operating agreement and the provisions of applicable law, the following resolutions are hereby adopted as of the date written below by virtue of the consent of the sole Manager of **SYDRAN SERVICES, LLC** (the "Company");

**WHEREAS**, the Manager has determined that it is in the best interests of the Company, its creditors, shareholders, and other interested parties that the Company commence a Chapter 11 case by filing a voluntary petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

**IT IS HEREBY RESOLVED**, that in connection with this resolution, Matthew Schoenberg, the President, Chief Executive Officer, and Chief Financial Officer of the Company ("Schoenberg"), and Kenneth A. Freed, Senior Vice President and Secretary of the Company ("Freed"), or either of them, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the appropriate United States Bankruptcy Court (the "Bankruptcy Court") at such time as he shall determine; and

**FURTHER RESOLVED**, that Steven Grossman, Vice President - Finance of the Company ("Grossman") is hereby designated by the Manager to serve as the "responsible individual" or "responsible officer" in any Chapter 11 case filed by or against the Company; and

**FURTHER RESOLVED**, that (a) Schoenberg, (b) Freed, and (c) Grossman, or any of them, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that any of them may deem necessary, proper, or desirable in connection with the Chapter 11 case, consistent with Chapter 11 of the Bankruptcy Code; and

**FURTHER RESOLVED**, that the Company retain and employ the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. as legal counsel to represent the Company in any Chapter 11 proceedings and pay said law firm an appropriate retainer; and

**FURTHER RESOLVED**, that the Company retain and employ the firm of Conway Del Genio Gries & Co., LLC as financial advisor in any Chapter 11 proceedings and pay said firm an appropriate retainer; and

**FURTHER RESOLVED**, that the Company be authorized to retain and employ any other professionals that management deems appropriate in any Chapter 11 proceedings and pay such professionals an appropriate retainer; and

**FURTHER RESOLVED**, that Schoenberg, Freed, and Grossman, or any of them, be, and they hereby are, authorized and empowered to take or cause to be taken any and all such further actions, to execute and deliver any and all such further documents and instruments, and to pay such fees and expenses, all as such officers deem necessary or appropriate in order to fully carry out the intent and accomplish the purposes of these resolutions.

**IN WITNESS WHEREOF**, the Manager has adopted the foregoing resolutions as of 9-30-04.

The Sydran Group, LLC,
a Nevada limited liability company and the
sole Manager of Sydran Services, LLC

By: [signature]
Matthew Schoenberg
President, Chief Executive Officer, and Chief Financial Officer

COPY

(Official Form 1) (12/02)
FORM B1

| United States Bankruptcy Court<br>Northern District of California | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (If individual, enter Last, First, Middle):<br>SYDRAN FOOD SERVICES, L.P. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>94-3154056 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>3000 Executive Parkway, Suite 515<br>San Ramon, CA 94583 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: CONTRA COSTA | County Of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (If different from street address): | Mailing Address of Joint Debtor (If different from street address): |

Location of Principal Assets of Business Debtor
(If different from street address listed above):

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue (Check any applicable box)

- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type Of Debtor (Check all boxes that apply)**

- ☐ Individual(s)
- ☐ Corporation
- ☒ Partnership
- ☐ Other:
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box)**

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 13
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debt (Check one box)**

- ☐ Consumer/Non-Business
- ☒ Business

**Filing Fee (Check one box)**

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**Chapter 11 Small Business (Check all boxes that apply)**

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information (Estimates only)**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| Estimated Assets | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Estimated Debts | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Case # : 04-45346-EDJ11
Debtor : SYDRAN FOOD SERVICES, L.P.
Judge : Edward Jellen
341 Mtg: 11/08/04 @ 09:30am
Oakland, CA
Tentative - Notice to be mailed
Chapter: 11 Office 4 - OK
Receipt# 40053283 Deputy : TL
Amount : $839.00
From : PACHULSKI

Filed : September 30, 2004 03:13 PM
Order for Relief
Clerk, U.S. Bankruptcy Court
Northern District of California



EXHIBIT 2

(Official Form 1) (12/02)

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s) SYDRAN FOOD SERVICES, L.P. | FORM B1, Page 2 |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor: SEE RIDER A ATTACHED HERETO | Case Number: | Date Filed: CONCURRENTLY |
| District: NORTHERN DISTRICT OF CALIFORNIA | Relationship: AFFILIATE | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Signature of Debtor

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of Attorney**

[signature]

Signature of Attorney for Debtor

WILLIAM P. WEINTRAUB
Printed Name of Attorney for Debtor(s)

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
Three Embarcadero Center, Suite 1020
San Francisco, CA 94111
(415) 263-7000
(415) 263-7010 Fax

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

[signature]

Signature of Authorized Individual

Matthew Schoenberg
Printed Name of Authorized Individual

President, Chief Executive Officer and Chief Financial Officer
Title of Authorized Individual

9-30-04
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15d of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States code, and have explained the relief available under each such chapter.

Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the Debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

Signature of Authorized Individual

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Sydran Food Services, L.P.

**Rider A to Voluntary Petition**
**Pending Bankruptcy Cases Filed Concurrently by**
**Affiliates of the Debtor in the Northern District of California**
**Oakland Division**

| |
|---|
| Sydran Services, LLC |
| The Sydran Group, LLC |
| Sydran Development, LLC |
| Sydran BK Services, LLC |
| Sydran Food Services II, L.P. |
| Sydran Food Services III, L.P. |
| Sydran Food Services IV, LLC |
| Sydran Casual Dining Services, LLC |
| Sydran III Texas, Inc. |

**RESOLUTIONS OF SYDRAN SERVICES, LLC,**
**a Nevada limited liability company**
**and the sole general partner of Sydran Food Services, L.P.,**
**a California limited partnership**

**SYDRAN SERVICES, LLC** (the "General Partner"), the sole general partner of Sydran Food Services, L.P., a California limited partnership (the "Company"), does hereby take the following actions, adopt the following resolutions, and transact the following business in accordance with the General Partner's operating agreement and the provisions of applicable law:

**WHEREAS**, the General Partner has determined that it is in the best interests of the Company, its creditors, shareholders, and other interested parties that the Company commence a Chapter 11 case by filing a voluntary petition under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**IT IS HEREBY RESOLVED**, that in connection with this resolution, Matthew Schoenberg, the President, Chief Executive Officer, and Chief Financial Officer of the General Partner ("Schoenberg"), and Kenneth A. Freed, Senior Vice President and Secretary of the General Partner ("Freed"), or either of them, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the appropriate United States Bankruptcy Court (the "Bankruptcy Court") at such time as he shall determine; and

**FURTHER RESOLVED**, that Steven Grossman, Vice President - Finance of the General Partner ("Grossman") is hereby designated by the General Partner to serve as the "responsible individual" or "responsible officer" in any Chapter 11 case filed by or against the Company; and

**FURTHER RESOLVED**, that (a) Schoenberg, (b) Freed, and (c) Grossman, or any of them, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that any of them may deem necessary, proper, or desirable in connection with the Chapter 11 case, consistent with Chapter 11 of the Bankruptcy Code; and

**FURTHER RESOLVED**, that the Company retain and employ the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. as legal counsel to represent the Company in any Chapter 11 proceedings and pay said law firm an appropriate retainer; and

**FURTHER RESOLVED**, that the Company retain and employ the firm of Conway Del Genio Gries & Co., LLC as financial advisor in any Chapter 11 proceedings and pay said firm an appropriate retainer; and

**FURTHER RESOLVED**, that the Company be authorized to retain and employ any other professionals that management deems appropriate in any Chapter 11 proceedings and pay such professionals an appropriate retainer; and

**FURTHER RESOLVED**, that Schoenberg, Freed, and Grossman, or any of them, be, and they hereby are, authorized and empowered to take or cause to be taken any and all such further actions, to execute and deliver any and all such further documents and instruments, and to pay such fees and expenses, all as such officers deem necessary or appropriate in order to fully carry out the intent and accomplish the purposes of these resolutions.

**IN WITNESS WHEREOF**, the General Partner has adopted the foregoing resolutions as of 9.30.04.

Sydran Services, LLC, a Nevada limited liability company
and the sole general partner of Sydran Food Services, L.P.,
a California limited partnership

By: [signature]
Matthew Schoenberg
President, Chief Executive Officer, and Chief Financial Office

# PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, Fifth Floor, San Francisco, California 94111.

On October 21, 2004 I served the document(s) described as Notice of Filing of Bankruptcy in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Timothy S. Thimesch, Esq.
Thimesch Law Offices
171 Front Street, Suite 102
Danville, CA 94526-3321

[X] (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY FAX) At _______ __.m., I transmitted, pursuant to Rules 2001 et seq., the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 398-5584 or (415) 956-6763 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

[ ] (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the offices of the addressee.

[ ] (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on October 21, 2004 at San Francisco, California.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Angela Pereira