Apple Inc. v. Psystar Corporation Doc. 2399



STROOCK & STROOCK & LAVAN LLP
ALAN Z. YUDKOWSKY (State Bar No. 194994)
PETER F. JAZAYERI (State Bar No. 199626)
LUCAS A. MESSENGER (State Bar No. 217645)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Plaintiff
SEMPRA ENERGY TRADING CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEMPRA ENERGY TRADING CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFFREY F. BROWN, SUSAN P. KENNEDY, LORETTA M. LYNCH, MICHAEL R. PEEVEY, and CARL WOOD, as Individuals, in their official capacity as Commissioners of the California Public Utilities Commission,<br><br>Defendants. | **Case No. C 04-4169-MMC**<br><br>**DECLARATION OF ALAN Z. YUDKOWSKY IN SUPPORT OF SEMPRA ENERGY TRADING CORP.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[Sempra Energy Trading Corp.'s Notice Of Motion And Motion For Preliminary Injunction; Memorandum Of Points And Authorities In Support Thereof; and [Proposed] Order Granting Preliminary Injunction filed concurrently herewith]**<br><br>**Date:** December 17, 2004<br>**Time:** 9:00 a.m.<br>**Dept:** Courtroom 7, 19th Floor<br>**Action Filed:** October 1, 2004<br>**Judge:** Hon. Maxine M. Chesney |



Dockets.Justia.com

**DECLARATION OF ALAN Z. YUDKOWSKY**

I, Alan Z. Yudkowsky, do hereby declare and state as follows:

1. I am an attorney duly licensed to practice before all the courts of this State and a member of the Bar of this Court. I am a member of Stroock & Stroock & Lavan LLP ("Stroock"), counsel for Sempra Energy Trading Corp. ("SET"). I submit this declaration in support of SET's *Ex Parte* Motion For Temporary Restraining Order and Memorandum of Points and Authorities in support thereof filed concurrently herewith. I have personal knowledge of the facts set forth herein and, if called upon to be a witness, I could and I would be competent to testify thereto.

2. On August 27, 2003, the California Public Utilities Commission ("CPUC"), in conjunction with a pending investigation into the price of natural gas at the California border during 2000 and 2001, issued a *subpoena duces tecum* to non-party SET (the "Subpoena"), appended to which were sets of data requests (the "Data Requests") propounded by Southern California Edison Co. ("Edison").

3. On February 13, 2004, Administrative Law Judge ("ALJ") Sarah R. Thomas and ALJ Charlotte F. TerKeurst held a hearing to determine, *inter alia*, the adequacy of SET's responses to the Data Requests. During that hearing, ALJ Thomas ordered SET to restore emails for a 15-month period from digital backup tapes for SET employees identified by Edison, and to produce any emails responsive to the Data Requests (the "Order").

4. Despite a pending motion for reconsideration of the Order and for referral, if denied, to the full Commission, on June 10, 2004, ALJ John E. Thorson issued a ruling directing SET's outside counsel to increase its dedicated staffing to a total of 15 attorneys to review the restored emails, to produce to Edison all emails responsive to the Data Requests, and to report weekly on the status of the review and production (the "June 10th Ruling").

5. On September 20, 2004, *inter alia,* ALJ Thorson ordered SET to bring its level of review to 12,000 to 14,000 documents per week, and to maintain that level or face sanctions (together with the June 10th Ruling, the "Rulings").

/ / /

/ / /



STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

6. To date, SET has spent over $1.6 million dollars in attorneys' fees, and $209,000 in data restoration costs in order to comply with the Subpoena, the Order, and the Rulings. At the currently required staffing level, SET is incurring approximately $125,000 per week in attorneys' fees.

7. Based on my knowledge and experience to date with this matter, and given the volume of documents that still need to be reviewed, SET will not finish its review and production of emails until early to mid 2005. For this reason, I estimate that SET will incur another $3 million in attorneys' fees to complete its review and production..

