Apple Inc. v. Psystar Corporation Doc. 2436

RICHARD J. NELSON (State Bar No. 141658)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 392-1960
Facsimile: (415)392-0827
Email: rnelson@sideman.com

Attorneys for Defendant Divineo Inc.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

SONY COMPUTER ENTERTAINMENT AMERICA INC.,

Plaintiff,

v.

N2-ELECTRONICS.COM a/k/a N Tech, et al.,

Defendants.

No. CV 04-04200 CW

**E-FILING**

**STIPULATION FOR TWENTY-ONE DAY EXTENSION OF TIME FOR DIVINEO INC. TO FILE AN ANSWER AND/OR OTHERWISE PLEAD**

Judge: Hon. Claudia Wilken
Courtroom: 2, 4th Floor

Defendant Divineo Inc. ("Divineo") and Plaintiff Sony Computer Entertainment America Inc. hereby stipulate to a twenty-one day extension of time from December 6, 2004, through and including December 27, 2004, for Divineo to file its answer or otherwise respond to Plaintiff's complaint.

By filing this stipulation, Defendant Divineo Inc. does not waive any objections or defenses under Federal Rules of Civil Procedure 4 and 12, and expressly reserves the right to raise such objections or defenses at an appropriate time.

/ / /



Dockets.Justia.com

In accordance with Local Civil Rule 6.1(a), no judicial response to this stipulation is necessary.

DATED: December 2, 2004

TOWNSEND & TOWNSEND & CREW LLP

By: ______________________
TIMOTHY R. CAHN
Attorneys for Plaintiff
Sony Computer Entertainment America, Inc.

DATED: December 2, 2004

SIDEMAN & BANCROFT LLP

By: ______________________
RICHARD J. NELSON
Attorneys for Defendant
Divineo Inc.

Of Counsel:

David E. Weslow
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.383.0100
Facsimile: 202.637.3593
Email: david.weslow@sablaw.com

Patricia B. Cunningham
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE
Atlanta, GA 30309
Telephone: 404.853.8000
Facsimile: 404.853.8806
Email: patricia.cunningham@sablaw.com

RJN:RJN:BD.0841S\150909_1.DOC