Apple Inc. v. Psystar Corporation Doc. 2455

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: December 8, 2004 Time: 2:00 p.m.

DOCKET NO.: C 04-2778 WDB

TITLE OF CASE: Monster Cable Products v. Monster Vintage

COURT REPORTER: Raynee Mercado

ATTORNEYS:
Plaintiff: Brent Capehart, Esq.
Defendant: Julianne Davis, Esq. (by phone)

**PROCEEDINGS**

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [] SETTLEMENT CONFERENCE (1ST) |
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [X] MOTION | [] EXAM. OF JUDGMENT DEBTOR |
| [ ] OTHER: | [] EVIDENTIARY HEARING |

Court conducted hearing on defendant's motion to transfer venue. Court GRANTED defendant's motion. This case is to be transferred forthwith to the District Court of Oregon.
See separate order issued by the court.

cc: WDB, stats

Dockets.Justia.com