# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date: December 14, 2004

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/ERO: FTR

---

**TITLE: Joseph Patrick Megill v. Collecto Inc.**
**CASE NUMBER**: C04-03226HRL
Plaintiff(s) Attorney(s) present: Fred Schwimm
Defendant(s) Attorney(s) present: George Soares

---

**PROCEEDINGS: Defense Motion to Dismiss**

Counsel present arguments.

Matter is taken under submission. Court to issue written ruling.

Dockets.Justia.com