Apple Inc. v. Psystar Corporation

Doc. 2458



# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

ESTATE OF MARK HONG-MING, LU and MING-LING YEH LU,

V.

PRIMAX WHEEL CORPORATION, a California corporation, ENSURE CO, LTD., a Taiwan, ROC corporation, CHU-KUN LAN, YUNG-SHIH LAN, HUI-MEI LAN, FONG-MEI LAN, and DOES ONE through TWENTY.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C 04 4170 JSW

E-filing

TO: (Name and address of Defendant)

PRIMAX WHEEL CORPORATION, a California corporation, ENSURE CO, LTD., a Taiwan, ROC corporation, CHU-KUN LAN, YUNG-SHIH LAN, HUI-MEI LAN, FONG-MEI LAN, and DOES ONE through TWENTY,
9568 Richmond Place, Rancho Cucamonga, California 91730
No. 489, Hsin-Jung Road, Kao-Jung Li, Yung-Mei Town, Tao-Yuan Hsien, Taiwan, ROC

ADR

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Danning Jiang, Esq.
LAW OFFICES OF DANNING JIANG
3100 Mowry Avenue, Suite 410
Fremont, CA 94538
Tel.: 510-574-0099

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE OCT - 1 2004

(By) DEPUTY CLERK

Dockets.Justia.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE DEC 9, 2004 |
|---|---|
| NAME OF SERVER *(PRINT)* JONATHAN YEH / SHUMING TSAO | TITLE DIRECTOR / MANAGER OF PROTEUS SPORTS INC |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 5F NO. 8 LANE 38, JIN-SI STREET. TAIPEI. TAIWAN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Dec 9, 2004 (Date) [signature] / Shu Ming Tsao (*Signature of Server*)

6F-2, NO. 4 LN 26, JEN-AI RD LIN-KOU, TAIPEI, TAIWAN (244)

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

LAW OFFICES OF DANNING JIANG
A Professional Law Corporation
3100 Mowry Avenue, Suite 410
Fremont, California 94538
Telephone: (510) 574-0099

Facsimile: (510) 574-1814

November 26, 2004

BY CERTIFIED MAIL WITH RETURN RECEIPT

David Lan, President
Ensure Co. Ltd.
No. 489, Hsin-Jung Road
Kao-Jung Li, Yung-Mei Town
Tao-Yuan Hsien, Taiwan
ROC

Chu-Kun Lan
No. 489, Hsin-Jung Road
Kao-Jung Li, Yung-Mei Town
Tao-Yuan Hsien, Taiwan
ROC

RE: Lu, et al. v. Primax Wheel Corporation, et al.
Northern District Court of California-Oakland Case No. N/A

Dear Mr. David Lan and Mr. Chu-Kun Lan:

This letter informs you that both Ensure Co. Ltd. and Mr. Chu-Kun Lan have been sued by the Estate of Mark Hong-Ming Lu and Mrs. Ming-Ling Yeh Lu. Enclosed for service of process purpose, please find the following:

1. Original Summons;
2. Copy of Verified Complaint;
3. Order Setting Initial CMC;
4. Dispute Resolution Procedures; and
5. Other blank forms.

David Lan 12/9 04'

You must appear in the proceeding or answer our Complaint within 60 days of the delivery of this package to you.

If you have any question, please feel free to contact me at 1-510-574-0099. Thank you.

Very truly yours,

[signature]

DANNING JIANG, Esq.

DNJ/mj
Encl.

I will pass the same document to Mr. Chu-Kun Lan

David Lan 12/9 04' signed at 5F No 8 Lane 38 Jin-Si Street Taipei

ID A120882095

[redacted]