**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**Equal Employment Opportunity Commission**

**Plaintiff(s),**

**VS.**

**Sodexho Management, Inc.**

**Defendant(s).**

**0C04-03398 RMW**

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE**

The Clerk of this Court will now reassign this case to a Magistrate Judge re Consent to Proceed Before a Magistrate Judge signed by Plaintiff.

Dated: December 14, 2004

RICHARD W. WIEKING,
Clerk of Court

_/s/__________________
Betty Walton-CSA
Deputy Clerk

Copies mailed to:

William R. Tamayo
Jonathan T. Peck
Sanya P. Hill Maxion
Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero St, Suite 500
San Francisco, Ca 94105

Jeffrey D. Wohl
Paul Hastings Janofsky & Walker, LLP
55 Second Street
San Francisco, CA 94105-3441

Laura N. Monfredini
Paul Hastings Janofsky & Walker, LLP
55 Second Street
San Francisco, CA 94105-3441

Harry Roper
Marshall J. Schmitt
Li-Chung D. Ho
Jenner & Block LLP
One IBM Plaza
Chicago, Ill 60611