PILLSBURY WINTHROP LLP
WILLIAM F. ABRAMS #88805
JOSEPH R. TIFFANY II #67821
NICOLE M. TOWNSEND #189655
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Plaintiff and Counterclaim Defendant POSTX CORPORATION and Counterclaim Defendants MAYFIELD ASSOCIATES FUND VI, MAYFIELD ASSOCIATES FUND IV, L.P., MAYFIELD IX, MAYFIELD XI, MAYFIELD XI QUALIFIED, and MAYFIELD PRINCIPALS FUND II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POSTX CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SECURE DATA IN MOTION, INC., d/b/a SIGABA; CLEARSWIFT CORPORATION, and JAMES REID,<br><br>Defendants.<br><br>AND RELATED COUNTERACTIONS. | Nos. C02-04483 SI & C03-00521 SI<br><br>**MANUAL FILING NOTIFICATION OF UNEDITED VERSION OF THE DECEMBER 14, 2004 LETTER BRIEF REQUESTING SANCTIONS AGAINST SIGABA FOR VIOLATION OF RULE 26(G)**.<br><br>Judge: Hon. Susan Illston |

**<u>MANUAL FILING NOTIFICATION</u>**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

The reason for manual filing of the above-referenced document, is that the



Dockets.Justia.com

document which been designated as "Highly Confidential – Attorneys' Eyes Only" under the terms of the revised Protective Order in this action.

In addition to this manual filing, PostX Corporation and The Mayfield Entities emailed a copy of this document to opposing counsel on December 14, 2004, and will be serving a hard copy on opposing counsel, via "hand delivery", on December 15, 2004.

Dated: December 15, 2004

PILLSBURY WINTHROP LLP
WILLIAM F. ABRAMS
JOSEPH R. TIFFANY II
NICOLE M. TOWNSEND
2475 Hanover Street
Palo Alto, CA 94304-1114

By /s/ William F. Abrams
William F. Abrams
Attorneys for Plaintiff and Counterclaim Defendant POSTX CORPORATION and Counterclaim Defendants MAYFIELD ASSOCIATES FUND VI, MAYFIELD ASSOCIATES FUND IV, L.P., MAYFIELD IX, MAYFIELD XI, MAYFIELD XI QUALIFIED, AND MAYFIELD PRINCIPALS FUND II