Apple Inc. v. Psystar Corporation Doc. 2485

JOHN P. KERN (CSB # 206001)
PERKINS COIE LLP
180 Townsend Street, 3rd Floor
San Francisco, CA 94107-1909
(415) 344-7000
(415) 344-7050 - fax

MICHAEL D. BROADDUS (Appearing Pro Hac Vice)
TRACY S. LEMKE (Appearing Pro Hac Vice)
PERKINS COIE LLP
1201 Third Avenue, 48th Floor
Seattle, Washington 98101
(206) 359-8000
(206) 359-9000 - fax

Attorneys for Plaintiff Semitool, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SEMITOOL, INC., a Montana corporation,

Plaintiff,

v.

DYNAMIC MICRO SYSTEMS SEMICONDUCTOR EQUIPMENT GmbH, a German corporation,

Defendant.

CASE NO. C01-1391 WHA

**SEMITOOL'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**



Dockets.Justia.com

## I. MISCELLANEOUS ADMINISTRATIVE REQUEST

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 79-5, and the Order Approving Stipulated Protective Order Subject to Stated Conditions entered by Judge Alsup on January 24, 2002, and modified on November 1, 2004, plaintiff Semitool, Inc. ("Semitool") makes this Miscellaneous Administrative Request for an order allowing certain portions of documents submitted by Semitool in connection with its Motion to Enforce Permanent Injunction and Settlement Agreement ("Motion") to be filed under seal.

Specifically, Semitool requests that the Court file under seal the following portions of Semitool's Motion to Enforce Permanent Injunction and Settlement Agreement: Pg. 3; lns. 25-27; pg. 5, lns. 14-23 and last portion of ln. 24 through ln. 25; pg. 6, lns. 3-15 and last portion of ln. 17 through ln. 26; pg. 7 lns. 1-12 and last portion of ln. 13 through ln. 25; pg. 8, ln. 1 through most of ln. 7 and lns. 10-23; pg. 9, first half of ln. 1 through ln. 16 and lns. 19-27; pg. 10, lns, 23-28; pg. 11, ln. 15 through first portion of ln. 18; pg. 12, ln. 1 through first portion of ln. 3; pg. 15, lns. 22-27; pg. 16, lns. 1-5, last portion of ln. 8 through ln. 23, and lns. 27-28; pg. 17, lns. 1-14 and 16-28; pg. 18, ln. 23 through first portion of ln. 27; pg. 19, last portion of ln. 4 through first portion of ln. 19; pg. 20, last portion of ln. 11 through first portion of ln. 14; pg. 21, lns. 17-26; pg. 22, lns. 1-2 and 17-23; pg. 23, lns. 1-9.

In addition, Semitool requests that the following exhibits attached to the Declaration of Michael D. Broaddus in Support of Semitool's Motion to Enforce Permanent Injunction and Settlement Agreement be filed under seal: Exhibits 2-4; 8, 10-22; 24-28; 35-37.

These exhibits include information that defendant Dynamic Micro Systems Semiconductor Equipment GmbH ("DMS") has designated as confidential under the Stipulated Protective Order in this action. Semitool cannot present specific facts or evidence that would justify the sealing of the requested portions or exhibits; however, it submits this Miscellaneous Administrative Request to comply with the terms of the parties' Stipulated Protective Order requiring that documents designated as "Confidential" be filed under seal.

## II. DISCUSSION

All the material that Semitool presently requests to be filed under seal is information that DMS designated as "Confidential" pursuant to the Stipulated Protective Order. Therefore, Semitool is unable to present any facts or evidence that would establish good cause for sealing the requested portions and exhibits.

Semitool submits this Miscellaneous Administrative Request solely to comply with the terms of the parties' Stipulated Protective Order, which was approved by the Court, subject to certain stated conditions, on January 24, 2002, and modified on November 1, 2004. The Stipulated Protective Order governs the treatment of information designated by parties as "Confidential." Under paragraph 15 of the Stipulated Protective Order, "CONFIDENTIAL INFORMATION, and all items which reveal the contents of such CONFIDENTIAL INFORMATION, to be filed with the Court by any party or nonparty shall be filed in sealed envelopes or other appropriately sealed containers. . . ." Pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions, the filing of documents under seal must be done in compliance with Local Rule 79-5.

Semitool takes no position on the appropriateness of filing the requested documents under seal. In fact, Semitool would have no objection to filing these documents in the public docket.

## III. CONCLUSION

Semitool respectfully requests that this Court seal the following portions of documents and exhibits:

Semitool's Motion to Enforce Permanent Injunction and Settlement Agreement: Pg. 3; lns. 25-27; pg. 5, lns. 14-23 and last portion of ln. 24 through ln. 25; pg. 6, lns. 3-15 and last portion of ln. 17 through ln. 26; pg. 7 lns. 1-12 and last portion of ln. 13 through ln. 25; pg. 8, ln. 1 through most of ln. 7 and lns. 10-23; pg. 9, first half of ln. 1 through ln. 16 and lns. 19-27; pg. 10, lns, 23-28; pg. 11, ln. 15 through first portion of ln. 18; pg. 12, ln. 1 through first portion of ln. 3; pg. 15, lns. 22-27; pg. 16, lns. 1-5, last portion of ln. 8 through ln. 23, and lns. 27-28; pg.

17, lns. 1-14 and 16-28; pg. 18, ln. 23 through first portion of ln. 27; pg. 19, last portion of ln. 4 through first portion of ln. 19; pg. 20, last portion of ln. 11 through first portion of ln. 14; pg. 21, lns. 17-26; pg. 22, lns. 1-2 and 17-23; pg. 23, lns. 1-9.

Declaration of Michael D. Broaddus in Support of Motion to Enforce Permanent Injunction and Settlement Agreement: Exhibits 2-4; 8, 10-22; 24-28; 35-37.

Semitool requests that the above documents be filed as soon as possible.

DATED: December 15, 2004

**PERKINS COIE LLP**

By: /s/
Michael D. Broaddus

Attorneys for Plaintiff
Semitool, Inc.