Apple Inc. v. Psystar Corporation
Doc. 2497

ORIGINAL FILED
04 DEC 10 AM 10:37
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Christopher T. Holland (State Bar No. 164053)
Anne E. Kearns (State Bar No. 183336)
Kathy M. Sarria (State Bar No. 181322)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, CA 94104
Phone: (415) 249-8330
Fax: (415) 249-8333

Douglas E. Mirell (State Bar No. 094169)
Karen R. Thorland (Sate Bar No. 172092)
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Phone: (310)282-2000
Fax: (310)282-2200

Attorneys for Plaintiff
WARNER BROS.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE (206.171.170.139),<br><br>Defendant. | Case No.: C 04 5237 JF<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a



Dockets.Justia.com

party that could be substantially affected by the outcome of this proceeding:

WARNER BROS. ENTERTAINMENT INC. is ultimately and indirectly majority owned by Time Warner Inc., a publicly traded U.S. corporation.

Plaintiff is not currently aware of any additional parent corporations or any additional publicly held corporations that own 10% or more of its respective stock.

Dated: 12/10/04

CHRISTOPHER T. HOLLAND
ANNE E. KEARNS
KATHY M. SARRIA
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

DOUGLAS E. MIRELL
KAREN R. THORLAND
LOEB & LOEB LLP

By [signature]
CHRISTOPHER T. HOLLAND
Attorney for Plaintiff
WARNER BROS.