MICHAEL E. BREWER Bar No. 177912
Littler Mendelson
A Professional Corporation
2175 North California Boulevard
Suite 835
Walnut Creek, California 94596-3565
Telephone: (925) 932-2468
Facsimile: (925) 946-9809

JAMIE R. WELTON Tx. Bar No. 24013732
ELIZABETH K. STEPP Tx. Bar No. 00788467
Lackey Hershman L.L.P.
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4241
Telephone: (214) 560-2201
Fax: (214) 560-2203
(Pro Hac Vice Applications Pending)

Attorneys for Defendants
CLICK HERE, INC., d/b/a
RICHARDS INTERACTIVE, AND
THE RICHARDS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIBAL FUSION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CLICK HERE, INC. d/b/a RICHARDS INTERACTIVE; THE RICHARDS GROUP, INC.; TRUE BEGINNINGS, LLC, d/b/a TRUE; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C04 5184-EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 10, 2005

/s/
MICHAEL E. BREWER
JAMIE R. WELTON
ELIZABETH K. STEPP
Attorneys for Defendants
CLICK HERE, INC., d/b/a
RICHARDS INTERACTIVE, AND
THE RICHARDS GROUP, INC.

Walnut_Creek:59530.1 820000.1876



LITTLER MENDELSON
A PROFESSIONAL CORPORATION
175 North California Boulevard
Suite 835
Walnut Creek, CA 94596.3565
925 932.2468