Apple Inc. v. Psystar Corporation
Doc. 2512





United States District Court
For the Northern District of California

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 1/12/05 ______________________
[Typed name and signature of plaintiff]
By: Chuck Rubin - Plaintiffs' Personal Representative

Dated: 1/10/05 ______________________
[Typed name and signature of counsel for plaintiff]
STEVEN AMES BROWN

Dated: 1/13/05 ______________________
[Typed name and signature of defendant]

Dated: 1/12/05 ______________________
[Typed name and signature of counsel for defendant]



Dockets.Justia.com