BYRON B. MAUSS, BAR no. 174141
PAMELA S. EVANS, BAR No. 217060
ASSAYAG ❖ MAUSS
A Professional Law Corporation
2915 Redhill Avenue, Suite 200
Costa Mesa, California 92626
Telephone: (714) 427-6800
Fax: (714) 427-6888

Attorneys for Plaintiff, AT&T Corp.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AT&T CORP., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OPT4 DERIVATIVES, INC. a Delaware corporation,<br><br>Defendant. | Case No. C04-03699 FMS<br><br>**NOTICE OF RESCHEDULED CASE MANAGEMENT CONFERENCE**<br><br>Date: February 24, 2005<br>Time: 2:00 p.m.<br>Ctrm: 5 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the Court has rescheduled the Case Management Conference in the above-entitled matter for February 24, 2005 at 2:00 p.m. A true and correct copy of the Clerk's Notice is attached hereto as Exhibit "1".

DATED: January 18, 2005

ASSAYAG ❖ MAUSS
A Professional Law Corporation

By: [signature]
PAMELA S. EVANS
Attorneys for Plaintiff, AT&T Corp.

EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AT&T CORPORATION

Plaintiff,

v.

OPT4 DERIVATIVES, INC

Defendant.

______________________________________/

No. C 04-3699 FMS

**Clerk's Notice Rescheduling Case Management Conference**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service, and on any newly-served defendants.)

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge Fern M. Smith previously noticed for Thursday, February 10, 2005 at 2:00 p.m. **has been reset to Thursday, February 24, 2005 at 2:00 p.m.** Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: January 14, 2005

FOR THE COURT,
Richard W. Wieking, Clerk

by: s: KW
Ken Wood
Deputy Clerk

United States District Court
For the Northern District of California

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 2915 Redhill Avenue, Suite 200, Costa Mesa, California 92626. On January 18, 2005, I served the documents named below on the parties in this Action as follows:

**DOCUMENT(S) SERVED: NOTICE OF RESCHEDULED CASE MANAGEMENT CONFERENCE**

SERVED UPON: Laura Craft, Esq.
**OPT4 Derivatives, Inc.**
819 Ensenada Avenue
Berkeley, CA 94707

[X] (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of Assayag ❖ Mauss for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached documents to the facsimile numbers shown on the service list.

[ ] (BY FEDERAL EXPRESS) I am readily familiar with the practice of Assayag ❖ Mauss for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[ ] (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by Civil Process Services to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on January 18, 2005, at Costa Mesa, California.

Isabel Delgado

ISABEL DELGADO