KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6816
Facsimile: (415) 436-6748
email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$82,464.18 IN NET PROCEEDS FROM THE SALE OF 1489 HARRIET AVENUE, CAMPBELL, CALIFORNIA,<br><br>Defendant. | **No. C 02-5105 JF**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: January 21, 2005<br>Time: 10:30 a.m.<br>Place: Hon. Jeremy Fogel |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimants Michael and Jessica Costa, through undersigned counsel, that this Court enter a further Order staying this action, pursuant to 21 U.S.C. § 881(i). Claimants are defendants in United States v. Michael Costa, et al., CR 02-20059 JF. The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in the pending criminal action. Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve each claimant's right against self-incrimination in the related criminal matter. The parties are advised that the criminal case is still ongoing. Thus, the factual predicate for the initial request for the stay has not changed since the criminal case is ongoing.

Accordingly, the parties in this proceeding request that the Case Management Conference, currently scheduled for January 21, 2005, be vacated and that the matter be continued for approximately 90-120 days, or as soon thereafter as this Court may hear the matter

DATED: 1/18/05

________/S/____________
STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 1/18/05

___________/S/_______________________
STUART KIRCHICK
Attorney for Claimants Michael and Jessica Costa

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-captioned civil forfeiture action is stayed in light of the pending related criminal prosecution of claimants Michael and Jessica Costa. The case management conference currently scheduled for January 21, 2005, is vacated. The matter is continued until __________ for further status.

DATED:

________________________________
JEREMY FOGEL
United States District Judge