Apple Inc. v. Psystar Corporation
Doc. 2524

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

January 21, 2005

To: Tracy L. Mainguy
Operating Engineers Local Union No. 3
Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502

Re: Gil Crosthwaite v. Claude Wood Company Inc. - C04-4653 BZ

Dear Madam:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for March 7, 2005 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©), each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,
Richard W. Wieking, Clerk
United States District Court

*/s/*
By: Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd

Dockets.Justia.com