Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants
FORTIS BENEFITS INSURANCE COMPANY; LEGACY MARKETING GROUP LONG TERM DISABILITY PLAN; and REGAN HOLDING CORPORATION LONG TERM DISABILITY PLAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT TIMOTHY HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>FORTIS BENEFITS INSURANCE COMPANY; LEGACY MARKETING GROUP LONG TERM DISABILITY PLAN; REGAN HOLDING CORPORATION LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. c 05-00276 JCS<br><br>**PROOF OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is: Green & Humbert, 220 Montgomery Street, Suite 438, San Francisco, California 94104.

On **January 21, 2005**, I served document(s) described as **Order Setting Initial Case Management Conference, Case Management Conference Order form, Standing Order, ECF Registration Information Handout, Dispute Resolution**



Dockets.Justia.com

**Procedures, Notice of Assignment of Case to a United States Magistrate Judge For Trial, consent form, declination form, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and [Proposed] Order Selecting ADR Process form, Notice of Need for ADR Phone Conference form, Notice of Lawsuit and Request for Waiver of Service of Summons form, Waiver of Service of Summons form, and Joint Case Management Statement and Propose Order form** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

Arnold R. Levinson, Esq.
Terrence J. Coleman, Esq.
Rebecca Gray, Esq.
PILLSBURY & LEVINSON, LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111

[X] **BY MAIL**

[X] I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party serviced, service is presumed invalid if postage cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] **EXPRESS MAIL**

[ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for Express Mail Delivery. Under that practice it would be deposited in the post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the U..S. Postal Service for receipt of Express Mail in a sealed envelope, with Express Mail postage paid, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service by Express Mail; otherwise at that party's place of residence.

[ ] **OVERNIGHT DELIVERY**

[ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided

for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

[ ] **BY PERSONAL SERVICE**

[ ] I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the office of the addressee this date.

[ ] **BY FACSIMILE**

[ ] By transmitting an accurate copy via facsimile to the persona and facsimile telephone number as follows:

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at San Francisco, California on ___________.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California on **January 21, 2005**.

NAME: Patricia K. Massender

___**/s/ Patricia K. Massender**_____
(Signature)