United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUDY HANSCHU, et al.,

Plaintiff,

v.

AMERICAN AIRLINES, INC., et al.,

Defendant.
_______________________________________/

No. C 03-03849 VRW

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

DUE TO COURT'S UNAVAILABILITY;

YOU ARE NOTIFIED THAT the hearing on Plaintiffs' Motion for Leave of Court to File A First Amended Complaint To Add A New Party Defendant noticed for February 17, 2005 has been **continued to Thursday, March 17, 2005 at 2:00 p.m.** in Courtroom no. 6, 17th floor, 450 Golden Gate Avenue, San Francisco, California. Counsel shall send a courtesy copy of e-filed documents to chambers.

Dated: January 25, 2005

By: /S/ Cora G. Delfin,
Courtroom Deputy Clerk to Judge Walker

N:\CLKNTC.MOT.wpd

Dockets.Justia.com