Apple Inc. v. Psystar Corporation Doc. 2536

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **1/31/2005**

**C04-2687 BZ**

**Michael Garedakis,et al.** v. **Indymac Bank FSB, et al.**

Attorneys: Mark Voisenat Raymond N. Erlach & John Kralik (telephonic)

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT** Reporter: **Not Reported**

**PROCEEDINGS:** **RULING:**

1. Case Management Conference ______ Matter Held
2. ______ ______

( ) Status Conference ( ) P/T Conference ( ) Case Management Conference

**ORDERED AFTER HEARING:**

Counsel are in settlement negotiations. Ticor Title Company of California - Answer due by 02/11/2005. All parties shall complete initial disclosures by 02/22/2005. Further Case Management Conference set for March 21, 2005 at 4:00 p.m.

( XX ) ORDER TO BE PREPARED BY: Plntf ___ Deft ___ Court XX

( ) Referred to Magistrate Judge for a Settlement Conference to occur as soon as schedule permits

( ) By Court ( ) Parties to approach Magistrate in future

( ) CASE CONTINUED TO______ for ______

Discovery Cut-Off______ Expert Discovery Cut-Off______

Plntf to Name Experts by ______ Deft to Name Experts by______

P/T Conference Date - Trial Date-
Type of Trial:

Notes:______

Dockets.Justia.com