**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Mitchell S. Griffin (SBN 114881)
Max L. Kelly (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for
TUTOR-SALIBA/KOCH/TIDEWATER
JOINT VENTURE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

TUTOR-SALIBA/KOCH/TIDEWATER JOINT VENTURE,
Plaintiff,

v.

M/V PACIFIC HIGHWAY, her engines, tackle, equipment, rigging, dinghies, furniture, appurtenances, etc., *in rem*, TAIYO NIPPON KISEN CO., LTD., DAY GOOD STEAMSHIP, INC., ORIX SHIPPING INVESTMENT CORPORATION, "K" LINE AMERICA, INC., KAWASAKI KISEN KAISHA, LTD., dba "K" LINE, PACIFIC HIGHWAY SHIPPING, S.A., CAPTAIN KIP CARLSON, and DOUGLAS WIXSON,
Defendants.

Case No.: C 04 4561 WHA

**STIPULATION BY THE PARTIES TO FILE SECOND AMENDED COMPLAINT FOR PROPERTY DAMAGE – ADMIRALTY AND MARITIME CLAIM**

Pursuant to Fed. R. of Civ. Proc. 15(a), plaintiff TUTOR-SALIBA/KOCH/TIDEWATER JOINT VENTURE ("TSKT") and defendant CAPTAIN KIP CARLSON hereby stipulate and consent to TSKT's filing of its Second Amended

///

///

///

///

///

Complaint For Property Damage – Admiralty And Maritime Claim.

Dated: February 2, 2005

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
TUTOR-SALIBA/KOCH/
TIDEWATER JOINT VENTURE

By ______________________
Mitchell S. Griffin

Dated: February 3, 2005

FLYNN DELICH & WISE
Attorneys for Defendant
CAPTAIN KIP CARLSON

By ______________________ for
James B. Nebel

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601