Apple Inc. v. Psystar Corporation

Doc. 2543

February 9, 2005

Honorable Vaughn R. Walker
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

RE: **HALTERMAN V DELTA AIRLINES**
**NO: C-04 3953 VRW**

Dear Judge Walker:

Today we received the attached Order of Removal from Arbitration and Assignment to the ADR Multi-Option Program. This case was deemed "Related" on October 4, 2004.

Is this latest Order from the court an error, or are the dates referred to in said Order superseding the DVT deadlines that you have already set in the DVT related cases? Please let us know. We are also attaching a copy of the Related Case Order dated October 4, 2004.

Very truly yours,

Brenda D. Posada

BDP/sm
Enclosures

Dockets.Justia.com