Apple Inc. v. Psystar Corporation

Doc. 2543 Att. 1

Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2004 OCT -1 P 5:31

## RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Civil L.R. 3-12(b):

**C02-1693-VRW Miller -v- Continental Airlines**
**C04-1606 VRW Dobler -v-Air France**
**C04 3953 TEH Halterman -v- Delta Airlines Inc.**

## ORDER

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[] **ARE NOT RELATED** as defined by Civil L.R. 3-12(b).

[X] **ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **VRW** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

**DATED:**

**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:**

**By:** ______________________
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: __________
(date)

mrg\civil\relcsord.mrg (9/97)

Dockets.Justia.com