JEAN K. HYAMS, ESQ., State Bar No. 144425
LESLIE F. LEVY, ESQ., State Bar No. 104634
DARCI E. BURRELL, ESQ., State Bar No. 180467
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRINESE ROBINSON<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT CORPORATION and Does through 20, inclusive,<br><br>Defendants. | )<br>)<br>)<br>) | No. C05-0626 EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Complaint Filed: November 17, 2004 |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provision of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 2-15-05, 2005

[signature]
Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")



Dockets.Justia.com