Apple Inc. v. Psystar Corporation Doc. 2563

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: February 14, 2005

Case No. C 04-3644 MHP Judge: MARILYN H. PATEL

Title: EVANSTON INSURANCE INSURANCE -v- AMBIS CORPORATION

Attorneys: Plf: John Williams
Dft: Gregory Ebstein, Edwin Haas

Deputy Clerk: Anthony Bowser Court Reporter: Catherine Luciano

**PROCEEDINGS**

1) Defendants' Motion to Stay/Case Management Conference

2) ____________________

3) ____________________

**ORDERED AFTER HEARING:**

Counsel submit after further discussion on motion to stay; Court to issue order;

Discovery to be completed by end of March, 2005;

Cross -Motions for summary judgment to be filed by 4/18/2005;
Responses to be filed by 5/2/2005;
No replies to be filed;
Motions to be heard 2:00 pm on 5/16/2005;

Court orders withdrawal of action from court-referred ADR program (arbitration);

cc: AB/MHP ADR

Dockets.Justia.com