Apple Inc. v. Psystar Corporation
Doc. 2564 Att. 1

# ATTACHMENT B

Dockets.Justia.com

WORKMANSHIP IN THE AIRCRAFT, OR ANY COMPONENT THEREOF, DELIVERED TO EITHER THE LESSOR OR LESSEE, AND NEITHER THE OWNER NOR THE LESSOR MAKES ANY WARRANTY OF MERCAHNTABILITY OR FITNES OF THE AIRCRAFT, OR ANY COMPONENT THEREOF, FOR ANY PARTICULAR PURPOSE, OR AS TO TITLE TO THE AIRCRAFT OR ANY COMPONENT THEREOF, OR ANY OTHER REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO THE AIRCRAFT OR ANY COMPONENT THEREOF.

8. Pilots. For all flights of the Aircraft by Lessees pursuant to this Lease, Lessor shall cause the Aircraft to be operated by pilots who are duly qualified, current and type-rated, whose licenses and certificates are in good standing, who meet the requirements established and specified by the FAA and the insurance policies required hereunder. Lessee specifically agrees that the flight crew, in its sole discretion, may terminate any flight, refuse to commence any flight, or take other action which in the considered judgment of the pilot in command is necessitated by considerations of safety. No such action of the pilot in command shall create or support any liability for loss, injury, damage or delay to Lessee or any other person. The parties further agree that Lessor shall not be liable for delay or failure to furnish the Aircraft and crew, pursuant to this Agreement when such failure is caused by government regulation or authority, mechanical difficulty, war, civil commotion, strikes or labor dispute, weather conditions, or acts of God.

9. Operational Control of the Aircraft. Lessor shall be in operational control of the Aircraft at all times during the Lease Term. Lessor shall be solely responsible for the operation and maintenance of the Aircraft. Lessee shall not sell, transfer, assign, encumber or, expect with Lessor's prior written consent, sublet or part with possession of the Aircraft, its engines or any part thereof or any of Lessee's rights under this Lease.

10. Inspection and Reports. Lessor shall have the right, but not the duty, to inspect the Aircraft at any reasonable time, wherever located. Lessee shall, at all reasonable times, make the Aircraft available for inspection. All such inspections made by Lessor shall be at Lessor's sole cost and expense.

11. Liens. Lessee shall not directly or indirectly create, incur, assume or suffer to exist any liens on or with respect to (a) the Aircraft or any part thereof, (b) Lessor's title thereto or (c) any interest of Lessor therein (and Lessee will promptly, at its own expense, take such action as may be necessary to discharge any such lien), except (i) the respective rights of Lessor and Lessee as herein provided and (ii) liens created by or caused to be created by Lessor.

12. Taxes. Except for any taxes, on or measured by, the net income of Lessor imposed by the United States government or any state or local government or taxing



H1433
CONFIDENTIAL

rated, whose licenses and certificates are in good standing, who meet the requirements established and specified by the FAA and the insurance policies required hereunder. Lessee specifically agrees that the flight crew, in its sole discretion, may terminate any flight, refuse to commence any flight, or take other action which in the considered judgment of the pilot in command is necessitated by considerations of safety. No such action of the pilot in command shall create or support any liability for loss, injury, damage or delay to Lessee or any other person. The parties further agree that Lessor shall not be liable for delay or failure to furnish the Aircraft and crew, pursuant to this Agreement when such failure is caused by government regulation or authority, mechanical difficulty, war, civil commotion, strikes or labor disputes, weather conditions, or acts of God.

9. Operational Control of the Aircraft. Lessor shall be in operational control of the Aircraft at all times during the Lease Term. Lessor shall be solely responsible for the operation and maintenance of the Aircraft. Lessee shall not sell, transfer, assign, encumber or, except with Lessor's prior written consent, sublet or part with possession of the Aircraft, its engines or any part thereof or any of Lessee's rights under this Lease.

10. Inspection and Reports. Lessor shall have the right, but not the duty, to inspect the Aircraft at any reasonable time, wherever located. Lessee shall, at all reasonable times, make the Aircraft available for inspection. All such inspections made by Lessor shall be at Lessor's sole cost and expense.

11. Liens. Lessee shall not directly or indirectly create, incur, assume or suffer to exist any liens on or with respect to (a) the Aircraft or any part thereof, (b) Lessor's title thereto or (c) any interest of Lessor therein (and Lessee will promptly, at its own expense, take such action as may be necessary to discharge any such lien), except (i) the respective rights of Lessor and Lessee as herein provided and (ii) liens created by or caused to be created by Lessor.

12. Taxes. Except for any taxes on, or measured by, the net income of Lessor imposed by the United States government or any state or local government or taxing authority in the United States, which shall be the sole responsibility of Lessor, Lessee shall pay to and indemnify Lessor and its affiliates, employees, contractors and agents (collectively, the "Indemnitees") for, and hold each Indemnitee harmless from and against, on an after-tax basis, all other income, franchise, gross receipts, rental, sales, use, excise, personal property, ad valorem, value added, leasing, leasing use, stamp, landing, airport use or other taxes, levies, imposts, duties, charges, fees or withholdings of any nature, together with any penalties, fines or interest thereon (collectively, "Taxes") arising out of the transactions contemplated by this Lease or Lessee's use of the Aircraft imposed against any Indemnitee, Lessee or the Aircraft or any part thereof by any federal or foreign government, any state, municipal or local subdivision, any agency or instrumentality thereof or other taxing authority upon or with respect to the Aircraft or any part thereof or upon the ownership, delivery, leasing, possession, use, operation, return, transfer or release thereof, or upon the rentals, receipts or earnings arising therefrom, or upon or with respect to this Lease. Notwithstanding the foregoing, in no



H1447
CONFIDENTIAL