Apple Inc. v. Psystar Corporation
Doc. 2564 Att. 2

# ATTACHMENT C

Dockets.Justia.com

Horta, L.L.C.
600 East Brokaw Road
San Jose, California 95112

**RECEIVED**
JUL 19 2004
WP-FSDO (SJC)

July 19, 2004

Mr. Mike A. Barnett
Principal Operations Inspector
Federal Aviation Administration
Flight Standards District Office
1250 Aviation Ave, Suite 295
San Jose, CA 95110-1130

RE: Re-Issuance of Deviation Letter for N724YS/ B727-200 aircraft

Dear Mr. Barnett,

This to advise you that the current Letter of Deviation that was issued to Horta, LLC on March 21, 2001 has some updates that need to be addressed.

The first item is to change the name on the Letter of Deviation to reflect the name of the operator that is operating the aircraft under Part 91. The name should be changed to Fry's Electronics, Inc./Horta Aviation, LLC. The main reason for this update is that the 727 is to be operated exclusively by Fry's Electronics under Part 91, in accordance with Fry's Electronics' current time share agreement with the San Jose Saber Cats (14 C.F.R. § 91.501 (c)(1)) on file with the FAA in Oklahoma City. The other reason is that Horta Aviation, LLC will now be providing aircraft management and maintenance services for the 727.

The second item is to change our address to reflect our present location:

| | | |
|---|---|---|
| Fry's Electronics<br>600 E. Brokaw Rd.<br>San Jose, CA 95112 | and | Horta Aviation, LLC<br>600 E. Brokaw Rd.<br>San Jose, CA 95112 |

If you have any questions please give me a call.

Regards,

John E. Scheifly,
Director of Operations
Horta, LLC
600 E. Brokaw Road
San Jose, California 95112

000010

I certify that this is a true and accurate duplicate of the original __________ which is in the possession of SAN JOSE FSDO

located 1250 AVIATION AVE. STE. 295, S.J. 95110

Date : AUGUST 10, 2004

Signature: [signature]

ACTING MGR.