Apple Inc. v. Psystar Corporation

Doc. 2564 Att. 3

# ATTACHMENT D

Dockets.Justia.com

U.S. Department of Transportation
**Federal Aviation Administration**

San Jose Flight Standards District Office

San Jose International Airport
1250 Aviation Avenue
Suite 295
San Jose, CA. 95110-1130
Phone: (408) 291-7681
Fax: (408) 279-5448

August 4, 2004

Fry's Electronics and
Horta Aviation, LLC
600 E. Brokaw Road
San Jose, CA 95112

Dear Mr. Scheifly:

Under the provision of Federal Aviation Regulations, Section 125.3, you are hereby issued deviation authority from all sections of Federal Aviation Regulations Part 125 to transport the personnel property and guests of Fry's Electronics and Horta, Aviation, LLC.

This deviation authority is issued with the understanding that Fry's Electronics and Horta Aviation, LLC will:

1. Operate a Boeing 727 aircraft, N724YS, S/N 21474, in compliance with Part 91 of the Federal Aviation Regulations.

2. Notify the Manager of the San Jose Flight Standards District Office of any changes in your request, dated July 19, 2004, for a Part 125 deviation.

Any operation other than those authorized by this letter, may result in termination of this deviation authority. This letter must be surrendered upon request of the Administrator or an authorized representative.

A copy of this letter must be carried in each airplane as required by federal Aviation Regulations, Section 125.7, and be presented for inspection upon request of the Administrator or an authorized representative.

Sincerely,

For
John R. Howard
Acting Manager, San Jose FSDO

000012

I certify that this is a true and accurate duplicate of the original ____________ ____________ which is in the possession of SAN JOSE FSDO

located 1250 AVIATION AVE STE. 295 S.J. 95110

Date : AUGUST 10 2004

Signature: [signature]

ACTING MGR.