TOWNSEND AND TOWNSEND AND CREW LLP
PETER H. GOLDSMITH (Bar No. 91294)
TIMOTHY R. CAHN (Bar No. 162136)
LOUISE E. MA. (Bar No. 84649)
TAE H. KIM (Bar No. 214684)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff and Counter-Defendant
NEORIS DE MEXICO, S.A. DE C.V.,
formerly known as CEMTEC, S.A. DE C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NEORIS DE MEXICO, S.A. DE C.V., formerly known as CEMTEC, S.A., DE C.V.,

Plaintiff and Counter-Defendant,

v.

ARIBA, INC.,

Defendant and Counter-Claimant.

Case No. C 02-1670 JSW (JCS)

**PLAINTIFF NEORIS DE MEXICO'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING DELIVERY AND USE OF COURTROOM PRESENTATION EQUIPMENT**

**(L.R. 7-10(b))**

**Complaint Filed: April 8, 2002**
**Trial Date: TBA**

Pursuant to Local Rule 7-10(b) Plaintiff Neoris De Mexico, S.A. De C.V., formerly known as Cemtec, S.A., de C.V., by its counsel, respectfully makes this Miscellaneous Administrative Request for an order permitting delivery to the courtroom and use of the following audiovisual equipment at the hearing on the parties' cross-motions for summary judgment on February 25, 2005:

1. Dell Lattitude C610 laptop computer, serial number CN-06p823-48155-244-1466, with external power cord and mouse;



Dockets.Justia.com

2. 6 1/2-foot projector screen, with built in stand;

3. Infocus LP70+ projector, serial number ANEN44400844, with remote control, power cord, surge protector, monitor extension cable, spare bulb, and carrying case;

4. Dell Flat Panel Monitor, Model 1702FP monitor, serial number MX-08G152-47605-25D-ASE1, with external power cord;

5. Power cord extension.

DATED: February 23, 2005 TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Peter H. Goldsmith
PETER H. GOLDSMITH
Attorneys for Plaintiff and Counter-Defendant
NEORIS DE MEXICO, S.A. DE C.V., formerly known as CEMTEC, S.A., DE C.V.