Apple Inc. v. Psystar Corporation

Doc. 2594

FILED

FEB 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Timothy Jones #119841
SAGASER, FRANSON & JONES
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Paula M. Yost # 156843
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472

Attorneys for Defendants:

TABLE MOUNTAIN RANCHERIA, LEWIS BARNES, LEANNE WALKER GRANT, WILLIAM WALKER, CAROLYN WALKER, TWILA BURROUGH, CRAIG MARTINEZ, ROBBIE CASTRO and RAY BARNES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PEARL ALVARDO, et al.

Plaintiffs,

v.

TABLE MOUNTAIN RANCHERIA, et al.

Defendants.

Case No. C 05 00093 MHP

**[PROPOSED] ORDER GRANTING JOINT APPLICATION IN EX PARTE FOR LEAVE TO ALLOW DEFENDANTS TO FILE A MOTION TO DISMISS**

**[ND CA Rule 7-10]**
**[Judge Patel's Standing Order Number Four]**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants Table Mountain Rancheria, Lewis Barnes, LeAnne Walker Grant, William Walker, Carolyn Walker, Twila Burrough, Craig Martinez, Robbie Castro and Ray Barnes ("Tribal Defendants") and Gale Norton, in her official capacity as Secretary of the Department of Interior, and the United States of America (collectively referred to as the "Government"), ex parte application for leave to allow Defendants to file a motion to dismiss



Dockets.Justia.com

prior to the May 9, 2005, Case Management Conference, or in the alternative, grant an extension of time to respond to Plaintiffs' Complaint until after the May 9, 2005, Case Management Conference, was heard by the Honorable Marilyn Hall Patel.

Having considered the ex parte application, the papers submitted by the parties and the evidence presented, GOOD CAUSE is shown, and IT IS HEREBY ORDERED that:

(1) Tribal Defendants and the Government shall be allowed to file motions to dismiss prior to the May 9, 2005, initial Case Management Conference.

(2) The Tribal Defendants and the Government shall have through March 28, 2005, to file a responsive pleading, including motions to dismiss, to Plaintiffs' Complaint, and any Stipulation and Order requiring Tribal Defendants to file a responsive pleading on or before March 7, 2005 is hereby vacated.

**IT IS SO ORDERED.**

February 25, 2005

The Honorable Marilyn Hall Patel
United States District Judge