Apple Inc. v. Psystar Corporation Doc. 2602

WILLIAM S. FARMER (State Bar No. 46694)
ROBERT S. LAWRENCE (State Bar No. 207099)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104-2733
Telephone: 415/788-4646
Facsimile: 415/788-6929

Attorneys for Defendant
OPTICAL COATING LABORATORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST WELDERS SUPPLY CO., INC., et al.;<br><br>Defendants. | Case No. C 04-02835 MJJ<br><br>**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |

PLEASE TAKE NOTICE THAT, effective February 1, 2005, Collette & Erickson LLP will be named and relocated as follows:

COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104-2733
Telephone: 415/788-4646
Facsimile: 415/788-6929

DATED: February 3, 2005

Respectfully submitted,
COLLETTE ERICKSON FARMER & O'NEILL LLP

/s/ Robert S. Lawrence
Robert S. Lawrence
Attorneys for Defendant
OPTICAL COATING LABORATORY, INC.



Dockets.Justia.com