Apple Inc. v. Psystar Corporation Doc. 2609

**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
(619)557-9420 / Fax (619)557-9425
bsampson@sampsonlaw.net

Attorneys for Plaintiff
PAULA INSURANCE COMPANY, IN LIQUIDATION

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAULA INSURANCE COMPANY, IN LIQUIDATION<br><br>Plaintiff,<br><br>v.<br><br>GREAT NORTHERN STAFFING, INC.; and GREAT NORTHERN STAFFING, L.L.C. aka GREAT NORTHERN STAFFING,<br><br>Defendants. | Case No. C 04 1974 BZ<br><br>**STIPULATION RE: STAY OF ARBITRATION PROCEEDINGS AND ORDER THEREON**<br><br>**[Civ. L.R. 6-2]**<br><br>Date: N/A<br>Time: N/A<br>Ctrm: G, 15th Floor<br>Judge: Hon. Bernard Zimmerman |

**DECLARATION**

On May 19, 2004, the Court issued an *Order Setting Initial Case Management Conference* (hereinafter the "Order"). <u>See</u> Court Records. In the Order, the Court directed that this action was assigned to the Arbitration program. As a result, an arbitrator was selected and pursuant to ADR Rule 4, the arbitrator initiated arrangements for the pre-arbitration phone conference in order to schedule arbitration of this matter.

The parties to this matter have taken affirmative steps in minimizing costs in the hope of reaching informal resolution. To illustrate, the California Conservation & Liquidation Office ("CLO"), as liquidator of Paula Insurance Company, agreed to stay all proceedings pending re-audit of Defendant Great Northern's policy premium. The CLO then retained an outside auditing firm to conduct a physical re-audit of Defendant Great Northern. We are informed the re-audit has been conducted; however, to date, neither party is aware of the re-audit results.

/ / /



Dockets.Justia.com

On September 9, 2004, the court sanctioned the stay of proceedings by entering an order pursuant to the parties earlier stipulation to stay proceedings until completion of the re-audit to permit settlement negotiations.

As a result, the parties have not had an opportunity to discuss settlement. In addition, and based upon the voluntary stay, Defendant Great Northern has not filed a responsive pleading to the complaint, nor have the parties executed Rule 26 disclosures.

Based upon the foregoing, at this time the parties are not prepared to participate in arbitration. We anticipate receiving the audit results within the next 30 days. Upon receipt, we are prepared to discuss settlement and/or go forward with this action as appropriate.

As a result, the parties respectfully request arbitration scheduling be postponed 60 to 90 days to allow the parties sufficient time to complete informal resolution or any further action required. If the parties find that informal resolution is not possible, the parties will immediately notify the court. Therefore, the parties hereby stipulate and propose the following amendment to the Order.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed this 1st day of March, 2005, at San Diego, California.

By: /s/ Bryan D. Sampson
Bryan D. Sampson, Esq.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed this 1st day of March, 2005, at San Francisco, California.

By: /s/ Shaye Diveley
Shaye Diveley, Esq.

///

///

///

///

///

///

///

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

## STIPULATION

Plaintiff PAULA INSURANCE COMPANY, IN LIQUIDATION ("Plaintiff") and Defendants GREAT NORTHERN STAFFING, INC.; GREAT NORTHERN STAFFING, L.L.C. aka GREAT NORTHERN STAFFING, by and through their respective attorneys of record, hereby stipulate to stay arbitration proceedings in this matter for 60 to 90 days, pending the outcome of the re-audit and the parties settlement negotiations or further order of the Court.

**IT IS SO STIPULATED.**

Dated: March 1, 2005 **SAMPSON & ASSOCIATES**

By: /s/ Bryan D. Sampson
Bryan D. Sampson, Esq.
Attorneys for Plaintiff

Dated: March 1, 2005 **STOEL RIVES, LLP**

By: /s/ Shaye Diveley
Shaye Diveley, Esq.
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**




Dated: March 2, 2005

United States Magistrate Judge

The CMC scheduled for April 4, 2005 is continued to August 1, 2005 at 4:00 p.m.