Apple Inc. v. Psystar Corporation Doc. 2623

**Paul E. Rice/Bar No. 062509**
**Paul E. Rice, A Professional Corporation**
122 Sherman Avenue
Palo Alto, CA 94306
Telephone: 650/289-9088
Facsimile: 650/289-9093

Attorneys for Plaintiff Second Foundation, Inc.

**PAUL E. RICE**
Paul E. Rice, A Professional Corporation
122 Sherman Avenue
Palo Alto, CA 94306
650/289-9088

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SECOND FOUNDATION, INC.**<br>Plaintiff,<br>v.<br>**IMCEDA/DB ASSOCIATES PTY LTD.**<br>Defendant. | Case No.: C 05-00886 EDL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeal for the Ninth Circuit.

Dated: March __, 2005

**PAUL E. RICE,**
A Professional Corporation

By: ______________________
Paul E. Rice,
Attorneys for Plaintiff
Second Foundation, Inc.



Dockets.Justia.com