KENNETH E. KELLER (SBN 71450)
KAREN M. BURTON (SBN 184239)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
HELEN DANG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETTERS COMPANY, INC.,

Plaintiff,

vs.

BLS SALES, INC., BARRY SMITH, CAPRI, INC., TUAN TRAN, and HELEN DANG,

Defendants.

Case No.: C 04-2160 CRB

**DEFENDANT HELEN DANG'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Helen Dang ("Dang") answers the Amended Complaint filed by Plaintiff Petters Company, Inc. ("Plaintiff"), as follows:

## PARTIES

1. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 of the Complaint and, on that basis, denies each and every such allegation.

2. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of the Complaint and, on that basis, denies each and every such allegation.

3. Dang admits the allegations in Paragraph 3 of the Complaint insofar as Barry

KRIEG KELLER SLOAN REILLEY & ROMAN LLP



Dockets.Justia.com

Smith is an individual residing in Napa, California. Dang is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 3 of the Complaint and, on that basis, denies each and every such allegation.

4. Dang admits the allegations in Paragraph 4 of the Complaint insofar as Capri, Inc. is a California corporation. Dang denies the allegation in Paragraph 4 of the Complaint that Capri, Inc.'s principal place of business is located at 1337 Mission Street, San Francisco, California.

5. Dang admits the allegations in Paragraph 5 of the Complaint.

6. Dang admits the allegations in Paragraph 6 of the Complaint insofar as she is an individual residing in San Francisco, California. Dang denies the allegation that she is the individual in charge of the operations of Global Win (Asia) Limited.

**JURISDICTION AND VENUE**

7. Dang has insufficient facts to affirm or deny the allegations in Paragraph 7 of the Complaint insofar as those allegations imply that this Court has subject matter jurisdiction over these proceedings. Dang therefore denies this allegation.

8. Dang has insufficient facts to affirm or deny the allegations in Paragraph 8 of the Complaint insofar as those allegations imply that venue is proper in the Northern District of California. Dang therefore denies this allegation.

**FIRST CAUSE OF ACTION**

**(Breach of Contract Against BLS Sales, Inc. – Note I)**

9. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 of the Complaint and, on that basis, denies each and every such allegation.

10. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Complaint and, on that basis, denies each and every such allegation.

11. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint and, on that basis, denies each and

every such allegation.

12. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Complaint and, on that basis, denies each and every such allegation.

13. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint and, on that basis, denies each and every such allegation.

14. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint and, on that basis, denies each and every such allegation.

15. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint and, on that basis, denies each and every such allegation.

16. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the Complaint and, on that basis, denies each and every such allegation.

17. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 of the Complaint and, on that basis, denies each and every such allegation.

**SECOND CAUSE OF ACTION**

**(Breach of Contract Against Capri, Inc. – Note I)**

18. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the Complaint and, on that basis, denies each and every such allegation.

19. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the Complaint and, on that basis, denies each and every such allegation.

20. Dang is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 20 of the Complaint and, on that basis, denies each and every such allegation.

21. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the Complaint and, on that basis, denies each and every such allegation.

22. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of the Complaint and, on that basis, denies each and every such allegation.

23. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the Complaint and, on that basis, denies each and every such allegation.

24. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 of the Complaint and, on that basis, denies each and every such allegation.

25. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the Complaint and, on that basis, denies each and every such allegation.

26. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint and, on that basis, denies each and every such allegation.

## THIRD CAUSE OF ACTION

**(Breach of Contract Against Barry Smith – Guaranty of Note I)**

27. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the Complaint and, on that basis, denies each and every such allegation.

28. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Complaint and, on that basis, denies each and every such allegation.

29. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint and, on that basis, denies each and every such allegation.

30. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Complaint and, on that basis, denies each and every such allegation.

31. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the Complaint and, on that basis, denies each and every such allegation.

32. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the Complaint and, on that basis, denies each and every such allegation.

33. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Complaint and, on that basis, denies each and every such allegation.

**FOURTH CAUSE OF ACTION**

**(Breach of Contract Against Tuan Tran – Guaranty of Note I)**

34. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the Complaint and, on that basis, denies each and every such allegation.

35. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 of the Complaint and, on that basis, denies each and every such allegation.

36. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the Complaint and, on that basis, denies each and every such allegation.

37. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 of the Complaint and, on that basis, denies each and

every such allegation.

38. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 of the Complaint and, on that basis, denies each and every such allegation.

39. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 of the Complaint and, on that basis, denies each and every such allegation.

40. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 of the Complaint and, on that basis, denies each and every such allegation.

## FIFTH CAUSE OF ACTION

**(Breach of Contract Against BLS Sales, Inc. – Note II)**

41. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 of the Complaint and, on that basis, denies each and every such allegation.

42. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the Complaint and, on that basis, denies each and every such allegation.

43. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 of the Complaint and, on that basis, denies each and every such allegation.

44. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 of the Complaint and, on that basis, denies each and every such allegation.

45. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the Complaint and, on that basis, denies each and every such allegation.

46. Dang is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 46 of the Complaint and, on that basis, denies each and every such allegation.

47. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 of the Complaint and, on that basis, denies each and every such allegation.

48. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 of the Complaint and, on that basis, denies each and every such allegation.

## SIXTH CAUSE OF ACTION

## (Breach of Contract Against Capri, Inc. – Note II)

49. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 of the Complaint and, on that basis, denies each and every such allegation.

50. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 of the Complaint and, on that basis, denies each and every such allegation.

51. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 of the Complaint and, on that basis, denies each and every such allegation.

52. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Complaint and, on that basis, denies each and every such allegation.

53. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 of the Complaint and, on that basis, denies each and every such allegation.

54. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the Complaint and, on that basis, denies each and every such allegation.

55. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 of the Complaint and, on that basis, denies each and every such allegation.

56. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 of the Complaint and, on that basis, denies each and every such allegation.

## SEVENTH CAUSE OF ACTION

**(Breach of Contract Against Barry Smith – Guaranty of Note II)**

57. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 of the Complaint and, on that basis, denies each and every such allegation.

58. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 of the Complaint and, on that basis, denies each and every such allegation.

59. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 of the Complaint and, on that basis, denies each and every such allegation.

60. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 of the Complaint and, on that basis, denies each and every such allegation.

61. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 of the Complaint and, on that basis, denies each and every such allegation.

62. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 of the Complaint and, on that basis, denies each and every such allegation.

63. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 of the Complaint and, on that basis, denies each and

KRIEG KELLER SLOAN REILLEY & ROMAN LLP

every such allegation.

## <u>EIGHTH CAUSE OF ACTION</u>

**(Breach of Contract Against Tuan Tran – Guaranty Note II)**

64. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 of the Complaint and, on that basis, denies each and every such allegation.

65. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 of the Complaint and, on that basis, denies each and every such allegation.

66. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 of the Complaint and, on that basis, denies each and every such allegation.

67. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 of the Complaint and, on that basis, denies each and every such allegation.

68. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 of the Complaint and, on that basis, denies each and every such allegation.

69. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 of the Complaint and, on that basis, denies each and every such allegation.

70. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 of the Complaint and, on that basis, denies each and every such allegation.

