Apple Inc. v. Psystar Corporation Doc. 2626

NICOLE P. DOGWILL (State Bar No. 211653)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

THOMAS L. MILLS (DC 911495)
ERIC J. MARCOTTE (DC 446926)
*Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
1400 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 371-5700
Facsimile: (202) 371-5950

Attorneys for Plaintiff
PATRIOT CONTRACT
SERVICES, LLC

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PATRIOT CONTRACT SERVICES, LLC<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES NAVY MILITARY SEALIFT COMMAND<br><br>Defendant. | Civil Action No. C04 5428 MJJ<br><br>**DECLARATION OF BRYANT E. GARDNER IN SUPPORT OF PLAINTIFF PATRIOT CONTRACT SERVICES, LLC'S OPPOSITION TO MOTION TO REQUEST ADVISORY OPINION**<br><br>DATE: March 29, 2005<br>TIME: 9:30 a.m.<br>DEPT: Courtroom 11<br>BEFORE: Hon. Judge Martin J. Jenkins |

I, Bryant E. Gardner, declare:

1. I am an attorney-at-law duly authorized to practice law in the District of Columbia with Winston & Strawn LLP, counsel for plaintiff Patriot Contract Services, LLC ("Patriot") in this action. I have personal knowledge of the facts herein unless otherwise indicated, and if called as a witness, could and would competently testify thereto.



Dockets.Justia.com

2. I served as Counsel to Patriot during its 2004 protest before the General Accounting Office ("GAO") regarding the contract for operation of nine Large Medium- Speed Roll-On/Roll-Off vessels, which is the subject of Patriot's preliminary injunction motion currently before the Court.

3. I have reviewed the protest docket in this matter. Based on my recollection of the bid protest, and my review of the protest docket, none of the parties to the GAO protest submitted briefs regarding the likelihood of irreparable harm to Patriot, the potential harm to Defendant if an injunction issues, nor the public interests involved in the issuance of an injunction. Further, none of the parties to the GAO protest addressed the standards for issuance of a preliminary injunction in the United States District Court for the Northern District of California.

4. Patriot's Complaint raises new factual allegations regarding (a) the willingness of its unions to staff the contract for Proposed Intervenor American Overseas Marine Corp. and (b) Defendant's inconsistent treatment of similarly situated offerors in recent solicitations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed by me this 8th day of March, 2005 in Washington, D.C.

Bryant E. Gardner

DC:404937.2

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894