SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

PAUL L. REIN, Esq., State Bar No.: 43053
PATRICIA BARBOSA Esq., State Bar No.: 125865
JULIE MCLEAN, ESQ., State Bar No.:215202
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001

Attorneys for Plaintiff
HOLLYNN DELIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL<br><br>Plaintiff,<br><br>v.<br><br>POINT REYES SEASHORE LODGE; JEFFREY F. HARRIMAN; THOMAS R. HARRIMAN; and DOES 1-25, Inclusive,<br><br>Defendants.<br>_______________________________/ | CASE NO. C 03 0010 SI EMC<br>Civil Rights<br><br>**CERTIFICATE OF SERVICE** |



Dockets.Justia.com

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within cause. My business address is 427 Grand Avenue, Oakland, California 94610. On March 9, 2005 I served the following documents on the parties identified and by the method(s) designated below:

**DECLARATION OF SIDNEY J. COHEN IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS AGAINST DEFENDANTS POINT REYES SEASHORE LODGE, JEFFREY F. HARRIMAN, AND THOMAS R. HARRIMAN**

**SUPPLEMENTAL DECLARATION OF PAUL L. REIN IN REPLY TO DEFENDANTS OPPOSTION TO PLAINTIFF'SMOTION FOR AN AWARD OF ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS**

**DECLARATION OF HOLLYNN DELIL IN SUPPORT OF PLAINTIFF'S REPLY** TO **DEFENDANTS' OPPOSITION TO AN AWARD OF ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS AGAINST DEFENDANTS POINT REYES SEASHORE LODGE,JEFFREY F. HARRIMAN, AND THOMAS R. HARRIMAN**

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO DEFENDANTS' OPPOSITION TO AN AWARD OF ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS AGAINST DEFENDANTS POINT REYES SEASHORE LODGE,JEFFREY F. HARRIMAN, AND THOMAS R. HARRIMAN**

Michael E. Brown, Esq.
Law Offices Of
Michael E. Brown
225 Bush Street, 16th Floor
San Francisco, CA 94104

**SERVICE BY MAIL**

[X] I placed a true copy thereof enclosed in a sealed envelope addressed as set forth above and I deposited such envelope with postage thereon fully prepaid in the United States mail.

**PERSONAL DELIVERY**

[ ] I personally delivered the documents to the address listed above.

**SERVICE BY EXPRESS SERVICE CARRIER**

[ ] I caused such envelope to be deposited in a box regularly

maintained by the Express Service Carrier, or delivered to an authorized Courier or Driver.

**FACSIMILE TRANSMISSION**

[ ] I caused the document identified in this Proof of Service to be transmitted by Facsimile Transmission to the telephone number listed adjacent to the name on this Proof of Service.

I declare under penalty of perjury that the foregoing is true and correct, and that this Proof of Service was executed on March 9, 2005.

/s/ Sidney J. Cohen

____________________________

Sidney J. Cohen