FRANCIS J. HUGHES, ESQ., SBN 61569
CAROLYN TOBIASON STUART, ESQ., SBN 108863
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for Defendant DEVCON CONSTRUCTION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>EXDS, INC. (f/k/a EXDS COMMUNICATIONS, INC.), et al.,<br><br>Debtor. | Chapter 11<br><br>Case No.: CV 05-00787 |
| EXDS, INC. (f/k/a EXDS COMMUNICATIONS, INC.),<br><br>Plaintiff,<br><br>vs.<br><br>DEVCON CONSTRUCTION, INC.; SHARP DEVELOPMENT COMPANY, INC., f/k/a SHARP LAFAYETTE, LLC,<br><br>Defendants. | PROPOSED STIPULATION AMENDING SCHEDULING ORDER |

WHEREAS, on or about January 28. 2005 the above captioned case was transferred from the District Court for the District of Delaware to the Northern District of California; and

WHEREAS, a Case Management Conference is not presently scheduled to occur until June 27, 2005; and

WHEREAS, the above captioned case in currently being actively mediated before Julian

MILLER, MORTON, CAILLAT & NEVIS, LLP 25 Metro Drive, 7th Floor San Jose, CA 95110 Telephone: (408) 292-

F. Hoffar, Esq. of Watt, Tieder, Hoffar & Fitzgerald; the first day of such mediation having occurred on February 16, 2005 in San Francisco; and

WHEREAS, the Parties have scheduled a second mediation session on May 6, 2005;

WHEREAS, for a variety of reasons not attributable to one party or the other, strict compliance with the scheduling order that was applicable to the case prior to its transfer to the Northern District of California may not be possible; and

WHEREAS, the parties with the assistance of the mediator have agreed upon the certain new dates set forth below for the amending and superseding of certain discovery deadlines in the existing scheduling order, and for certain limitations on depositions and discovery during the period between March 1st and the date of the next mediation session in this case ("Interim Mediation Period"); and

WHEREAS, the Mediator, by his signature below, recommends that the following stipulation be accepted.

NOW, THEREFORE, EXDS, INC. ("EXDS") , DEVCON CONSTRUCTION, INC. ("DEVCON") and SHARP DEVELOPMENT COMPANY, INC., and SHARP LAFAYETTE LLC (collectively "SHARP") agree as follows:

1. During the Interim Mediation Period, depositions shall be limited to the following:

a. DEVCON Depositions of James Stoddart; Tom Furlong; Paul DeGroot and John Sween (such depositions to be given precedence during such period to permit the timely completion of DEVCON'S Experts' Reports;

b. EXDS Deposition of Janet Fetzer; and

c. At this point, the parties do not contemplate any additional depositions will be needed prior to the next mediation session. Nevertheless, if a party believes, in its subjective good faith, which good faith shall not be questioned, that additional deposition(s) are important to prepare for the second mediation session, it may request such the additional deposition(s). Prior to such additional deposition(s) proceeding, the Parties will meet and confer with the mediator if such meet and confer can occur within two business days of the written

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-

notice of intent to take such additional deposition(s).

2. Any other depositions shall be scheduled to occur following such Interim Mediation Period, provided that such second session occurs no later than May 6, 2005, or such later dates as is agreed to by the Parties. Nothing in this paragraph is intended to either expressly waive or ratify the limitations on the number of depositions set forth in the original scheduling order in this case, and the parties reserve their rights to argue the applicability of said order.

3. Other discovery may be served or noticed during the Interim Mediation Period, but absent good cause, the time for responding to such discovery shall be suspended from the date of service of such discovery to the end of the Interim Mediation Period, provided that the second session of the mediation occurs no later than May 6, 2005, or such later dates as is agreed to by the Parties.

4. The Defendants expert reports are due as follows:

a. DEVCON'S expert report on the "Sixteen Million Dollar" Claims shall be due on March 23, 2005;

b. DEVCON'S expert report on the remaining issues shall be due on or before April 21, 2005; and

c. SHARP'S expert reports shall be due on or before April 21, 2005.

d. Rebuttal expert reports from EXDS shall be due on May 23, 2005.

5. Case dispositive motions are due on or before April 30, 2005. Such motions and any other motions may be filed during the Interim Mediation Period.

6. All oral and written fact discovery shall be completed by June 3, 2005. All expert discovery shall be completed by June 17, 2005.

7. All other dates shall be determined by the Court at the June 2005 CMC, or such other appropriate time as the Court may order. The parties may stipulate to request that the Court or Magistrate Judge to whom this case may be assigned hold a Case Management Conference at an earlier date. Any party may, by appropriate motion, also request that the Magistrate Judge to whom this case is assigned hold a Case Management Conference at an

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-

earlier date.

**SO STIPULATED:**

Dated: March 11th, 2005

MILLER, MORTON, CAILLAT & NEVIS, LLP

By: ______________________ SBN 197167
FRANCIS J. HUGHES
Attorneys for Defendant DEVCON CONSTRUCTION, INC.

Dated: March 14, 2005

HOPKINS & CARLEY

By: ______________________
JAY ROSS
Attorneys for SHARP DEVELOPMENT COMPANY, INC. and SHARP LAFAYETTE LLC

Dated: March 14, 2005

JENNER & BLOCK

By: ______________________
JASON GREEN
Attorneys for Plaintiff EXDS, INC.

Dated: March ___, 2005

KRIEG, KELLER, SLOAN, REILLY & ROMAN

By: ______________________
KEN KELLER
Attorneys for Plaintiff EXDS, INC.

Dated: March 15, 2005

WATT, TIEDER, HOFFAR & FITZGERALD

By: ______________________
JULIAN F. HOFFAR
Mediator

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-

**SO ORDERED this _______ day of March 2005.**

___________________________________________

U.S. DISTRICT COURT MAGISTRATE JUDGE

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-