MICHAEL A. MATHEWS SBN: 049625
LAW OFFICES OF MICHAEL A. MATHEWS
351 California Street, Suite 800
San Francisco, California 94104
Telephone: (415) 693 0110
Facsimile: (801) 640 0411

Attorneys for Plaintiffs
ROYAL INDEMNITY COMPANY and
THE GREYSTONE GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, THE GREYSTONE GROUP, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND, STEDMAN CONSTRUCTION COMPANY, DOES 1-100<br><br>Defendants. | CASE NO. C-04-00886 RMW<br><br>SECOND DECLARATION OF MICHAEL A. MATHEWS (RE OPPOSITION TO TRAVELERS' MOTION FOR SUMMARY JUDGMENT)<br><br>Date: April 1, 2005<br>Time: 9:00 a.m.<br>Courtroom: 6<br>Judge: Hon. Ronald W. Whyte |

I, Michael A. Mathews, declare under penalty of perjury the truth of the following facts which are known to me personally:

I am an attorney licensed to practice law in California and the attorney of record representing Plaintiffs herein Royal Indemnity Company and The Greystone Group, Inc. On or about July 30, 2004 I prepared and caused to be served on Defendant Travelers Indemnity Company Royal's first set of requests to produce documents and things FRCP 34, which included a request that it produce the following:

Request No. 3.

All documents, including all those contained in any underwriting file or policy file, which deal with or pertain to the marketing placing, pricing, risk analysis, auditing, billing, renewal, negotiation, or cancellation of Travelers policies EE SLS 685J728 5 89, EE SLS 685J728 5 90, or EE SLS 685J728 5 91.

On February 25, 2005 I received via fax, and later received hard copy via post, a letter from David C. Hungerford, an attorney associated with the law firm representing Defendant Travelers Indemnity Company, Morison-Knox Holden Melendez & Prough, dated February 25, 2005 with enclosures. Attached as Exhibit 1 hereto is a true and complete copy of that letter and all enclosures received therewith.

Executed this 16th day of March, 2005 at San Francisco, California

Michael A. Mathews

# EXHIBIT 1

TO THE SECOND DECLARATION OF MICHAEL A. MATHEWS (RE OPPOSITION TO TRAVELERS' MOTION FOR SUMMARY JUDGMENT)

MORISON-KNOX HOLDEN MELENDEZ & PROUGH, LLP

WILLIAM C. MORISON-KNOX
THOMAS HOLDEN
MICHAEL W. MELENDEZ†
MICHAEL D. PROUGH
MARC J. DEREWETZKY†
JOHN J. RASMUSSEN‡

RICHARD A. EGGERTH*
PHILIP D. WITTE*
BRIAN E. SIMS*
JON K. ADAMS*
MARK S. JONES*
ROBERT J. SCOTT, JR.*†
ROBERT CHRISTENSEN*
ALISON F. GREENE*
WENDY WOOLPERT*
LAURENCE S. NEAR
BRYAN W. VERESCHAGIN
TAMARA A. HUSBANDS
DENAE H. BUDDE
KAREN G. LEVY
NATASHA J. SONG
KEVIN T. STREITO
DAVID C. HUNGERFORD
PETER ROLDAN◊
GARY W. BERDEEN○
VANCE A. WOODWARD+
ANDREW L. CHANG

† ALSO ADMITTED IN NEVADA
‡ ALSO ADMITTED IN VIRGINIA
◊ ALSO ADMITTED IN NEW YORK
+ ADMITTED ONLY IN NEW YORK
○ ADMITTED ONLY IN VIRGINIA
* SENIOR COUNSEL

500 YGNACIO VALLEY ROAD
SUITE 450
POST OFFICE BOX 8068
WALNUT CREEK, CALIFORNIA 94596-8068
TELEPHONE: (925) 937-9990
FACSIMILE: (925) 937-3272
E-MAIL: mhmp@morison-knox.com

MICHAEL D. STOKES
(1960 - 1996)

EAST COAST OFFICE
800 EAST MAIN STREET
SUITE 2150
RICHMOND, VIRGINIA 23219
TELEPHONE: (804) 343-7200
FACSIMILE: (804) 343-0913

NEVADA OFFICE
IN AFFILIATION WITH
MELENDEZ & DEREWETZKY, LLP
330 SOUTH THIRD STREET
SUITE 1010
LAS VEGAS, NEVADA 89101
TELEPHONE: (702) 366-0366
FACSIMILE: (702) 366-1166

February 25, 2005

VIA FACSIMILE AND MAIL

Michael A. Mathews, Esq.
Law Offices of Michael A. Mathews
351 California Street, Suite 800
San Francisco, CA 94104

Re: Royal Indemnity Co. vs. Travelers Indemnity Co.
U.S.D.C., Northern District of California,
Case No.: C 04 00886 RMW

Dear Mr. Mathews:

Enclosed are documents Bates range TIC 0001 through TIC 0014. The documents are responsive to plaintiffs' requests for production in this action.

