Apple Inc. v. Psystar Corporation Doc. 2652

WINSTON & STRAWN LLP
Charles S. Birenbaum (SBN: 107894)
Jeffrey S. Bosley (SBN: 167629)
Mark C. Thomas (SBN: 215580)
101 California Street, 39th Floor
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Defendant
CALPINE CORPORATION

NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
John L. Anderson, (SBN 47393)
Linda Lu Castronovo (SBN 173269)
Scott M. DeNardo (SBN 216749)
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: 415-677-9440
Facsimile: 415-677-9445

Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS, LOCAL UNION 342,
UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND PIPEFITTING
INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & STEAMFITTERS, LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO<br><br>Plaintiff,<br><br>vs.<br><br>CALPINE CORPORATION<br><br>Defendant. | Case No.C-02 5376 JSW<br><br>**STIPULATION AND [[redacted]] ORDER TO EXTEND THE EXPERT DISCOVERY CUT-OFF AND THE CUT-OFF TO COMPLETE THE DEPOSITION OF TOM ADAMS** |

///

///

///



Dockets.Justia.com

Subject to the approval of this Court, the parties hereby stipulate to the following:

Expert discovery will be extended from April 8, 2005 to May 31, 2005 in order to complete the depositions of UA Local 342's experts, Willaim Ibbs and Henry Koffman and propound document requests related to these experts.

The deposition of Tom Adams will be concluded on or before May 31, 2005.

The extension of these deadlines will not prejudice either party's trial preparation, as the January 24, 2005 trial date was vacated, and no further trial date has been set.

SO STIPULATED:

Dated: 3/17/05

NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL

By: ______________________
SCOTT DENARDO
Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS, LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

Dated: 3/17/05

WINSTON & STRAWN LLP

By: ______________________
MARK C. THOMAS
Attorneys for Defendant
CALPINE CORPORATION

APPROVED AND SO ORDERED:

Dated: March 18, 2005

/s/ Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

101 California Street
San Francisco, CA 94111-5894