Apple Inc. v. Psystar Corporation Doc. 2662

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOLITA SCHAR,
Plaintiff,
v.
HARTFORD LIFE INSURANCE, CO,
Defendants.
_______________________________________/

No. C 02-1073 JL

CORRECTION

There is a typographical error in this court's Summary Judgment order, filed January 23, 2003. At page 13, lines 19-22, is the following:

"Plaintiff attempts to distinguish "foreseeable" from "foreseen," to show that, while Dr. Knight anticipated an embolism of some kind, making an embolism *per se* foreseeable, he did not anticipate a *fatal* embolism, so if Mr. Schar's death resulted from such an embolism it was not foreseen, and therefore not an accident."

The last line should read "it was not foreseen, and therefore was an accident."

The order is hereby corrected.

IT IS SO ORDERED.

DATED: January 24, 2003

_______________________________
James Larson
United States Magistrate Judge



Dockets.Justia.com