Apple Inc. v. Psystar Corporation

Doc. 2664

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

KARUK TRIBE OF CALIFORNIA,

Plaintiff,

v.

UNITED STATES FOREST SERVICE, *et al.*,

Defendants.

Case No. 4:04-cv-04275-SBA

**JOINT STIPULATION FOR ALLOWING TELEPHONIC HEARING OF MINERS' MOTION TO INTERVENE**

Pursuant to Local Rules 7-1(a)(5) and 7-12, Plaintiff the Karuk Tribe of California (the "Tribe") and defendants the United States Forest Service, et al. (the "Federal Defendants") hereby submit this joint stipulation regarding the hearing of the motion of the motion to intervene filed by the New 49'ers, Inc. and Raymond W. Koons (the "Miners"). The attorneys for the Tribe, the Federal Defendants, and the Miners all would have to travel considerable distances to attend a hearing on this motion in person. In the interest of efficiency and cost savings, the Tribe and the Federal Defendants stipulate and agree that this hearing be conducted by a telephonic conference. A proposed order is attached.

Respectfully submitted this __ day of March, 2005.

________/S/ Roger Flynn________________________________

ROGER FLYNN, Appearance Pro Hac Vice
JEFFREY C. PARSONS, Appearance Pro Hac Vice
Western Mining Action Project
2260 Baseline Rd., Suite 101A
Boulder, CO 80302
Telephone: (303) 473-9618
Facsimile: (303) 786-8054
wmap@igc.org

JAMES R. WHEATON (State Bar No. 115230)
IRYNA A. KWASNY (State Bar No. 173518)
JOSHUA BORGER (State Bar No. 231951)
Environmental Law Foundation
1736 Franklin Street, 9th Floor
Oakland, CA 94612
Telephone: (510) 208-4555
Facsimile: (510) 208-4562

Attorneys for the plaintiff Karuk Tribe of California



Dockets.Justia.com

THOMAS L. SANSONETTI
Assistant Attorney General

________/S/ Barclay T. Samford____________
BARCLAY T. SAMFORD
Trial Attorney
United States Department of Justice
Suite 945, North Tower
99918th Street
Denver, CO 80202
Telephone: (303) 312-7362
Facsimile: (303) 312-7379

BRIAN TOTH
Trial Attorney
United States Department of Justice
Environment and Natural
Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0369
Facsimile: (202) 305-0506

KEVIN V. RYAN (State Bar No. 118321)
United States Attorney
CHARLES M. O'CONNOR (State Bar No. 56320)
Assistant United States Attorney
Environment and Natural Resources Unit
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7180
Facsimile: (415) 436-6748

Of counsel:

ROSE MISKOVSKY
U.S. Dept. of Agriculture
Office of General Counsel
33 New Montgomery Street, 17th Floor
San Francisco, CA 94105-1924
Telephone: (415) 744-3158
Facsimile: (415) 744-3158

Attorneys for Federal Defendants

I hereby attest, pursuant to Section X.B. of General Order No. 45, that I have on file records of the concurrences in the e-filing of this document obtained from each of the other signatories indicated by a "conformed" signature (/S/).

__/S/__R. Dabney Eastham__________

R. Dabney Eastham (State Bar No. 115533)
44713 Highway 96
Seiad Valley, CA 96086
(530) 496-3677
(530) 496-3319
dabneylaw@sisqtel.net

Attorney for Potential Intervener The New 49'ers, Inc.