Apple Inc. v. Psystar Corporation Doc. 2670



HLP attorneys at law

R. Eric Gaum, Esq.

Direct Phone: (330) 237-4539
Direct Fax: (330) 237-4559
E-Mail: regaum@hahnlaw.com

March 22, 2005

Ms. Karen L. Hom
United States District Court
District of Northern California
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102

Via Facsimile and Mail
(415) 522-3605

**Re:** ***Bidco, Inc. v. The Plastic Lumber Co, Inc.***
**United States District Court for the Northern District of California**
**Case No. C 02 04429 JCS; Judge Joseph C. Spero**
**Our File No. 116761.00010**

Dear Ms. Hom:

Pursuant to the Court's last order, I can be reached at my direct number for the upcoming Status Conference on Friday, March 25, 2005 at 1:30 p.m. My direct telephone number is (330) 237-4539. I apologize for this letter being submitted a day late.

Thank you for your attention to this matter. Please contact me if you have any questions or require further information.

Sincerely,

R. Eric Gaum

REG/cm

cc: Everitt G. Beers, Esq.

IT IS SO ORDERED

Joseph C. Spero, Magistrate Judge
3/22/05
Date

Akron - 93519.1



Dockets.Justia.com