Apple Inc. v. Psystar Corporation Doc. 2691

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Sansome Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SANTA CLARA COUNTY AUTOMOTIVE TRADES TRUST FUND; HERMAN HOWELL, TRUSTEE,<br><br>Plaintiffs,<br>vs.<br><br>SUNNYVALE AUTO BODY, INC., etc.,<br><br>Defendant. | NO. C 04 0230 JW<br><br><u>JUDGMENT PURSUANT TO STIPULATION</u> |

It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SANTA CLARA COUNTY AUTOMOTIVE TRADES TRUST FUND; HERMAN HOWELL, TRUSTEE, and defendant, SUNNYVALE AUTO BODY, INC., a California corporation, have stipulated that Plaintiffs have and recover judgment from Defendants and it appearing that the stipulation is in all respects proper and that the stipulation provides for judgment against defendant in the amount of $15,140.00, which amount is composed of the following:

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE SANTA CLARA COUNTY AUTOMOTIVE TRADES TRUST FUND, have and recover judgment from defendant, SUNNYVALE AUTO BODY, INC., a California corporation, in the amount of $15,140.00, which amount is composed of the following:



Dockets.Justia.com

1. A settlement amount of contributions due for the period May 1, 2000 through May 31, 2002 based on a payroll audit of defendant's books and records in the amount of $15,140.00.

IT IS FURTHER ORDERED AND ADJUDGED that an abstract of judgment will be recorded but execution will not issue on the judgment so long as defendant fully complies with the following condition:

1. Defendant shall pay the amount of the judgment in four equal monthly installments of $3,785.00 commencing on April 1, 2005 and continuing on the first (1st) of each of the three (3) months thereafter until the full amount of the judgment is paid. Each of said payments will be made by check payable to the SCC AUTO TRADES TRUST and should be sent to ERSKINE & TULLEY, 220 Sansome Street, Suite 600, San Francisco, CA 94104, attention Sharon Eastman.

IT IS FURTHER ORDERED AND ADJUDGED that upon the failure of defendant to make any of the payments in a timely manner as required above, execution on the judgment shall issue after 10 days written notice to the Defendant and Defendant's counsel that Plaintiffs or Plaintiffs' attorney declare a default and intend to file a Declaration stating that a default has occurred on the part of the defendant. Defendant waives notice of any hearing held by the court upon the earlier execution of this judgment or Plaintiffs' declaration.

Dated: ______________________

____________________________
Judge James Ware