PAULA CHAMPAGNE, Bar No. 76545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940
Fax: 415.434.2302

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEBORAH ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, ROY GAMMON, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C-04-4649 CW<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT AMERICAN AIRLINES, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(FRCP 12(c))**<br><br>Date: April 8, 2005<br>Time: 10:00 a.m.<br>Courtroom: 2, 4th Floor<br>Judge: Claudia Wilken |

The motion of Defendant American Airlines, Inc. for judgment on the pleadings came on regularly for hearing before this Court on April 8, 2005. Paula Champagne of Littler Mendelson appeared as attorney for Defendant, and F. Anthony Edwards of the Law Offices of Seibel, Finta & Edwards appeared as attorney for Plaintiff.

After considering the moving and opposition papers, the arguments of counsel and all other matters presented to the Court,

IT IS HEREBY ORDERED that Defendant's motion for judgment on the pleadings be, and hereby is, GRANTED. The Court finds that Plaintiff failed to exhaust her administrative remedies under the FEHA, so that the second and sixth causes of action for harassment and retaliation are barred. Cal. Gov't Code § 12960. The Court also finds that because Plaintiff does not allege she had a medical condition as defined by the FEHA, Cal. Gov't Code section 12926(h), the fourth and fifth causes of action for medical condition discrimination fail to state a claim.

IT IS SO ORDERED.

Dated: ______________________

______________________________
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

San_Francisco:31339003.1 009001.1281

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940