**John F. DeMeo, SBN 28891**
**Joshua M. West, SBN 118463**
**DeMeo & DeMeo**
**565 W. College Avenue**
**Santa Rosa, CA 95401**
**Telephone: (707) 545-3232**
**Facsimile: (707) 545-1725**

**Attorneys for Plaintiff**
**TRACEY MEASE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRACEY MEASE,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHTON GARDENS ASSISTED LIVING; BRIGHTON GARDENS OF SANTA ROSA; SUNRISE ASSISTED LIVING; SUNRISE ASSISTED LIVING, INC.; SUNRISE ASSISTED LIVING MANAGEMENT, INC.; SUNRISE SENIOR LIVING SERVICES, INC.; SUNRISE SENIOR LIVING, INC.; SUNRISE SENIOR LIVING MANAGEMENT, INC.; SUNRISE BRIGHTON GARDENS OF SANTA ROSA; DOE 1 through DOE 20, inclusive,<br><br>Defendants.<br>_____________________________________/ | Case No. C 04 5205 - SC<br><br>NOTICE OF DISMISSAL AS TO DEFENDANTS BRIGHTON GARDENS ASSISTED LIVING; BRIGHTON GARDENS OF SANTA ROSA, and SUNRISE BRIGHTON GARDENS OF SANTA ROSA, ONLY<br>(Federal Rule Civil Procedure 41(a)(1) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that plaintiff, TRACEY MEASE, hereby dismisses this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as to named defendants BRIGHTON GARDENS OF ASSISTED LIVING; BRIGHTON GARDENS OF SANTA ROSA; and SUNRISE BRIGHTON GARDENS OF SANTA ROSA, and against those



Dockets.Justia.com

defendants only. The action remains pending as it is not dismissed as to any other defendant.

Plaintiff dismisses the above defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure on the grounds that these defendants have not yet served an Answer or moved for Summary Judgment in this action.

Dated: March 28, 2005

DeMEO & DeMEO

By: /S/ *Joshua M. West*

Joshua M. West
Attorneys for Plaintiff
TRACEY MEASE

## PROOF OF SERVICE BY MAIL

I, the undersigned, say:

I am and was at the time of the within described mailing, over 18 years of age and employed in the County of Sonoma, California, in which the within referred mailing occurred. I am not a party to the cause or matter mentioned in the attached document. My business address is 565 West College Avenue, Santa Rosa, California 95401.

On the date below, following ordinary business practice, I served the attached **NOTICE OF DISMISSAL AS TO DEFENDANTS BRIGHTON GARDENS ASSISTED LIVING; BRIGHTON GARDENS OF SANTA ROSA, and SUNRISE BRIGHTON GARDENS OF SANTA ROSA ONLY (Federal Rule Civil Procedure 41(a)(1)**, addressed as follows:

| | |
|---|---|
| Michael J. Loeb, Esq.<br>Jacqueline S. Bronson, Esq.<br>Bingham McCutchen LLP<br>Three Embarcadero Center, 18th Fl.<br>San Francisco, CA 94111-4067<br>*Facsimile: (415) 393-2286* | Attorneys for Defendants Sunrise Senior Living Services, Inc., Sunrise Senior Living, Inc., and Sunrise Senior Living Management, Inc. |
| Thomas P. Murphy, Esq.<br>Jeffrey B. Hardie, Esq.<br>Hunton & Williams LLP<br>1751 Pinnacle Drive, Ste. 1700<br>McLean, Virginia 22102<br>*Facsimile: (703) 714-7410* | Co-Counsel attorneys in Virginia for Defendants Sunrise Senior Living Services, Inc., Sunrise Senior Living, Inc., and Sunrise Senior Living Management, Inc. |

_X_ **BY MAIL**: I caused each such envelope, with postage thereon fully paid, to be placed in the United States mail at Santa Rosa, California.

_X_ **BY FACSIMILE**: I caused each such document to be transmitted by facsimile to the numbers listed above.

____ **BY FEDERAL EXPRESS:** I caused each such, with shipping charges fully prepaid, to be delivered to and deposited with Federal Express in Santa Rosa, California for next business day delivery.

Each envelope so addressed and containing such copy was then sealed and postage thereon fully prepaid, and thereafter on the date and at the place this declaration was executed, shown below, deposited by me in a mail reception facility regularly maintained by the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **March 28, 2005**, at Santa Rosa, California.

/S/ *Karen Martignoli*

Karen Martignoli