AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Reggie Wakefield

V.

Kohler Company, et al

## BILL OF COSTS

Case Number: C-04-0259-CW

Judgment having been entered in the above entitled action on 03/11/2005 (Date) against Reggie Wakefield, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 970.72 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on reverse side) | 120.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 0.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 2,336.28 |
| TOTAL | $ 3,427.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Williams, Wester & Hall LLP, 755 Baywood Drive, Suite 185, Petaluma, CA 94954

Signature of Attorney:

Name of Attorney: Steven D. Werth

For: PACIFIC BELL TELEPHONE COMPANY (Name of Claiming Party) Date:

Costs are taxed in the amount of ______ and included in the judgment.

RICHARD W. WIEKING (Clerk of Court) By: ______ (Deputy Clerk) ______ (Date)

Dockets.Justia.com

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Carol Hyland | 1 | 40.00 | | | | | 40.00 |
| Barry Ben-Zion | 1 | 40.00 | | | | | 40.00 |
| Paul Youngdahl | 1 | 40.00 | | | | | 40.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | TOTAL | | $120.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

**Itemization and documentation for requested costs in all categories:**

Fees of the Clerk:
NONE

Fees for service of Summons and subpoena:
NONE

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case:

| **Description** | **Fee** |
|---|---|
| Certified copy of the reporters transcript of the deposition of Dennis Christian and Richard Koehl taken January 28, 2005: | $281.90 |
| Certified copy of the reporters transcript of the deposition of Dennis Christian taken November 18, 2004 and Exhibits | $389.84 |
| Certified copy of the reporters transcript of the deposition of Roert Heisig taken on November 17, 2004 and Exhibits | $298.98 |
| **TOTAL:** | **$970.72** |

Fees and disbursements for printing:
NONE

Fees for Witnesses:

| | |
|---|---|
| **TOTAL** | **$120.00** |

Fees for exemplification and copies of papers necessarily obtained for use in the case:
NONE

Docket Fees:
NONE

Costs as shown on Mandate of Court of Appeals:
NONE

Compensation of court-appointed experts:
NONE

Compensation for interpreters. . .
NONE
///
///

Other Costs:

| Description | Fee |
|---|---|
| Telephone: | $24.02 |
| Reasonable Travel: Attorney airfare to Milwaukee, WI on 01/27 & 01/28/2005 for deposition of person most knowledgeable of Kohler | $373.30 |
| Local transportation cab in WI for deposition on 01/27/2005 | $10.00 |
| Expense-Hotel in WI for deposition of PMK of Kohler | $123.62 |
| Expense-Meals WI | $4.74 |
| Parking tolls for site inspections, deposition attendance and court appearances | $344.30 |
| Postage | $87.28 |
| Photocopies | $433.35 |
| Outside specialty copying | $176.23 |
| Facsimile | $122.00 |
| Oversize enlargements, color copies | $637.44 |
| **TOTAL OTHER:** | **$2336.28** |

