MILBERG WEISS BERSHAD
& SCHULMAN LLP
JEFF S. WESTERMAN (SBN 94559)
ELIZABETH P. LIN (SBN 174663)
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

[Proposed] Lead Counsel for Plaintiff

PASKOWITZ & ASSOCIATES
LAWRENCE D. PASKOWITZ
60 East 42nd Street
New York, NY 10165
Telephone: (212) 685-0969
Facsimile: (212) 685-2306

Plaintiff's Counsel

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA KELLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIPEX CORPORATION, DOUGLAS M. McBURNIE, WALID MAGHRIBI, PHILLIP A. KAGEL, and CLYDE R. WALLIN,<br><br>Defendants. | Case No. 3:05-cv-331 (WHA)<br><br>DECLARATION OF ELIZABETH P. LIN IN SUPPORT OF THE NOTICE OF MOTION AND MOTION FOR CONSOLIDATION AND TO APPOINT THE SIPEX LEAD PLAINTIFF GROUP AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE: May 5, 2005<br>TIME: 8:00 a.m.<br>CTRM: Hon. William H. Alsup |
| COIL PARTNERS, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIPEX CORPORATION, WALID MAGHRIBI, PHIL KAGEL, and RAY WALLIN,<br><br>Defendants. | Case No. 3:05-cv-392 (WHA) |



Dockets.Justia.com

| | | |
|---|---|---|
| STEVE LEVY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIPEX CORPORATION, CLYDE R. WALLIN and WALID MAGHRIBI,<br><br>Defendants. | ) | Case No. 3:05-cv-505 (WHA) |
| ALFRED H. JACOBSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIPEX CORPORATION, WALID MAGHRIBI, PHIL KAGEL, and RAY WALLIN,<br><br>Defendants. | ) | Case No. 3:05-cv-712 (WHA) |

I, Elizabeth P. Lin, hereby declare as follows:

1. I am an associate of the law firm of Milberg Weiss Bershad & Schulman, LLP ("Milberg Weiss"). I submit this declaration in support of the motion of Walter W. Bednarczyk, and James T. Collier (collectively, the "Sipex Lead Plaintiff Group") for consolidation, their appointment as Lead Plaintiff, and approval of their selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the first notice announcing the pendency of the Sipex Corporation class action on *PR Newswire* on January 24, 2005.

3. Attached hereto as Exhibit B is a true and accurate copy of the certifications of the Sipex Lead Plaintiff Group.

4. Attached hereto as Exhibit C is a chart detailing the Sipex Lead Plaintiff Group's financial interest in this matter.

5. Attached hereto as Exhibit D is the firm resume of Milberg Weiss Bershad & Schulman, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 25, 2005 in Los Angeles, California.

/s/ Elizabeth P. Lin
ELIZABETH P. LIN

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 355 South Grand Avenue, Suite 4170, Los Angeles, California 90071.

2. That on March 24, 2005, declarant served the DECLARATION OF ELIZABETH P. LIN IN SUPPORT OF THE NOTICE OF MOTION AND MOTION FOR CONSOLIDATION AND TO APPOINT THE SIPEX LEAD PLAINTIFF GROUP AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of March, 2005, at Los Angeles, California.

/s/ Faith Umaguing
FAITH UMAGUING

## SIPEX SERVICE LIST

**Counsel for Plaintiffs**

Robert S. Green
Green Welling LLP
235 Pine Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Marc A. Topaz
Richard A. Maniskas
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Christopher T. Heffelfinger
Joseph J. Tabacco, Jr.
Berman DeValerio Pease & Tabacco, P.C.
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Elizabeth P. Lin
Jeff S. Westerman
Milberg Weiss Bershad & Schulman LLP
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Laurence D. Paskowitz
Paskowitz & Associates
60 East 42nd Street
New York, NY 10165
Telephone: (212) 692-0555
Facsimile: (212) 685-2306

Patrick J. Coughlin
Shawn A. Williams
Lerach Coughlin Stoia Geller
Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller
Rudman & Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Brian M. Felgoise
Law Offices of Brian M. Felgoise, P.C.
261 Old York Road, Suite 423
Jenkintown, PA 19046
Telephone: (215) 886-1900
Facsimile: (215) 886-1909

Daniel S. Sommers
Jason M. Leviton
Steven J. Toll
Cohen Milstein Hausfeld & Toll P.L.L.C.
1100 New York Avenue N.W.
West Tower, Suite 5000
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

**Counsel for Defendants**

Keith E. Eggleton
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Sara B. Brody
Michael A. Zwibelman
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268