Apple Inc. v. Psystar Corporation

Doc. 2705 Att. 1

# EXHIBIT B

Dockets.Justia.com

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Waclaw W. Bednarczyk certify that:

1. I have reviewed the complaint and I authorize Milberg Weiss Bershad & Schulman LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.
2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.
4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).
5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.
7. The number of shares or other securities of Sipex Corporation (NASDAQ:SIPX) I held on the first day of the Class Period, April 11, 2003 (if any) was: 0

Type of Security (check one)

- [x] Common Stock
- [ ] Bonds
- [ ] Call
- [ ] Preferred Stock
- [ ] Put

Quantity: 0

8. I have listed below all my transactions in the securities of Sipex Corporation (NASDAQ:SIPX) during the Class Period as follows:

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| Common | Purchase | 1000 | 12/13/04 | 4.52 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):

- [ ] General (non-retirement account)
- [x] IRA
- [ ] Merger/acquisition/distribution
- [ ] Employer-sponsored plan (401k, 403b, etc.)
- [ ] Gift

9. I made the following sales of securities of Sipex Corporation (NASDAQ:SIPX) during the **90-day period after** the Class Period:

**Sales (January 20, 2005 to 90 days later)**

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| | | | |
| | 0 | | |
| | | | |
| | | | |

10. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this 17th day of Feb, 2005

Waclaw W. Bednarczyk
Name (print)

[signature]
Signature

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Walter Bednarczyk, certify that:

1. I have reviewed the complaint and I authorize Milberg Weiss Bershad & Schulman LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.
2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.
4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).
5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.
7. The number of shares or other securities of Sipex Corporation (NASDAQ:SIPX) I held on the first day of the Class Period, April 11, 2003 (if any) was:

Type of Security (check one)

- ☐ Common Stock
- ☐ Bonds
- ☐ Call
- ☐ Preferred Stock
- ☐ Put

Quantity: — 0 —

8. I have listed below all my transactions in the securities of Sipex Corporation (NASDAQ:SIPX) during the Class Period as follows:

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| Common Stock | Purchase | 5000 | 12·16·04 | 4.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):

- ☒ General (non-retirement account)
- ☐ IRA
- ☐ Merger/acquisition/distribution
- ☐ Employer-sponsored plan (401k, 403b, etc.)
- ☐ Gift

9. I made the following sales of securities of Sipex Corporation (NASDAQ:SIPX) during the **90-day period after** the Class Period:

**Sales (January 20, 2005 to 90 days later)**

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

10. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this 17th day of Feb., 2005

Walter Bednarczyk
Name (print)

[signature]
Signature

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, James Collier certify that:

1. I have reviewed the complaint and I authorize Milberg Weiss Bershad & Schulman LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.
2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.
4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).
5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.
7. The number of shares or other securities of Sipex Corporation (NASDAQ:SIPX) I held on the first day of the Class Period, April 11, 2003 (if any) was:

Type of Security (check one)

- ☐ Common Stock
- ☐ Bonds
- ☐ Call
- ☐ Preferred Stock
- ☐ Put

Quantity ________

8. I have listed below all my transactions in the securities of Sipex Corporation (NASDAQ:SIPX) during the Class Period as follows:

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| Sipex Common Stock | Purchase | 2000 | 12/16/04 | 4.62 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):

- ☒ General (non-retirement account)
- ☐ IRA
- ☐ Merger/acquisition/distribution
- ☐ Employer-sponsored plan (401k, 403b, etc.)
- ☐ Gift

9. I made the following sales of securities of Sipex Corporation (NASDAQ:SIPX) during the **90-day period after** the Class Period:

**Sales (January 20, 2005 to 90 days later)**

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

10. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this 24 day of March 2005

James T Collier
Name (print)

[signature]
Signature