Apple Inc. v. Psystar Corporation
Doc. 2705 Att. 2

# EXHIBIT C

Dockets.Justia.com

Class Period: 04/10/03 - 01/20/05

**Sipex (NASDAQ: SIPX)**

Hold price: $2.3570

| | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | **ESTIMATED LOSSES** |
| Walter W. Bednarczyk | 12/13/04 | **1,000** | 4.5200 | 4,520.00 | | | | | **1,000** | 2,356.98 | (2,163.02) |
| | 12/16/04 | **5,000** | 4.5000 | 22,500.00 | | | | | **5,000** | 11,784.88 | (10,715.12) |
| **Walter W. Bednarczyk Totals** | | **6,000** | | **27,020.00** | | **0** | | **0.00** | **6,000** | **14,141.86** | **(12,878.14)** |
| James T. Collier | 12/16/04 | **2,000** | 4.6200 | 9,240.00 | | | | | **2,000** | 4,713.95 | (4,526.05) |
| **James T. Collier Totals** | | **2,000** | | **9,240.00** | | **0** | | **0.00** | **2,000** | **4,713.95** | **(4,526.05)** |
| **Total Movants** | | **8,000** | | **36,260.00** | | **0** | | **0.00** | **8,000** | **18,855.81** | **(17,404.19)** |

(1) Sales have been applied on a FIFO basis.
(2) Shares held through the date of this filing have been valued using the average price of $ 2.3570 per share.