SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEITH M. CASTO Bar No. 109237
EARL L. HAGSTRÖM Bar No. 150958
DIANE T. GORCZYCA Bar No. 201203
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
STANDARD FUSEE CORPORATION
d/b/a ORION SAFETY PRODUCTS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| JAYNE PALMISANO and RICHARD PALMISANO, individuals,<br><br>Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, STANDARD FUSEE CORPORATION, doing business as Orion Safety Products, a Delaware corporation, and DOES 1 through 50,<br><br>Defendants.<br><br>AND RELATED CASES. | Case No. C 03-01607 RMW<br><br>**DECLARATION OF KEITH M. CASTO IN SUPPORT OF DEFENDANT STANDARD FUSEE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: May 6, 2005<br>Hearing Time: 9:00 a.m.<br>Dept.: Courtroom 6<br>Judge: Hon. Ronald M. Whyte |

I, KEITH M. CASTO, hereby state as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California, and a partner with the law firm of Sedgwick, Detert, Moran & Arnold LLP, attorneys of records for Defendant Standard Fusee Corporation ("Standard Fusee") in this matter. I have personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint of Bellwether Plaintiffs, Cindy and Joseph Dalla. Based on my review, the allegations contained in



Dockets.Justia.com

the Complaints of Bellwether Plaintiffs, Teresa and Antonio Pereira, Tracy Templeton Smith and Craig Smith, and Robert Wess, are essentially identical to those set forth in the Dalla Complaint.

3. Attached hereto as Exhibit B is a true and correct copy of the Expert Report of James B. Cowart, P.E., dated February 7, 2005.

4. Attached hereto as Exhibit C is a true and copy of relevant excerpts from the transcript of the deposition of James Cowart, taken on March 9, 2005.

5. Attached hereto as Exhibit D is a true and correct copy of the Expert Report of Steven P. Larson, dated February 7, 2005.

6. Attached hereto as Exhibit E is a true and correct copy of relevant excerpts from the transcript of the deposition of David Bauer, taken on March 4, 2005.

7. Attached hereto as Exhibit F is a true and correct copy of relevant excerpts from the transcript of the deposition of Neil Shifrin, taken on March 18, 2005.

8. Attached hereto as Exhibit G is a true and correct copy of the Expert Report of David L. Bauer, dated January 21, 2005.

9. Attached hereto as Exhibit H is a true and correct copy of relevant excerpts from the transcript of the deposition of C. Jay McLaughlin, dated March 16, 2005.

10. Attached hereto as Exhibit I is a true and correct copy of the Agreement of Purchase and Sale between Olin Corporation and Standard Fusee Corporation, dated February 5, 1988.

11. Attached hereto as Exhibit J is a true and correct copy of the Lease Agreement between Olin Corporation and Standard Fusee Corporation, dated March 10, 1988.

12. Attached hereto as Exhibit K is a true and correct copy of Environmental Site Assessment, 425 Tennant Avenue, Morgan Hill, California, by Woodward-Clyde Consultants, dated June 26, 1997, bates labeled Olin/Daniels 000001-000040.

13. Attached hereto as Exhibit L is a true and correct copy of Standard Fusee Corporation's Closure Plan, dated November 7, 1996, bates labeled Olin/Daniels 004893-004905.

14. Attached hereto as Exhibit M is a true and correct copy of Santa Clara County

Central Fire Protection District's Plan Review Comments, dated November 7, 1996.

15. Attached hereto as Exhibit N is a true and correct copy of Santa Clara County Central Fire Protection District's Final Closure Inspection Notice, dated November 22, 1996.

16. Attached hereto as Exhibit O is a true and correct copy of Olin Morgan Hill Fact Sheet.

17. Attached hereto as Exhibit P is a true and correct copy of "Information on Risks and Safety Precautions" sheet for potassium perchlorate, bates labeled Olin/Daniels 005719.

18. Attached hereto as Exhibit Q is a true and correct copy of Bay Area Air Quality Management District's 1988 Permit to Operate.

19. Attached hereto as Exhibit R is a true and correct copy of Bay Area Air Quality Management District's Invoice, Number 12776, dated October 30, 1995.

20. Attached hereto as Exhibit S is a true and correct copy of the CERCLA Screening Site Inspection by Ecology and Environment, Inc., dated March 8, 1990.

21. Attached hereto as Exhibit T is a true and correct copy of a letter from Olin Regulatory Manager, R.W. Cutler, to Standard Fusee President, John Brady, dated September 16, 1988.

22. Attached hereto as Exhibit U is a true and correct copy of an Olin Inter Office Memo from David Booth to J.L. Chiolero, dated July 14, 1988, regarding Morgan Hill Inspection, bates labeled Olin/Daniels 006083-006085.

23. Attached hereto as Exhibit V is a true and correct copy of a letter from John Brady at Standard Fusee to J.L. Chiolero at Olin, dated August 3, 1988, bates labeled Olin/Daniels 006146.

24. Attached hereto as Exhibit W is a true and correct copy of Olin's Regulatory Compliance Audit Report, dated November 4, 1988.

25. Attached hereto as Exhibit X is a true and correct copy of Olin's Regulatory Compliance Audit Report, dated August 9, 1990.

26. Attached hereto as Exhibit Y is a true and correct copy of Olin's Regulatory Compliance Audit Report, dated September 20, 1993.

27. Attached hereto as Exhibit Z is a true and correct copy of Olin's Internal Audit Report, dated April 16, 1996, with attached Regulatory Compliance Audit Report.

28. Attached hereto as Exhibit AA is a true and correct copy of relevant excerpts from the Expert Report of Eric M. Nichols, P.E., dated January 24, 2005.

29. Attached hereto as Exhibit BB is a true and correct copy of relevant excerpts from the transcript of the deposition of Richard M. McClure, taken March 10, 2005.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing statements are true and correct.

Executed this 25th day of March 2005, at San Francisco, California.

s/Keith M. Casto

Keith M. Casto