Apple Inc. v. Psystar Corporation
Doc. 2710 Att. 4


# EXHIBIT E



Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CERTIFIED COPY

| | |
|---|---|
| JAYNE PALMISANO, et al., Plaintiffs, -vs- OLIN CORPORATION, et al., Defendants. | CASE NO. C 03-01607 RMW |
| AND RELATED CASES. | |

# VIDEOTAPED DEPOSITION OF DAVID L. BAUER

DATE: March 4, 2005

TIME: 9:11 a.m.

LOCATION: DUANE MORRIS, LLP
One Market, Spear Tower
Suite 2000
San Francisco, California

REPORTED BY: Joanmarie Torreano, CSR, CRR, CRP
Certified Shorthand Reporter
License Number C-6504

there that they could basically preclude a discharge that they felt was inappropriate has been adopted statewide, but with respect to perchlorate, I'm not sure.

Q. Have any of the principles associated with that particular regional board set of findings been made a matter of statewide applicability by either any other regional board or by the State Water Resources Control Board?

A. With respect to the impact to groundwater and groundwater monitoring -- in effect migrating to surface water, of materials that are considered to be conservative pollutants, I would say yes, categorically. With respect specifically to specific chemicals, I'm not sure.

Q. Now, I'd like to ask you just a few questions about Standard Fusee.

A. Go ahead.

Q. Now, as I understand it your report has expressed no opinions whatsoever regarding the practices of Standard Fusee Corporation; isn't that correct?

A. That is correct.

Q. It's also my understanding that you have not been provided by counsel with any expert reports on behalf of Standard Fusee; isn't that correct?

A. That is correct. 05:10:42p
Q. Okay. Let me just to be clear, mention their names so that -- 05:10:43p 05:10:46p
A. Okay. 05:10:47p
Q. -- we're clear on who those experts are. Jim Cowart, C-o-w-a-r-t? 05:10:49p 05:10:52p
A. I am not familiar with that name. 05:10:55p
Q. Steve Larson, L-a-r-s-o-n? 05:10:59p
A. I know a Steve Larson, but I have not seen a report in this case. 05:11:02p 05:11:06p
Q. Okay. So as you sit here today have you been asked to express any opinions whatsoever regarding the practices of Standard Fusee? 05:11:06p 05:11:08p 05:11:12p
A. I don't believe I have. 05:11:13p
Q. Okay. And have you been asked to do any work whatsoever in the future with respect to Standard Fusee in this case? 05:11:14p 05:11:17p 05:11:20p
A. Not specific to Standard Fusee, I don't believe I have. 05:11:20p 05:11:24p
MR. CASTO: All right. I have no further questions. 05:11:25p 05:11:26p
THE VIDEOGRAPHER: This ends today's deposition of David L. Bauer on March 4th, 2005. Total number of DVDs used was four. The master DVDs of today's deposition will remain in the custody of McMahon & 05:11:27p 05:11:30p 05:11:38p 05:11:45p

STATE OF CALIFORNIA )
) ss.
COUNTY OF SANTA CLARA )

I, JOANMARIE TORREANO, a Certified Shorthand Reporter in and for the State of California, certify that the witness in the foregoing deposition,

DAVID L. BAUER,

was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause, and that the foregoing is a full, true and correct transcript of the proceedings had at the taking of said deposition, reported to the best of my ability and transcribed under my direction.

Mar 24, 2005
Date

CSR Number C-6504