Barry Wester (No. 103588)
Frederic L. Hirschfield (No. 42864)
Matthew D. Brekhus (No. 119251)
WILLIAMS WESTER & HALL, LLP
755 Baywood Drive, Suite 185
Petaluma, CA 94954
Tel: 707/769-2990
Fax: 707/769-2999

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGGIE WAKEFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>KOHLER COMPANY, a Wisconsin Corporation, SBC TELECOMMUNICATIONS, a Delaware Corporation and DOES 1 through 50. inclusive<br><br>Defendants. | Case No. C 04-0259 CW<br><br>**PROPOSED JUDGMENT** |

This action came before the Court for a trial by jury, the Honorable Claudia Wilken, United States District Judge, presiding, and the issues having been fully tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED,

Plaintiff Reggie Wakefield shall recover from defendant Kohler Company the sum of $180,593.21, with interest thereon as provided by 28 U.S.C. Section 1961, and from defendant Kohler Company his costs of action as allowed by statute. Plaintiff Reggie Wakefield shall recover



Dockets.Justia.com

nothing from defendant Pacific Bell Telephone Company, which shall recover from plaintiff Reggie Wakefield its costs of action as allowed by statute.

Dated: ________________ 

______________________________________
The Honorable Claudia Wilken

APPROVED AS TO FORM:

__________/s/__________________________
DONALD P. EICHHORN
Attorneys for Defendant Kohler Company

LOW, BALL & LYNCH

______________/s/______________________
STEVEN D. WERTH
Attorneys for Defendant Pacific Bell Telephone Co.