KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ALISON E. DAW (CSBN 137026)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
FAX: (408) 535-5081
Email: alison.daw@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHABNAM RANI,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO AGUIRRE, JR., Director, U.S. Citizenship & Immigration Services,<br><br>Defendant. | No. C 04-2039 FMS<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER<br><br>Current Date: April 14, 2005<br>Time: 2:00 p.m.<br><br>Proposed Date: May ~~12~~ 19, 2005 |

Plaintiff has brought this case to challenge the denial of derivative asylum benefits to her husband, Vijay Kumar, because of the finding that her marriage did not pre-date the grant of asylum.

Mr. Kumar has his own application for asylum pending in immigration court. Mr. Kumar's individual hearing was scheduled to occur on March 16, 2005. However, it has been rescheduled to April 20, 2005. U.S. Citizenship and Immigration Services ("CIS") contends that Mr. Kumar is not entitled to asylum because he engaged in persecution of others while a member of the police force in India. If Mr. Kumar is found to be a persecutor of others, he is statutorily ineligible for principal and derivative asylum benefits. If Mr. Kumar is found ineligible for derivative asylum benefits due to persecution of others, this action will be moot.

Accordingly, the parties request that the Court continue the case management conference from April 14, 2005 to May 12, 2005, a date three weeks following Mr. Kumar's hearing.

DATED: March 29, 2005

KAUFMAN LAW OFFICE

/s/ Jonathan M. Kaufman
JONATHAN M. KAUFMAN
Attorney for Plaintiff

DATED: March 29, 2005

KEVIN V. RYAN
United States Attorney

/s/ Alison E. Daw
ALISON E. DAW
Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefor, the Court hereby continues the Case Management Conference from April 14, 2005 to May 19, 2005. The parties shall submit a joint case management conference statement no later than May 9, 2005.

IT IS SO ORDERED.

DATED: March 30, 2005

/s/
FERN M. SMITH
United States District Judge