Apple Inc. v. Psystar Corporation Doc. 2733

CHARLENE HAUGHT JOHNSON - CSB #61627
JOHN ST. JOHN - CSB #54642
CARRIE MOULTON - CSB #220509
HALLISEY AND JOHNSON
A Professional Corporation
300 Montgomery Street, Suite 538
San Francisco, CA 94104
Telephone: 415/433-5300
Facsimile: 415/433-5342

Attorneys for Defendant
Mai Logic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCLE TECHNOLOGY CORPORATION, a corporation organized and existing under the laws of Taiwan,<br><br>Plaintiff;<br><br>v.<br><br>MAI LOGIC, INC., a California Corporation,<br><br>Defendant. | Case No. C 04 5498 EDL ARB<br><br>CERTIFICATION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT MAI LOGIC, INC. THAT DAMAGES REASONABLY RECOVERABLE EXCEED $150,000 |
| MAI LOGIC, INC.<br><br>Counterclaimant;<br><br>v.<br><br>SOCLE TECHNOLOGY CORPORATION,<br><br>Counterdefendant. | |



Dockets.Justia.com

The undersigned counsel for defendant and counterclaimant Mai Logic, Inc., hereby certifies that the damages reasonably recoverable on Mai Logic's counterclaim exceed $150,000, exclusive of punitive damages, interest, costs and attorneys' fees.

Dated: March 30, 2005

HALLISEY AND JOHNSON

By ______ /s/__________
John St. John
Attorneys for Defendant
Mai Logic, Inc.

PROOF OF SERVICE

I, JOHN ST. JOHN declare:

1. I am an attorney with the firm of Hallisey and Johnson, counsel for defendant and counterclaimant Mai Logic, Inc. herein. I am a citizen of the United States, not a party to the within action, and over the age of eighteen years.

2. On March 30, 2005 I placed in an envelope the attached CERTIFICATION OF COUNSEL THAT DAMAGES EXCEED $150,000, sealed said envelope, affixed full first class postage, and placed said envelope in the U.S. Mail addressed as follows:

Janine D. Bloch
Preston, Gates & Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA 94105.

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was signed in San Francisco, California on March 30, 2005.

________/s/___________
John St. John