Apple Inc. v. Psystar Corporation Doc. 2739



STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES, DAVIS, ELLINGSON, McLAY & SCOTT
203 Redwood Shores Parkway, Suite 480
Redwood Shores, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DUCHEMIN<br>Plaintiffs,<br>v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1-100<br>Defendants. | CASE NO. C03 04703 JF<br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)** |

IT IS HEREBY STIPULATED by plaintiff Raymond Duchemin through his attorney of record, Mark Scott Collins, and defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of Hayes, Davis, Ellingson, McLay & Scott, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

Dated: March 31, 2005

COLLINS & SCHLOTHAUER

By [signature]
MARK SCOTT COLLINS
Attorney for Plaintiff
RAYMOND DUCHEMIN

///

///



Dockets.Justia.com

Dated: March 29, 2005

HAYES, DAVIS, ELLINGSON, McLAY & SCOTT

By ______________________
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: ____________________, 2005

______________________
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF CALIFORNIA