Apple Inc. v. Psystar Corporation Doc. 2780



LOUISE H. RENNE, (SBN 36508)
INGRID M. EVANS (SBN 179094)
RENNE SLOAN HOLTZMAN & SAKAI, LLP
50 California St., Suite 2100
San Francisco, CA 94111
Telephone: (415) 678-3800
Facsimile: (415) 678-3838

Attorneys for Plaintiffs

RENNE SLOAN HOLTZMAN & SAKAI, LLP
Attorneys at Law

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELVYN STEIN and BEVERLY BUHS, on behalf of themselves, all other similarly situated, and the General Public

Plaintiffs,

vs.

AMERICAN INTERNATIONAL GROUP, AIG SUNAMERICA, INC., ESTATE PRESERVATION, INC., ESTATE PLANNING OF CALIFORNIA, PACIFIC LIFE INSURANCE COMPANY, STEVEN E. KIRBY, and DOES 1-100, inclusive,

Defendants.

**Case No.: C -05-0696 CRB**

**DECLARATION OF INGRID M. EVANS IN OPPOSITION TO AMERICAN INTERNATIONAL GROUP, AIG SUNAMERICA AND PACIFIC LIFE INSURANCE COMPANY'S MOTIONS TO DISMISS**

**Date: May 13, 2005**
**Time: 10:00 a.m.**
**Courtroom 8, 19th Floor**
**The Honorable Charles R. Breyer**

I, Ingrid M. Evans, hereby declare as follows:

1. I am an attorney licensed to practice before all courts of this State and am senior litigation counsel at the law firm of Renne Sloan Holtzman & Sakai, LLP, counsel of record for plaintiffs in the above-referenced action. I make this declaration in support of Plaintiffs' Opposition to Defendants American International Group ("AIG"), AIG SunAmerica, Inc. and Pacific Life Insurance Company's Motions to Dismiss.



Dockets.Justia.com

2. The facts contained in this declaration are true of my own personal knowledge and I could and would so testify if called as a witness at trial.

3. The Proposed Second Amended Class Action Complaint in *Beverly Buhs, et al. v. American International Group, et al.*, San Francisco Superior Court, Case Number CGC 04 435919 is attached as Exhibit A to my declaration in support of plaintiffs' motion to remand. The proposed Second Amended Class Action alleges that it pertains to fixed annuities, which are not regulated by the Securities and Exchange Commission.

4. The Complaint in *Stein v. American International Group, et al.* was filed with the Superior Court, County of Los Angeles, Central District, on March 30, 2005. A copy of the complaint is attached as Exhibit B to my declaration in support of plaintiffs' motion to remand.

5. Plaintiff Beverly Buhs filed her original complaint on October 29, 2004, on behalf of herself, the general public and others similarly situated she alleged causes of action for (1) unlawful business practices in violation of California Business and Professions Code section 17200, *et seq.*; (2) false and misleading advertising in violation of California Business and Professions Code section 17500, *et seq.*; (3) violation of the Consumer Legal Remedies Act, California Civil Code section 1750, *et. seq.*; (4) breach of fiduciary duty; and (5) financial elder abuse, California Welfare and Institutions Code section 15600, *et seq.* Plaintiff Buhs' transactions only involved the purchase of fixed annuities from AIG. A true and correct copy of the Buhs' annuity contract is attached hereto as Exhibit "A."

6. On January 21, 2005, Plaintiff Buhs filed an amended complaint, adding Melvin Stein as a named plaintiff, and adding Steven Kirby and Pacific Life Insurance Company as named defendants. At the time of filing the amended complaint, it was unclear that Mr. Stein's transactions involved variable annuities. Since that time, it has been established that Mr. Stein's annuities are variable and should not be litigated in the same case as the Buhs' action.

RENNE SLOAN HOLTZMAN & SAKAI, LLP
Attorneys at Law

7. On February 15, 2005, Defendant AIG removed the case. Defendant Pacific Life Insurance Company, and all other defendants, joined the notice of removal.

8. On February 23, 2005, Defendant AIG moved to dismiss the action on the grounds that SLUSA preempted class actions for fraud involving a "covered security." Variable annuities are considered securities registered with the Securities and Exchange Commission. Fixed annuities are not securities regulated by the SEC and are not preempted by SLUSA. *See* www.sec.gov/answers/annuity.htm ("Fixed annuities are not securities and not regulated by the SEC."). The SEC website page is attached as Exhibit C to my declaration in support of plaintiffs' motion to remand.

9. On February 23, 2005, Defendant Pacific Life Insurance Company moved to dismiss the action on the same grounds as AIG.

10. On March 16, 2005, Plaintiffs filed a motion to amend their First Amended Complaint (including a Proposed Second Amended Complaint removing Plaintiff Stein from the present action) and a motion to remand.

11. None of the defendants have answered the complaint and no discovery has been conducted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 7, 2005

Ingrid M. Evans, Esq.

RENNE SLOAN HOLTZMAN & SAKAI, LLP
Attorneys at Law