Apple Inc. v. Psystar Corporation Doc. 2786

E-Filing

Mitchell F. Boomer [SBN 121441]
JoAnna L. Brooks [SBN 182986]
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
TARGET STORES, INC.

FILED
APR 1 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stanley G. Hilton [SBN 65990]
LAW OFFICES OF STANLEY G. HILTON
533 Airport Blvd., Suite 400
Burlingame, CA 94010
Telephone: (415) 378-6142, (650)557-1563
Facsimile: (415)276-2388, (650)557-0263

Attorneys for Plaintiff
DON BORG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON BORG,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET STORES, INC.<br><br>Defendant. | Case No.: C 04-01736 VRW<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING THE DEADLINE FOR COMPLETING MEDIATION**<br><br>Amended Complaint filed: June 3, 2004<br><br>Trial: October 25, 2005 |

IT IS HEREBY STIPULATED between and among the parties to the above-entitled action, by and through their attorneys of record, that the deadline to complete mediation be continued to May 20, 2005. The parties have agreed to participate in mediation on May 16, 2005, shortly before the proposed deadline for completing mediation, to enable the parties to conduct additional discovery, and, therefore, meaningfully evaluate the case prior to the



Dockets.Justia.com

mediation session.

Based on the foregoing, the parties stipulate and request the Court issue an order continuing the deadline for completing mediation.

JACKSON LEWIS LLP

Dated: 3/7/05 /s/
JoAnna L. Brooks
Attorney for Defendant TARGET STORES, INC.

LAW OFFICES OF STANLEY G. HILTON

Dated: 3/11/05 /s/
Stanley G. Hilton
Attorney for Plaintiff DON BORG

Pursuant to stipulation, IT IS SO ORDERED

Vaughn R Walker
United States District Chief Judge