Apple Inc. v. Psystar Corporation Doc. 2790

RECEIVED

APR 1 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

American Motorists Insurance Company

Plaintiff(s),

v.

Fireman's Fund Insurance Companies

Defendant(s).

**CASE NO.** C 05 1030 CRB

**(~~Proposed~~)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

David M. Jenkins, an active member in good standing of the bar of Illinois, whose business address and telephone number is 721 Enterprise Drive, Suite 200, Oak Brook, Illinois 60523 (630) 472-0037, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 12, 2005

United States District/Magistrate Judge

Dockets.Justia.com