Apple Inc. v. Psystar Corporation Doc. 2794

HENRY C. BUNSOW (State Bar No. 60707)
K.T. CHERIAN (State Bar No. 133967)
SCOTT WALES (State Bar No. 179804)
ANTHONY S. KIM (State Bar No. 225703)
HOWREY SIMON ARNOLD & WHITE LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff
NETWORK APPLIANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK APPLIANCE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLUEARC CORP., a Delaware corporation,<br><br>Defendant. | Case No. C 03-05665 MHP<br><br>**E-FILING**<br><br>**DECLARATION OF JACLYN C. FINK IN SUPPORT OF PLAINTIFF NETWORK APPLIANCE, INC.'S MOTION TO STRIKE THE EXPERT REPORT OF MARK E. NUSBAUM** |



Dockets.Justia.com

I, Jaclyn C. Fink, declare:

1. I am associated with the law firm of Howrey Simon Arnold & White, LLP, counsel of record for Network Appliance, Inc. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Exhibit A is a true and correct copy of defendant BlueArc Corporation's First Amended Answer and Counterclaim.

3. Exhibit B is a true and correct copy of the Expert Report of Mark E. Nusbaum.

4. Exhibit C is a true and correct copy of selected excerpts of the April 8, 2005 Deposition of Mark Nusbaum.

5. Exhibit D is a true and correct copy of the Expert Report of Marshall Kirk McKusick, Ph.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this April 15, 2005 in San Francisco, California

Jaclyn C. Fink