Apple Inc. v. Psystar Corporation Doc. 2801



# *United States District Court*

FILED
APR 1 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**
V.
**RATOMIR VUKASINOVIC**

Venue: SAN FRANCISCO

# CRIMINAL COMPLAINT

CASE NUMBER: 3 05 70264 JL

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 5, 2005, in San Mateo County in the Northern District of California defendant(s) did,

**OFFENSE:** SEE ATTACHMENT "A"

in violation of Title 8 United States Code, Section(s) 1326.

I further state that I am a(n) Special Agent (Official Title) and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT MADE A PART HEREOF**

**PENALTIES:** SEE ATTACHMENT "B"

APPROVED AS TO FORM: [signature]
SPECIAL ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Warrant of Arrest Requested: ☒Yes ☐No
Bail Amount: **NO BAIL**

[signature] Matthew C. VanZee
Signature of Complainant

Sworn to before me and subscribed in my presence,

April 18, 2005 at San Francisco, California
Date City and State

**HON. Edward M. Chen**
**United States Magistrate Judge**
Name & Title of Judicial Officer

[signature]
Signature of Judicial Officer

Dockets.Justia.com

## ATTACHMENT "A"

The defendant, **RATOMIR VUKASINOVIC**, an alien, was deported from the United States to Yugoslavia on March 10, 2003. Thereafter, on or about January 5, 2005, the defendant was found in San Mateo County, in the State and Northern District of California, without having obtained express consent for reapplication for admission from either the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557).

# ATTACHMENT "B"

**Penalties:**

A violation of Title 8, United States Code, Section 1326(a) is punishable by imprisonment for not more than two (2) years and/or a fine of not more than two-hundred fifty thousand ($250,000.00) dollars, a one-hundred dollar ($100.00) special assessment, and three (3) years supervised release.

A violation of Title 8, United States Code, Section 1326(b) is punishable by imprisonment for not more than ten (10) years and/or a fine of not more than two-hundred fifty thousand ($250,000.00) dollars, not less than a one-hundred ($100.00) dollar special assessment, and three (3) years supervised release.

A violation of Title 8, United States Code, Section 1326(b)(2) is punishable by imprisonment for not more than twenty (20) years and/or a fine of not more than two hundred fifty thousand ($250,000) dollars, a one hundred ($100.00) dollar special assessment, and three (3) years supervised release.

**Affidavit**

I, Matthew C. Van Dyke, being duly sworn, do hereby state:

I am a Senior Special Agent with the United States Department of Homeland Security (DHS), Bureau of Immigration and Customs Enforcement (ICE), formerly the United States Customs Service (USCS), for approximately eighteen (18) years. I am currently assigned to the Resident Agent in Charge, San Francisco International Airport (RAC SFIA). In such capacity, I have reviewed the official Immigration Service file (A30 885 843) and the extensive automated criminal records contained in the California Information Index (CII# A05067825) and certified conviction records received from the San Mateo County Superior Court Clerk's Office relating to **Ratomir VUKASINOVIC**. Based on the following facts and circumstances, I believe that **Ratomir VUKASINOVIC**, a citizen of Yugoslavia, was deported from the United States with law enforcement escorts on March 10, 2003, and has re-entered the United States in violation of Title 8, United States Code, Section 1326 (Illegal Re-Entry).

1. **Ratomir VUKASINOVIC** is a sixty-one (61) year-old male, native and citizen of Yugoslavia, who last entered the United States by crossing the international border at an unknown place, on an unknown date, in an unknown manner subsequent to March 10, 2003, without first having obtained the consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security, after deportation.

2. On January 5, 2005, Immigration and Customs Enforcement (ICE) Detention & Removal Officer (DRO) Polly Kaiser advised the RAC SFIA that a deported alien, **Ratomir VUKASINOVIC**, a citizen of Yugoslavia, had allegedly re-entered the U.S. from Canada.

3. On March 29, 2005, ICE Special Agent Michael Appio and the reporting agent conducted a brief interview with Edith Vukasinovic, **VUKASINOVIC**'s most recent ex-wife. Edith Vukasinovic provided a copy of the restraining orders against **Ratomir VUKASINOVIC**, in San Mateo County Superior Court Case Number 047125, issued by the Honorable Judge Joseph Scott on January 19, 2005. Edith Vukasinovic also provided a copy of the proof of

service of the Temporary Restraining Order. On January 12, 2005, at 1430 hours, Santa Clara County Sheriff's Deputy Mark Ramirez, Badge Number 1382 served Ratomir VUKASINOVIC at 2221 Stevens Creek Boulevard, Santa Clara, CA.

4. Edith Vukasinovic stated that she knew Ratomir VUKASINOVIC was back in the country on November 5, 2003, when she saw him walking in front of her while she was stopped at a light. She stated that shortly after first seeing him she began to receive a number of telephone calls to her home telephone. The caller often did not talk. Edith Vukasinovic stated that she had Caller ID and recorded the telephone numbers of the caller(s), and later provided a list of these telephone numbers to the Belmont Police Department. The police reported that many of the calls were generated from pay telephones within the surrounding area of her residence. Edith Vukasinovic stated that a friend had seen Ratomir as recently as two weeks ago at a Starbuck's Coffee in Belmont. Edith Vukasinovic stated that Ratomir was seen driving a small white car.

5. On March 17, 2005, a Caltrain passenger in San Mateo County using the name **Ratomir VUKASINOVIC** was cited for fair evasion. The citation bail amount is $276.00. Bail is due to the San Mateo County Traffic Court in Redwood City, California by May 2, 2005.

6. The official Immigration Service file (A30 885 843) relating to the **Ratomir VUKASINOVIC** contains one (1) executed Warrant of Removal (I-205). On March 10, 2003, the defendant was deported with the escort of Immigration Officers Yakov Grinberg and David Pickrel via commercial airlines to Belgrade, Yugoslavia. On or about November 12, 2002, **VUKASINOVIC** was found to be deportable under section 241 of the Immigration and Naturalization Act in removal proceedings conducted by an immigration judge, and ordered deported from the United States.

7. There is no indication in the official files of the United States Immigration and Naturalization Service accessible to me that the **Ratomir VUKASINOVIC** has applied for, or been

granted the requisite permission to re-enter the United States from either the Attorney General of the United States or his successor, the Secretary of Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557).

On the basis of the above facts and circumstances, I have concluded to the best of my ability that there is probable cause to believe that Ratomir VUKASINOVIC, a citizen of Yugoslavia, has re-entered the United States in violation of Title 8, United States Code, Section 1326 (Illegal Re-Entry).

Matthew C. Van Dyke
Senior Special Agent
U.S. Department of Homeland Security
Bureau of Immigration and Customs Enforcement
Resident Agent in Charge, SFIA
San Francisco, California

Subscribed and sworn to before me this 18th day of April, 2005.

Hon. Edward M. Chen
United States Magistrate Judge
Northern District of California
San Francisco, California