Apple Inc. v. Psystar Corporation Doc. 2813

Daniel Feinberg – CA State Bar No. 135983
Todd F. Jackson – CA State Bar No. 202598
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN COMER,<br><br>Plaintiff<br><br>vs.<br><br>MICOR, INC., KENNETH C. SMITH, ELLIOT H. WAGNER, BARBARA ARBUCCI, and SALOMON SMITH BARNEY, INC.,<br><br>Defendants. | Case No. C 03-0818 (SBA)<br><br>**PLAINTIFF'S OBJECTION TO ORDER DISMISSING ACTION** |

Pursuant to the Court's Order Dismissing Action dated April 20, 2005, Plaintiff Kevin Comer hereby submits his objection.

On October 14, 2003, the Court stayed this action pending resolution of the interlocutory appeal filed by Defendant Salomon Smith Barney, Inc., ("SSB") in the U.S. Court of Appeals for the Ninth Circuit. The Ninth Circuit has not yet set a date for oral argument on Defendant SSB's appeal.

Plaintiff's claims against Defendants MICOR, Inc., Kenneth C. Smith, Elliot H. Wagner, and Barbara Arbucci ("Micor Defendants") will not be affected by the outcome of Defendant SSB's interlocutory appeal. The Micor Defendants have not asserted that Plaintiff's claims against them are subject to mandatory arbitration. Therefore, the Court should not dismiss this action.



Dockets.Justia.com

For the reasons stated above, Plaintiff requests that the Court rescind its Order Dismissing Action.

Dated: April 20, 2005

Respectfully submitted,

LEWIS, FEINBERG,
RENAKER & JACKSON, P.C.

By: ______________________________
Daniel Feinberg
Attorneys for Plaintiff

[S:\Cases\Comer. 02-63\Pleadings\Objection to Order Dismissing Action.wpd]