Apple Inc. v. Psystar Corporation Doc. 2814

THOMAS E. FRANKOVICH (State Bar No. 074414)
JULIA M. ADAMS (State Bar No. 230795)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHER

DAVID GREEN BASKIN (State Bar No. 063853)
CALEB SEQUOIA BASKIN (State Bar No. 226132)
BASKIN & GRANT, LLP
730 Mission Street
Santa Cruz, CA 95060
Telephone: 831/425-8999
Facsimile: 831/425-8853

Attorneys for Defendants GEORGE OW, JR., DAVID L. OW and TERRY L. OW, as trustees of the OW CHILDREN'S TRUST, dated December 23, 1993

HENRY A. WIRTA, JR. (State Bar No. 110097)
HARRINGTON, FOXX, DUBROW & CANTER, LLP
650 California Street, 19th Floor
San Francisco, CA 94108
Telephone: 415/288-6600

Attorneys for Defendants TINY'S RESTAURANT, INC., and TINY'S RESTAURANT, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TINY'S RESTAURANT, INC., a California corporation; TINY'S RESTAURANT, LLC., a California limited liability company; and GEORGE OW, JR., DAVID L. OW and TERRY L. OW, as trustees of the OW CHILDREN'S TRUST, dated December 23, 1993,<br><br>Defendants. | **CASE NO. C04-02416 RMW**<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION** |



Dockets.Justia.com

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration ☐ ENE ☒ Mediation

The parties further request, to the extent possible, assignment to a neutral with expertise in the area of disability access litigation and/or civil rights.

**Private Process:**

☐ Private ADR

Dated: April 20, 2005

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _______/s/______________________
Julia M. Adams
Counsel for Plaintiffs, JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated: April 20, 2005

BASKIN & GRANT, LLP

By: _______/s/__________________________
Caleb S. Baskin
Attorneys for Defendants GEORGE OW, JR., DAVID L. OW and TERRY L. OW, as trustees of the OW CHILDREN'S TRUST, dated December 23, 1993

Dated: _____________, 2005

HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: _________________________________
Henry A. Wirta, Jr.
Attorneys for Defendants TINY'S RESTAURANT, INC., and TINY'S RESTAURANT, LLC.

IT IS SO ORDERED:

Dated: ______________, 2005

_____________________________________
Ronald M. Whyte
United States District Judge

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certified that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(*Note: This Certification must be signed by each party and its counsel.*)

Dated: April 19, 2005

_____________/s/____________________
Jarek Molski, Plaintiff

Dated: April 19, 2005

_____________/s/______________________
Patrick Connally, Executive Director
Disability Rights Enforcement, Education Services: Helping You Help Others

Dated: April 20, 2005

_____________/s/______________________
Julia M. Adams
Attorney for Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS

Dated: _____________, 2005

___________________________________
Agent for Defendant TINY'S RESTAURANT, INC., a California corporation

Dated: _____________, 2005

___________________________________
Agent for Defendant TINY'S RESTAURANT, LLC., a California limited liability company

Dated: April 19, 2005

___________/s/_________________________
Henry A. Wirta, Jr.
Attorneys for Defendants TINY'S RESTAURANT, INC., and TINY'S RESTAURANT, LLC.

Dated: _____________, 2005

_______________________________________
GEORGE OW, JR. as trustee of the OW CHILDREN'S TRUST, dated December 23, 1993

Dated: _____________, 2005

_______________________________________
DAVID L. OW as trustee of the OW CHILDREN'S TRUST, dated December 23, 1993

Dated: _____________, 2005

_______________________________________
TERRY L. OW as trustee of the OW CHILDREN'S TRUST, dated December 23, 1993

Dated: April 20, 2005

____________/s/________________________
Caleb S. Baskin
Attorneys for Defendants GEORGE OW, JR., DAVID L. OW and TERRY L. OW, as trustees of the OW CHILDREN'S TRUST, dated December 23, 1993