ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CHARLES O. BRADLEY TRUST, LINDA L. BRADLEY TRUST,
KEN & SHARON BURGE TRUST, BRAD MARTIN BURGE,
SCOTT & NOA L. DYKSTRA, RONALD C. HALL,
RENTAL CENTER PROPERTIES, a California Partnership,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 04 2239 JSW

V.

ZENITH CAPITAL LLC; TASKER COOPER SMITH/ZENITH GROUP LTD; TASKER COOPER SMITH/ZENITH GROUP LLC; PISENTI & BRINKER LLP; RICK LANE TASKER, (aka Rick Tasker); MARTEL JED COOPER (aka Jed Cooper); GREGG SMITH; IRWIN S. ROTHENBERG (aka Irv Rothenberg); MARVIN FRIEDMAN; MILTON LOHR; PAUL LEVY; KENNETH WIDDER; MARK J. ALBRECHT; MARK J. ALBRECHT ACCOUNTANCY CORPORATION; and DOES 1 through 50, inclusive,

TO:

MARVIN FRIEDMAN
MILTON LOHR
PAUL LEVY
KENNETH WIDDER
MARK J. ALBRECHT
MARK J. ALBRECHT ACCOUNTANCY CORPORATION

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Glendon W. Miskel (SBN 069794)
Gerald L. Williams (SBN 068254)
Johnson & Miskel
2330 Marinship Way, Suite 230
Sausalito, CA 94965
(415) 332-0222

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

1-25-05
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| First Amended<br>Service of the Summons and Complaint was made by me [1] | DATE<br>April 2, 2005 |
| Name of SERVER (PRINT)<br>Robert N. Hofmann, ACPS | TITLE |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Marvin Friedman Place where served: 753 Crosscreek Dr., Prescott, Arizona 86303

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left

[ ] Returned unexecuted:

[ ] Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/4/05
*Date*

[signature]
*Signature of Server*

*Address of Server*

Palmer Investigative Services
P.O. Box 10760
Prescott, AZ 86304-0760

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.