LAW OFFICES OF
TOPEL & GOODMAN
A PROFESSIONAL CORPORATION
832 SANSOME STREET, FOURTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 421-6140
FACSIMILE (415) 398-5030

April 22, 2005

Hon. Judge Martin J. Jenkins
United States District Court for the Northern District of California
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

**Re: Patriot Contract Services, LLC v. The United States of America
No. C-04-5428 MJJ; GAO Case No. B-294-777**

Dear Judge Jenkins:

The Government Accountability Office has notified the parties that it will be unable to issue its advisory opinion by April 26, 2005, the date set for oral argument on Patriot Contract Services, Inc.'s motion for preliminary injunction. A copy of the GAO's letter to the parties is attached hereto.

Sincerely,

TOPEL & GOODMAN
832 Sansome Street, 4th Floor
San Francisco, CA 94111

By:________________________
Raphael M. Goldman

Counsel for American Overseas Marine Corporation

Dockets.Justia.com