CLIFF PALEFSKY (SBN 77683)
KEITH EHRMAN (SBN 106985)
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

MICHAEL RUBIN (SBN 80618)
PEDER J. V. THOREEN (SBN 217081)
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOUGLAS FRAZIER,<br><br>individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>CITICORP INVESTMENT SERVICES, INC., DOES 1-25 inclusive,<br><br>Defendants. | Case No. CV 05-01235 (CW)<br><br>**DECLARATION OF PEDER J.V. THOREEN IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**<br><br>**Date:** June 3, 2005<br>**Time**: 10:00 a.m.<br>**Courtroom**: 2, 4th floor<br>Hon. Claudia Wilken |

//

//

//

//

I, Peder J.V. Thoreen, do hereby declare:

1. I am an attorney at Altshuler, Berzon, Nussbaum, Rubin & Demain, counsel to plaintiffs in this action. The information in this declaration is based upon my personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. As counsel to plaintiffs, I am familiar with the procedural history of this action. The complaint in this case was filed in the Superior Court for the County of San Francisco on February 17, 2005. Attached hereto as Exhibit A is a true and correct copy of the "Register of Actions" from the Superior Court for the County of San Francisco for *Frazier v. Citicorp Investment Services, Inc.*, No. CGC-05-438782.

3. Citicorp Investment Services ("CIS") was served with a summons in this case on February 23, 2005. *See* Exh. A.

4. CIS filed its answer in state court on March 24, 2005. *See* Exh. A. Attached hereto as Exhibit B is a true and correct copy of CIS's answer, dated March 24, 2005.

5. In its answer, CIS stated that it "has at all times acted in good faith," and that the causes of action in the plaintiff's complaint "fail to state facts sufficient to constitute a claim or prayer for punitive damages." *See* Exh. B at 4, 5.

6. Attached hereto as Exhibit C is the "Registered Representative Agreement," signed March 2003, between plaintiff Douglas Frazier and CIS.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 22nd day of April, 2005, in San Francisco, California.

/s/
Peder J.V. Thoreen