Apple Inc. v. Psystar Corporation Doc. 2850

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
BLAKE P. LOEBS, State Bar #145790
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4283
Facsimile: (415) 554-3837

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, individually and as Executor of the Estate of CAMMERIN BOYD, deceased, ISABEL GONZALEZ, a minor by and through her Guardian Ad Litem, Isela Gonzalez, and KANANI BOYD, a minor by and through her Guardian Ad Litem, Kamilah Boyd,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER J. FONG, WILLIAM ELIEFF, GREGORY KANE, JAMES O'MALLEY, TIMOTHY PAINE, STEVEN STEARNS, and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No. 04-5459 JL<br><br>**ASSOCIATION OF COUNSEL**<br><br>Date Action Filed: December 27, 2004<br>Trial Date: None Set |



Dockets.Justia.com

TO THE COURT AND TO ALL COUNSEL OF RECORD: PLEASE TAKE NOTICE that Deputy City Attorney Scott D. Wiener hereby associates as counsel for all Defendants who have appeared in this matter. The office address and telephone number of Mr. Wiener is 1390 Market Street, 6th Floor, San Francisco, CA 94102; telephone (415) 554-4283. Please include Mr. Wiener on all proofs of service.

Dated: April 21, 2005

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
BLAKE P. LOEBS
SCOTT D. WIENER
Deputy City Attorneys

- Signed -

By:________________________________

SCOTT D. WIENER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO