RANDALL S. FARRIMOND (CSB #095281)
FARRIMOND LAW OFFICES
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: 415-362-4900
Facsimile: 415-362-4901

Attorneys for Defendant
LUFTHANSA GERMAN AIRLINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHAN ALAMZAD,<br>Plaintiff,<br>vs.<br>LUFTHANSA CONSULTING GMBH, *et al.*,<br>Defendants | Case No.: No. C04 01602 RS<br><br>OPPOSITION TO REQUEST FOR ENTRY OF DEFAULT AGAINST LUFTHANSA GERMAN AIRLINES |

Defendant LUFTHANSA GERMAN AIRLINES ("Lufthansa") opposes the entry of default against it because its response to the complaint is not yet due. According to the "Affidavit of Service" filed by the plaintiff on April 18, 2005, on March 23, 2005, Nelson Carvajal delivered to a "Legal Assistant" at the offices of Lufthansa German Airlines in New York a package of materials which included a "Notice of Lawsuit and Request for Waiver of Service of Summons" and a "Waiver of Service of Summons". (Certificate of Service, Docket entry No. 15.) Under Federal Civil Procedure Rule 4(d)(2)(F), plaintiff "shall allow the defendant a reasonable time to return the waiver, which shall be at least 30 days from the date on which the request is sent" which in this case would be April 22, 2005. On April 19, 2005, Lufthansa, through its counsel, executed the waiver and on the morning of April 20, 2005 both faxed and mailed a copy of the waiver to the attorney for the plaintiff, R. King Prothro. A copy of the waiver will be filed with this opposition. Under Federal Civil Procedure Rule 4(d)(3) upon return of the waiver defendant "is not required to serve an answer to the complaint until 60 days after the date on which the request for waiver was sent," which in this case would be Monday, May



Dockets.Justia.com

23, 2005. As the response of Lufthansa to the complaint is not yet due under Rule 4, it would be premature and inappropriate to enter default, and Lufthansa respectfully requests that the clerk not do so.

Respectfully submitted,

Dated this 22nd day of April, 2005 FARRIMOND LAW OFFICES

/s/ Randall. S. Farrimond
RANDALL S. FARRIMOND
Attorneys for Defendant
LUFTHANSA GERMAN AIRLINES