PAMELA E. COGAN (SBN 105089)
ROBERT G. CUMMINGS (SBN 204438)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and LIBERTY MUTUAL GROUP INC. (erroneously sued herein as LIBERTY MUTUAL GROUP)

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONNIE FLORA,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, LIBERTY MUTUAL GROUP, and DOES 1 through 30, inclusive,

Defendant.

Case No. C 05-01436 SI

**DEFENDANT LIBERTY MUTUAL GROUP INC.'S NOTICE OF AMENDED MOTION AND AMENDED MOTION TO DISMISS THE COMPLAINT OF PLAINTIFF CONNIE FLORA [FRCP 12(b)(6)]**

**Date: July 8, 2005**
**Time: 9:00 a.m.**
**Dept: Courtroom 10, 19th Floor**
**Judge: Hon. Susan Illston**

Apple Inc. v. Psystar Corporation
Doc. 2853

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on **June 3, 2005 at 9:00 a.m.**, or as soon thereafter as the matter may be heard, in Courtroom 10, 19th Floor, of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California 94102 Defendant, LIBERTY MUTUAL GROUP INC. ("LMG") shall, and hereby does, move this Court, for dismissal of Plaintiff CONNIE FLORA's Complaint against LMG on the grounds that it fails to state a claim upon which relief may be grated as to this moving defendant. Plaintiff improperly seeks to state a claim for breach of contract and breach of the implied covenant of good faith and fair dealing against LMG, who is not a party to any contract with plaintiff.



Dockets.Justia.com

This motion is based upon this Notice of Motion and Motion; the Memorandum of Points and Authorities; the Declaration of Paula McGee and Exhibit thereto; and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: April 21, 2005

ROPERS, MAJESKI, KOHN & BENTLEY

By: ______________________

PAMELA E. COGAN
ROBERT G. CUMMINGS
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and LIBERTY MUTUAL GROUP INC.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City