Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Kimberly R. Colombo (Cal. Bar No.: 210451)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br>Plaintiff,<br>vs.<br>DAN ESGET,<br>Defendant. | Case No. CV-04-3560 PVT<br>Hon. Patricia V. Trumbull<br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT DAN ESGET AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant DAN ESGET ("Defendant"), through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), **only** as to Defendant DAN ESGET. Each of said parties to bear its/his own costs and attorney's fees.

The terms of the Confidential Settlement Agreement dated March 29, 2005 ("Agreement") entered into between the Defendant and DIRECTV require installment payments from Defendant, the last of which is not due to be received until November 2005, and the performance of other obligations that will not be completed until April 2006. If the Defendant does not timely or fully perform these obligations when due, DIRECTV is authorized to seek enforcement of those obligations, including the entry of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of Judgment ("Stipulation") executed by the parties



Dockets.Justia.com

concurrently with the Agreement. The parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction over them by this Court and to reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of the Agreement, including entering a Judgment against Defendant pursuant to the Stipulation. The parties therefore respectfully request that the Court retain such jurisdiction.

DATED: April 20, 2005

Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: /s/ Kimberly Colombo
Kimberly R. Colombo
Attorneys for Plaintiff DIRECTV, Inc.

DATED: April 20, 2005

PARR LAW GROUP

By: /s/ Shawn R. Parr
Shawn R. Parr
Attorneys for Defendant Dan Esget

**ORDER**

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant DAN ESGET and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant DAN ESGET is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over Plaintiff DIRECTV, Inc. and Defendant DAN ESGET to enforce the terms described above of the Settlement Agreement between those parties dated March 29, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated:

______________________________
Honorable Patricia V. Trumbull
United States Magistrate Judge
Northern District of California