JAN P WEIR, STATE BAR NO. 106652
KEVIN W. KIRSCH, STATE BAR NO. 166184
JENNIFER A. TRUSSO, STATE BAR NO. 198579
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Fax: (949) 725-4100
E-mail: jweir@sycr.com

Attorneys For Defendant and CounterClaimant
TAMARACK SCIENTIFIC CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

ULTRATECH, INC. a Delaware corporation,

Plaintiff

vs.

TAMARACK SCIENTIFIC CO., INC. a California corporation,

Defendant

CASE NO. C-03-03235 CRB (JLx)

**EX PARTE MOTION AND NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 7-11**

Hearing Date: May 6, 2005
Time: 10:00 a.m.
Place: Courtroom 8

Honorable Charles R. Breyer

**Notice of Motion**

TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on May 6, 2005 at 10:00 a.m. or as soon thereafter as the matter may be heard by the above-entitled Court, located at 450 Golden Ave., San Francisco, California, pursuant to Local Rule 7-11, Defendant Tamarack Scientific Co., does hereby apply to this Court ex parte for permission to file (1) Defendant Tamarack Scientific Co., Inc.'s Reply In Support Of Its Motion For Summary Judgment Pursuant To 35 U.S.C. Section 102(b); (2) Defendant Tamarack Scientific Co., Inc.'s Reply In Support Of Defendant's Motions For



Dockets.Justia.com

Summary Judgment Of Invalidity Based On Obviousness Or, Alternatively, Motion For Summary Adjudication Of Fact; and (3) Declaration of Kevin W. Kirsch in Support of Defendant Tamarack Scientific Co, Inc.'s Reply In Support Of Motion For Summary Judgment Of Invalidity Based On Obviousness Or, Alternatively Summary Adjudication Of Fact.

The reason for filing these documents under seal is because these documents and information contained therein have been designated as confidential or confidential attorneys-eyes-only by one of the parties or third parties IBM or Cognex.

**Memorandum Of Points And Authorities**

Tamarack hereby moves the Court ex parte to file (1) Defendant Tamarack Scientific Co., Inc.'s Reply In Support Of Its Motion For Summary Judgment Pursuant To 35 U.S.C. Section 102(b); (2) Defendant Tamarack Scientific Co., Inc.'s Reply In Support Of Defendant's Motions For Summary Judgment Of Invalidity Based On Obviousness Or, Alternatively, Motion For Summary Adjudication Of Fact and (3) Declaration of Kevin W. Kirsch in Support of Defendant Tamarack Scientific Co, Inc.'s Reply In Support Of Motion For Summary Judgment Of Invalidity Based On Obviousness Or, Alternatively Summary Adjudication Of Fact under seal.

Tamarack makes this motion because these documents contain material that have been designated by one of the parties or a third party, such as IBM or Cognex, as confidential or confidential – attorneys eyes only. As a party to this action, Tamarack believes it has a duty to protect the interests of other parties to the action and third parties upon filing documents with potentially confidential materials under seal. Furthermore, pursuant to the terms of the protective order, Tamarack has agreed to file all documents designated as confidential under seal. In order to narrow the scope of the documents to file under seal, Tamarack has redacted the "Confidential" information from the foregoing documents and filed redacted versions with the

Court as well. The "Confidential" information is limited to certain Exhibits and certain information in the reply briefs and supporting declarations.

Accordingly, pursuant to Local Rule 7-11 and the parties' protective order, Tamarack hereby respectfully applies for an order permitting the filing under seal of (1) Defendant Tamarack Scientific Co., Inc.'s Reply In Support Of Its Motion For Summary Judgment Pursuant To 35 U.S.C. Section 102(b); (2) Defendant Tamarack Scientific Co., Inc.'s Reply In Support Of Defendant's Motions For Summary Judgment Of Invalidity Based On Obviousness Or, Alternatively, Motion For Summary Adjudication Of Fact and (3) Declaration of Kevin W. Kirsch in Support of Defendant Tamarack Scientific Co, Inc.'s Reply In Support Of Motion For Summary Judgment Of Invalidity Based On Obviousness Or, Alternatively Summary Adjudication Of Fact.

Proposed Order is filed concurrently herewith.

DATED: April 22, 2005

Respectfully submitted,

STRADLING YOCCA CARLSON & RAUTH

By: /s/ Jennifer A. Trusso
Jan P. Weir
Kevin W. Kirsch
Jennifer A. Trusso
Attorneys For Defendant and Counterclaimant
TAMARACK SCIENTIFIC CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2005, a copy of the foregoing:

**EX PARTE MOTION AND NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 7-11**

was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jack Russo, Esq.
John Kelley, Esq.
William C. Milks, III, Esq.
Tim C. Hale, Esq.
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Tel: 650-327-9800
Fax: 650-327-3737
jrusso@computerlaw.com
jkelley@computerlaw.com
bmilks@computerlaw.com
thale@computerlaw.com
mrisch@computerlaw.com
mrisch@rischconsulting.com
abuchanan@computerlaw.com

**Attorneys for Plaintiffs ULTRATECH, INC.**

Terry L. Kuester
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
(949) 725-4000