Apple Inc. v. Psystar Corporation Doc. 2857

MICHAEL R. LENNIE
LAW OFFICES of MICHAEL R. LENNIE APC
750 B Street, Suite 2500
San Diego, CA 92101
Tel: 619.515.5456
Fax: 619.515.5457

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FREDERIC H. MARTINI, INC., a Hawaii Corporation,<br>Plaintiff,<br>vs.<br>PEARSON EDUCATION, INC., a Delaware Corporation, dba Benjamin Cummings,<br>Defendant | Case No.: No. CV 04-04187 SI<br><br>SUPPLEMENTAL CASE MANAGEMENT STATEMENT BY PLAINTIFF MARTINI PURSUANT TO FRCivP 26(e)(1) |

The JOINT CASE MANAGEMENT STATEMENT is supplemented by Plaintiff in the Following regards only:

**ALTERNATIVE DISPUTE RESOLUTION**

The original Case Management hearing was held on January 28, 2005 before Judge Illston. On February 18, 2005 Defendant's Motion To Dismiss the First Claim was denied. Following the hearing Defendant's counsel was served personally with Plaintiff's First Set of Interrogatories and First Set of Requests For Production of Documents. Defendant's responses were served late (disputed by Defendant) on March 23, 2005 and consisted of 36 pages of objections. No documents were produced, and no interrogatories were answered. Although privileges were claimed, no privilege log was provided.



Dockets.Justia.com

The Court assigned Stuart L. Gasner for the Early Neutral Evaluation in early March, 2005. On April 4, 2005 a pre-ENE conference call was attended by counsel for both parties and Mr. Gasner. Upon Defendant's representation that he would serve substantive responses that same week, Mr. Gasner set the ENE for May 30th (the date was changed to May 24th shortly thereafter). However, no further responses were served within the week or at any time through April 22, 2005. Although Defendant counsel on April 21, 2005 made further promises to serve answers to interrogatories in the later part of the week of April 25th, and promised a listing of certain electronic products on April 25th, Defendant has yet to state a date for production of the documents requested by Plaintiff on February 18th.

This detailed chronology is presented to explain why Plaintiff will in all likelihood need to seek the Court's extension of time to complete the ENE. The current state of discovery is such that Plaintiff has been completely precluded from discovery of any additional evidence to support his claim.

**DISCLOSURES**

b. Disclosure of categories of documents: [Please see Supplement to Attachment "B"]

Dated: April 22, 2005 S/______________________

Michael R. Lennie
Attorney for Plaintiff