Apple Inc. v. Psystar Corporation Doc. 2861



John L. Cooper (State Bar No. 050324)
James W. Morando (State Bar No. 087896)
Jeffrey M. Fisher (State Bar No. 155284)
Stephanie Skaff (State Bar No. 183119)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant and Cross-Claimant
Secure Data in Motion, Inc. d/b/a Sigaba

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SECURE DATA IN MOTION, INC. d/b/a SIGABA, CLEARSWIFT CORPORATION, and JAMES REID,<br><br>Defendant. | Case No. C02-04483SI<br><br>**[PROPOSED] ORDER GRANTING SECURE DATA IN MOTION, INC.'S APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>Date: April 22. 2005<br>Judge: Hon. Susan Illston |
| AND RELATED COUNTERCLAIMS | |



Dockets.Justia.com

Having considered the papers submitted on the Application to File Certain Documents Under Seal, and good cause appearing therefore,

IT IS HEREBY ORDERED, that:

Sigaba's Application to File Certain Documents Under Seal is GRANTED, and Sigaba may file under seal the following documents:

1. Sigaba's Response To PostX's And Mayfield's Objections To Evidence [dated April 19, 2005];
2. Exhibit A to Supplemental Declaration Of John L. Cooper In Support Of Sigaba Opposition To PostX's And Mayfield's Motion For Summary Adjudication Of Sigaba's Antitrust Conspiracy Claims [dated April 19, 2005]; and
3. Exhibit A to Errata: Sigaba's Opposition To PostX's And Mayfield's Motion For Summary Adjudication Of Sigaba's Antitrust Conspiracy Claims [dated April 19, 2005].

DATED: April __, 2005




Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400