Apple Inc. v. Psystar Corporation Doc. 2865

EPSTEIN BECKER & GREEN, P.C.
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-5427
415.398.3500
FAX: 415.398.0955
EBGLAW.COM

April 25, 2005

Magistrate Judge Zimmerman
San Francisco District Court, Northern District
450 Golden Gate Avenue, 15th Floor, Court Room 3
San Francisco, California 94102

Re: ***Darin Fields, et al. v. Cherne Contracting Corporation***
Case No. C03-4854(P5H)

Dear Judge Zimmerman:

As you no doubt recall from your previous contacts with this case, our firm represents Cherne Contracting in this matter.

The parties exchanged expert witness disclosures on March 28 and so supplemental expert disclosures are due on Wednesday, April 27. We were surprised to see that Plaintiff disclosed a Human Resources expert in view of recent case law. Cherne intends to supplement its expert disclosure with an expert to rebut Plaintiffs' management practices expert, Ms. Jan Duffy. Toward that end, Cherne initiated a nationwide search to find a rebuttal expert. After much effort, Cherne narrowed the field to three potential candidates and just today selected the expert. That gives our expert two days to complete his supplemental report.

The purpose of this letter is to request an additional two weeks for our expert to prepare a supplemental report. There are several independent reasons why Cherne's request ought to be granted.

First, Cherne has been diligent in its search for its rebuttal expert. Cherne's search began immediately after Plaintiffs disclosed Ms. Duffy.

Second, Cherne recognized early on that it would be difficult to find the appropriate rebuttal expert and within days of the parties' mutual exchange of experts, I asked Plaintiffs' counsel to extend (by one week) our time to disclose a rebuttal expert which would begin to run following Ms. Duffy's deposition. At the same time, Cherne offered to extend Plaintiffs' time by



Dockets.Justia.com

one week to supplement their disclosure with a rebuttal expert to Defendant's handwriting expert. Plaintiff's counsel rejected this overture. Attached hereto as Exhibit 1 are true and correct copies of Ms. Levy's letter dated April 8, 2005 to defense counsel Joseph D. Miller regarding Cherne's request to extend the rebuttal expert disclosure deadline by one week and a copy of Joseph D. Miller's April 11, 2005 letter to Ms. Levy regarding the same.

Third, extending the supplemental disclosure deadline does not prejudice Plaintiffs. Trial is scheduled for August 22, 2005 so Plaintiffs will have ample time and opportunity to review any report by Defendant's supplementally disclosed rebuttal expert and take that expert's deposition. Indeed, by not extending time, Cherne's expert will be forced to prepare if not a superficial report, one that is unavoidably incomplete. This benefits no one. On the other hand, if Defendant's expert is given an extra two weeks to prepare a thorough report, Plaintiffs will have the benefit of the expert's comprehensive written analysis which will minimize the need for a second deposition and will also help Plaintiffs evaluate the case for mediation and trial if the matter does not resolve beforehand.

As always, the parties appreciate and look forward to your prompt response to this letter.

Very truly yours,

/s/

Joseph D. Miller

JDM:sal
Encl.

John M. Anton
Bert S. Arnold
Stewart N. Boxer, Inc.
Darci E. Burrell
Michael G. Gerson, Inc.
Denise M. Glagau
John M. Harrigan
Jean K. Hyams
Gary J. Lee
Leslie F. Levy
William E. Lombardini
Ralph W. Mann
Deirdre L. Mochel

BOXER GERSON
ATTORNEYS AT LAW, LLP

300 Frank H. Ogawa Plaza • Rotunda Building • Suite 500
Oakland, CA 94612
(510) 835-8870 • Fax: (510) 835-0415

Direct Line: (510) 286-2994

Maria A. Sager
Moira L. Stagliano
Julius Young

Matthew J. Rinaldi
*Of Counsel*

*Legal Assistants*
Melissa A. Bizarro
Alesia R. Carey
Lisa T. Frederiksen
Elly C. Nehrebecki
Sharene V. Ross
Howard G. Waters

April 8, 2005

**VIA FACSIMILE ONLY**
**(415) 398-0955**

Joe Miller, Esq.
Epstein, Becker & Green, P.C.
One California St., 26th Floor
San Francisco, CA 94111-5427

**Re:** ***Fields, et al. v. Cherne***

Dear Mr. Miller:

We will depose Mr. Owen on May 2, 2005 as I have been able to clear my calendar. As it remains our preference to depose him on the 19th of April, I would appreciate it if you let me know if any one of the three of the attorneys working on this case becomes available. The deposition will begin at 10:00 a.m. at either our office or his office. Please let me know his preference.

