Apple Inc. v. Psystar Corporation Doc. 2866

JOEL M. FREED (admitted in N.D. Cal.)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington D.C. 20004-1206
Tel. No. (202) 942-5000
Fax No. (202) 942-5999
Joel_Freed@aporter.com

JAMES S. BLACKBURN (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel. No. (213) 243-4000
Fax No. (213) 243-4199
James_Blackburn@aporter.com

KATHERINE FORD HORVATH (State Bar No. 213098)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Tel. No. (425) 882-8080
Fax No. (425) 869-1327
khorvath@microsoft.com

ATTORNEYS FOR DEFENDANT/COUNTERCLAIMANT
MICROSOFT CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALACRITECH, INC.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaimant. | Case No. 3:04-cv-03284-JSW<br><br>Assigned to the Honorable<br>Jeffrey S. White<br><br>**DECLARATION OF JAMES PINKERTON IN SUPPORT OF MICROSOFT'S MOTION PURSUANT TO FRCivP 59(e) TO ALTER OR AMEND ORDER GRANTING PRELIMINARY INJUNCTION**<br><br>Hearing Date: August 5, 2005<br>Hearing Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor |



Dockets.Justia.com

I, James Pinkerton, declare and state as follows:

1. I am over eighteen years old and am fully competent to make this declaration. I make this declaration in support of Microsoft's Motion Pursuant to FRCivP 59(e) to Alter or Amend Order Granting Preliminary Injunction. Except as indicated herein, the facts stated herein are stated of my own personal knowledge, and I could and would competently testify as to such facts if called upon to do so.

2. I am currently the Director of the Network Devices Platform Group for Microsoft Corporation. I am one of the principal designers of TCP Chimney.

3. Microsoft software developers working under my direction have made changes to the Longhorn operating system software that made TCP Chimney non-functional in the Longhorn operating system. In making that TCP Chimney software non-functional, specific steps were also taken to ensure that it would not include TCP Chimney binary code that could be accessed, compiled, or otherwise loaded. Moreover, the software interfaces for TCP Chimney were altered so that the TCP Chimney functionality could not be restored.

4. At Microsoft's Hardware Engineering Conference on April 24-27, 2005 (WinHEC 2005), Microsoft will provide to hardware and software developers a Longhorn operating system version in which TCP Chimney has been made non-functional in the same manner described in the preceding paragraph. References to TCP Chimney were removed from materials prepared for distribution at the WinHEC 2005 conference.

5. Microsoft's Scalable Networking Pack, which is intended as a service pack for Microsoft's Windows® Server 2003 operating system, has likewise been modified in the manner described in paragraph 3 to make the TCP Chimney software non-functional.

6. Thus, ongoing development of the Longhorn operating system and the Scalable Networking Pack will be done using software in which TCP Chimney functionality has been removed.

7. Material regarding TCP Chimney were removed from external Microsoft websites, including earlier Longhorn operating system versions and Scalable Networking Pack versions with TCP Chimney code.

8. Notwithstanding all of the foregoing, in their continued work with non-TCP Chimney software, Microsoft developers still need to retain, access and copy older version of the Longhorn operating system software and Scalable Networking Pack software that do include TCP Chimney code to, for example, (1) identify and correct errors and bugs in the non-TCP Chimney portions of the Longhorn operating system software and the Scalable Networking Pack software, (2) allow developers to access non-TCP Chimney functionality in the older versions of the software during the normal course of their work, and (3) avoid introducing variables that hinder development of application programs that use non-TCP Chimney portions of the Longhorn Operating System and Scalable Networking Pack.

9. When errors or bugs are discovered, Microsoft developers refer to the older versions of the software to identify the earliest version of the software in which the error or bug occurs. Comparing the older version to the new version may indicate the source of the error and assist in error correction. This process is standard in software development and is vital to Microsoft's ongoing development of the non-TCP Chimney portions of the Longhorn operating system and the Scalable Networking Pack. If these older versions are not accessible and copyable, such error checking cannot be performed. When accessing and copying these older versions of the software, the TCP Chimney portion would not be used. However, altering the older versions of the software to remove the TCP Chimney code would introduce an additional variable that prevents reliable use of the older versions to correct errors in newer versions, even where the errors are in portions of the software unrelated to TCP Chimney.

10. In the normal course of business, Microsoft developers also access and copy older versions of the Longhorn operating system and Scalable Networking Pack that include TCP Chimney code, but they will not be using the TCP Chimney functionality of the software. For example, a new version of the Longhorn operating system software or the Scalable Networking

Pack software may adversely affect the functionality of software components that functioned properly in older versions. Microsoft software developers whose work requires certain non-TCP Chimney functionality present in an older version refrain from using a new version in which that functionality has been adversely affected. The developers will continue using the older version until a later version restores the non-TCP Chimney functionality that was adversely affected.

11. Certain Microsoft software developers working to develop non-TCP Chimney related application programs for the Longhorn operating system software or Scalable Networking Pack software develop those applications using a single version of the software so that errors in the application program can be identified and corrected without introducing additional variables. Switching to a new version of the Longhorn operating system or Scalable Networking Pack during the development of the application would introduce additional variables making it difficult to resolve errors within the application software. For this reason, application developers do not continuously update the operating system program to the newest version of the Longhorn operating system software or Scalable Networking Pack software. Instead, when the application software is found to function properly based upon one version of the Longhorn operating system or Scalable Networking Pack, the developers thereafter continue their work with the application software using a newer version of the Longhorn operating system or the Scalable Networking Pack.

12. To the extent that Microsoft developers retain, access and copy older version of the Longhorn operating system software and Scalable Networking Pack software that do include TCP Chimney code, steps were taken so that use of that software would be on computers that do not have a network interface card capable of accepting the established TCP connection and performing processing associated with that connection.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Redmond, Washington.

April 25, 2005

/s/ James Pinkerton

By: ____________________________

James Pinkerton