Apple Inc. v. Psystar Corporation Doc. 286

Rex M. Clack (SBN 59237)
Paul Gary Sterling (SBN 135640)
STERLING & CLACK
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California 94105
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for PLAINTIFFS
DONALD D. BISCHOP, and
CHARMAGNE BISCHOP as owners
and operators of the F/V BALL NO. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>DONALD D. BISCHOP, and CHARMAGNE BISCHOP as Owners and Operators of the F/V BALL NO. 1<br><br>Plaintiffs,<br><br>For Exoneration From or Limitation of Liability, | Case No.: C03-05048 PJH<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: May 5, 2005<br>Time: 2:30 p.m.<br>Courtroom: 3<br><br>Hon. Phyllis J. Hamilton |

Pursuant to Local Rule 16-10(d), plaintiffs DONALD D. BISCHOP and CHARMAGNE BISCHOP and claimant LAURA VERONICA TOLEDO hereby submit this supplemental Joint Case Management Statement to report on developments in the case since the last scheduled Case Management Conference.

This case was last set for a Case Management Conference on October 28, 2004. Prior thereto, and on October 18, 2004, this Court entered an Order upon the parties' Stipulation to dissolve the stay of parallel state court proceedings and allow claimant LAURA VERONICA TOLEDO to prosecute a claim against plaintiffs in the Mendocino County Superior Court. Said stipulation and order was made on the express provision that plaintiffs have the right to litigate in



Dockets.Justia.com

this action whether or not they are entitled to a limitation of liability under the Limitation of Liability Act, 46 U.S.C. App. § 181, *et. seq*., and that this Court has exclusive jurisdiction to determine all issues relating to the limitation of liability. Thereupon, this Court set a further Case Management Conference for May 5, 2005.

Since then, the parties have notified the Mendocino County Superior Court of the conditional lifting of the stay and were thereafter placed on that court's civil active list. A trial setting conference was conducted in the superior court action on March 8, 2005. At that time, the Mendocino County Superior Court set a trial date of December 12, 2005. A mediation has been set to commence in this action on May 13, 2005.

The parties respectfully request that this Honorable Court continue the pending Case Management Conference for 60 days.

STERLING & CLACK

Dated: By: ________________________
Rex M. Clack
Attorneys for Plaintiffs
DONALD D. BISCHOP,
CHARMAGNE BISCHOP

BERSCHLER & COWAN

Dated: By: ___________________________
Arnold I. Berschler
Attorney for Claimants
Laura Veronica Toledo individually and as the Personal Representative of the Estate of Remegio Herrera-Hernandez, and Guardian ad Litem on behalf of Remington Esteven Toledo Herrera, a minor

181.48-3/P/JntCMS

Rex M. Clack attests that concurrence in the filing of this document has been obtained from each of the other signatories identified herein.