Apple Inc. v. Psystar Corporation Doc. 2869

RALPH A. LOMBARDI, State Bar No 048217
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Plaintiff
SAN MARINO PLASTERING, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN MARINO PLASTERING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE INSURANCE CORPORATION OF NEW YORK,<br><br>Defendant. | No. C 04 2405 PJH<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER F.R.C.P. 41(A)(2) AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff SAN MARINO PLASTERING, INC. and through its attorney of record, and defendant THE INSURANCE CORPORATION OF NEW YORK, by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

The parties further stipulate and agree that this dismissal shall not bar future litigation by San Marino against INSCORP in connection with other claims under the INSCORP primary policy for the year June 1, 1998 - June 1, 1999 or the INSCORP excess policy for the year June 1, 2000 –

///

///

///

///

///



Dockets.Justia.com

June 1, 2001, should such litigation prove necessary.

DATED: April 19, 2005

LOMBARDI, LOPER & CONANT, LLP

By: /s/ Ralph A. Lombardi
RALPH A. LOMBARDI
Attorneys for Plaintiff

DATED: April 19, 2005

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Brandon M. Fish
BRANDON M. FISH
Attorneys for Defendant

**ORDER DISMISSING ACTION WITH PREJUDICE**

The court having read and considered the foregoing stipulation, and good cause appearing, IT IS SO ORDERED.

DATED:

JUDGE OF THE DISTRICT COURT

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699