Apple Inc. v. Psystar Corporation

Doc. 2882

PAUL T. FRIEDMAN (CA SBN 98381)
D. ANTHONY RODRIGUEZ (CA SBN 162587)
DAVID E. MELAUGH (CA SBN 219477)
KEVIN A. CALIA (CA SBN 227406)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
OPTIVA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PRISM VENTURES LLC, *et al.*,

Plaintiff,

v.

QUANTA VISION, INC., *et al.*,

Defendant.

Case No. 04-5160

**[PROPOSED] ORDER GRANTING MORRISON & FOERSTER LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT OPTIVA, INC.**



Dockets.Justia.com

**ORDER**

Morrison & Foerster LLP's Motion to Withdraw as Counsel of Record for Defendant Optiva, Inc. came on regularly for hearing before the Honorable Charles R. Breyer on ________________, 2005.

After consideration of the parties' written and oral submissions, and for good cause shown, the Court ORDERS that the Motion is GRANTED. Pursuant to Local Rule 11-5, Morrison and Foerster LLP is granted permission to withdraw from its representation of Optiva. The deadline for Optiva to file a responsive pleading or motion is sixty days from the date of this order. During this sixty day period, no discovery may be propounded to, or by, Optiva.

**IT IS SO ORDERED**.
Dated: ____________________

______________________________________
CHARLES R. BREYER
United States District Court Judge