Apple Inc. v. Psystar Corporation Doc. 2889

RICHARD T. WHITE #58622
DAWN NEWTON #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
rwhite@fablaw.com
dnewton@fablaw.com

THOMAS P. WHELLEY II #0010493
RACHAEL L. RODMAN #0073872
CHERNESKY, HEYMEN & KRESS P.L.L.
10 Courthouse Plz SW Ste 1100
Dayton OH 45401-1825
Telephone: (937) 449-2800
Facsimile: (937) 449-2836
tpw@chklaw.com
rlr@chklaw.com
Appearance Pro Hac Vice

E-Filing

Attorneys for Petitioners Stanley J. Katz, Edwin L. Katz, and First Alliance Asset Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

STANLEY J. KATZ, EDWIN L. KATZ, AND FIRST ALLIANCE ASSET MANAGEMENT, INC.,

Petitioners,

vs.

ROUND HILL SECURITIES, INC.,

Respondent.

Case No.: C 05-01453 ~~BZ~~ PJH

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Rachael L. Rodman an active member in good standing of the bar of Ohio, whose business address and telephone number is Chernesky, Heyman & Kress P.L.L., 10 Courthouse Plz SW Ste 1100, Dayton Ohio 45401-1825 and (937) 449-2800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Mayer Electric,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and



Dockets.Justia.com

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/29/05

~~Hon. Bernard Zimmerman~~

**Phyl[illegible]n**
**Unit[illegible]t Judge**

**P[illegible]Hamilton**
**U[illegible]strict Judge**

**Phyllis J. Hamilton**
**United States District Judge**