Apple Inc. v. Psystar Corporation Doc. 2910

Sheila M. Salomon, SBN 164619
Andrew L.Y. Chang, SBN 222309
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone: 415.544.1900
Facsimile: 415.391.0281
Email: **ssalomon@shb.com**
**achang@shb.com**

Attorneys for Plaintiffs
PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY MARINARO,<br><br>Defendant. | Case No. 05-01748 JSW<br><br>**CERTIFICATE OF SERVICE** |



Dockets.Justia.com

I, Ruby A.R. Gonzales, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San Francisco, California 94104.

I am readily familiar with the business practices of this office for collection and processing of documents for mailing with the U.S. postal service, which is that correspondence for mailing via U.S. Mail is collected and deposited on the same day in the ordinary course of business.

On April 29, 2005, I served the following document(s):

- **Judge Jeffrey S. White Standing Orders**
- **Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement**

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Anthony Marinaro
1040 7th Street
Novato, California 94945

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on April 29, 2005.

RUBY A.R. GONZALES