Apple Inc. v. Psystar Corporation

Doc. 2915

# UNITED STATES DISTRICT COURT

**Judge Jeremy Fogel, Presiding**

Courtroom No. 3 - 5th Floor

## Civil Minute Order

Court Proceedings: **Further Case Management Conference, Fri, Apr 29, 2005 @ 10:30 AM**

Case Number: **CV-04-5214-JF/HRL**

Courtroom Deputy Clerk Diana Munz (408) 535-5166
Courtroom Reporter Peter Torreano (408) 999-0623



---

**TITLE:** **CYBERGUARD CORP. V. SERVGATE TECHNOLOGIES, INC.**

PLAINTIFF(S)
Cyberguard

**Attorneys Present:** Irwin Gilbert
Jeffrey Kobrick
Stephen Wu

DEFENDANT(S)
Servgate Tech

**Attorneys Present:** William Frimel

---

**PROCEEDINGS:**

Further case management conference held. Parties are present.

Court adopts plaintiff's proposed case management dates plus 30 days as to the May dates and 60 days as to all other dates.

Case set for jury trial on 12/2/05 at 1:30 p.m. and pretrial conference on 11/18/05 at 11:00 a.m..

---

**Note:** The United States District Court is now on the Worldwide Web. Current court calendars, procedural questions and directions to the court can be found on our web site: **www.cand.uscourts.gov**

Dockets.Justia.com