# Summary of Issues and Potential Impacts on Salmon River Salmomids and Other Non-salmonid Species From Suction Dredging in the Salmon River, Klamath River and Tributaries

Prepared by Toz Soto, Karuk Tribal Fisheries Biologist
June 2004

The Klamath and Salmon Rivers support multiple anadromous fish runs that include six different runs of salmon, green sturgeon, and pacific lamprey. These anadromous fish runs along with resident fish populations support tribal subsistence fisheries in the Klamath River. This report summarizes Klamath and Salmon River fish species including their specific life history requirements and negative impacts from suction dredging, high banking and other associated mining activities on those requirements. This report is based on my personal observations and professional opinion and includes a brief summary description of specific fish run life history types and how mining activities impact different life history development stages of Klamath and Salmon River fish.

## Spring Chinook and Summer Steelhead

Spring Run Chinook and Summer Steelhead both require undisturbed deep cold water pools for holding habitat during the summer months. Many of these holding pools are located near cold tributary mouths. Adult spring run Chinook and summer steelhead reach maturity in fresh water. Juveniles rear for at least one year in the river before they migrate to the ocean. Fresh water environments that support these specific life history requirements for spring Chinook and summer steelhead have become rare in California and the rest of North America.

### Issues

- Disturbance and harassment associated with mining near critical holding pools and cold tributary mouths where adult and juvenile salmon seek thermal refuge during already stressful, summer time elevated water temperature periods could increase stress levels and cause higher incidence of disease and resultant mortality.

- Higher levels of suspended sediments caused from dredge tailing discharge could cause abrasions to fish gills and increase infection rates of lethal disease pathogens.

## All- Chinook, Coho and Steelhead Runs

Chinook, Coho and Steelhead spawn and rear in the Klamath and Salmon River. These salmonids use a variety of macro and micro habitat during there different development life history stages. They all require stable spawning grounds, clean gravel and high quality water.

**Coho life stage periodicity in the Salmon River, Klamath River Basin, CA**

**M = spawning migration, S = spawning, I = incubation, E = emergence, O = outmigration, R = rearing**

| | Jan | | Feb | | Mar | | Apr | | May | | Jun | | Jul | | Aug | | Sep | | Oct | | Nov | | Dec | | Comments | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coho Salmon | M | M | | | | | | | | | | | | | | | | M | M | M | M | M | M | M | Mostly age 3 fish | |
| | S | S | ? | ? | | | | | | | | | | | | | | | | | | S | S | S | | |
| | I | I | I | I | I | I | | | | | | | | | | | | | | | | I | I | I | | |
| | | | E | E | E | E | E | E | E | | | | | | | | | | | | | | | | | |
| | | | O | O | O | O | O | O | O | O | O | O | O | O | O | O | | | | | | | | | | |
| | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | 12-18 month residence | |

**Spring Chinook life stage periodicity in the Salmon River, Klamath River Basin, CA**

**M = spawning migration, S = spawning, I = incubation, E = emergence, O = outmigration, R = rearing**

| | Jan | | Feb | | Mar | | Apr | | May | | Jun | | Jul | | Aug | | Sep | | Oct | | Nov | | Dec | | Comments | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spring Chinook | | | | | | M | M | M | M | M | M | M | M | M | M | M | M | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | S | S | S | | | | | | |
| | | | | | E | E | E | E | E | | | | | | | | | | | | | | | | | |
| | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | |
| | O | O | O | O | O | O | O | O | | | | | | | | | O | O | O | O | O | O | O | O | | |

**Issues**

All life stages of salmon are present in the Salmon and Klamath River, with the exception of adult coho salmon, during the suction dredging season.

- Channel and substrate destabilization caused from suction dredging causes increased spawning bed scour and higher levels of egg mortality when salmon or steelhead spawn near dredge operations and or tailings.
- Juvenile and embryonic fish mortality caused from suction dredge entrainment.
- Destabilization of the streambed caused from suction dredging results in stream channel morphological shifts that could cause reductions of pool depth and fish holding suitability.

- Benthic invertebrate populations are impacted from suction dredging which are important food sources for rearing salmonids.

## Pacific Lamprey

Pacific lamprey adults are nest builders and spawn in swift current with small gravel substrate type habitat, similar as salmonids. Pacific lamprey juveniles (ammocetes) rear in fresh water for multiple years where they burrow into the stream substrates and filter feed on embedded organic material.

M = spawning migration, S = spawning, I = incubation, E = emergence, O = outmigration, R = rearing

| | Jan | | Feb | | Mar | | Apr | | May | | Jun | | Jul | | Aug | | Sep | | Oct | | Nov | | Dec | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pacific Lamprey | | | | | M | M | M | M | M | M | M | M | M | | | | | | | | | | | | |
| | | | | | | | | | S | S | S | S | S | S | | | | | | | | | | | |
| | | | | | | | | | I | I | I | I | I | I | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | O | O | O | O | O | O | O | O | O | O | O | O | O | O | O | O | O | O | O | O | O | O | O | O | |
| | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | |

**<u>Issues</u>**

The suction dredging season is open during lamprey spawning, egg incubation and juvenile rearing periods in the Klamath and Salmon rivers.

- Lamprey ammocetes could be entrained by suction dredges and cause direct mortality or indirect mortality from exposure to predators.
- Unstable gravels associated with suction dredging could lower lamprey spawning success.

## Green Sturgeon

Green sturgeon are benthic fish and broadcast spawners. Females reach maturity after twenty years and male reach maturity around fifteen years. Eggs are released into the water column where they are fertilized and then settle into the substrates located at the bottom of the river channel. After 2-3 weeks, eggs become larvae where they drift in the water column during nocturnal hours and hold in interstitial spaces between substrate cobbles during the day. Juvenile green sturgeon are very poor swimmers and therefore use of substrate during the day is critical for predator avoidance.

M = spawning migration, S = spawning, I = incubation, E = emergence, O = outmigration, R = rearing

| | Jan | | Feb | | Mar | | Apr | | May | | Jun | | Jul | | Aug | | Sep | | Oct | | Nov | | Dec | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Green Sturgeon | | | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | | | | | |
| | | | | | | | | S | S | S | S | S | S | | | | | | | | | | | |
| | | | | | | | | I | I | I | I | I | I | I | | | | | | | | | | |
| | | | | | | | | O | O | O | O | O | O | O | O | O | O | O | O | O | | | | |
| | | | | | | | | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | |

**Issues**

The suction dredging season is open during green sturgeon spawning, egg incubation and juvenile rearing periods in the Klamath and Salmon rivers. Green sturgeon have a very limited spawning range. The Klamath and Salmon Rivers are of the few primary spawning rivers for green sturgeon in North America.

- Sturgeon eggs, larvae and juveniles could be entrained into suction dredges which would cause direct mortality or indirect mortality from exposure to predators.
- Dredge tailings could smother eggs and larvae located in the substrate interstitial spaces.
- Disturbances form suction dredging during adult spawning activities could cause lower spawning success