


Dockets.Justia.com



Dredge Plume at Staff Gauge on Salmon



