PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
ERIN A. CORNELL (SBN 227135)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL CREMIN,

Plaintiff,

v.

McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendants.

CASE NO. C 04-04394 CW

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S NOTICE OF CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING STANDARD OF REVIEW**

Date: May 27, 2005
Time: 10:00 a.m.
Judge: Hon. Claudia Wilkin

Apple Inc. v. Psystar Corporation
Doc. 2929

TO PLAINTIFF MICHAEL CREMIN AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on May 27, 2005 at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 2, 4th Floor of the above-entitled court located at 1301 Clay Street, Oakland, California, defendant Liberty Life Assurance Company of Boston will, and hereby does, move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary adjudication.

Liberty moves for an order adjudicating the following issue on the ground it is established without substantial controversy as against plaintiff and that no further proof thereof shall be required at trial of this action, and that any final judgment in this action shall, in addition to any



Dockets.Justia.com

matters determined at trial, be based upon the issue so established:

1. The applicable standard of review to be applied by the court is the abuse of discretion standard, because the McKesson Employees Long-Term Disability Plan under which plaintiff seeks long term disability income benefits expressly and unambiguously confers discretion to Liberty Life Assurance Company of Boston, the claim's administrator, to interpret the policy and to determine eligibility for benefits and there is no material or probative evidence that Liberty's apparent conflict of interest caused it to breach any fiduciary duties owed to plaintiff.

This motion is based upon this Notice of Cross-Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Paula McGee and the exhibits attached thereto, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: April 29, 2005

ROPERS, MAJESKI, KOHN & BENTLEY

By: ______________________

PAMELA E. COGAN
KATHRYN C. CURRY
ERIN A. CORNELL
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON