FRANCIS J. HUGHES, ESQ., SBN 61569
CAROLYN TOBIASON STUART, ESQ., SBN 108863
CHRISTOPHER J. HERSEY, ESQ., SBN 197767
AMBER S. CROTHALL, ESQ., SBN 227173
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, California 95110
Telephone: (408) 292-1765
Facsimile: (408) 292-4484

KURT F. GWYNNE (admitted pro hac vice)
REED SMITH LLP
120 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-2575

ALAN COTLER (pending admission pro hac vice)
JOAN YUE (admitted pro hac vice)
REED SMITH LLP
1650 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420

Attorneys for Defendant DEVCON CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.), et al.,<br><br>Debtor,<br>______________________________<br><br>EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.),<br><br>Plaintiff,<br>v.<br><br>DEVCON CONSTRUCTION, INC., SHARP DEVELOPMENT COMPANY, INC., and SHARP LAFAYETTE, LLC,<br><br>Defendants. | Case No.: C05-787 PVT<br><br>**[PROPOSED] ORDER GRANTING DEVCON CONSTRUCTION, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT VI (PREFERENCE CLAIM) OF EXDS' FIRST AMENDED COMPLAINT**<br><br>Date: June 7, 2005<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Chief Magistrate Judge Patricia V. Trumbull |



Dockets.Justia.com

On June 7, 2005, Defendant DEVCON CONSTRUCTION, INC.'S ("DEVCON") Motion for Partial Summary Judgment on Count VI (Preference Claim) of EXDS' First Amended Complaint came before the Court. Plaintiff EXDS, Inc. ("EXDS"), and Defendant Sharp Development Company, Inc. and Sharp Lafayette, LLC (collectively, "SHARP") were given notice of DEVCON'S Motion.

After full consideration of all papers filed in connection with DEVCON'S Motion, the evidence, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED AS FOLLOWS:

1. DEVCON'S Motion for Partial Summary Judgment on Count VI (Preference Claims) of EXDS' First Amended Complaint is GRANTED.

2. Judgment shall be and is entered in this action in favor of DEVCON and against EXDS as follows:

(a) All remaining claims and issues of liability asserted in Count VI of EXDS' First Amended Complaint shall be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June ___, 2005

PATRICIA V. TRUMBULL
CHIEF MAGISTRATE JUDGE

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.LitigationLibrary:124430.1

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-1765