Apple Inc. v. Psystar Corporation

Doc. 2931

John L. Anderson (SBN: 47393)
Scott M. DeNardo (SBN: 216749)
NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: (415) 677-9440
Facsimile: (415) 677-9445

Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

Charles S. Birenbaum (SBN: 107894)
Jeffrey S. Bosley (SBN: 167629)
Charles J. Wichmann III (SBN: 206598)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendant
CALPINE CORPORATION



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PLUMBERS & STEAMFITTERS LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO,

Plaintiff,

vs.

CALPINE CORPORATION,

Defendant.

Case No.C02-05376 JSW

**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER**

Date: May 6, 2005
Time: 1:30 P.M.
Place: Courtroom 2, 17th Floor
Judge: Hon. Jeffrey S. White



Dockets.Justia.com

The parties to the above-captioned action, PLUMBERS & STEAMFITTERS LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, ("Plaintiff" or "UA Local 342") and CALPINE CORPORATION ("Defendant" or "Calpine") through their respective counsel, met and conferred for the purpose of preparing this Joint Case Management Conference Statement. Except as otherwise indicated, the parties hereby jointly submit this Case Management Conference Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**1. A brief description of the basis for this Court's subject matter jurisdiction, including whether any issue exists regarding personal jurisdiction or venue, and whether any parties remain to be served:**

**A. UA Local 342's position**

There is no question of jurisdiction or venue. Jurisdiction exists pursuant to 29 U.S.C. § 185 and 28 U.S.C. § 1331 (federal question). There are no parties remaining to be served.

**B. Calpine's position**

Calpine disputes that subject matter jurisdiction exists in this matter and contends this action is preempted by the National Labor Relations Act. Calpine's objections to jurisdiction and preemption arguments were set forth in its Motion for Summary Judgment, or in the Alternative, Summary Adjudication. In its February 11, 2005 order denying Calpine's summary judgment motion, the Court found Calpine's arguments to be premature, but reserved the right to revisit the issues at trial. Calpine does not dispute service or venue.

**2. A brief description of the procedural history of the matter, including a list of all pending motions and their current status:**

The case was filed on November 7, 2002. It was transferred to Judge White on March 20, 2003. There are no motions currently pending.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**3. A brief description of the scope of discovery to date, including whether there has been a full and timely compliance with the initial disclosure requirements of Fed.R.Civ.P.26:**

**A. Fact Discovery**

Fact discovery closed on September 3, 2003. The deposition of Tom Adams, which was commenced before the close of discovery, remains open pursuant to stipulation of the parties. The completion of Mr. Adams' deposition is scheduled for June 1, 2005.

Calpine's position is that UA Local 342 has not provided Calpine with an adequate final computation of damages as required by Rule 26 and Calpine's numerous discovery requests. Pursuant to Judge Zimmerman's instructions, Calpine met and conferred with UA Local 342 concerning this issue on September 21, 2004, with a court reporter present. UA Local 342 informed Calpine that it had retained an auditor to calculate damages. On October 8, 2004, UA Local 342 sent a letter to Calpine indicating that the auditor had completed her review of invoices from Calpine and third-party contractors and subcontractors, and determined that "approximately $1,018,955.22 is owed." (Emphasis added.) However UA Local 342 has not provided a detailed description of the basis for that calculation, nor any documentation demonstrating how that total was reached. Moreover, UA Local 342's letter indicated that the "damages estimate does not include those hours being performed in violation of the PLA as observed by Mr. Rose and Mr. Hernandez as well as any other unknown hours."

Calpine's position is that this information is insufficient, and that UA Local 342 should be limited to the information it has disclosed. UA Local 342 has agreed to make the auditor available for deposition. That deposition will be scheduled for on or before June 20, 2005. Calpine continues to reserve all objections to move to exclude all information related to this witness and damages as untimely disclosed. UA Local 342 asserts that information necessary to the computation of damages is already in the custody and control of the Defendant.

UA Local 342 indicates that it is still awaiting a final response to a third-party business records subpoena it served on a contractor, Fisher Controls, related to hours worked by that entity, which UA Local 342 also claims as damages in this action. UA Local 342 asserts that Fisher

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Controls originally agreed to provide the information requested in UA Local 342's subpoena but recanted after discovery closed. UA Local 342 may seek to move to compel a response to that subpoena, if necessary. Calpine's position is that fact discovery has long been closed, that any motion to compel is untimely, and that service of the subpoena was not proper.

**B. Expert Discovery**

Expert discovery is scheduled presently to close on June 3, 2005. Calpine has scheduled the deposition of one of UA Local 342's experts, Dr. William Ibbs, for June 3, 2005. Calpine commenced the deposition of UA Local 342's other expert, Henry Koffman, on April 14, 2005. However, on the morning of his deposition, Mr. Koffman informed Calpine that he had been called to testify at trial in another matter, and thus only 2.5 hours of the deposition was taken. The parties plan to conclude Mr. Koffman's deposition, if necessary, following the deposition of Dr. Ibbs, and request that the expert discovery deadline be extended until June 20, 2005, to accommodate that scheduling.

