PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
ERIN A. CORNELL (SBN 227135)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CREMIN,<br><br>Plaintiff,<br><br>v.<br><br>McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendants. | CASE NO. C 04-04394<br><br>**DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S NOTICE OF LODGING OF TWO DVDS IN SUPPORT OF ITS CROSS MOTION AND OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: STANDARD OF REVIEW**<br><br>Date: May 27, 2005<br>Time: 10:00 a.m.<br>Judge: Hon. Claudia Wilkin |

TO PLAINTIFF MICHAEL CREMIN AND HIS ATTORNEY OF RECORD AND THE COURT:

PLEASE TAKE NOTICE that defendant Liberty Life Assurance Company of Boston has lodged with the clerk of the above-captioned Court two DVDs referenced as Exhibits "D" and "E" to the Declaration of Paula McGee in Support of Liberty Life Assurance Company of Boston's Cross Motion and Opposition to Plaintiff's Motion for Partial Summary Judgment Re: Standard of Review.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Apple Inc. v. Psystar Corporation
Doc. 2936



Dockets.Justia.com

Dated: April 29, 2005

ROPERS, MAJESKI, KOHN & BENTLEY

By: ____________________

PAMELA E. COGAN
KATHRYN C. CURRY
ERIN A. CORNELL
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City