Apple Inc. v. Psystar Corporation Doc. 2938

FRANKLIN BROCKWAY GOWDY, State Bar No. 47918
THOMAS D. KOHLER, State Bar No. 207917
STEVEN R. DANIELS, State Bar No. 235398
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

MICHAEL J. LYONS, State Bar No. 202284
KIRK A. GOTTLIEB, State Bar No. 191032
STACEY E. STILLMAN, State Bar No. 197459
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com

Attorneys for Plaintiff
FUNAI ELECTRIC COMPANY, LTD.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Funai Electric Company, Ltd.,

Plaintiff,

vs.

Daewoo Electronics Corporation, Daewoo Electronics Company, Ltd., Daewoo Electronics America, Inc., Daewoo Electronics Corporation of America, Inc., Daewoo International Corporation, Daewoo International (America) Corp. and Daewoo Electric Motor Industries Ltd.,

Defendants.

Case No. C 04-1830 CRB (JL)

**DECLARATION OF STACEY E. STILLMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DAEWOO ELECTRONICS COMPANY, LTD. AND DAEWOO ELECTRONICS CORPORATION OF AMERICA, INC.**



Dockets.Justia.com

I, Stacey E. Stillman, declare as follows:

1. I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306, and a member in good standing of the Bar of the State of California. I am admitted to practice in the United States District Court for the Northern District of California. Morgan, Lewis & Bockius LLP has been retained as trial counsel for Plaintiff, Funai Electric Company, Ltd. ("Funai"), in the present action. I submit this declaration in support of Plaintiff's Motion For Default Judgment Against Defendants Daewoo Electronics Company, Ltd. And Daewoo Electronics Corporation Of America, Inc.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a transcript of the proceedings before Hon. Charles R. Breyer in this matter on Friday, April 15, 2005.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a Pacer printout of the docket for *Geron v. Daewoo Electronics Corporation of America*, Adversary Proceeding #04-03587-reg (Bankr. S.D.N.Y.), filed July 22, 2004.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a Pacer printout of the docket for *Inventures, L.L.C. v. Daewoo Electronics Company, Ltd., et al.*, Civil Action No. 02-74668-GER-WC (E.D. Mich.), filed November 22, 2002 (the "*Inventures* Action").

5. Attached hereto as **Exhibit 4** is a true and correct copy of a Pacer printout of an Entry of Appearance of Daniel M. Press on behalf of Daewoo Electronics Company, Ltd., filed on October 7, 2004 in the *Inventures* Action.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a Pacer printout of Defendants' Responses And Objections To Plaintiff's Third Set Of Discovery Requests dated February 22, 2005, signed by Daniel M. Press, which was filed on March 31, 2005 as Exhibit C to Plaintiff's Motion To Compel Discovery in the *Inventures* Action.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a Pacer printout of the docket for *Travelers Lloyds Texas Insurance Company v. Daewoo Electronics Corporation of America*, Civil Action No. 05-01052 (S.D. Tex.), removed on March 28, 2005.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a Pacer printout of the

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

docket for *Kmart Corp. v. Daewoo Electronics Corp. of America*, Miscellaneous Proceeding # 04-00502 (D. Conn.), filed November 1, 2004.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a Pacer printout of the docket for *Billings, et al. v. Daewoo Electronics Corp. of America, et al.*, Civil Action No. 03-01091 (N.D. Tex.), filed May 20, 2003.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a Pacer printout of the docket for *Moore, et al. v. Magic Chef Company, et al.*, Civil Action No. 04-02794 (E.D.Pa.), filed June 24, 2004.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of April, 2005 in Palo Alto, California.

/s/ Stacey E. Stillman
Stacey E. Stillman