Apple Inc. v. Psystar Corporation Doc. 2939

JAMES M. HANAVAN (State Bar # 66097)
CRAIGIE, MCCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Defendant
VARSHA I. PATEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

ORGANIZATION FOR THE OADVANCEMENT OF MINORITIES WITH DISABILITIES SUING ON BEHALF DAVID SINGLETARY AND ITS MEMBERS; and DAVID SINGLETARY, An Individual

Plaintiffs,

vs.

RAMADA LIMITED –DOWNTOWN; RAMADA FRANCHISE SYSTEMS, INC.; SUMATI I PATEL-PAREEK; VARSHA I PATEL; PATEL, DAHYABHAI R (TRUSTEE/CONSERVATOR); PATEL, SHANTABEN D (TRSUTEE/SONSERVATOR/, LIVING TRUST; And DOES 1 THROUGH 10, Inclusive

Defendants.

Case No. C 04 3388 PJH

**DECLARATION OF JAMES M. HANAVAN IN SUPPORT OF MOTION FOR RELIEF FROM DEFAULT (FRCP 55(C))**

Date: June 15, 2005
Time: 9:00 a.m.
Courtroom: 3
Judge: Hon. Phyllis J. Hamilton

Action Filed: August 18, 2004
Trial Date: Not Set

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788· Facsimile: 415/732-7783



Dockets.Justia.com

I, James M. Hanavan, declare:

1. I am an attorney at law duly admitted to practice before all the courts of the State of California, and before the Northern District of California. I am affiliated with the law firm of Craigie, McCarthy & Clow, attorneys of record for defendant Varsha Patel.

2. Attached hereto as Exhibit "A" is a true and correct copy of a letter I sent to plaintiff's attorney in this action.

3. I am over eighteen years of age and have the capacity to perceive and recollect. If called upon to testify, I am competent to testify to the foregoing matters, which are within my personal knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April ____, 2005.

_______________________________
James M. Hanavan

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788· Facsimile: 415/732-7783