Apple Inc. v. Psystar Corporation

Doc. 2939 Att. 1

JAMES M. HANAVAN (State Bar # 66097)
CRAIGIE, MCCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Defendant
VARSHA I. PATEL



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORGANIZATION FOR THE OADVANCEMENT OF MINORITIES WITH DISABILITIES SUING ON BEHALF DAVID SINGLETARY AND ITS MEMBERS; and DAVID SINGLETARY, An Individual<br><br>Plaintiffs,<br><br>vs.<br><br>RAMADA LIMITED –DOWNTOWN; RAMADA FRANCHISE SYSTEMS, INC.; SUMATI I PATEL-PAREEK; VARSHA I PATEL; PATEL, DAHYABHAI R (TRUSTEE/CONSERVATOR); PATEL, SHANTABEN D (TRSUTEE/SONSERVATOR/, LIVING TRUST; And DOES 1 THROUGH 10, Inclusive<br><br>Defendants. | Case No. C 04 3388 PJH<br><br>**EXHIBIT "A" TO THE DECLARATION OF JAMES M. HANAVAN IN SUPPORT OF MOTION FOR RELIEF FROM DEFAULT**<br><br>Date: June 15, 2005<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Phyllis J. Hamilton<br><br>Action Filed: August 18, 2004<br>Trial Date: Not Set |

///

///

///

///

///



Dockets.Justia.com

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788· Facsimile: 415/732-7783

# MANUAL FILING NOTIFICATION

Regarding: EXHIBIT "A" TO THE DECLARATION OF JAMES M. HANAVAN IN SUPPORT OF MOTION FOR RELIEF FROM DEFAULT

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court' s main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)
[X] Unable to Scan Documents
[_] Physical Object (description): ______________________________________
[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
[_] Item Under Seal
[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
[_] Other (description): ______________________________________________

Dated: April ____, 2005 CRAIGIE, MCCARTHY & CLOW

By: ________________________________________
James M. Hanavan
Attorneys for Defendant VARSHA I. PATEL