LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
REED R. KATHREIN (139304)
JOHN K. GRANT (169813)
EX KANO S. SAMS II (192936)
CONNIE M. CHEUNG (215381)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
– and –
WILLIAM S. LERACH (68581)
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

WEISS & LURIE
JOSEPH H. WEISS
551 Fifth Avenue, Suite 1600
New York, NY 10176
Telephone: 212/682-3025
212/682-3010 (fax)
– and –
JORDAN L. LURIE (130013)
LEIGH A. PARKER (170565)
10940 Wilshire Blvd., 24th Floor
Los Angeles, CA 90024
Telephone: 310/208-2800
310/209-2348 (fax)

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION | Master File No. C-01-2661-MMC |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | AMENDED DECLARATION OF SERVICE OF CORRECTED THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAW |

Dockets.Justia.com

DECLARATION OF SERVICE BY FEDERAL EXPRESS
PURSUANT TO NORTHERN DISTRICT LOCAL RULE 23-2(c)(2)

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on April 29, 2005, declarant served by FedEx, Next Day Delivery, the **CORRECTED THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** to the parties listed on the attached Service List and this document was forwarded to the following designated Internet site at:

http://securities.lerachlaw.com/

3. That there is a regular communication by mail between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of April, 2005, at San Francisco, California.

/s/
JERRY COHEN

T:\CasesSF\Exodus\DEC00020680.doc

**Counsel For Defendant(s)**

*Jonathan C. Dickey
Paul J. Collins
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
650/849-5300
650/849-5333 (Fax)

* David M. Furbush
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025
650/473-2600
650/473-2601 (Fax)

*Benjamin Rozwood
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA 90071-2899
213/430-6000
213/430-6407 (Fax)

**Counsel For Plaintiff(s)**

William S. Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101-4297
619/231-1058
619/231-7423 (Fax)

Reed R. Kathrein
John K. Grant
Ex Kano S. Sams II
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
415/288-4545
415/288-4534 (Fax)

**Jordan L. Lurie
Leigh A. Parker
Weiss & Lurie
10940 Wilshire Blvd., 24th Floor
Los Angeles, CA 90024
310/208-2800
310/209-2348 (Fax)

**Joseph H. Weiss
Weiss & Lurie
551 Fifth Avenue, Suite 1600
New York, NY 10176
212/682-3025
212/682-3010 (Fax)

* Denotes service via Federal Express on 4/29/05.
**Denotes service via U.S. Mail on 4/29/05.