CREECH, LIEBOW AND KRAUS
Randall C. Creech, Cal. Bar # 65542
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone :408-993-9911
Facsimile: 408-993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
MARK G. ARNOLD, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
ADAM E. MILLER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

Attorneys for Defendant Olin Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JAYNE PALMISANO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01607 RMW<br><br>**DECLARATION OF ADAM E. MILLER IN SUPPORT OF OLIN CORPORATION'S REPLY MEMORANDUM IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF STEVEN L. LANE**<br><br>Hearing Date: May 13, 2005<br>Time: 9:00 a.m.<br><br>Judge: Hon. Ronald M. Whyte |
| THIS CASE RELATES TO:<br><br>See Appendix A Attached. | |



Dockets.Justia.com

**DECLARATION OF ADAM E. MILLER IN SUPPORT OF OLIN CORPORATION'S REPLY MEMORANDUM IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF STEVEN L. LANE**

I, ADAM E. MILLER, declare:

I am an attorney at law in practice with the firm of Husch & Eppenberger and have been admitted pro hac vice in connection with this matter as counsel of record for Defendant Olin Corporation. If called to testify concerning the following matters, I could and would competently do so.

1. Attached as Exhibit A are true and correct copies of pages 18 and 19 of the deposition of R. Thomas Zoeller, taken on March 11, 2005.

2. Attached as Exhibit B is a true correct copy of page 66 of the deposition of David L. Bauer, taken on March 4, 2005.

3. Attached as Exhibit C are true and correct copies of pages 16, 17, 48 and 49 of the deposition of Robert D. Morrison, Ph.D., taken on March 3, 2005.

4. Attached as Exhibit D are true and correct copies of pages 22-23, 34, 85-89, 96, 120-121, 151, 166, 169-170 of the deposition of Eric M. Nichols, taken March 2, 2005.

5. Attached as Exhibit E is a true and correct copy of Rickman, James E., Los Alamos Notional Laboratory, "*Low-level Perchlorate Detection Method Shows Promise,*" July 17, 2003.

6. Attached as Exhibit F is a true and correct copy of page 93 and 94 of the deposition transcript of Donald Smallbeck, taken on March 15, 2005.

7. Attached as Exhibit G is a true and correct copy of Herzog, Edward, Navy Laboratory Quality & Accreditations Office, "*DOD Handbook for Perchlorate Sampling and Testing,*" EPA Region 6, October 2004, at 4.

8. Attached as Exhibit H is a true and correct copy of DoD Environmental Data Quality Workgroup, "*Sampling and Testing Perchlorate at DOD Installations, Interim Guidance,*" January 21, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 29, 2005 Respectfully submitted:

HUSCH & EPPENBERGER, LLC

By: */s/ Adam E. Miller*

Thomas M. Carney, admitted *pro hac vice*
Carol A. Rutter, admitted pro hac vice
Mark G. Arnold, admitted *pro hac vice*
Adam E. Miller, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

and

CREECH, LIEBOW AND KRAUS
Randall C. Creech, Cal. Bar # 65542
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone :408-993-9911
Facsimile: 408-993-1335

**Attorneys for Defendant Olin Corporation**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was electronically filed with the Clerk of the Court on this 29th day of April, 2005, to be served by operation of the Court's electronic filing system upon the following:

Mark P. Rapazzini, Esq.
M. Elizabeth Graham, Esq.
RAPAZZINI & GRAHAM LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
mpr@rapazzinigraham.com

Richard M. Franco, Esq.
Colin L. Pearce, Esq.
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
rmfranco@duanemorris.com

**Attorneys for Plaintiffs**

Keith M. Casto, Esq.
Earl L. Hagström, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
1 Embarcadero Center 18th Floor
San Francisco, CA 94111-3628
keith.casto@sdma.com

**Attorneys for Defendant**
**Standard Fusee Corporation d/b/a Orion Safety Products**

*/s/ Adam E. Miller*