Apple Inc. v. Psystar Corporation

Doc. 2941 Att.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

COPY

No. C 03-01607 RMW

JAYNE PALMISANO, et al,

vs.

OLIN CORPORATION, et al.

Videotape Deposition of: R. THOMAS ZOELLER, taken pursuant to subpoena and the Federal Rules of Civil Procedure before Shirley A. Riga, Registered Professional Reporter, Licensed Shorthand Reporter and Notary Public within and for the State of Connecticut, at The Lord Jeffrey Inn, Amherst Conference Room, 30 Boltwood Avenue, Amherst, Massachusetts, on March 11, 2005, commencing at 9:15 a.m.

Shirley A. Riga, License No. 447
DEL VECCHIO REPORTING SERVICES
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE, MADISON, CT 06443
203 245-9583 800 839-6867
FAX 203 245-2760

HARTFORD NEW HAVEN STAMFORD



EXHIBIT
tabbies
A

Dockets.Justia.com

MS. GRAHAM: Mr. Miller didn't tell you this, but I don't want you to guess. They are entitled to your recollection, but it's not a memory test. If you don't remember, just tell them you don't remember the study.

THE WITNESS: Okay.

BY MR. MILLER:

Q. Was there any effort, Dr. Zoeller, in that Kirk and DasGupta paper to locate volunteers in the vicinity of areas in which perchlorate in ground water had been identified?

A. As I read their method for identifying, I mean as I remember, they weren't trying to test that kind of hypothesis, so there was kind of a survey.

Q. Would you characterize this paper as a hypothesis-generating study?

A. Well yeah, I mean the hypothesis was is there perchlorate in breast milk.

Q. Do you have an understanding, Dr. Zoeller, that perchlorate has been identified in ground water in the vicinity of locations in which industrial uses of perchlorate has not been identified?

A. Yes.

Q. Okay. West Texas is an example of a location in the country in which perchlorate has been

identified in ground water in the absence of any known industrial use of perchlorate in its vicinity; is that correct?

A. I don't know that data that well.

Q. Okay. Are you aware, Dr. Zoeller, that perchlorate can be naturally formed in the environment?

A. Yes.

Q. And I take it you're aware that perchlorate has been identified as a constituent of certain fertilizers imported from Chile, for example?

A. Yes.

Q. Do you know the levels of perchlorate found in Chilean fertilizers?

A. No.

MS. GRAHAM: Objection.

BY MR. MILLER:

Q. Do you have an opinion, Dr. Zoeller, on the source of the perchlorate identified or quantified in the breast milk of the volunteers in the Kirk and DasGupta paper?

A. Really the sense that I get that it's from food as well as water is probably -- it's not very well documented. I don't have a lot of confidence in that opinion, but that would be, that would be kind of

CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appeared in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 15th day of March, 2005.

Shirley A. Riga

Shirley A. Riga, RPR LSR
Notary Public

My Commission Expires:
November 30, 2009