Apple Inc. v. Psystar Corporation
Doc. 2941 Att.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CERTIFIED COPY

| | | |
|---|---|---|
| JAYNE PALMISANO, et al., | ) | |
| Plaintiffs, | ) | |
| -vs- | ) | CASE NO. C 03-01607 RMW |
| OLIN CORPORATION, et al., | ) | |
| Defendants. | ) | |
| AND RELATED CASES. | ) | |

VIDEOTAPED DEPOSITION OF DAVID L. BAUER

DATE: March 4, 2005

TIME: 9:11 a.m.

LOCATION: DUANE MORRIS, LLP
One Market, Spear Tower
Suite 2000
San Francisco, California

DISK ENCLOSED

REPORTED BY: Joanmarie Torreano, CSR, CRR, CRP
Certified Shorthand Reporter
License Number C-6504

EXHIBIT B

PULONE & STROMBERG, INC.
CERTIFIED SHORTHAND REPORTING
AND VIDEOCONFERENCING SERVICES

Offices located in:
San Jose, California
(408) 280-1252
Santa Cruz, California
(831) 459-6668

Dockets.Justia.com

Q. You're not an expert in agricultural production I take it? 10:51:00a 10:51:05a

A. Actually, I know a great deal about agricultural production, but from 20,000 feet it's hard to tell. 10:51:06a 10:51:09a 10:51:13a

Q. Do you have an understanding that the agricultural practices in San Martin and Morgan Hill included the application of fertilizers to its row crops and orchards? 10:51:14a 10:51:15a 10:51:18a 10:51:24a

A. Well, I'm certain it did. 10:51:25a

Q. Okay. Are you familiar with Chiléan fertilizer? 10:51:27a 10:51:30a

A. Yes. 10:51:31a

Q. You have an understanding that Chiléan fertilizer contains perchlorate? 10:51:31a 10:51:34a

A. Some fraction, yes. 10:51:35a

Q. Do you know what the fraction is? 10:51:37a

A. It varies tremendously. 10:51:38a

Q. Okay. Have you seen data suggesting that for every 1,000 pounds of Chiléan fertilizer there is two pounds of perchlorate? 10:51:40a 10:51:43a 10:51:47a

A. I haven't seen that number. I've seen ranges. 10:51:48a

Q. Okay. What are the ranges that you've seen? 10:51:52a

A. From almost nothing to a few pounds. 10:51:55a

Q. Per thousand pounds of fertilizer? 10:51:58a

STATE OF CALIFORNIA )
) ss.
COUNTY OF SANTA CLARA )

I, JOANMARIE TORREANO, a Certified Shorthand Reporter in and for the State of California, certify that the witness in the foregoing deposition,

DAVID L. BAUER,

was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause, and that the foregoing is a full, true and correct transcript of the proceedings had at the taking of said deposition, reported to the best of my ability and transcribed under my direction.

Mar 9 ?, 2005 — Date

[signature] CSR Number C-6504