Apple Inc. v. Psystar Corporation
Doc. 2941 Att.



# *DoD Handbook for Perchlorate Sampling and Testing*

EPA Region 6

14th Annual Quality Assurance Conference

October 2004

Edward Hartzog
DoD Environmental Data Quality Workgroup
Navy Laboratory Quality & Accreditation Office

EXHIBIT G

tabbies
Dockets.Justia.com



# DoD Policy

## *Interim Guidance on Sampling and Testing for Perchlorate (Feb 2004)*

- Laboratories shall comply with the DoD QSM
- Results above the regulatory limit must be verified using definitive technology
- Methods other than 314.0 must be used if target MRL <4ppb
- Ability to achieve MRL must be demonstrated in matrix of concern
- QA/QC for alternative methods must be equivalent to or more stringent than those of Method 314.0