LATHAM & WATKINS LLP
Peter K. Rosen (Bar. No. 82725)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
Darius Ogloza (Bar No. 176983)
Erica L. Galos (Bar No. 218052)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Plaintiff
RADIAN INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RADIAN INTERNATIONAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALPINA INSURANCE COMPANY, a Swiss corporation and wholly owned subsidiary of Zurich Financial Services, a Swiss corporation,<br><br>Defendant. | CASE NO. C 04-4537 SC<br><br>DECLARATION OF SALLY RYAN IN SUPPORT OF PLAINTIFF RADIAN'S OPPOSITION TO ZURICH INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, AND FORUM NON CONVENIENS<br><br>Date: May 20, 2005<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>The Honorable Samuel Conti |

1. I, Sally Ryan, declare that the following is true and correct:

2. I have sufficient knowledge of the facts stated herein to make this declaration. If asked to testify as a witness in connection with this matter, I would testify consistently herewith.

3. I am employed by Willis of Wisconsin, Inc. ("Willis") as the Manager of Client Services. I have been employed by Willis since February 23, 1987. In the period of 1998-1999, I was an Account Executive assisting my colleague, James Lane, in the placement and servicing of environmental construction business.

4. Willis acted as the insurance broker in connection with the placement of Alpina Insurance Company ("Alpina") Policy No. LV00305 (the "Policy"). Beginning in the summer of 1998, James Lane and I began initial negotiations for a professional liability policy with Zurich Insurance Group to insure Radian International, LLC's ("Radian") remediation work at the Normandy Landfill Site in Beirut, Lebanon, pursuant to Radian's contract with Solidere. The documents that are attached hereto embody communications that were made and/or received by Willis employees who provided insurance brokerage services to Radian and Dames & Moore Group in connection with Policy No. LV00305. The attached documents were maintained by Willis in the regular course of its business in a file relating to Policy No. LV00305.

5. Attached hereto as Exhibit 1 is a true and correct copy of an email from James Lane of Willis to JB Holeman of Radian, copying me, dated November 3, 1999.

6. Throughout the remainder of 1998, and in the early months of 1999, Mr. Lane and I negotiated the Policy with Kathleen Dwyer, an underwriter for Zurich-New York. Attached hereto as Exhibit 2 is a true and correct copy of an email from me to Kathleen Dwyer dated August 17, 1999, which is an example of such negotiations.

7. Attached hereto as Exhibit 3 is a true and correct copy of a November 3, 1999 email from Kathleen Dwyer of Zurich-NY to James Lane of Willis, explaining that Alpina Switzerland is the licensed Zurich company for Lebanon. James Lane later forwarded this email to me.

8. Attached hereto as Exhibit 4 is a true and correct copy of an email sent to

me by RL Trailor of Dames & Moore Group, dated May 17, 1999, acknowledging his receipt of the insurance premium invoice for the Normandy Landfill Project.

9. Attached hereto as Exhibit 5 is a true and correct copy of a May 13, 1999 letter I sent to RL Trailor of Dames & Moore Group, directing Mr. Trailor as to where the premium payment on the policy should be sent.

10. Attached hereto as Exhibit 6 is a true and correct copy of Invoice No. 9904LEBRAD, confirming that the premium payment was wired to "ZAS/NY."

11. Attached hereto as Exhibit 7 is a true and correct copy of an invoice, dated May 7, 1999, which Mr. Lane and I received from Zurich Financial Services Group, on behalf of Alpina.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed in Milwaukee, Wisconsin on the 28 day of April, 2005.

Sally Ryan