Apple Inc. v. Psystar Corporation
Doc. 2944



LATHAM & WATKINS LLP
Peter K. Rosen (Bar. No. 82725)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
Darius Ogloza (Bar No. 176983)
Erica L. Galos (Bar No. 218052)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Plaintiff
RADIAN INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RADIAN INTERNATIONAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALPINA INSURANCE COMPANY, a Swiss corporation and wholly owned subsidiary of Zurich Financial Services, a Swiss corporation,<br><br>Defendant. | CASE NO. C 04-4537 SC<br><br>DECLARATION OF AMINE BOU ONK IN SUPPORT OF PLAINTIFF RADIAN'S OPPOSITION TO ZURICH INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, AND *FORUM NON CONVENIENS*<br><br>Date: May 20, 2005<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>The Honorable Samuel Conti |



Dockets.Justia.com

1. I, Amine Bou Onk, declare that the following is true and correct:

2. I have sufficient knowledge of the facts stated herein to make this declaration. If asked to testify as a witness in connection with this matter, I would testify consistently herewith.

3. I am employed by Radian International, LLC ("Radian") as the Contractor Representative and Project Manager for the remediation work Radian contracted with Solidere to perform at the Normandy Landfill Site in Beirut, Lebanon ("project site"). I have resided in Beirut, Lebanon for the duration of the remediation work performed in accordance with the Solidere contract.

4. The February 14, 2005 bomb which killed former Prime Minister Hariri, occurred in the central business district of Beirut, Lebanon. The business district is widely known to be the primary area where foreign business travelers stay while in Beirut, and is within close proximity to the project site.

5. I understand that at the time of his death, former Prime Minister Hariri was the largest shareholder of Solidere, and regarded as the driving force behind the company's inception.

6. Following the February 14, 2005 bombing and resulting death of Prime Minister Hariri, Radian ceased all operations at the project site due to safety concerns for its employees working in the area. On February 18, 2005, I sent a letter to Solidere, which notified them that an event of *Force Majeure,* as defined in Radian and Solidere's contract, had occurred. The documents that are attached hereto embody communications that I transmitted via facsimile in connection with my duties as the representative and project manager for Radian, and have been maintained by Radian in the regular course of its business in a file relating to the Solidere contract.

7. Attached hereto as Exhibit 1 is a true and correct copy of a facsimile transmission from me to Hisham Karameh, the representative for Solidere, dated February 18, 2005, regarding the Notification of *Force Majeure*.

8. Attached hereto as Exhibit 2 is a true and correct copy of a facsimile

transmission sent from me to Neville Judd of WA Fairhurst International Partnership, the construction manager for Solidere, dated March 24, 2005, regarding the *Force Majeure* situation.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed in Beirut, Lebanon on the 29th day of April, 2005.

Amine Bou Onk