Apple Inc. v. Psystar Corporation Doc. 2964

JAMES J. BROSNAHAN (CA SBN 001193)
ANGELA L. PADILLA (CA SBN 154863)
WILL B. FITTON (CA SBN 182818)
DAVID E. MELAUGH (CA SBN 219477)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: APadilla@mofo.com

Attorneys for Plaintiff and Counterdefendant
DANIEL PRENDERGAST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PRENDERGAST,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC PACIFIC CAPITAL CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. C-04-2770 MEJ<br><br>**AMENDED STIPULATION AND ~~PROPOSED~~ ORDER** |
| ATLANTIC-PACIFIC CAPITAL INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>DANIEL PRENDERGAST,<br><br>Counterdefendant. | |



Dockets.Justia.com

The parties hereby stipulate as follows:

(i) the parties agree to submit their three joint letters to the Court regarding disputes with respect to updating document production, Mr. Manley's email production and interrogatory response supplementation no later than May 3, 2005;

(ii) APC's reply in support of its Motion for Sanctions, if any, shall be due May 12, 2005;

(iii) the parties request a hearing on the Motion for Sanctions at 10:00 a.m. on May 26, 2005, or as soon thereafter as is convenient to the Court.

Dated: April 29, 2005

JAMES J. BROSNAHAN
ANGELA L. PADILLA
WILL B. FITTON
DAVID E. MELAUGH
MORRISON & FOERSTER LLP

By: s/ Angela L. Padilla
Angela L. Padilla

Attorneys for Plaintiff and Counterdefendant
DANIEL PRENDERGAST

Dated: April 29, 2005

STEVEN M. KAYMAN
KEVIN J. PERRA
ROBERT H. HORN
JESSICA MASTROGIOVANNI
PROSKAUER ROSE LLP

By: (scanned signature attached)
Robert H. Horn

Attorneys for Defendant and Counterclaimant
ATLANTIC-PACIFIC CAPITAL, INC

The parties hereby stipulate as follows:

(i) the parties agree to submit their three joint letters to the Court regarding disputes with respect to updating document production, Mr. Manley's email production and interrogatory response supplementation no later than May 3, 2005;

(ii) APC's reply in support of its Motion for Sanctions, if any, shall be due May 12, 2005;

(iii) the parties request a hearing on the Motion for Sanctions at 10:00 a.m. on May 26, 2005, or as soon thereafter as is convenient to the Court.

Dated: April 29, 2005

JAMES J. BROSNAHAN
ANGELA L. PADILLA
WILL B. FITTON
DAVID E. MELAUGH
MORRISON & FOERSTER LLP

By: s/ Angela L. Padilla
Angela L. Padilla

Attorneys for Plaintiff and Counterdefendant
DANIEL PRENDERGAST

Dated: April 29, 2005

STEVEN M. KAYMAN
KEVIN J. PERRA
ROBERT H. HORN
JESSICA MASTROGIOVANNI
PROSKAUER ROSE LLP

By: [signature]
Robert H. Horn

Attorneys for Defendant and Counterclaimant
ATLANTIC-PACIFIC CAPITAL, INC

**ORDER**

IT IS SO ORDERED:

Dated: Mav 3, 2005

/s/ Maria-Elena James

The Honorable Maria Elena James
United States Magistrate Judge