BURTON F. BOLTUCH (SBN 070211)
LAW OFFICES OF BURTON F. BOLTUCH
555 12th Street, Suite 1440
Oakland, CA 94607-4046
Telephone: (510) 844-3415
Facsimile: (510) 444-3401
E-Mail: bboltuch@workplacelaw.biz

Attorneys for Defendants APPLIED FUSION, INC.; JEFF MUSGROVE; MOHAMMED ANSARI and GEORGE SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Apple Inc. v. Psystar Corporation

Doc. 2974

| | |
|---|---|
| GUANG-KUI DONG,<br>Plaintiff,<br>vs.<br>APPLIED FUSION, INC., JEFF MUSGROVE, PATRICK DAVIS, MOHAMMED ANSARI, GEORGE SILVA, GREGORY GEDDIS, CITY OF SAN LEANDRO, OFFICER R LOPEZ and DOES 1 through 5, inclusive,<br>Defendants. | Case No.: C-03-3698 SI<br><br>NOTICE OF MOTION AND MOTION OF DEFENDANTS APPLIED FUSION, INC.; JEFF MUSGROVE; MOHAMMED ANSARI AND GREG GEDDIS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF THE ISSUES<br><br>Hearing Date: June 10, 2005<br>Hearing Time: 9:00 a.m.<br>Courtroom: 10 (19th Floor)<br>Trial Date: August 8, 2005 |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on June 10, 2005, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 10, Nineteenth Floor, of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Defendants Applied Fusion, Inc. ("AFI"); Jeff Musgrove ("Musgrove"); Mohammed Ansari ("Ansari") and Greg Geddis ("Geddis") will and hereby do move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and

the applicable Civil Local Rules, for summary judgment or, in the alternative, for summary adjudication of the issues, in their favor against Plaintiff Guang-Kui Dong.

This motion will be based on this Notice of Motion and Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of the Issues; the Memorandum in Support of the Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of the Issues; the Declaration of Burton F. Boltuch In Support of the Motion; the Declaration of Ron Musgrove In Support of the Motion; the Declaration of Jeff Musgrove in Support of the Motion; the Declaration of Mohammed Ansari in Support of the Motion; the Declaration of Gregory Geddis in Support of the Motion; the Declaration of George Silva in Support of the Motion; the complete files and records in this case; and upon such further oral argument and evidence as counsel may present.

As set forth in the accompanying pleadings, specifically the Memorandum In Support, and based on the undisputed relevant facts of this case, as a matter of law, the above-named Defendants are entitled to summary judgment or, in the alternative, summary adjudication of the issues, in their favor.

Respectfully submitted,

LAW OFFICE OF BURTON F. BOLTUCH

DATED: May 5, 2005

By ______________________
Burton F. Boltuch
Attorneys for Defendants APPLIED FUSION, INC., JEFF MUSGROVE, MOHAMMED ANSARI and GREGORY GEDDIS