Apple Inc. v. Psystar Corporation Doc. 2985

KYMBERLY E. SPEER (State Bar No. 121703)
LIVINGSTON LAW FIRM
1600 South Main Street, Suite 380
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881

Attorneys for Plaintiff
CCS Composites, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CCS COMPOSITES, LLC,<br>Plaintiff,<br>vs.<br>G.I. TRUCKING COMPANY,<br>Defendants. | Case No. C05-00308 MMC<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties have reached a settlement of this case and are in the process of completing the settlement documentation and closing the settlement.

Dated: May 9, 2005

LIVINGSTON LAW FIRM

By ____________________
KYMBERLY E. SPEER
Attorneys for Plaintiff CCS Composites, LLC



Dockets.Justia.com