Apple Inc. v. Psystar Corporation Doc. 2990

OTTO O. LEE (CA Bar No. 173987)
MARIE GRACE CAPUYAN (CA Bar No.226862)
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 286-8933
Fax: (408) 286-8932
Email: tm_docket@iplg.com

Attorneys for Defendants,
Randi Apodaca, Anita Spol, and VHM Sports, Inc.



**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**COUNTY OF SANTA CLARA**

| | |
|---|---|
| ILONA WOOD,<br><br>Plaintiff,<br><br>vs.<br><br>RANDI APODACA; ANITA SPOL; VHM SPORTS, INC; AND DOES 1 TO 10<br>Defendants. | Federal Civil Case No.: C-05-01344 PVT<br><br>State Civil Case No.: 1-05-CV-036662<br><br>NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT |

To Plaintiff, Ilona Wood, and her Attorney of Record, Tom Brown:

**PLEASE TAKE NOTICE THAT** a Notice of Removal of this action by co-defendant, Ms. Randi Apodaca, was filed in the United States District Court for the Northern District of California on May 9, 2005, under Federal Case No. C-05-01344 PVT.

A copy of the said Notice of Removal is attached to this Notice, and is served and filed herewith.

//

//



Dockets.Justia.com

Respectfully submitted,

INTELLECTUAL PROPERTY LAW GROUP LLP

Date: May 9, 2005

By: /OTTO O. LEE/
Otto O. Lee
Marie Grace Capuyan
Attorneys for Defendants,
Randi Apodaca, Anita Spol, and VHM Sports, Inc.

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113