MICHAEL R. SIMMONDS (SBN 96238)
WINEBERG, SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104-4811
Telephone: (415) 352-2200
Facsimile: (415) 352-2222
Email: msimmonds@wsnlaw.com

Attorneys for Respondent
Round Hill Securities, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY J. KATZ, EDWIN L. KATZ, and FIRST ALLIANCE ASSET MANAGEMENT, INC.,<br><br>Petitioners,<br><br>vs.<br><br>ROUND HILL SECURITIES, INC.,<br><br>Respondent. | CASE NO. C05-01453 PJH<br><br>**[Proposed] ORDER GRANTING RESPONDENT'S APPLICATION FOR ORDER VACATING ARBITRATION AWARD**<br><br>Date: June 15, 2005<br>Time: 9:00 a.m.<br>Courtroom 3, 17th Floor |

The application of Respondent Round Hill Securities, Inc. for order vacating arbitration award came on regularly for hearing on June 15, 2005. Michael R. Simmonds appeared on behalf of the Respondent. ___________ appeared on behalf of Petitioners. The Court having considered the papers filed in support of, and in opposition to, the application, and the arguments of counsel, and good cause appearing,

///

///

///

///

///



Dockets.Justia.com

IT IS ORDERED, ADJUDGED AND DECREED that the Award of Arbitrator in the matter of *Stanley J. Katz, Edwin L. Katz, and First Alliance Asset Management, Inc. vs. Round Hill Securities, Inc.*, before the American Arbitration Association, Case No. 52 181 00271 03, dated April 4, 2005, is vacated.

Respondent shall recover its costs herein.

________________________________

Honorable Phyllis J. Hamilton
United States District Judge