PATRICK E. TAYLOR, JR., Bar No. 113248
MATTHEW D. MARCA, Bar No. 180686
DANIEL P. DEAN, Bar No. 161028
TAYLOR & GUTIERREZ, LLP
332 Pine Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 591-3300
Facsimile: (415) 591-3310

Attorneys for
Plaintiff STEPHAN SMITH COLLINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN SMITH COLLINS (formerly Stephan Jones),<br><br>Plaintiff,<br><br>v.<br><br>BONNEVILLE INTERNATIONAL CORPORATION, VALERIE HOWARD, and DOES 1-30, inclusive,<br><br>Defendant. | Case No. CV 05-01545 WHA<br><br>Declaration of Daniel P. Dean in Support of Plaintiff's Motion for Remand<br><br>Date: June 23, 2005<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor |

I, Daniel P. Dean, declare as follows:

1. I am an associate with Taylor & Gutierrez, LLP, attorneys of record for plaintiff Stephan Smith Collins in this case. I am authorized to practice law before this Court. I am one of the attorneys responsible for working on this case. As such, the following facts are within my personal knowledge. If I am called to testify as to these facts, I can and will do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of plaintiff's First Amended Complaint filed on March 16, 2005 in San Francisco County Superior Court.

3. The value of my legal services in this case is $275 per hour.

4. I spent 1 hour reviewing and analyzing defendants' removal paperwork; 7.1 hours conducting legal researching for this motion; 4.5 hours preparing this motion; half an hour reviewing the Honorable William H. Alsup's standing order and case management order and I



Dockets.Justia.com

anticipate spending 1 hour attending the hearing on this motion. Thus, the value of my legal services for incurred in making his motion amounts to $3,877.50.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Executed this 9th day of May, 2005 in San Francisco, California.

/s/ DANIEL P. DEAN

Daniel P. Dean