Apple Inc. v. Psystar Corporation

Doc. 3030

Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

*E-FILED - 5/10/05*

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br>Plaintiff,<br>v.<br>BEIDLER NGUYEN,<br>Defendant. | Case No.: CV-04-05011 RMW<br>Hon. Ronald M. Whyte<br>**CASE MANAGEMENT SCHEDULING ORDER** |

On April 8, 2005 at 10:30 a.m., the plaintiff appeared telephonically in the United States District Court for the Northern District of California, San Jose Division, before the Honorable Ronald M. Whyte for a Case Management Conference in the above-entitled matter. Sandeep J. Shah appeared on behalf of Plaintiff DIRECTV, INC. ("DIRECTV") and Defendant BEIDLER NGUYEN ("Defendant") appeared *pro se*. After considering the Case Management Statement submitted by the Parties and consulting with the attorney of record for DIRECTV and Defendant, and good cause appearing, IT IS HEREBY ORDERED THAT:

**ALTERNATIVE DISPUTE RESOLUTION**

The parties have consented to an Early Settlement Conference with a Magistrate Judge as well as Court-sponsored Mediation. The last day for a Settlement Conference with a Magistrate Judge is May 11, 2006. The parties shall schedule the Settlement Conference directly with the



Dockets.Justia.com

assigned Magistrate Judge. The parties shall promptly notify the Court whether the case is resolved at the mediation. If the case is not resolved at the mediation, the Parties shall attend a Settlement Conference before the scheduled Pre-Trial Conference.

**<u>DISCLOSURES</u>**

<u>Initial Disclosures</u>:

Initial Disclosures must be exchanged on or before May 16, 2005.

<u>Expert Witness Disclosures</u>:

Expert Witness Disclosures must be exchanged on or before September 1, 2005.

**<u>DISCOVERY</u>**

Discovery shall be limited as follows: (a) five (5) depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) ten (10) requests for admission per party; and (d) a reasonable and narrowly tailored number of requests for production of documents or for inspection per party.

Discovery cutoff dates are as follows:

<u>Expert Witness Discovery</u>:

All discovery of expert witnesses shall be completed by February 1, 2006.

<u>Non-Expert Witness Discovery</u>:

All discovery of non-expert witnesses shall be completed by February 1, 2006.

**<u>PRE-TRIAL STATEMENTS</u>**

Pre-Trial Statements are due on or before May 5, 2006.

**<u>PRE-TRIAL CONFERENCE</u>**

Pre-Trial Conference has been set for May 11, 2006 at 2:00 p.m., in Courtroom 6, 4th Floor of the United States District Court for the Northern District of California, San Jose Division, located at 280 S. First Street #2112, San Jose, California 95113.

/ / /

/ / /

/ / /

/ / /

**TRIAL DATE**

Trial has been set for May 15, 2006.

**IT IS SO ORDERED.**

Dated: 4/29/05

/s/ Ronald M. Whyte

Honorable Ronald M. Whyte
United States District Court
Northern District of California