Apple Inc. v. Psystar Corporation
Doc. 3037

TAMARA C. FALOR, County Counsel
WENDY B. CHAITIN, Assistant County Counsel
State Bar No. 98359
Humboldt County Counsel
County Courthouse
Eureka, California 95501
Telephone: (707) 445-7236
Fax: (707) 445-6297
E-mail: Wchaitin@co.humboldt.ca.us

Attorneys for Humboldt County
Tax Collector

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LORIN O. COOK; TAMMY COOK; HUMBOLDT COUNTY TAX COLLECTOR; KERI STOUT; CALIFORNIA STATE FRANCHISE TAX BOARD; SCHMIDBAUER LUMBER; AND PROFESSIONAL CREDIT MANAGEMENT,

Defendants.
_____________________________________/

No. C-05-0822-MMC

HUMBOLDT COUNTY TAX COLLECTOR'S ANSWER TO COMPLAINT

Defendant, Humboldt County Tax Collector, by and through his undersigned counsel, in answer to the Complaint filed by Plaintiff, states as follows:

1. Admits the allegations contained in paragraphs 1, 2, 3 and 4, of the Complaint.

2. Defendant lacks sufficient information and belief to answer the allegations contained in paragraphs 5 and 6 of the Complaint, and based on that lack of information and belief, denies generally and specifically each and every allegation contained in



Dockets.Justia.com

those paragraphs.

3. Admits the allegations contained in paragraph 7 of the Complaint. Defendant Humboldt County Tax Collector alleges that Defendants Lorin and Tammy Cook jointly are liable to Defendant Humboldt County Tax Collector for unpaid and due property taxes in the total amount of $38,859.18 as of April 19, 2005, including taxes, penalties, interests, and fees. Defendant Humboldt County Tax Collector alleges that the total amount due on these unpaid property taxes will be $39,399.14 as of May 31, 2005, including taxes, penalties, interest, and fees.

Defendant Humboldt County Tax Collector admits and alleges that it has the following claims and interests in the property which is the subject of this suit as follows:

**Humboldt County Property Taxes**

| | | | *Tax, Penalties, Interest, & Fees* | |
|---|---|---|---|---|
| **Assessment #** | **First Lien Date** | **Fiscal Years** | ***as of 4/19/05*** | ***as of 5/31/05*** |
| 404-061-035-000 | 1/1/97 | 1998 - 2004 | $19,631.61 | $20,100.79 |
| 404-061-035-000 | 1/1/04 | 2004 - 2005 | 4,490.08 | 4,490.08 |
| 911-000-226-000 | 1/1/97 | 1998 - 2005 | 3,282.44 | 3,282.44 |
| 911-000-226-000 | 1/1/05 | 2005 - 2006 | 441.73 | 441.73 |
| 800-002-030-000 | 1/1/97 | 1998 - 2000 | 2,717.86 | 2,736.28 |
| 800-002-030-000 | 1/1/05 | 2005 - 2006 | 560.14 | 560.14 |
| 800-005-814-000 | 1/1/99 | 2000 - 2005 | 3,511.88 | 3,531.25 |
| 800-002-740-000 | 1/1/97 | 1998 - 1999 | 1,048.58 | 1,055.44 |
| 800-006-521-000 | 1/1/99 | 1999 - 2000 | 526.33 | 530.56 |
| 800-006-521-900 | 1/1/00 | 2000 - 2001 | 419.34 | 423.19 |
| 800-006-521-000 | 1/1/01 | 2001 - 2005 | 1,708.91 | 1,726.96 |
| 800-006-521-000 | 1/1/05 | 2005 - 2006 | 520.28 | 520.28 |
| | | | | |
| | | | **$ 38,859.18** | **$ 39,399.14** |

4. Defendant lacks sufficient information and belief to answer the allegations contained in paragraphs 8, 9, 10 and 11 of the Complaint, and based on that lack of information and belief,

denies generally and specifically each and every allegation contained in those paragraphs.

5. Answering paragraph 12 of the Complaint, Defendant restates the admissions and denials contained in paragraphs 1 through 4 above, as if fully set forth herein.

6. Defendant lacks sufficient information and belief to answer the allegations contained in paragraphs 13, 14, 15 and 16 of the Complaint, and based on that lack of information and belief, denies generally and specifically each and every allegation contained in those paragraphs.

