Apple Inc. v. Psystar Corporation Doc. 3040

TIMOTHY G. SCANLON, State Bar No. 190563
DAVID P. ERON, State Bar No. 223033
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Bankruptcy Counsel for Defendants



**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

KEN WALTERS, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS MARKET PRESERVATION FUND; and OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND, BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,

Plaintiffs,

v.

DREXAL POWER, INC., a California Corporation and WAYMON D. NIPPER, JR., individually,

Defendants.

Case No. C 04 0855 SC
Assigned to Honorable Samuel Conti

**NOTICE OF DISCHARGE OF WAYMON D. NIPPER**

Complaint Filed: March 2, 2004

PLEASE TAKE NOTICE that WAYMON D. NIPPER, JR. ("Debtor") was released from all dischargeable debt pursuant to 11 USC Sections 524 and 727 by order of the United States Bankruptcy Court for the Eastern District of California, Case No. 05-10125, on April 12,


Dockets.Justia.com

2005. A copy of the Discharge of Debtor entered by the United States Bankruptcy Court for the Eastern District of California is attached hereto as Exhibit "A" and is incorporated herein by reference.

PLEASE TAKE FURTHER NOTICE that the Discharge of Debtor renders any judgment obtained against Debtor null and void as provided by 11 USC Section 524 and enjoins all creditors whose debts were discharged by such Order from commencing, continuing or employing any actions, process, or act to collect, recover, or off-set by such debt as a personal liability of Debtor.

Date: May 10, 2005

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ David P. Eron
DAVID P. ERON
Bankruptcy Counsel for Defendants

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93389-1172

FORM BL/L55 Order of Discharge (12/2003) APR 18 2005 05 - 10125-A-7

UNITED STATES BANKRUPTCY COURT

Eastern District Of California (Fresno Division Office )

**FILED**
**04/12/05**
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
fres

# DISCHARGE OF DEBTOR

**Case Number: 05 - 10125-A-7**

**Debtor Name(s), Social Security Number(s), and Address(es):**

Waymon Drexal Nipper xxx-xx-7950
Rachel Correa Nipper xxx-xx-2073

3967 POSO FLAT RD
BAKERSFIELD, CA 93308

3967 POSO FLAT RD
BAKERSFIELD, CA 93308

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

DATED: 04/12/05

FOR THE COURT
RICHARD G. HELTZEL
CLERK, U.S. BANKRUPTCY COURT

Fresno Division Office
1130 O Street, Room 2656
Fresno, CA 93721

**Exhibit** A

**Page** 3

c Nipper

052936