Apple Inc. v. Psystar Corporation
Doc. 3050

Richard F. Levy (pending admission *pro hac vice*)
C. Steven Tomashefsky (pending admission *pro hac vice*)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611-7603
Telephone: (312) 840-7805
Facsimile: (312) 840-7888

Kenneth E. Keller (State Bar No. 71450)
Tracy M. Clements (State Bar No. 184150)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiff EXDS, Inc.

FILED
MAR 3 4 33 PM '05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

18

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RECEIVED
MAR 0 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN RE EXDS, INC. (f/k/a EXDS COMMUNICATIONS, INC.), et al.,

Debtor.

---

EXDS, INC. (f/k/a EXDS COMMUNICATIONS, INC.),

Plaintiff,

v.

DEVCON CONSTRUCTION, INC.; SHARP DEVELOPMENT COMPANY, INC., f/k/a SHARP LAFAYETTE, LLC,

Defendants.

Case No.: C-05-787 JW (PVT)

**~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF DANIEL C. McMURTRIE**



Dockets.Justia.com

Daniel C. McMurtrie having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiff EXDS, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers field by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

Dated: 3/3/05

James Ware
The Honorable James Ware
United States District Court Judge

62918