Apple Inc. v. Psystar Corporation Doc. 3057

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3908
Facsimile: (415) 554-3837
E-mail: peter.keith@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JACOBO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. C03-3735 VRW (PR)<br><br>**DECLARATION OF CAPTAIN IDETA IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFF VINCENT JACOBO'S "REQUEST COURT ORDER FOR ACCESS TO SAN FRANCISCO COUNTY JAIL'S LAW LIBRARY AND TO DIRECT THE 'PRISONER LEGAL SERVICES' TO PUT PLAINTIFF ON THE JAIL'S PRO PER LIST"**<br><br>Judge: Hon. Vaughn R. Walker<br>Place: 450 Golden Gate, Courtroom 6<br>Date: None<br>Time: None<br><br>Date Action Filed: August 11, 2003<br>Trial Date: None Set |

**DECLARATION OF CAPTAIN M. IDETA**

The following is true of my own knowledge, unless otherwise stated. As to those matters stated on information and belief, I believe them to be true.

1. I am a Captain in the San Francisco Sheriff's Department. Among other things, I am responsible for adminstration of San Francisco County Jail facilities.



Dockets.Justia.com

2. Plaintiff Vincent Jacobo is a maximum security prisoner. Jacobo was issued Notices of Rule Violations (NRVs) for conduct on March 30, 2005 and April 3, 2005. The NRVs were for Jacobo making weapons in his jail cell. Specifically, deputies twice found Jacobo making a spear out of a "channel changer" – a long pole that inmates use to reach the television to change the channel. Jacobo was warned not to make or keep weapons, but Jacobo defied this order and stated he would continue to make the weapons. As a result, Jacobo was disciplined and placed in lock-up for seven days, April 8 to April 15. As a result of being placed in lock-up, Jacobo was not allowed to use the law library for that one-week period.

3. Jacobo is one of eight prisoners housed in a maximum-security unit. For security reasons, only one maximum-security prisoner may use the law library at the same time. Maximum-security prisoners are allowed to use the law library on weekdays from 11 a.m. to 12:30 p.m.

4. Prior to April 8, 2005, Jacobo's last visit to the law library was on April 5, 2005. Following April 15 and through May 4, Jacobo visited the law library on the following dates: Tuesday April 19, 2005; Wednesday April 20, 2005; Thursday April 21, 2005; Monday April 25, 2005; Tuesday April 26, 2005; Wednesday April 27, 2005; Friday April 29, 2005; Tuesday May 3, 2005; Wednesday May 4, 2005.

I declare under penalty of perjury under the laws of the State of California that the preceding declaration is true, and that this declaration was executed on May 13, 2005 in San Francisco, California.

Captain Marty Ideta

M. IDETA



http://oi.email.excite.com/tmp/00300720.DOC



98%