Apple Inc. v. Psystar Corporation Doc. 3058

MILBERG WEISS BERSHAD
& SCHULMAN LLP
JEFF S. WESTERMAN (SBN 94559)
SABRINA S. KIM (SBN 186242)
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

MILBERG WEISS BERSHAD
& SCHULMAN LLP
MELVYN I. WEISS
BRAD N. FRIEDMAN
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY SLACK, Individually and On Behalf of All Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FAIR ISAAC CORPORATION and MYFICO CONSUMER SERVICES, INC.,<br><br>Defendants. | Case No. C 05-0257 MHP<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF SABRINA S. KIM IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT<br><br>DATE: June 6, 2005<br>TIME: 4:00 p.m.<br>CTRM: 15<br>JUDGE: Honorable Marilyn Hall Patel |



Dockets.Justia.com

I, Sabrina S. Kim, hereby declare as follows:

1. I am an associate of the law firm of Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss"). I submit this declaration in support of Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of the slip opinion in *Helms v. ConsumerInfo*, CV-03-HS-1439-M (N.D. Ala. Feb. 14, 2005).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed May 13, 2005 in Los Angeles, California.

/s/ Sabrina S. Kim
SABRINA S. KIM

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 355 South Grand Avenue, Suite 4170, Los Angeles, California 90071.

2. That on May 13, 2005, declarant served the DECLARATION OF SABRINA S. KIM IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of May, 2005, at Los Angeles, California.

/s/ Cecille Rosete
CECILLE ROSETE

# FAIR ISAAC
## Service List
## 05/13/05

***Counsel for Plaintiff***


**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Jeff S. Westerman
Sabrina S. Kim
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Melvyn I. Weiss
Brad N. Friedman
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

**POPE MCGLAMRY KILPATRICK MORRISON & NORWOOD LLP**
C. Neal Pope
Wade H. Tomlinson III
Alan G. Snipes
1111 Bay Avenue, Suite 450
Post Office Box 2128 (31902-2128)
Columbus, Georgia 31901
Telephone: (706) 324-0050
Facsimile: (706) 327-1536

Michael L. McGlamry
The Pinnacle, Suite 925
2455 Peachtree Road, N.E.
P.O. Box 191625 (31119-1625)
Atlanta, Georgia 30326-3243
Telephone: (404) 523-7706
Facsimile: (404) 524-1648


***Counsel for Defendants***


**GIBSON DUNN & CRUTCHER**
Frederick Brown
Rebecca Justice Lazarus
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415) 393-8296
Facsimile: (415) 986-5309