ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Thomas W. Kovacich, SBN 94046
Robert Fried, SBN 85579
Christopher S. Milligan, SBN 211532
17871 Park Plaza Drive, Suite 200
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for S. J. WEAVER CONTRACTING, INC.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their Capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA: LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA: and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA: NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 261,<br><br>Plaintiff,<br><br>vs.<br><br>S. J. WEAVER CONTRACTING, INC., A California Corporation,<br><br>Defendant. | **CASE NO. C 05-0601 SC**<br>Assigned to Hon. Samuel Conti<br><br>**NOTICE OF BANKRUPTCY PROCEEDINGS AND AUTOMATIC STAY**<br><br>Complaint Filed: February 8, 2005<br>Voluntary Petition Filed: May 10, 2005 |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 10, 2005, Defendant S.J. WEAVER CONTRACTING, INC. ("S.J. Weaver") filed a voluntary petition for Chapter 7

bankruptcy in the United States Bankruptcy Court for the Central District of California, Case No. LA05-20646BR. The case has been assigned to the Honorable Barry Russell, United Stated Bankruptcy Judge. The trustee is Rosendo Gonzalez of Gonzalez & Associates.

DATED: May 13, 2005

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: ______________________________
Thomas W. Kovacich
Christopher S. Milligan
Attorneys for S. J. WEAVER CONTRACTING, INC.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333