Apple Inc. v. Psystar Corporation

Doc. 3072

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRUCE K.T. LEUNG, *et al.*,

Defendants.
_______________________________________/

No. C-04-3177 EDL (EMC)

**ORDER VACATING SETTLEMENT CONFERENCE**

The Court is in receipt of Plaintiff's letter of May 11, 2005, requesting that the Settlement Conference scheduled for May 26, 2005 at 9:30 a.m. be vacated. No opposition was filed by any party. Upon consideration of the request, the Court finds good cause for vacating the Settlement Conference.

It is hereby ORDERED that the Settlement Conference scheduled for May 26, 2005 be **VACATED**.

Dated: May 17, 2005

/s/
EDWARD M. CHEN
United States Magistrate Judge

Dockets.Justia.com