☐ DOCUMENTS UNDER SEAL

| | | |
|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Lili M. Harrell | REPORTER/TAPE NO.<br>FTR Digital (9:57am - 10:04am) |
| MAGISTRATE JUDGE<br>Elizabeth D. Laporte | DATE<br>May 3, 2005 | ☐ NEW CASE / CASE NUMBER<br>3-05-70199 JCS |

**APPEARANCES**

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | |
|---|---|---|---|---|---|
| Edwin A. Rodas | 34 | Y | P | Barry portman (provisionally) | ☐ PD. ☐ APPT. ☐ RET. |

| | | |
|---|---|---|
| U.S. ATTORNEY<br>Denee Diluigi | INTERPRETER<br>Melinda Basker - Spanish | FIN. AFFIDAVIT SUBMITTED ☐<br>DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐<br>COUNSEL APPOINTED ☐<br>PARTIAL PAYMENT OF CJA FEES ORDERED ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Jill Brenny | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| | | | | |
|---|---|---|---|---|
| ☒ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

**INITIAL APPEARANCE**

| | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME: Edwin Arnoldo Rodas Santos |

**ARRAIGNMENT**

| | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |

**RELEASE**

| | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY<br>$ | AMOUNT RECEIVED<br>$ | ☐ PASSPORT SURRENDERED DATE: |

PROPERTY POSTED/TO BE POSTED
☐ CASH $ ☐ CORPORATE SECURITY ☐ REAL PROPERTY:

| | | | | | |
|---|---|---|---|---|---|
| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

| | |
|---|---|
| ORDER REMOVED TO THE DISTRICT OF | OTHER: |

**PLEA**

| | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

**CONTINUANCE**

| | | | | |
|---|---|---|---|---|
| TO: 5/6/05 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
| AT: 9:30am | ☒ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON.<br>Laporte | ☒ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED<br>Govt to submit order | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

**ADDITIONAL PROCEEDINGS**

COPIES SENT TO: EDL, PTS,

DOCUMENT NUMBER: