Apple Inc. v. Psystar Corporation Doc. 3085



Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al.,

Plaintiffs,

vs.

BELLICITTI AND PELLICCIOTTI CONSTRUCTION COMPANY et al.

Defendants.

Case No.: C 05-01261 MJJ

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT SURETY COMPANY OF THE PACIFIC ONLY; ORDER THEREON**

Granted

///////



Dockets.Justia.com

NOTICE IS HEREBY GIVEN THAT PURSUANT to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice as to Defendant SURETY COMPANY OF THE PACIFIC only. Plaintiffs therefore request that the Court to enter an order in conformity with their voluntary dismissal of the matter as to Defendant SURETY COMPANY OF THE PACIFIC. The Defendants, and each of them, were served with the complaint and summons relating to this matter.

Dated this 17 th day of May of 2005.

OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS-MULTI SERVICES

By: ______________________
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

**ORDER**

Based upon the above and pursuant to Federal Rule of Civil Procedure 41(a), this matter is dismissed without prejudice as to Defendant SURETY COMPANY OF THE PACIFIC only.

Dated: 5/18/2005

/s/
HONORABLE MARTIN J. JENKINS