Apple Inc. v. Psystar Corporation

Doc. 3092

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

May 19, 2005

RE: CV 05-00406 JF DIRECTV,INC.,-v- VIN VU

Default is entered as to defendant Vin Vu on 5/6/05.

RICHARD W. WIEKING, Clerk

byCindy Vargas
Case Systems Administrator

NDC TR-4 Rev. 3/89

Dockets.Justia.com