Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR CAZZALLI,<br><br>Defendant. | Case No.: CV-03-5318 VRW<br><br>Hon. Vaughn R. Walker<br><br>**NOTICE OF CASE MANAGEMENT CONFERENCE**<br><br>**<u>Case Management Conference:</u>**<br><br>Date: July 12, 2005<br>Time: 9:00 A.M.<br>Place: Courtroom 6 |



Dockets.Justia.com

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE that the Court in the above-referenced matter has set a Case Management Conference on July 12, 2005 at 9:00 a.m. before the Honorable Vaughn R. Walker in Courtroom 6, on the 17th floor of the United States District Courthouse, located at 450 Golden Gate Avenue, San Francisco, California. A true and correct copy of the Clerk's Notice is attached hereto as Exhibit "A."

DATED: May 19, 2005

Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: /s/ Brandon Q. Tran
Brandon Q. Tran
Attorneys for Plaintiff DIRECTV, INC.