Apple Inc. v. Psystar Corporation Doc. 3098

KEVIN V. RYAN
United States Attorney
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division
10th Floor, Federal Building
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7017
Facsimile: (415) 436-6748
JENNIFER A. GIAIMO
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 683
Ben Franklin Station
Washington DC 20044-0683
Telephone: (202) 307-6572
Facsimile: (202) 307-0054
Jennifer.A.Giaimo@usdoj.gov
Western.Civiltax@usdoj.gov

Attorneys for Petitioner United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**MONTGOMERY GLOBAL ADVISORS V LLC and GROH ASSET MANAGEMENT,**<br><br>**Respondents.** | **Case No.: CV-04-00733-FMS**<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that service of the **UNITED STATES' DIRECT EXAMINATION TESTIMONY OF REVENUE AGENT MARGARET JOHNSON-WHITE** has been made this 19th day of May, 2005 by sending a copy via Federal Express to:



Dockets.Justia.com

Steven R. Mather, Esq.
Kajan Mather and Barish
9777 Wilshire Blvd., Suite 805
Beverly Hills, CA 90212-1968

Respectfully submitted this 19th day of May, 2005.

KEVIN V. RYAN
United States Attorney

/s/ Jennifer A. Giaimo
JENNIFER A. GIAIMO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6572