Apple Inc. v. Psystar Corporation
Doc. 3106

# UNITED STATES DISTRICT COURT

**Judge Jeremy Fogel, Presiding**

Courtroom No. 3 - 5th Floor

## Criminal Minute Order

Court Proceedings: **Disposition/Judgment & Sentencing, Wed, May 18, 2005 @ 9:00 AM**

Case Number: **CR-05-00225-JF/RS**

Courtroom Deputy Clerk Diana Munz (408) 535-5166
Courtroom Reporter Lee-Anne Shortridge (408) 999-0623



**TITLE: UNITED STATES OF AMERICA V. JUAN GRANADOS-ANDRADE**

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| United States of America | Juan Jose Granados-Andrade |
| **Attorneys Present:** Angela Hansen | **Attorneys Present:** Susan Knight |

**PROCEEDINGS:**

Disposition and Judgment and Sentencing hearing held. Counsel and defendant are present.

Defendant is advised of his rights and waives his rights.
Defendant pleads guilty to count 1 of the Information.
The Court accepts the plea and finds a factual basis.

Defendant is sentenced today to 30 months federal prison; 1 year supervised release and $100.00 special assessment.

**Note:** The United States District Court is now on the Worldwide Web. Current court calendars, procedural questions and directions to the court can be found on our web site: **www.cand.uscourts.gov**

Dockets.Justia.com