Apple Inc. v. Psystar Corporation Doc. 3109

# EXHIBIT T

## TO DECLARATION OF BRIAN G. HARRIS IN SUPPORT OF SHARP CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENDANT AU OPTRONICS CORPORATION'S NON-U.S. SALES

60408212v1

Dockets.Justia.com

FN 51

0658002977/7
DIALOG(R)File 992:NewsRoom 2003
(c) 2004 The Dialog Corporation. All rts. reserv.

0658002977 167402X0
Taiwan's AU Optronics to ship TFT-LCD panels to Dell from July - report
AFX Asia Focus
Tuesday, June 24, 2003
WORD COUNT: 61

TEXT:
TAIPEI (AFX-ASIA) - AU Optronics Corp (2409.TW) will start delivering TFT-LCD panels to Dell Computer Corp from July after securing certification for the product from the US-based company, the Economic Daily News reported, without naming a source.

The panels, to be used on notebook personal computers, will be 14-inch and 15-inch units.

adela.lin@afxasia.com

al/ds/skb