UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CARMENCITA S. HIPOLITO, an individual on behalf of herself and all others similarly situated,

Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC., ALLIANCEONE, INC.,

Defendants.

_______________________________________/

Case No.: C- 05 0842 JCS

**~~[PROPOSED]~~ ORDER TO ENLARGE TIME TO ALLOW FILING OF A REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION**

**Date:** June 24, 2005
**Time:** 9:30 a.m.
**Place:** 450 Golden Gate Avenue, Courtroom A, 15th Floor, San Francisco, CA
**Judge:** Honorable Joseph C. Spero

Plaintiff's Motion To Enlarge Time To File Reply Brief in Support of Class Certification having been received, and good cause appearing,

IT IS ORDERED that plaintiff's attorney is allowed to file the proposed reply submitted concurrently with said motion.

Dated: June 2, 2005

/s/ Joseph C. Spero
Joseph C. Spero
United States Magistrate Judge



Dockets.Justia.com