Mary E. Alexander (SBN: 104173)
Gary W. Loftis (SBN: 235816)
MARY ALEXANDER & ASSOCIATES
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: ((415) 433-5440

William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER HAMMOCK, derivatively on behalf of Nominal Defendant, ELECTRONIC ARTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>M. RICHARD ASHER, WILLIAM J. BYRON, LEONARD S. COLEMAN, , WARREN JENSON, TIMOTHY MOTT, ROBERT W. PITTMAN, LAWRENCE F. PROBST, III, JOEL L. LINZNER, BRUCE McMILLAN, NANCY L. SMITH, GERHARD FLORIN, DON A. MATTRICK, STEPHEN BENE, and RUSSSELL J. RUEFF, JR.,<br><br>Defendants,<br><br>and<br><br>ELECTRONIC ARTS, INC.,<br><br>Nominal Defendant. | Case No. C-05-02009MMC<br><br>**ORDER GRANTING APPOINTMENT OF LEAD DERIVATIVE COUNSEL AND STAY THIS MATTER** |

The Unopposed Motion to Appoint Lead Derivative Counsel and Stay This Matter was brought before me by the Plaintiff Walter Hammock. As set forth in the previously submitted Motion, Defendants M. Richard Asher, William J. Byron, Leonard S. Coleman, Warren Jenson, Timothy Mott, Robert W. Pittman, Lawrence F. Probst, III, Joel L. Linzner, Bruce McMillan, Nancy L. Smith, Gerhard Florin, Don A. Mattrick, Stephen Bene and Russell F. Rueff, Jr. do not oppose the entry of this Order. This Court therefore finds as follows:

IT IS ORDERED, ADJUDGED AND DECREED that:

1. The Court hereby appoints William B. Federman of Federman & Sherwood as Lead Counsel and Mary E. Alexander of Mary Alexander & Associates as Local Counsel for the Plaintiff in the Federal Derivative Action. Lead Counsel shall be responsible for the prosecution of the Derivative Action and shall coordinate and direct on behalf of any and all Plaintiffs: (i) all pre-trial discovery proceedings; (ii) briefing and argument of motions; (iii) meetings of Plaintiffs' counsel for purposes of proposing joint actions as deemed necessary; (iv) conducting of expert discovery; (v) the preparation for and trial of the Derivative Action and (vi) any and all settlement negotiations with Defendants. Defendants' counsel may rely upon all agreements made with Plaintiff's Lead Counsel, or other duly authorized representative of Plaintiff's Lead Counsel, and such agreements shall be binding on Plaintiff(s). Defendants take no position with respect to Lead or Local Counsel.

2. The Court hereby stays all proceedings, without prejudice, in the Derivative Action, including the obligation of any Defendant to move, answer or otherwise respond to any complaint served in the Federal Derivative Action, until thirty

(30) days following an entry of an order on Defendants' Motion to Dismiss in the consolidated Securities Class Action that either grants dismissal without leave to replead or denies dismissal or as further ordered by this Court.

3. All subsequently filed federal derivative actions raising issues against any or all of the Defendants that are the same as or similar to those raised in the original federal Shareholder Derivative Complaint filed in the above-styled suit (the "Federal Derivative Complaint") shall be automatically consolidated with this action.

SIGNED this _____ day of June, 2005.

______________________________
HONORABLE MAXINE M. CHESNEY,
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:

[signature]
______________________________
Mary E. Alexander, Esq. (SBN: 104173)
Gary W. Loftis (SBN: 235816)
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
(415) 433-4440/Fax (415) 433-5440

and

William B. Federman, Esq.
FEDERMAN & SHERWOOD
120 N Robinson Suite 2720
Oklahoma City, OK 73102
(405) 235-1560/Fax (405)239-2112

*Attorneys for Plaintiff*