Apple Inc. v. Psystar Corporation Doc. 3131

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELDO ZAMAGO,<br><br>Defendant. | No. CR 05-00180 MMC<br><br>**DECLARATION OF OFFICER JACOB FEGAN IN SUPPORT OF THE UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**<br><br>Hearing: June 29, 2005<br>Time: 2:00 p.m.<br>Court: Hon. Maxine M. Chesney |

I, Jacob Fegan, state and declare as follows:

1. I am employed as a Police Officer with the San Francisco Police Department.

2. On January 6, 2005, I arrested the defendant named herein on charges related to his possession and distribution of suspected crack cocaine. I also prepared a report related to the arrest. A true and correct copy of that report is attached hereto as Exhibit A and I reaffirm here the truth of all statements made therein. To the extent any of my statements in the report relate information obtained from another person, I reaffirm that information as true based on my information and



Dockets.Justia.com

belief. Further, with respect to our initial contact with the defendant on January 6, 2005, the car he was in was parked and we did not initiate a stop of the vehicle.

3. On January 6, 2005, I presented a search warrant (hereafter the "warrant") to the Hon. Thomas J. Mellon, Jr., Superior Court Judge for the State of California, San Francisco. A true and correct copy of the warrant is attached hereto as Exhibit B. I prepared the affidavit in support of the warrant and reaffirm here that the contents of the affidavit are true.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge. Executed on June ___, 2005, in San Francisco, California.

______________/s/__________________
JACOB FEGAN

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**DECLARATION OF OFFICER JACOB FEGAN IN SUPPORT OF THE UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

in the case of **UNITED STATES V. ELDO ZAMAGO, CR 05-00180 MMC** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**V. Roy Lefcourt**
**Attorney at Law**
**2019 Webster St.**
**San Francisco, CA 94115**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

__x__ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

______(By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 15, 2005

/s/
RAWATY YIM
United States Attorney's Office