Apple Inc. v. Psystar Corporation Doc. 3155



FILED
JUN 27 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court
## Northern District of California

**UNITED STATES OF AMERICA**
**v.**
**SERGIO R. BORBON**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: CR-05-0159

USM Number: 98373-011

Michael Weiss
Defendant's Attorney

**THE DEFENDANT:**

[x] pleaded guilty to count(s): one of the Information .
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY,** the defendant is adjudicated guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21, U.S.C., Section 844 (a) | Possession of a Controlled Substance (Class A misdemeanor) | February 25, 2005 | One |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___.

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

**THE DEFENDANT SHALL PAY A SPECIAL ASSESSMENT FEE OF $25.00**

**THE DEFENDANT SHALL UPON REQUEST OF THE COURT, THE GOVERNMENT, OR THE U.S. PROBATION OFFICE, SHALL PROVIDE ACCURATE AND COMPLETE FINANCIAL INFORMATION, SUBMIT SWORN STATEMENTS AND GIVE DEPOSITIONS UNDER OATH CONCERNING YOUR ASSETS AND YOUR ABILITY TO PAY, SURRENDER ASSETS YOU OBTAINED AS A RESULT OF YOUR CRIMES, AND RELEASE FUNDS AND PROPERTY UNDER YOUR CONTROL IN ORDER TO PAY ANY FINE, FORFEITURE, OR RESTITUTION.**

June 23, 2005
Date of Imposition of Judgment

Signature of Judicial Officer

Honorable Maria-Elena James, U. S. Magistrate Judge
Name & Title of Judicial Officer

June 27, 2005
Date

Dockets.Justia.com

DEFENDANT: SERGIO R. BORBON
CASE NUMBER: CR-05-0159 MAG



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 days with no supervision to follow.

The defendant will self surrender on July 15, 2005, on or before 12:00 pm.

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[ ] The defendant is remanded to the custody of the United States Marshal.

[x] The defendant shall surrender to the United States Marshal for this district.

[x] on or before 12:00 [] am [X] pm on July 15, 2005 .
[] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ ] before on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________________________
______________________________________________________________
______________________________________________________________

Defendant delivered on __________________________ to __________________________

at ________________________________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
Deputy U.S. Marshal