Apple Inc. v. Psystar Corporation Doc. 3165

CHRISTOPHER SPROUL (State Bar No. 126398)
Environmental Advocates
1004 O'Reilly Avenue
San Francisco, California 94129
Tel: (415) 561-2222, Fax: (415) 561-2223

MICHAEL W. GRAF (State Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, California 94530
Tel: (510) 525-7222; Fax: (510) 525-1208

MICHAEL A. COSTA (State Bar No. 219416)
Our Children's Earth Foundation
100 First Street, Suite 100-367
San Francisco, CA 94105
Tel: (415) 608-2781; Fax: (650) 745-2894

Attorneys for Plaintiffs
ECOLOGICAL RIGHTS FOUNDATION
and OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION and ECOLOGICAL RIGHTS FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL LEAVITT, as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. C 04-2132 PJH<br><br>PROOF OF SERVICE BY MAIL |

I hereby certify that on July 1, 2005, I served a copy of the following documents:

TRANSCRIPT DESIGNATION AND ORDERING FORM

upon the following parties by United States mail, postage prepaid:

Dockets.Justia.com

Counsel for Defendants

THOMAS L. SANSONNETTI
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Post Office Box 23986
Washington, D.C. 20026-3986

EILEEN T. McDONOUGH
Environmental Defense Section
United States Department of Justice
Post Office Box 23986
Washington, D.C. 20026-3986

POOJA SETH PARIKH
Office of General Counsel
U.S. Environmental Protection Agency
Water Law Office (2355A)
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Counsel for Intervenors

David W. Burchmore
Squire Sanders & Dempsey, LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304

Jill A. Grinham
Squire Sanders & Dempsey, LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304

Jospeh A. Meckes
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

Alexandra Dapolito Dunn
General Counsel
Association of Metropolitan Sewerage Agencies
1816 Jefferson Place, N.W.
Washington, D.C. 20036-2505

Fredric P. Andes
Barnes & Thornburg LLP
One North Wacker Drive
Chicago, Illinois 60606

Carolyn S. Hesse
Barnes & Thornburg LLP
One North Wacker Drive
Chicago, Illinois 60606

Jeffrey S. Longworth
750 17TH Street, N.W., Suite 900
Washington, D.C. 20006-4675

Nicole E. Granquist
Downey Brand LLP
555 Capitol Mall, 10th Floor
Sacramento, California 95814

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 1, 2005.

By: Patricia Nelson
Patricia Nelson
Environmental Advocates