**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COACHELLA VALLEY UNIFIED SCHOOL DISTRICT, *et al.*,

Plaintiffs,

v.

STATE OF CALIFORNIA, ARNOLD SCHWARZENEGGER, *et al.*,

Defendants.
______________________________________/

No. C 05-02657 WHA

**ORDER GRANTING-IN-PART MOTION TO ENLARGE TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

In this action removed from state court on June 29, 2005, defendants now seek an enlargement of time to file an answer or other responsive pleading by July 25, 2005, instead of July 7, 2005. Defendants allege that plaintiffs had previously stipulated to a similar deadline for the filing of a demurrer in state court. Since the removal, however, plaintiffs have declined to stipulate to extend this deadline beyond July 11, 2005.

Good cause has not been shown for such an extended continuance. Nonetheless, this order **GRANTS** a brief extension. Defendants' motion to dismiss must be filed by **JULY 14, 2005**. Plaintiffs' anticipated motion for remand shall be due the same day, so both motions can be heard on **AUGUST 18, 2005 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 7, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com