Apple Inc. v. Psystar Corporation

Doc. 3179

Ronald L.M. Goldman, State Bar No. 33422
Robert E. Guilford, State Bar No. 29210
BAUM HEDLUND
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233

Attorneys for Plaintiffs

ORIGINAL
FILED

JUN 29 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE A. MCCONLOGUE, individually, and as Guardian Ad Litem on behalf of JESSE D. MCCONLOGUE, a minor, and KRISTEENA N. TINNIN, a minor; and as Successor in Interest of the Estate of JEREMY D. MCCONLOGUE, deceased,<br><br>Plaintiff,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC. and DOES 1-20, inclusive,<br><br>Defendants. | **CASE NO.: C 04-01735 SBA**<br><br>**ECF**<br><br>***EX PARTE* MOTION TO FILE DOCUMENT UNDER SEAL [LR 79-5]** |

## *EX PARTE* MOTION TO FILE DOCUMENT UNDER SEAL [LR 79-5]

The parties to the above-entitled action, by and through counsel, hereby seek permission to file the following documents under seal pursuant to Local Rule 79-5:

- Agreed Motion to (1) Approve Settlement of this action, and (2) Compromise Claims of Minor plaintiffs under C.C.P. § 372 [UNDER SEAL]
- [Proposed] Order Granting Motion to (1) Approve Settlement of this action, and (2) Compromise Claims of Minor plaintiffs under C.C.P. § 372 [UNDER SEAL]



Dockets.Justia.com

These documents seek Court approval of a settlement of all claims reached in this action and contain confidential settlement figures and other personal information which should not be entered into the case docket or scanned by the Court Clerk. Defendant's counsel consents to this motion to file under seal.

For this reason, we ask that this Court grant permission for plaintiff to file these documents "Under Seal."

Dated: June 28, 2005

Respectfully submitted,

BAUM HEDLUND

By: ______________________

Robert E. Guilford, Esq.
12100 Wilshire Blvd., #950
Los Angeles, CA 90025-7106
Tel: (310) 207-3233\Fax: (310) 820-7444
Attorneys for Plaintiff

**DECLARATION OF ROBERT E. GUILFORD, ESQ.**

I, Robert E. Guilford, declare and state:

1. I am an attorney licensed to practice before all the Courts of the State of California and a shareholder of Baum Hedlund, A Professional Corporation, attorneys of record for plaintiff herein. I have been admitted *pro hac vice* to the bar of this Court to prosecute this case. I have personal knowledge of the following facts, and if called upon as a witness, I could and would competently testify thereto, under oath.

2. Plaintiff reached a settlement of all claims herein with all defendants. My office informed the Court of the settlement on or about June 9, 2005. So this Court may approve the settlement generally, and also approve the compromise of the minors' claims, the parties have submitted concurrently herewith the following documents:

- Agreed Motion to (1) Approve Settlement of this action, and (2) Compromise Claims of Minor plaintiffs under C.C.P. § [UNDER SEAL]
- [Proposed] Order Granting Motion to (1) Approve Settlement of this action, and (2) Compromise Claims of Minor plaintiffs under C.C.P. §372 [UNDER SEAL]

3. These documents contain confidential settlement figures and other personal information which should not be entered into the case docket or scanned by the Court Clerk. Defense counsel joins in this motion to file under seal.

4. For this reason, good cause exists for this Court to grant permission for these documents to be filed "Under Seal."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28 day of June, 2005 at Los Angeles, California.

ROBERT E. GUILFORD

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and am not a party to the within action; my business address is 12100 Wilshire Blvd., Suite 950, Los Angeles, California 90025.

On the date hereinbelow specified, I served the documents described as set forth below on the named defendant in this action as follows:

**Date of Service:** **June 28, 2005**

**Documents Served:** ***EX PARTE*** **MOTION TO FILE DOCUMENT UNDER SEAL [LR 79-5]**

**Parties Served:**
**Paul N. Cesari, Esq.**
**Cesari, Werner and Moriarty**
**360 Post Street - Fifth Floor**
**San Francisco, CA 94108-4908**

___ **BY FACSIMILE**

X **(BY U.S. MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing or correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_ **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s) marked on the attached service list.

__ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**EXECUTED**: **June 28, 2005** at Los Angeles, California.

Michael Cornwell