Apple Inc. v. Psystar Corporation Doc. 3181

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## MAGISTRATE JUDGE BERNARD ZIMMERMAN
## CIVIL MINUTE ORDER

DATE: July 7, 2005 @ 9:00 a.m.

TIME: 3 hours 15 minutes

**TITLE OF CASE**: **DOCKET NO.**:

Braun v. County of San Mateo — C03-3415 MJJ (BZ) ☒ REFERRAL

ATTORNEY(S) FOR PLAINTIFF(S): Brad Yamauchi, et al.

ATTORNEY(S) FOR DEFENDANT(S): Michael Murphy; Timothy Fox

COURT REPORTER/TAPE NO., SIDE, REEL NO.:______________________________

**PROCEEDINGS**

☐ NONDISPOSITIVE MOTION
- ☐ CONTESTED
- ☐ UNCONTESTED

☐ DISPOSITIVE MOTION

☐ EVIDENTIARY HEARING

☐ FEE APPLICATION

☐ STATUS CONFERENCE

☐ INITIAL PRETRIAL CONFERENCE (CMC)

☐ DISCOVERY CONFERENCE

☒ SETTLEMENT CONFERENCE

☐ FINAL PRETRIAL CONFERENCE

☐ MOTION HEARING/ARGUMENT

☐ IRS ENFORCEMENT ORDERS

☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF ☐ DEFENDANT ☐ COURT

CASE CONTINUED TO: ______________________________

**NOTES**

Case did not settle.

G:\BZALL\-REFS\REFS.05\BRAUNMINUTE2.ORD

Dockets.Justia.com