Apple Inc. v. Psystar Corporation Doc. 3184

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HCL TECHN0LOGIES (ILLINOIS), INC., fka HCL Enterprise Solutions, Inc., a Delaware corporation,

Plaintiff,

v.

INSEVO, INC., a California corporation, fka TAVIZ TECHNOLOGY, INC., a California corporation, and NOVUS VENTURES II, LP, a California partnership,

Defendants.
______________________________________/

No. C 04-02236 WHA

**RULE 16 ORDER**

As stated at the July 7 hearing, plaintiff must request entry of default by **JULY 19** and move for default judgment by **AUGUST 18, 2005**.

**IT IS SO ORDERED.**

Dated: July 7, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com