David M. Barkan (CSB No. 160825/barkan@fr.com)
Craig C. Compton (CSB No. 215491/compton@fr.com
S. Kameron Parvin (CSB No. 232349/parvin@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
Marvell Semiconductor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>Defendant and Counterclaim Plaintiff. | Case No. C04-4265 MMC<br><br>**MARVELL SEMICONDUCTOR'S ADMINISTRATIVE MOTION TO FILE PAPERS UNDER SEAL PURSUANT TO LOCAL RULE 79-5(d) [Papers Designated Confidential By Another Party]** |

**ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5(d)**

Pursuant to Civil Local Rules 7-11 and 79-5(d), Defendant Marvell Semiconductor, Inc. ("MSI"), hereby requests leave of Court to file the highlighted or annotated portions of the following papers under seal, each of which has been lodged with the Clerk:

1. Identified portions of Exhibit F of the Declaration of Pierre Menard in Support of [Marvell Semiconductor's] Motion [For Summary Judgment of Invalidity of U.S. Patent No. 6,433,608 Pursuant to 35 U.S.C. §§ 102(g) and 102 (a).]

This paper is being filed under seal because the document comprising exhibit F has been designated as Confidential by Realtek Semiconductor, Inc. Exhibit F is a copy of documents



Dockets.Justia.com

produced by Realtek with bates number RTL 203-795. Realtek designated these documents confidential pursuant to Patent L.R. 2-2 which provides that documents provided with the party's patent local rule disclosures may be designated confidential for outside counsel's eyes only.

Although Exhibit F is a document created by non-party Chipworks, and is a reverse-engineering analysis of MSI's products (not Realtek's), Realtek has taken the position that the document is nonetheless confidential to Realtek.

Realtek previously agreed that excerpts from the document could be filed publicly in connection with a motion to compel reply brief filed on April 15, 2005. The pages Realtek agreed could be filed publicly are: RTL 203; 206-215; 226-228; 232-233; 236-237; 256-261; 266-267. Because Realtek has otherwise asserted the document is confidential, MSI is therefore submitting this administrative motion to file under seal all pages that Realtek has not agreed could be filed publicly.

As required by Civil Local Rule 79-5(d), the following additional papers are also being lodged with the Court: (1) redacted copies of said papers; (2) a Chamber's copy of said papers in which the sealable portions of the documents are identified by notations or highlighting within the text.

Dated: July 15, 2005

FISH & RICHARDSON P.C.

By: /s/ David M. Barkan
David M. Barkan

Attorneys for Defendant
MARVELL SEMICONDUCTOR, INC.

50287132.doc