BARRY E. HINKLE, Bar No. 071223
ALAN G. CROWLEY, Bar No. 203438
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone:(510)337-1001 Fax:(510)337-1023

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.

Plaintiff(s)

v.

NOBLE DEBS PLANT, JR., et al.

Defendant(s)

CASE NUMBER: C 04 1291 FMS

## SUBSTITUTION OF ATTORNEY

GIL CROSTHWAITE, et al. (*Name of Party*) x Plaintiff ☐ Defendant ☐ Other ________

hereby substitutes BARRY E. HINKLE and ALAN G. CROWLEY who is

X Retained Counsel ☐ Court Appointed Counsel ☐ Pro Per 1001 Marina Village Parkway, #200 (*Street Address*)

Alameda,CA 94501 (*City, State, Zip Code*) (510)337-1001 (*Telephone Number*) (510)337-1023 (*Facsimile Number*) 071223/203438 (*State Bar Number*)

as attorney of record in the place and stead of TRACY L. MAINGUY (*Present Attorney*)

Dated: July 15, 2005

/s/
*Signature of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: July 15, 2005

/s/
*Signature of Present Attorney*
TRACY L. MAINGUY

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: July 15, 2005

/s/
*Signature of New Attorney*
ALAN G. CROWLEY

---

**Substitution of Attorney is hereby** ☐ **Approved.** ☐ **Denied.**

Dated: 7/19/2005

William Alsup for Susan Illston
**United States District Judge / Magistrate Judge**

---

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form* ***G-76*** *to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at* **www.cacd.uscourts.gov.**

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On the date specified below, I served upon the following parties in this action:

David M. Meegan
Peter J. Pullen
Meegan, Hanschu & Kassenbrock
1545 River Park Drive, Suite 550
Sacramento, CA 95815-1265

Tracy Mainguy
Operating Engineers Local 3
1620 South Loop Road
Alameda, CA 94502

copies of the document(s) described as:

**SUBSTITUTION OF ATTORNEY**

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify that the above is true and correct. Executed at Alameda, California, on July 15, 2005.

/s/
Marveline Carrell