Apple Inc. v. Psystar Corporation Doc. 320

BRUCE C. PIONTKOWSKI (SBN 152202)
GREGORY K STOREY (SBN 211792)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendant
MATTHEW CHIKOSKY

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRAGE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JERRY SPEASL, an individual; MARK K. ROBERTS, an individual; MATTHEW CHIKOSKY, an individual; ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 05-CV-02901 PVT<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; JOINDER IN DEFENDANTS JERRY SPEASL, MARK ROBERTS, AND ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.'S MOTIONS TO DISMISS, FILED JULY 22, 2005 [F.R.C.P. 12(b)(6)]**<br><br>**Date: September 20, 2005**<br>**Time: 10:00 a.m.**<br>**Courtroom: To Be Determined**<br><br>**Judge: Hon. Patricia V. Trumbull** |

Defendant MATTHEW CHIKOSKY, by and through his attorneys, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. Motion to Dismiss filed July 22, 2005, by defendants JERRY A. SPEASL and MARC K. ROBERTS, including the Notice, Memorandum of Points and Authorities, Request For Judicial Notice, and Proposed Order in support thereof.

2. Motion To Dismiss filed July 22, 2005, by defendant ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., including the Notice, Memorandum of Points and Authorities, Request For Judicial Notice, and Proposed Order in support thereof.



Dockets.Justia.com

3. United States Patent No. 5,138,459, issued August 11, 1992 by the United States Patent and Trademark Office. (A true and correct copy of the patent is attached hereto as Exhibit A and incorporated by reference.)

Dated: July 22, 2005

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Bruce C. Piontkowski
BRUCE C. PIONTKOWSKI
Attorneys for Defendant

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose