Apple Inc. v. Psystar Corporation

Doc. 3218

James P. Watson, (SBN 46127)
Bruce K. Leigh (SBN 129753)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

Plaintiffs,

v.

MAGNUM PACIFIC, INC., a California corporation; and MARK SERRANO, an Individual,

Defendants.

**Case No.: 3:04cv1723 MMC**

**PROOF OF SERVICE OF JUDGMENT ON DEFENDANTS**

///

///

///

///

///

///



Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD T. BERGO, et al.,

Plaintiff,

v.

MAGNUM PACIFIC, INC., et al.,

Defendant.

No. CV 04-1723 MMC

**JUDGMENT IN A CIVIL CASE**

() **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** Defendant Magnum Pacific, Inc., and defendant Mark Serrano are jointly and severally liable to plaintiffs, and plaintiffs shall have judgment against said defendants, for the total sum of $15,252.48, consisting of delinquent employer contributions ($7257.88), pre-judgment interest ($1731.20), and liquidated damages ($900), together with costs of suit ($413.40) and attorneys' fees ($4950).

Dated: December 13, 2004

Richard W. Wieking, Clerk

By: /s/ Tracy Lucero
Deputy Clerk

I, Christine Coopey, am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

On Tuesday, July 26, 2005, I served the following document(s), copy attached, described as:

**JUDGMENT IN A CIVIL CASE**

on the following party/parties:

| | |
|---|---|
| MAGNUM PACIFIC, INC.<br>MARK SERRANO<br>1571 Oak Park Blvd.<br>Pleasant Hill, CA 94523 | Mark Serrano<br>214 Britain Ct.<br>Alamo, CA 94507 |

_XX____ BY MAIL with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & WATSON's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on July 26, 2005, at San Francisco, California.

Christine Coopey

F:\CASES\8000\8000.191 Magnum Pacific\PLEADINGS\Default Judgment\POS Judgment.doc