HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP
M. D. MOYE – 152871
WALTER R. SCHNEIDER – 173113
LORIANNE CONKLIN - 213344
333 Market Street, Suite 2300
San Francisco, California 94105-2173
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
mmoye@hansonbridgett.com

Attorneys for Defendant
WOODRUFF-SAWYER & CO.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLIED NORTH AMERICA INSURANCE BROKERAGE CORP. OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>WOODRUFF-SAWYER, a California corporation; DERMOD HOUWELING, an individual,<br><br>Defendants. | Case No. C 04-2527 MJJ<br><br>**DECLARATION OF WALTER R. SCHNEIDER IN SUPPORT OF DEFENDANT WOODRUFF-SAWYER'S MOTION FOR SUMMARY JUDGMENT (OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT)**<br><br>**[FRCP 56]**<br><br>Date: August 30, 2005<br>Time: 9:30 a.m.<br>Judge: Hon. Martin J. Jenkins<br>Action Filed: June 24, 2004 |
| AND RELATED COUNTER-CLAIMS. | |

I, WALTER R. SCHNEIDER, an attorney duly admitted to practice before the courts of the State of California and the Northern District of California, hereby declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner of the firm of Hanson, Bridgett, Marcus, Vlahos & Rudy LLP, counsel for Defendant Woodruff-Sawyer ("Defendant") in the above-entitled action, and I am familiar with the facts and circumstances in this action. I make this declaration based on my own personal knowledge, except for those matters described as on information, and if called as a



Dockets.Justia.com

witness, could and would testify competently to the matters set forth herein. I respectfully submit this Declaration in Support Defendant's Motion for Summary Judgment.

2. On August 6, 2004, I appeared in the deposition of William Stronck conducted at 850 Hansen Way, Palo Alto. A true and correct copy of relevant excerpts of Mr. Stronck's deposition testimony from the transcript provided to our office by the certified shorthand reporter are attached hereto as **Exhibit A** ("**Stronck Depo.**").

3. On August 8, 2004, I appeared in the deposition of Dermod Houweling conducted at Dorsey & Whitney, 4 Embarcadero, 34th Floor, San Francisco. A true and correct copy of relevant excerpts of Mr. Houweling's deposition testimony from the transcript provided to our office by the certified shorthand reporter are attached hereto as **Exhibit B** ("**Houweling Depo.**").

3. On January 6, 2005 I defended the deposition of Charles Shoemaker at Dorsey & Whitney, 4 Embarcadero, 34th Floor, San Francisco. A true and correct copy of relevant excerpts of Mr. Shoemaker's deposition testimony from the transcript provided to our office by the certified shorthand reporter are attached hereto as **Exhibit C** ("**Shoemaker Depo.**").

I declare under penalty of perjury that the foregoing is true and correct. Subscribed and sworn this 26th day of July, 2005, at San Francisco, California.

By: /s/
WALTER R. SCHNEIDER