Apple Inc. v. Psystar Corporation Doc. 3229

GUY B. WALLACE (State Bar No. 176151)
ELISA P. LAIRD (State Bar No. 225563)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
TTY: (415) 421-1655

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE JAULUS, as guardian ad litem of DAVID JAULUS, on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br>vs.<br><br>SAN RAFAEL CITY SCHOOLS ("SRCS" or "the DISTRICT"); LAURA D. ALVARENGA, in her official capacity as SUPERINTENDENT; JON LOBERG, in his official capacity as PRESIDENT of the SCHOOL BOARD; JENNY CALLAWAY, in her official capacity as VICE PRESIDENT of the SCHOOL BOARD; NORMAN HERING, GREG KNELL, and NATU TUATAGALOA, in their official capacities as members of the SCHOOL BOARD,<br><br>Defendants. | No. CV 04-03992 (MHP)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE TRIAL SCHEDULE, MEDIATION, AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |



Dockets.Justia.com

IT IS HEREBY STIPULATED by and between the parties that:

1. The dates governing discovery, motion practice, and trial shall be set as follows:

The trial date shall be set for December 4, 2006;

The non-expert discovery cut-off date shall be August 1, 2006;

The pre-trial conference shall be held fifteen days before the start of trial.

Further dates shall be set by the Court.

2. The parties will return to mediation with Judge Lynch in August 2005 on a date set by the mediator at his discretion.

3. The Case Management Conference, currently scheduled for August 1, 2005, shall be continued to a date agreed upon by the parties during the mediation on which this Court is available, not to exceed 30 days from the date of the originally scheduled Case Management Conference.

Dated: July 29, 2005

SCHNEIDER & WALLACE

ELISA P. LAIRD
Attorneys for Plaintiffs

Dated: July 29, 2005

STUBBS & LEONE

LOUIS A. LEONE
Attorneys for Defendants

## ORDER

**IT IS SO ORDERED.**

DATED: ________________

_________________________________
HON. MARILYN H. PATEL
United States District Judge