Allan Steyer
**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, CA 94111
415-421-3400
415-421-2234 (fax)
**Attorneys for Plaintiffs**

[Other counsel appear on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Chiengthong Kongkham, et al., v. Micron Technology, Inc., et al.* (3:05-cv-02013-PJH);<br><br>*Leonard M. Kaplan v. Micron Technology. Inc., et al.* (C 05-cv-2907-PJH);<br><br>*Mike Kinkade, et al., v. Micron Technology. Inc., et al.* (3-05-cv-01883-PJH); and<br><br>*Don Greene, et al., v. Micron Technology, Inc., et al.* (3:05-cv-01884-PJH). | Master File No. M-02-1486-PJH<br><br>MDL No. 1486<br><br>**STIPULATION** |

**<u>Stipulation for Remand Motion Briefing Schedule</u>**

The Parties to the above-captioned actions stipulate to the following:

1. Plaintiffs will submit one consolidated brief supporting the motions for remand in the four captioned cases on August 8, 2005;

2. Defendants shall file a consolidated opposition on August 26, 2005;

3. Plaintiffs shall file a consolidated reply, if any, on August 31, 2005;



Dockets.Justia.

Dated: July ____, 2005

STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP

By: *s/Allan Steyer*
Allan Steyer

One California Street, Third Floor
San Francisco, CA 94111
415-421-3400 x2832
415-421-2234 (fax)
lwilliams@steyerlaw.com

***Attorneys for Plaintiffs Kongkham, Kaplan, Kincade, and Greene***

James F. Wyatt, III
WYATT & BLAKE LLP
435 East Morehead Street
Charlotte, NC 28202-2609
704-331-0767
Fax: 704-331-0773

Timothy D. Battin
STRAUS & BOIES LLP
10513 Braddock Road
Fairfax, VA 22032
703-764-8700

***Attorneys for Plaintiff Kongkham***

William F. Patterson, Jr.
FORMAN ROSSABI BLACK, P.A.
3623 N. Elm Street, Suite 200
Greensboro, NC 27455
336-378-1899

***Attorneys for Plaintiff Kaplan***

C. Dewey Branstetter, Jr.
James G. Stranch, III
J. Gerard Stranch, IV

BRANSTETTER, KILGORE, STRANCH & JENNINGS
227 Second Avenue North
Nashville, TN 37201
615-254-8801

***Attorneys for Plaintiff Kinkad***

Daniel E. Gustafson
Renae D. Steiner
GUSTAFSON GLUEK PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
612-333-8844

Edward M. Gergosian
Robert J. Gralewski, Jr.
GERGOSIAN & GRALEWSKI LLP
550 West C Street, Suite 1600
San Diego, CA 92101
619-230-0104

Dennis Stewart
HULETT HARPER STEWART LLP
550 West "C" Street, Suite 1600
San Diego, CA 92101
619-338-1133

***Attorneys for Plaintiff Kaplan and Kinkade***

Douglas S. Johnston
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201
615-244-2202

Jeffrey A. Bartos
GUERRIERI EDMOND & CLAYMA PC
1625 Massachusetts Avenue N.W.
Washington, D.C. 20036
202-624-7400

Wyatt B. Durrette
DURRETTE BRADSHAW
600 East Main Street, 20th Floor
Richmond, VA 23219
804-775-6900

***Attorneys for Plaintiff Greenee***

PILLSBURY, WINTHROP LLP

By: *s/Terrence Callan*
Terrence A. Callan

Albert J. Boro, Jr.
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120-7880
O'MELVENY & MYERS LLP
Kenneth R. O'Rourke
Daniel L. Alexander
400 South Hope Street
Los Angeles, CA 90071-2899

Ian Simmons
1625 Eye Street, Northwest
Washington, DC 20006

***Attorneys for Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.***

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP

By: *s/Steven Morrissett*
Steven H. Morrissett

700 Hansen Way
Palo Alto, CA 94304

COLLETTE, ERICKSON, FARMER & O'NEILL LLP
William Farmer, Jr.
235 Pine St, Suite 1300
San Francisco, CA 94104

***Attorneys for Defendant Winbond Electronics Corporation America***

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: *s/James McGinnis*
James L. McGinnis

Gary L. Halling
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106

TOPEL & GOODMAN

By: *s/William Goodman*
William M. Goodman

832 Sansome Street, 4th Floor
San Francisco, CA 94111

***Attorneys for Defendant Mosel Vitelic Corporation***

AKIN GUMP STRAUSS HAUER & FELD LLP
Jonathan M. Jacobson
Stephen A. Mansfield
Robert B. Humphreys
590 Madison Avenue
New York, NY 10022

***Attorneys for Defendant Samsung Semiconductor, Inc.***

ORRICK HARRINGTON & SUTCLIFFE

By: *s/Robert Freitas*
Robert E. Freitas

Howard M. Ulman
405 Howard Street
San Francisco, CA 94105

***Attorneys for Defendant Nanya Technology Corporation USA***

KAYE SCHOLER LLP

By: *s/Julian Brew*
Julian Brew

Aton Arbisser
Tanja Shipman
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067

GIBSON DUNN & CRUTCHER LLP

By: *s/Joel Sanders*
Joel S. Sanders

One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA 94104

KIRKLAND & ELLIS
Saretta McDonough
777 South Figueroa Street
zLos Angeles, CA 90017-2513

Tefft W. Smith
Karen N. Walker
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793

**Attorneys for Defendant Infineon Technologies North America Corp. and Infineon Technologies AG**

ARNOLD & PORTER LLP
Ronald C. Redcay
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-2513
**Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.**

THELEN REID & PRIEST LLP

By: *s/Robert Pringle*
Robert B. Pringle

Paul R. Griffin
101 Second Street, Suite 1800
San Francisco, CA 94105-3601

**Attorneys for Defendant Elpida Memory (USA) Inc., Elpida Memory, Inc. and NEC Electronics America, Inc.**

It is SO ORDERED this ____ day of August, 2005.

______________________________
District Judge Phyllis J. Hamilton
United States District Judge