UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MINNESOTA LIFE INSURANCE COMPANY,

Plaintiff(s),

v.

RAUL MARTINEZ, as Administrator of the ESTATE OF GILBERT RODRIGUEZ

Defendant(s).
_______________________________/

CASE NO. C05 01669 HRL

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓ Private ADR (*please identify process and provider*) JAMS

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

other requested deadline ______________________

Dated: 8/2/05

[signature]
Attorney for Plaintiff

Dated: ____________

______________________
Attorney for Defendant

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Minnesota Life Ins
Plaintiff,

v.

MARTINEZ et al

Defendant.

No. C05 01669 HRL

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration ☐ ENE ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR *(please identify process and provider)*

Mediation with JAMS

Dated: 8/2/05 ______________________
Attorney for Plaintiff

Dated: 8/2/05 [signature]
Attorney for Defendant

IT IS SO ORDERED:

Dated: ______________ ______________________
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINNESOTA LIFE INSURANCE
Plaintiff,

v.

RAUL MARTINEZ ET AL.

Defendant.

No. C 05-01669-HRL

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

Court Processes:

☐ Arbitration ☐ ENE ☐ XX Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

Private Process:

XXX ☐ Private ADR *(please identify process and provider)*

JAMS, San Jose Office

Dated: ____________ ____________ Attorney for Plaintiff

Dated: 8-2-5 [signature] Attorney for Defendant

IT IS SO ORDERED:

Dated: ____________ ____________ UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
Private ADR

Deadline for ADR session

90 days from the date of this order.
other

IT IS SO ORDERED.

Dated:________________ ___________________________________

UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On August 2, 2005, I served the following document(s) by the method indicated below:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS – ADR CERTIFICATION**

☐ by transmitting via facsimile on this date from fax number 510.273.8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

William G. Priest, Jr., Esq.
28 North First Street, Suite 100
San Jose, CA 95113

Anthony James Keiley III, Esq.
Carter Dougherty & Keiley
2397 Forest Avenue
San Jose, CA 95128

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 2, 2005, at Oakland, California.

Barbara Curzi

Barbara Curzi