Apple Inc. v. Psystar Corporation Doc. 3246

NOTICE

| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401 (K) PLAN<br>v.<br>CANVAS SPECIALTY, INC. | DOCKET NO. C-05-926-SC<br>CASE: X CIVIL ☐ CRIMINAL |

_____ TAKE NOTICE that a proceeding in the above-entitled case has been set for the time, date and place set forth below

| | |
|---|---|
| PLACE: U.S. DISTRICT COURT<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102 | **COURTROOM: 1** **FLOOR: 17**<br>**DATE:_________** **TIME: 10:00 A.M.** |
| TYPE OF PROCEEDINGS:<br>**CASE MANAGEMENT CONFERENCE** | |

**XXX** TAKE NOTICE that the proceeding in the above-entitled case, has been **ADVANCED** as indicated below:

| DATE & TIME PREVIOUSLY SET | DATE & TIME **ADVANCED** TO | |
|---|---|---|
| **8/19/05** | **8/18/05 @ 10:00 A.M.** | PLACE: U.S. DISTRICT COURT<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102 |

______As surety for the defendant, you are required to produce the defendant's person in court at the time, date and place set forth above; otherwise, the bail may be forfeited.[1]

| | |
|---|---|
| RICHARD W. WIEKING<br>CLERK OF THE COURT | SPECIAL PROCEDURES OR REQUIREMENTS: |
| T. DE MARTINI<br>DEPUTY CLERK DATE: 8/3/05 | |
| _XX____individual's attendance is required in person | |

[1]Applies only in criminal cases

Dockets.Justia.com