Apple Inc. v. Psystar Corporation Doc. 3265

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**THE HONORABLE CHARLES R. BREYER**
Courtroom Clerk: **Barbara Espinoza**

**CRIMINAL PRETRIAL MINUTES**

Date: **August 03, 2005**

Reporter: Leo Mankiewicz

**Case No: CR-05-0503CRB**

**DEFT: LONNIE D. FOWLER**
(X)Present ( )Not Pres ( )In Custody

AUSA: Susan Jeriche

DEF ATTY: Ron Tyler

**REASON FOR HEARING** Change of Plea

**RESULT** the Court orders that CR05-0503WHA is related to CR-05-0194CRB; the defendant is placed under oath, enters a plea of guilty to counts 1 and 2 of the information; the Court accepts plea and the defendant is adjudged guilty. The defendant consents to charges brought by information and waives his right to a grand jury.

Motions (if any) to be filed no later than ________________

Motions to be noticed to be heard no later than ________________ otherwise, they will be deemed to be waived.

**Case Continued to** October 19, 2005 @ 2:15 p.m. **for** Judgment and Sentence

**JUDGMENT** ________________

Notes: ________________

Dockets.Justia.com