Apple Inc. v. Psystar Corporation Doc. 3266

Jeremy Sugerman, Esq., SBN 146315
**GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP**
222 Kearny Street, Suite 650
San Francisco, CA 94108
Tel: (415) 421-3100
Fax: (415) 421-3150

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLOTTE M. PERRY,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, and DOES 1-30, et al.,<br><br>Defendants. | CV No. C 05 03102 MHP<br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADINGS** |

WHEREAS, Defendant STANDARD INSURANCE COMPANY ("Standard") removed the Complaint filed in Superior Court by Plaintiff CHARLOTTE M. PERRY ("Plaintiff") on July 28, 2005;

WHEREAS, a responsive pleading to the Complaint must be filed and served by August 5, 2005;

WHEREAS, for good cause, the parties wish to extend the time within which a responsive pleading to the Complaint must be filed and served by fourteen (14) days;

IT IS HEREBY STIPULATED by and between Plaintiff and Standard, by and through their respective attorneys of record, that the time within which a responsive pleading to plaintiff's Complaint must e filed and served is extended by fourteen (14) days to August 19, 2005.

///

///



Dockets.Justia.com

IT IS SO STIPULATED.

DATED: August 4, 2005

LAW OFFICES OF
LAURENCE F. PADWAY

By: /s/ *Laurence F. Padway*
Laurence F. Padway
Attorney for Plaintiff Charlotte M. Perry

Dated: August 4, 2005

GORDON-CREED, KELLEY,
HOLL & SUGERMAN, LLP

By: /s/ *Jeremy Sugerman*
Jeremy Sugerman
Attorney for Defendant Standard Insurance Company