Apple Inc. v. Psystar Corporation

Doc. 3277

DOCUMENTS UNDER SEAL [ ]

DOCUMENT NUMBER:

| | | |
|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Lashanda Scott | REPORTER/FTR<br>11:54-11:58 |
| MAGISTRATE JUDGE<br>Bernard Zimmerman | DATE<br>August 16, 2005 | NEW CASE [ ] / CASE NUMBER<br>CR05-0491 VRW |

## APPEARANCES

| | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>Oleg Gladshteyn | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Anthony Gibbs | PD. [ ] RET. [ ]<br>APPT. [ ] |
| U.S. ATTORNEY<br>Anjali Chatervedi | INTERPRETER | | | [ ] FIN. AFFT SUBMITTED | [ ] COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | DEF ELIGIBLE FOR APPT'D COUNSEL [ ] | PARTIAL PAYMENT OF CJA FEES [ ] |

## PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| | | | | |
|---|---|---|---|---|
| [ ] INITIAL APPEAR<br>time | [ ] PRELIM HRG<br>time | [ ] MOTION<br>time | [ ] JUGM'T & SENTG<br>time | [ ] STATUS<br>time |
| [ ] I.D. COUNSEL<br>time | [ ] ARRAIGNMENT<br>time | [ ] BOND SIGNING<br>time | [ ] IA REV PROB. or S/R<br>time | [ ] BAIL REVIEW<br>time |
| [x] DETENTION HRG<br>time 4 min | [ ] ID/REMOVALHRG<br>time | [ ] CHANGE PLEA<br>time | [ ] PROB. REVOC.<br>time | [ ] SUP REL HRG<br>time |

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| [ ] ADVISED OF RIGHTS | [ ] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |

FILED
AUG 16 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |

## RELEASE

| | | | | |
|---|---|---|---|---|
| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED<br>DATE: |
| PROPERTY TO BE POSTED<br>[ ] CASH $ | | CORPORATE SECURITY [ ] | REAL PROPERTY: [ ] | |
| [x] MOTION FOR DETENTION | [ ] PRETRIAL SERVICES REPORT | [x] DETAINED | [ ] RELEASED | [x] DETENTION HEARING AND FORMAL FINDINGS WAIVED / [x] REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| | | | |
|---|---|---|---|
| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| | | | | |
|---|---|---|---|---|
| TO:<br>10/18/2005 | [ ] I.D. COUNSEL | [ ] BOND SIGNING | [ ] STATUS RE: CONSENT | [x] STATUS/TRIALSET |
| AT:<br>10:30 a.m. | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING OR ARRAIGN-MENT | [ ] CHANGE OF PLEA | [ ] BAIL REVIEW |
| BEFORE HON.<br>VRW | [ ] DETENTION HEARING | | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY/ REMOVAL | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP.REL. REV. HEARING |

## ADDITIONAL PROCEEDINGS

cc: BZ, Pretrial, VRW

Dockets.Justia.com