H. Jonathan Redway *(Pro Hac Vice)*
Linda M. Goldman, Esq. (SBN 215,125)
WHITE, REDWAY & BROWN LLP
1217 King Street
Alexandria, VA 22314
Telephone: (703) 299-0035
Facsimile: (703) 299-0036

Michael K. Bosworth, Esq. (SBN 75,887)
Kirk M. Nuzum, Esq. (SBN 144,745)
BURNS, DOANE, SWECKER & MATHIS, LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

Attorneys for Plaintiff Calyx Technologies Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALYX TECHNOLOGIES, INC., dba CALYX SOFTWARE, a California Corporation,<br>Plaintiff,<br>v.<br>ELLIE MAE, INC., a California corporation,<br>Defendant. | Case No. CO4 01640 SI<br>**[PROPOSED] ORDER GRANTING CALYX TECHNOLOGIES, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

After reviewing Plaintiff, Calyx Technologies, Inc., Motion to Remove Incorrectly Filed Document, and considering the supporting declaration, and opposition thereto, as well as the pleadings and papers on file with the court, it is hereby ordered that:

///

///

///

///

///



Dockets.Justia.com

Document number 228 entitled "Motion for Leave to File Third Amended Complaint and Exhibit A – Proposed Third Amended Complaint", electronically filed August 18, 2005 by Calyx Technologies, Inc., be permanently removed from the Court's docket in the above-captioned matter.

IT IS SO ORDERED.

Dated: ______________________ ____________________________________________

Honorable Susan Illston
Judge of the U.S. District Court