employment relationship between you and JetBlue. Accordingly, JetBlue may add or modify policies, rules and regulations in the ordinary course of business.

We believe you have what it takes to be successful at JetBlue Airways and hopes that you will accept this offer and become a part of the airline's exciting future. In order to accept, simply sign below and return this letter to our office as soon as possible. We look forward to having you as part of our crew at JetBlue. If you have questions, please contact Lisa Pool at 1-718-286-7985, 80-02 Kew Gardens Road, Kew Gardens 11415.

Sincerely,
**JetBlue Airways Corporation**
Barbara J. Shea
Barbara Shea
Director, People Department

I hereby accept employment as a Ground Customer Service Crewmember and agree to the terms and conditions contained in this letter.

Shawn Granberry
Mr. Shawn Granberry

Date

***Note: Please return one letter in its entirety.***

EOE/M/F/D/V

# EXHIBIT I

company of continued employment, compensation or benefits of any kind. JetBlue reserves the right to amend, change, or cancel this guide or any other practice, plan, administrative guide, or part thereof at its discretion, with or without notice.

By signing below, you certify that you have reviewed and understand the Blue Book, and agree to comply with all policies and procedures contained herein.

PRINT Shawn Granberry
NAME/LOCATION

[signature]
SIGNATURE

9/28/01
DATE



PENGAD-Bayonne, N. J. DEFENDANT'S EXHIBIT I 10.15.04 GRANBERRY

# EXHIBIT J

Safety Caring Fun Integrity Passion

# The Blue Book

CREW HANDBOOK

jetBlue AIRWAYS

jetBlue AIRWAYS

To Fly: www.jetblue.com or 1 (800) JETBLUE

DEFENDANT'S EXHIBIT J

PENGAD-Bayonne, N. J.

10.15.04

GRANBERRY

2001 HANDBOOK

# CONTENTS

| | |
|---|---|
| INTRODUCTION | 2 |
| ABOUT THE BLUE BOOK | 3 |
| VALUE-BASED GUIDELINES FOR SUCCESS | 4 |
| JetBlue Crewmember Conduct | 4,5 |
| Code of Conduct | 5 |
| Drug-Free Workplace | 5,6 |
| Personal Appearance | 6 |
| CREATING A COMFORTABLE PLACE TO WORK | 6 |
| Employees with Disabilities | 6 |
| Equal Employment Opportunity | 7 |
| Sexual Harrasment | 7,8 |
| Discrimination | 8 |
| ATTENDANCE | 9,10 |
| HOURS | 10 |
| SMOKING | 10 |
| SOLICITATION | 10 |
| MEDIA CONTACT | 11 |
| AIRLINE INDUSTRY LINGO | 11,12 |
| ACKNOWLEDGEMENT | 13 |

## INTRODUCTION

JetBlue Airways took to the air on February 11, 2000 with the inauguration of its first flight to Fort Lauderdale, Florida. Now, just over a year later, JetBlue serves 12 cities across the country. Three new cities (Seattle, Denver and Syracuse) will be launched in May this year, with many more to follow as JetBlue grows. JetBlue currently operates a fleet of 11 brand new, environmentally-friendly 162-seat Airbus A320 aircraft, all equipped with free LiveTV, offering 24 channels of satellite television at every seat. JetBlue will take delivery of ten more brand new Airbus A320 aircraft in 2001. JetBlue's origins date back to 1993, when JetBlue CEO David Neeleman sold his first airline, the Salt Lake City-based Morris Air, to Southwest Airlines. It was as a founder and President of Morris Air that David Neeleman proved that innovative, high-quality airline service coupled with low fares will attract a strong and loyal market. Following the sale of Morris Air, David went on to help launch WestJet, a successful Canadian low-fare carrier, and to develop the e-ticketing system that he had implemented at Morris Air into Open Skies, the world's simplest airline reservation system. He sold Open Skies to Hewlett Packard in 1999.

With three successful aviation businesses under his belt, David decided the time was right to bring his airline formula to the world's largest aviation market, New York City. In July 1999, having secured a hand-picked management team and $130 million in capital funding from investors such as Weston Presidio Capital, George Soros and Chase Capital, David shook up the aviation industry with the announcement of his plan to launch a new airline that would bring "humanity back to air travel."



## ABOUT THE BLUE BOOK

This Blue Book is your blueprint - or your "JetBluePrint" - for working at JetBlue.

A blueprint is a plan that is drawn up for the construction of a building. A building blueprint details a building's design and construction specifications: for example, which will be the load-bearing walls, how the roof is to be constructed, and where the doors and windows will be located. Essentially, a blueprint provides a vision of the structure once it's constructed. All structures need a blueprint before they can be built. Without it, the builders would not know where to begin or what to do next.

Similarly, the Blue Book provides you with directions for working at JetBlue. As our "JetBluePrint," the Blue Book outlines the structure of JetBlue, detailing the expectations and vision of the company, and ensures that all JetBlue Crewmembers are working toward the same goals.

Blueprints don't come with a lot of words. And neither does this Blue Book. An architect assumes the builder knows how to build the structure detailed in the blueprint. And JetBlue does the same with you. You have been employed because we believe you have the experience and skills to do your job well.

The Blue Book is not a rule book. It is not designed to tell you how to do your job or how to be a good Crewmember. We know you already know how to do that. The role of the Blue Book is to give you a "JetBluePrint" for a successful career with JetBlue.

As well as providing directions for working at JetBlue, the Blue Book also outlines JetBlue's commitments to you, as your employer, and our

expectations of you, as a Crewmember.

JetBlue's first expectation of you as a Crewmember is that you understand the five JetBlue values - Safety, Caring, Integrity, Fun and Passion - and use them as the basis for all your decisions at JetBlue.

To use the building blueprint example again, there are certain walls in a building that are more important than others. They are called load-bearing walls and they bear the weight of the structure. A building would collapse without load-bearing walls. That is why builders must refer to the blueprint whenever they add to or alter a building. The JetBlue Values are the load-bearing walls on our "JetBluePrint." The JetBlue Values support every decision we make at JetBlue and are a guide for making strong, long-lasting decisions that sustain the company.

No single book can provide answers for every situation. JetBlue believes in your good judgment, and we ask that you use it, and the JetBlue Values, to ensure all your decisions are in the best interest of JetBlue, its Customers and Crewmembers.

## VALUE-BASED GUIDELINES FOR SUCCESS

The following are basic guidelines for working at JetBlue. They are based on the JetBlue Values, as well as the federal, state and local regulations that JetBlue must comply with as a business operating in the U.S.

### JetBlue Crewmember Conduct

As a Crewmember you are expected to meet certain standards of personal conduct. In overview, Crewmembers should:

* **Support The JetBlue Values** — Your performance



and conduct should always reflect the JetBlue Values — Safety, Caring, Integrity, Fun and Passion — and JetBlue's goals for Customer satisfaction and profitability.

* **Be On Time** — JetBlue's success relies on our providing on-time service for our Customers. No matter what your job or position is at JetBlue, our Customers and your fellow Crewmembers rely on you to be at work on time, fit and ready to perform your job to the very best of your abilities.

* **Make A Good Impression** — You are asked to dress appropriately, practice teamwork with your fellow Crewmembers, follow established policies and procedures, and conduct yourself in a way that reflects positively on JetBlue.

### Code of Conduct

Your behavior and attitude on the job can affect the experience our Customers have with JetBlue and the ability of fellow Crewmembers to carry out their jobs safely and effectively.

Certain behavior will not be tolerated at JetBlue and may result in immediate dismissal. Unacceptable behavior includes, but is not limited to: violation of safety guidelines; falsification of reports, records or forms; use or possession of intoxicants or drugs; possession of firearms; insubordination; harassment of any type of another Crewmember; unauthorized use or removal of company property; and revealing confidential information without authorization.

### Drug-Free Workplace

JetBlue is committed to a drug-free work environment. A Crewmember who conducts company business while under the influence of any drug or illegal substance compromises their job performance and the safety of Customers and fellow

Crewmembers, and will be subject to disciplinary action.

In pursuit of a drug-free work environment, all new and rehired Crewmembers are required to take a drug screening test. JetBlue reserves the right to require a drug test of any Crewmember at any time.

Certain Crewmembers are subject to the FAA random drug-testing program and may be asked to submit to an FAA-sponsored drug testing at any time. More information about random drug-testing will be provided by your supervisor and during training.

A drug and alcohol policy statement may be obtained from your supervisor or the People Department at any time.

## Personal Appearance

Crewmembers are required to present a clean, well-groomed, professional appearance at all times. That does not mean you can not express your individuality through your clothes; however, extreme deviation from a standard professional appearance is discouraged.

Certain JetBlue departments have additional or specific personal appearance guidelines and policies.

## Creating a Comfortable Place to Work

### Employees With Disabilities

JetBlue is firmly committed to complying with the Americans with Disabilities Act (ADA) and other federal and state legislation designed to ensure equal employment opportunities to persons with disabilities. JetBlue prohibits discrimination on the basis of disability in regard to all employment practices or terms, conditions and privileges of employment. Consistent with this policy and applicable law, JetBlue will make reasonable accommodation to the known physical or mental limitations of qualified applicants or employees, unless to do so would cause an undue hardship on the operation of its business.



### Equal Employment Opportunity

It is JetBlue's policy to be fair and impartial in all of its relations with Crewmembers and applicants for employment and to make all employment-related decisions without regard to race, religion, color, national origin, age, sex, disability or any other categories protected by federal, state or local law. This policy applies to the recruitment, hiring, training, promotion, and all other personnel actions and conditions of employment such as compensation, benefits, layoffs and reinstatements, training, and disciplinary measures. Decisions regarding employment and promotion are based solely upon valid job-related factors.

Crewmembers with questions or concerns about any type of discrimination in the workplace are encouraged to bring these issues to the attention of their supervisor or the People Department. Crewmembers can raise concerns and make reports without fear of reprisal. Anyone found to be engaging in any type of unlawful discrimination will be subject to disciplinary action, up to and including termination of employment.

### Sexual Harassment

Sexual harassment is illegal. JetBlue strives to foster a work environment free of sexual discrimination, intimidation and insult. JetBlue prohibits any Crewmember from making unwelcome and unsolicited sexual advances, or engaging in other verbal or physical conduct of a sexual nature, when an individual's submission to that conduct is made explicitly or implicitly a term or condition of that individual's employment, or when that conduct

creates an intimidating, hostile, or offensive working environment. Sexual harassment is a form of misconduct that undermines both personal and professional relationships in the workplace. Every Crewmember must be assured that he or she can work in an environment that is free from unwanted and unwelcome sexual overtures.

Sexual harassment creates unacceptable stress for the entire organization, adversely affecting morale, demeans the individual so treated, and could cause potentially devastating costs to the Company. JetBlue believes that courteous, mutually respectful, pleasant, non-coercive interactions between Crewmembers will best serve the well-being of each individual and JetBlue.

Any Crewmember who believes that he or she is the victim of any type of discriminatory conduct, including sexual harassments should bring that conduct to the immediate attention of his or her supervisor, the People Department or any member of management. The Company will conduct a prompt and thorough investigation of all the circumstances surrounding the alleged incident in a confidential nature. If the investigation discloses that an individual has committed an act of discrimination, that individual will be subject to appropriate disciplinary action, up to and including termination. Retaliation in any form against a Crewmember who complains of discrimination or harassment is strictly prohibited and will result in appropriate disciplinary action. Any supervisor to whom a Crewmember brings a complaint of sexual harassment but who fails to take appropriate action to resolve it will also be disciplined.

