United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MARSHALL, et al.,

Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

Defendant(s).
____________________________________________/

No. C 04-3215 MEJ

**ORDER RE: SUBPOENA DISPUTE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' briefing regarding Plaintiff's Ex Parte Application to Shorten Time, filed on August 25, 2005, and Plaintiff's Motion to Quash and/or Modify Subpoenas, filed on August 26, 2005. The Court shall not consider Plaintiff's motions; rather, the parties shall comply with Judge James' Standing Order Regarding Discovery and Dispute Procedures, a copy of which may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/
From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

Counsel are advised that in regard to any pending discovery disputes, they must comply with Judge James' standing order and meet and confer in person. If the parties are unable to resolve their dispute after the meet and confer session, they shall file a joint meet and confer letter. Upon careful review of the parties' letter, the Court will either order further briefing, oral argument, or deem the matter submitted on

Dockets.Justia.com

the papers. The parties are reminded that they may file a separate letter for each dispute and need not file one letter for all disputes. Accordingly, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter. However, the Court shall stay compliance with the subpoena deadlines pending the outcome of the parties' meet and confer session(s) and resolution of any joint letter(s).

Further, when filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically. These printed copies shall be marked “Chambers Copy” and shall be submitted to the Clerk’s Office, in an envelope clearly marked with Judge James’ name, case number and “E-Filing Chambers Copy.” Parties shall not file a paper copy of any document with the Clerk’s Office that has already been filed electronically.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: August 29, 2005

MARIA-ELENA JAMES
United States Magistrate Judge