Apple Inc. v. Psystar Corporation Doc. 3330



DANIEL S. WITTENBERG (SBN: 158254)
HOLLY R. SHILLIDAY (SBN: 162884)
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000
Facsimile: (415) 634-2020

Attorneys For: Defendant
ELECTROLOGIC OF AMERICA, INC.

Snell & Wilmer L.L.P.
One Tabor Center, Suite 1900
1200 Seventeenth Street
Denver, CO 80202

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI CASTRO and WILLIAM CASTRO<br>Plaintiffs,<br>vs.<br>ELECTROLOGIC OF AMERICA, INC.<br>Defendant. | CASE NO. 05-03206 HRL<br>**NOTICE OF PROOF OF SERVICE**<br>DATE OF FILING: April 11, 2005<br>TRIAL DATE: NONE |

SEE ATTACHED PROOF OF SERVICE



Dockets.Justia.com

Snell & Wilmer L.L.P.
One Tabor Center, Suite 1900
1200 Seventeenth Street
Denver, CO 80202

PROOF OF SERVICE

I am a resident of the State of Colorado, over the age of eighteen years, and not a party to the within action. My business address is: 1200 17th Street, Suite 1900, Tabor Center, Denver, CO 80202. On August 30, 2005, I served the within documents:

(1) Order Setting Case Management Conference pursuant to Civil L.R. 16-2 (b);

(2) Standing Orders Regarding Case Management In Civil Cases;

(3) Form of Joint Case Management Statement and Proposed Order pursuant to Civil L.R. 16-10;

(4) Handbook entitled "Dispute Resolution Procedures in the Northern District of California";

(5) ADR Multi-Option Program ADR Certification Form as required in Civil L.R.16-8(b);

(6) USDC for Northern California ECF Registration Information Handout

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and sending via U.S. Mail, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

***Attorneys for Plaintiffs***

Michael B. Moore, Esq.
Charles A. Browning, Esq.
Moore & Browning, A Law Corporation
595 Market Street, Suite 1320
San Francisco, CA 94105
Phone: (415) 956-6500
Fax: (415) 956-6580

Robert H. Ludlow, Jr., Esq.
Robert H. Ludlow, P.C.
P.O. Box 1184
Santa Cruz, CA 95061
Phone: (831) 475-5592
Fax: (831) 475-0775

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on August 30, 2005, at Denver, Colorado.

Jennifer Voight

93282.1