Apple Inc. v. Psystar Corporation
Doc. 3330 Att. 4


# Exhibit 5

Dockets.Justia.com

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

280 SOUTH FIRST STREET
SAN JOSE, CA. 95113
408-535-5364

## WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION

In addition to the Local Rules, the following guidelines have been provided to ensure that the filing process is accomplished with ease and accuracy. Please help us to assist in making your visit to the U.S. District Court Clerk's Office productive and worthwhile.

1. When submitting a Proof of Service that is not attached to the back of a document, you must attach a cover sheet showing case caption and number in accordance with the Local Rules.

2. Appropriate sized self-addressed envelopes are to be included with proposed orders or when filing documents by mail.

3. In order to facilitate the file stamping process, original documents should be submitted on top of their copies. In other words, group like or corresponding documents together.

4. This office will retain the ORIGINAL plus ONE COPY of most documents submitted. We will conform as many copies as you bring (***within reason***) for your use.

5. The copies retained go directly to the assigned judge or magistrate judge. ***Courtesy copies, or instructions for couriers to delivery a copy directly to chambers are inappropriate unless you have been instructed to do so by court order.***

6. The document caption should include the appropriate judge or magistrate judge who is involved in that particular matter or before whom an appearance is being made.

7. The case number must include the initials of the judge and magistrate judge as well as the initials designating the case to Early Neutral Evaluation (ENE) or Arbitration (ARB).

8. The case number must include whether it is a civil or criminal matter by the inclusion of a **"C"** or **"CR"** at the beginning of the number.

9. Documents must be stapled and/or ACCO fastened at the top. **NO BINDER CLIPS OR RUBBER BANDS PLEASE.**

10. Two holes-punched at the top of bulky or thick documents at the top of pages will facilitate processing.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO, CA 94102
(415) 522-2000

# FEE SCHEDULE SUMMARY

| | |
|---|---|
| Civil case filing fee, | $150.00 |
| Civil case filing fee **EFFECTIVE FEBRUARY 7, 2005** | **$250.00** |
| Notice of Appeal filing fee, | 255.00 |
| *Habeas Corpus* petition filing fee, | 5.00 |
| Filing fee for civil action brought under Title III of the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996 (this fee is in addition to **$250** civil case filing fee), | 5431.00 |
| Filing or indexing any document not in a case or proceeding for which a filing fee has been paid (miscellaneous matter), | 39.00 |
| For every search of the records, per name or item searched (this fee shall be applicable to the United States if the information requested is available through electronic access), | 26.00 |
| For every search of court records conducted by the PACER Service Center, | 20.00 |
| For certification of any document, whether made directly on the document or by separate instrument, | 9.00 |
| For exemplification of any document or paper, | 18.00 |
| For reproducing any record or paper, per page, whether from original documents or from microfiche or microfilm reproductions of original records (this fee shall apply to services rendered on behalf of the United States if the record or paper is available through electronic access), | .50 |
| For printing copies of any record or document accessed electronically at a public terminal in the courthouse (this fee shall apply to services rendered on behalf of the United States if the record requested is remotely available through electronic access), | .10 |
| For reproduction of recordings of proceedings, including cost of materials, | 26.00 |
| For retrieval of a record from the Federal Records Center or National Archives, | 45.00 |
| For a check paid into the court which is returned for lack of funds, | 45.00 |
| For an appeal to a district judge from a judgment of conviction by a magistrate judge in a misdemeanor case, | 32.00 |
| Power of attorney fee (per attorney, per company), | 39.00 |
| For admission of attorney to practice, including Certificate of Admission, | 210.00 |
| For admission of an attorney *pro hac vice* | 210.00 |
| For a duplicate Certificate of Admission or Certificate of Good Standing, | 15.00 |
| For remote electronic access to court records via a federal judiciary Internet site, per page, with the total fee per document not to exceed the fee for 30 pages, (Note: the electronic access fee shall apply to the United States; the 30-page fee limit shall not be applicable to transcripts of federal court proceedings; and, no fee will be charged to view documents at the courthouse.) | .08 |

The Clerk shall assess a charge for the handling of registry funds deposited with the court, to be assessed from interest earnings and in accordance with the detailed fee schedule issued by the Director of the Administrative Office of the United States Courts.

