GREGORY J. ROCKWELL, ESQ. (SBN 67305)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #23145
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Facsimile: (510) 839-1897
Telephone: (510) 834-4350

Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ERLINDA URSUA, LORENZO URSUA, individually and as Executor for the ESTATE OF ERLINDA URSUA, ROXANNE BAUTISTA and RHODORA URSUA<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, COUNTY OF ALAMEDA, RENEE PAVON, ABC SECURITY SERVICE, INC. et al.,<br><br>Defendants. | Case No.: C04 3006 BZ<br><br>**DECLARATION OF SERVICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Date: October 26, 2005**<br>**Time: 10:00 a.m.**<br>**Courtroom: G**<br><br>**Trial Date: June 19, 2006** |

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of **DEFENDANT ALAMEDA COUNTY MEDICAL CENTER'S NOTICE OF MOTION AND MOTION**

**FOR SUMMARY JUDGMENT [F.R.C.P. 56(b)]; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; JOINT STATEMENT OF PLAINTIFFS AND DEFENDANT ALAMEDA COUNTY MEDICAL CENTER OF UNDISPUTED FACTS; DEFENDANT ALAMEDA COUNTY MEDICAL CENTER'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; DECLARATION OF GREGORY J. ROCKWELL IN SUPPORT THEREOF; INDEX OF EXHIBITS IN SUPPORT THEREOF; [PROPOSED] ORDER**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Edwin J. Wilson, Jr., Esq.<br>Erickson, Beasley, Hewitt & Wilson<br>483 Ninth St.<br>Oakland, CA 94607<br>Tel: 510-839-3448<br>Fax: 510-839-1622 | **Attorneys for Defendant COUNTY OF ALAMEDA** |
| Renee Pavon, PFN: BDT514<br>Legal Mail<br>Santa Rita Jail<br>5325 Broder Blvd.<br>Dublin, CA 94568 | **Defendant In Pro Per<br>RENEE PAVON** |
| Ross Nott, Esq.<br>Monica Hans, Esq.<br>Laplante, Spinelli & Donald<br>815 S Street, Second Floor<br>Sacramento, CA 95814<br>Tel: (916) 448-7888<br>Fax: (916) 448-6888 | **Attorneys for Defendant ABC SECURITY SERVICE, INC.** |

In addition, on September 21, 2005, I caused the above referenced documents to be personally served on the parties to said action by personally delivering a true copy thereof to the person(s) served:

| | |
|---|---|
| Stan Casper, Esq.<br>Casper, Meadows, Schwartz & Cook<br>2121 N. California Blvd., #1020<br>Walnut Creek, CA 94596-3572<br>Tel: (925) 947-1147<br>Fax: (925) 947-1131 | **Attorneys for Plaintiffs ESTATE OF ERLINDA URSUA, LORENZO URSUA, individually and as Executor for the ESTATE OF ERLINDA URSUA, ROXANNE BAUTISTA and RHODORA URSUA** |

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 21, 2005.

Candace Hankins

Candace Hankins

23145\359051

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350