Submitting Counsel Appear on Signature Page

*E-FILED 9/26/05*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARQUEZ BROTHERS INTERNATIONAL, INC.,

Plaintiff,

vs.

ATLETICO MORELIA S.A. DE C.V.,

Defendant.

Case No.: 5:05-CV-01889-RS

STIPULATION OF DISMISSAL, WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1))

AND ORDER



SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304 1043



Dockets.Justia.com

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1), IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action through their respective undersigned attorneys that this action and each of the claims in it are dismissed with prejudice, each party to bear its own attorneys' fees and costs and no application therefore to be made.

Respectfully submitted,

Dated: September 23, 2005

Attorneys for Plaintiff
SQUIRE, SANDERS & DEMPSEY L.L.P.

By: [signature]

Lisa E. Aguiar (State Bar # 139897)
600 Hansen Way
Palo Alto, CA 94304-1043
Telephone: +1.650.856.6500
Facsimile: +1.650.843.8777
Email: laguiar@ssd.com

Attorneys for Plaintiff
MARQUEZ BROTHERS INTERNATIONAL, INC.

Attorneys for Defendant
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Dated: September 23, 2005

By: /s/ [signature]

LLOYD WINAWER (State Bar #167823)
NICOLE M. HEALY (State Bar #157417)
BRIAN P. THOMAS (State Bar #223706)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304

Attorneys for Defendant
ATLETICO MORELIA S.A. DE C.V.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 26, 2005

/s/ Richard Seeborg

UNITED STATES ~~DISTRICT JUDGE~~
MAGISTRATE JUDGE



SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043