MATTHEW L. KABAK, SBN 212505
**LAW OFFICES OF MATTHEW L. KABAK**
One Embarcadero Center, 12th Fl.
San Francisco, California 94111
Telephone: (415) 732-3734
Facsimile: (415) 732-3730
Email: matt@mattkabak.com

Attorney for Defendants:
CONWAYCORPORATION.COM, CONWAYCENTRAL.COM, CONWAYCENTRALEXPRESS.COM, AND MENLOWORLDWIDEFORWARDING.COM

ANDREW GRAY IV, SBN 202137
BRUNO TARABICHI, SBN 215129
**MORGAN, LEWIS & BOCKIUS, LLP**
2 Palo Alto Square
3000 El Camino Real, Ste. 700
Palo Alto, CA 943062212
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

Attorneys for Plaintiff
CNF Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CNF Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>CONWAYCORPORATION.COM, CONWAYCENTRAL.COM, CONWAYCENTRALEXPRESS.COM, AND MENLOWORLDWIDEFORWARDING.COM<br><br>Defendants. | Case No.: C 05 03236<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS TO DECEMBER 21, 2005**<br><br>Date: November 9, 2005<br>Time: 10 a.m.<br>Courtroom G<br><br>The Honorable Bernard Zimmerman |

Plaintiff CNF Inc. and Defendants CONWAYCORPORATION.COM, CONWAYCENTRAL.COM, CONWAYCENTRALEXPRESS.COM, and MENLOWORLDWIDEFORWARDING.COM, by their attorneys, and pursuant to Civil Local Rules 6-1 and 7-7(a), herewith stipulate to continue the hearing on Defendants' motion to dismiss from November 9, 2005 at 10:00 a.m. to **December 21, 2005 at 10:00 a.m.** In this regard, this stipulation continuing the hearing date is being filed prior to the date on which Plaintiff's opposition is due.

Good cause exists for this continuance request as the parties have agreed in principle to a settlement of the matter and need the additional time to finalize a written agreement, which, if completed, will obviate the need for a hearing on Defendants' motion to dismiss.

DATED: October 10, 2005

LAW OFFICES OF MATTHEW L. KABAK

By: ______________________

Matthew L. Kabak
One Embarcadero Center, 12th Fl.
San Francisco, CA 94111
Tel.: 415-732-3734
Fax: 415-732-3730

Attorney for Defendants:
CONWAYCORPORATION.COM,
CONWAYCENTRAL.COM,
CONWAYCENTRALEXPRESS.COM, AND
MENLOWORLDWIDEFORWARDING.COM

DATED: October 10, 2005

MORGAN, LEWIS & BOCKIUS, LLP

By: ______________________

Andrew J. Gray
Bruno Tarabichi
3000 El Camino Real, Ste. 700
Palo Alto, CA 94306-2212
Tel.: 650-843-4000
Fax : 650-843-4001

Attorneys for Plaintiff, CNF Inc.