Apple Inc. v. Psystar Corporation Doc. 3709

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## *HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

## CIVIL MINUTE ORDER

**DATE:** October 14, 2005
**TITLE:** Essler -v- Support **CASE #:** C-05-0058 MEJ
**Related:** C-05-0527 MEJ

---

**APPEARANCES:**

**FOR PLAINTIFF:** Ray Shahani

**FOR DEFENDANT:** Douglas Stenzel

---

**Deputy Clerk:** Brenda Tolbert **FTR:**

**PROCEEDINGS:**

____ Case Management
____ Further Case Management
____ Status Conference
____ Pretrial Conference
____ Settlement Conference (Length: Hr/s.)
____ Evidentiary Hearing
____ Examination of Judgment Debtor
____ Motions
__X__ Other: Telephonic Discovery Hearing (.5)

---

**ORDER/RESULTS:**

Hearing Held. See Court Order.

**Case Continued To:**______________________________ **For:**______________________________
**Case Referred To:**______________________________ **For:** ______________________________

**ORDER TO BE PREPARED BY:**

**cc:** Brenda, Chambers File, Alicia, Other:

Dockets.Justia.com