Apple Inc. v. Psystar Corporation

Doc. 3740

FILED

OCT 19 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CHAMBERS COPY

E-Filing

KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5054
Fax: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALBERTO MUNOZ,<br>Defendant. | 5-70695 (PVT)<br><br>~~[Proposed]~~<br>ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |

This matter came before the Court for a status conference on Thursday, October 13, 2005. Counsel for the government and the defendant were present.

At the hearing, the defendant was advised and stated that he understood that under Rule 5.1(c) of the Federal Rules of Criminal Procedure he is entitled to a preliminary hearing within 20 days of his initial appearance as an out-of-custody defendant unless an indictment is filed, and that pursuant to 18 U.S.C. § 3161(b) he is entitled to be indicted within 30 days of his arrest in this matter. After consultation with his attorney, the defendant stated that he wished to waive those rights and continue the date set for preliminary hearing or indictment until November 10, 2005.

Dockets.Justia.com

At the conclusion of the hearing, and at the request of defense counsel, without objection by the government, the Court ruled as follows:

IT IS HEREBY ORDERED that this case is continued to November 10, 2005 at 9:30 a.m. for a preliminary hearing or arraignment.

IT IS FURTHER ORDERED that the period of time from October 13, 2005 through and including November 10, 2005 shall be excluded from the period of time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b), pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial for the following reasons:

Defense counsel has requested the additional time to review the supplemental discovery that was provided by the United States last week. The United States has no objection to the additional time requested. In addition, the parties require the additional time to discuss the proposed plea agreement in this case in an effort to resolve this case prior to indictment. The exclusion of time is therefore required for effective preparation of counsel.

IT IS FURTHER ORDERED that the period of time for a preliminary hearing is extended under Federal Rule of Criminal Procedure 5.1(d), until November 10, 2005 based on the defendant's consent and based on the parties' showing of good cause as set forth above.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this 19 day of October, 2005.

HOWARD R. LLOYD
United States Magistrate Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Room 900
San Jose, CA 95113

LEROY FAULK, ESQ.
Attorney for Alberto Munoz
Moore Law Firm
332 North Second Street
San Jose, CA 95112