Apple Inc. v. Psystar Corporation Doc. 3744

FILED

OCT 24 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN MICHAEL ROSE,<br>Defendant. | Criminal No. CR 05-00623 PJH<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING HEARING** |

The above-captioned matter came before the Court on October 19, 2005, for initial appearance. The defendant was represented by Michael Cardoza and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The case was set for November 30, 2005, at 2:30 p.m. for motions/trial setting.

The Court made a finding on the record that the time from and including October 19 through November 30, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best



Dockets.Justia.com

interest of the public and the defendant in a speedy trial. That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until November 30, 2005 and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: 10/20/05

/s/
MICHAEL CARDOZA
Counsel for John Michael Rose

DATED: 10/19/05

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE