MICHAEL W. FOSTER (State Bar No. 127691)
DANIELLE OCHS-TILLOTSON (State Bar No. 178677)
DAVID CARDIFF (State Bar No. 184246)
FOSTER & ASSOCIATES
610- 16th Street, Suite 310
Oakland, CA 94612
Tel: (510) 763-1900
Fax: (510) 763-5952

Attorneys for Defendant
SUN MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSTAFA ARAM AZADPOUR,<br><br>Plaintiff,<br><br>v.<br><br>SUN MICROSYSTEMS, INC., MATRIX ABSENCE MANAGEMENT, INC., BABU TURUMELLA, NORMAN YEUNG,<br><br>Defendant. | Case No. C 05-04087 EDL<br><br>PROOF OF SERVICE |

I, the undersigned, state that I am a citizen of the United States and employed in the County of Alameda; that I am over the age of eighteen (18) years and not a party to the within cause; that my business address is 610 16th Street, Suite 310, Oakland, California 94612. On October 19, 2005, I served:

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE;**
2. **CIVIL CASE COVER SHEET;**
3. **ECF REGISTRATION INFORMATION HANDOUT;**
4. **ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTH DISTRICT OF CALIFORNIA, USDC;**
5. **ANSWER TO COMPLAINT BY DEFENDANT MATRIX ABSENCE MANAGEMENT, INC.; and**



Dockets.Justia.com

## 6. PROOF OF SERVICE

on the parties in this action, by placing a true copy thereof in a sealed envelope, each envelope addressed as follows:

***Plaintiff Pro Se***
Mostafa Aram Azadpour
P.O. Box 2644
Grapevine, TX 76099
408-718-9906

I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on October 19, 2005.

____________________________________
Linda M. Sklov