PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
RADHIKA TANDON, Bar No. 209126
(rtandon@perrkinscoie.com)
SHREYA RAMCHANDANI, Bar No. 232041
(sramchandani@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Plaintiff
Ultra Clean Technology Systems
and Service, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CELERITY, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. C 05-03560 MMC<br><br>**PLAINTIFF ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.'S STATEMENT IN SUPPORT OF DEFENDANT CELERITY'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL LOCAL RULE 3-13** |

## INTRODUCTION

On September 2, 2005, plaintiff Ultra Clean Technology Systems and Service, Inc. ("Ultra Clean") filed this action for a declaratory judgment of patent non-infringement and invalidity ("California Action"). Nearly two weeks later, defendant Celerity, Inc. ("Defendant" or "Celerity") filed an action for patent infringement against Ultra Clean and Ultra Clean Holdings, Inc. in the United States District Court for the District of Delaware ("Delaware Action"), involving the same patents. A copy of the Complaint filed in the Defendant's Delaware



Dockets.Justia.com

Action is attached hereto as Exhibit A. The parties agreed that the Delaware Action should be transferred to the District Court for the Northern District of California and consolidated with Ultra Clean's declaratory judgment action and filed a Joint Motion To Transfer the Delaware Action on October 14, 2005. A copy of the Joint Motion is attached hereto as Exhibit B. On October 17, 2005, the District of Delaware granted the Joint Motion and ordered that the Delaware Action be transferred to the Northern District of California. A copy of the Order is attached hereto as Exhibit C.

On October 10, 2005, Celerity filed its Notice of Pendency of Other Action or Proceeding ("Notice of Pendency") in accordance with Civil Local Rule 3-13, noting the parties' agreement. Pursuant to Civil Local Rule 3-13 (c), Ultra Clean hereby issues the following Statement in support of Celerity's Notice of Pendency.

## PLAINTIFF ULTRA CLEAN'S STATEMENT IN SUPPORT OF DEFENDANT's NOTICE OF PENDENCY

**1. Description of the Delaware Action:**

Celerity filed its Delaware Action on September 13, 2005 – nearly two weeks after Ultra Clean filed the instant action in this Court on September 2, 2005. Celerity's Delaware Action alleges seven causes of action for patent infringement against Plaintiff Ultra Clean. (See Exhibit A). The patents at issue in the Delaware Action are the same patents that are at issue in the instant action: U.S. Patent Nos. 6,142,539; 6,189,570; 6,192,938; 6,293,310; 6,394,138; 6,435,215; and 6,474,700. Celerity's Complaint also named Ultra Clean's parent company, Ultra Clean Holdings, Inc., as a defendant in its Delaware Action. The parties stipulated to extend the time for Ultra Clean to respond to the Delaware Action. To date, no response has been filed.

**2. Title and Location of the Court in Which the Other Action Is Pending**

The title of Defendant's Delaware Action is *Celerity, Inc. v. Ultra Clean Holdings, Inc. and Ultra Clean Technology Systems and Service, Inc.*, Case No. 1:05-cv-00668-KAJ. The parties have agreed to transfer the Delaware Action to the Northern District of California and jointly submitted a request to consolidate the Delaware Action with the California Action. (See

Exhibit B). On October 17, 2005, the District of Delaware transferred the Delaware Action to the Northern District of California. (See Exhibit C).

**3(A). Brief Statement of the Relationship of the Delaware Action to the Action Pending in This District**

Ultra Clean filed its declaratory judgment action in the Northern District of California first. Celerity's Delaware action was filed nearly two weeks after the instant action was filed. Celerity's Delaware Action involves the same patents. The Delaware Action involves the same parties, as well as Ultra Clean's parent company, Ultra Clean Holdings, Inc.

**3(B). Whether Transfer Should Be Effected Pursuant to 28 U.S.C. §1407**

Plaintiff does not believe that transfer of this case should be effected pursuant to the Multi District Litigation Procedures set forth in 28 U.S.C. §1407.

**3(C). Whether Other Coordination Might Avoid Conflicts, Conserve Resources, and Promote An Efficient Determination of the Action**

Ultra Clean respectfully submits that the second-filed Delaware Action should be consolidated with the instant action after it has been transferred to the Northern District of California. The parties have agreed to transfer the Delaware Action to this Court, and the District of Delaware ordered transfer of the Delaware Action. Consolidation of these two actions would avoid conflicts, conserve resources, and promote an efficient determination of this action.

DATED: October 19, 2005. **PERKINS COIE LLP**

By /s/
Paul J. Andre
Attorneys for Plaintiff
ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.