Apple Inc. v. Psystar Corporation
Doc. 3748 Att. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CELERITY, INC., Plaintiff, v. ULTRA CLEAN HOLDINGS, INC. and ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., Defendants. | ) | Civil Action No. 05-668 (KAJ) **JURY TRIAL DEMANDED** |

## JOINT MOTION TO TRANSFER

Plaintiff Celerity, Inc. ("Celerity") and defendants Ultra Clean Technology Systems and Service, Inc., and Ultra Clean Holdings, Inc. (collectively "Ultra Clean"), representing all of the parties in this action, move to transfer venue of the captioned matter to the Northern District of California pursuant to 28 U.S.C § 1404(a). In support of its motion, the parties state as follows:

I. Introduction

1. The parties make this motion because the Northern District of California is a proper venue for this action, that there exists another action in the Northern District involving issues and parties common to this case, and due to the existence of the Northern District case, the interests of justice as well as the convenience of the parties and witnesses would be best served by the transfer.

II. Procedural Background

2. Prior to the filing of either litigation, Celerity and Ultra Clean had been involved in a course of correspondence through which Celerity advised Ultra Clean of



EXHIBIT B

Dockets.Justia.com

several patents. On September 2, 2005, Ultra Clean filed in the United States District Court for the Northern District of California Case No. C-05-03560 BZ, *Ultra Clean Technology Systems and Service, Inc. v. Celerity, Inc.* (the "California Action"), seeking a declaration of invalidity and noninfringement of those patents, namely U.S. Patent No. 6,142,539, U.S. Patent No. 6,189,570, U.S. Patent No. 6,192,938, U.S. Patent No. 6,293,310, U.S. Patent No. 6,394,138, U.S. Patent No. 6,435,215, and U.S. Patent No. 6,474,700 (collectively, the "patents in suit").

3. On September 13, 2005, prior to being served with the California Action, Celerity filed in the United States District Court for the District of Delaware Case No. 05-668 (KAJ) *Celerity, Inc v. Ultra Clean Holdings, Inc, and Ultra Clean Technology Systems and Service, Inc.* (the "Delaware Action"). In the Delaware Action, Celerity alleges that Ultra Clean is infringing these same patents in suit in the California Action.

III. <u>Transfer Is Appropriate And Proper</u>

4. The parties to the California and Delaware Actions have agreed to submit this joint motion to transfer the Delaware Action to the Northern District of California, to be followed by a joint motion to consolidate the two cases in the Northern District. Both cases can appropriately be litigated in the Northern District of California: (1) Celerity has its principal place of business in Milpitas, California, within the Northern District of California; (2) Ultra Clean Technology Systems and Service, Inc. has its principal place of business in Menlo Park, California, within the Northern District of California; (3) Ultra Clean Holdings, Inc., although a Delaware corporation, has substantial contacts with California, including its ownership of California corporation Ultra Clean; and (4) a substantial percentage of witnesses and documents appear to be located in California.



EXHIBIT B

5. Given the existence of the California Action, all factors under 28 U.S.C. § 1404(a) weigh in favor of transfer and consolidation. The convenience of the witnesses will be served since these witnesses will only be required to testify in one consolidated proceeding. The convenience and expense to the parties will be reduced since there will be one, as opposed to two, litigation proceedings. Judicial economy will be served since transfer and consolidation will avoid duplicative and potentially inconsistent litigation.

WHEREFORE, the parties respectfully request that this Court issue the order attached hereto transferring the within action to the United States District Court for the Northern District of California.

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
Philip A. Rovner (# 3215)
provner@potteranderson.com
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000

Attorneys for Ultra Clean Holdings, Inc. and Ultra Clean Technology Systems and Service, Inc.

Dated: October 14, 2005

RICHARDS, LAYTON & FINGER, P.A.

By: [signature]
Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Matthew W. King (#4566)
king@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Attorneys for Celerity, Inc.



RLF1-2933071-1

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CELERITY, INC., Plaintiff, v. ULTRA CLEAN HOLDINGS, INC. and ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., Defendants. | ) | Civil Action No. 05-668 (KAJ) JURY TRIAL DEMANDED |

**ORDER**

The Court, having considered the parties' Joint Motion to Transfer, and upon consideration of the convenience of the parties and witnesses and of judicial economy,

IT IS HEREBY ORDERED this _____ day of October, 2005 that the Motion is GRANTED and pursuant to the Joint Motion and 28 U.S.C. §1404(c) this action is transferred to the United States District Court for the Northern District of California. The Clerk is directed to transfer this file to the Clerk of the Northern District of California and, thereafter, to close this case.

______________________________
Judge



EXHIBIT B

## Stackel, Mary Ellen

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Friday, October 14, 2005 11:54 AM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:05-cv-00668-KAJ Celerity Inc v Ultra Clean Holdings Inc et al "Motion to Transfer Case"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from King, Matthew W. entered on 10/14/2005 at 11:53 AM EDT and filed on 10/14/2005
**Case Name:** Celerity Inc. v. Ultra Clean Holdings Inc. et al
**Case Number:** 1:05-cv-668
**Filer:** Celerity Inc.
**Document Number:** 9

**Docket Text:**
Joint MOTION to Transfer Case to Northern District of California - filed by Celerity Inc.. (Attachments: # (1) Text of Proposed Order)(King, Matthew)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/14/2005] [FileNumber=112644-0
] [64de1498cd1ea97817d048db020692ea7edee2a29c088be881d6b539080b19201fc
1f869e12c8d001114e90427008754a5633bb64465428dc1addbf364a86589]]
**Document description:**Text of Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/14/2005] [FileNumber=112644-1
] [2b8d828101bc1389b619ac860c466a939594af236673764461753a62a1630432e499
e3c8daaf7d119dd5c27651a369fbcf3d6b9f9b7ddd791a2dd940e7cb71d41]]

**1:05-cv-668 Notice will be electronically mailed to:**

Frederick L. Cottrell , III cottrell@rlf.com

Matthew W. King king@rlf.com

EXHIBIT B

Philip A. Rovner provner@potteranderson.com, mstackel@potteranderson.com; nmcmenamin@potteranderson.com

**1:05-cv-668 Notice will be delivered by other means to:**



EXHIBIT B