Apple Inc. v. Psystar Corporation Doc. 3748 Att. 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CELERITY, INC., Plaintiff, v. ULTRA CLEAN HOLDINGS, INC. and ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., Defendants. | ) | Civil Action No. 05-668 (KAJ) **JURY TRIAL DEMANDED** |

**ORDER**

The Court, having considered the parties' Joint Motion to Transfer, and upon consideration of the convenience of the parties and witnesses and of judicial economy,

IT IS HEREBY ORDERED this 17th day of October, 2005 that the Motion is GRANTED and pursuant to the Joint Motion and 28 U.S.C. §1404(c) this action is transferred to the United States District Court for the Northern District of California. The Clerk is directed to transfer this file to the Clerk of the Northern District of California and, thereafter, to close this case.

Judge

RLF1-2933073-1

EXHIBIT C

Dockets.Justia.com