Apple Inc. v. Psystar Corporation Doc. 3754



WILLIAM R. TAMAYO (CA Bar No. 084965)
JONATHAN T. PECK (VA Bar No. 12303)
CINDY O'HARA (CA Bar No. 114555)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone No. (415) 625-5653
Facsimile No. (415) 625-5657

Attorneys for Plaintiff
Equal Employment Opportunity Commission

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**VASQUEZ BROTHERS, INC., DBA CENTRAL COAST PACKING,**<br><br>Defendant. | Civil Action No. C-05-3867 PVT<br><br>PROOF OF SERVICE |

I, Cindy O'Hara, declare:

1. I am an attorney at law, licenced to practice in the state of California, and a senior trial attorney for Plaintiff Equal Employment Opportunity Commission.

2. On September 27, 2005, pursuant to Federal Rule of Civil Procedure 4(h)(1) which allows for service through state procedures, I caused to be served by mail (under the provisions of California Code of Civil Procedure §415.30), on Carlos Vasquez,the agent for service of process for Defendant, the summons and complaint, along with the following documents:

1. Alternative Dispute Resolution Procedures
2. Order Setting Initial Case Management Conference, with attached:
   a. Standing Order for Civil Practice
   b. Model Joint Case Management Statement and Proposed Order



Dockets.Justia.com

c. Standing Order Regarding Case Management, Notice of Assignment of Case to a United States Magistrate Judge
d. Consent to Proceed Before a United States Magistrate Judge
e. Declination to Proceed Before a Magistrate Judge

3. ECF Registration Information Handout
4. Instructions for Completion of ADR Forms, with attached:
   a. Stipulation and [Proposed] Order Selecting ADR Process
   b. Notice of Need for ADR Phone Conference
5. 2 copies of Notice & Acknowledgment of Receipt, with return envelope

3. Defendant's agent has returned to me the Acknowledgment of Receipt of service, which is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of October, 2005.

__________/S/__________

Cindy O'Hara