Apple Inc. v. Psystar Corporation Doc. 3804

MATTHEW S. CONANT, State Bar No 094920
LINDA C. ROODHOUSE, State Bar No 096009
AN H. NGUYEN, State Bar No 215453
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendant
CITY OF ORINDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COHN, PATRICIA J. COHN,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA HEALTH SERVICES DEPARTMENT; CITY OF ORINDA, Does 1 through 50,<br><br>Defendants. | No. C04-1843 BZ<br><br>**DECLARATION OF LINDA C. ROODHOUSE IN SUPPORT OF CITY OF ORINDA'S OPPOSITION TO:**<br>**1) Plaintiffs' Motion for Leave to File Second Amended Complaint;**<br>**2) Plaintiffs' Motion to Reopen Discovery;**<br>**3) Plaintiffs' Motion to Continue Trial**<br><br>Date: December 7, 2005<br>Time: 10:00 a.m.<br>Court: Judge Bernard Zimmerman<br><br>**Trial Date:** January 9, 2006 |

I, Linda C. Roodhouse, declare as follows:

1. I am City Attorney for City of Orinda. I have personal knowledge based on my work on this case of all facts stated in this declaration and could competently testify thereto if called as a witness.

2. On or about April 3, 2003, I drafted a letter to Derek Ridgeway, prior counsel for Patricia and Russell Cohn regarding Plaintiffs' appeal of denial of a variance. A true and correct copy of my letter is attached hereto as Exhibit A.

3. To my knowledge, Plaintiffs have never sought a writ of mandamus under Cal. Code of Civ. Proc. §1094.5 et. seq.



LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

Dockets.Justia.com

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. This declaration is dated November 16, 2005 and is executed in Oakland, California.

/s/ Linda C. Roodhouse
LINDA C. ROODHOUSE



LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699