WILLIAM L. ANTHONY (STATE BAR NO. 106908)
ELIZABETH A. HOWARD (STATE BAR NO. 173185)
ALEX V. CHACHKES (STATE BAR NO. 183918)
DIANA M. RUTOWSKI (STATE BAR NO. 233878)
SIDDHARTHA VENKATESAN (PRO HAC VICE)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO., LTD. and
FOXCONN ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FCI USA, INC., and FCI AMERICAS TECHNOLOGY, INC., ,

Plaintiffs and Counter Defendants,

v.

FOXCONN ELECTRONICS, INC. and HON HAI PRECISION INDUSTRY, CO., LTD., ,

Defendants and Counter Claimants.

Case No. C-03-4519 JCS

**DECLARATION OF ROBERT S. MROCZKOWSKI IN SUPPORT OF DEFENDANTS' REPLY TO FCI'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,241,535**



Dockets.Justia.com

# DECLARATION OF ROBERT S. MROCZKOWSKI

I, the undersigned, Robert S. Mroczkowski, state upon personal knowledge the following:

1. As stated in my rebuttal expert report, signed October 14, 2005, I personally directed and observed the preparation of photmicrographs depicting receptacle and plug contacts within, and in various stages of removal from, their respective housings of the Foxray S connector.

2. During this process, both the receptacle and plug contacts were removed from their respective housings without any damage to their housing.

3. The receptacle contact and the plug contact depicted in Figure 11 of Exhibit B of my rebuttal report were both removed from their respective housing without damage to the housing. No housing was destroyed in the process of removing these contacts, nor was it necessary to remove housing material in order to remove these contacts.

4. Additionally, Figure 12 of Exhibit B to my report shows plug contacts being progressively pushed through the housing from the mounting side of the housing. The empty position on the left evidences the complete removal of a plug contact from the housing. No housing damage is visible in the photomicrograph.

5. Figure 13 of Exhibit B to my report show receptacle contacts being progressively pushed through the housing from the mounting side of the housing. The receptacle contacts were subsequently removed from the housing by gripping the partially removed contacts and pulling them out of the housing. Figures 50 to 55 of Exhibit C to my report show additional views analogous to Figure 13.

6. Based on the analysis undertaken of these connectors as depicted in Exhibits B and C attached to my report, I conclude that the solder ball of the Foxray-S receptacle contact does not prevent removal of the receptacle contact from the connector body of the Foxray-S receptacle housing and the solder ball of the Foxray-S plug contact does not prevent removal of the plug contact from the connector body of the Foxray-S plug housing.

7. On a related note, in the course of reviewing the photomicrographs depicted in Exhibit C to my report, I note that there were two photomicrographs that were omitted

from the set, namely figures 91 and 92 (although they are described in the legend to these exhibits). I attach those photomicrographs here as Exhibit A to this declaration. These photomicrographs, as described in the legend to Exhibit C to my report, depict three views of a plug contact (Figure 91) and a receptacle contact (Figure 92) after being pushed from the mounting interface through and out of the housing. I note that in each of these figures, there is a view that looks like a solitary solder ball without a contact. This is actually a head-on view of the solder ball attached to the contact, but the contact extends into the clay at a plane away from the picture, and hence is not visible.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2005

Robert S. Mroczkowski