Apple Inc. v. Psystar Corporation
Doc. 3809

# EXHIBIT I

Dockets.Justia.com

# SCHNEIDER & WALLACE

ATTORNEYS AT LAW

Todd M. Schneider
Guy B. Wallace
Carolyn H. Cottrell
Clint J. Brayton
Joshua Konecky
Sheryl I. Harris
Elisa P. Laird
Charlotte E. Scott
Zachary R. Cincotta
W.H. Willson, IV

Paula Hagan Bennett,
of Counsel


October 10, 2005

Via U.S. Mail and Facsimile: (925) 974-8601

Kathleen Darmagnac, Esq.
Stubbs & Leone
2175 N. California Boulevard, Suite 900
Walnut Creek, CA 94596

Re: *Cherry, et al. v. City College of San Francisco, et al.*
U.S.D.C. N.D. Cal. Case No. C-04-4981 WHA

Dear Ms. Darmagnac:

I write in response to your inquiries regarding the availability of Sally Swanson for deposition. Ms. Swanson is available on any of the following dates: October 24, October 25, October 28, November 1 or November 3.

Please let me know which of these dates works for Defendants, and we will confirm the deposition.

Thank you for your attention to this matter.

Very truly yours,
SCHNEIDER & WALLACE

Guy B. Wallace


180 Montgomery, Suite 2000, San Francisco, California 94104
Phone: 415.421.7100 ■ Fax: 415.421.7105 ■ TTY: 415.421.1655
www.schneiderwallace.com