Apple Inc. v. Psystar Corporation Doc. 381

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware company, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, IDEAL PRODUCTS, LLC, a Nevis company, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware company, FACTORIES2U, LLC, a California company, and CHAIM MARK BESS, an individual,<br><br>Defendants. | Case No. C-04-0824 CW (WDB)<br><br>Ctrm: 2 (4th Floor)<br><br>Judge: Judge Claudia Wilken |

**[PROPOSED] ORDER GRANTING PLAINTIFF SHARPER IMAGE CORPORATION'S ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND JOIN ADDITIONAL EXHIBITS AND EXHIBITS B, C, D, E, F, G, H, I AND K TO THE DECLARATION OF ALAN L. BARRY IN SUPPORT OF SHARPER IMAGE CORPORATION'S MOTION FOR LEAVE TO FILE ITS THIRD AMENDED COMPLAINT**



Dockets.Justia.com

Plaintiff Sharper Image Corporation's Administrative Motion To Provisionally File Under Seal Motion For Leave To File Third Amended Complaint And Join Additional Exhibits And Exhibits B, C, D, E, F, G, H, I And K To The Declaration Of Alan L. Barry In Support Of Sharper Image Corporation's Motion For Leave To File Its Third Amended Complaint came before the court. The Court has considered the Motion and all other matters presented to the Court.

IT IS HEREBY ORDERED THAT portions of Portions of Plaintiff Sharper Image Corporation's Notice Of Motion And Motion For Leave To File Its Third Amended Complaint And Join Additional Defendants; And Memorandum Of Points And Authorities In Support Thereof, and Exhibits B, C, D, E, F, G, H, I And K To The Declaration Of Alan L. Barry In Support Of Plaintiff Sharper Image Corporation's Motion For Leave To File Third Amended Complaint be filed under seal pursuant to the Stipulated Protective Order dated October 25, 2004 and Civil Local Rule 79-5.

IT IS SO ORDERED.

Dated: ____________________________

______________________________________
Hon. Claudia Wilken
Judge, United States District Court

Respectfully submitted,

IRELL & MANELLA LLP
Morgan Chu
Jonathan S. Kagan
Mary Ann Novak
Elizabeth L. Rosenblatt

By: /s/ Elizabeth L. Rosenblatt
Elizabeth L. Rosenblatt
Attorneys for Defendants