Apple Inc. v. Psystar Corporation

Doc. 3820

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COLOR GRAPHICS, INC.,<br>Plaintiff,<br>vs.<br>THE ST. PAUL TRAVELERS COMPANIES, INC., et al.,<br>Defendant | **Case No.: C 04-3518-SBA**<br>**[PROPOSED] ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>Assigned to the Hon. Saundra Armstrong<br>Courtroom: 3<br>Date: December 13, 2005<br>Time: 1:00 p.m. |

Defendant Travelers Property Casualty Company of America's ("TRAVELERS") Motion for Summary Judgment came on for hearing at ____ on December ___, 2005 before the Honorable Saundra Armstrong in Courtroom 3 of the above entitled court.

This matter having been fully briefed and all evidence considered, IT IS HEREBY ORDERED that the Motion of TRAVELERS is denied in its entirety. The Court finds that Plaintiff American Color Graphics, Inc. established with admissible evidence that there exist genuine issues of material fact that preclude the entry of summary judgment.

IT IS SO ORDERED.

Dated: _________________ ___________________________________

Saundra Armstrong,
District Court Judge



Dockets.Justia.com