Apple Inc. v. Psystar Corporation Doc. 3827

TERRENCE P. McMAHON (State Bar No. 71910)
tmcmahon@mwe.com
BIJAL V. VAKIL (State Bar No. 192878)
bvakil@mwe.com
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, California 94304
Telephone: 650.813.5000
Facsimile: 650.813.5100

JOHN R. FUISZ, *Pro Hac Vice*
STEPHEN K. SHAHIDA, *Pro Hac Vice*
EVAN A. PARKE, *Pro Hac Vice*
**McDERMOTT WILL & EMERY LLP**
600 13th Street N.W.
Washington, D.C. 20005-3096
Telephone: 202.756.8000
Facsimile: 202.756.8087

Attorneys for Plaintiff
MEDTRONIC, INC.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MEDTRONIC, INC.,

Plaintiff,

v.

GEOFFREY WHITE,

Defendant.

---

LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

Third-Party Intervenor and Plaintiff,

v.

GEOFFREY WHITE,

Defendant.

Case No. C 04-2201 JSW
(Case related to C NO. 03-3817 JSW)

**[PROPOSED] ORDER GRANTING MEDTRONIC, INC.'S [FIFTH] MOTION *IN LIMINE* TO PRECLUDE ANY REFERENCE TO OTHER CAUSES OF ACTION**

Hearing Date: December 19, 2005
Hearing Time: 2:00 p.m.
Location: Courtroom 2, 17th Floor
Judge: Honorable Jeffrey S. White



Dockets.Justia.com

Having reviewed the parties' submissions, and good cause appearing therefore, it is hereby ORDERED:

Medtronic's motion *in limine* to preclude Dr. White from making any reference to, or otherwise introducing as evidence, other causes of action is GRANTED. The Court hereby precludes the following evidence and argument and prohibits testimony or evidence on the following issues:

(a) the related patent infringement litigation between Edwards Lifesciences, Endogad Research PTY and Medtronic;

(b) breach of Section III of the 1989 Medtronic Consulting Agreement;

(c) breach of Section IVB of the 1989 Medtronic Consulting Agreement;

(d) breach of Section IVA of the 1989 Medtronic Consulting Agreement as it relates to United States Patent No. 5,782,904; and

(e) unjust enrichment.

**IT IS SO ORDERED**

Dated: ____________________

By:_______________________________
Honorable Jeffrey S. White
United States District Court Judge

MPK 101500-1.052734.0093