James P. Watson, (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

Plaintiffs,

v.

S. J. WEAVER CONTRACTING, INC., a California corporation; and STEVEN J. WEAVER, an Individual,

Defendants.

**Case No.: C-04-4723 SI**

**DECLARATION OF ANA SORENSEN IN OPPOSITION TO DEFENDANT STEVEN J. WEAVER'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

**DATE: January 6, 2006**
**TIME: 9:00 a.m.**
**COURTROOM: 10, 19TH Floor**
**JUDGE: Hon. Susan Illston**

**Complaint Filed: November 8, 2004**
**Vol. Pet. Filed: May 10, 2005**

ANA SORENSEN, being first duly sworn, deposes and declares as follows:

1. My name is Ana Sorensen. I am employed by the Laborers Funds Administrative Office, which administers both the Northern California Laborers Trust Funds and the Northern California Cement Masons Trust Funds. I have been employed by the Laborers Funds Administrative Office for more than 15 years; I have been conducting field audits for the past three years. I have conducted over 50 field audits.

2. The facts stated in this declaration are within my personal knowledge. If called as a witness herein, I could competently testify to each and all of said facts.

3. In late 2004, I contacted the offices of S. J. Weaver Contracting, Inc. to set up a date and time for audit. Weaver required that I travel to their home office in Signal Hill, California in order to conduct the audit.

4. I did travel to the offices of S. J. Weaver Contracting, Inc. to conduct the audit and was permitted to examine only a limited number of documents. I met Mr. Weaver and at least one other member of his staff personally; they were courteous, but told me that I could not examine documents for the period beyond August, 2004, because they would involve work not covered by the Laborers collective bargaining agreement and the Cement Masons collective bargaining agreement. The audit of S. J. Weaver Contracting, Inc. has never been completed, nor have the Trust Funds, acting through me as auditor, been allowed to examine financial documents of other, closely related businesses, which might create liabilities on the part of the defendant. Absent a complete audit, plaintiffs cannot finalize the dollar amount of their claim.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 12 day of December, 2005 at San Francisco, California.

ANA SORENSEN

F:\CASES\8000\8000.196 S. J. Weaver\PLEADINGS\General\DECL OF ANA SORENSEN ISO OPP TO MSJ.doc