PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
CLIFFORD C. HYATT #196458
DAVID L. STANTON #208079
JACOB R. SORENSEN #209134
KRISTIN M. LEFEVRE #221541
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
bruce.ericson@pillsburylaw.com

Attorneys for Defendants WELLS FARGO & COMPANY,
WELLS FARGO FUNDS MANAGEMENT, LLC,
WELLS CAPITAL MANAGEMENT INCORPORATED,
H.D. VEST INVESTMENT SERVICES,
WELLS FARGO FUNDS TRUST and STEPHENS INC.

THOMAS O. JACOB #125665
VANESSA M. HOFFMANN #206086
OFFICE OF GENERAL COUNSEL
WELLS FARGO & CO.
633 Folsom Street, 7th Floor
San Francisco, California 94107
Telephone: (415) 396-4425
Facsimile: (415) 975-7867
tojacob@wellsfargo.com

Attorneys for Defendants WELLS FARGO & COMPANY,
WELLS FARGO FUNDS MANAGEMENT, LLC,
WELLS CAPITAL MANAGEMENT INCORPORATED,
H.D. VEST INVESTMENT SERVICES and
WELLS FARGO FUNDS TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE McDANIEL FAMILY TRUST, Individually And On Behalf Of ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>Defendants. | No. C-05-04518-WHA<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER**<br><br>Honorable William H. Alsup |



Dockets.Justia.com

WHEREAS plaintiff The McDaniel Family Trust ("Plaintiff") filed a class action complaint captioned *The McDaniel Family Trust v. Wells Fargo & Company, et al.*, Case No. C-05-04518-WHA, on November 4, 2005 alleging that defendants WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT INCORPORATED, H.D. VEST INVESTMENT SERVICES, STEPHENS INC., SEI INVESTMENTS DISTRIBUTION COMPANY and WELLS FARGO FUNDS TRUST (collectively, "Defendants") engaged in certain conduct which allegedly violated federal securities laws;

WHEREAS certain of the claims arise under the Private Securities Litigation Reform Act of 1995;

WHEREAS the undersigned counsel anticipate that motions will be filed to appoint lead plaintiff(s) and to consolidate any actions involving some or all of the same claims against the same Defendants (e.g., motions under 15 U.S.C. § 78u-4(a)(3));

WHEREAS the undersigned counsel agree that the interests of justice and judicial economy would be served by an order staying Defendants' time to respond to this Complaint;

NOW THEREFORE, the undersigned parties hereby stipulate as follows, subject to the Court's approval:

1. Lead plaintiff shall file a Consolidated Amended Complaint or elect to proceed on the current complaint no later than 60 days from the date of entry of an order consolidating any actions involving some or all of the same claims against the same Defendants and appointing Lead Plaintiff(s) and Lead Counsel.

2. Defendants shall have 60 days after the filing and service of the Consolidated Amended Complaint or Plaintiff's election to proceed on the current complaint to answer or otherwise respond.

3. Plaintiffs shall have 60 days to respond to any motion filed by defendants in response to the Consolidated Amended Complaint or the current complaint, unless otherwise agreed to by the parties.

4. Defendants shall have 21 days to serve a Reply, unless otherwise agreed to by the parties.

5. Service of the papers contemplated by paragraphs 2 through 4 above shall be by overnight delivery for a complete set of the papers and facsimile or PDF for the briefs.

Dated: December 19, 2005.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
CLIFFORD C. HYATT
DAVID L. STANTON
JACOB R. SORENSEN
KRISTIN M. LEFEVRE
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

THOMAS O. JACOB
VANESSA M. HOFFMANN
OFFICE OF GENERAL COUNSEL
WELLS FARGO & CO.
633 Folsom Street, 7th Floor
San Francisco, California 94107

By /s/ Bruce A. Ericson
Bruce A. Ericson
Attorneys for Defendants
WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT INCORPORATED, H.D. VEST INVESTMENT SERVICES, STEPHENS INC. and WELLS FARGO FUNDS TRUST

Dated: December 19, 2005.

GUTRIDE SAFIER LLP
ADAM GUTRIDE
SETH A. SAFIER
835 Douglass Street
San Francisco, CA 94119

MILBERG WEISS BERSHAD & SCHULMAN LLP
STEVEN G. SCHULMAN
JEROME M. CONGRESS
JANINE L. POLLACK
KIM E. MILLER
MICHAEL R. REESE
One Pennsylvania Plaza
New York, NY 10119-0165

STULL STULL & BRODY
JULES BRODY
MARK LEVINE
6 East 45th Street
New York, NY 10017

LAW OFFICES OF CHARLES J. PIVEN, P.A.
CHARLES J. PIVEN
The World Trade Center-Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202

By ____________________________________

Attorneys for Plaintiff,
THE MCDANIEL FAMILY TRUST

IT IS SO ORDERED.

Dated: December 20, 2005.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge William Alsup

Honorable William H. Alsup
Unites States District Judge

MILBERG WEISS BERSHAD & SCHULMAN LLP
STEVEN G. SCHULMAN
JEROME M. CONGRESS
JANINE L. POLLACK
KIM E. MILLER
MICHAEL R. REESE
One Pennsylvania Plaza
New York, NY 10119-0165

STULL STULL & BRODY
JULES BRODY
MARK LEVINE
6 East 45th Street
New York, NY 10017

LAW OFFICES OF CHARLES J. PIVEN, P.A.
CHARLES J. PIVEN
The World Trade Center-Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202

By ______________________________

Attorneys for Plaintiff,
THE MCDANIEL FAMILY TRUST

IT IS SO ORDERED.

Dated: December 19, 2005.

______________________________
Honorable William H. Alsup
Unites States District Judge