Apple Inc. v. Psystar Corporation Doc. 386

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE Bar No. 102181
DENNIS G. ROLSTAD Bar No. 150006
MICHELLE Y. MCISAAC Bar No. 215294
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
SOVEREIGN SPECIALTY CHEMICALS, INC.
WELFARE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI DIXON,<br><br>Plaintiff,<br><br>v.<br><br>SOVEREIGN SPECIALTY CHEMICALS, INC. WELFARE PLAN,<br><br>Defendant. | CASE NO. C05-01212 CRB (ADR)<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO TAKE HEARING OFF CALENDAR** |

PLEASE TAKE NOTICE that the parties to this action, plaintiff Lori Dixon and defendant Sovereign Specialty Chemicals, Inc. Welfare Plan ("the Plan"), have agreed to a settlement of this matter. Plaintiff and the Plan have executed the settlement agreement, and plaintiff has received the settlement payment. However, the parties are waiting for the execution of the agreement by the insurer of the Plan, pursuant to the terms of the settlement. The Plan requests that plaintiff's summary judgment motion be taken off calendar and the further case management conference set for January 27, 2006 be continued. The parties will submit a stipulation for dismissal of this action with prejudice once the settlement agreement is fully



Dockets.Justia.com

executed, which the Plan estimates should be accomplished within forty-five (45) days of the date of this notice.

DATED: January 13, 2006 SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: s/Dennis G. Rolstad
DENNIS G. ROLSTAD
MICHELLE Y. McISAAC
Attorneys for Defendant
SOVEREIGN SPECIALTY CHEMICALS, INC. WELFARE PLAN