Apple Inc. v. Psystar Corporation Doc. 3923

BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant PEREZ-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS PEREZ-GONZALEZ,<br>Defendant. | No. CR-05-0665 VRW<br><br>DECLARATION OF LUIS PEREZ-GONZALEZ IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS |

I, LUIS PEREZ-GONZALEZ, hereby declare as follows:

1. I am the defendant in this matter.

2. On or about February 8, 2005, I was arrested by officers of the San Francisco Police Department. I subsequently pled guilty to a narcotics offense and was sentenced to 3 years probation and 1 year in the county jail.

3. I had to serve eight months of my sentence at the county jail. My release date was supposed to be October 9, 2005.

4. I was not released on October 9, 2005.

5. On October 11, 2005, I was transported from the county jail to the San Francisco office of



Dockets.Justia.com

the Bureau of Immigration and Customs Enforcement.

6. When I arrived at the ICE office, an agent interviewed me. The agent told me that I could go back to Mexico right away if I answered his questions and signed a form waiving my right to an immigration hearing, so I answered his questions and waived my right to an immigration hearing. The agent did not tell me, and I did not understand, that my statements could be used against me in a criminal prosecution for illegal reentry. If I had understand that the interview could lead to criminal prosecution, I would not have made any statements and would have asked for an attorney.

7. I was not deported to Mexico. Instead, I was brought to federal court and informed that I was being charged with a federal crime.

8. While I was serving my sentence in the county jail, I was never told that there was an immigration detainer pending against me. I never saw any document pertaining to an immigration detainer until October 13, 2005, when a copy of an ICE arrest warrant dated October 11, 2005 was served on me at the ICE office.

I declare the foregoing to be true and correct to the best of my knowledge. Signed this 24th day of January, 2006, in San Francisco, California.

_____________/S/_______________
LUIS PEREZ-GONZALEZ

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.