WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
RACHAEL L. OREJANA, ESQ. (SBN: 226907)
DOW W. PATTEN, ESQ. , Of Counsel (SBN:135931)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiff
BIJU PLATHOTTAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJU PLATHOTTAM,<br><br>Plaintiff,<br><br>vs.<br><br>JUNIPER NETWORKS, a corporation,<br><br>Defendant. | Case No. C-04-2993 JSW<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I declare:

I am employed in the County of San Francisco, State of California. My business address is 703 Market Street, Suite 1407, San Francisco, CA, 94103. I am over the age of eighteen years, and am not a party to the within action.

I am familiar with the business practices at my place of business for collection and processing of mail. Mail collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business.

On January 27, 2006, I caused to be served:

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO WITHDRAW**

on the party(ies) listed below, addressed as follows:

Biju Plothattam

1900 Vallejo Street #501
San Francisco, California 94123

__ **By facsimile machine (FAX)** by personally transmitting a true copy thereof via an electronic facsimile machine between the hours of 9:00 a.m. and 5:00 p.m.

_X_ **By mail** by depositing a sealed envelope in the United States mail at San Francisco, California, with postage fully prepaid.

__ **By hand delivery**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 27, 2006 at San Francisco, California.

MARK ROBERTS