AO 455 (Rev. 5/85) Waiver of Indictment

FILED
JAN 31 2006
CLERK ... WIEKING
NORTHERN DISTRICT COURT ... OF CALIFORNIA

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA
V.

MING SUN

## WAIVER OF INDICTMENT

CASE NUMBER: CR 05-00715 JF

I, MING SUN, the above named defendant, who is accused of

Ct 1 8 USC § 1324(a)(1)(A)(v)(I)

Ct 2 18 USC § 1956(h)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on January 31, 2006 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature: Patricia V. Trumbull]
Judicial Officer