Apple Inc. v. Psystar Corporation

Doc. 3986

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re ESS TECHNOLOGY, INC. SECURITIES LITIGATION | ) ) ) | Master File No. C-02-4497-RMW |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) | [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |
| ALL ACTIONS. | ) ) | |

Dockets.Justia.com

**O R D E R**

This matter is brought as a class action on behalf of certain investors who purchased ESS Technology, Inc. ("ESST") securities. Plaintiff has moved for certification of a class of ESST investors. Plaintiff also seeks the appointment of Steve Bardack as class representative and the appointment of Lerach Coughlin Stoia Geller Rudman & Robbins LLP as counsel for the class.

After consideration of the papers filed and argument presented, the Court grants plaintiff's motion for class certification. Class certification is appropriate under Fed. R. Civ. P. 23(b) for the following reasons:

1. The class is so numerous that joinder of all members is impracticable. Plaintiff has adequately demonstrated that during the Class Period, ESST had over 43 million shares outstanding and that the average trading volume exceeded one million shares.

2. There are questions of law or fact common to the class. Common questions of fact and law exist because the claims of the proposed class members are all based on alleged violations of the federal securities laws and involve the same or similar acts of misconduct by a single set of defendants.

3. The claims or defenses of the representative party are typical of the claims of the class members. The proposed representative party, Steve Bardack, and the proposed class members all assert claims for violation of §10(b) of the Securities and Exchange Act of 1934 based on the same alleged misconduct.

4. The representative party will fairly and adequately protect the interests of the class members. Plaintiff is represented by a recognized law firm with substantial experience in litigating federal securities class actions.

The Court also finds that the requirements of Fed. R. Civ. P. 23(b)(3) have been met. Questions concerning the defendants' alleged misconduct and liability under the federal securities laws predominate over any individual questions concerning the proposed class representative's or any individual class member's conduct. Defendants have not demonstrated that the proposed class would suffer as a result of any unique defenses relating to the proposed class representative. Given

that this class action for violation of the federal securities laws arises for a single set of facts, it appears that resolution as a class action is superior to any other method of adjudication.

Accordingly, this Court certifies this matter as a class action, appoints Steve Bardack as class representative and appoints Lerach Coughlin Stoia Geller Rudman & Robbins LLP as counsel for the class. The Class is defined as follows:

> All persons and entities who purchased or otherwise acquired the publicly traded securities of ESS Technology, Inc. ("ESST") during the period beginning August 1, 2002, through and including September 12, 2002 (the "Class Period"). Excluded from the Class are officers and directors of the Company, their families and families of the defendants, and short-sellers of ESST securities during the Class Period.

IT IS SO ORDERED.

DATED: ________________________

______________________________
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: February 1, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JOHN K. GRANT
LUKE O. BROOKS

/s/ John K. Grant
JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

SCOTT & SCOTT, LLC
DAVID R. SCOTT

108 Norwich Avenue
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)

GLANCY & BINKOW LLP
LIONEL Z. GLANCY
KEVIN RUF
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Counsel for Plaintiffs

T:\CasesSF\ESS Tech\ORD00027629.doc

<u>DECLARATION OF SERVICE BY MAIL</u>

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on February 1, 2006, declarant served the **[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of February, 2005, at San Francisco, California.

/s/ Cynthia Sheppard
CYNTHIA SHEPPARD

**Counsel For Defendant(s)**

Meredith N. Landy
Joshua D. Baker
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025
650/473-2600
650/473-2601(Fax)

**Counsel For Plaintiff(s)**

Lionel Z. Glancy
Kevin Ruf
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
310/201-9150
310/201-9160(Fax)

Patrick J. Coughlin
John K. Grant
Luke O. Brooks
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
415/288-4545
415/288-4534(Fax)

David R. Scott
Scott + Scott, LLC
108 Norwich Avenue
Colchester, CT 06415
860/537-5537
860/537-4432(Fax)