UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: CR-05-195 JSW
Case Name: **UNITED STATES v. WILLIAM WALLACE**

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **DISTRICT JUDGE** | **PLAINTIFF ATTORNEY:** | **DEFENSE ATTORNEY:** |
|---|---|---|
| JEFFREY S. WHITE | Susan Jerich<br>Tracie Brown | Joseph Carignan |
| **TRIAL DATE:**<br>February 6, 2006 | **REPORTER(S):**<br>Debra Pas | **CLERK:**<br>Jennifer Ottolini |

| PLF NO. | DEF NO. | TIME | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Court convened. All counsel and the defendant are present. Steven Kalar is present on behalf of Mr. Powell, a potential witness. Court and counsel discuss the testimony of Mr. Powell. Mr. Kalar moved the Court for a continuance of the trial. |
| | | 8:40 a.m. | | | Mr. Powell stated on the record that he accepts Mr. Kalar's representation. |
| | | 8:41 a.m. | | | Mr. Powell is excused until called to testify. |
| | | 8:42 a.m. | | | Mr. Kalar's Motion to Continue the trial is DENIED. |
| | | 8:45 a.m | | | All witnesses, except Insp. Kelly, are excluded. |
| | | | | | The Court informed counsel to refrain from talking about what Mr. Powell will testify to. |
| | | 8:50 a.m. | | | Court and counsel discuss trial procedures. |
| | | 9:10 a.m. | | | Roll call of prospective jurors. Voir Dire begins. |
| | | 11:10 a.m. | | | Prospective jurors are admonished and recessed. |
| | | 11:45 a.m. | | | Court reconvened. All counsel are present. Defendant is present. Prospective jurors are present. Voir Dire continued. |
| | | 11:55 a.m. | | | 12 jurors and 2 alternate jurors are seated and sworn. |
| | | 12:01 p.m. | | | The Court preliminarily instructs the jury. |
| | | 12:14 p.m. | | | Opening statement on behalf of the Government given by Tracie Brow |
| | | 12:20 p.m. | | | Opening statement on behalf of the Defendant given by Joseph Carignan. |
| | | 12:25 p.m. | | | The Court admonished thejury and the Court recessed for15 minutes. |
| | | 12:45 p.m. | | | Court reconvened. All counsel are present. Defendant is present. Jurors are present. |

**Case No: CR-05-195 JSW**
**Case Name: UNITED STATES v. WILLIAM WALLACE**
**Date: February 6, 2006**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 12:45 p.m. | | | The Government called **JASON FOX**, who was sworn and testified under direct examination. |
| | | 12:46 p.m. | | | The Government read a stipulation into the record re: gun and ammunition. |
| 2 | | | X | X | Lock box |
| 4 | | | X | X | Gun |
| 5 | | | X | X | Ammunition |
| 6 | | | X | X | Ammunition and Containers |
| 7 | | | X | X | Ammunition and Containers |
| 8 | | | X | X | Shoulder Holster |
| 9 | | | X | X | Black Leather Gloves |
| 3 | | | X | X | Plastic Bag with Key to Lockbox inside |
| | | 1:06 p.m. | | | Cross-examination of **JASON FOX** . |
| | | 1:21 p.m. | | | Re-direct examination of **JASON FOX** . |
| 1 | | | X | | Police Report |
| | | 1:24 p.m. | | | Re-Cross-examination of **JASON FOX** . |
| | | 1:28 p.m. | | | Witness thanked and excused. |
| | | 1:30 p.m. | | | The Court admonished the jurors and released them for the evening. |
| | | 1:40 p.m. | | | The Court held a conference re: witnesses Antonio Powell and Katrina Johnson. |
| | | | | | CJA Counsel will be present on February 7, 2006 at 8:30 a.m. Antonio Powell and Katrina Johnson are ordered to appear at 8:15 a.m. |
| | | | | | Mr. Kalar moves to conduct DNA testing with regard to Government's exhibit no. 9 - Motion DENIED. Renewed Motion to Continue is DENIED. |
| | | 1:45 p.m. | | | Court recessed for the evening. Court shall reconvene on February 7, 2006 at 8:15 a.m. |

