Apple Inc. v. Psystar Corporation Doc. 4041

MICHAEL F. TUBACH (S.B. #145955) – mtubach@omm.com
JULIE D. WOOD (admitted *pro hac vice*) – jwood@omm.com
STEVEN E. CONIGLIARO (S.B. #232102) – sconigliaro@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
PHOENIX CONTROLS CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JOHN KARAMANOS; ADVANCED MICROTHERM, INC.; and HVAC SALES, INC.,

Plaintiffs,

v.

NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; PHOENIX CONTROLS CORPORATION; OVE ARUP & PARTNERS USA; OVE ARUP & PARTNERS CALIFORNIA LTD.; JOHN MARKOWITZ; TEMPCO, INC.; AFFILIATED ENGINEERS W, INC.; AMEC, INC.; GEORGE SPEIGHTS; F.W. SPENCER & SON, INC., and DOES 1-500,

Defendants.

Case No. C-04-2266 JW

**DECLARATION OF STEVEN E. CONIGLIARO IN SUPPORT OF DEFENDANT PHOENIX CONTROLS CORPORATION'S REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(5) and (6), AND MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f).**

**Hearing Date:** March 7, 2006
**Time:** 9:00 a.m.
**Special Master:** Thomas HR Denver



Dockets.Justia.com

I, Steven E. Conigliaro, declare:

1. I am an attorney with the law firm of O'Melveny & Myers LLP, counsel of record for defendant Phoenix Controls Corporation. I know the facts stated herein to be true and correct based on my personal knowledge, and, if called to testify, I could and would testify competently thereto. I submit this declaration in support of Defendant Phoenix Controls Corporation's Reply in Support of Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(5) and (6), and Motion to Strike pursuant to Fed. R. Civ. P. 12(f).

2. Attached hereto as Exhibit A is a true and correct copy of the parties' Joint Case Management Statement, filed on February 24, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 23, 2006, at San Francisco, California.

/s/ Steven E. Conigliaro
Steven E. Conigliaro

SF1:609884.3