Apple Inc. v. Psystar Corporation

Doc. 4046

BANIAK PINE & GANNON
Michael H. Baniak
Jeffrey A. Pine
Anuj K. Wadhwa
150 N. Wacker Drive
Suite 1200
Chicago, Illinois 60606
Telephone: (312) 673-0360
Facsimile: (312) 673-0361
SEYFARTH SHAW LLP
Francis J. Torrence (SBN: 154653)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff, FRISKIT, INC.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Charles K. Verhoeven (Bar No. 170151)
David Perlson (Bar No. 209502)
Deepak Gupta (Bar No. 226991)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Evette D. Pennypacker (Bar No. 203515)
555 Twin Dolphin Drive
Suite 560
Redwood Shores, California 94065
Telephone: (650) 620-4500
Facsimile: (650) 620-4555

Attorneys for Defendants REALNETWORKS, INC. AND LISTEN.COM

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>REALNETWORKS, INC., et al.,<br><br>Defendants. | Civil Action No. CV 03-5085-WWS<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING DEPOSITION AND EXPERT REPORT SCHEDULE**<br><br>**Judge: Honorable William W. Schwarzer** |



Dockets.Justia.com

WHEREAS, on December 15, 2005, the Court entered an order regarding Defendants' Motion to Continue PreTrial and Trial Schedule and for Sanctions and set the following schedule: Completion of additional depositions on February 16, 2006, File supplemental opening expert reports on February 28, 2006, File rebuttal to supplemental expert reports on March 17, 2006, close of expert discovery on April 3, 2006, Last day to file dispositive motions on April 10, 2006, File responses to dispositive motions on April 24, 2006, File reply to dispositive motions on May 1, 2006, Pretrial conference on June 26, 2006 and Trial on July 17, 2006;

WHEREAS, third-party witness, Ms. Gila Sand, was unavailable for deposition before February 16, 2006 for medical reasons;

WHEREAS, the parties conducted a telephonic hearing before Magistrate Judge James on February 10, 2006 regarding deposition scheduling and other discovery related matters. In the conference, the parties agreed that the deadline for completion of the additional deposition of Ms. Sand should be extended to February 24, 2006, the deadline for submission of supplemental opening expert reports should be extended to March 3, 2006, and the deadline for submission of supplemental rebuttal expert reports should be extended to March 20, 2006. The same day, Magistrate Judge James entered an order finding "good cause" exists to continue the deposition and expert report supplementation cut-offs to accommodate the delay in Ms. Sand's deposition;

WHEREAS, Gila Sand informed Plaintiff's counsel (who is representing Ms. Sand in connection with her deposition in this case) last week that she could not attend her deposition on February 24, 2006, as scheduled due to her medical condition. Ms. Sand is scheduled to undergo a surgical procedure on March 1, 2006. It is possible Ms. Sand may also have an additional procedure on March 6, 2006.

WHEREAS, the parties have been attempting to accommodate Ms. Sand's need to reschedule this deposition. The parties have also sought to work together to resolve this issue so as to not prejudice Real's ability to use Ms. Sand's testimony in its supplementation of its opening expert report as the Court has permitted Real to do.

NOW THEREFORE IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel of record, the Court's December 15, 2005 Order Re: Defendants' Motion to Continue PreTrial and Trial Schedule and For Sanctions is to be amended as follows:

1. The deadline for submission of supplemental opening expert reports is extended to March 3, 2006.

2. The deadline for submission of supplemental rebuttal expert reports is extended to March 20, 2006.

3. Real shall be granted leave to take the additional deposition of Ms. Sand beyond February 16, 2006. The parties will provide the Court with a status update as to the timing and scheduling of this deposition, and any necessary additional supplementation of expert reports in relation thereto, once more information regarding the timing of Ms. Sand's deposition is known

.

| | |
|---|---|
| */s/ Anuj K. Wadhwa* | */s/ David A. Perlson* |
| By: Michael H. Baniak<br>Jeffrey A. Pine<br>Anuj K. Wadhwa<br>BANIAK PINE & GANNON<br>150 N. Wacker Drive<br>Suite 1200<br>Chicago, Illinois 60606<br>Telephone: (312) 673-0360<br>Facsimile: (312) 673-0361 | By: Charles K. Verhoeven<br>David A, Perlson<br>Deepak Gupta<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |

Francis J. Torrence (SBN: 154653)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff

Evette D. Pennypacker
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 620-4500
Facsimile: (650) 620-4555

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED, this 3rd day of March, 2006.

William W Schwarzer

Honorable William W. Schwarzer
United States District Judge
Northern District of California

## ATTESTATION OF E-FILED SIGNATURE

I, David A. Perlson, attest that signatory Anuj K. Wadhwa has read and approved the **STIPULATION AND [*PROPOSED*] ORDER REGARDING DEPOSITION AND EXPERT REPORT SCHEDULE** and consents to its filing in this action.

/s/ *David A. Perlson*
David A. Perlson