Apple Inc. v. Psystar Corporation Doc. 4051

FREDRIC D. WOOCHER (SBN 96689)
MICHAEL J. STRUMWASSER (SBN 58413)
STRUMWASSER & WOOCHER LLP
100 Wilshire Boulevard, Suite 1900
Santa Monica, California 90401
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: fwoocher@strumwooch.com

J. WILLIAM YEATES (SBN 84343)
KEITH G.WAGNER (SBN 210042)
JASON R. FLANDERS (SBN 238007)
LAW OFFICE OF J. WILLIAM YEATES
3400 Cottage Way, Suite K
Sacramento, CA 95825
Telephone: (916) 609-5000
Facsimile: (916) 609-5001
E-mail: byeates@enviroqualitylaw.com

Attorneys for Plaintiffs William Melendez et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MELENDEZ, KEN GRAY, JYL LUTES, CAROLYN ANDERSON, and LANDWATCH MONTEREY COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF SUPERVISORS OF THE COUNTY OF MONTEREY; TONY ANCHUNDO, in his capacity as MONTEREY COUNTY REGISTRAR OF VOTERS; COUNTY OF MONTEREY; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 06-1730 RS<br><br>PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16<br><br>Judge: Hon. Richard Seeborg<br>Dept: 4<br>Date:<br>Time: |



Dockets.Justia.com

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATE: March 13, 2006

Respectfully Submitted,

STRUMWASSER & WOOCHER LLP
Fredric D. Woocher
Michael J. Strumwasser

LAW OFFICE OF J. WILLIAM YEATES
J. William Yeates
Keith G. Wagner
Jason R. Flanders

By ________/s/________
Fredric D. Woocher

*Attorneys for Petitioners and Plaintiffs William Melendez, Ken Gray, Jyl Lutes, Carolyn Anderson, and Landwatch Monterey*

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 100 Wilshire Boulevard, Suite 1900, Santa Monica, California 90401.

On March 13, 2006, I served the foregoing document(s) described as:

**Plaintiffs' Certification of Interested Entities or Persons Pursuant to Civil L.R. 3-16**

on the parties in this action listed below, by the method stated.

Jason R. Flanders
Keith G. Wagner
William J. Yeates
Law Office of J. William Yeates
3400 Cottage Way, Suite K
Sacramento, CA 95825
*Telephone: (916) 609-5000*
*Facsimile: (916) 609-5001*
*Attorneys for Plaintiffs*

John J. Flynn
Nossaman, Guthner, Knox & Elliott, LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
*Telephone: (949) 833-7800*
*Facsimile: (949) 833-7878*
*Attorneys for Respondents*

☐ If fax service is indicated, by facsimile transmission this date to the fax number stated, to the attention of the person named, pursuant to Code of Civil Procedure section 1013(f).

☐ If U.S. Mail service is indicated, by placing this date for collection for mailing true copies in sealed envelopes, addressed to each person as indicated, pursuant to Code of Civil Procedure section 1013a(3). I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in the affidavit.

☒ If overnight service is indicated, by placing this date for collection by sending true copies in sealed envelopes, addressed to each person as indicated, pursuant to Code of Civil Procedure, section 1013(d). I am readily familiar with this firm's practice of collecting and processing correspondence. Under that practice, it would be deposited with an overnight service in Los Angeles County on that same day with an active account number shown for payment, in the ordinary course of business.

Executed on March 13, 2006, at Santa Monica, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Paula M. Klein