Apple Inc. v. Psystar Corporation
Doc. 4063 Att. 1



# Exhibit A

Dockets.Justia.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC<br><br>Defendants. | CASE NO. C05-3117 MJJ<br><br>**JOINT CASE MANAGEMENT STATEMENT REGARDING CLAIM CONSTRUCTION AND PROPOSED ORDER** |

**JOINT CASE MANAGEMENT STATEMENT REGARDING CLAIM CONSTRUCTION AND PROPOSED ORDER**

Pursuant to the Court's direction at the September 7, 2005 Case Status Conference in this action, the parties jointly submit this Case Management Statement Regarding Claim Construction and Proposed Order.

**Description of the Case**

This case involves U.S. Patent Nos. 5,820,551 and 6,592,745 (the "Abbott patents"). The products at issue are blood-glucose test strips used for diabetes care sold by Defendants Roche Diagnostics Corporation ("Roche") and Bayer Healthcare LLC ("Bayer"). Abbott Diabetes Care Inc. ("ADC") and Abbott Laboratories ("Abbott Labs") (collectively "Abbott") allege that both Roche and Bayer willfully infringe the Abbott patents, entitling Abbott to damages and injunctive relief. Roche alleges that it does not infringe the Abbott patents and that the Abbott patents are invalid, entitling Roche to declaratory judgments of non-infringement and patent invalidity. Bayer has not yet answered but will do so by October 10, 2005.

**Alternative Dispute Resolution**

The parties have not filed a Stipulation and Proposed Order Selecting an ADR process and the Plaintiffs and Roche jointly ask that this case be referred to a Settlement Conference presided over by a Magistrate Judge or a District Judge pursuant to A.D.R. L.R. 7. Bayer does not take a position on this matter at this time.

**Disclosures**

The parties agree to exchange the disclosures required by Federal Rule of Civil Procedure 26(a)(1) in accordance with the schedule outline below.

**Proposed Case Schedule**

| Date | Event |
|---|---|
| September 23, 2005 at 1:30 PT | Initial Case Management Conference (via telephone) |
| October 10, 2005 | Deadline for Bayer to file answer |
| October 21, 2005 | Deadline for Plaintiffs to serve disclosure of all asserted claims and preliminary infringement contentions and accompanying documents |
| October 21, 2005 | Parties to serve initial disclosures |
| December 9, 2005 | Deadline for Defendants to serve "Preliminary Invalidity Contentions" and accompanying documents |
| January 5, 2005 | Deadline for parties to exchange "Proposed Terms and Claim Elements for Construction" |
| January 25, 2005 | Deadline for parties to exchange "Preliminary Claim Constructions and Extrinsic Evidence" |
| March 7, 2006 | Deadline for parties to file "Joint Claim Construction and Pre-Hearing Statement" |
| March 28, 2006 | Deadline for completion of discovery related to claim construction |
| April 7, 2006 | Deadline for parties to file opening briefs on claim construction |

| | |
|---|---|
| April 21, 2006 | Deadline for parties to file responsive briefs on claim construction |
| May 5, 2006 | Claim construction pre-hearing conference |
| May 10, 2006 at __:__ _.m. | Claim construction hearing |

DATED: September 22, 2005

LATHAM & WATKINS LLP

Richard B. Ulmer, Jr.

BARNES & THORNBURG LLP
Donald E. Knebel

ATTORNEYS FOR DEFENDANT ROCHE DIAGNOSTICS CORPORATION

DATED: September 22, 2005

MORRISON FOERSTER

Wesley E. Overson

ATTORNEYS FOR DEFENDANT BAYER HEALTHCARE LLC

DATED: September 22, 2005

BAKER BOTTS L.L.P.

James W. Cannon, Jr.

ATTORNEYS FOR PLAINTIFFS ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

Dated: ____________________ By:______________________________

Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE