Apple Inc. v. Psystar Corporation Doc. 4063 Att. 3



IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS** Courtroom Clerk: **Monica Tutson**

DATE: **September 23, 2005** [1:35 pm to 1:42 pm] Court reporter: **Not reported**

Case Numbers: **C04-02123MJJ, C04-3327 MJJ, C04-3732 MJJ, C04-3117 MJJ**

Case Name: **THERASENSE INC** v. **BECTON DICKINSON AND CO**

ATTORNEYS:
**Jim Cannon, Jim Badke, Lynn Tyler, Bret Harris**

PROCEEDINGS: RULING:
1.
2.

(**X**) Telephone Status Conference ()P/T Conference ()Case Management Conference

ORDERED AFTER HEARING:
**Court adopts proposed scheduled submitted by Abbot.**

ORDER TO BE PREPARED BY: Plntf () Deft () Court ()

Referred to Magistrate Judge For:

CASE CONTINUED TO: for

Discovery Cut-Off: Expert Discovery Cut-Off:

Parties to Name Experts by: Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts: Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date : at 3:30 p.m.

Trial Date: at 8:30 a.m. Set for days
Type of Trial: ()Jury ( )Court

Notes:

Dockets.Justia.com