8. A true and correct copy of the California Public Utilities Commission's (the "CPUC") November 21, 2002 Order Instituting Investigation in 02-11-040 is attached hereto as Exhibit A.

9. A true and correct copy of the CPUC's April 16, 2003 Scoping Memo for Phase I of I.02-11-040 and Ruling of Assigned Commissioner is attached hereto as Exhibit B.

10. A true and correct copy of a June 30, 2003 letter sent by SET to Southern California Edison ("Edison") is attached hereto as Exhibit C.

11. A true and correct copy of an August 14, 2003 letter sent by Edison to SET is attached hereto as Exhibit D.

12. A true and correct copy of an August 21, 2003 letter sent by SET to Edison is attached hereto as Exhibit E.

13. A true and correct copy of the *subpoena duces tecum* served to SET on August 27, 2003 by the CPUC on behalf of Edison is attached hereto as Exhibit F.

14. A true and correct copy of SET's Motion to Quash Subpoena Duces Tecum From Southern California Edison ("Motion to Quash") is attached hereto as Exhibit G.

15. A true and correct copy of Southern California Edison Company's Response and Opposition of Southern California Edison Company (U 338-E) to SET's Motion to Quash is attached hereto as Exhibit H.

16. A true and correct copy of SET's Reply in Further Support of the Motion to Quash is attached hereto as Exhibit I.

/ / /

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

17. A true and correct copy of the hearing transcript from the October 30, 2003 Hearing is attached hereto as Exhibit J.

18. A true and correct copy of the Amended Data Requests served on SET on October 31, 2003 is attached hereto as Exhibit K.

19. A true and correct copy of a spreadsheet reflecting the documents produced to Edison by SET to date is attached hereto as Exhibit L.

20. A true and correct copy of the hearing transcript from the February 13, 2004 Hearing is attached hereto as Exhibit M.

21. A true and correct copy of SET's Motion to Reconsider February 13, 2004 Order Requiring Production and for Stay of that Order Pending Resolution of this Motion; And, if Denied, Motion for Order Referring the Matter to the Commission for Determination Pursuant To Rule 65 is attached hereto as Exhibit N.

22. A true and correct copy of Administrative Law Judge Sarah R. Thomas's ("ALJ Thomas") Ruling Denying Reconsideration of Ruling on Motion Concerning Discovery is attached hereto as Exhibit O.

23. A true and correct copy of Administrative Law Judge John E. Thorson's ("ALJ Thorson") Ruling Following Law and Motion Hearing on Discovery is attached hereto as Exhibit P.

24. A true and correct copy of the *subpoena duces tecum* served to SET on March 25, 2004 by the CPUC on behalf of Edison is attached hereto as Exhibit Q.

25. A true and correct copy of the *subpoena duces tecum* served to SET on May 11, 2004 by the CPUC on behalf of Edison is attached hereto as Exhibit R.

26. A true and correct copy of ALJ Thorson's Ruling Re: Compliance With Previous Discovery Rulings is attached hereto as Exhibit S.

27. A true and correct copy of Edison's Response of Southern California Edison Company to ALJ Thorson's August 26, 2004 Order Requesting Information Regarding Compliance With Previous Discovery Rulings is attached hereto as Exhibit T.

/ / /

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

28. A true and correct copy of a September 8, 2004 e-mail sent by ALJ Thorson regarding a law and motion hearing to be held on September 17, 2004 is attached hereto as Exhibit U.

29. A true and correct copy of Edison's Proposed Order Re: E-Mail Recovery, Review And Production By Sempra Energy Trading Corp. is attached hereto as Exhibit V.

30. A true and correct copy of SET's September 3, 2004 Letter to the Court of Appeal is attached hereto as Exhibit W.

31. I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature within this efiling.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2004 at Los Angeles, California.

/S/

Alan Z. Yudkowsky

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086