## NINTH CAUSE OF ACTION

**(Fraud Against Barry Smith and Helen Dang – $2,224,520.83 Loan)**

71. Dang denies each and every allegation in Paragraph 71 of the Complaint.

72. Dang denies each and every allegation in Paragraph 72 of the Complaint.

73. Dang denies each and every allegation in Paragraph 73 of the Complaint.

74. Dang denies each and every allegation in Paragraph 74 of the Complaint.

75. Dang denies each and every allegation in Paragraph 75 of the Complaint.

76. Dang denies each and every allegation in Paragraph 76 of the Complaint.

77. Dang denies each and every allegation in Paragraph 77 of the Complaint.

78. Dang denies each and every allegation in Paragraph 78 of the Complaint.

79. Dang denies each and every allegation in Paragraph 79 of the Complaint.

## TENTH CAUSE OF ACTION

**(Fraud Against Barry Smith and Helen Dang – $2,224,520.83 Loan)**

80. Dang denies each and every allegation in Paragraph 80 of the Complaint.

81. Dang denies each and every allegation in Paragraph 81 of the Complaint.

82. Dang denies each and every allegation in Paragraph 82 of the Complaint.

83. Dang denies each and every allegation in Paragraph 83 of the Complaint.

84. Dang denies each and every allegation in Paragraph 84 of the Complaint.

85. Dang denies each and every allegation in Paragraph 85 of the Complaint.

86. Dang denies each and every allegation in Paragraph 86 of the Complaint.

87. Dang denies each and every allegation in Paragraph 87 of the Complaint.

88. Dang denies each and every allegation in Paragraph 88 of the Complaint.

## ELEVENTH CAUSE OF ACTION

**(Fraud Against Barry Smith and Helen Dang – $2,224,520.83 Loan)**

89. Dang denies each and every allegation in Paragraph 89 of the Complaint.

90. Dang admits the allegations of Paragraph 90 of the Complaint.

91. Dang denies each and every allegation in Paragraph 91 of the Complaint.

92. Dang denies each and every allegation in Paragraph 92 of the Complaint.

93. Dang denies each and every allegation in Paragraph 93 of the Complaint.

94. Dang denies each and every allegation in Paragraph 94 of the Complaint.

95. Dang denies each and every allegation in Paragraph 95 of the Complaint.

96. Dang denies each and every allegation in Paragraph 96 of the Complaint.

97. Dang denies each and every allegation in Paragraph 97 of the Complaint.

98. Dang denies each and every allegation in Paragraph 98 of the Complaint.

**TWELFTH CAUSE OF ACTION**

**(Breach of Contact Against Barry Smith and Helen Dang – $2,224,520.83 Loan)**

99. Dang denies each and every allegation in Paragraph 99 of the Complaint.

100. Dang denies each and every allegation in Paragraph 100 of the Complaint.

101. Dang denies each and every allegation in Paragraph 101 of the Complaint.

102. Dang denies each and every allegation in Paragraph 102 of the Complaint.

103. Dang denies each and every allegation in Paragraph 103 of the Complaint.

104. Dang denies each and every allegation in Paragraph 104 of the Complaint.

**THIRTEENTH CAUSE OF ACTION**

**(Quantum Meruit Against Barry Smith and Helen Dang – $2,224,520.83 Loan)**

105. Dang denies each and every allegation in Paragraph 105 of the Complaint.

106. Dang denies each and every allegation in Paragraph 106 of the Complaint.

107. Dang denies each and every allegation in Paragraph 107 of the Complaint.

108. Dang denies each and every allegation in Paragraph 108 of the Complaint.

**FOURTEENTH CAUSE OF ACTION**

**(Conversion Against Global Win (Asia) Limited)**

109. Dang denies each and every allegation in Paragraph 109 of the Complaint.

110. Dang admits that the Coach Transaction was not completed, but denies that this was due to any act or omission by Dang, Tran, or Capri.

111. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111 of the Complaint and, on that basis, denies each and every such allegation.

112. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 of the Complaint and, on that basis, denies each and every such allegation.

113. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113 of the Complaint and, on that basis, denies each and every such allegation.

114. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114 of the Complaint and, on that basis, denies each and every such allegation.

115. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115 of the Complaint and, on that basis, denies each and every such allegation.

**FIFTEENTH CAUSE OF ACTION**

**(Quantum Meruit Against Global Win (Asia) Limited)**

116. Dang denies each and every allegation in Paragraph 116 of the Complaint.

117. Dang admits that the Coach Transaction was not completed, but denies that this was due to any act or omission by Dang, Tran, or Capri.

118. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 of the Complaint and, on that basis, denies each and every such allegation.

119. Dang is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 of the Complaint and, on that basis, denies each and every such allegation.

/////

/////

/////

/////

/////

## AFFIRMATIVE DEFENSES

As separate affirmative defenses to Plaintiff's Amended Complaint, Dang alleges as follows:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

Plaintiff's Complaint fails to state facts sufficient to constitute a cause of action.