Very truly yours,

David C. Hungerford

Enclosures

LOSS ANALYSIS REVIEW TRANSMITTAL

TO: STRATEGIC UNDERWRITING UNIT, PMD, 11 MN, HOME OFFICE

REFER TO UP GUIDE SECTION 601-4 FOR FORM COMPLETION INSTRUCTIONS.

| NAMED INSURED: | Stedman Construction Co., Inc. | NEW/RENEWAL | LINE |
|---|---|---|---|
| | | Renewal | GL |

| OFFICE/CODE | PROG. CODE | CLAIM NO. | DATE OF LOSS | INCURRED AMOUNT |
|---|---|---|---|---|
| Houston 0086 | 8C3 | BV40094FLR | 10-25-88 | $180,000 |

| LOSS LOCATION (STATE) | AUTHORITY | AMOUNT PREMIUM |
|---|---|---|
| Texas | CU | 20,318 |

ATTACHMENTS: _X__ APPLICATION ______ CORRESPONDENCE _X_ INSPECTION/FEE SURVEY
_X__ CLAIM PAPER __X_ LOSS RUNS _____ ISO SPRINKLER REPORTS
_____ OTHER

IF MASTER PAC, ELIGIBLE? ( ) YES OR (X ) NO - EXPLAIN BELOW:

BRIEFLY DESCRIBE THE INSURED'S OPERATIONS.

Stedman is a framing contractor specializing multi-family dwellings (apartment) projects. Stedman acts as subcontractor and generally only provides the labor with no materials being purchased by Stedman. All jobs are 3 stories or less.

DESCRIBE THE CLAIM, INCLUDING THE CAUSE (S) OF LOSS AND ANY FACTOR (S) THAT CONTRIBUTED TO THE SEVERITY.

See attached

WHAT HAVE WE LEARNED, IF ANYTHING, FROM THIS LOSS? DO YOU HAVE ANY RECOMMENDATIONS AS A RESULT?

Contractors continue to be risk where consistent profit is difficult. Generally they can go several years with no problems then on a seemingly minor loss can escalate. They must be underwritten carefully with emphasis on experience, controls and safety. We will not offer renewal on this risk as a result of this claim.

REGIONAL UNDERWRITING OFFICER'S COMMENTS:

CL UNDERWRITING MANAGER: DATE:

## Stedman Construction Co., Inc.

Stedman was acting as subcontractor on a job for the University of Hartford, where they put up a plywood walkway over roof area which was apparently not supportive enough. A foreman working for an electrical subcontractor allegedly went through the plywood with one leg, where it was jammed against the roof area. The claimant, in his early 40's, has not returned to work since the date of loss 10-25-88 and alleges he cannot work. The claim department has determined permanent partial disability of 10% on the leg and 5% on his back. The adjuster feels that this disability should not have prevented the claimant from returning to his job in his capacity as foremen. Also, the adjustor has stated that they are starting to receive what is determined a "new waive" of injury recently diagnosed as "reflex simpathetic dystrophy",a psychological and physiological malfunction. This condition has allegedly cause the claimant's leg to go numb and become discolored. He has apparently gotten doctors to support this.

Stedman is one of three co-defendents in the suit along with the general contractor. The case is moving rapidly through the Federal District Court and the judge has advise us to be ready for trial by 11-08-91. The adjuster feels we will definitely be in court by the end of the year and expects this case to be tried until conclusion. He does not expect the reserve to be increased nor final claim to exceed reserve amount.

This claim was not reported until a year after the accident and was initially handled as a routine leg injury. It was not until the claim unit got additional documentation that it was felt the claim should be taken to another level to the "serious injury" unit. This was primarily due to the alleged claim of "reflex sempathetic dystrophy". The initial claim reserve set was only $1,500.

```
***********************  *********************************************
CLAIM NUMBER: BV40094 F LR  POLICY ID: EESLS   685J7285  LOSS DATE: 10/25/88
AFO: 062 STATUS: ACTIVE        REASON: EST CHANGE
ESTIMATE:          $180,000 PRIOR ESTIMATE:          $108,745
LOSS DESCRIPTION: CMT SAYS HE SLIPPED ON PLYWOOD WALK
                  WAY
INSURED: STEDMAN CONSTRUCTION COMPANIES AGENT: FORT BEND INS AGCY
WATCH: 0 INSURED DRIVER:
```

Do we need Large Loss Report

TIC 0003

**ENGINEERING ANALYSIS REPORT NARRATIVE**

| | | | |
|---|---|---|---|
| ACCOUNT NAME: | Stedman Construction Company | STATUS: | Insured |
| | | SURVEY DATE: | September 17, 1990 |
| BUSINESS ADDRESS: | 6201 Corporate<br>Houston, TX 77036 | SCL DATE: | September 17, 1990 |
| LOCATION ADDRESS: | 6201 Corporate<br>Houston, TX 77036 | | |
| PERSON CONTACTED: | Ms. Janet Machac, Secretary/Treasurer | | |
| COVERAGES: | General Liability, Auto Liability, Inland Marine | | |
| PRODUCER: | Fort Bend Insurance Agency | | |
| SERIOUS ENGINEERING DEFICIENCIES: | None | | |
| ENGINEER: | Paul E. Crocombe, CSP | OFFICE: | Houston |

**BRIEFLY DESCRIBE OPERATION, PREMISES, PRODUCTS, GENERAL EXPOSURES**

**BRIEF SUMMARY OF CONCLUSIONS**

This is a relatively small framing contractor that has been in business since 1971. Based on my office contact, the company seems to be well managed and has a positive attitude toward safety.

The company has had few general liability or automobile losses. The company seems to be more sophisticated in their organization than most contractors of this type and that may be due to the fact that they operate various states throughout the United States.

**DESCRIBE OPERATIONS IN DETAIL**

Stedman Construction Company is a framing contractor. They specialize in multi family (apartment) projects. All framing jobs are 3 stories or less.

Typically Stedman Construction Company acts as a subcontractor to a general contractor. Normally, our insured just provides the labor and does not get involved in buying the materials for a construction job. There has been one exception to that, however.

Approximately 5 to 7% of the framing work they do is subcontracted out to other contractors.

Currently they have active jobs in the following four geographical areas:

San Jose, California
San Francisco, California
Henderson, Nevada
Dallas, Texas

Within the past year they have also done work in Virginia and Maryland.

Their normal number of employees ranges from 50 to 200 employees. In a years time, they average between one to two million dollars in contracts per year.

## LIABILITY

### EXPOSURE TO LOSS:

The exposures to loss for this company are those typical of a subcontractor doing frame construction work. Normally that would bodily injury or property damage during the course of construction.

### PREMISES

The only comment with regard to premises liability with be the small office operation I visited here in Houston. The office is located in a business park area where the insured occupies a small office of approximately 1,000 sq. ft. There were no significant premises liability exposures at this location.

### CONTRACTUAL EXPOSURES

The insured does subcontract about 5 to 7% of their business. In each case, they obtain a Certificate of Insurance from their subcontractors, check the limits and call and verify coverage with that subcontractors insurance company. They verify that the coverages actually enforce and the limits are as stated on the certificate given to them.

### PRODUCTS

The insured has no products exposure, however, they do have a completed operation exposure, however, I would assume that that is adequately controlled by the building inspection process and supervision of the general contractor at the job site. I would consider the completed operations exposure as being nil.

### LOSS HISTORY

In the time period from 9/22/88 through 7/31/90, the insured has had two general liability losses. One loss was a bodily injury occurrence that took place October 25, 1988. This involved a claimant stating that he slipped on a plywood walkway and my contact was unaware of the circumstance with regard to this claim.

The second general liability claim was a $3,200 property damage claim occurring July 1, 1989. This involved an employee who did some damage at a construction site with a forklift truck.

## AUTO EXPOSURE

### EXPOSURES TO LOSS

The insured has two automobiles on their commercial auto policy. One is a Mustang which is driven by Janet Machac, the Secretary/Treasurer of the corporation and my contact at the office. The second vehicle is a pickup truck driven by the President of the business, Mr. Jerry Stedman.

I was advised that neither of these vehicles are driven by spouses or children.

We also discussed non-owned and hired vehicle exposures and came to the conclusion that there was no exposure in this area. They have no employees that are driving their own personal cars on company related business. I did discuss with my contact, the need to have this type of coverage in the event that they do get into a situation where they are asking an employee(s) to use their own private car on company business.

**LOSS HISTORY**

There has been one auto loss and that involved a Paul Cook that was rear ended by an uninsured motorist on December 1, 1989. As of this time, Paul Cook no longer drives a company vehicle. This accident resulted in property damage in the amount of $1,378.

Paul E. Crocombe, CSP
Senior Loss Control Engineer
(713) 787-4020

86-3909.sec
(September 11, 1990)

DISTRIBUTION:

Orig: Bill Floyd
Agency Marketing
P.O. Box 4343
Houston, TX 77210-4343

1 cc: File - Paul E. Crocombe, CSP

TIC 0006

Account: STEDMAN CONSTRUCTION COMPANIES
Agency : FORT BEND INS AGCY 18386
Sai: 2055DA012

Data as of: 04/30/91
086 HOUSTON TX
( Press PF1 for HELP )

PF5 for E X H I B I T 1 or X for single year PF2 for all policy years

| ACCOUNT TOTALS | 41897 | 33792 | 10886 | 32 | 5 |
|---|---|---|---|---|---|

| SELECT HERE | YR | Written Premium | Earned Premium | Incurred Losses | Loss Ratio | No Clms |
|---|---|---|---|---|---|---|
| | 88 | 12621 | 12621 | 4700 | 37 | 2 |
| | 89 | 8608 | 8608 | 6186 | 71 | 3 |
| | 90 | 20668 | 12563 | 0 | 0 | 0 |

******************************* BOTTOM OF DATA *******************************

F13-HELP F14-ALL F15-END F16-RETURN F17-EXHIBIT1 F18-
F19-UP F20-DOWN F21- F22- F23- F24-PRINT
SB IRM0 PR

Policy Detail Summary ROW 1 OF 3

Account: STEDMAN CONSTRUCTION COMPANI
Agency : FORT BEND INS AGCY 18386
Sai: 2055DA012

Data as of: 04/30/91
086 HOUSTON TX
( Press PF1 for HELP

X- next to policy for loss detail

| POLICY NO/FORM | RATING PERIOD | | LINE | PROG CODE | RM | WRITTEN PREMIUM | TOTAL CLM AMT | EST L/R | NO CLM |
|---|---|---|---|---|---|---|---|---|---|
| 685J7273 CAP | 092288 | 092289 | ALBI | 833 | G | 3781 | 0 | 0 | 0 |
| | 092288 | 092289 | ALPD | 833 | G | 725 | 0 | 0 | 0 |
| 685J7285 SLS | 092288 | 092289 | GLIAB | 833 | G | 8115 | 4700 | 57 | 2 |

******************************* BOTTOM OF DATA *******************************

F13-HELP F14- F15-END F16-RETURN F17- F18- F19-UP
F20-DOWN F21- F22- F23- F24-PRINT
SB IRM0 PR

Account: STEDMAN CONSTRUCTION COMPANI
Agency : FORT BEND INS AGCY 18386
Sai: 2055DA012

Data as of: 04/30/91
086 HOUSTON TX
( Press PF1 for HELP )

X- next to policy for loss detail

| POLICY NO/FORM | RATING PERIOD | | LINE | PROG CODE | RM | WRITTEN PREMIUM | TOTAL CLM AMT | EST L/R | NO CLMS |
|---|---|---|---|---|---|---|---|---|---|
| * 685J7273 CAP | 092289 | 092290 | ALBI | 833 | G | 3797 | 1378 | 36 | 1 |
| | 092289 | 092290 | ALPD | 833 | G | 1317 | 0 | 0 | 0 |
| 685J7285 SLS | 092289 | 092290 | GLIAB | 833 | G | 3494 | 4808 | 137 | 2 |

******************************* BOTTOM OF DATA *******************************

F13-HELP F14- F15-END F16-RETURN F17- F18- F19-UP
F20-DOWN F21- F22- F23- F24-PRINT
SB IRM0 PR

TIC 0008

PRODUCER

FORT BEND INSURANCE AGENCY
2448 So. Main. PH. 499-1541
Stafford, Texas 77477

APPLICANT (first Named Insured): STEDMAN CONSTRUCTION COMPANIES IN...

| PROPOSED EFF. DATE | PROPOSED EXP. DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 9-22-88 | 9-22-89 | (X) AGENCY / DIRECT | | |

FOR COMPANY USE ONLY

## COVERAGES / LIMITS

COMMERCIAL GENERAL LIABILITY
- [ ] CLAIMS MADE  [X] OCCURRENCE
- [ ] OWNER'S & CONTRACTORS PROTECTIVE

| LIMITS | | PREMIUMS | |
|---|---|---|---|
| GENERAL AGGREGATE | $ 2,000,000 | PREMISES/OPERATIONS | 12,475 |
| PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ 1,000,000 | | |
| PERSONAL & ADVERTISING INJURY | $ 1,000,000 | | |
| EACH OCCURRENCE | $ 1,000,000 | PRODUCTS | 2373 |
| FIRE DAMAGE (ANY ONE FIRE) | $ 50,000 | | |
| MEDICAL EXPENSE (ANY ONE PERSON) | $ 5,000 | OTHER | |
| | | TOTAL | 14,848 |

DEDUCTIBLES
PROPERTY DAMAGE $ ______ PER CLAIM / PER OCCURRENCE

OTHER COVERAGES, RESTRICTIONS, AND/OR ENDORSEMENTS

## SCHEDULE OF HAZARDS

| LOC # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | TERR. | RATE PREMS/OPS | RATE PRODUCTS | PREMIUM PREMS/OPS | PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|---|---|
| | | | (s) GROSS SALES (p) PAYROLL (a) AREA (c) TOTAL COST (t) OTHER | | (s) per $1,000 (p) per $1,000/pay (a) per 1,000 sq. ft. (c) per $1,000/cost (t) per unit | | | |
| | CARPENTRY 3 STORIES OR LESS | 91340 | (P) 350,000 | | 35.644 | 6.78 | 12,475 | 2373 |

SEP 1988

## CLAIMS MADE (EXPLAIN ALL "YES" RESPONSES)

| | | YES | NO |
|---|---|---|---|
| 1 | Proposed retroactive date: | | |
| 2 | Entry date into uninterrupted claims made coverage: | | |
| 3 | Has any product, work, accident, or location been excluded, uninsured, or self-insured from any previous coverage? | | |
| 4 | Was tail coverage purchased under any previous policy? | | |

## TRANSITION

| | | YES | NO |
|---|---|---|---|
| 1 | Has this risk or any location ever not qualified for transition? | | X |
| 2 | If this risk qualifies for transition, indicate the year it first qualified: ~~~~ and | | |

| LOC. | CLASS | AREA | SALES |
|---|---|---|---|
| 1 | | | 500,000 |

COMMENTS

TIC 0009

| # | (For any past or present operations) | YES | NO |
|---|---|---|---|
| | (For any past or present operations) | | X |
| 1 | Does applicant draw plans, designs, or specifications? | | X |
| 2 | Do any operations include blasting or utilize or store explosive material? | | X |
| 3 | Do any operations include excavation, tunneling, underground work or earth moving? | | X |
| 4 | Do your subcontractors carry coverages or limits less than yours? | | X |
| 5 | Are certificates of insurance required from subcontractors? | X | |
| 6 | Does applicant lease equipment to others with or without operators? | | X |

DESCRIBE THE TYPE OF WORK & PERCENT SUBCONTRACTED:

10% sub cornice work

FORT-BEND INSURANCE AGENCY
2448 So. Main. PH. 499-1541
Stafford, Texas 77477

REMARKS:

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| NAILS | 750,000 | | | | | |
| | | | | | | |

| # | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|
| 1 | Does applicant install, service or demonstrate products? | | X |
| 2 | Foreign products sold, distributed, used as components? | | X |
| 3 | Research and development conducted or new products planned? | | X |
| 4 | Guarantees, Warranties, Hold Harmless Agreements? | | X |
| 5 | Products related to aircraft/space industry? | | X |
| 6 | Products recalled, discontinued, changed? | | X |
| 7 | Products of others sold or re-packaged under applicant label? | | X |
| 8 | Products under label of others? | | X |
| 9 | Vendors coverage required? | | X |
| 10 | Does any Named Insured sell to other Named Insureds? | | X |

Please attach literature, brochures, labels, warnings, etc.

## ADDITIONAL INTERESTS/CERTIFICATE RECIPIENTS

| # | NAME & ADDRESS (INCLUDE LOAN NUMBER FOR MORTGAGEES) | INTEREST | CER |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## GENERAL INFORMATION

| # | EXPLAIN ALL "YES" RESPONSES For all past or present operations: | YES | NO |
|---|---|---|---|
| 1 | Any medical facilities provided or doctors employed/contracted? | | X |
| 2 | Any exposure to radioactive/nuclear materials? | | X |
| 3 | Do operations involve storing, treating discharging, applying, disposing, or transporting of hazardous material? (e.g. landfills, wastes, fuel tanks, etc.) | | X |
| 4 | Any operations sold, acquired, or discontinued in last 5 years? | | X |
| | Machinery or equipment loaned or rented to others? | | X |
| 6 | Any watercraft, docks, floats owned, hired, or leased? | | X |
| 7 | Any parking facilities owned/rented? | | X |
| 8 | Is a fee charged for parking? | | X |
| 9 | Recreation facilities provided? | | X |
| 10 | Is there a swimming pool on the premises? | | X |
| 11 | Sporting or social events sponsored? | | X |
| 12 | Any structural alterations contemplated? | | X |
| 13 | Any demolition exposure contemplated? | | X |

REMARKS:

TIC 0010

## APPLICANT INFORMATION SECTION

DATE (MM/DD/YY): 9-22-88

PRODUCER

FORT BEND INSURANCE AGENCY
2448 So. Main. PH. 499-1541
Stafford, Texas 77477

CODE | SUB-CODE

CARRIER: TRAVELERS

UNDERWRITER: BILL Floyd

POLICIES OR PROGRAM REQUESTED

PLEASE INDICATE THE SECTIONS ATTACHED

- [ ] PROPERTY
- [ ] GLASS & SIGN
- [ ] ACCTS. REC./VAL. PAPERS
- [ ] CRIME
- [ ] FIDELITY
- [ ] TRANSPORTATION
- [X] GENERAL LIABILITY
- [ ] UMBRELLA
- [X] BUSINESS AUTO
- [ ] GARAGE
- [ ] TRUCKERS
- [ ] WORKERS COMP.

### STATUS OF SUBMISSION

- [ ] QUOTE
- [ ] ISSUE POLICY
- [ ] BOUND (Give Date and/or Attach Copy)

### PACKAGE POLICY INFORMATION

ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES.

| PROPOSED EFF. DATE | PROPOSED EXP. DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| | | [ ] AGENCY BILL<br>[ ] DIRECT BILL | | |

### APPLICANT INFORMATION

NAME: STEDMAN CONSTRUCTION COMPANIES, INC.
6201 CORPORATE DRIVE
Houston TX 77036

MAILING ADDRESS (Include Zip Code): SAME

- [ ] INDIVIDUAL
- [ ] PARTNERSHIP
- [X] CORPORATION
- [ ] JOINT VENTURE
- [ ] OTHER (DESCRIBE)

YRS. IN BUSINESS: 5 YRS

INSPECTION (Contact/Phone): 988 9101

ACCOUNTING RECORDS (Contact/Phone): 988 9101

### LOCATION INFORMATION

| # | STREET, CITY, COUNTY, STATE, ZIP CODE | INTEREST | YR BUILT | PART OCCUPIED |
|---|---|---|---|---|
| 1 | 6201 CORPORATE DRIVE | | | |
| 2 | Houston, TX 77036 | | | |
| 3 | | | | |

### NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS/OCCUPANCY BY LOCATION

CARPENTRY MULTI FAMILY DWELLINGS 3 STORIES OR LESS.

1) No PP Suppl Necesary Since No Vehicles used for personal use.

### GENERAL INFORMATION

| # | EXPLAIN ALL "YES" RESPONSES | Yes | No |
|---|---|---|---|
| 1 | Is the applicant a subsidiary of another entity or does the applicant have any subsidiaries? | | X |
| 2 | Is a formal safety program in operation? | X | |
| 3 | Any exposure to flammables, explosives, chemicals? | | X |
| 4 | Any catastrophe exposure? | | X |
| 5 | Any other insurance with this company or being submitted? | X | |
| 6 | Any policy or coverage declined, cancelled or non-renewed during the prior 3 years? | | X |

REMARKS

TIC 0011

**APPLICABLE IN NEW YORK STATE**

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

APPLICANT'S SIGNATURE

PRODUCER'S SIGNATURE: Jim Harper

| LINE | YEAR | CARRIER | POLICY NUMBER | LIMITS OF LIABILITY | | MOD. | PREMIUM | |
|---|---|---|---|---|---|---|---|---|
| | | | | BODILY INJURY | PROP. DAMAGE | | BODILY INJURY | PROP. DA[illegible] |
| LIABILITY | 1984 | Home | BA | | | | | |
| | 1985 | | GLR 9096486 | 1 MIL CSL | | no | | |
| | 1986 | | | | | | | |
| | 1987 | | | | | | | |
| AUTOMOBILE LIABILITY | 1984 | Home | BA-408 9433 | 1 MIL CSL | | | | |
| | 1985 | | | | | | | |
| | 1986 | | | | | | | |
| | 1987 | | | | | | | |
| PROPERTY | | | | | | | | |

LOSS HISTORY

ENTER ALL LOSSES FOR THE PRIOR 5 YEARS. ANNUAL AGGREGATES FOR EACH LINE OF INSURANCE MAY BE ENTERED ON THE COMMENTS IF PREFERABLE. IF AGGREGATES ARE PROVIDED, PLEASE INDICATE THE NUMBER OF CLAIMS AND EXPLAIN ALL CLAIMS EXCEEDING

| DATE OF LOSS | TYPE OF LOSS | DESCRIPTION OF LOSS, CORRECTIVE MEASURES (IF APPLICABLE) | AMOUNT PAID | RESE[illegible] |
|---|---|---|---|---|
| | no losses on GL or Auto | | | |

COMMENTS:

☐ SEE ATTACHED LOSS SUMMARY

Dun & Bradstreet

BE SURE NAME, BUSINESS AND ADDRESS MATCH YOUR FILE.

ANSWERING INQUIRY

SUBSCRIBER: 071-001067L
EE SLS 635J728 5 88 FORT BEN

REPORT MAY NOT BE REPRODUCED IN WHOLE OR IN PART IN ANY MANNER WHATEVER

CONSOLIDATED REPORT

DUNS: 15-040-7856
STEDMAN CONSTRUCTION COMPANIES, INC
+STEDMAN ENTERPRISES

6201 CORPORATE
HOUSTON TX 77036
TEL: 713 988-9101

DATE PRINTED
NOV 10 1988

FRAMING CONTRACTOR SPECIALIZING IN MULTI-FAMILY HOME CONSTRUCTION
SIC NO.
17 51

| SUMMARY | |
|---|---|
| RATING | 2A2 |
| STARTED | 1982 |
| PAYMENTS | SEE BELOW |
| SALES | $5,000,000 (PROJ) |
| WORTH F | $807,821 |
| EMPLOYS | 10 |
| HISTORY | CLEAR |
| FINANCING | SECURED |
| CONDITION | GOOD |

CHIEF EXECUTIVE: JERRY STEDMAN, PRES

PAYMENTS (Amounts may be rounded to nearest figure in prescribed ranges)

| REPORTED | PAYING RECORD | HIGH CREDIT | NOW OWES | PAST DUE | SELLING TERMS | LAST SALE WITHIN |
|---|---|---|---|---|---|---|
| 09/88 | Ppt | 50 | -0- | -0- | | 6-12 Mos |
| 07/88 | Ppt-Slow 30 | 2500 | 750 | 50 | | 1 Mo |
| 01/88 | Ppt | 500 | | | | |
| 11/87 | Ppt | 25000 | 500 | | N30 | |
| 10/87 | Slow 120 | 10000 | 10000 | 10000 | | |
| | Lease agreement | | | | | |

* Payment experiences reflect how bills are met in relation to the terms granted In some instances payment beyond terms can be the result of disputes over merchandise skipped invoices etc.
* Each experience shown represents a separate account reported by a supplier Updated trade experiences replace those previously reported.

FINANCE
A CONSULTING SERVICE IS AVAILABLE TO ASSIST YOU IN REVIEWING THIS ACCOUNT FURTHER. PLEASE CALL (800) 223 - 0141 TO SPEAK WITH A DUNS ACCOUNT CONSULTANT.

08/19/88 Fiscal statement dated DEC 31 1987:

| | | | |
|---|---|---|---|
| Cash | $ 42,451 | Accts Pay | $ 58,500 |
| Accts Rec | 1,038,364 | Bank Loan | 215,500 |
| Curr Assets | 1,080,905 | Curr Liabs | 274,000 |
| Deposits | 916 | EQUITY | 807,821 |
| Total Assets | 1,081,821 | Total | 1,081,821 |

Monthly rent $890. Lease expires Jul 1989.
Submitted AUG 19 1988 by Janet Machac, sec-treas. Extent of audit, if any, no indicated.

--0--

On AUG 19 1988 Janet Machac, sec-treas, submitted the above figures She submitted the following partial estimates dated AUG 19 1988

| | | | |
|---|---|---|---|
| Cash | $ 110,000 | Accts Pay | $ 58,500 |
| Accts Rec | 1,800,000 | | |

Projected annual sales are $ 5,000,000.
Working capital is adequate generally allowing obligations to be met withi terms. Debt is moderate in relation to worth. Overall condition is regarded as gooc

| WORK IN PROGRESS: | CONTR AMOUNT | % COMP | COMP DATE | TYPE OF BOND |
|---|---|---|---|---|
| Coakley Williams, Virginia | $ 227,000 | 50 | Dec 88 | |
| Linbeck Construction, Connecticut | $ 992,000 | 75 | Oct 88 | |
| N V Properties, Virginia | $ 859,100 | 30 | Aug 89 | |

TIC 0013

PUBLIC FILINGS
UCC FILINGS
10/07/88 Financing Statement #88161373 filed 07-08-88 with Secretary, State of T

SEE REVERSE SIDE FOR GLOSSARY OF TERMS (CONTINUED)

THIS REPORT, FURNISHED PURSUANT TO CONTRACT FOR THE EXCLUSIVE USE OF THE SUBSCRIBER AS ONE FACTOR TO CONSIDER IN CONNECTION WITH CREDIT, INSURANCE, MARKETING OR OTHER BUSINESS DECISIONS, CONTAINS INFORMATION COMPILED FROM SOURCES WHICH DUN & BRADSTREET, INC. DOES NOT CONTROL AND WHOSE INFORMATION, UNLESS OTHERWISE INDICATED IN THE REPORT, HAS NOT BEEN VERIFIED. IN FURNISHING THIS REPORT DUN & BRADSTREET, INC. IN NO WAY ASSUMES ANY PART OF THE USER'S BUSINESS RISK, DOES NOT GUARANTEE THE ACCURACY, COMPLETENESS, OR TIMELINESS OF THE INFORMATION PROVIDED, AND SHALL NOT BE LIABLE FOR ANY LOSS OR INJURY WHATEVER RESULTING FROM CONTINGENCIES BEYOND ITS CONTROL OR FROM NEGLIGENCE. 9R2-10(780)

THIS REPORT MAY NOT BE REPRODUCED IN WHOLE OR IN PART IN ANY MANNER WHATEVER

FILINGS
(Cont'd) Debtor: STEDMAN CONSTRUCTION COMPANIES, INC, HOUSTON, TX. Secured Party: CITIZENS NATIONAL BANK, BELLAIRE, TX. Collateral: specified contract rights, chattel paper general intangibles, inventory.

09/26/88 Financing Statement Amendment #88701987 filed 07-26-88 with Secretary, State of TX. Amendment original filing # 87134262 filed 05-18-87. Debtor: STEDMAN CONSTRUCTION COMPANIES, INC, HOUSTON, TX. Secured Party: CYPRESS NATIONAL BANK, HOUSTON, TX.

08/19/88 Financing Statement #87134262 filed 05-18-87 with Secretary, State of TX. Debtor: Stedman Construction Companies, Inc, Houston, TX. Secured Party: Cypress National Bank, Houston, TX. Collateral: all accounts receivable.

The public record items reported above under "PUBLIC FILINGS" and "UCC FILINGS" may have been paid, terminated, vacated or released prior to the date this report was printed.

BANKING
06/88 Account(s) averages low 6 figures. Account open under 1 year. Loans granted to low 6 figures on a secured basis. Now owing low 6 figures. Collateral consists of accounts receivable. Matures in under 1 year. Borrowing account is as agreed Overall relations are satisfactory.

HISTORY
08/19/88

JERRY STEDMAN, PRES ROBERT DOUDS, V PRES
JANET MACHAC, SEC-TREAS
DIRECTOR(S): THE OFFICER(S)

Incorporated Texas, Nov 27 1985. Authorized capital consists of 100,000 shares common stock, no par value.

Corporate charter file #776216.

Business started 1982 by Jerry Stedman as a sole proprietorship. Relocated 198 from 6201 Corporate. 100% of capital stock is owned by the officers

JERRY STEDMAN born 1937. 1958-78 self-employed as framing contractor in Atlanta GA; Beaumont, TX and Houston, TX. Discontinued, all bills paid. 1978-82 employed by Framco, Houston, TX. 1982 to present active in subject.

ROBERT DOUDS born 1940. 1963-85 employed by Vobwood Construction, Beaumont, TX 1985 to present active in subject.

JANET MACHAC born 1953. 1984-present active in subject. 1974-84 employed by b Texas Commerce Bank, Houston, TX.

| PERFORMANCE RECORD: | LOCATION | VALUE | COMP DATE |
|---|---|---|---|
| Thomas B Harkins | Germantown, MD | $ 3,720,000 | Jun 198 |
| Hardage Construction | Rockville, MD | $ 500,000 | Jun 198 |
| Thomas B Harkins | Silver Springs, MD | $ 625,000 | Jun 198 |

OPERATION
08/19/88 Contractor specializing in framing for multi family homes, Subject contracts 15% o work to others. Contracts are obtained through bidding 25% and negotiation 75% Contracts call for fixed fee 100%. Terms are progress payments 100%. Retainages, i any, generally 10%.
Billing done on job completion basis.
Nonseasonal.

EMPLOYEES: 10 including officers.

FACILITIES: Leases 1,200 sq. ft. in one story frame building in good condition Premises neat.

LOCATION: Suburban business section on well traveled street.

11-10(9AU /87) 00000 073 161
Texas Commerce Bank

TIC 0014

THIS REPORT, FURNISHED PURSUANT TO CONTRACT FOR THE EXCLUSIVE USE OF THE SU[illegible]RIBER AS ONE FAC[illegible] TO CONSIDER IN CONNECTION WITH CRED INSURANCE, MARKETING OR OTHER BUSINESS DECISIONS, CONTAINS INFORMATION COMPI[illegible] ROM SOURCES WHICH DUN & BRADSTREET INC. DOES NOT CONTROL WHOSE INFORMATION, UNLESS OTHERWISE INDICATED IN THE REPORT, HAS NOT BEEN V[illegible] D. IN FURNISHING THIS REPORT DUN & BRADSTREET INC. IN NO W ASSUMES ANY PART OF THE USER'S BUSINESS RISK, DOES NOT GUARANTEE THE ACC[illegible] COMPLETENESS, OR TIMELINESS OF THE INFORMATION PROVIDED. A SHALL NOT BE LIABLE FOR ANY LOSS OR INJURY WHATEVER RESULTING FROM CONTIN[illegible] S BEYOND ITS CONTROL OR FROM NEGLIGENCE. JR2-10 (7201)