**Total all costs requested: $3,971.02**

SBC / Wakefield

All costs to date

| ExpCd | Date | Amount | Narrative | Bill |
|---|---|---|---|---|
| 01SF | 02/04/2005 | 10.00 | [E109] Local Transportation cab in Wisc. for deposition on 1 | |
| 02SF | 02/28/2005 | 13.86 | [E106] Online Research - Westlaw Charges Feb 2005 | |
| 03SF | 06/04/2004 | 6.75 | [E107] Delivery/Messe | 68839 |
| 03SF | 01/27/2005 | 18.00 | [E107] Delivery/Messengers Spincycle 12/29 | |
| 03SF | 02/25/2005 | 7.06 | [E107] Delivery/Messengers Calif. Overnight 2/03 | |
| 03SF | 03/16/2005 | 100.00 | [E107] Delivery/Messengers to Oakland on 2/24 by Spincycle | |
| | Total | 131.81 | | |
| 04SF | 06/03/2004 | 28.00 | [E109] Mileage @ .375 | 68839 |
| 04SF | 11/18/2004 | 77.80 | [E109] Mileage @ .375/Parking/Tolls attend site inspection 1 | |
| 04SF | 12/15/2004 | 42.25 | [E109] Mileage @ .375/Parking/Tolls attend CMC in Oakland on | |
| 04SF | 12/20/2004 | 68.00 | [E109] Mileage @ .375/Parking/Tolls attend deposition on 12/ | |
| 04SF | 02/04/2005 | 37.15 | [E109] Mileage @ .375/Parking/Tolls travel to site inspectio | |
| 04SF | 02/04/2005 | 91.10 | [E109] Mileage @ .375/Parking/Tolls travel to and from airpo | |
| | Total | 344.30 | | |
| 05SF | 06/30/2004 | 2.89 | [E108] Postage | 68839 |
| 05SF | 08/31/2004 | 16.43 | [E108] Postage | 69506 |
| 05SF | 09/30/2004 | 16.71 | [E108] Postage | |
| 05SF | 10/29/2004 | 2.41 | [E108] Postage | |
| 05SF | 11/30/2004 | 23.58 | [E108] Postage | |
| 05SF | 12/31/2004 | 11.34 | [E108] Postage | |
| 05SF | 01/31/2005 | 13.92 | [E108] Postage | |
| | Total | 87.28 | | |
| 06SF | 01/20/2005 | 389.84 | [E118] Court Reporting Dennis Christian by Golden Gate Repor | |
| 06SF | 01/20/2005 | 298.98 | [E118] Court Reporting Roert Heisig by Golden Gate Reporters | |
| 06SF | 03/09/2005 | 281.90 | [E118] Court Reporting Dennis Christian and Richard Koehl on | |
| | Total | 970.72 | | |
| 09SF | 02/04/2005 | 123.62 | [E110] Expense - Hotel in Wisc. for deposition 1/27 and 1/28 | |
| 10SF | 02/04/2005 | 4.74 | [E111] Expense - Meals in Wisc. for deposition 1/27 and 1/28 | |
| | Total | 128.36 | | |
| 14SF | 05/04/2004 | 311.25 | [E101] Photocopies | 68839 |
| 14SF | 08/30/2004 | 44.50 | [E101] Photocopies | 69506 |
| 14SF | 09/03/2004 | 3.50 | [E101] Photocopies | |
| 14SF | 09/07/2004 | 3.00 | [E101] Photocopies | |
| 14SF | 09/07/2004 | 4.25 | [E101] Photocopies | |
| 14SF | 09/08/2004 | 3.75 | [E101] Photocopies | |
| 14SF | 09/09/2004 | 20.75 | [E101] Photocopies | |
| 14SF | 09/09/2004 | 20.75 | [E101] Photocopies | |
| 14SF | 09/09/2004 | 20.75 | [E101] Photocopies | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 14SF | 09/09/2004 | 20.75 | [E101] Photocopies | | | | | | |
| 56 | 14SF | 10/14/2004 | 1.25 | [E101] Photocopies | | | | | | |
| 57 | 14SF | 10/14/2004 | 0.75 | [E101] Photocopies | | | | | | |
| 58 | 14SF | 10/20/2004 | 10.50 | [E101] Photocopies | | | | | | |
| 59 | 14SF | 10/20/2004 | 0.50 | [E101] Photocopies | | | | | | |
| 60 | 14SF | 10/20/2004 | 1.50 | [E101] Photocopies | | | | | | |
| 61 | 14SF | 11/03/2004 | 0.75 | [E101] Photocopies | | | | | | |
| 62 | 14SF | 11/05/2004 | 0.50 | [E101] Photocopies | | | | | | |
| 63 | 14SF | 11/05/2004 | 0.50 | [E101] Photocopies | | | | | | |
| 64 | 14SF | 11/05/2004 | 1.50 | [E101] Photocopies | | | | | | |
| 65 | 14SF | 11/12/2004 | 0.75 | [E101] Photocopies | | | | | | |
| 66 | 14SF | 11/23/2004 | 4.25 | [E101] Photocopies | | | | | | |
| 67 | 14SF | 11/23/2004 | 27.50 | [E101] Photocopies | | | | | | |
| 68 | 14SF | 11/24/2004 | 0.75 | [E101] Photocopies | | | | | | |
| 69 | 14SF | 11/24/2004 | 27.00 | [E101] Photocopies | | | | | | |
| 70 | 14SF | 11/24/2004 | 1.00 | [E101] Photocopies | | | | | | |
| 71 | 14SF | 11/29/2004 | 1.50 | [E101] Photocopies | | | | | | |
| 72 | 14SF | 11/29/2004 | 1.50 | [E101] Photocopies | | | | | | |
| 73 | 14SF | 12/01/2004 | 2.25 | [E101] Photocopies | | | | | | |
| 74 | 14SF | 12/03/2004 | 16.00 | [E101] Photocopies | | | | | | |
| 75 | 14SF | 12/03/2004 | 3.00 | [E101] Photocopies | | | | | | |
| 76 | 14SF | 12/03/2004 | 0.75 | [E101] Photocopies | | | | | | |
| 77 | 14SF | 12/03/2004 | 8.00 | [E101] Photocopies | | | | | | |
| 78 | 14SF | 12/10/2004 | 6.75 | [E101] Photocopies | | | | | | |
| 79 | 14SF | 12/10/2004 | 3.00 | [E101] Photocopies | | | | | | |
| 80 | 14SF | 12/10/2004 | 3.25 | [E101] Photocopies | | | | | | |
| 81 | 14SF | 12/20/2004 | 0.50 | [E101] Photocopies | | | | | | |
| 82 | 14SF | 12/29/2004 | 9.50 | [E101] Photocopies | | | | | | |
| 83 | 14SF | 12/29/2004 | 1.50 | [E101] Photocopies | | | | | | |
| 84 | 14SF | 12/30/2004 | 0.50 | [E101] Photocopies | | | | | | |
| 85 | 14SF | 01/04/2005 | 10.75 | [E101] Photocopies | | | | | | |
| 86 | 14SF | 01/04/2005 | 5.00 | [E101] Photocopies | | | | | | |
| 87 | 14SF | 01/05/2005 | 7.00 | [E101] Photocopies | | | | | | |
| 88 | 14SF | 01/05/2005 | 5.00 | [E101] Photocopies | | | | | | |
| 89 | 14SF | 01/06/2005 | 0.25 | [E101] Photocopies | | | | | | |
| 90 | 14SF | 01/06/2005 | 0.25 | [E101] Photocopies | | | | | | |
| 91 | 14SF | 01/06/2005 | 0.25 | [E101] Photocopies | | | | | | |
| 92 | 14SF | 01/10/2005 | 4.00 | [E101] Photocopies | | | | | | |
| 93 | 14SF | 01/10/2005 | 5.00 | [E101] Photocopies | | | | | | |
| 94 | 14SF | 01/10/2005 | 3.00 | [E101] Photocopies | | | | | | |
| 95 | 14SF | 01/10/2005 | 21.50 | [E101] Photocopies | | | | | | |
| 96 | 14SF | 01/10/2005 | 2.00 | [E101] Photocopies | | | | | | |
| 97 | 14SF | 01/11/2005 | 19.50 | [E101] Photocopies | | | | | | |
| 98 | 14SF | 01/12/2005 | 2.75 | [E101] Photocopies | | | | | | |
| 99 | 14SF | 01/12/2005 | 0.50 | [E101] Photocopies | | | | | | |
| 100 | 14SF | 01/12/2005 | 17.50 | [E101] Photocopies | | | | | | |
| 101 | 14SF | 01/13/2005 | 5.75 | [E101] Photocopies | | | | | | |
| 102 | 14SF | 01/14/2005 | 3.50 | [E101] Photocopies | | | | | | |
| 103 | 14SF | 01/18/2005 | 2.00 | [E101] Photocopies | | | | | | |
| 104 | 14SF | 01/18/2005 | 2.75 | [E101] Photocopies | | | | | | |
| 105 | 14SF | 01/21/2005 | 0.75 | [E101] Photocopies | | | | | | |
| 106 | 14SF | 01/24/2005 | 0.25 | [E101] Photocopies | | | | | | |
| 107 | 14SF | 01/31/2005 | 0.75 | [E101] Photocopies | | | | | | |
| 108 | 14SF | 01/31/2005 | 5.00 | [E101] Photocopies | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 109 | 14SF | 02/01/2005 | 7.00 | [E101] Photocopies | | | | | | |
| 110 | | Total | 722.25 | | | | | | | |
| 111 | | | | | | | | | | |
| 112 | | | | | | | | | | |
| 113 | 15SF | 02/28/2005 | 480.00 | [E119] Deposition Fee Barry Ben-Zion | | | | | | |
| 114 | | | | | | | | | | |
| 115 | | | | | | | | | | |
| 116 | 16SF | 02/11/2005 | 431.39 | [E110] Airfare to Seattle for S. Werth | | | | | | |
| 117 | 16SF | 02/11/2005 | 373.30 | [E110] Airfare for K. Bridgman to Milwaukee, WI | | | | | | |
| 118 | | Total | 804.69 | | | | | | | |
| 119 | | | | | | | | | | |
| 120 | | | | | | | | | | |
| 121 | | | | | | | | | | |
| 122 | 18SF | 03/01/2005 | 390.00 | [E119] Expert Fee Carol Hyland | | | | | | |
| 123 | | | | | | | | | | |
| 124 | | | | | | | | | | |
| 125 | | | | | | | | | | |
| 126 | 21SF | 12/06/2004 | 75.51 | [E102] Outside Photocopy Copy Central 11/30 | | | | | | |
| 127 | 21SF | 12/16/2004 | 81.73 | [E102] Outside Photocopy Copy Central 12/08 | | | | | | |
| 128 | 21SF | 01/31/2005 | 10.85 | [E102] Outside Photocopy color copies from Copy Central 1/04 | | | | | | |
| 129 | 21SF | 02/28/2005 | 8.14 | [E102] Outside Photocopy color copies from Copy Central 2/28 | | | | | | |
| 130 | | Total | 176.23 | | | | | | | |
| 131 | | | | | | | | | | |
| 132 | | | | | | | | | | |
| 133 | 25SF | 05/31/2004 | 1.47 | [E105] Telephone | | 68839 | | | | |
| 134 | 25SF | 11/30/2004 | 9.20 | [E105] Telephone | | | | | | |
| 135 | 25SF | 12/31/2004 | 3.30 | [E105] Telephone | | | | | | |
| 136 | 25SF | 12/31/2004 | 0.55 | [E105] Telephone | | | | | | |
| 137 | 25SF | 01/31/2005 | 9.05 | [E105] Telephone | | | | | | |
| 138 | 25SF | 01/31/2005 | 0.45 | [E105] Telephone | | | | | | |
| 139 | | Total | 24.02 | | | | | | | |
| 140 | | | | | | | | | | |
| 141 | | | | | | | | | | |
| 142 | 27SF | 11/03/2004 | 4.00 | [E104] Facsimile | | | | | | |
| 143 | 27SF | 11/23/2004 | 4.00 | [E104] Facsimile | | | | | | |
| 144 | 27SF | 11/23/2004 | 4.00 | [E104] Facsimile | | | | | | |
| 145 | 27SF | 11/23/2004 | 4.00 | [E104] Facsimile | | | | | | |
| 146 | 27SF | 11/24/2004 | 6.00 | [E104] Facsimile | | | | | | |
| 147 | 27SF | 12/01/2004 | 8.00 | [E104] Facsimile | | | | | | |
| 148 | 27SF | 12/03/2004 | 30.00 | [E104] Facsimile | | | | | | |
| 149 | 27SF | 12/17/2004 | 4.00 | [E104] Facsimile | | | | | | |
| 150 | 27SF | 12/22/2004 | 4.00 | [E104] Facsimile | | | | | | |
| 151 | 27SF | 12/29/2004 | 4.00 | [E104] Facsimile | | | | | | |
| 152 | 27SF | 01/10/2005 | 18.00 | [E104] Facsimile | | | | | | |
| 153 | 27SF | 01/12/2005 | 14.00 | [E104] Facsimile | | | | | | |
| 154 | 27SF | 01/31/2005 | 10.00 | [E104] Facsimile | | | | | | |
| 155 | 27SF | 02/02/2005 | 8.00 | [E104] Facsimile | | | | | | |
| 156 | | Total | 122.00 | | | | | | | |