The following recaps our telephone call yesterday. I informed you that Ms. Duffy was available on May 6, 2005. You stated that you are willing to take her deposition on that day if I agree to extend your time to disclose a rebuttal expert to Ms. Duffy. I responded that I did not believe that the rules required that the expert's deposition be taken before the deadline for rebuttal/supplemental experts and was not willing to agree to your request. If you have case law supporting your position, please provide it.

Your response was to demand that Ms. Duffy's deposition occur before the cut off of April 27, 2005. I stated that I will do my best to accommodate that and asked you to give me dates the week of the 25th that you are available. At that point you demanded that we produce Ms. Duffy next week, if I was not willing to stipulate to an extension for rebuttal/supplemental experts. You are asking me to produce an expert witness on a week or less notice which is not reasonable by any standards. Given your unavailability on the 18th, 19th and 20th, that leaves only the 21st and 22nd, of the following week. The 22nd may be possible.

Enclosed please find an amended notice of John Owen's deposition, set for May 2, 2005. Let me know if we need to re-subpoena him.

Sincerely,

BOXER & GERSON, LLP

Leslie F. Levy

LFL/jvd
Encl.

48395-004
Fields v. Cherne
RJS JDM DKR

EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

ONE CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-5427
415.398.3500
FAX: 415.398.0955
EBGLAW.COM

FILE COPY

April 12, 2005

**VIA FACSIMILE**

Leslie F. Levy, Esq.
Boxer & Gerson
300 Frank H. Ogawa Plaza, Ste. 500
Oakland, California 94612

Re: Fields v. Cherne

Dear Leslie:

We have received and thank you for your April 8 letter.

You continue to mistakenly persist in proclaiming that we have three attorneys working on the case. Leslie Mann was involved in the Holsman/Rahn action and helped on some discrete discovery issues. But beyond that, she has not been involved in this case any more than Ms. Hyams from your office has been.

Second, it is not our practice to extend professional courtesies only when case authority requires it. Indeed the purpose behind extending a courtesy is that it is voluntarily given and not compelled. I asked you to extend our disclosure time for one week following Ms. Duffy's deposition so that Cherne could determine whether it wanted to supplement its disclosure with a rebuttal witness. We offered the same accommodation to you with respect to Mr. Owens. After you rejected this proposal we asked for deposition dates for Ms. Duffy before April 27 – the supplemental expert disclosure cut-off. The fact that Ms. Duffy is unavailable for most of April is not our doing.

We will produce Mr. Owens for deposition on May 2 at his office. If possible, we would prefer that the deposition start at 1 pm that day.

Finally, please advise when you have firmer information concerning Ms. Duffy's schedule.

Very truly yours,

Joseph D. Miller



SF:65717v1

** TX CONFIRMAT[illegible] REPORT ** AS OF [illegible] 12 2005 14:19 PAGE. 1

EPSTEIN, BECKER&GREEN

COMMAND #028

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | STATUS |
|---|---|---|---|---|---|---|---|
| 001 | 4/12 | 14:18 | 5877#48395#004#15108 350415# | EC--S | 00' 36" | 002 | OK |

---

EBG
EPSTEIN BECKER & GREEN P.C.


**EPSTEIN BECKER & GREEN, P.C.**

ATTORNEYS AT LAW

ONE CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-5427
TEL: 415.398.3500
FAX: 415.398.0955

DIRECT: 415.399.6042


# FACSIMILE COVER SHEET

**PRIVILEGED AND CONFIDENTIAL**

| To: | Fax Number: | Telephone Number: |
|---|---|---|
| Leslie F. Levy, Esq. | (510) 835-0415 | (510) 835-8870 |

| | | | | |
|---|---|---|---|---|
| From: Joseph D. Miller | Atty. No. | 5877 | Pages (including cover): | 2 |
| Date: April 12, 2005 | Client No.: | 48395-004 | | |

Comments:


NOTICE OF PRIVILEGE AND CONFIDENTIALITY

THIS TELECOPY IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED SOLELY FOR THE ADDRESSEE. ANY UNAUTHORIZED DISCLOSURE, REPRODUCTION, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED. IF YOU RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US IMMEDIATELY.

*IF YOU DO NOT RECEIVE ALL PAGES OR HAVE ANY PROBLEMS IN RECEIVING THIS TELECOPY, PLEASE CALL THE SENDER IMMEDIATELY.*




xxx