**4. A brief description of the relief sought, including the method by which damages are computed:**

As detailed above, Calpine's position is that UA Local 342 has never sufficiently identified its damages nor sufficiently disclosed how those damages are calculated. UA Local 342 position is that it seeks compensatory damages for breach of contract, which includes the hours of work lost on account of the breach times the hourly wage and fringe package outlined in the contract now in dispute.

**5. ADR efforts to date and a specific ADR plan for the case, whether the parties have complied with Civil L.R.16-8(b) regarding ADR certification, and the prospects for settlement, including whether either party wishes to have a settlement conference with another judge or magistrate:**

The parties have completed Early Neutral Evaluation and attended a Settlement Conference in front of Magistrate Judge James.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**6. Proposed deadlines and court dates, including a discovery cut-off, hearing dispositive motions, pretrial conference and trial date, the anticipated length of trial, the approximate number of witnesses, experts and exhibits, whether the case will be tried by jury or to the Court, whether it is feasible to bifurcate the issues for trial or reduce the length of the trial by stipulation, use of summaries or statements, or other expedited means of presenting evidence:**

| **Events** | **Plaintiff and Defendant Propose** |
|---|---|
| Non-Expert discovery cut-off | September 3, 2004 (Completed) |
| Last day to file dispositive motions | October 1, 2004 (Completed) |
| Last day to serve expert witness disclosures | September 3, 2004 (Completed) |
| Last day to serve rebuttal expert witness disclosures | October 8, 2004 (Completed) |
| Settlement conference | October 19, 2004 (Completed) |
| Expert discovery cut-off | June 20, 2005 (presently June 3, 2005) |
| Pre-trial conference | Fall 2005, according to the Court's availability |
| Trial date | Fall 2005, according to the Court's availability |
| Length of trial | 7 - 10 days |
| No. of witnesses | **Plaintiff:** Approximately 5<br>**Defendant:** At least 10 |
| Experts | **Plaintiff:** 2<br>**Defendant:** 0 |
| Exhibits | **Plaintiff:** 15 – 20<br>**Defendant:** At least 20 |
| Trial | By court |

It is unknown at this time, whether or not it is feasible to bifurcate the issues for trial or reduce the length of the trial by stipulation, use of summaries or statements, or other expedited means of presenting evidence.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**7. A current service list for all counsel, including telephone and facsimile numbers is as follows:**

| **COUNSEL FOR PLAINTIFF UA LOCAL 342** | **COUNSEL FOR DEFENDANT CALPINE CORPORATION** |
|---|---|
| NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL<br>John L. Anderson (SBN: 47393)<br>Scott M. DeNardo (SBN: 216749)<br>44 Montgomery Street, Suite 2080<br>San Francisco, CA 94104<br>Telephone: (415) 677-9440<br>Facsimile: (415) 677-9445 | WINSTON & STRAWN LLP<br>Charles S. Birenbaum (SBN: 107894)<br>Jeffrey S. Bosley (SBN: 167629)<br>Charles J. Wichmann III (SBN: 206598)<br>101 California Street<br>San Francisco, CA 94111-5894<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400 |

Dated:________________

NEYHART, ANDERSON, FREITAS, FLYNN & ROSBOLL

By:________________________
Scott M. DeNardo
Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

Dated: 4/29/05

WINSTON & STRAWN LLP

By: Charles J Wichmann III
Charles J. Wichmann III
Attorneys for Defendant
CALPINE CORPORATION

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

AGE 7/8 * RCVD AT 4/29/2005 4:52:31 PM [Pacific Daylight Time] * SVR:WSSFRF01/3 * DNIS:3 * CSID:4156779445 * DURATION (mm-ss):02-46

7. **A current service list for all counsel, including telephone and facsimile numbers is as follows:**

| | |
|---|---|
| **COUNSEL FOR PLAINTIFF**<br>**UA LOCAL 342**<br>NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL<br>John L. Anderson (SBN: 47393)<br>Scott M. DeNardo (SBN: 216749)<br>44 Montgomery Street, Suite 2080<br>San Francisco, CA 94104<br>Telephone: (415) 677-9440<br>Facsimile: (415) 677-9445 | **COUNSEL FOR DEFENDANT**<br>**CALPINE CORPORATION**<br>WINSTON & STRAWN LLP<br>Charles S. Birenbaum (SBN: 107894)<br>Jeffrey S. Bosley (SBN: 167629)<br>Charles J. Wichmann III (SBN: 206598)<br>101 California Street<br>San Francisco, CA 94111-5894<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400 |

Dated: 4/29/05

NEYHART, ANDERSON, FREITAS, FLYNN & ROSBOLL

By: ______________________
Scott M. DeNardo
Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

Dated: ______________________

WINSTON & STRAWN LLP

By: ______________________
Charles J. Wichmann III
Attorneys for Defendant
CALPINE CORPORATION

101 California Street
San Francisco, CA 94111-5894

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. Where the parties have set forth competing proposals, the Court has made clear the proposal that it is adopting by this Order.

Date: ___________________

___________________________________________
UNITED STATES DISTRICT COURT JUDGE

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894