7. Answering paragraph 17 of the Complaint, Defendant restates the admissions and denials contained in paragraphs 1 through 6 above, as if fully set forth herein.

8. Answering paragraph 18 of the Complaint, Defendant admits the allegations contained on lines 10 - 16. Defendant lacks sufficient information and belief to answer the remaining allegations contained in paragraph 18 of the Complaint, and based on that lack of information and belief, denies generally and specifically each and every remaining allegation contained in that paragraph.

9. Answering paragraph 19 of the Complaint, Defendant restates the admissions and denials contained in paragraphs 1 through 8 above, as if fully set forth herein.

10. Defendant lacks sufficient information and belief to answer the allegations contained in paragraphs 20, 21 and 22 of the Complaint, and based on that lack of information and belief, denies generally and specifically each and every allegation contained in those paragraphs.

**WHEREFORE**, Defendant Humboldt County Tax Collector prays for the following relief:

A. That this Court determine that Defendants Lorin O. Cook and Tammy Cook are liable to the Humboldt County Tax Collector for the sum of $38,859.18 as of April 19, 2005, and for the sum of $39,399.14 as of May 31, 2005, plus interest and statutory additions as provided by law from and after May 31, 2005, that will accrue and continue to accrue since the date of the assessments described in paragraph 3 of this Answer;

B. That this Court determine and adjudge that the Humboldt County Tax Collector has valid and enforceable tax liens for unpaid and due Humboldt County property taxes against the real property described in paragraph 18 of the Complaint, which property is the subject of this suit, for the sum of $38,859.18 as of April 19, 2005, and for the sum of $39,399.14 as of May 31, 2005, plus interest and statutory additions, as provided by law from and after May 31, 2005, that will accrue and continue to accrue since the date of the assessments described in paragraph 3 of this Answer;

C. That this Court order the sale of the real property described in paragraph 18 of the Complaint, and that the tax liens of the Humboldt County Tax Collector be satisfied in full as to the above described tax liabilities from the foreclosure sale proceeds;

D. That, if the amount distributed to the Humboldt County Tax Collector pursuant to the sale of the real property is insufficient to satisfy fully the above-described tax liabilities, the Humboldt County Tax Collector have judgment for

the deficiency against Lorin O. Cook and Tammy Cook.

E. That the Humboldt County Tax Collector be granted its costs and attorneys' fees;

F. For such other and further relief as is just and proper.

DATED: May 11, 2005

Respectfully submitted,

TAMARA C. FALOR, County Counsel

By /S/

WENDY B. CHAITIN, Assistant County Counsel
Attorneys for Humboldt County
Tax Collector

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF HUMBOLDT )

I, TERI GRIDLEY, say:

I am a citizen of the United States, over 18 years of age, a resident of the County of Humboldt, State of California, and not a party to the within action; that my business address is Humboldt County Courthouse, Eureka, California; that on **May 11, 2005**, I served a true copy of the **HUMBOLDT COUNTY TAX COLLECTOR'S ANSWER TO COMPLAINT**

XX by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Eureka, California, on the interested party(ies) in said action addressed as follows:

**(See attached Service List)**

_____ by personally delivering a true copy thereof to the person and at the address set forth below.

_____ by placing a true copy thereof in the designated place at Court Operations to the attorney named below.

_____ by FAX to the name and telephone number noted below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th of May, 2005, at the City of Eureka, County of Humboldt, State of California.

/S/
Teri Gridley
Legal Office Services Manager

SERVICE LIST

Kevin V. Ryan
United States Attorney
Jay R. Weill
Assistant United States Attorney
Chief, Tax Division
Emily J. Kingston
Assistant United States Attorney
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Lorin O. Cook
124 McGlosket Road
Kneeland, CA 95549

Tammy Cook
124 McGlosket Road
Kneeland, CA 95549

State of California Franchise Tax Board
Special Procedures Sections
P.O. Box 2952
Sacramento, CA 95812

Keri Stout
4101 Chaucer Drive
Concord, CA 94521

Professional Credit Management
P.O. Box 336
Red Bluff, CA 96080

Schmidbauer Lumber
839 W. Washington
Eureka, CA 95501