**Discrimination**

JetBlue expects that all Crewmembers will treat each other with fairness and respect. Discrimination or harassment on the basis of race, religion, color, gender, age, disability or national origin, or as provided under state or local law, will not be tolerated and is strictly prohibited. Offensive language is viewed as harassment and will also not be tolerated.

Any Crewmember who believes that he or she is the victim of any type of discriminatory conduct should bring that conduct to the immediate attention of his or her supervisor, the People Department Director or any member of management. JetBlue will conduct a prompt and thoroug investigation of all the circumstances surrounding the alleged incident in a confidential nature. If tł investigation discloses that an individual has committed an act of discrimination, that individual wi be subject to appropriate disciplinary action, up tc and including termination. Retaliation in any forr against a Crewmember who complains of discrimination or harassment is strictly prohibited and wi result in appropriate disciplinary action. Any supervisor to whom a Crewmember brings a complaint of discrimination but who fails to take appr priate action to resolve it will also be disciplined.

JetBlue vigorously complies with all laws relating harassment and discrimination in the workplace not just because it is the law but because it is the right thing to do. A work environment that is rife with fear, stress or uncertainty is counterproducti and intolerable. It is important that we all "know our audience" and be sensitive to what and how v communicate.

Discrimination and harassment violate every JetBlue Value.

## ATTENDANCE

Every Crewmember is integral to JetBlue's operations and success. Your being at work on time, fit and ready for duty, allows JetBlue to live

up to its commitment to its Customers. Obviously, there are times when you can't help being absent. However, your job is important and other people depend on you, so please let your supervisor know as far in advance as possible if you will be late or absent from work. That way they can make alternative arrangements and you can avoid disciplinary action.

Three consecutive days of unreported absence will be considered job abandonment and a resignation from the company.

## HOURS

Hours of work may differ for Crewmembers, depending on their department, or the shifts they have bid on or been scheduled to work. Unless specifically instructed otherwise, Crewmembers must work the hours for which they are scheduled.

## SMOKING

JetBlue maintains a smoke-free work place. There is no smoking in any area of JetBlue.

## SOLICITATION

The conducting of non-JetBlue business, such as canvassing, collection of funds, pledges, circulation of petitions, solicitation of memberships, or similar types of activity is not permitted during working hours of either the Crewmember doing the soliciting or the Crewmember being solicited. The distribution of non-JetBlue literature, leaflets, letters or other written materials by any Crewmember is not permitted during the working hours of either the distributing Crewmember or the Crewmember to whom the non-company literature is being distributed.

## MEDIA CONTACT

As a high-profile company in a high-profile industry, JetBlue attracts significant media interest. Experience shows that it takes consistent and professional care to handle the media and to prevent inaccurate information from being published. So please, leave the media to the experts! If a member of the media approaches you for any reason, you must politely and calmly refer them to JetBlue's Corporate Communications department.

## AIRLINE INDUSTRY LINGO

The following is a glossary of frequently used terms and abbreviations used in the airline industry.

**A/C:** Abbreviation for "aircraft"
**AFT:** Rear (back) of the aircraft
**Aisle:** Walkway through the center of the aircraft
**ATC:** Abbreviation for "Air Traffic Control"
**Bid:** The process for submitting selections for work shifts
**Bulkhead:** Wall that separates the aircraft cabin, or a wall that separates the galleys and lavatories from passenger seats
**Cabin:** The interior of the aircraft
**CASM:** Abbreviation for "Cost Per Available Seat Mile"
**CPT:** Abbreviation for "Captain"
**Crew Base:** City within JetBlue network assigned to Crewmembers as a point of origin and termination for trips
**Department of Transportation (DOT):** U.S. agency responsible for all forms of transportation. The FAA is part of DOT.
**ETA:** Abbreviation for "Estimated Time of Arrival"
**ETD:** Abbreviation for "Estimated Time of Departure"
**F/A:** Abbreviation for "Flight Attendant"
**Federal Aviation Administration (FAA):** U.S. government agency that sets standards for aircraft and

people working in the aviation field, and monitors the performance of air carriers

**Flight Information Display Screen (FIDS):** Monitors used to display aircraft ETD and ETA

**F/O:** Abbreviation for "First Officer"

**FOD:** Abbreviation for "Foreign Objects and Debris," as might be found on the ramp or runway

**FWD:** The front of the A/C

**Galley:** The kitchen on an airplane, used for storing snacks, catering and supplies

**IFE:** Abbreviation for "Inflight Entertainment"

**Jetway:** The mobile walkway that connects the terminal to the A/C. Passengers board and deplane through the jetway.

**Load Factor:** The percentage of seats filled with customers on a flight.

**MX:** Abbreviation for "Maintenance".

**PUSH-BACK:** Reversing of the A/C from the gate onto the taxiway. The A/C is pushed back by a small truck.

**RASM:** Abbreviation for "Revenue Per Available Seat Mile"

**RON:** Abbreviation for "Remain Overnight." When an A/C stays overnight outside of the base city.

**Runway:** The strip of concrete on which A/C take off and land

**Slot:** The permission to perform one landing or takeoff at one of four slot controlled airports in the U.S. (ORD, DCA, LGA, JFK). Slots are controlled by the FAA.

**Taxi:** All surface movement of the A/C under its own power

**Taxiway:** Any airport surface used for the movement of A/C other than the actual runway

**UM:** Abbreviation for "Unaccompanied Minor"

**WX:** Abbreviation for "Weather"

This guide contains statements of the Company's intent. It is not a contract or an assurance by the



company of continued employment, compensation or benefits of any kind. JetBlue reserves the right to amend, change, or cancel this guide or any other practice, plan, administrative guide, or part thereof at its discretion, with or without notice.

By signing below, you certify that you have reviewed and understand the Blue Book, and agree to comply with all policies and procedures contained herein.

PRINT ________________________________
NAME/LOCATION

______________________________________
SIGNATURE

______________________________________
DATE

# EXHIBIT K

Safety Caring Fun Integrity Passion

# The Blue Book

## CREW HANDBOOK

Effective January 2003

People

jetBlue VALUES

Performance Prosperity

DEFENDANT'S EXHIBIT

K

PENGAD-Bayonne, N. J.

10.15.04

GRANBERRY

2003 HANDBOOK

# CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . 2
JetBlue Story . . . . . . . . . . . . . . . . . . . . . . . . 2
About The Blue Book . . . . . . . . . . . . . . . . . . . . 2
VALUE-BASED GUIDELINES FOR SUCCESS . . . . . 3
JetBlue Crewmember Conduct . . . . . . . . . . . . . . 4
CREATING A COMFORTABLE PLACE TO WORK. . . . 4
Equal Employment Opportunity . . . . . . . . . . . . . 4
Discrimination and Harassment . . . . . . . . . . . . . 5
Crewmembers With Disabilities. . . . . . . . . . . . . . 6
Immigration Law Compliance . . . . . . . . . . . . . . . 6
Drug-Free Workplace . . . . . . . . . . . . . . . . . . . . 6
Employment-At-Will . . . . . . . . . . . . . . . . . . . . . 7
WORKPLACE GUIDELINES . . . . . . . . . . . . . . . . 8
Attendance . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Hours . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Media Contact. . . . . . . . . . . . . . . . . . . . . . . . 8
Personal Appearance . . . . . . . . . . . . . . . . . . . 9
Smoking . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
No Solicitation/No Distribution . . . . . . . . . . . . . 9
AIRLINE INDUSTRY LINGO . . . . . . . . . . . . . . 10
ACKNOWLEDGEMENT OF RECEIPT OF THE CREWMEMBER GUIDEBOOKS . . . . . . . . . . . . . 12



D-081

# INTRODUCTION

## JetBlue Story

JetBlue Airways took to the air on February 11, 2000 with the inauguration of service between New York City's John F. Kennedy International Airport and Fort Lauderdale, FL. The airline now serves more than 20 cities around the country with a fleet of new, environmentally friendly, Airbus A320 aircraft. Every JetBlue aircraft is outfitted with roomy all-leather seats, each equipped with LiveTV offering up to 24 channels of DIRECTV® programming.

JetBlue's origins date back to 1993, when CEO David Neeleman sold his first airline, Salt-Lake City-based Morris Air, to Southwest Airlines. It was as a founder and President of Morris Air that David proved that innovative, high-quality airline service coupled with low fares will attract a strong and loyal market.

Following the sale of Morris Air, David went on to help launch WestJet, a successful Canadian low-fare carrier, and to develop the e-ticketing system he had implemented at Morris Air into Open Skies, the world's simplest airline reservation system. He sold Open Skies to Hewlett Packard in 1999.

With three successful aviation businesses under his belt, David decided the time was right to bring his airline formula to the world's largest aviation market, New York City. In July 1999, having secured a hand-picked management team and $130 million in capital funding from investors such as Weston Presidio Capital, George Soros and Chase Capital, David surprised the aviation industry with the announcement of his plan to launch a new airline that would bring "humanity back to air travel."

## About The Blue Book

This Blue Book is your blueprint – or your "JetBluePrint" – for working at JetBlue. A blueprint is a plan that is drawn up for the construction of a building. A building blueprint details a building's design and construction specifications: for example, which will be the load-bearing walls, how the roof is to be constructed, and where the doors and windows will be located. Essentially, a blueprint provides a vision of the structure once it's constructed. All structures need a blueprint before they can be built. Without it, the builders would not know where to begin or what to do next.

Similarly, the Blue Book provides you with directions for working at JetBlue. As our "JetBluePrint," the Blue Book outlines the structure of JetBlue, describing the expectations and vision of the company, and ensures that all JetBlue Crewmembers are working toward the same goals.

Blueprints don't come with a lot of words. And neither does this Blue Book. An architect assumes the builder knows how to build the structure detailed in the blueprint. And JetBlue does the same with you. You have been employed because we believe you have the experience and skills to do your job well.

The Blue Book is not a rulebook. It is not designed to tell you how to do your job or how to be a good Crewmember. ~~The role of the Blue Book is to provide guidelines~~ for a successful career with JetBlue. As well as providing directions for working at JetBlue, the Blue Book also outlines JetBlue's expectations of you as a Crewmember and of all our Crewmembers.

This book alone cannot provide answers for every situation. We have also made available to all Crewmembers, the Crewmember Route Map, which provides more details about the JetBlue guidelines, practices, work ethics, philosophy, benefits and more. The purpose of providing the information is to improve the employment process, manage requests and transactions, and increase general awareness throughout the Company.

# VALUE-BASED GUIDELINES FOR SUCCESS

JetBlue's first expectation of you as a Crewmember is that you understand the five JetBlue values – Safety, Caring, Integrity, Passion and Fun – and use them as the basis for all your decisions at JetBlue.

To use the building blueprint example again, there are certain walls in a building that are more important than others. They are called load-bearing walls and they bear all the weight of the structure. A building would collapse without load-bearing walls. That is why builders must refer to the blueprint whenever they add to or alter a building. The JetBlue Values are the load-bearing walls on our "JetBluePrint." The JetBlue Values support every decision we make at JetBlue and are a guide for making strong, long-lasting decisions that sustain the Company.

JetBlue believes in your good judgment, and we ask that you use it, and the JetBlue Values, to ensure all your decisions are in the best interest of JetBlue, its Customers and Crewmembers.

## JetBlue Crewmember Conduct

The following are basic guidelines for working at JetBlue. They are based on the JetBlue Values, as well as federal, state and local regulations that JetBlue must comply with as a business operating in the United States.

As a Crewmember you are expected to meet certain standards of personal conduct. In overview, Crewmembers should:

**Support The JetBlue Values** - - Your performance and conduct should always reflect the JetBlue Values – Safety, Caring, Integrity, Fun and Passion – and JetBlue's goals for Customer satisfaction and profitability.

**Be On Time** - - JetBlue's success relies on our providing on-time service for our Customers. No matter what your job or position is at JetBlue, our Customers and your fellow Crewmembers rely on you to be at work on time, fit and ready to perform your job to the very best of your abilities.

**Make A Good Impression** - - You are asked to dress appropriately, practice teamwork with your fellow Crewmembers, follow established policies and procedures, and conduct yourself in a way that reflects positively on JetBlue.

Your behavior and attitude on the job can affect the experience our Customers have with JetBlue and the ability of fellow Crewmembers to carry out their jobs safely and effectively.

Certain behavior will not be tolerated at JetBlue and may result in immediate dismissal. Unacceptable behavior includes, but is not limited to, violation of safety guidelines; falsification of reports, records or forms; use or possession of intoxicants or drugs; possession of firearms; insubordination; harassment of any type of another Crewmember; unauthorized use or removal of Company property; and revealing confidential information without authorization.

# CREATING A COMFORTABLE PLACE TO WORK

## Equal Employment Opportunity

It is JetBlue's policy to be fair and impartial in all of its relations with Crewmembers and applicants for employment and to make all employment-related decisions without regard to race, religion, color, national origin, age, sex, disability, veteran status or any other categories protected by federal, state or local law. This policy applies to the recruitment, hiring, training, promotion, and all other conditions of employment such as compensation, benefits, layoffs and reinstatements, training, and disciplinary measures. All employment-related decisions are based solely upon valid job-related factors.

Crewmembers with questions or concerns about any type of discrimination in the workplace are encouraged to bring these issues to the attention of a Crewleader or the People Department. Crewmembers can raise concerns and make reports without fear of reprisal. Anyone found to be engaging in any type of unlawful discrimination will be subject to disciplinary action, up to and including termination of employment.

## Discrimination and Harassment

JetBlue expects each Crewmember to honor equal employment opportunity policies and to treat one another, Customers, vendors, and Airport personnel with respect, and in a non-discriminatory manner. In particular, Crewmembers are expected to foster a productive work environment that is free from harassment or disruptive activity. JetBlue strictly prohibits all forms of harassment and discrimination, including sexual harassment, and will not tolerate any such behavior in our workplace. All Crewmembers are reminded that such behavior is absolutely unacceptable and will result in disciplinary action, possibly including termination.

Any Crewmember who feels he or she has experienced or witnessed harassment should immediately notify a Crewleader or the People Department, or any manager the Crewmember feels comfortable speaking with about such matters. The Company will conduct a prompt and thorough investigation of all the circumstances surrounding the alleged incident in a confidential manner. If the investigation discloses that an individual has committed an act of discrimination or harassment, that individual will be subject to appropriate disciplinary action, up to and including termination. Retaliation in any form against a Crewmember who complains of discrimination or harassment is strictly prohibited and will result in appropriate disciplinary action. Any Crewleader to whom a Crewmember brings a complaint of discrimination, harassment, or sexual harassment, but who fails to take appropriate action to resolve it will also be disciplined.

## Crewmembers With Disabilities

JetBlue is firmly committed to complying with the Americans with Disabilities Act (ADA) and other federal and state legislation designed to ensure equal employment opportunities to persons with disabilities. JetBlue prohibits discrimination on the basis of disability in regard to all employment practices or terms, conditions and privileges of employment. Consistent with this policy and applicable law, JetBlue will make reasonable accommodation to the known physical or mental limitations of a qualified applicant or Crewmember with a disability, unless to do so would be an undue hardship on the operation of its business or pose a direct threat to the health or safety of Crewmembers.

## Immigration Law Compliance

In compliance with the Immigration Reform and Control Act of 1986, JetBlue must collect certain information and review certain documentation concerning the employment authorization of all Crewmembers. JetBlue requires that every individual provide satisfactory documentation of his or her legal authority to work in the United States on or before the hire date, but in no case later than the third day of employment with JetBlue. If the status of your employment authorization changes or terminates after the start date of your employment, please inform your Crewleader or the People Department immediately.

## Drug-Free Workplace

JetBlue is committed to a drug-free work environment. A Crewmember who conducts company business while under the influence of any drug or illegal substance compromises job performance and the safety of Customers and fellow Crewmembers, and will be subject to disciplinary action.

In pursuit of a drug-free work environment, all new and rehired Crewmembers are required to take a drug-screening test. Additionally, JetBlue reserves the right to require a drug test of any Crewmember at any time.

Certain Crewmembers are subject to the FAA random drug-testing program and may be asked to submit to a FAA-sponsored drug testing at any time. More information about random drug testing will be provided by your Crewleader and during training.

A drug and alcohol policy statement may be obtained from your Crewleader or the People Department at any time.



## Employment-At-Will

The guidelines presented in this Blue Book and the Crewmember Route Map are not intended and will in no way be considered to be a contract of employment between JetBlue Airways and any Crewmember. With the exception of particular Crewmembers who have executed specific employment agreements with JetBlue, no Crewmember of JetBlue has a contract of employment. JetBlue does not enter into "oral agreements" or "understandings" with any Crewmember regarding job tenure and reserves the right to accept a resignation or to terminate the employment relationship at any time based on management decisions relating to the situation at hand. Further, JetBlue specifically reserves the right to terminate a Crewmember immediately in the event of a serious or direct violation of JetBlue's values, policies or work rules, or a term or condition of the employment agreement. JetBlue management has the sole prerogative and discretion to determine the seriousness of violations.

# AIRLINE INDUSTRY LINGO

The following is a glossary of frequently used terms and abbreviations used in the airline industry.

**A/C:** Abbreviation for "aircraft"

**AFT:** Rear (back) of the aircraft

**Aisle:** Walkway through the center of the aircraft

**ATC:** Abbreviation for "Air Traffic Control"

**Bid:** The process for submitting selections for work shifts

**Bulkhead:** Wall that separates the aircraft cabin, or a wall that separates the galleys and lavatories from passenger seats

**Cabin:** The interior of the aircraft

**CASM:** Abbreviation for "Cost Per Available Seat Mile"

**CPT:** Abbreviation for "Captain"

**Crew Base:** City within JetBlue network assigned to Crewmembers as a point of origin and termination for trips

**Department of Transportation (DOT):** U.S. agency responsible for all forms of transportation. The FAA is a part of DOT.

**ETA:** Abbreviation for "Estimated Time of Arrival"

**ETD:** Abbreviation for "Estimated Time of Departure"

**F/A:** Abbreviation for "Flight Attendant"

**Federal Aviation Administration (FAA):** U.S. government agency that sets standards for aircraft and people working in the aviation field, and monitors the performance of air carriers

**Flight Information Display Screen (FIDS):** Monitors used to display aircraft ETD and ETA

**F/O:** Abbreviation for "First Officer"

**FOD:** Abbreviation for "Foreign Objects and Debris" as might be found on the ramp or runway

**FWD:** The front of the A/C

**Galley:** The kitchen on an airplane, used for storing snacks, catering and supplies

**Jetway:** The mobile walkway that connects the terminal to the A/C. Customers board and deplane through the jet-way.



**Load Factor:** The percentage of seats filled with customers on a flight

**MX:** Abbreviation for "Maintenance"

**PUSH-BACK:** Reversing of the A/C from the gate onto the taxiway. The A/C is pushed back by a tug.

**RASM:** Abbreviation for "Revenue Per Available Seat Mile"

**RON:** Abbreviation for "Remain Overnight." When an A/C stays overnight at the base city.

**Runway:** The strip of concrete on which A/C take off and land

**Slot:** The permission to perform one landing or takeoff at one of the four national, slot-controlled airports in the U.S. (ORD, DCA, LGA, JFK). Slots are controlled by the FAA.

**Taxi:** All surface movement of the A/C under its own power

**Taxiway:** Any airport surface used for the movement of A/C other than the actual runway

**Tug:** Small truck used to push-back the A/C from the gate to the taxiway

**UM:** Abbreviation for "Unaccompanied Minor"

**WX:** Abbreviation for "Weather"

# ACKNOWLEDGEMENT OF RECEIPT OF THE CREWMEMBER GUIDEBOOKS

## *THE BLUE BOOK AND THE CREWMEMBER ROUTE MAP*

I acknowledge that I have received and reviewed a copy of JetBlue's Blue Book and the Crewmember Route Map. I understand that neither guidebook is intended to create a term of employment or any employment contract, promise or representation, express or implied, between JetBlue and me. I understand that it is my obligation to read these guidebooks completely, or have them read to me. Further, I understand and acknowledge that compliance with all JetBlue's values, policies and/or work rules may be a condition of my continued employment. I understand that JetBlue reserves the right to amend, change, or cancel any guide, practice, plan, manual or policy, at its discretion, with or without notice.

Unless I have entered into a valid, written employment agreement signed by an authorized representative of JetBlue, I recognize that my employment is "at will," meaning that I may resign or be terminated by the Company at any time, for any or no reason. Further, I understand that the Blue Book and the Crewmember Route Map do not alter the "at will" nature of my employment, or the terms and conditions of a valid written employment agreement.

My signature below indicates my agreement to abide by the values, policies and work rules as described in these guidebooks, or as JetBlue distributes or implements during my employment. Further, I understand that if I commit a violation of any of the Company's values, policies and/or work rules, I may be subject to appropriate disciplinary action, which may include immediate termination of employment.

Crewmember's Name (Please Print) Date

Crewmember's Signature

People Department Representative Date Received

*Please acknowledge receipt of this guidebook by signing, dating and returning this page to the People Department.*

# EXHIBIT M

# Crewmember Route Map

People

jetBlue VALUES

Performance Prosperity

DEFENDANT'S EXHIBIT M
PENGAD-Bayonne, N.J.
10.15.04
GRANBERRY

JetBlue Airways
118-29 Queens Blvd. Forest Hills, New York 11375
www.JetBlue.com 1-(800) JETBLUE

A Guide to Assist JetBlue Crewmembers
In Making Decisions Based on Our Values

Revised December 2002

## Table of Contents

**Introduction ........................................ 3**
JetBlue Story ........................................ 3
JetBlue Is the First And Only ........................................ 3
JetBlue Values ........................................ 4
JetBlue Principles of Leadership ........................................ 4
About the Crewmember Route Map ........................................ 4
**Equal Employment Opportunity ........ 5**
Equal Employment Opportunity Statement ........ 5
EEO Communications ........................................ 5
Harassment ........................................ 6
Reports or Complaints ........................................ 7
Reasonable Accommodations ........................................ 7
Immigration Law Compliance ........................................ 7
**Employment ........................................ 8**
Job Postings ........................................ 8
Internal Transfers ........................................ 8
Performance Expectations and Improvement Guidelines ........................................ 9
Outside Employment ........................................ 10
Conflict of Interest ........................................ 11
Confidentiality ........................................ 12
Insider Trading ........................................ 12
Employment of Relatives ........................................ 15
**Separation of Employment .............. 16**
Employment-at-will ........................................ 16
Exit Interviews ........................................ 16
Releasing Crewmember Information ........................................ 16
**Compensation Administration ........ 16**
Paydays ........................................ 16
Salary Administration ........................................ 17
**Attendance ........................................ 18**
Perfect Attendance Recognition Program ........... 19
**Time Off Programs ........................................ 19**
**Paid Time Away From Work ............ 20**
Paid Time Off (PTO) ........................................ 20
Voluntary Short-Term Disability ........................................ 20
Long-Term Disability ........................................ 21
Pilot Loss of License Insurance ........................................ 22
Bereavement Leave ........................................ 22
Jury Duty ........................................ 22
Witness Duty ........................................ 22
Voting Leave ........................................ 23
Continuation of Benefits ........................................ 23
**Unpaid Time Away From Work ........ 23**
Unpaid Personal Leave ........................................ 23
Military Leave ........................................ 24
Family or Medical Leave ........................................ 26
Medical Leave ........................................ 27
Parental Leave ........................................ 27
Continuation of Benefits ........................................ 27
**Pass Privileges ........................................ 28**
Crewmember Business Travel ........................................ 31
**Other Important Information ............ 31**
No Solicitation/No Distribution ........................................ 31
Safety ........................................ 32
Workers' Compensation ........................................ 32
Drug Abuse in the Workplace ........................................ 33
Disruptive Activity ........................................ 34
Workplace Violence ........................................ 34
Handguns/Weapons in the Workplace ........................................ 35
Internet and Computer Use ........................................ 35
Crewmember Privacy ........................................ 37
Contact with the Press/Media ........................................ 37

# Introduction

## JetBlue Story

JetBlue Airways took to the air on February 11, 2000 with the inauguration of service between New York City's John F. Kennedy International Airport and Fort Lauderdale, FL. The airline now serves 20 cities around the country with a fleet of new, environmentally friendly, Airbus A320 aircraft. Every JetBlue aircraft is outfitted with roomy all-leather seats, each equipped with LiveTV offering up to 24 channels of DIRECTV® programming.

JetBlue's origins date back to 1993, when CEO David Neeleman sold his first airline; Salt Lake City based Morris Air, to Southwest Airlines. It was as a founder and President of Morris Air that David proved that innovative, high-quality airline service coupled with low fares will attract a strong and loyal market.

Following the sale of Morris Air, David went on to help launch WestJet, a successful Canadian low-fare carrier, and to develop the e-ticketing system he had implemented at Morris Air into Open Skies, the world's simplest airline reservation system. He sold Open Skies to Hewlett Packard in 1999.

With three successful aviation businesses under his belt, David decided the time was right to bring his airline formula to the world's largest aviation market, New York City. In July 1999, having secured a hand-picked management team and $130 million in capital funding from investors such as Weston Presidio Capital, George Soros and Chase Capital, David surprised the aviation industry with the announcement of his plan to launch a new airline that would bring "humanity back to air travel."

## JetBlue Is the First And Only...

- First and only U.S. start-up airline to launch with more than $100 million in capital
- First airline to offer up to 24-channels of live satellite television free at every seat
- First and only airline to broadcast the Olympic Games live at every seat
- First U.S. airline to introduce "paperless cockpit" flight technology
- First and only U.S. airline to be 100% e-ticket
- First U.S. airline to install bullet-proof cockpit doors across its fleet
- First and only airline to install security cameras in passenger cabin for customer and crew safety

# JetBlue Values

## Safety • Caring • Integrity • Passion • Fun

JetBlue's first expectation of you as a Crewmember is that you work by and are committed to the five JetBlue values – Safety, Caring, Integrity, Fun and Passion – and use them as the basis for all your decisions at JetBlue. The five core values of JetBlue not only differentiate our product from the competition – they result in superior Customer and Crewmember experiences.

# JetBlue Principles of Leadership

The 5 Principles of Leadership are the foundation of JetBlue's leadership development program. The Principles reinforce our Values as they relate to the interpersonal skills and responsibilities of leadership.

The 5 Principles of Leadership are:

- Treat Your People Right
- Do the Right Thing
- Encourage Initiative and Innovation
- Communicate With Your Team
- Inspire Greatness In Others

# About the Crewmember Route Map

The Crewmember Route Map is intended to assist you in living the JetBlue values, providing guidelines, practices, work ethics, philosophy, benefits and more. The purpose of providing the information is to improve the employment process, manage requests and transactions, and increase general awareness throughout the company.

We expect you to read the guidelines, as they are a valuable reference tool for understanding your job, benefits, and our company. The Crewmember Route Map does not set forth all company guidelines and procedures – we have highlighted only some of the more important ones. All previously issued handbooks and any inconsistent statements, either oral or written, are superseded by the Crewmember Route Map; however, any valid, written employment agreement governing the terms and conditions of employment controls where such subjects may conflict with this Route Map.

The Crewmember Route Map is not intended to, and does not create a term of employment or any employment contract, promise or representation, express or implied, with JetBlue; and does not limit or restrict JetBlue in creating or terminating employment relationships. Crewleaders do not have the authority to enter into a contract of

employment - express or implied - with any Crewmember. Only an authorized representative of JetBlue has the authority to make agreements concerning employment. Any binding commitments regarding terms and conditions of your employment must be in writing and signed by an authorized representative of the Company.

While every attempt will be made to keep the guidelines up-to-date, some provisions may be revised, suspended, or eliminated in response to best business practices, economic conditions, or changing legal requirements. The Crewmember Route Map should apply unless superseded by future JetBlue guidelines and practices; a valid, written employment agreement with JetBlue; or applicable federal, state or local laws. In addition, no department or work group may develop guidelines, policies, or handbooks that conflict with the guidelines of the Crewmember Route Map unless prior permission is received from the People Department.

If you have any questions or concerns about the Crewmember Route Map, please contact the People Department.

# Equal Employment Opportunity

This Equal Employment Opportunity statement is designed to ensure a safe, fun, caring and comfortable place to work for all Crewmembers where our passion to deliver The JetBlue Experience is encouraged in a non-discriminatory work environment.

## Equal Employment Opportunity Statement

JetBlue Airways Corporation does not discriminate against any applicant or Crewmember based on race, color, religion, creed, gender, sexual orientation, age, national origin, marital status, veteran status, disability or any other reason prohibited by federal, state or local law.

JetBlue Airways Corporation is committed to maintaining a working environment free of discrimination and harassment. JetBlue expects all of our Crewmembers to honor our equal employment opportunity statement and treat each other, our customers, our vendors or suppliers, and other Airport personnel with respect in a non-discriminatory manner.

This statement applies to the recruitment, hiring, training, promotion, and all other personnel actions and conditions of employment such as compensation, benefits, layoffs and reinstatements, training, and disciplinary measures. Decisions regarding employment and promotion are based solely upon valid job-related factors.

## EEO Communications

To foster a productive work environment that is free from discrimination, harassment or related disruptive activity, all JetBlue Crewmembers are apprised of our equal employment opportunity statement and their individual responsibilities in carrying it out, through several forms of communication. JetBlue posts appropriate notices informing applicants and Crewmembers that JetBlue Airways Corporation is an Equal Opportunity

Employer, which also outlines Crewmembers' rights to be free from discrimination in the workplace.

# Harassment

Harassment is a form of misconduct that undermines both personal and professional relationships in the workplace. Every Crewmember must be assured that he or she can work in an environment that is free from unwanted and unwelcome harassment and discrimination. JetBlue strictly prohibits all forms of harassment and discrimination, including sexual harassment, and will not tolerate any such behavior in our workplace. All Crewmembers are reminded that such behavior is absolutely unacceptable and will result in corrective action, up to and including termination.

The following activities are some examples of possible harassment which may be considered serious enough to warrant corrective action or discharge. *This is not an all-inclusive list of harassing or inappropriate behavior warranting corrective action or discharge.*

- Threatening retribution or promising benefits in return for sexual favors, whether implicitly or explicitly.
- Unwanted physical contact. It is important to understand that the person being touched determines if the contact is unwanted.
- Unwanted sexual advances.
- Verbal or written comments concerning a Crewmember's or customer's race, color, religion, gender, sexual orientation, age, national origin, marital status, veteran status, disability or any other protected group under federal, state or local law, whether such comments are directed at the individual(s) or to other persons about the individual(s).
- Offensive talk, remarks, or gestures about race, color, national origin, religion, age, marital status, veteran status, mental or physical disability, sexual acts, men, women, children, or sexuality.
- The use of any demeaning or offensive words.
- The display of pornographic or other highly offensive material, such as racist or other defamatory materials.
- Any other activity that creates an unpleasant or offensive working environment, or that interferes with a Crewmember's work performance. It is not an excuse to say that the behavior was meant "in fun," "joking," "teasing" or "playful." This joking behavior may be just as offensive as any other type of harassment, and will be dealt with in the same manner.

All Crewmembers must avoid any conduct that is or that may be construed as discrimination, harassment, or sexual harassment toward any Crewmember, job applicant, customer, business partner, supplier, or airport personnel.

Any Crewmember who feels he or she has experienced or witnessed harassment should immediately notify a Crewleader or the People Department, or any manager the Crewmember feels comfortable speaking with about such matters. As stated in the section immediately below, all reports and complaints will be thoroughly investigated in accordance with appropriate procedures.

## Reports or Complaints

Crewmembers with questions or concerns about any type of discrimination in the workplace are encouraged to bring these issues to the attention of their Crewleader or the People Department. Crewmembers are expected to report all possible forms of discrimination or harassment. The reporting Crewmember may speak to any Crewleader with whom he or she feels comfortable. There will be no retaliation against the Crewmember for making a truthful and good faith report of a failure to comply with our commitment to nondiscrimination and equal opportunity. Any Crewleader to whom a Crewmember brings a complaint of discrimination or harassment, but who fails to take appropriate action to resolve it, is subject to corrective action.

Any reports or complaints will be investigated as confidentially as possible, while consistent with the need to complete a reasonable investigation and take appropriate remedial action when required. If the Company determines that a violation of this policy or other inappropriate behavior occurred, prompt and appropriate corrective action will be taken, up to and including termination.

If you have any questions or concerns regarding the foregoing, please contact the People Department.

## Reasonable Accommodations

Consistent with our equal employment opportunity statement and applicable law, any applicant or Crewmember, who requires a reasonable accommodation for a known disability or impairment in order to perform the essential functions of the job, should contact the People Department and request such accommodation. The Crewmember should be prepared to specify what accommodation he or she is requesting in order to engage in a dialogue with the People Department to identify what would be a reasonable accommodation. JetBlue will determine the reasonable accommodation, and will provide the accommodation to a qualified individual as defined by the law, provided that such accommodation does not create an undue hardship for the Company.

If you have any questions or concerns regarding a reasonable accommodation, including the procedure to make such a request, please contact the People Department.

## Immigration Law Compliance

In compliance with the Immigration Reform and Control Act of 1986, JetBlue must collect certain information and review certain documentation concerning the employment authorization of all Crewmembers. JetBlue requires that every individual provide satisfactory documentation of his or her legal authority to work in the United States on or before the hire date, but in no case later than the third day of employment. If the status of employment authorization changes or terminates after the start date of employment, the Crewmember must inform the Crewleader or the People Department immediately.

# Employment

## Job Postings

Job postings are JetBlue's way of ensuring that all Crewmembers are aware of opportunities within the organization and are encouraged to apply for appropriate positions. Crewmembers should regularly review job opportunities, found on the Intranet.

Vacancies for approved positions within the job range of "Manager" level and below will generally be posted by the People Department via the Intranet and the JetBlue website on the Internet. Posting notices should include the date of posting, job title, department, date open, reporting relationship, location, a brief job description and general requirements.

Approved entry-level positions will be posted on the JetBlue website on the Internet and on the Intranet. Generally, applicants from outside the Company fill entry-level positions.

To be directed to the current job openings at all JetBlue locations, click on one of the links below.

**Internet:**
http://www.jetblue.com/WorkHere/jobsearch.asp

**Intranet:**
http://teamsites.jetblue.com/people/Lists/Internal20%Job20%Postings/AllItems.htm

## Internal Transfers

JetBlue believes that our greatest asset is our dedicated Crewmembers. Where consistent with the goals of equal opportunity and hiring the best-qualified candidates, JetBlue supports the general philosophy of filling open positions from within, for both lateral transfers and promotion opportunities.

Crewmembers must comply with the request guidelines as outlined below, and have the approval and recommendation of their current Crewleader in order to be considered for a transfer. Most importantly, the Crewmember must possess the required skills and qualifications for the posted position to be granted an interview for the opening.

### Transfer Request Guidelines

It is JetBlue's practice to utilize a cooperative selection process that is consistent with our equal employment opportunity statement and affirmative action plan, while giving priority for filling positions, when appropriate, to current Crewmembers. A request for a transfer is not a guarantee of being granted the transfer, and will not in any way jeopardize the status of a Crewmember's present position.

All Crewmembers and Crewleaders are encouraged to uphold the following guidelines for any transfer between departments:

- A Crewmember must be "active" on JetBlue's payroll, and may not be out on a leave of absence for any reason, at the time of making the transfer request, unless otherwise approved by the People Department.

- A Crewmember must meet the minimum skills and qualifications requirements for the open position, as would any external candidate; for example, a satisfactory background check (if not already completed); satisfactory motor vehicle report; passing a drug test, when appropriate; or any other specific job skills, applicable work experience, and educational requirements. Current job descriptions and minimums are listed on job postings.

- A Crewmember must have consistently met or exceeded expectations in his or her current job for a period of six months or more, to be eligible for a transfer to any other position in the same department, other department or other location. This applies to all levels of Crewmembers, and exceptions will be made only with the advance approval of the People Department.

- A Crewmember must be in good standing to be eligible for a transfer. For purposes of this process, "good standing" means the Crewmember has sufficiently met: the expected levels of performance for the current position; JetBlue values, guidelines, and operational procedures; all attendance requirements. Additionally, there may not be any warnings or other corrective action notices issued within the last six months. A Crewmember who is not in good standing is not eligible for transfer.

- After reviewing posted job qualifications, a Crewmember may bid on those posted positions for which the Crewmember believes he or she is qualified. This bidding is accomplished by submitting an online Internal Job Application. All transfer requests for posted positions must be signed by the Crewmember and his/her Crewleader. A current resume may be attached, but is not required for consideration.

- Crewmembers should not contact a hiring Crewleader about an opening, without first seeking approval from his or her current Crewleader, and the People Department.

- Transfer requests are to be delivered or faxed to the People Department as soon as all signatures have been secured. Transfer requests and supporting material, i.e. resumes, accolades, etc., will be reviewed by the People Department and by the hiring Crewleader.

# Performance Expectations and Improvement Guidelines

Frequent communications between Crewleaders and Crewmembers, and the establishment of a friendly, caring work environment go a long way toward preventing

serious performance issues. JetBlue invests training and resources in our Crewmembers to assist them in performing their jobs to our standards and expectations. Crewleaders are encouraged to provide feedback and coaching to help Crewmembers succeed on the job.

Crewmembers are expected to meet satisfactory levels of performance standards, and follow JetBlue's values, Crewmember conduct code, standard operating procedures, and all guidelines that protect the interests and safety of all Crewmembers, customers, and the Company. If a Crewmember is unable to meet acceptable standards of performance, disregards or violates our guidelines or operational procedures, or exhibits unacceptable behavior on the job, corrective action may be used as a tool to improve performance, and to motivate Crewmembers to correct past undesirable behaviors, and as a result, become more productive.

JetBlue may administer corrective action as it deems appropriate under the circumstances. Along with the JetBlue values, the following factors may be considered to ensure that proper corrective action is taken: the seriousness of the infraction; the past performance record of the Crewmember; and the circumstances surrounding the matter.

The progressive corrective action process generally occurs as a result of increasingly severe or additional actions by the Crewmember, and is designed to bring about a change in performance or behavior. Corrective action can be accelerated and involuntary termination can occur at any time, without any previous steps having been taken under these guidelines.

Verbal Warning – The purpose of this step is to correct a performance or conduct problem by bringing it to the Crewmember's attention and to explain performance expectations.

Written Warning – If the problem persists or an additional unrelated problem arises, the Crewleader may issue a written warning to the Crewmember.

Suspension or Termination – If the problem persists, or an additional unrelated problem arises after the written warning (if any), the Crewleader may suspend or terminate the Crewmember. The Crewleader must consult with the People Department before any suspension or termination action is taken.

These performance improvement guidelines do not alter the at-will employment relationship between JetBlue and its Crewmembers. Crewleaders must consult with the People Department throughout the performance improvement process.

# Outside Employment

Generally, JetBlue does not interfere with a Crewmember's personal life. However, JetBlue is concerned about Crewmembers who "moonlight" – work for another employer or are self-employed -- because moonlighting impacts a Crewmember's ability to dedicate him or herself to employment with JetBlue. Therefore, JetBlue is expected to be a full-time Crewmember's primary employer.

JetBlue does not permit Crewmembers to engage in outside employment with competitors, suppliers, and customers that could result in possible conflicts of interest and/or loss of proprietary business information. For this purpose, "competitors" means all domestic Part 121 air carriers. Otherwise, JetBlue does not restrict employees from holding a second job outside of working hours subject to the following limitations:

- Crewmembers are permitted to have outside employment as long as it does not adversely affect their attendance, job performance or efficiency, or interfere with their responsibilities at JetBlue.

- Crewmembers may hold outside employment as long as it does not affect JetBlue's confidential or proprietary information, or JetBlue's reputation.

Outside employment that leads to performance, conflicts of interest or other problems as mentioned above, may result in corrective action up to and including termination of employment.

If a Crewmember's circumstances require that he or she work a second job, or the Crewmember intends to pursue his or her own business, the matter should be discussed directly with the Crewleader and the People Department.

## Conflict of Interest

It is the policy of JetBlue that all Crewmembers shall, at all times, conduct their activities both business and personal, in such a manner that there is no conflict of interest, or appearance of conflict of interest, with their duties as a Crewmember of JetBlue Airways Corporation.

No person may be employed in a position with JetBlue in which the job responsibilities and/or location permit access to confidential, competitive, sensitive, or potentially sensitive Company material or information if such person is married to, or cohabitates with another person who is a Director, Manager, or Officer of a business known to be in direct competition with JetBlue's operation. The same will hold true for any other employee, representative, or consultant position at another airline if that employee, representative, or consultant position at a competitive company requires or permits access to confidential, competitive, sensitive, or potentially sensitive company information at a competitive company. For the purpose of this policy, "competitive company" means all domestic Part 121 air carriers. The ultimate decision as to whether or not a conflict exists should be resolved between the Department Head and the Vice President of the People Department.

The following positions, though not all inclusive, shall be considered to be those falling within the scope of this policy (other positions should be considered on an individual basis, depending on circumstances): Company Officers, Executive Assistants, General Office Staff of Flight Operations, Directors and Managers of Reservations, all Director-level positions in maintenance, and all positions in the following areas: Executive Office, Internal Audit, Finance, Systems, Marketing, Schedule Planning, and People.

In the event that a Crewmember is in such a position, or through subsequent events is in such a position, he/she will have 30 days from the date of marriage/cohabitation to

resolve the situation. If requested, reasonable efforts will be made to permit the Crewmember to transfer to another position, if available, where the job responsibilities or location do not permit or require access to confidential, competitive, sensitive, or potentially sensitive information. If reasonable efforts to permit the Crewmember to transfer are unsuccessful, the Crewmember will be requested to remedy voluntarily the potential conflict of interest, or as a last alternative, the Crewmember will be required to resign.

# Confidentiality

JetBlue is a Company with other possible locations in its forecast. Because the placement of real estate, market positioning, and recruitment strategies are critical to our success, it is realized that all Crewmembers must conduct themselves in a highly professional manner and protect the confidentiality of this business information.

JetBlue considers “Confidential Information” to be information to which a Crewmember gains or gained access by reason of the Crewmember’s employment with JetBlue. Confidential Information includes, but is not limited to, information about JetBlue, or its affiliates and customers, which is treated as confidential by JetBlue or an affiliate. Crewmembers agree not to disclose Confidential Information to any firm or person, including but not limited to other air carriers, any information, except as otherwise required by law.

When in the presence of customers, refrain from all discussions regarding Company confidential information, policy, business, internal issues, pass privileges, etc.

# Insider Trading

The following is the insider trading policy of JetBlue Airways Corporation (“JetBlue”). This policy sets forth guidelines that all JetBlue Crewmembers must follow in transactions involving JetBlue common stock. This policy arises from our responsibilities as a publicly-held company. ***Failure to comply with these procedures could result in a serious violation of the securities laws by you and/or JetBlue and could involve both civil and criminal penalties.*** It is important that you review our policy carefully. The insider trading policy provides as follows:

### I. Definition of Insider: Reason for Policy

An “insider” is a person who possesses, or has access to, material information concerning JetBlue that has not been fully disclosed to the public (see below for a definition of “material information” and “fully disclosed”). Insiders may be subject to criminal prosecution and/or civil liability for trading (purchase or sale) in JetBlue stock or other securities when they know material information concerning JetBlue that has not been fully disclosed to the public.

Persons found liable for insider trading face penalties of up to three times the profit gained or loss avoided, a criminal fine of up to $1 million, and up to 10 years in jail. JetBlue (and its Officers and Board of Directors) could also face substantial civil and/or criminal financial penalties for failing to take steps to prevent insider trading. In addition to the potential criminal and civil liabilities mentioned above, in certain circumstances JetBlue may be able to recover all profits made by an insider, plus collect other damages.

Without regard to the penalties that may be imposed by others, willful violation of this policy constitutes grounds for dismissal from JetBlue.

Insider trading prohibitions are not limited to trading by the insider alone; it is also illegal to advise others to trade on the basis of material information that has not been fully disclosed to the public. Liability in such cases can extend both to the "tippee"—the person to whom the insider disclosed inside information—and to the "tipper," the insider himself.

Finally, insider trading could cause a substantial loss of confidence in JetBlue and its stock on the part of the public and the securities markets. This could obviously have an adverse impact on JetBlue and its stockholders.

## II. Applicability of Policy to JetBlue Crewmembers

Under this policy, certain JetBlue Crewmembers are deemed to be insiders at all times. (These Crewmembers are referred to hereafter as "Deemed Insiders.") Deemed Insiders include: members of the JetBlue Board of Directors; members of the JetBlue executive crew; all JetBlue vice presidents and certain JetBlue directors. In addition, certain other Crewmembers who have frequent access to material, non-public information (such as certain Finance management Crewmembers) are Deemed Insiders. *Deemed Insiders are subject to certain special rules and procedures over and above the general guidelines set forth in this document.* For example, Deemed Insiders generally cannot trade JetBlue stock during certain "black out" periods before and after JetBlue's quarterly earnings releases. *(A separate email has already been sent to JetBlue's Deemed Insiders informing them of these "black out" periods and other special policies and procedures affecting them.)*

Other JetBlue Crewmembers who are not Deemed Insiders may possess or have access to material, non-public information from time to time. ***All Crewmembers, regardless of their title or position, are prohibited from trading JetBlue stock while they possess material information about JetBlue that has not been fully disclosed to the public.*** This policy also applies to the immediate families (defined as direct family members living in the same household) of such insiders.

## III. Definition of "Material Information"

It is not possible to define all categories of material information. In general, information should be regarded as material if there is a reasonable likelihood that it would be considered important by an investor in making a decision regarding the purchase or sale of JetBlue stock. Whether particular information should be regarded as material may depend on many different facts and circumstances; however, there are various categories of information that would almost always be regarded as material. Examples of such information are:

1. Major corporate partnering transactions or proposed acquisitions, sales or mergers
2. Resignation of key personnel
3. New project or product announcements of a significant nature
4. Significant changes in the company's business strategy
5. Significant changes in the company's financial results or projections
6. Stock splits
7. New equity or debt offerings

8. Significant litigation exposure
9. Any other developments that could cause the Company's financial results to be substantially different from analysts' estimates.

If any Crewmember has questions as to the materiality of information that he or she possesses or has access to, he or she should contact the General Counsel of the Company for clarification. The Chief Financial Officer or Controller of the Company may also be contacted for this purpose.

**IV. Definition of "Full Disclosure"**

Full disclosure to the public generally means a press release followed by publication in generally available print media, such as The Wall Street Journal. A speech to an audience, a TV or radio appearance, or an article in an obscure magazine does *not* qualify as full disclosure. Full disclosure means that the securities markets have had the opportunity to digest the news. Generally, a full day following publication in The Wall Street Journal (or release to national wire services), or two full trading days after a Company announcement, is regarded as sufficient time for dissemination and interpretation of material information.

**V. Additional Considerations**

The situation may arise where a Crewmember has already decided in his or her mind to buy or sell JetBlue stock but has not yet completed the transaction. The Crewmember then becomes aware of material, non-public information. May the Crewmember proceed? The answer is no. *Trading while in possession of material, non-public information is prohibited even if that information was not the Crewmember's underlying motive for the trade.*

Please remember that there are no limits on the size of a transaction that could trigger insider trading liability; relatively small trades have in the past occasioned SEC investigations and lawsuits.

**VI. Disclosure of Material Information to Third Parties**

As a general rule, material, non-public information should never be shared with any person outside the company. On occasion, there may be a legitimate business need to disclose material, non-public information to a third party, such as a lender or business partner. Before any Crewmember makes such a disclosure, he or she must obtain prior approval from the General Counsel, Chief Financial Officer or Controller of the company. If such approved disclosure is made, please make certain that the third party receiving the information clearly understands the confidential nature of the information.

As noted above, it is illegal to advise others to trade on the basis of undisclosed material information. *For example, if a Crewmember shares material, non-public information about JetBlue with a friend, and if the friend then uses that information to make a trade involving JetBlue stock, both the Crewmember and the friend could be subject to liability for insider trading.*

**VII. Limited Exceptions to Prohibition on Insider Trading**

There are a few types of transactions in which Crewmembers may engage even if they are in possession of material, non-public information about JetBlue. These exceptions are:

(a) Acquisition of shares under the JetBlue Crewmember Stock Purchase Plan. Please note that this exception *does not* apply to a subsequent sale of the acquired shares.

(b) Exercise of a JetBlue stock option granted by JetBlue to the Crewmember. Once again, please note that this exception *does not* apply to a subsequent sale of the acquired shares.

(c) Bonafide gifts of securities are not deemed to be transactions for the purposes of this policy. Whether a gift is truly bonafide will depend on the circumstances surrounding each gift. The more unrelated the donee is to the donor, the more likely the gift would be considered "bonafide" and not a "transaction". For example, gifts to charities, churches and service organizations would clearly not be "transactions". On the other hand, gifts to dependent children followed by a sale of the "gift" securities in close proximity to the time of the gift may imply some economic benefit to the donor and, therefore, could make the gift non-bonafide.

(d) Sales made pursuant to written "Planned Sale" agreements entered into by a Crewmember well in advance of such sales transactions may be exempt from insider trading prohibitions. Most stockbrokers can provide information about such Planned Sales, together with appropriate forms to use in preparing a Planned Sale Agreement.

**VIII. Possible Additional Restrictions**

In addition to the general policies and procedures set forth in this document, the General Counsel and the Chief Financial Officer of the Company have the authority to impose additional restrictions from time to time on individual Crewmembers, certain groups of Crewmembers, or all Crewmembers. In such event, the affected Crewmembers will be informed of those additional restrictions.

*If you have any questions about this Insider Trading Policy, please call or email JetBlue's General Counsel. Questions may also be directed to our Chief Financial Officer or to our Controller.*

# Employment of Relatives

JetBlue neither encourages nor discourages the employment of relatives within the Company. However, internal and external applicants who are married, cohabitating with or who have other relatives working for the Company may not be considered for positions within the Company if there is any direct reporting relationship or any relationship which is determined to be potentially detrimental to the best interests of the Company. Please be aware that specific guidelines regarding employment of relatives may exist on a department-by-department basis.

It is JetBlue's objective to maintain a cohesive and fair environment for all Crewmembers. Where certain relationships may cause implied perceptions of favoritism or hinder leadership judgment, this guideline is established to ensure consistency and fairness to all.

# Separation of Employment

## Employment-at-will

The guidelines presented in the Route Map are not intended and will in no way be considered to be a contract of employment between JetBlue Airways and any Crewmember. With the exception of particular Crewmembers who have executed specific employment agreements with JetBlue, no Crewmember of JetBlue has a contract of employment. JetBlue does not enter into "oral agreements" or "understandings" with any Crewmember regarding job tenure and reserves the right to accept a resignation or to terminate the employment relationship at any time based on management decisions relating to the situation at hand. Further, JetBlue specifically reserves the right to immediately terminate a Crewmember in the event of a serious or direct violation of Company guidelines or a term or condition of an employment agreement. JetBlue management has the sole prerogative and discretion to determine the seriousness of violations.

## Exit Interviews

Crewmembers who voluntarily resign for any reason may be asked to complete an exit interview with the People Department. The information is used by JetBlue to understand the reasons Crewmembers leave employment with JetBlue, so that when appropriate, we may make any necessary adjustments to retain our valuable Crewmembers.

## Releasing Crewmember Information

All inquiries regarding a current or former Crewmember must be referred to the People Department. A written request, including a signed release from the Crewmember, will permit the disclosure of the Crewmember's information by the People Department. In response to an outside request for information regarding a current or former Crewmember, the People Department will furnish or verify only name, dates of employment, job titles, and department. No other information regarding employment, such as salary history, performance reviews, or other documentation will be furnished unless: (1) the Crewmember provides a written authorization that releases JetBlue from liability for supplying such information; or (2) JetBlue is required by law to furnish any information about the Crewmember. A copy of any written employment certification or reference provided will be kept in the appropriate personnel file. This limited information disclosure does not include JetBlue's obligation to comply with FAA regulations.

# Compensation Administration

## Paydays

Weekly-paid Crewmembers are issued a paycheck every Friday for hours worked the previous week.

Semi-monthly paid Crewmembers, including Pilot and Inflight Crewmembers, are issued a paycheck twice monthly based on the following schedule:

# Separation of Employment

## Employment-at-will

The guidelines presented in the Route Map are not intended and will in no way be considered to be a contract of employment between JetBlue Airways and any Crewmember. With the exception of particular Crewmembers who have executed specific employment agreements with JetBlue, no Crewmember of JetBlue has a contract of employment. JetBlue does not enter into "oral agreements" or "understandings" with any Crewmember regarding job tenure and reserves the right to accept a resignation or to terminate the employment relationship at any time based on management decisions relating to the situation at hand. Further, JetBlue specifically reserves the right to immediately terminate a Crewmember in the event of a serious or direct violation of Company guidelines or a term or condition of an employment agreement. JetBlue management has the sole prerogative and discretion to determine the seriousness of violations.

## Exit Interviews

Crewmembers who voluntarily resign for any reason may be asked to complete an exit interview with the People Department. The information is used by JetBlue to understand the reasons Crewmembers leave employment with JetBlue, so that when appropriate, we may make any necessary adjustments to retain our valuable Crewmembers.

## Releasing Crewmember Information

All inquiries regarding a current or former Crewmember must be referred to the People Department. A written request, including a signed release from the Crewmember, will permit the disclosure of the Crewmember's information by the People Department. In response to an outside request for information regarding a current or former Crewmember, the People Department will furnish or verify only name, dates of employment, job titles, and department. No other information regarding employment, such as salary history, performance reviews, or other documentation will be furnished unless: (1) the Crewmember provides a written authorization that releases JetBlue from liability for supplying such information; or (2) JetBlue is required by law to furnish any information about the Crewmember. A copy of any written employment certification or reference provided will be kept in the appropriate personnel file. This limited information disclosure does not include JetBlue's obligation to comply with FAA regulations.

# Compensation Administration

## Paydays

Weekly-paid Crewmembers are issued a paycheck every Friday for hours worked the previous week.

Semi-monthly paid Crewmembers, including Pilot and Inflight Crewmembers, are issued a paycheck twice monthly based on the following schedule:

| ***Pay Period:*** | ***Payday:*** |
|---|---|
| 1st to the 15th | 20th of the month |
| 16th to the end of month | 5th of the following month |
| Over Guarantee | 10th of the month after earned |

Please note: When the 5th or the 20th of a month fall on a Saturday, payday is the Friday before; when on a Sunday, payday is the Monday after.

# Salary Administration

JetBlue's salary administration program for Crewmembers, excluding officers, is based on a pay range per position structure. At the Company's discretion, the salary structure for individual jobs will be incrementally updated as the relevant labor market and other economic influences demand.

## Overtime

The practice of requiring frequent overtime is not in keeping with JetBlue's overall view of balancing work and personal life. However, eligible hourly Crewmembers will receive overtime pay for all hours worked in excess of 40 hours per workweek or in accordance with applicable state wage and hour regulations.

## Holiday Pay

Full Time hourly Crewmembers receive 8 hours holiday pay for Thanksgiving, Christmas and New Year's Day. Part Time hourly Crewmembers receive 4 hours of holiday pay. Crewmembers who are scheduled to work, or do a shift trade to work, on a company holiday will be paid for hours worked at the their regular rate plus the 8 or 4 hours of holiday pay.
Inflight Crewmembers receive two times their rate for these three core Holidays. Crewmembers with employment agreements should refer to those agreements for information regarding Holiday Pay.

## Deductions

JetBlue is obligated by federal and state law to abide by specific payroll withholdings guidelines to make withholdings as required including: income tax, social security tax and medicare tax. Other deductions from pay may be voluntarily elected by the Crewmember for the following: 401(k) contributions, Crewmember Stock Purchase Plan, parking fees, JetBlue Crewmember Crisis Fund charitable contributions, and other Crewmember benefits. Additional deductions or wage garnishments may be required by court order for reasons such as debt-repayment or child support.

Additional deductions may be made to repay any amounts owed to the company by the Crewmember. In the event that such a situation arises, the People Department will discuss with the Crewmember and deductions will be done in accordance with applicable federal and state laws. The People Department will ensure that the Crewmember's privacy is respected and confidentiality will be maintained.

## Lateral Transfers

When making a lateral transfer to a different location, the salary is generally adjusted in accordance with the new location's current rate of pay.

### Lower Rate of Pay
If a Crewmember is demoted or transfers to a position that falls within a lower pay-level than his/her previous position, appropriate salary adjustments may be made after consideration of the specific circumstances for the job change.

### Salary Increases
A promotional increase generally is granted when a Crewmember is moved to a new position within a higher pay range than the previously held position.

## Attendance

JetBlue is an "on-time airline," therefore, Crewmember attendance and punctuality is essential to ensure that JetBlue lives up to this commitment to benefit our customers. Crewmembers are expected to arrive for work on time, fit and ready for duty. Obviously, there are times when tardiness or absence from work is unavoidable. Good communication between Crewmembers and their Crewleaders about their attendance will allow us to make alternative arrangements for coverage of work responsibilities to ensure the highest level of quality service to our customers.

A good attendance record is taken into consideration for performance evaluations, transfers, and promotions. The Crewmember's attendance record is included in his or her official personnel file.

### Absence from Work
Crewmembers should follow their department's attendance guidelines and policies when they cannot report to work. If a department does not have its own procedure, Crewmembers should make every effort to contact their Crewleader at least 4 hours prior to their scheduled starting time to report their absence . If an absence continues beyond one day, the Crewmember is responsible for calling in each day work is missed. Unacceptable reasons for absences, a persistent pattern of absences or an excessive amount of absences may result in corrective action, up to and including termination. Job abandonment and a voluntary resignation from employment with JetBlue may be considered to have occurred when a Crewmember fails to report to work for three (3) days and does not contact JetBlue.

### Tardiness
On those occasions when Crewmembers are unable to report to work at their scheduled starting time, they should contact their Crewleader as soon as possible prior to the starting time. Generally, Crewmembers are considered tardy if they fail to report to their assigned work areas at the scheduled time, including returns from rest breaks, and meal periods, etc. Because we are an On-Time Airline, our tolerance for lateness is low, while our recognition and reward for perfect attendance is high. Unacceptable reasons for lateness, a persistent pattern excessive tardiness may result in corrective action, up to and including termination.

# Perfect Attendance Recognition Program

JetBlue is committed to recognizing Crewmembers' perfect attendance through a perfect attendance recognition program. Beginning in the first quarter of 2003, those Crewmembers with perfect attendance for the quarter will be entered into a drawing for significant cash awards.

## Time Off Programs

JetBlue sponsors time off programs which fall into two categories:

- Paid time away from work; and
- Unpaid time away from work.

Time off with pay includes:

- Paid Time Off (PTO)
- Short-Term Disability
- Long-Term Disability
- Workers' Compensation
- Occupational Disability (*i.e.*, Pilot Loss-of-License)
- Bereavement Leave
- Jury Duty
- Witness Duty
- Voting Leave

Time off without pay includes:

- Authorized Unpaid Leave of Absence
- Military Leave

**Request for Leave**
A Crewmember must submit a request for leave on a Leave-of-Absence Request Form at least 30 days prior to the first day of leave (or as soon as reasonably possible) to his or her Crewleader. The Crewleader then forwards the request to the People Department for approval. Leave of absence request forms are available on the JetBlue intranet site under Departments/People/Benefits/Forms, or from the People Department.

**Return from Leave**
Should a Crewmember not return from leave at the end of the authorized period, the Crewmember will be considered as having voluntarily resigned unless special arrangements have been pre-approved in writing through the People Department.

**Continuation of Benefits**
If a Crewmember has been employed for less than six (6) months, JetBlue will continue the Crewmember's benefits for 6 months while the Crewmember is on a medical-related leave so long as the Crewmember continues to pay the crewmember portion of premiums. If a Crewmember has been employed for more than six (6) months, JetBlue will continue the Crewmember's benefits for 12 months if the Crewmember is on a medical-related leave so long as the Crewmember continues to pay the crewmember portion. Once the 6 or 12 months has expired, the Crewmember will be eligible to continue coverage under the Consolidated Omnibus Reconciliation Act ("COBRA").

# Paid Time Away From Work

## Paid Time Off (PTO)

JetBlue has created a flexible schedule that allows each Crewmember to use paid time off from work as he or she wishes, including for vacation, illness, personal time, time to spend with family members or celebration of holidays. JetBlue designed a Paid Time Off program (PTO) that allows Crewmembers to create a unique schedule which best suits their own lifestyles for paid time away from work. PTO must be scheduled in advance and approved by the Crewleader according to department policy, except for PTO used for illnesses or emergencies.

[Hyperlink to PTO Plans]

## Voluntary Short-Term Disability

The JetBlue Voluntary Short-Term Disability Plan is designed to replace part of your income if you cannot work because of a non-work-related illness or injury. The Short-Term Disability Insurance Plan is offered to all Crewmembers working 20 or more hours per week as follows.

- Crewmembers are eligible to elect JetBlue's voluntary Short-Term Disability Plan in accordance with the Plan and federal law.

- Crewmembers may enroll in the Plan during the new hire enrollment process or annual open enrollment. After enrolling, there is a 90-day waiting period before a Crewmember can begin receiving benefits.

- If you are enrolled in the Voluntary Short-Term Disability Plan, have satisfied the 90-day eligibility for benefits period, and are determined to be medically qualified, the Plan pays on the eighth day of disability a weekly benefit of 60% of basic weekly earnings, to a maximum of $1,500 weekly, for up to 26 weeks.

Crewmembers based in New York are automatically covered by New York State Disability, which is a state-sponsored program that may provide benefit levels different from the JetBlue Voluntary Short-Term Disability Plan. For more information regarding

benefits, contact the New York State Division of Disability Determinations (NYS-DDD) at 1-800-353-3092.

Crewmembers based in California are automatically covered by California State Disability, which is a state-sponsored program that may provide benefit levels different from the JetBlue Voluntary Short-Term Disability Plan. For more information regarding benefits, contact the State Disability Insurance (SDI) office at 1-800-480-3287.

Crewmembers based in Puerto Rico are automatically covered by Puerto Rico Disability, which is a state-sponsored program that may provide benefit levels different from the JetBlue Voluntary Short-Term Disability Plan. For more information regarding benefits, contact the Bureau of Employment Security.

Short-Term Disability benefits will be reduced by any amount received from another wage replacement program, including social security. If a Crewmember is covered under the New York, California, or Puerto Rico plan, he/she may also elect voluntary Short-Term Disability coverage. In those cases, in addition to the previously mentioned offsets, the voluntary Short-Term Disability benefits will be reduced by any amount a Crewmember may receive from a state mandated disability insurance program.

A Crewmember on a short-term disability leave is required to furnish written medical certification from his/her physician that such a leave is medically warranted. The verification should include the anticipated return-to-work date. This written notice must be provided at the start of a disability leave and again at 30-day intervals during the leave period or any extension period.

If the Crewmember's short-term disability leave qualifies as Family and Medical Leave (FMLA), the leaves will run concurrently. Please refer to the section on FMLA for more information.

# Long-Term Disability

If a Full Time Crewmember is still disabled after 180 days from the first day of disability, the Crewmember may be eligible for Long-Term Disability (LTD) benefits. To be eligible for LTD insurance, a Crewmember must be scheduled to work at least 40 hours per week.
If you qualify for LTD benefits and have satisfied the 180-day elimination period, the plan pays a monthly benefit of 60% of basic monthly earnings, to a maximum of $15,000 per month. Benefits are paid until you are no longer disabled or until the plan maximum period, whichever is first. The plan maximum period is dependent upon your age as of the day on which the disability commences.

Payment may be reduced by deductible sources of income and disability earnings. Some disabilities may not be covered or may have limited coverage under the plan.

# Pilot Loss of License Insurance

Loss of License (LOL) insurance is provided to all full time pilots or pilots who are assigned to a management position and working full-time.

Loss of license provides a benefit equal to 50% of a pilot's fixed line value pay, up to a monthly maximum benefit of $5,000, if the pilot becomes disabled by illness or injury and is unable to perform the material duties of a commercial pilot. The plan will continue to pay a benefit as long as the pilot is disabled, up to a maximum benefit period of two years.

If a pilot becomes disabled, he/she must satisfy a 6-month waiting period before benefits begin. LOL benefits will be reduced by any amount received from another JetBlue-sponsored disability program or a third party disability program, including workers' compensation and social security.

# Bereavement Leave

In the event of the death of a Crewmember's immediate family member, the Crewmember may take up to three (3) calendar days of paid leave from scheduled work, or up to five (5) consecutive days bereavement leave for an out-of-state family member's death. "Immediate family member" is defined as a mother, father, spouse, child, brother, sister, grandparent or grandchild. Step-relatives, relatives by adoption, legal dependents, custodial relatives, and registered domestic partners and their children are included in tis definition. Verification of need for the leave may be requested.

The Crewleader is required to report the Crewmember's approved bereavement leave dates with the normal payroll hours for the applicable time period. A Crewmember who needs additional time off following the death of a relative may request unpaid time off.

Crewmembers with employment agreements should refer to those agreements for information regarding bereavement leave.

# Jury Duty

Jury Duty is an important civic responsibility to which a crewmember must provide a response when summoned. Crewmembers will be allowed time off to report for jury duty when they are summoned by the court and will receive their regular compensation for work hours missed while on jury duty. Crewmembers are required to furnish a court validated "Statement of Attendance" indicating jury duty attendance dates prior to going out on jury duty. Upon their return, Crewmembers are required to endorse any payment for jury duty to JetBlue Airways.

Crewmembers with employment agreements should refer to those agreements for information regarding jury duty.

# Witness Duty

If called to be a witness in a court proceeding in which the Crewmember or JetBlue Airways is not a party, the Crewmember may take time off, with pay, for the length of time actually required in court provided the Crewmember can provide a copy of the subpoena or other court document. This is expected to be for a period of a few hours, but not to exceed one full workday. If the time involved for witness duty exceeds one day, the Crewmember may apply accrued PTO or take an unpaid leave with the approval of the People Department.

## Voting Leave

In accordance with applicable state law, Crewmembers in certain locations who are unable to vote during non-work hours, may request reasonable time off for up to two hours with pay (at the regular base rate of pay), to vote in national, state and local elections. Please notify the Crewleader at least two (2) days in advance if time off to vote will be necessary.

## Continuation of Benefits During Paid Time Away From Work

During a paid time away from work, the Crewmember's group insurance benefits will be continued on the same basis as if the Crewmember had continued working for up to 12 months; provided that the Crewmember continues to pay his or her portion of the insurance premiums in a timely basis.

Vesting in the profit sharing/401(k) match will continue, if applicable. However, to accrue time for vesting purposes, a Crewmember on leave must work at least 501 hours during a calendar year in which the leave is taken. Any period of leave will be treated as continuous service for purposes of eligibility as long as the Crewmember subsequently returns to work for JetBlue. The Crewmember must continue making deferral contributions to the 401(k) plan to continue to receive this benefit.

PTO accrual and participation in the Crewmember Stock Purchase Plan will cease during any type of leave and resume once the Crewmember returns to active payroll status.

Crewmembers on any type of leave are not eligible to receive flight passes.

# Unpaid Time Away From Work

## Unpaid Personal Leave

JetBlue recognizes that there may be instances when for various reasons, Crewmembers may require time off from their jobs for unplanned, emergency events other than for family and medical leave. We recognize that under these circumstances it may be in the best interest of both JetBlue and the Crewmember for the Crewmember to be granted an unpaid personal leave.

Unpaid personal leaves of absence may be granted to Crewmembers who have served a minimum of ninety (90) days of continuous employment with JetBlue. Each request for unpaid personal leave will be considered on an individual basis, and the Crewleader in conjunction with the People Department will determine, in their discretion, whether to grant the leave. Before requesting unpaid personal leave, the Crewmember must exhaust all other accrued paid time off benefits. JetBlue will generally not approve a personal leave in excess of 30 days per calendar year, and will consider the amount of time the Crewmember already has missed from work in determining whether or not to grant the request.

Insurance benefits will continue during the leave, and both JetBlue and the Crewmember will continue to pay the customary portions of the insurance premiums. Terms for payment must be arranged with the People Department prior to commencement of the leave. If the Crewmember fails to make the premium payments on time, his or her insurance benefits may be canceled. PTO accrual will not continue during the unpaid personal leave.

# Military Leave

Crewmembers who interrupt their employment to serve in the United States Armed Forces, either on reserve training or active duty, are eligible for re-employment and benefits reinstatement subject to Federal and state law and explicit provisions of JetBlue's policies, employment agreements and benefits plans. JetBlue will honor all rights and privileges afforded within the Uniformed Services Employment and Reemployment Rights Act of 1994.

## Military Training Duty

Eligible Crewmembers are granted time off without pay for military training duty and are eligible for reinstatement to their prior jobs. Upon being notified that a Crewmember must report for training duty, a Crewleader may contact the commander of the division to which the Crewmember will report to verify the need for leave and determine whether the leave can be rescheduled.

Crewmembers are not paid regular pay during military training duty. However, to continue pay through the military training period, a Crewmember may elect to use all or a portion of accrued PTO time.

## Long-Term Military Duty

Unpaid leaves of absence are granted to Crewmembers entering active duty in any branch of the United States Armed Forces. Crewmembers are not paid through the military duty period unless required by law. A Crewmember may elect to use all or a portion of accrued PTO during this leave.

All Company property is to be returned if a Crewmember goes on long-term military duty. This does not apply to temporary active duty for purposes of annual training.

## Returning From Military Leave

The returning veteran will be placed in his/her same or similar position, if all of the following provisions are sufficiently met:

- The total period of military leave of absence during JetBlue employment by reason of service in the Armed Forces has not exceeded 5 years, unless an extension was necessary at government request, or the Crewmember was hospitalized on his/her military discharge date;
- The veteran is still qualified to handle the duties of the job he/she previously held;
- The Company's circumstances have not changed to make reinstatement impossible or unreasonable. If return of the veteran to his/her previous position is not reasonable, the veteran will be returned to a job of similar pay and responsibility.
- Where the period of service was less than 31 days, the veteran reports to work within 2 days following a reasonable time period to return to his/her residence after completion of military service.
- Where the period of service was for more than 30 days, but less than 181 days, the veteran notifies the Company that he/she is available to return to work within 14 days after completion of service.
- Where the period of service was for more than 180 days, the veteran notifies the Company that he/she is available to return to work within 90 days after completion of military service.
- Veterans hospitalized at the time of military discharge must report or notify the Company that he/she is available to return-to-work within the above time frames beginning on the date of their hospital release if the period of hospitalization is no longer than 2 years.
- The veteran was not a temporary/short-term Crewmember whose period of employment was over, or would have been over, during the period of time the Crewmember was on military leave.

Upon return from military leave, the Crewmember is entitled to all benefits based on the years of service that the Crewmember would have attained had he or she been continuously employed. Therefore, credit will be given for the time in the military plus years of employment served with JetBlue prior to military service.

### Health Benefits

JetBlue will provide health benefits coverage approved and in effect for the current plan year for up to 6 months for crewmembers who are absent from work to serve in the military.

If the military service lasts for 6 months or less, the Crewmember will be required to contribute the normal Crewmember share of the group health premium. If the military leave exceeds 6 months, a Crewmember may elect to continue his/her health plan coverage for up to 12 months after the initial 6-month absence. Crewmembers who wish to continue coverage will be required to elect and pay for "COBRA-like" coverage at a cost of 102% of the full premium.

### Other Benefits

PTO Accrual: While on military leave, Crewmembers will continue to accrue basic PTO at their current rate.

### Life Insurance

Life insurance coverage approved and in effect for the current plan year continues for up to 6 months of service. If the Crewmember dies during a period of up to 6 months while in active military duty, his/her beneficiary will receive a benefit based on the crewmember's life insurance approved and in effect for the current plan year. After 6 months of continued coverage, coverage expires and conversion privileges will be extended.

# Family or Medical Leave

In accordance with the federal Family and Medical Leave Act of 1993, (FMLA), Crewmembers may be eligible to take a leave of absence for specific family or medical reasons. Under the federal FMLA, leave entitlement for a leave of absence may only be for the following reasons:

- The birth of a child, and to care for the newborn child (within the first year of birth).
- The placement of a child for adoption or foster care, and to care for the newly placed child (within the first year of placement with the Crewmember).
- Care for an immediate family member (spouse, child, or parent – but not parent-in-law -- with a serious health condition.)
- Crewmember's inability to work due to his or her own serious illness.

Crewmembers are eligible for a leave of absence from work under the federal FMLA, if they have worked for JetBlue for at least twelve (12) months and have actually worked 1,250 hours (or the equivalent for flight crews) in the 12 months prior to the date of commencement of the requested leave. A Crewmember who qualifies for FMLA leave is entitled to 12 weeks of leave in a 12-month period. For purposes of determining the 12-month period in which the leave entitlement occurs, the Company will use a "rolling" 12-month period measured backwards from the date a Crewmember uses any leave under FMLA.

Crewmembers must provide 30 days advance notice of the need for FMLA leave and complete a "Medical Certification of Healthcare Provider" form within 15 days to support a request for leave because of a serious health condition of the Crewmember or immediate family member. If 30 days notice is not possible, Crewmembers must give as much notice as possible when requesting FMLA.

Leave may be taken intermittently or on a reduced-leave basis for a Crewmember's serious health condition, or to care for a Crewmember's seriously ill family member, only when medically necessary as certified by a physician or medical practitioner. Intermittent or reduced leave for birth, placement for adoption, or foster care may be taken only with JetBlue's approval.

JetBlue may request a second opinion regarding the medical certification for the Crewmember, which would be at JetBlue's expense and with a designated health care provider as defined by the FMLA. If the first and second opinions differ, the Company may require a third opinion, which is final and binding.

A husband and wife who are both employed by JetBlue are permitted to take only a

combined total of up to 12 weeks of leave for the birth, adoption, or foster care placement of a child.

### Returning From Family or Medical Leave

A Crewmember returning from FMLA leave for personal medical reasons is required to provide a fitness for duty report from his or her treating physician, or take a physical examination at the Company's expense one week prior to returning to active status.

Crewmembers returning within or at the end of the approved FMLA leave will be reinstated to the position and location the Crewmember held when the leave was granted. Crewmembers will generally be required to meet the general job qualifications and standards applicable to their position including re-training, drug screen testing, and others as defined by the FAA and/or DOT.

Benefits will be reinstated in the same manner and at the same level provided when the leave began, subject to any changes affecting the benefit plans that may have taken place during the leave period, without being subject to benefit qualification requirements, (provided the Crewmember returns within or at the end of the maximum duration of the approved leave).

A Crewmember who has returned to work and may have an impairment or disability which impacts his or her ability to perform the job duties, and may need to request a reasonable accommodation, should contact the People Department.

### State Provided Leave Entitlements

For details concerning a family, medical or pregnancy leave of absence under the FMLA or applicable family, medical or pregnancy leave law in California, Connecticut, Louisiana, Vermont, Washington and Puerto Rico, please contact the People Department.

## Medical Leave

Medical leaves not covered by FMLA may be granted on account of sickness or injury. A Crewmember with at least 6 months service prior to the medical leave will be eligible to return to work provided that the Crewmember's medical leave has not exceeded (1) year and the Crewmember meets the job qualifications.

Crewmembers with employment agreements should refer to those agreements for information regarding medical leave.

## Parental Leave

In accordance with applicable parental leave laws in California, Connecticut, Louisiana, Vermont, Washington and Puerto Rico, Crewmembers may be eligible to take a limited amount of paid, or unpaid, time off for specific parental or child-care reasons. For the details about such leave benefits, including whether the leave will be paid or unpaid, please contact the People Department.

## Continuation of Benefits During Unpaid Time Away From Work

Group insurance benefit coverage may continue during an authorized unpaid leave for up to 12 months, depending upon the individual circumstances. Terms for payment must be arranged with the People Department prior to commencement of the leave.

Crewmembers on any type of leave are not eligible to receive flight passes.

## Pass Privileges

JetBlue Crewmembers enjoy one of the most liberal pass travel programs in the industry. JetBlue Crewmembers and their eligible dependents fly free of charge on JetBlue and or at reduced rates on other carriers with which we have pass agreements.

### General Rules of Pass Travel

Crewmembers and their dependents may apply their pass privileges to personal travel only. Employment-related passes are reserved for JetBlue Crewmembers traveling on company business. Crewmembers, eligible dependents, and guests who are traveling for business, other than JetBlue company business, must purchase tickets for their own business travel.

Crewmembers, dependents, or guests who hold reservations and/or who have purchased tickets for travel on any flight on a particular date may not use a space-available pass for travel on any flight on the same date, even if the reservation has been canceled.

Pass travelers must check-in at the appropriate location no later than 30 minutes prior to departure; check-in at least 1 hour prior to departure on all other carriers.

Pass travelers must always cooperate with airline personnel. Events such as delays, oversells, etc., should be accepted graciously.

Paying customers must be given priority over pass travelers. Pass travelers are expected to always be considerate of fare-paying customers. Pass travelers may NOT pre-board or save seats.

### Dress Codes and Travel Attire

When traveling with a pass on JetBlue or on another carrier, we ask that all Crewmembers (or anyone traveling on a buddy pass) dress in clean, well-groomed attire. We expect that Crewmembers will use their best judgment when choosing attire for pass travel.

Airline personnel have the right to deny passage to anyone who does not adhere to the established dress code of the airline on which travel is planned.

### Identification

Crewmembers must carry company identification badges at all times and have them ready for presentation when requested. Airline personnel may request this identification at any time during travel.