---

Note: Fees are authorized by Title 28, USC, Sec. 1914 and Civil L.R. 11-1(d) and 11-3(c). Complete texts of federal court fee schedules are available at: http://www.uscourts.gov/library/courtfee.html

# NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

## CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES

### JAMES WARE (JW) - COURTROOM #8, 4TH FLOOR

| | | |
|---|---|---|
| Civil: | Mondays | @ 9:00 A.M. |
| Criminal: | Mondays | @ 1:30 P.M. |
| CMC: | Mondays | @ 10:00 A.M. |
| Criminal Pretrial: | Mondays | @ 1:30 P.M. |
| Civil Pretrial: | Mondays | @ 3:00pm & two weeks before Trial |
| Trial: Jury Selection: | Tuesdays | @ 9:00 A.M. |
| Testimony: | Tuesday/ Wednesday/Thursday/Friday | |

### RONALD M. WHYTE (RMW) - COURTROOM #6, 4TH FLOOR

| | | |
|---|---|---|
| Civil: | Fridays | @ 9:00 A.M. |
| Criminal: | Mondays | @ 9:00 A.M. |
| CMC: | Fridays | @ 10:30 A.M. |
| Pretrial: | Thursdays | @ 2:00 P.M. and 20 days before Trial |
| Trial: | Mondays | @ 1:30 P.M. |

### JEREMY FOGEL (JF) - COURTROOM #3, 5TH FLOOR*

| | | |
|---|---|---|
| Civil: | Fridays | @ 9:00 A.M. |
| Criminal: | Wednesday | @ 9:00 A.M. |
| CMC: | Fridays | @ 10:30 A.M. |
| Pretrial: | Fridays | @ 11:00 A.M. & (10) days before Trial |
| Trial: Jury Selection: | Fridays | @ 1:30 P.M. |

### PATRICIA V. TRUMBULL (PVT) - COURTROOM #5, 4TH FLOOR

| | | |
|---|---|---|
| Civil: | Tuesdays | @ 10:00 A.M. |
| Criminal: | Thursdays | @ 9:30 A.M. & 2:00 P.M. |
| Stat/CMC: | Tuesdays | @ 2:00 P.M. |
| Pretrial: | Tuesdays | @ 2:00 P.M. |
| Trial: | Mondays | @ 9:30 A.M. |

### RICHARD SEEBORG (RS) - COURTROOM #4, 5TH FLOOR

| | | |
|---|---|---|
| Civil: | Wednesdays | @ 9:30A.M. |
| Criminal: | Thursdays | @ 9:30A.M. |
| CMC: | Wednesdays | @ 2:30 P.M. |
| Pretrial: | Wednesdays | @ 1:30 P.M. |
| Trial: | Mondays | @ 9:00A.M. |

### HOWARD L. LLOYD (HRL) - COURTROOM #2, 5TH FLOOR

| | | |
|---|---|---|
| Civil: | Tuesdays | @ 10:00 A.M. |
| Criminal: | Thursdays | @ 9:30 A.M. |
| CMC: | Tuesdays | @ 1:30 P.M. |
| Pretrial: | Tuesdays | @ 1:30 P.M. |

### EDWARD A. INFANTE (EAI) - COURTROOM #7, 4TH FLOOR

| | | |
|---|---|---|
| Civil: | Mondays | @ 10:00 A.M. |
| Criminal: | Mondays | @ 10:30 A.M. |
| Status/CMC/Pretrial: | Mondays | @ 11:00 A.M. |
| Trial: | Tuesdays | @ 9:00 A.M. |

Updated 03/03/05:tg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT OF CASE

TO A UNITED STATES MAGISTRATE JUDGE

Pursuant to General Order 44, the Assignment Plan of the United States District Court for the Northern District of California, this case has been assigned for all purposes to the Magistrate Judge whose initials appear following your case number.

In accordance with Title 28 U.S.C. §636(c), with written consent of all parties, this magistrate judge shall conduct any and all proceedings in this case, including a jury or nonjury trial and entry of a final judgment. An appeal from a judgment entered by magistrate judge may be taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of the district court. You may, however, without adverse consequences, decline to consent to the assignment of the magistrate judge for all purposes. Both a consent form and a declination form have been provided to you. Please complete the form that corresponds to your choice and promptly return it to the Court.

In the event that you decline the assignment of the magistrate judge for all purposes, in accordance with Title 28 U.S.C. §636(b)(1)(a) and General Order 44, that magistrate judge nevertheless has been designated to and will hear and determine pretrial matters not dispositive of a claim or defense.

The plaintiff or removing party shall serve a copy of this notice upon all other parties to this action pursuant to Federal Rules of Civil Procedure 4 and 5.

FOR THE COURT:
RICHARD W. WIEKING, CLERK

By Lillie Gaeta
Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

280 SOUTH FIRST STREET
SAN JOSE, CA. 95113
408-535-5364

# NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION

The Office of the Clerk is now accepting many electronically filed documents and making the content of these documents available on the court's Internet website via PACER. Any subscriber to PACER will be able to read, download, store and print the full content of electronically filed documents. The Clerk's Office will not make electronically available documents that have been sealed or otherwise restricted by court order.

In response to the increased online accessibility of court documents, the judges of the Northern District recently adopted General Order No. 53, a copy of which is attached.

Counsel are strongly urged to share a copy of General Order No. 53 with all clients so that an informed decision about the inclusion, redaction and/or exclusion of certain materials may be made. It is the sole responsibility of counsel and the parties to be sure that all documents comply with General Order No. 53. The clerk will not review documents for redaction.

# GENERAL ORDER NO. 53

## PRIVACY

**A. Personal Identifiers.**

In compliance with the policy of the Judicial Conference of the United States and the E-Government Act of 2002 (PL 107-347), and in order to promote electronic access to case files while also protecting personal privacy and other legitimate interests, parties must refrain from including, or must redact where inclusion is necessary, the following personal data identifiers from all pleadings and other papers filed with the Court in civil actions, including exhibits thereto, whether filed electronically or in paper, unless otherwise ordered by the Court, pursuant to B., below.

1. **Social Security numbers.** If an individual's social security number must be included in a pleading or other paper, only the last four digits of that number should be used.

2. **Names of minor children.** If the involvement of a minor child must be mentioned, only the initials of that child should be used.

3. **Dates of birth.** If an individual's date of birth must be included in a pleading or other paper, only the year should be used.

4. **Financial account numbers.** If financial account numbers are relevant, only the last four digits of these numbers should be used.

**B. Filing.**

In compliance with the E-Government Act of 2002, a party wishing to file a document containing the personal data identifiers listed above may file an unredacted document under seal by following the procedures prescribed in Civil L.R. 79-5. This document shall be retained by the Court as part of the record. The party must file a redacted copy for the public file.

**C. Responsibility.**

The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk will not review each pleading or other paper for compliance with this general order.

ADOPTED BY THE COURT: May 21, 2002
AMENDED: April 15, 2003

FOR THE COURT:

Marilyn Hall Patel
Chief Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No.

Plaintiff,

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

v.

Defendant.
______________________________/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:

______________________________
Signature

Counsel for______________________
(Name or party or indicate "pro se")

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff,

v.

Defendant.
_______________________________/

No.

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:

_______________________________
Signature

Counsel for_______________
(Name of party or indicate "pro se")

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: ______________________________ (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, ______________________________ (DEFENDANT NAME), acknowledge receipt of your request

that I waive service of summons in the action of ______________________________ (CAPTION OF ACTION),

which is case number ______________________ (DOCKET NUMBER) in the United States District Court

for the NORTHERN District of CALIFORNIA.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after ______________________ (DATE REQUEST WAS SENT),

or within 90 days after that date if the request was sent outside the United States.

______________________ (DATE) ______________________________ (SIGNATURE)

Printed/Typed Name: ______________________________

As ______________________ (TITLE) of ______________________ (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

AO 398 (12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO: (A) ____________________

as (B) ____________________ of (C) ____________________

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) Northern District of California

and has been assigned docket number (E) ____________________.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service In order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) ________ days after the date designated below as the date on which this Notice and Request Is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, It will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days f rom that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time Indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request Is being sent to you on behalf of the plaintiff, this _____ day of ______________, ______.

____________________
Signature of Plaintiff's Attomey
or Unrepresented Plaintiff

A - Name of Individual defendant (or name of officer or agent of corporate defendant)
B - Title, or other relationship of Individual to corporate defendant
C - Name of corporate defendant, If any
D - District
E - Docket number of action
F- Addressee must be given at least 30 days (60 days If located In foreign country) In which to return waiver

# INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELCTION OF AN ADR PROCESS (ADR L.R.3-5)

Under ADR L.R. 3-5, by the date set forth in the initial case management scheduling order, counsel shall meet and confer to attempt to agree on an ADR process. By that date, counsel also must file one of the two attached forms, as explained below:

- If the parties have agreed to non-binding abritration, ENE, mediation, or private ADR, they shall file the form captioned "**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS/ADR CERTIFICATION.**"

  If the parties either have not yet reached an agreement to an ADR process or they have agreed to an early settlement confernece before a magistrate judge, they shall file the form captioned "**NOTICED OF NEED FOR ADR PHONE CONFERENCE {ADR L.R. 3-5}/ADR CERTIFICATION.**"

Please note that parties selecting an early settlement conference with a magistrate judge are required to participate in an ADR telephone conference.

UNDER ADR L.R. 3-5 (e), a copy of the applicable form must be <u>received</u> by the ADR Unit by the date set forth in the initial case management scheduling order. This copy may be provided in the form of a courtsey copy designated for the ADR Unit presented along with the filed original or may be submitted by fax directly to the ADR UNIT AT 415-522-4112.

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff,

v.

Defendant.
_______________________________________/

No. C

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

**ADR CERTIFICATION**

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration ☐ ENE ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR (*please identify process and provider*)

_______________________________________________________________

Dated: ____________________ ________________________________
Attorney for Plaintiff

Dated: ____________________ ________________________________
Attorney for Defendant

IT IS SO ORDERED:

Dated: ____________________ ________________________________
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

**Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.**

*(Note: This Certification must be signed by each party and its counsel.)*

**Dated:** ____________ ______________________________
**[Typed name and signature of plaintiff]**

**Dated:** ____________ ______________________________
**[Typed name and signature of counsel for plaintiff]**

**Dated:** ____________ ______________________________
**[Typed name and signature of defendant]**

**Dated:** ____________ ______________________________
**[Typed name and signature of counsel for defendant]**

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C

Plaintiff,

v.

Defendant.
________________________________/

NOTICE OF NEED FOR ADR PHONE CONFERENCE [ADR L.R. 3-5]

ADR CERTIFICATION

The parties either:

❑ have not yet reached an agreement to an ADR process, or

❑ have tentatively agreed to a settlement conference before a magistrate judge.

Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

**Last day to file Joint Case Management Statement:** ____________________

**Date of Initial Case Management Conference:** ____________________

The following counsel will participate in the ADR phone conference:

| *Name* | *Party Representing* | *Phone No.* | *Fax No.* |
|---|---|---|---|
| | | | |
| | | | |

*(For additional participants, please attach a separate sheet with the above information.)*

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Plaintiff's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

***For court use only:***

**ADR Phone Conference Date:** ________________ **Time:** __________ AM/PM

**For scheduling concerns, call 415-522-2199.**

**Date:** ________________

________________________
ADR Case Administrator

United States District Court
For the Northern District of California

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: ______________ ______________________________
[Typed name and signature of plaintiff]

Dated: ______________ ______________________________
[Typed name and signature of counsel for plaintiff]

Dated: ______________ ______________________________
[Typed name and signature of defendant]

Dated: ______________ ______________________________
[Typed name and signature of counsel for defendant]

GENERAL ORDER NO. 40

PROHIBITION OF BIAS

Prologue

The Court is committed to ensuring that all forms of bias and prejudice are eliminated from the practice of law in our district. Accordingly, the Court enacts the following General Order and shall amend its local rules to implement the policy set forth herein. It should be noted that the General Order is intended to govern the conduct of attorneys and litigants since existing law already places a duty of fair treatment on judges and court employees. While the enforcement procedures set forth in paragraphs (2) through (6) apply only to attorneys, paragraph (1) calls upon all participants involved in court business to treat all individuals with respect and courtesy.

Duties and Procedures

(1) The practice of law before the United States District Court for the Northern District of California must be free from prejudice and bias in any form. Treatment free of bias must be accorded all other attorneys, litigants, judicial officers, courtroom jurors or support personnel. The duty to exercise nonbiased behavior includes the responsibility to avoid comment or behavior manifesting prejudice or bias toward another. This duty is owed by all attorneys, judges, judicial officers and court personnel in connection with cases pending before the district court.

(2) The purpose of the facilitation process set forth herein shall be principally to promote understanding and education through voluntary peer review of biased behavior. To implement the policy set forth in paragraph (1), the Court shall appoint a committee of attorneys practicing in the Northern District to constitute the Advisory Committee on Professional Conduct ("the Committee"). The roster of the Committee shall remain on file with the Clerk of the Court. It shall be the responsibility of the Committee, serving at the discretion of the Court as an advisory adjunct, to hear complaints of biased behavior and to provide a forum for the voluntary resolution of conflicts of this nature.

(3) Upon being directly notified of an alleged violation of paragraph (1) or upon referral from the Court, the chair of the Committee shall, after consultation with the complaining party, appoint a member of the Committee or other appropriate, neutral facilitator who shall provide the parties a copy of this rule, and then attempt to facilitate a resolution of the matter. When deemed necessary in a particular case by the Committee, the chair of the Committee may appoint a facilitator who is not on the roster. Participation by the parties shall be voluntary, but the Court, by this rule, encourages participation. All matters that are the subject of facilitation, including the names of the parties, shall remain absolutely confidential.

(4) Attorneys are encouraged to resolve alleged violations of paragraph (1) informally, without resort to the processes set forth

herein. If attempts at informal resolution fail or would be inappropriate, an alleged violation of paragraph (1) may be raised through: a) referral to the Committee; or b) formal presentation to the Court. When the matter has been presented to the Court, the Court has discretion to send the matter to the Committee for facilitation. However, nothing in this rule shall affect the Court's inherent power to use its processes to ensure that the practice of law before the Court is free from bias. Where a Judge or Magistrate Judge is alleged to have engaged in biased behavior, enforcement of paragraph (1) shall be made with reference to Title 28 U.S.C. §372(c) and to the Rules of the Judicial Council of the Ninth Circuit Governing Complaints of Judicial Misconduct or Disability.

(5) All communications by the parties and witnesses pursuant to an investigation under this rule shall be deemed confidential. Unless required by law, the Committee shall not retain written records of the facilitation processes. However, the Committee may collect data on types of alleged violations or underlying anecdotes that might be useful in educational programs, provided that the identities of participants shall not be disclosed.

(6) Notwithstanding the foregoing, any violation of paragraph (1) committed in the presence of the Court should be addressed promptly by the Court. Any violation, whether or not committed in the presence of the Court (such as misconduct in the presence of witnesses or jurors), that affects the integrity of the judicial

process should be promptly raised with the Court.

ADOPTED: January 10, 1995