**Case No: CR-05-195 JSW**
**Case Name: UNITED STATES v. WILLIAM WALLACE**
**Date: February 7, 2006**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 10:34 a.m. | | | Direct examination of Pauline Hnatow continued |
| | | 10:55 a.m. | | | Cross examination of Pauline Hnatow. |
| | | 11:11 a.m. | | | Re-direct examination of Pauline Hnatow |
| | | 11:14 a.m. | | | Re-cross examination of Pauline Hnatow. |
| | | 11:19 a.m. | | | Witness thanked and excused. |
| | | 11:20 a.m. | | | The Government called **LEONARD BROBERG**, who was sworn and testified under direct examination. |
| 10 | | | X | X | Audio Tape - Interview of William Wallace |
| 11 | | | X | | Transcript of Taped Interview |
| | | 11:30 a.m. | | | Audio Tape played for the jury. |
| | | 11:54 a.m. | | | Stipulations read into the record. |
| | | 11:55 a.m. | | | Cross examination of Leonard Broberg. |
| | | 12:05 p.m. | | | Court recessed for 15 minutes. Jurors admonished |
| | | 12:30 p.m. | | | Court reconvened. All counsel are present. The Defendant is present. The jury is present.<br>Cross examination of Leonard Broberg continued. |
| | | 12:30 p.m. | | | Re-direct examination of Leonard Broberg. |
| | | 12:38 p.m | | | Witness thanked and excused. |
| | | 12:39 p.m. | | | The Government rested.<br>The Court admonished the jury and excused them until February 8, 2006 at 8:30 a.m. |
| | | 12:40 p.m. | | | Court and counsel discuss procedures for the hearing re: witnesses (scheduled for 1:30 p.m. today) |
| | | 12:47 p.m. | | | Court recessed until 1:30 p.m. |
| | | 1:40 p.m. | | | Court convened. All counsel are present. The Defendant is present. Mark Vermeullen, appointed CJA counsel for witness Katrina Johnson, is present. Steven Kalar is present for witness Antonio Powell. The witnesses present, but not in the courtroom. |
| | | | | | Hearing held re: witness immunity |
| | | 2:00 p.m. | | | Court recessed to reconvene at 3:15 p.m. |

**Case No: CR-05-195 JSW**
**Case Name: UNITED STATES v. WILLIAM WALLACE**
**Date: February 7, 2006**

**EXHIBIT and WITNESS LIST**

Continued

| PLF NO. | DEF NO. | TIME | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 3:20 p.m. | | | Court convened. All counsel are present. The Defendant is present. Mark Vermeullen, appointed CJA counsel for witness Katrina Johnson, is present. Steven Kalar is present for witness Antonio Powell. The witnesses present, but not in the courtroom. |
| | | | | | Mr. Kalar made an offer of proof to the Court re: witness Antonio Powell. |
| | | 3:26 p.m. | | | The Court heard from Ms. Jerich, counsel for the Government. |
| | | 3:38 p.m. | | | The Court heard from Mr. Carignan re: evidentiary hearing |
| | | 4:02 p.m. | | | The Court heard from Ms. Brown re: evidentiary hearing |
| | | 4:07 p.m. | | | For the reasons set forth on the record, the Court DENIED the Motions for Immunity |
| | | 4:19 p.m. | | | Court recessed until February 8, 2006 at 8:15 a.m. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: CR-05-195 JSW
Case Name: **UNITED STATES v. WILLIAM WALLACE**

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| **DISTRICT JUDGE** | **PLAINTIFF ATTORNEY:** | **DEFENSE ATTORNEY:** |
|---|---|---|
| JEFFREY S. WHITE | Susan Jerich<br>Tracie Brown | Joseph Carignan |
| **TRIAL DATE:**<br>February 8, 2006 | **REPORTER(S):**<br>Debra Pas | **CLERK:**<br>Jennifer Ottolini |

| PLF NO. | DEF NO. | TIME | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:25 a.m. | | | Court convened. All counsel are present. The Defendant is not present. Mark Vermeullen, CJA counsel for witness Katrina Johnson, is present. Steven Kalar is present for witness Antonio Powell. The witnesses are not present. The jury is not present. |
| | | 8:30 a.m. | | | The Defendant is now present. |
| | | 8:45 a.m. | | | Court recessed for 10 minutes. |
| | | 8:55 a.m. | | | Court reconvened. All counsel are present. The Defendant is present. Mark Vermeullen, CJA counsel for witness Katrina Johnson, is present. Steven Kalar is present for witness Antonio Powell. The jury is not present. |
| | | 8:56 a.m. | | | **KATRINA JOHNSON**, was sworn and questioned by the Court re: her potential testimony. |
| | | 9:10 a.m. | | | The jury is now present. |
| | | 9:11 a.m. | | | The Defendant called **KATRINA JOHNSON**, who was sworn and testified under direct examination. |
| | | 9:16 a.m. | | | Cross-examination of Katrina Johnson. |
| | | 9:34 a.m. | | | Re-direct examination of Katrina Johnson. |
| | | 9:36 a.m. | | | Witness thanked and excused. The jury is recessed. |
| | | 9:37 a.m. | | | Defense counsel requested time to speak with the witness. Court recessed for 5 minutes. |
| | | 9:48 a.m. | | | Court reconvened. All counsel are present. The Defendant is present. Mark Vermeullen, CJA counsel for witness Katrina Johnson, is present. Steven Kalar is present for witness Antonio Powell. The jury is not present. |
| | | 9:49 a.m. | | | Mr. Kalar informed the Court that his client, Antonio Powell, will assert the 5th Amendment, if called to testify. |

**Case No: CR-05-195 JSW**
**Case Name: UNITED STATES v. WILLIAM WALLACE**
**Date: February 8, 2006**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:50 a.m. | | | The Court will not require Mr. Powell to appear in light of the representation s of his counsel. Witness fees to be paid to the witness. |
| | | 9:51 a.m. | | | Court and counsel discuss police reports received by Defense counsel. |
| | | 10:00 a.m. | | | The jury is now present. The Defendant called **WILLIAM WALLACE**, who was sworn and testified under direct examination. |
| | | 10:35 a.m. | | | Cross examination of William Wallace. |
| | | 11:00 a.m. | | | Court recessed for 10 minutes. Jurors admonished. |
| | | 11:15 a.m. | | | Court reconvened. All counsel are present. Defendant is present. The jury is present. Cross examination of William Wallace continued. |
| | | 11:52 a.m. | | | Re-direct examination of William Wallace. |
| | | 12:08 p.m. | | | Re-cross examination of William Wallace. |
| | | 12:09 p.m. | | | Sidebar conference held. |
| | | 12:10 p.m. | | | Re-cross examination of William Wallace continued. |
| | | 12:11 p.m. | | | Witness thanked and returned to counsel table. |
| | | 12:12 p.m. | | | The Defense Rests. |
| | | 12:13 p.m. | | | Court recessed for 15 minutes. Jurors admonished. |
| | | 12:32 p.m. | | | Court reconvened. All counsel are present. The Defendant is present. The jury is not present. |
| | | | | | Defense counsel brought a concern of a court observer regarding the jury to the Court's attention. |
| | | 12:36 p.m. | | | The jury is present. The Government recalled **JASON FOX**, previously sworn, as a rebuttal witness. Direct examination began. |
| | | 12:40 p.m. | | | Cross examination of Jason Fox. |
| | | 12:52 p.m. | | | Re-direct examination of Jason Fox. |
| | | 12:53 p.m. | | | Re-Cross examination of Jason Fox. |
| | | 12:54 p.m. | | | Witness thanked and excused. |

**Case No: CR-05-195 JSW**
**Case Name: UNITED STATES v. WILLIAM WALLACE**
**Date: February 8, 2006**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 12:55 p.m. | | | The Government called **MICHAEL KELLY**, who was sworn and testified as a rebuttal witness. |
| | | 1:00 p.m. | | | Sidebar conference held. |
| | | 1:02 p.m. | | | Cross examination of Michael Kelly. |
| | | 1:05 p.m. | | | Witness thanked and returned to counsel table. |
| | | 1:06 p.m. | | | The Government rests. The Defendant recalled **WILLIAM WALLACE**, previously sworn and testified as a rebuttal witness. |
| | | 1:09 p.m. | | | Cross examination of William Wallace. |
| | | 1:10 p.m. | | | Witness thanked and returned to counsel table. The Defense rests. |
| | | 1:10 p.m. | | | The Government recalled **MICHAEL KELLY**, who was previously sworn and testified as a rebuttal witness. |
| | | 1:12 p.m. | | | Cross examination of Michael Kelly. |
| | | 1:14 p.m. | | | Witness thanked and returned to counsel table. Both sides rest. |
| | | 1:16 p.m. | | | The jurors are admonished and excused for the evening. |
| | | 1:17 p.m. | | | Court and counsel discuss the instructions to be given to the jury. |
| | | 1:30 p.m. | | | Court adjourned for the day. Court will reconvene on February 9, 2006, at 8:15 a.m. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: CR-05-195 JSW
Case Name: **UNITED STATES v. WILLIAM WALLACE**

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| **DISTRICT JUDGE** | **PLAINTIFF ATTORNEY:** | **DEFENSE ATTORNEY:** |
|---|---|---|
| JEFFREY S. WHITE | Susan Jerich<br>Tracie Brown | Joseph Carignan |
| **TRIAL DATE:**<br>February 9, 2006 | **REPORTER(S):**<br>Debra Pas | **CLERK:**<br>Jennifer Ottolini |

| PLF NO. | DEF NO. | TIME | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:20 a.m | | | Court convened. All counsel are present. The Defendant is present. The jury is not present. The Court and counsel discuss schedule for the day. |
| | | | | | The Court will not allow Exhibit No. 4 (Firearm) nor Exhibit No. 6 and 7 (Ammunition) into the jury deliberation room. The Court will admonish the jury to not open the plastic bag that Exhibit No. 9 (the gloves) since they are to be preserved for possible forensic testing at a later date. |
| | | 8:29 a.m. | | | The Jury is present. |
| | | 8:31 a.m. | | | The Court begins instructing the jurors. |
| | | 8:41 a.m. | | | Closing argument given by Susan Jerich on behalf of the Government. |
| | | 9:16 a.m. | | | Closing argument given by Joseph Carignan on behalf of the Defendant. |
| | | 9:46 a.m. | | | Final argument given by Susan Jerich on behalf of the Government. |
| | | 9:55 a.m. | | | The Court completes instruction of the jury. |
| | | 10:10 a.m. | | | The jury retired to deliberate. The alternate jurors are thanked and placed on telephone standby. |
| | | 1:05 p.m. | | | The jury sent out a note stating they are taking a break. |
| | | 1:25 p.m. | | | The jury has reconvened and continued deliberations. |
| | | 4:10 p.m. | | | The jury sent out a note stating they are taking a break. |
| | | 4:30 p.m. | | | The jury has reconvened and continued deliberations. |
| | | 5:03 p.m. | | | The jury informed the Court that they have reached a verdict. |
| | | 5:10 p.m. | | | Court reconvened. All parties are present. The Defendant is present. The jury is present. |
| | | | | | The verdict is read. The jury finds the Defendant Guilty of Being a Convicted Felon in Possession of a Firearm and of Being a Convicted Felon in Possession of Ammunition. |
| | | 5:15 p.m. | | | The jury is thanked and excused. |

**Case No: CR-05-195 JSW**
**Case Name: UNITED STATES v. WILLIAM WALLACE**
**Date: February 9, 2006**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 5:16 p.m. | | | The Government's Exhibits are returned to the custody of Insp. Kelly. The Defendant's Exhibits are in the custody of the clerk's office exhibit room.<br><br>Court and counsel discuss the custody of the Defendant. The Court shall require briefing and set the following schedule:<br><br>Defendant's Brief due: 2-16-06<br>Government's Reply due: 2-23-06<br><br>Hearing on Custody Status and Setting of Sentencing Date: 3-2-06 at 2:30 p.m.<br><br>The Defendant is ordered to have NO CONTACT with Antonio Powell or Katrina Johnson. |