**SECOND AFFIRMATIVE DEFENSE**

**(Lack of Proper Party)**

Plaintiff's claims are barred, in whole or in part, because Dang has never engaged or participated in any communications, contacts, business dealings, agreements, contracts, deals, promises, exchanges, or interactions of any kind with Plaintiff.

**THIRD AFFIRMATIVE DEFENSE**

**(Lack of Contract)**

Plaintiff's claims are barred, in whole or in part, because Dang never entered into any contract—actual, implied, ratified, or otherwise—with Plaintiff that obligated Dang to pay any sums to Plaintiff for anything in connection with the damages or losses complained of. Defendant Dang therefore cannot be held liable for any alleged breach of, or obligations imposed by, any alleged agreement.

**FOURTH AFFIRMATIVE DEFENSE**

**(Failure of Consideration)**

Plaintiff's claims are barred, in whole or in part, by the failure of consideration and the absence of a writing.

**FIFTH AFFIRMATIVE DEFENSE**

**(Not a Party to Contracts Alleged)**

Plaintiff's claims are barred, in whole or in part, because Dang was not a party to any of the contracts alleged in the Complaint.

/////

/////

**<u>SIXTH AFFIRMATIVE DEFENSE</u>**

**(No Possession or Control Over Plaintiff's Property)**

Plaintiff's claim for conversion is barred because Dang never possessed, received, exercised control, or exercised dominion over Plaintiff's property.

**<u>SEVENTH AFFIRMATIVE DEFENSE</u>**

**(No Interference With Plaintiff's Property)**

Plaintiff's claim for conversion is barred because Dang never interfered with Plaintiff's dominion and control over its property.

**<u>EIGHTH AFFIRMATIVE DEFENSE</u>**

**(Causation by Others/Indemnity)**

To the extent that any harm to Plaintiff occurred, which Dang denies, such harm was proximately caused, if at all, by persons or entities other than Dang. Such persons or entities are either solely responsible for such acts and conduct, or, in the alternative, Dang is entitled to a complete defense and full indemnity from and by such persons or entities.

**<u>NINTH AFFIRMATIVE DEFENSE</u>**

**(Apportionment of Fault)**

Dang alleges that other parties, including Plaintiff, Costco Wholesale Corporation, National Distributors, and third persons not parties to this action, were legally responsible or otherwise at fault for the damages alleged in Plaintiff's Amended Complaint. Dang therefore requests that in the event of a finding of any liability in favor of Plaintiff or settlement or judgment against Dang, an apportionment of fault be made among all parties by the court or jury. Dang further requests a judgment and declaration of partial indemnification and contribution against all other parties or persons in accordance with the apportionment of fault.

**<u>TENTH AFFIRMATIVE DEFENSE</u>**

**(Superseding Intervening Causes)**

Superseding intervening causes brought about and contributed to the damages that Plaintiff incurred, if any. The damages, if any, incurred by Plaintiff must be abated or reduced accordingly as a result of such superseding intervening causes.

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

Plaintiff is estopped by reason of her conduct, acts, and omissions from recovering on any claims that she might have against Dang.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Waiver)**

Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Latches)**

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(No Damages)**

Plaintiff's claims are barred, in whole or in part, because Plaintiff has not sustained any damages as a result of Dang's actions, and/or because any such damages are too remote and/or speculative.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

Plaintiff's claims are barred, in whole or in part, by its failure to mitigate any alleged damages it claims to have suffered on account of Dang's actions.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(No Basis for Attorneys' Fees)**

Plaintiff has failed to allege an adequate and/or reasonable basis upon which to seek attorneys' fees against Dang.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Reservation of Rights)**

Dang reserves the right to allege other affirmative defenses as they may become known during the course of discovery, and hereby specifically reserves the right to amend her Answer to allege said affirmative defenses at such time as they become known.

WHEREFORE, Defendant Helen Dang respectfully requests that the Court enter judgment to: (1) deny any relief sought by Plaintiff; (2) dismiss the Complaint against Dang in its entirety and with prejudice; (3) award Dang attorney's fees and costs of suit incurred in this action; and (4) award Dang such other and further relief as this Court may deem just and proper.

Dated: March 8, 2005

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: /s/
KENNETH E. KELLER
Attorneys for Defendant HELEN DANG

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP